# Exhibit 11

## CERTIFICATE OF AMENDMENT TO THE

## CERTIFICATE OF INCORPORATION OF

Johnson & Johnson Consumer Products, Inc.
(For Use by Domestic Corporations Only)

FILED

JUN __ 1997

LONNA R. HOOKS
Secretary of State

To:  The Secretary of State
     State of New Jersey

Pursuant to the provisions of Section 14A:9-2(4) and Section 14A:9-4(3), Corporations, General, of the New Jersey Statutes, the undersigned corporation executes the following Certificate of Amendment to its Certificate of Incorporation:

1. The name of the corporation is Johnson & Johnson Consumer Products, Inc.

2. The following amendment to the Certificate of Incorporation was approved by the directors and thereafter duly adopted by the shareholders of the corporation on the 19th day of June, 1997:

Resolved, that Article First of the Certificate of Incorporation be amended to read as follows:
"First:  The name of the Corporation shall be Johnson & Johnson Consumer Companies, Inc.

3. The number of shares entitled to vote upon the amendment was 8,519.

If the shares of any class or series are entitled to vote thereon as a class, set forth below the designation and number of shares entitled to vote thereon of each such class or series. (Omit if not applicable.)

(Use the following paragraph if amendment adopted by shareholders at a meeting)

4. The number of shares voting for and against such amendment is as follows: (If the shares of any class or series are entitled to vote as a class, set forth the number of shares of each such class and series voting for and against the amendment, respectively.)

Number of Shares Voting For Amendment          Number of Shares Voting Against Amendment

(Use the following paragraph if the amendment was adopted by the written consents of the shareholders without a meeting, in the manner authorized by N.J.S. Sec. 14A:5-6)

4. That in lieu of a meeting and vote of the shareholders and in accordance with the provisions of Section 14A:5-6, the amendment was adopted by the shareholders without a meeting pursuant to the written consents of the shareholders and the number of shares represented by such consents is 8519 shares. (If any class or series are entitled to vote as a class, set forth the number of shares of any class or series entitled to vote as a class and indicate that the amendment was also approved by the written consent of that class of shareholders and the number of shares of said class or series represented by the consents.)   common - 8519

(If the amendment is accompanied by a reduction of stated capital, the following clause may be inserted in the Certificate of Amendment, in lieu of filing a Certificate of Reduction under Section 14A:7-19, Corporations, General, of the New Jersey Statutes. Omit this clause if not applicable.)

LTL 0012513

5. The stated capital of the corporation is reduced by the following amount: _____.
The manner in which the reduction is effected is as follows:

The amount of stated capital of the corporation after giving effect to the reduction is $_____.
(Must be set forth in dollars.)

6. If the amendment provides for an exchange, reclassification or cancellation of issued shares, set forth a statement of the manner in which the same shall be effected. (Omit if not applicable.)

(Use the following only if an effective date, not later that 30 days subsequent to the date of filing is desired.)

7. The effective date of this Amendment to the Certificate of Incorporation shall be July 1, 1997 _____.

Dated this __19th__ day of __June__ , 19_97_.

Johnson & Johnson Consumer Products, Inc.
(Corporate Name)

By _____[signature]_____ *

C. Goggins    President
(Type or Print Name and Title)

(*May be executed by the chairman of the board, or the president, or a vice president of the corporation.)

TOTAL P.03

LTL 0012514