# **<u>Exhibit 13</u>**

```
                                        State of Delaware
                                        Secretary of State
                                        Division of Corporations
                                        Delivered 07:01 PM 06/24/2015
                                        FILED 07:04 PM 06/24/2015
                                        SRV 150969405 - 2149495 FILE
```

## CERTIFICATE OF MERGER
### of
### NEUTROGENA, LLC
(a Delaware limited liability company)
and
### JOHNSON & JOHNSON CONSUMER COMPANIES, LLC
(a Delaware limited liability company)
and
### JOHNSON & JOHNSON SALES AND LOGISTICS COMPANY, LLC
(a New Jersey limited liability company)
with and into
### MCNEIL-PPC, INC.
(a New Jersey corporation)

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**FIRST:** The name of the surviving corporation is McNEIL-PPC, Inc., a foreign corporation.

**SECOND:** The jurisdiction in which this corporation was formed is New Jersey.

**THIRD:** The names and state of organization of each constituent company are as follows:

| Name | State |
|---|---|
| Neutrogena, LLC | Delaware |
| Johnson & Johnson Consumer Companies, LLC | Delaware |
| Johnson & Johnson Sales and Logistics Company, LLC | New Jersey |

**FOURTH:** The Agreement and Plan of Merger has been approved and executed by each business entity which is to merge.

**FIFTH:** The effective time of the merger of the constituent companies into the surviving corporation is at 10:00 a.m. Eastern Daylight Time on June 29, 2015.

**SIXTH:** The certificate of incorporation of the surviving corporation is being amended and restated to change the name of the surviving corporation to Johnson & Johnson Consumer Inc. upon the effective time of the merger.

**SEVENTH:** An Agreement and Plan of Merger is on file at a place of business of the surviving foreign corporation and the address thereof is 199 Grandview Road, Skillman, NJ 08558.

ACTIVE/ 78460779.4

JNJTALC000471105
LTL 0019428