# <u>Exhibit 14</u>

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 07:01 PM 06/24/2015*
*FILED 07:03 PM 06/24/2015*
*SRV 150969396 – 5773682 FILE*

# CERTIFICATE OF MERGER

### OF

## JOHNSON & JOHNSON CONSUMER COMPANIES, INC.
### (a New Jersey corporation)

### WITH AND INTO

## JOHNSON & JOHNSON CONSUMER COMPANIES, LLC
### (a Delaware limited liability company)

Pursuant to Title 6, Section 18-209
of the Delaware Limited Liability Company Act

1.    The name of the surviving limited liability company is Johnson & Johnson Consumer Companies, LLC, a Delaware limited liability company (the "LLC").

2.    The name of the corporation being merged into this surviving limited liability company is Johnson & Johnson Consumer Companies, Inc., organized under the laws of the State of New Jersey (the "Corporation").

3.    An Agreement and Plan of Merger has been agreed to and executed by both the LLC and the Corporation, and an executed copy is on file at 199 Grandview Road, Skillman, New Jersey 08558, the principal place of business of the LLC.

4.    The effective time of the merger of the Corporation with and into the LLC shall be at 9:30 a.m. Eastern Daylight Time on June 29, 2015.

5.    A copy of the Agreement and Plan of Merger will be furnished by the LLC on request, without cost, to any member of the LLC or person holding an interest in the Corporation which is to merge.

77716456. 5

LTL 0012706