# **<u>Exhibit 15</u>**



**Personal Products**

TO: Mr. A. Marinaro

FROM: Mr. A. J. Huetteman

SUBJ: SHOWER TO SHOWER* Powder - FDA Voluntary Cosmetic Programs

DATE: October 31, 1977

As we discussed, Personal Products Company will take full responsibility for SHOWER TO SHOWER* on January 1, 1978. During January, I will take the necessary steps to register with FDA and our Consumer Affairs Department will be taking over the complaint handling. We will meet early in January to determine whether filing a new Cosmetic Product Ingredient Statement or simply modifying the existing CPIS is necessary.

For the remainder of 1977, we agreed that, since the brand is still a DOC responsibility, you will file the Cosmetic Product Experience Reports.

A. J. Huetteman

AJH:cz

cc: Mr. W. Duffell
    Dr. M. Gross
    Mr. G. E. Heinze
    Mr. M. S. Knopf
    Mr. R. Larson
    Mr. R. F. Schwenker, Jr.
    Dr. J. Vazakas
    Mrs. R. Yanik

*Trademark of Johnson & Johnson

RECEIVED BY
NOV 2 1977
A. J. VAZAKAS

PPC-L-776

JNJTALC000384718

LTL 0012488