# Exhibit 16



**McNeil Consumer Products Company**

McNeil Consumer Products Company's line of
TYLENOL acetaminophen products includes regular
and extra-strength tablets, caplets and liquid; children's
elixir, chewable tablets, drops and junior strength
tablets. Other products include various forms of
CoTYLENOL Cold Formula, PEDIACARE cough/cold
preparations, SINE-AID, Maximum-Strength
TYLENOL Sinus Medication and DELSYM cough relief
medicine.

### McNEIL PHARMACEUTICAL

McNeil Pharmaceutical provides the medical profession with prescription drugs, including analgesics,
short and long-acting tranquilizers, an anti-inflammatory agent, a muscle relaxant and a digestive enzyme
supplement.

### Ortho Diagnostic Systems INC

Ortho Diagnostic Systems Inc. provides diagnostic
systems for the clinical and research laboratory
community. Products include instrument and reagent
systems for the blood bank, coagulation and
hematology laboratories as well as immunology
systems and infectious disease testing kits.

### ORTHO PHARMACEUTICAL CORPORATION

Ortho Pharmaceutical Corporation's prescription
products for family planning are oral contraceptives
and diaphragms. Other products include vaginal antibacterial and anti-fungal agents. The Advanced Care
Products Division markets non-prescription vaginal
spermicides for fertility control, in-home pregnancy
and ovulation test kits and an athlete's foot remedy.
The Dermatological Division provides dermatologists
with products for professional skin treatment.



Products for feminine hygiene—STAYFREE Thin
Maxi's, Maxi-Pads and Mini-Pads, STAYFREE SILHOU-
ETTES BODY-SHAPE Maxi's, ASSURE & NATURAL
Breathable Panty Liners, CAREFREE PANTY SHIELDS,
SURE & NATURAL Maxishields, MODESS Sanitary
Napkins, 'o.b.' Tampons and related products—are the
specialty of Personal Products Company. Other
consumer products include COETS Cosmetic Squares,
TAKE-OFF Make-up Remover Cloths and SHOWER TO
SHOWER Body Powder.

## PITMAN·MOORE

Pitman-Moore, Inc. manufactures and sells an extensive line of biological, diagnostic, and pharmaceutical
products for use by veterinarians in treating various
disease entities in the pet animal segment of the
animal health market. Most notable is IMRAB, the only
rabies vaccine approved for use in five animal species.
Pitman-Moore also supplies vaccines and pharmaceuticals for use in food-producing animals and it markets
surgical products of Johnson & Johnson affiliates
applicable to animal health.

## SURGIKOS

Surgikos, Inc. markets an extensive line of BARRIER
Disposable Surgical Packs and Gowns and surgical
specialty products for use in major operative procedures. Other major products include CIDEX Sterilizing
and Disinfecting Solutions for medical equipment,
SURGINE Face Masks and Head Coverings, MICRO—
TOUCH Latex Surgical Gloves and NEUTRALON
Brown Surgical Gloves for sensitive skin.

## TECHNICARE

Technicare Corporation offers physicians products in
four of the most important diagnostic imaging fields—
computed tomography (CT) scanning, nuclear
medicine systems, digital X-ray and the new field of
magnetic resonance (MR).

## VISTAKON

Vistakon, Inc. develops, manufactures and distributes
soft contact lenses. The company provides contact lens
dispensing professionals with daily wear and extended
wear lenses for nearsighted and farsighted persons. It
also is a major supplier of specialty toric lenses for the
correction of astigmatism.

## XANAR

Xanar, Inc. specializes in products for laser surgery.
Laser surgical devices can be used in general surgery
and other surgical specialties to provide an effective,
less invasive alternative to traditional techniques.
Xanar's products include surgical lasers for gynecology,
otolaryngology, dermatology and podiatry.

The following trademarks of Johnson & Johnson and its affiliated
companies appear in this report:

AFFINITY, ASSURE & NATURAL, BAND-AID, BARRIER, BIOCLONE, CAREFREE
PANTY SHIELDS, CERESTORE, CIDEX, COACT, COETS, COMFORT, CoTYLENOL,
DELSYM, DELTA-LITE, DINAMAP, DISPERSALLOY, DISTALITE, ESPREE, ETHILON,
HALDOL, HANCOCK, HISMANAL, IMODIUM, IMRAB, INAPSINE, INNOVAR,
INTERSEPT, JOHNSON'S, JOHNSON & JOHNSON, KY, MAGNUM 120, MAXIMA,
MICROLOC, MICRO-TOUCH, MODESS, MONISTAT, NEUTRALON, NIZORAL, 'o.b.',
ORTHO 7/7/7, ORTHO NOVUM, OVUTIME, PDS, PEDIACARE, PROGESTASSAY,
PROLENE, PROXIMATE, REACH, RhoGAM, SEREFREX, SHOWER TO SHOWER,
SIBELIUM, SINE-AID, STAYFREE, STAYFREE SILHOUETTES BODY-SHAPE,
SUBLIMAZE, SUFENTA, SUNDOWN, SUPROL, SURE & NATURAL, SURGINE,
TAKE-OFF, TESLACON, TIMUNOX, TOLECTIN, TYLENOL, VECTRAL, VERMOX,
VICRYL, VISTAMARC, ZOMAX

LTL 0019296