# **<u>Exhibit 17</u>**

## Principal Domestic Operations


**CHICOPEE**

Chicopee develops and manufactures products for use by other Johnson & Johnson affiliates, in addition to a wide variety of fabrics that are sold to a broad range of commercial and industrial customers. Chicopee's consumer products include disposable diapers for the private-label market segment.

### Codman

Codman & Shurtleff, Inc. supplies hospitals and surgeons worldwide with a broad line of products including instruments, equipment, implants, surgical disposables, fiberoptic light sources and cables, surgical head lamps, surgical microscopes, electronic pain control stimulators and electrodes, aneurysm clips and medical shunt products.

### CRITIKON

Critikon, Inc. provides Vein/Artery Access, Fluid Delivery, and Cardiovascular Monitoring products that are used throughout the hospital, with their primary use in critical care departments. The Company's product array includes intravenous catheters, infusion devices and sets for the delivery of fluids and medications, and devices for noninvasive monitoring of blood pressure.

### Devro

Edible natural protein sausage casings made by Devro companies in the United States, Canada, Scotland and Australia are used by food processors throughout the world to produce pure, uniform, high-quality sausages and meat snacks.

### ETHICON

Ethicon, Inc. provides products for precise wound closure, including sutures, ligatures, mechanical wound closure instruments and related products. Ethicon makes its own surgical needles and provides thousands of needle-suture combinations to the surgeon.


**iolab**

Iolab Corporation manufactures intraocular lenses for implantation in the eye to replace the natural lens after cataract surgery, as well as ophthalmic pharmaceuticals, instruments and other products used in ophthalmic microsurgery.


**JANSSEN PHARMACEUTICA**

Janssen Pharmaceutica Inc. facilitates availability in the U.S. of original research developments of Janssen Pharmaceutica N.V. of Belgium. Its products include SUFENTA, INNOVAR, SUBLIMAZE, ALFENTA and INAPSINE, injectable products used in anesthesiology; NIZORAL and MONISTAT i.v. for systemic fungal pathogens; NIZORAL Cream 2% topical antifungal; VERMOX, an anthelmintic, and IMODIUM, an anti-diarrheal.

### Johnson & Johnson
**BABY PRODUCTS COMPANY**

The Johnson & Johnson Baby Products Company produces the familiar line of consumer baby products, including powder, shampoo, oil, wash cloths, lotion and others. Additional products include educational materials and toys to aid in infant development, SUNDOWN Sunscreen, AFFINITY Shampoo, COETS Cosmetic Squares, TAKE-OFF Make-up Remover Cloths and SHOWER TO SHOWER Body Powder.

### Johnson & Johnson
**CARDIOVASCULAR**

Johnson & Johnson Cardiovascular manufactures and markets cardiovascular products used in open heart surgery that include HANCOCK Heart Valves, Vascular Grafts, MAXIMA Hollow Fiber Oxygenators, INTERSEPT Blood Filters and Cardiotomy Reservoirs.

### Johnson & Johnson
**DENTAL PRODUCTS COMPANY**

The Dental Products Company serves dental practitioners throughout the world with an extensive line of orthodontic, preventive and restorative products. The company also provides dental laboratories with a broad line of crown and bridge materials through its Ceramco Division.

### Johnson & Johnson
**HEALTH MANAGEMENT, INC.**

Johnson & Johnson Health Management, Inc. markets a comprehensive line of health promotion programs and services.

### Johnson & Johnson
**HOSPITAL SERVICES**

Johnson & Johnson Hospital Services Company develops and implements corporate marketing programs on behalf of Johnson & Johnson professional companies. These programs make it easier to do business with Johnson & Johnson and respond to the needs of hospitals, multihospital systems, alternative sites and distributors to reduce costs. Programs include Corporate Contracts, value-added programs and the COACT On-Line Procurement System.

### Johnson & Johnson
**ORTHOPAEDICS**

Johnson & Johnson Orthopaedics markets products for joint reconstruction and fracture immobilization, as well as related products.

LTL 0019297