# **<u>Exhibit 22</u>**

| | | |
|---|---|---|
| 1 | STATE OF SOUTH CAROLINA          ) | |
| 2 | <u>COUNTY OF CHARLESTON          </u>) | COURT OF COMMON PLEAS<br>2020-CP-10-03946 |
| 3 | | |
| 4 | ANGELA M. HOOD, Individually  )<br>and as Personal Representative) | |
| 5 | of the Estate of MARY B.       )<br>MCBRAYER,                        ) | |
| 6 | )<br>                    Plaintiff,   ) | |
| 7 | ) | |
| 8 | vs.                ) | TRANSCRIPT OF RECORD |
| 9 | ACME MARKETS, INC.,            )<br>individually, and as          )<br>successor-in-interest to       ) | |
| 10 | COMMUNITY CASH STORES, INC.    ) | |
| 11 | )<br>ALBERTSONS COMPANIES, INC.,    )<br>individually and as successor-) | |
| 12 | in-interest to COMMUNITY CASH  )<br>STORES, INC.                    ) | |
| 13 | ) | |
| 14 | CYPRUS AMEX MINERALS COMPANY,  )<br>individually, d/b/a and as     )<br>successor-in-interest to       ) | |
| 15 | SIERRA TALC COMPANY, UNITED    )<br>SIERRA DIVISION OF CYPRUS       ) | |
| 16 | MINES, CYPRUS INDUSTRIAL        )<br>MINERALS COMPANY, AMERICAN      ) | |
| 17 | TALC COMPANY, METROPOLITAN      )<br>TALC COMPANY, INC., CHARLES     ) | |
| 18 | MATHIEU INC.,RESOURCE          )<br>PROCESSORS, INC., and WINDSOR  ) | |
| 19 | MINERALS, INC.                  ) | |
| 20 | )<br>CYPRUS MINES CORPORATION,      )<br>individually, d/b/a and as     ) | |
| 21 | successor to SIERRA TALC       )<br>COMPANY, AMOCO MINERALS CO.,    ) | |
| 22 | CYPRUS GEORESEARCH CO., a       )<br>wholly-owned subsidiary of      ) | |
| 23 | CYPRUS MINES CORP, and         )<br>successor to CHARLES            ) | |
| 24 | MATHIEU INC.(d/b/a CHARLES     )<br>MATHIEU & CO. and CHAS.         ) | |
| 25 | MATHIEU INC.), AMERICAN TALC   )<br>COMPANY INC., METROPOLITAN      ) | |

LTL 0021919

```
 1  TALC COMPANY INC., IMPERIAL    )
    PRODUCTS CO. INC., and         )
 2  RESOURCE PROCESSORS INC.       )
                                   )
 3  FORD'S DRUGS AND MEDICAL, INC,)
    f/k/a FORD'S DRUGS, INC., and  )
 4  d/b/a FORD'S DRUGS AND MEDICAL)
                                   )
 5  JOHNSON & JOHNSON              )
                                   )
 6  JOHNSON & JOHNSON CONSUMER     )
    INC., f/k/a JOHNSON & JOHNSON  )
 7  CONSUMER COMPANIES, INC.       )
                                   )
 8  SMITH DRUG STORE a/k/a SMITH'S)
    DRUG NO. 1 & DME, a/k/a        )
 9  SMITH'S DRUGS                  )
                                   )
10  SOUTHEASTERN GROCERS, INC.,    )
    individually, and as           )
11  successor-in-interest to WINN-)
    DIXIE STORES, INC.             )
12                                 )
    WINN-DIXIE STORES, INC. a      )
13  subsidiary of SOUTHEASTERN     )
    GROCERS, INC.,                 )
14                                 )
    _____Defendants.____)
15
                          October 28, 2021
16                        Columbia, South Carolina

17  B E F O R E:

18      THE HONORABLE JEAN H. TOAL, JUDGE.

19  A P P E A R A N C E S:

20      THEILE B. MCVEY, ESQ.
        Attorney for the Plaintiff
21
        LOUIS P. HERNS, ESQ.
22      ALLISON M. BROWN, ESQ.
        RICHARD T. BERNARDO, ESQ.
23      Attorneys for the Defendant

24

25                        DEBORAH M. McCURDY, RPR
                          Official Court Reporter
```

LTL 0021920

58

1    responsibility for manufacturing.  And there is

2    this blur in distinction that is going on, and it

3    is throughout the whole argument.  I will try and

4    unpackage it a little bit as I discuss this, but --

5         THE COURT:  I tell you one thing, Mr.

6    Bernardo, if you think anybody in any of these

7    cases is going to allow the stay against liability

8    on behalf of Old Johnson & Johnson Consumer Inc. to

9    somehow affect the evidence that is going to be

10   received, whether that evidence was from Johnson &

11   Johnson, Old Johnson or New Johnson, that is a very

12   different kettle of fish, and I can tell you right

13   now, that is not going to happen in this case as

14   far as I'm concerned.

15        What they are talking about is underlying

16   evidence and whether that underlying evidence was

17   retained by Johnson & Johnson, the Defendant in

18   this case.  And whether that evidence came from

19   McCrone, from Mr. Sanchez, whatever source, whether

20   it came from testers of the mines or -- not --

21   whether it came from Johnson & Johnson Consumer

22   Inc., because they happen to be the ones that are

23   going to -- that is not going to have anything to

24   do with the determinations that are made about

25   whether or not this Defendant is involved in

LTL 0021976