# **<u>Exhibit 24</u>**

| Standard - | Medical Safety Standard |
|---|---|
| **Owner Group:** J&J Medical Safety | **Effective Date:** 01-Jan-2014 00:13:42 EST |
| **Document Title:** J&J Medical Safety Standard | |
| **Document Number:** DS-STA-150 | **Version:** 1.0 |

# Johnson & Johnson

### 1.0 OVERVIEW

==Each sector within Johnson & Johnson (notably, the Pharmaceuticals sector, the Consumer sector, and the Medical Devices & Diagnostics sector) shall establish policies and processes that adhere to the Johnson & Johnson Medical Safety Standard ("Safety Standard").==

The Johnson & Johnson Medical Safety Standard provides the basic principles and essential elements for Medical Safety governance, processes and capabilities at Johnson & Johnson.

This Standard is mandatory and applicable to every Johnson & Johnson Company and applies to all locations and operations. This Standard has been approved by the Johnson & Johnson Chief Medical Officer and the Johnson & Johnson Chief Quality Officer.

### 2.0 PURPOSE

Our Credo highlights our first responsibility to protect the patients and all others who use the products and services of Johnson & Johnson Companies. In the spirit of Our Credo, the Johnson & Johnson Medical Safety Standard has been established to define the requirements for Medical Safety governance at Johnson & Johnson ("J&J") that must be met throughout the organization. Each sector and individual operating companies shall be responsible for bringing their processes and capabilities into alignment with the requirements expressed herein.

### 3.0 SCOPE

**Safety**

For the purposes of the Johnson & Johnson Medical Safety Standard, the term "safety" refers to the Medical Safety of J&J products. The term "Medical Safety" is defined in Section 4.0 below. Other forms of safety (e.g., workplace safety, environmental safety) are outside the scope of this Standard.

**Products**

The Johnson & Johnson Medical Safety Standard applies to all products that are marketed by or bear a company name, trade name or trademark belonging to any of the Johnson & Johnson Family of Companies, irrespective of whether the output is produced solely under its control or is partially or completely produced by another entity, except as outlined below.

This Standard is applicable to a Product of Local Opportunity ("POLO") unless the responsibility for Medical Safety governance for the POLO has been accepted by the non-J&J owner of the intellectual property or holder of the regulatory approval for the POLO in that market and documented appropriately.

The Johnson & Johnson Medical Safety Standard applies to products marketed or distributed by an operating company pursuant to a licensing agreement with a partner entity (as defined in relevant agreements with external partners). For all other alliance products, the sector Medical Safety organization shall determine how this Standard should be applied.

The term "product" applies to outputs such as medicines, devices, cosmetics, services, software, information and data, including those generated during research and development. For products

| **Printed On:** 22-Sep-2015 17:57:58 EDT(-0400) | **Confidential** | PAGE : 1 of 23 |
|---|---|---|

LTL 0023609