# **<u>Exhibit 26</u>**

# EXHIBIT C

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                         COUNTY OF ALAMEDA
 3                             ---oOo---
 4    CHRISTINA G. PRUDENCIO,
 5         Plaintiff,
 6    vs.                                    No. RG20061303
 7    JOHNSON & JOHNSON, et
      al.,
 8         Defendants.
      _____/
 9
10
11
12           VIDEOTAPED VIRTUAL ZOOM DEPOSITION OF
13                    SUSAN NICHOLSON, M.D.,
14     (COR/PMQ Johnson & Johnson and Johnson & Johnson
15                       Consumer Inc.)
16
17               VOLUME V, Pages 684 - 902
18                       June 4, 2021
19
20             Taken before EARLY K. LANGLEY
21                       RMR, RSA, B.A.
22                       CSR No. 3537
23
24
25

                                                    Page 684
```

|    |    |    |
|---:|----|---:|
| 1  | don't have access to care, and we've been creating | |
| 2  | new ways to deliver care to women and make sure | |
| 3  | that they're getting the benefit of the health | |
| 4  | care that we know will give them a safe and, you | |
| 5  | know, hopefully their chosen experience through | 09:19 |
| 6  | childbirth. | |
| 7  | So it's a little bit -- it's complicated | |
| 8  | because we work with a lot of different people, | |
| 9  | but our job is to bring the science and the | |
| 10 | medicine in the best possible way. | 09:19 |
| 11 | MR. SATTERLEY: Move to strike. Beyond | |
| 12 | the scope of the notice. | |
| 13 | BY MS. BROWN: | |
| 14 | Q. Would you tell us, Dr. Nicholson, what | |
| 15 | position did you hold at Johnson & Johnson prior | 09:19 |
| 16 | to the vice president of women's health? | |
| 17 | A. So prior to my current role, I was the | |
| 18 | head of consumer medical safety. My title was | |
| 19 | vice president of safety, surveillance, and risk | |
| 20 | management. It's a bit of a mouthful, but | 09:20 |
| 21 | basically, the chief safety officer for our | |
| 22 | consumer group responsible for the oversight -- | |
| 23 | medical oversight of all of the consumer products | |
| 24 | that we make around the world. | |
| 25 | Q. And would that include, Dr. Nicholson, | 09:20 |

Page 706

```
1    Johnson's Baby Powder?
2         A.  Yes.  Absolutely.
3         Q.  Can you tell us a little bit about what
4    your role was as it related to Johnson's Baby
5    Powder when you were the head of consumer medical      09:20
6    safety.
7         A.  So I led a team of doctors.  Depending on
8    when it was, it was somewhere between, you know,
9    let's say 22 and 30 individuals, physicians,
10   nurses, pharmacists.  And our role as a group was      09:20
11   to provide the medical expertise to evaluate any
12   emerging safety concerns for any product we make
13   around the world.
14            My job really was to make sure we were
15   making the right decisions and being very              09:21
16   science-based and keeping the consumers, the
17   people who use our products, at the absolute
18   forefront of our decision-making, so safety first.
19            And in some instances, I -- you know, in
20   many instances, I dug into the data myself and         09:21
21   studied the issues because I wanted to be sure
22   that I understood what was at play and making sure
23   that we made the right decision.
24        Q.  Now, Dr. Nicholson, we're here in your
25   deposition as a corporate representative or as a       09:21
```

Page 707