# **<u>Exhibit 27</u>**

# EXHIBIT P

## PERSONAL PRODUCTS COMPANY (U.S.)
## CASH BALANCES
## FOR THE YEAR ENDED DECEMBER 31, 1978
(in thousands of dollars)

Composition of Cash Balances

| | |
|---|---:|
| Morgan Guaranty Trust Company, New York, New York | $(2,263) |
| The Edison Bank, Milltown Branch, New Jersey | 85 |
| Harris Trust & Savings Bank, Chicago, Illinois | (142) |
| First National Bank of Wilmington, Illinois | 17 |
| Wells Fargo Bank, San Francisco, California | (56) |
| Total Cash in Banks | $(2,359) |
| Petty Cash Funds | 11 |
| Total Cash Balance | $(2,348) |

Temporary Investments

| | |
|---|---:|
| Johnson & Johnson Investment Pool | $16,045 |

PERSONAL PRODUCTS COMPANY (U.S.)
NOTES AND ACCOUNTS RECEIVABLE - OTHER
FOR THE YEAR ENDED DECEMBER 31, 1978
(in thousands of dollars)

|  | December 31, 1978 | January 1, 1978 |
|---|---|---|
| Claims from Carriers | $ 52 | $ 36 |
| Due from Suppliers | 377 | 214 |
| Total | $ 429 | $ 250 |

EXPENSES APPLICABLE TO FUTURE OPERATIONS

|  | December 31, 1978 | January 1, 1978 |
|---|---|---|
| Cash Discount | $ 96 | $ 82 |
| Promotional | 2,278 | 1,885 |
| Separation | 71 | 124 |
| Estimated Customer Returns - Meds Tampons | — | 12 |
| Market Write Down - Inventories | — | 202 |
| Estimated Damage - SHOWER-TO-SHOWER | — | 24 |
| Prepaid Expense on Future Equipment Sales | 318 | 111 |
| Prepaid Advertising | 828 | 801 |
| Postage | 18 | 15 |
| Unexpired Insurance Premiums | 69 | 52 |
| Miscellaneous | — | 10 |
| Prepaid Equipment Rental | — | 26 |
| Total | $3,678 | $3,344 |

### PERSONAL PRODUCTS COMPANY (U.S.)
### MISCELLANEOUS INVESTMENT AND RECEIVABLES
### FOR THE YEAR ENDED DECEMBER 31, 1978
(in thousands of dollars)

|  | December 31, 1978 | January 1, 1978 |
|---|---|---|
| Due from Employees | $161 | $ 66 |
| Deposits with Mutual Insurance Co. | 261 | 224 |
| Total | $422 | $290 |

### MISCELLANEOUS ACCOUNTS PAYABLE

|  | December 31, 1978 | January 1, 1978 |
|---|---|---|
| Employee Payroll Deductions | $176 | $119 |
| Unclaimed Wages | 24 | 2 |
| Other | -- | 5 |
| Total | $200 | $126 |

Page 14

PERSONAL PRODUCTS COMPANY (U.S.)
MISCELLANEOUS ACCRUED LIABILITIES
FOR THE YEAR ENDED DECEMBER 31, 1978
(in thousands of dollars)

|  | December 31, 1978 | January 1, 1978 |
|---|---|---|
| Liability for Prior Year's Promotion | $4,808 | $ 3,928 |
| Employers Accident & Health | 38 | 17 |
| Separation Pay | 147 | 258 |
| Professional Services | 46 | 21 |
| Interest on Tax Deficiencies 1972-73 Audit | -- | 33 |
| Other | 64 | 20 |
| Total | $5,103 | $ 4,277 |