# **Exhibit 28**

# SUBJECT OF MOTION TO SEAL