# **<u>Exhibit 30</u>**

# SUBJECT OF MOTION TO SEAL