# **<u>Exhibit 31</u>**

# SUBJECT OF MOTION TO SEAL