# **<u>Exhibit 32</u>**

# SUBJECT OF MOTION TO SEAL