# **<u>Exhibit 35</u>**

Tender Acceptances
FRE 1006 Summary of Evidence

| Beg Bates No. | Retailer | Matter | Acceptance of Tender |
|---|---|---|---|
| LTL 0012783 | 7-Eleven | Dhigra Tender | Yes |
| LTL 0012785 | 7-Eleven | Dhingra, Harish | Yes |
| LTL 0012789 | Ahold Delhaize (Giant Food Stores) | Bekele, Gigliotti, Mitchell and Papkee Tenders | Yes |
| LTL 0012791 | Ahold Delhaize (Giant Food Stores) | Bekele, Tsion | Yes |
| LTL 0012795 | Ahold Delhaize (Giant Food Stores) | Castro Tender Denial | Yes |
| LTL 0012799 | Ahold Delhaize (Giant Food Stores) | Castro Tender | Yes |
| LTL 0012800 | Ahold Delhaize (Giant Food Stores) | Chesebro Tender | Yes |
| LTL 0012801 | Ahold Delhaize (Giant Food Stores) | Chesebro, Barbara | Yes |
| LTL 0012807 | Ahold Delhaize (Giant Food Stores) | Connell Tender | Yes |
| LTL 0012809 | Ahold Delhaize (Giant Food Stores) | Connell, Ann | Yes |
| LTL 0012814 | Ahold Delhaize (Giant Food Stores) | Gigliotti, Jason | Yes |
| LTL 0012818 | Ahold Delhaize (Giant Food Stores) | Haddad Tender | Yes |
| LTL 0012819 | Ahold Delhaize (Giant Food Stores) | Haddad, Winifred | Yes |
| LTL 0012824 | Ahold Delhaize (Giant Food Stores) | Hutchinson Tender | Yes |
| LTL 0012825 | Ahold Delhaize (Giant Food Stores) | Hutchinson, Cessaly | Yes |
| LTL 0012830 | Ahold Delhaize (Giant Food Stores) | Lovell Tender | Yes |
| LTL 0012831 | Ahold Delhaize (Giant Food Stores) | Lovell, Paul | Yes |
| LTL 0012837 | Ahold Delhaize (Giant Food Stores) | Mitchell, Maureen | Yes |
| LTL 0012841 | Ahold Delhaize (Giant Food Stores) | Peltz Tender | Yes |
| LTL 0012842 | Ahold Delhaize (Giant Food Stores) | Peltz, Judith | Yes |

1

LTL 0023527

Tender Acceptances
FRE 1006 Summary of Evidence

| Beg Bates No. | Retailer | Matter | Acceptance of Tender |
|---|---|---|---|
| LTL 0012847 | Ahold Delhaize (Giant Food Stores) | Smith, Phyllis | Yes |
| LTL 0012851 | Ahold Delhaize (Giant Food Stores) | Smith, Phyllis Tender | Yes |
| LTL 0012852 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Abbott Tender | Yes |
| LTL 0012853 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Abbott, Richard | Yes |
| LTL 0012858 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Amerson Tender | Yes |
| LTL 0012860 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Amerson, DeAndra | Yes |
| LTL 0012866 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Aviles Tender | Yes |
| LTL 0012868 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Aviles, Felipe | Yes |
| LTL 0012874 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Barkley Tender | Yes |
| LTL 0012876 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Barkley, Susan S. | Yes |
| LTL 0012882 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Blas Tender | Yes |
| LTL 0012883 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Blas, Sylvia | Yes |
| LTL 0012888 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Blinkinsop, Robert | Yes |
| LTL 0012894 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Bonnem Tender | Yes |
| LTL 0012896 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Bonnem, Susan L. | Yes |
| LTL 0012902 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Callahan, Garcia, Gould, Hair, Joshi | Yes |
| LTL 0012907 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Casar Tender | Yes |
| LTL 0012909 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Casar, Sarah | Yes |
| LTL 0012914 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Choe Tender | Yes |
| LTL 0012915 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Choe, Won | Yes |

