# Exhibit 38

# SUBJECT OF MOTION TO SEAL