# Exhibit 39

# SUBJECT OF MOTION TO SEAL