# **<u>Exhibit 49</u>**

**From:** Joseph D. Satterley <JSatterley@kazanlaw.com>
**Sent:** Tuesday, April 4, 2023 4:41 PM
**To:** Brown, Allison M (NYC) <Allison.Brown@skadden.com>; 'Dept. 18, Superior Court'
<dept18@alameda.courts.ca.gov>; Ian Rivamonte <irivamonte@kazanlaw.com>;
Seabolt, Judge Richard, Superior Court <rseabolt@alameda.courts.ca.gov>
**Cc:** mike.brown@nelsonmullins.com; 'scott.richman@nelsonmullins.com'
<scott.richman@nelsonmullins.com>; BKing@KSLAW.com; Ko, Sandra
<SKo@btlaw.com>; Essig, William <William.Essig@btlaw.com>; 'Noureddini, Noushan'
<NNoureddini@btlaw.com>; Ascione, Alexandra <AAscione@btlaw.com>; Laura Przetak
<LPrzetak@spanos-przetak.com>; Denyse F. Clancy <DClancy@kazanlaw.com>
**Subject:** Re: [Ext] Re: Update Regarding LTL Bankruptcy

This doesn't stay this case.

No preliminary injunction has been extended to non-debtors.

The fraudulent transactions and conspiracy from this filing will be at issue.

I will appear on Thursday at 3 pm as scheduled.

Respectfully submitted,
Joe Satterley

**From:** Brown, Allison M <Allison.Brown@skadden.com>
**Sent:** Tuesday, April 4, 2023 1:31 PM
**To:** Joseph D. Satterley <JSatterley@kazanlaw.com>; 'Dept. 18, Superior Court'
<dept18@alameda.courts.ca.gov>; Ian Rivamonte <irivamonte@kazanlaw.com>;
Seabolt, Judge Richard, Superior Court <rseabolt@alameda.courts.ca.gov>
**Cc:** mike.brown@nelsonmullins.com <mike.brown@nelsonmullins.com>;
'scott.richman@nelsonmullins.com' <scott.richman@nelsonmullins.com>;
BKing@KSLAW.com <BKing@KSLAW.com>; Ko, Sandra <SKo@btlaw.com>; Essig,
William <William.Essig@btlaw.com>; 'Noureddini, Noushan'
<NNoureddini@btlaw.com>; Ascione, Alexandra <AAscione@btlaw.com>; Laura
Przetak <LPrzetak@spanos-przetak.com>; Denyse F. Clancy
<DClancy@kazanlaw.com>
**Subject:** RE: [Ext] Re: Update Regarding LTL Bankruptcy

Attached please find the petition.

Respectfully, Alli Brown

**From:** Joseph D. Satterley JSatterley@kazanlaw.com
**Sent:** Tuesday, April 4, 2023 4:23 PM
**To:** Brown, Allison M (NYC) Allison.Brown@skadden.com; 'Dept. 18, Superior Court'
dept18@alameda.courts.ca.gov; Ian Rivamonte irivamonte@kazanlaw.com; Seabolt,
Judge Richard, Superior Court rseabolt@alameda.courts.ca.gov
**Cc:** mike.brown@nelsonmullins.com; 'scott.richman@nelsonmullins.com'

scott.richman@nelsonmullins.com; BKing@KSLAW.com; Ko, Sandra SKo@btlaw.com;
Essig, William William.Essig@btlaw.com; 'Noureddini, Noushan'
NNoureddini@btlaw.com; Ascione, Alexandra <AAscione@btlaw.com>; Laura Przetak
<LPrzetak@spanos-przetak.com>; Denyse F. Clancy <DClancy@kazanlaw.com>
**Subject:** [Ext] Re: Update Regarding LTL Bankruptcy


Judge Seabolt,
Today, Judge Kaplan dismissed the  LTL bankrutpcy.  The preliminary injunction was
dismissed.  The 3rd Circuit refused to extend the stay last week.

We have seen no petition and there is NO ORDER from any court extending the STAY via
a Preliminery Injunction to J&J and the distributors. Thus, No Stay is in effect on this
case.   We will pursue all remedies available for fraudulent actions to prevent a 24 year
old dying man from his day in Court.

I will be in Court on Thursday for the Case Management Conference.

Respectfully submitted,
Joe Satterley

Get Outlook for iOS

---

**From:** Brown, Allison M <Allison.Brown@skadden.com>
**Sent:** Tuesday, April 4, 2023 1:04 PM
**To:** 'Dept. 18, Superior Court' <dept18@alameda.courts.ca.gov>; Ian Rivamonte
<irivamonte@kazanlaw.com>; Seabolt, Judge Richard, Superior Court
<rseabolt@alameda.courts.ca.gov>
**Cc:** Joseph D. Satterley <JSatterley@kazanlaw.com>; mike.brown@nelsonmullins.com
<mike.brown@nelsonmullins.com>; 'scott.richman@nelsonmullins.com'
<scott.richman@nelsonmullins.com>; BKing@KSLAW.com <BKing@KSLAW.com>; Ko,
Sandra <SKo@btlaw.com>; Essig, William <William.Essig@btlaw.com>; 'Noureddini,
Noushan' <NNoureddini@btlaw.com>; Ascione, Alexandra <AAscione@btlaw.com>;
Laura Przetak <LPrzetak@spanos-przetak.com>
**Subject:** Update Regarding LTL Bankruptcy


Dear Judge Seabolt,

I write to inform the Court that LTL has just refiled for bankruptcy, and as such the
automatic stay applies to all cases currently pending against LTL, including the Valadez
case.  In connection with this filing, LTL is also seeking a Temporary Restraining Order
and Preliminary Injunction that would extend the automatic stay to Johnson & Johnson
and all protected parties, including the retailers.  I will update the court as soon as I
have additional information from the bankruptcy court and can be available to discuss
this situation at the Court's convenience.

Respectfully, Alli Brown


**Allison M. Brown**
**Skadden, Arps, Slate, Meagher & Flom LLP**

**One Manhattan West | New York | New York | 10001**
**T: 212.735.3222 | F: 917.777.3222 | M: 215.971.0596**
**allison.brown@skadden.com**

----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================
======

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to postmaster@kazanlaw.com.

----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================
======

----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at

(212) 735-3000 and permanently delete the original email (and any copy of any email)
and any printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.

=======================================================================
======