## JONES DAY

1221 PEACHTREE STREET, N.E. • SUITE 400 • ATLANTA, GEORGIA 30361

TELEPHONE: +1.404.521.3939 • FACSIMILE: +1.404.581.8330

Direct Number: (404) 581-8476
dmerrett@jonesday.com

April 5, 2023

The Honorable Michael B. Kaplan
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street, Courtroom #8
Trenton, NJ 08608

Re: LTL Mgmt. LLC, Adv. Proc. No. 23-01092 (MBK)

Dear Chief Judge Kaplan:

I write regarding the *Ex Parte Temporary Restraining Order* [Dkt. 9] (the "TRO"), which the Court entered today in the above-referenced adversary proceeding. Paragraph 7 of the form of TRO submitted to the Court excepts from the stay 12 appeals with respect to which surety bonds are stated to have been issued. Upon further review, the Debtor has determined that surety bonds are not in fact currently issued with respect to six of the referenced appeals, and one other such appeal has been resolved.

The Debtor therefore requests that the Court enter the proposed amended form of TRO enclosed herewith as Annex I, which eliminates from paragraph 7 the seven appeals that were inadvertently included previously. A redline to the TRO, as entered by the Court, is enclosed herewith as Annex II.

Respectfully submitted,

*/s/ Daniel J. Merrett*
Daniel J. Merrett

NAI-1536490172v1

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON