Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  LTL Management LLC
Debtor

Case No.: 23−12825−MBK
Chapter 11

LTL Management LLC
Plaintiff

v.

Those Parties Listed on Appendix A to the Complaint and
John and Jane Does 1−1000
Defendant

Adv. Proc. No. 23−01092−MBK                               Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 6, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 15 − 2, 9, 14
AMENDED EX PARTE TEMPORARY RESTRAINING ORDER (related document:2 Motion re: Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non−Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction Filed by LTL Management LLC. 9 EX PARTE TEMPORARY RESTRAINING ORDER (related document:2 Motion re: Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non−Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction 14 Document re: Letter to Chief Judge Kaplan Regarding Ex Parte Temporary Restraining Order filed by Paul R. DeFilippo on behalf of LTL Management LLC. (Attachments: # 1 Annex I # 2 Annex II). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/6/2023 (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 6, 2023
JAN: bwj

Jeanne Naughton
Clerk