# JONES DAY

1221 PEACHTREE STREET, N.E. • SUITE 400 • ATLANTA, GEORGIA 30361

TELEPHONE: +1.404.521.3939 • FACSIMILE: +1.404.581.8330

Direct Number: (404) 581-8476
dmerrett@jonesday.com

April 7, 2023

The Honorable Michael B. Kaplan
United States Bankruptcy Court, District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street, Courtroom #8
Trenton, NJ 08608

Re: <u>LTL Mgmt. LLC, Adv. Proc. No. 23-01092 (MBK)</u>

Dear Chief Judge Kaplan:

    I write regarding the *Second Amended Ex Parte Temporary Restraining Order* [Dkt. 16] (the "<u>Second Amended TRO</u>"), which the Court entered today in the above-referenced adversary proceeding. Following communications with counsel to certain talc claimants, the Debtor has agreed to request that the Court enter a further revised form of order amending paragraph 8 of the Second Amended TRO to provide express clarification that statutes of limitations are tolled with respect to Debtor Talc Claims asserted against any Protected Party.

    The Debtor therefore requests that the Court enter the proposed third amended form of order enclosed herewith as <u>Annex I</u>, which incorporates the clarification described above. A redline to the Second Amended TRO, as entered by the Court today, is enclosed herewith as <u>Annex II</u>.

Respectfully submitted,

*/s/ Daniel J. Merrett*
Daniel J. Merrett

NAI-1536490172v1

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON