Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

In Re:  LTL Management LLC  
Debtor

Case No.: 23–12825–MBK  
Chapter 11

LTL Management LLC  
Plaintiff

v.

Those Parties Listed on Appendix A to the Complaint and  
John and Jane Does 1–1000  
Defendant

Adv. Proc. No. 23–01092–MBK              Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 10, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 20 – 16, 17  
THIRD AMENDED EX PARTE TEMPORARY RESTRAINING ORDER (related document:16 SECOND AMENDED EX PARTE TEMPORARY RESTRAINING ORDER (This second amended order is issued to correct a typographical error on the Courts part.)15 AMENDED EX PARTE TEMPORARY RESTRAINING ORDER :2 Motion re: Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non–Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction 9 EX PARTE TEMPORARY RESTRAINING ORDER 14 Document re: Letter to Chief Judge Kaplan Regarding Ex Parte Temporary Restraining Order filed by Paul R. DeFilippo on behalf of LTL Management LLC. 17 Document re: Letter to Chief Judge Kaplan Regarding Ex Parte Temporary Restraining Order. filed by Paul R. DeFilippo on behalf of LTL Management LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/10/2023 (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 10, 2023  
JAN: bwj

Jeanne Naughton  
Clerk