Tender Acceptances
FRE 1006 Summary of Evidence

| Beg Bates No. | Retailer | Matter | Acceptance of Tender |
|---|---|---|---|
| LTL 0012920 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Clennon Tender | Yes |
| LTL 0012922 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Clennon, Suzanne | Yes |
| LTL 0012928 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Covarrubias Tender | Yes |
| LTL 0012930 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Covarrubias, Elsa | Yes |
| LTL 0012936 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Daugherty Tender | Yes |
| LTL 0012937 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Daugherty, James | Yes |
| LTL 0012942 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Davis, Mark | Yes |
| LTL 0012947 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Davis, Mark Tender | Yes |
| LTL 0012948 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | De Escamilla Tender | Yes |
| LTL 0012950 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | De Escamilla, Carmen | Yes |
| LTL 0012956 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | De Forero Tender | Yes |
| LTL 0012958 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | De Forero, Karen | Yes |
| LTL 0012963 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Dyer Tender | Yes |
| LTL 0012965 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Dyer, Victor | Yes |
| LTL 0012970 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Egli Tender | Yes |
| LTL 0012972 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Egli, Meredith | Yes |
| LTL 0012978 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Escanuelas Tender | Yes |
| LTL 0012980 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Escanuelas, Rebecca | Yes |
| LTL 0012986 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Farra Tender | Yes |
| LTL 0012987 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Farra, Donna | Yes |

LTL 0023529

Tender Acceptances
FRE 1006 Summary of Evidence

| Beg Bates No. | Retailer | Matter | Acceptance of Tender |
|---|---|---|---|
| LTL 0012992 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Frank Tender | Yes |
| LTL 0012994 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Frank, Julie | Yes |
| LTL 0012999 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Garcia Tender | Yes |
| LTL 0013001 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Gill Tender | Yes |
| LTL 0013003 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Gill, Nancy | Yes |
| LTL 0013009 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Gutierrez Tender | Yes |
| LTL 0013010 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Gutierrez, Maricela | Yes |
| LTL 0013016 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Hair Tender | Yes |
| LTL 0013029 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Haness, Mark | Yes |
| LTL 0013034 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Harper Tender | Yes |
| LTL 0013036 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Harper, Tammy | Yes |
| LTL 0013042 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Helmer Tender | Yes |
| LTL 0013044 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Helmer, Jillian | Yes |
| LTL 0013050 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Helo Tender | Yes |
| LTL 0013052 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Helo, Nawal | Yes |
| LTL 0013057 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Higginbotham Tender | Yes |
| LTL 0013058 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Higginbotham, Robert | Yes |
| LTL 0013063 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Hill, Vincent | Yes |
| LTL 0013069 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Hill, Vincent Tender | Yes |
| LTL 0013070 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Hindman Tender | Yes |

LTL 0023530

Tender Acceptances
FRE 1006 Summary of Evidence

| Beg Bates No. | Retailer | Matter | Acceptance of Tender |
|---|---|---|---|
| LTL 0013071 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Hindman, Dale | Yes |
| LTL 0013076 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Hood Tender | Yes |
| LTL 0013078 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Hood, Angela (Estate of Mary B. McBrayer) | Yes |
| LTL 0013083 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Ibrahim Tender | Yes |
| LTL 0013084 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Ibrahim, Sabine | Yes |
| LTL 0013089 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | James Tender | Yes |
| LTL 0013091 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | James, Sandra | Yes |
| LTL 0013097 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Jeddi Tender | Yes |
| LTL 0013098 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Jeddi, Meitra | Yes |
| LTL 0013103 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Johnson Pam | Yes |
| LTL 0013108 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Johnson, Shawn | Yes |
| LTL 0013113 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Johnson, Shawn Tender | Yes |
| LTL 0013115 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Joshi Tender | Yes |
| LTL 0013117 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Krich Tender | Yes |
| LTL 0013119 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Krich, Rochelle | Yes |
| LTL 0013125 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Labovitch Tender | Yes |
| LTL 0013127 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Labovitch, Caren | Yes |
| LTL 0013133 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Lamont Tender | Yes |
| LTL 0013135 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Lamont, Patricia | Yes |
| LTL 0013140 | Albertsons Companies, Inc. (Acme Markets, Safeway, Vons Companies, Sav-On) | Lane Tender | Yes |

LTL 0023531