**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | |
| LTL MANAGEMENT LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 23-01092 (MBK) |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | |
| Defendants. | **Ref. Docket Nos. 15-17** |

<u>**CERTIFICATE OF SERVICE**</u>

I, PANAGIOTA MANATAKIS, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 7, 2023, I caused to be served the:

    a.  "Amended Ex Parte Temporary Restraining Order," dated April 6, 2023 [Docket No. 15],

    b.  "Second Amended Ex Parte Temporary Restraining Order," dated April 7, 2023 [Docket No. 16], and

    c.  *letter* "Re: LTL Mgmt. LLC, Adv. Proc. No. 23-01092 (MBK)," dated April 7, 2023 [Docket No. 17],

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Panagiota Manatakis*</u>
Panagiota Manatakis

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 1401 MCKINNEY ST., STE 2250 HOUSTON TX 77010 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA FL 32502 |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN 218 COMMERCE ST MONTGOMERY AL 36104 |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER 1932 N DRUID HILLS RD., STE. 100 ATLANTA GA 30319 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO BAUSCH HEALTH US, LLC) ATTN ALAN J BRODY, ESQ 500 CAMPUS DRIVE FLORHAM PARK NJ 07932 |
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ & ANDREW WHITE, ESQ 1 JOHNSON & JOHNSON PLAZA NEW BRUNSWICK NJ 08933 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| LAW FIRM OF BRIAN W. HOFMEISTER | (COUNSEL TO KELLIE BREWER) ATTN BRIAN W HOFMEISTER, ESQ 3131 PRINCETON PIKE, BUILDING 5, SUITE 110 LAWRENCEVILLE NJ 08648 |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | (COUNSEL TO VARIOUS CLAIMANTS) ATTN: MITCHELL MALZBERG, ESQ. 6 E. MAIN STREET, SUITE 7 CLINTON NJ 08809 |
| LEX NOVA LAW LLC | (COUNSEL TO GIOVANNI SOSA & EVAN PLOTKIN) ATTN E RICHARD DRESSEL, ESQUIRE (ED1793) 10 E STOW ROAD, SUITE 250 MARLTON NJ 08053 |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | (COUNSEL TO DISANTO CANADIAN CLASS ACTION CREDITORS) ATTN ALLEN J UNDERWOOD II, ESQ. 570 BROAD STREET, SUITE 1201 NEWARK NJ 07102 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO JOHNSON & JOHNSON) ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR ONE LOWENSTEIN DR ROSELAND NJ 07068 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| MILLER FIRM, LLC | CURTIS G. HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| MOTLEY RICE LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN DANIEL R LAPINSKI, ESQ. 210 LAKE DRIVE EAST, SUITE 101 CHERRY HILL NJ 08002 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO 919 NORTH MARKET ST., STE. 1801 WILMINGTON DE 19801 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| PULASKI KHERKHER PLLC | ADAM PULASKI 2925 RICHMOND AVE, STE 1725 HOUSTON TX 77098 |
| RAWLINGS & ASSOCIATES | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS 1 EDEN PARKWAY LA GRANGE KY 40031 |
| REED SMITH LLP | (COUNSEL TO CYPRUS MINES CORPORATION) ATTN DEREK J BAKER 506 CARNEGIE CENTER, SUITE 300 PRINCETON NJ 08540 |
| ROBINSON CALCAGNIE | MARK P. ROBINSON JR. 19 CORPORATE PLAZA DR NEWPORT BEACH CA 92660 |
| ROSS FELLER CASEY, LLP | ATTN BRIAN J MCCORMICK, JR. ONE LIBERTY PLACE 1650 MARKET ST. 34TH FLOOR PHILADELPHIA PA 19103 |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SAIBER LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN: JOHN M. AUGUST, ESQ. 18 COLUMBIA TURNPIKE, SUITE 200 FLORHAM PARK NJ 07932 |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| THE KELLY FIRM, P.C. | (COUNSEL TO BCBS OF MASSACHUSETTS) ATTN: ANDREW J. KELLY 1011 HIGHWAY 71, SUITE 200 SPRING LAKE NJ 07762 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION 1100 L STREET, NW ROOM 7530 WASHINGTON DC 20005 |

LTL Management LLC (2023)

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF 940 N. LINCOLN ST DENVER CO 80203 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN BLAIR WARNER, MATTHEW E LINDER & LAURA E BACCASH 111 SOUTH WACKER DR, STE 5100 CHICAGO IL 60606-4302 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |

**Total Creditor count  38**

**EXHIBIT B**

LTL MANAGEMENT LLC - Case No. 23-12825 (MBK)
Electronic Mail Parties

| ATTN | EMAIL |
|------|-------|
| Attn: Kurt Arnold, Caj Boatright | cboatright@arnoldditkin.com; christensen@arnoldditkin.com; jitkin@arnoldditkin.com |
| Attn: Mary Putnick & Daniel Thornburgh | marybeth@putnicklegal.com; dthornburgh@awkolaw.com |
| Attn: Charlie Stern | charlie.stern@beasleyallen.com |
| Attn: Richard Schlueter | rschlueter@cssfirm.com |
| Attn: Jesse Ferrer & Christina Feller | jferrer@lawyerworks.com; cfeller@lawyerworks.com |
| Attn: Alan J. Broday | brodya@gtlaw.com |
| Attn: Alan D. Halperin & Donna H. Lieberman | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| Attn: Andrew White & Eric Haas | awhite23@its.jnj.com; ehaas8@its.jnj.com |
| Attn: Blake Tanase, Basil Adham | badham@johnsonlawgroup.com |
| Attn: Kenneth A. Rosen, Mary E. Seymour | krosen@lowenstein.com; mseymour@lowenstein.com |
| Attn: Brian W. Hofmeister | bwh@hofmeisterfirm.com |
| Attn: Mitchell Malzberg | mmalzberg@mjmalzberglaw.com |
| Attn: E. Richard Dressel | rdressel@lexnovalaw.com |
| Attn: Allen J. Underwood II | aunderwood@litedepalma.com |
| Attn: Don Worley | don@mcdonaldworley.com |
| Attn: Curtis G. Hoke | choke@millermiller.com |
| Attn: Daniel R. Lapinski | dlapinski@motleyrice.com |
| Attn: Majed Nachawati | mn@ntrial.com |
| Attn: James Heisman, Christopher Lopalo | clopalo@napolibern.com; jheisman@naplilaw.com |
| Attn: Autumn D. Highsmith, Rachel R. Obaldo | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| Attn Lauren Bielskie & Jeffrey M. Sponder | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Attn: James Onder | onder@onderlaw.com |
| Attn: Adam Pulaski | adam@pulaskilawfirm.com |
| Attn: Mark D. Fischer & Robert C Griffiths | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| Attn: Derek J Baker | dbaker@reedsmith.com |
| Attn: Mark P. Robinson Jr. | mrobinson@robinsonfirm.com |
| Attn: Brian J. Mccormick | bmccormick@rossfellercasey.com |
| Attn: Gregory D. Rueb | greg@lawrsd.com |
| Attn: Marc Grossman | mgrossman@thesandersfirm.com |
| Attn: Andrew J. Kelly | akelly@kbtlaw.com |
| Attn: Fletcher V. Trammell | fletch@trammellpc.com |
| Attn: J. Zachary Balasko | john.z.balasko@usdoj.gov |
| Attn: Aimee Wagstaff | awagstaff@wagstafflawfirm.com |
| Attn: Mikal Watts | mcwatts@wattsguerra.com |

Electronic Mail Parties

| ATTN | EMAIL |
|---|---|
| Attn: Jessica Lauria, Glenn M Kurtz & | jessica.lauria@whitecase.com; gkurtz@whitecase.com; ricardo.pasianotto@whitecase.com; gstarner@whitecase.com |
| Attn: Michael C Shepherd & Laura L Femino | mshepherd@whitecase.com; laura.femino@whitecase.com |
| Attn: Blair Warner | blair.warner@whitecase.com; mlinder@whitecase.com; laura.baccash@whitecase.com |

LTL MANAGEMENT LLC - Page No. 23-1092 (MBK)

Appendix A Email Parties List

| NAME | EMAIL |
|---|---|
| CPC | AA@ANDREWSTHORNTON.COM; JCT@ANDREWSTHORNTON.COM; LR@ANDREWSTHORNTON.COM |
| LOCKS LAW FIRM | AANTHONY@LOCKSLAW.COM |
| DICKEY LAW FIRM, LLP | AARON@DICKEYFIRM.COM |
| SUMMERS & JOHNSON, P.C. | AARON@SUMMERSANDJOHNSON.COM |
| ALLAN BERGER AND ASSOCIATES | ABERGER@ALLAN-BERGER.COM |
| BLOOD HURST & OREARDON LLP | ABERGER@ALLAN-BERGER.COM |
| THE KING FIRM | ABERGER@ALLAN-BERGER.COM |
| GOLDENBERG HELLER & ANTOGNOLI, PC | ACALLIS@GHALAW.COM; TLECH@GHALAW.COM |
| DEGARIS WRIGHT MCCALL | ADEGARIS@DWMLAWYERS.COM |
| ROBBINS ROSS ALLOY BELINFANTE | ADENTON@ROBBINSFIRM.COM |
| SKIKOS, CRAWFORD, SKIKOS & JOSEPH | ADESMOND@SKIKOS.COM |
| LOBER & DOBSON, LLC | ADMCBRIDE@LDDLAWYERS.COM; WGD@LDDLAWYERS.COM |
| BUCKINGHAM BARRERA LAW FIRM | ADRIAN@BUCKBARRLAW.COM |
| POTTS LAW FIRM | AFUNK@POTTS-LAW.COM |
| THE POINTE | AFUNK@POTTS-LAW.COM |
| THE POTTS LAW FIRM, LLP | AFUNK@POTTS-LAW.COM; AFUNK@BRANCHLAWFIRM.COM |
| GIBSON & ASSOCIATES INC. | AGIBSON@GIBSONLAWPC.COM; DOUG.GIBSON@GIBSONLAWPC.C |
| REMER & GEORGES-PIERRE, PLLC | AGP@RGPATTORNEYS.COM; JCOSTA@RGPATTORNEYS.COM; PN@RGPATTORNEYS.COM; MHOROWITZ@RGPATTORNEYS.COM |
| BRUSTER PLLC | AKBRUSTER@BRUSTERPLLC.COM |
| WYLDER CORWIN KELLY LLP | AKELLY@WCKLAW.COM |
| BURNS CHAREST LLP | AKLEVORN@BURNSCHAREST.COM; KNELSON@BURNSCHAREST.COM; WBURNS@BURNSCHAREST.COM; DCHAREST@BURNSCHAREST.COM |
| THORNTON LAW FIRM LLP | ALANDRY@TENLAW.COM |
| MARLIN & SALTZMAN LLP | ALAZAR@MARLINSALTZMAN.COM |
| ANDRUS WAGSTAFF, P.C. | ALBERT.NORTHRUP@ANDRUSWAGSTAFF.COM |
| WAGSTAFF LAW FIRM | ALBERT.NORTHRUP@ANDRUSWAGSTAFF.COM |
| THE ALVAREZ LAW FIRM | ALEX@TALF.LAW; PHILLIP@TALF.LAW |
| CLORE LAW GROUP LLC | ALISHA@CLORELAW.COM |
| THE DEATON LAW FIRM | ALL-DEATON@DEATONLAWFIRM.COM |
| THE SMITH LAW FIRM, PLLC | ALLEN@SMITH-LAW.ORG |
| JUSTINIAN & ASSOCIATES PLLC | APANGPARRA@JUSTINIANPLLC.COM |
| THE SIMON LAW FIRM, PC | ASIMON@SIMONLAWPC.COM; JSIM |
| SULLO & SULLO, LLP | ASULLO@SULLOWLAW.COM |
| REICH & BINSTOCK, LLP | BBINSTOCK@REICHANDBINSTOCK.COM; DREICH@REICHANDBINSTOCK.COM |
| LAW OFF OF CHARLES H JOHNSON, PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFICE OF CHARLES H JOHNSON, PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFICES OF CHARLES H JOHNSON,PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFICES OF CHARLES H. JOHNSON | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFS. OF CHARLES H. JOHNSON, PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| GARY C. JOHNSON P.S.C. | BDESKINGS@GARYCJOHNSON.COM; GARY@GARYCJOHNSON.COM; |
| EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP | BEICHEN@NJADVOCATES.COM |
| SWMW LAW, LLC | BEN@SWMWLAW.COM |

LTL MANAGEMENT LLC, Case No. 23-12825 (MBK)
Appendix A Email Parties List

| NAME | EMAIL |
|---|---|
| THE GORI LAW FIRM, P.C. | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| NASH & FRANCISKATO LAW FIRM | BFRANCISKATO@NASHFRANCISKATO.COM |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD | BFRENCH@MRHFMLAW.COM; CTHOMPSON@MRHFMLAW.COM; SRATCLIFFE@MRHFMLAW.COM |
| WALLACE & GRAHAM | BGRAHAM@WALLACEGRAHAM.COM |
| BARRETT LAW GROUP, P.A. | BHAMILTON@BARRETTLAWGROUP.COM; KRILEY@BARRETTLAWGR |
| GOZA & HONNOLD, LLC | BHONNOLD@GOHONLAW.COM |
| BOUCHER LLP | BHUJWALA@BOUCHER.LA; RAY@BOUCHER.LA |
| WILLIAM D. BRANDT, P.C. | BILL@BRANDTLAWOFFICES.COM |
| GHIORSO LAW OFFICE | BILL@GHIORSOLAW.COM; IDDELLW4@GMAIL.COM |
| BART DURHAM INJURY LAW | BLAIR@BLAIRDURHAM.COM |
| ONDER SHELTON OLEARY & PETERSON LLC | BLAIR@ONDERLAW.COM |
| HUTTON & HUTTON | BLAKE.SHUART@HUTTONLAW.COM |
| CUNEO GILBERT & LADUCA, LLP | BRENDANT@CUNEOLAW.COM |
| CELLINO & BARNES, P.C. | BRIAN.GOLDSTEIN@CELLINOANDBARNES.COM |
| GOLDSTEIN GRECO PC | BRIAN.GOLDSTEIN@CELLINOANDBARNES.COM |
| WEINSTEIN CAGGIANO PLLC | BRIAN@WEINSTEINCOUTURE.COM |
| CHILDERS, SCHLUETER & SMITH, LLC | BSMITH@CSSFIRM.COM |
| BURNETT LAW FIRM | BURNETT@CLA |
| ELY BETTINI ULMAN ROSENBLATT & OZER | BURT@EBURLAW.COM |
| THE DIETRICH LAW FIRM, PC | BWOOD@CALLJED.COM |
| LAW OFFICES OF JAMES SCOTT FARRIN | CBAGLEY@FARRIN.COM |
| WILLIAMS & WILLIAMS | CBHUTTO@WILLIAMSATTYS.COM |
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; CHRISTENSEN@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ARNOLD LAW OFFICE | CBOATRIGHT@ARNOLDITKIN.COM; RCHRISTENSEN@ARNOLDITKIN.COM |
| THE CARLSON LAW FIRM | CCARLSON@CARLSONATTORNEYS.COM |
| KELLEY UUSTAL, PLC | CCD@KULAW.COM |
| RIVERA LAW OFFICES, PLLC | CELIA@RIVERALAWOFFICES.COM |
| BACHUS & SCHANKER LLC | CELLIOTT@COLORADOLAW.NET |
| KECHES LAW GROUP, P.C. | CGLINKA@KECHESLAW.COM |
| CHAMP LYONS III, PC | CHAMP@CHAMPLYONS.COM |
| WHITE & WEDDLE, P.C. | CHARLES@WHITEANDWEDDLE.COM |
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| MCDERMOTT & HICKEY | CHIP@MCDERMOTTHICKEYLAW.COM |
| COOK, BARTHOLOMEW, SHEVLIN, COOK & JONES LLP | CJONES@CBSCLAW.COM |
| NAPOLI SHKOLNIK PLLC | CLOPALO@NAPOLIBERN.COM; SSACKS@NAPOLILAW.COM; MAGNETTI@NAPOLILAW.COM; PNAPOLI@NSPRLAW.COM |
| SMITH, GILDEA & SCHMIDT LLC | CMORABITO@SGS-LAW.COM |
| OLEARY, SHELTON, CORRIGAN PETERSON | CORRIGAN@OSCLAW.COM |
| DARLENE; SIMON GREENSTONE PANATIER, | CPANATIER@SGPBLAW.COM |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL & PROCTOR, P.A. | CSTEPHENSON@LEVINLAW.COM |
| CHAPPELL, SMITH & ARDEN, P.A. | CSTRAIGHT@CAS-LAW.COM |

| NAME | EMAIL |
|---|---|
| MURRAY LAW FIRM | CTHOMAS@MURRAY-LAWFIRM.COM |
| WILLIAMS DECLARK TUSCHMAN CO, LPA | CTUSCHMAN@WDTLAW.ORG |
| ATTN: DANIEL P. MCDYER | DANMCDYER@AMBYLAW.COM |
| EDLUND GALLAGHER HASLAM MCCALL WOLF & WOOTEN, PLLC | DARREN@DARRENWOLF.COM |
| ZEVAN DAVIDSON ROMAN LLC | DAVID@ZEVANDAVIDSON.COM |
| JACOBS & CRUMPLAR, P.A. | DAVY@JCDELAW.COM |
| COONEY AND CONWAY | DBARRETT@COONEYCONWAY.COM; CPORRETTA@COONEYCONWAY.COM |
| MERCHANT LAW GROUP LLP | DCHUNG@MERCHANTLAW.COM |
| DIAMOND LAW | DDIAMOND@DIAMONDLAWUSA.COM |
| FRANCOLAW PLLC | DFRANCO@DFRANCOLAW.COM |
| COHEN, PLACITELLA & ROTH | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM; JMPLACITELLA@CPRLAW.COM |
| BOODELL & DOMANSKIS, LLC | DGOLANTY@BOODLAW.COM; SWELTMAN@BOODLAW.COM |
| FRANKLIN, MOSELE & WALKER, PC | DIVEATTORNEY@ICLOUD.COM |
| WILENTZ, GOLDMAN & SPITZER, P.A. | DLAPINSKI@MOTLEYRICE.COM |
| MOTLEY RICE NEW JERSEY LLC | DLAPINSKI@MOTLEYRICE.COM; JHURST@MOTLEYRICE.COM; CSCOTT@MOTLEYRICE.COM |
| MOTLEY RICE, LLC | DLAPINSKI@MOTLEYRICE.COM; JHURST@MOTLEYRICE.COM; CSCOTT@MOTLEYRICE.COM |
| ENVIRONMENTAL LITIGATION GROUP, PC | DON@ELGLAW.COM; GARY@ELGLAW.COM |
| MEDLEY LAW GROUP | DON@MEDLEYLAWGROUP.COM |
| PLYMALE LAW FIRM | DPLYMALE@DUGAN-LAWFIRM.COM |
| RHEINGOLD, GIUFFRA RUFFO & PLOTKIN | DRHEINGOLD@RHEINGOLDLAW.COM |
| MORELLI LAW FIRM, PLLC | DSIROTKIN@MORELLILAW.COM |
| MORRELL LAW FIRM, PLLC | DSIROTKIN@MORELLILAW.COM |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | DTHORNBURGH@AWKOLAW.COM; MARYBETH@PUTNICKLEGAL.COM |
| DUFFY LAW LLC | DUFFY@CPDUFFYLAW.COM |
| KARR TUTTLE CAMPBELL | DVASQUEZ@KARRTUTTLE.COM |
| HELMSDALE LAW, LLP | DVERMONT@HELMSDALELAW.COM |
| BERNSTEIN LIEBHARD LLP | DWECK.MORRIS@GMAIL.COM |
| BLIZZARD & NABERS, LLP | EBLIZZARD@BLIZZARDLAW.COM |
| HEDRICK LAW FIRM | EDRICK@GMAIL.COM |
| THE SEGAL LAW FIRM | EDWARD.AMOS@SEGAL-LAW.COM; JASON.FOSTER@SEGAL-LAW.COM; SCOTT.SEGAL@SEGAL-LAW.COM |
| FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |
| HOLLAND GROVES SCHNELLER & STOLZE | EHOLLAND@ALLFELA.COM |
| LAW OFFICE OF EUSI H. PHILLIPS | EHPHILLIPS@EHPHILLIPSLAW.COM |
| LAW OFFICES OF ERIC H. WEINBERG | EHW@ERICHWEINBERG.COM |
| THE LAW OFFICES OF ERIC H. WEINBERG | EHW@ERICHWEINBERG.COM |
| THE WEINBERG LAW FIRM | EHW@ERICHWEINBERG.COM |
| LEVIN SEDRAN & BERMAN | EINKOWITZ@LFSBLAW.COM |
| FAHRENBACH; KELLEY & FERRARO, LLP | EJKELLEY@KELLEY-FERRARO.COM |
| NASS CANCELLIERE BRENNER | EMNASS@NASSCANCELLIERE.COM |
| KARST & VON OISTE, LLP | EPK@KARSTVONOISTE.COM; DAC@KARSTVONOISTE.COM |
| HEYGOOD, ORR & PEARSON | ERIC@HOP-LAW.COM |
| WEXLER WALLACE LLP | ESW@WEXLERWALLACE.COM |

LTL MANAGEMENT LLC   Case No. 23-12825 (MBK)
Appendix A Email Parties List

| NAME | EMAIL |
|------|-------|
| THE PENTON LAW FIRM | FEDCOURTMAIL@THEPENTONLAWFIRM.COM |
| LAW OFF OF ROGER ROCKY WALTON, PC | FILINGS@ROCKYWALTON.COM |
| LAW OFFICE OF MARION D. FLOYD | FLOYDMAR@BELLSOUTH.NET |
| VICKERY & SHEPHERD, LLP | FRED@JUSTICESEEKERS.COM |
| LANDRY & SWARR, L.L.C. | FSWARR@LANDRYSWARR.COM |
| CALCAGNO & ASSOCIATES, LLP | GARY@CALCAGNOLAWFIRM.COM; LORI@CALCAGNOLAWFIRM.COM |
| HOSSLEY EMBRY LLP | GEORGE@HOSSLEYEMBRY.COM; JEFF@HOSSLEYEMBRY.COM |
| MCEWEN LAW FIRM, LTD. | GMCEWEN@MCEWENLAW.COM |
| GAINSBURGH, BENJAMIN, DAVID | GMEUNIER@GAINSBEN.COM |
| SHINDLER, ANDERSON, GOPLERUD & WEESE P.C. | GOPLERUD@SAGWLAW.COM; MARTY@SAGWLAW.COM |
| BRAYTON PURCELL LLP | GPURCELL@BRAYTONLAW.COM |
| GRAHAM P. CARNER, PLLC | GRAHAM.CARNER@GMAIL.COM |
| LAW OFFICE OF GRANT D. AMEY, LLC | GRANTAMEY@GRANTAMEY.COM |
| WILL DAVIDSON LLP | GWILL@WILLDAVIDSON.CA |
| YEAROUT & TRAYLOR, P.C. | GYEAROUT@YEAROUT.NET |
| BRADSHAW, FOWLER, PROCTOR & | HAINDFIELD.MATTHEW@BRADSHAWLAW.COM |
| GANCEDO LAW FIRM, INC | HGANCEDO@GANCEDOLAW.COM |
| THE WHITTEMORE LAW GROUP, PA | HPINDER@WHEREJUSTICEMATTERS.COM |
| ROSS LAW OFFICES, P.C. | HROSSLAW@GMAIL.COM |
| THE JACOB D. FUCHSBERG LAW FIRM | I.WELK@FUCHSBERG.COM |
| DECOF, BARRY, MEGA & QUINN, P.C. | JAB@DECOF.COM |
| PROVOST UMPHREY LAW FIRM | JAJ@M-J.COM |
| J. ALAN WELCH P. C. | JALANWELCHLAW@BELLSOUTH.NET |
| JASON J. JOY & ASSCIATES P.L.L.C. | JASON@JASONJOYLAW.COM |
| JONES WARD PLC | JASPER@JONESWARD.COM |
| DICKSON KOHAN & BABLOVE LLP | JBABLOVE@DKBLAWYERS.COM |
| SIMON GREENSTONE PANATIER | JBJ@SGPBLAW.COM; CPANATIER@SGPBLAW.COM |
| THE HANNON LAW FIRM, LLC | JBLUM@HANNONLAW.COM; KHANNON@HANNONLAW.COM |
| MATERN LAW GROUP, PC | JBOXER@MATERNLAWGROUP.COM; MMATERN@MATERNLAWGROUP. |
| LEVIN FISHBEIN SEDRAN & BERMAN | JCAMPBELL@AZINJURYLAW.COM |
| LEVIN SIMES LLP | JCAMPBELL@AZINJURYLAW.COM; MMCCORMICK@LEVINSIMES.C |
| SALTZ MONGELUZZI & BENDESKY PC | JCOHAN@SMBB.COM; LCOHAN@SMBB.COM |
| ANDREW THORNTON HIGGINS RAZMARA LLP | JCT@ANDREWSTHORNTON.COM; AA@ANDREWSTHORNTON.COM; LR@ANDREWSTHORNTON.COM |
| SLACK & DAVIS LLP | JDAVIS@SLACKDAVIS.COM |
| DEAN OMAR BRANHAM, LLP | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| DELL & DEAN PLLC | JDELL@D2TRIALLAW.COM; JMASSARO@D2TRIALLAW.COM |
| ROBINS KAPLAN, LLP | JDEPAUW@ROBINSKAPLAN.COM; MMEGHJEE@ROBINSKAPLAN.CO |
| JACOBS OHARA MCMULLEN , P.C. | JDM@JOMLAWFIRM.COM |
| JOEL E. BROWN & ASSOCIATES, P.C. | JEBROWNLAW@SBCGLOBAL.NET |
| VAUGHAN LAW FIRM PC | JEFF@LEGALTRAILTEAM.COM |
| LIAKOS LAW APC | JENN@JENNLIAKOSLAW.COM |

LTL MANAGEMENT LLC   Case No. 23-12825 (MBK)

Appendix A Email Parties List

| NAME | EMAIL |
|------|-------|
| MOORE LAW GROUP PLLC | JENNIFER@MOORELAWGROUP.COM |
| KARSMAN, MCKENZIE & HART | JEREMY@KMTRIAL.COM |
| MCGOWAN, HOOD & FELDER, LLC | JFELDER@MCGOWANHOOD.COM; RHOOD@MCGOWANHOOD.COM; JW |
| HAFFNER LAW PC | JHH@HAFFNERLAWYERS.COM; |
| LAW OFF OF JEFFREY S GLASSMAN, LLC | JLAMKIN@JEFFREYSGLASSMAN.COM |
| LAW OFFICES OF JEFFREY S. GLASSMAN, LLC | JLAMKIN@JEFFREYSGLASSMAN.COM; BNAUMES@JEFFREYSGLASSMAN.COM |
| BARON & BUDD, P.C. | JMANN@BARONBUDD.COM |
| MORRIS LAW FIRM | JMORRIS@JAMLAWYERS.COM |
| LAW OFFICES OF JEFFREY MUTNICK | JMUTNICK@MUTNICKLAW.COM |
| CHEHARDY, SHERMAN, WILLIAMS,RECILE,STAKELUM & HAYES, LLP | JMW@CHEHARDY.COM |
| ALLEN & NOLTE PLLC | JNOLTE@ALLENNOLTE.COM |
| THE BARNES FIRM, LC | JOE.VAZQUEZ@CELLINOANDBARNES.COM; JOE.VAZQUEZ@THEBARNESFIRM.COM |
| THE DILORENZO LAW FIRM, LLC | JOEL@DILORENZO-LAW.COM |
| DALIMONTE RUEB, LLP | JOHN@DRLAWLLP.COM; JORENDI@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| FAY LAW GROUP PLLC | JOHN@DRLAWLLP.COM; JORENDI@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| FOX AND FARLEY | JOHNWILLIS@FOXANDFARLEYLAW.COM |
| THE MADALON LAW FIRM | JOSEPH@MADALONLAW.COM |
| JOHN B. OSTROW, P.A. | JOSTROW@BELLSOUTH.NET |
| PADILLA LAW GROUP | JPADILLA@PADILLALAWGROUP.COM |
| PARAFINCZUK WOLF, P.A. | JPARAFINCZUK@PARAWOLF.COM |
| ROCHON GENOVA LLP | JROCHON@ROCHONGENOVA.COM |
| DEAN; KAZAN, MCCLAIN, SATTERLEY & GREENWOOD | JSATTERLEY@KAZANLAW.COM |
| KAZAN MCCLAIN SATTERLEY & GREENWOOD | JSATTERLEY@KAZANLAW.COM; JLANGDOC@KAZANLAW.COM; DCLANCY@KAZANLAW.COM |
| BANNER LEGAL | JSHAFER@BANNERLEGAL.COM |
| KIBBEY AND WAGNER | JWAGNER@KIBBEYLAW.COM |
| WARD BLACK LAW | JWBLACK@WARDBLACKLAW.COM |
| THE WHITEHEAD LAW FIRM, LLC | KATE@WHITEHEADFIRM.COM; CMW@WHITEHEADFIRM.COM |
| GIBBS LAW GROUP LLP | KBM@CLASSLAWGROUP.COM |
| RILEYCATE, LLC | KBRILEY@BARRETTLAWGROUP.COM |
| KROGER GARDIS & REGAS, LLP | KF@LGKFLAW.COM |
| GIRARDI & KEESE | KGRIFFIN@GIRARDIKEESE.COM |
| HANNON LAW FIRM, LLC | KHANNON@HANNONLAW.COM |
| WILSON LAW PA | KIM@WILSONLAWPA.COM |
| THE REARDON LAW FIRM, P.C. | KREARDON@REARDONLAW.COM |
| LYNN LAW FIRM | KSHANNON@LYNNLAW.COM |
| LUDWIG LAW FIRM, PLC | KYLE@LUDWIGLAWFIRM.COM |
| UNGLESBY LAW FIRM | LANCE@UNGLESBYLAW.COM |
| MARTIN BAUGHMAN, PLLC | LBAUGHMAN@MARTINBAUGHMAN.COM; RWRIGHT@MARTINBAUGHM |
| THE FERRARO LAW FIRM, P.A. | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |

| NAME | EMAIL |
|---|---|
| THE CHEEK LAW FIRM | LCHEEK@THECHEEKLAWFIRM.COM; KCHEEK@THECHEEKLAWFIRM.COM |
| LENZE KAMERRER MOSS, PLC | LENZE@LENZELAWYERS.COM |
| HELVEY LAW | LHELVEY@HELVEYLAW.COM |
| THE LAW FIRM OF LARRY HELVEY | LHELVEY@HELVEYLAW.COM |
| WATERS & KRAUS, LLP | LMACLEAN@WATERSKRAUS.COM |
| GOLDBERG, PERSKY & WHITE, PC | LOCHELTREE@GPWLAW.COM |
| MILSTEIN JACKSON FAIRCHILD WADE LLP | LPLESSET@MJFWLAW.COM |
| DALTON AND ASSOCIATES, PA | LSIMON@BDALTONLAW.COM |
| EDWARD F. LUBY, LLC | LUBYLAW@LUBYLAWFIRM.COM |
| CHAFFIN LUHANA LLP | LUHANA@CHAFFINLUHANA.COM |
| DICELLO LEVITT GUTZLER LLC | MADICELLO@DICELLOLEVITT.COM |
| SCHROEDER MAUNDRELL BARBIERE POWERS | MAHRENS@SMBPLAW.COM |
| SUTTON, ALKER & RATHER, LLC | MALKER@SUTTON-ALKER.COM; CSUTTON@SUTTON-ALKER.COM |
| THE CLORE LAW GROUP LLC | MARK@CLORELAW.COM; ALISHA@CLORELAW.COM |
| PUTNICK LEGAL, LLC | MARYBETH@PUTNICKLEGAL.COM |
| BAUM, HEDLUND, ARISTEI & GOLDMAN,PC | MBAUM@BAUMHEDLUNDLAW.COM; NMALDONADO@BAUMHEDLUNDLA |
| BRANCH LAW FIRM | MBRANCH@BRANCHLAWFIRM.COM |
| WEITZ & LUXENBERG | MBRATT@WEITZLUX.COM; BSHARMA@WEITZLUX.COM; ERELKIN@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; LBUSCH@WEITZLUX.COM |
| POGUST BRASLOW & MILLROOD, LLC | MDALY@POGUSTMILLROOD.COM |
| THE DREESEN LAW FIRM, LLC | MDREESEN@DREESENLAW.COM |
| DUGAN LAW FIRM, PLC | MEKEL@DUGAN-LAWFIRM.COM |
| THE DUGAN LAW FIRM | MEKEL@DUGAN-LAWFIRM.COM; MARK@DUGAN-LAWFIRM.COM; J |
| FLETCHER V. TRAMMELL | MELISSA@TRAMMELLPC.COM; FLETCH@TRAMMELLPC.COM |
| MORGAN & MORGAN, P.A. | MGOETZ@FORTHEPEOPLE.COM |
| GREER, RUSSELL, DENT & LEATHERS, PA | MGREER@GREERLAWFIRM.COM |
| HAFELI STARAN & CHRIST , P.C. | MHAFELI@HSC-LAW.COM |
| GITLIN, HORN AND VAN DE KIEFT, LLP | MHORN@GHVLAW.COM |
| MICHAEL BRANDY LYNCH FIRM | MICHAEL@MBLYNCHFIRM.COM |
| THE MICHAEL BRADY LYNCH FIRM | MICHAEL@MBLYNCHFIRM.COM |
| MICHAEL DAVID LAW | MICHAELDAVIDLAW@AOL.COM |
| RAIPHER PC | MJK@RAIPHER.COM; TSL@RAIPHER.COM; RDP@RAIPHER.COM |
| C/O MICHELLE TAYLOR, PRO PER | MLTAYLOR8791@GMAIL.COM |
| LEVY KONIGSBERG LLP | MMAIMON@LEVYLAW.COM; JBLOCK@LEVYLAW.COM |
| LEVIN SIMES ABRAMS LLP | MMCCORMICK@LEVINSIMES.COM |
| BECNEL LAW FIRM, LLC | MMORELAND@BECNELLAW.COM |
| JIM S. HALL & ASSOCIATES, LLC | MMORELAND@BECNELLAW.COM |
| MELANIE H MUHLSTOCK/PARKER WAICHMAN LLP | MMUHLSTOCK@YOURLAWYER.COM |
| PARKER WAICHMAN LLP | MMUHLSTOCK@YOURLAWYER.COM |
| TAFT STETTINIUS & HOLLISTER LLP | MONEIL@TAFTLAW.COM |
| ASHCRAFT & GEREL | MPARFITT@ASHCRAFTLAW.COM; PLYONS@ASHCRAFTLAW.COM; JGREEN@ASHCRAFTLAW.COM |
| KENNY & KENNY, PLLC | MPKENNY@KENNY-KENNY.COM |

LTL MANAGEMENT LLC   Case No 23-12825 (MBK)
Appendix A Email Parties List

| NAME | EMAIL |
|---|---|
| THE LEVENSTEN LAW FIRM, P.C. | MWJ@LEVENSTENLAWFIRM.COM; SDL@LEVENSTENLAWFIRM.COM |
| EISENBERG, ROTHWEILER, WINKLER | NANCY@ERLEGAL.COM |
| LAW OFFICES OF PETER G ANGELOS, PC | NBONADIO@LAWPGA.COM |
| LAW OFF OF PETER G. ANGELOS, P.C. | NBONADIO@LAWPGA.COM; |
| GOLDENBERGLAW PLLC | NCLAURICELLA@GOLDENBERGLAW.COM |
| NICOLE M VARISCO, ESQ | NICOLE.VARISCO@LAWBBH.COM |
| LEE COSSELL & CROWLEY, LLP | NLEE@NLEELAW.COM |
| LOWRANCE LUNDELL LOFGREN | NMISMASH@3LAW.COM; RADOS@ONDERLAW.COM |
| THE ONDER LAW FIRM | ONDER@ONDERLAW.COM |
| GRANT & EISENHOFER P. A. | PALDERSON@GELAW.COM; |
| PORTER & MALOUF, PA | PATRICK@PORTERMALOUF.COM; TIM@PORTERMALOUF.COM |
| DRISCOLL FIRM, P.C. | PAUL@THEDRISCOLLFIRM.COM; JOHN@THEDRISCOLLFIRM.COM |
| PRATT & ASSOCIATES | PGORE@PRATTATTORNEYS.COM |
| MEYERS & FLOWERS, LLC | PJF@MEYERS-FLOWERS.COM |
| NACHAWATI LAW GROUP | PLUFF@FNLAWFIRM.COM; NGIBSON@FNLAWFIRM.COM; JLONG@FNLAWFIRM.COM; DMCDOWELL@FNLAWFIRM.COM |
| PATRICK MILLER, LLC | PMILLER@PATRICKMILLERLAW.COM |
| SALVI, SCHOSTOK & PRITCHARD P.C. | PSALVI@SALVILAW.COM |
| BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS LLP | PSCOTT@BRBCSW.COM |
| BEKMAN, MARDER, & ADKINS, LLC | QUINN@BMALAWFIRM.COM |
| CLIFFORD LAW OFFICES, P.C. | RAC@CLIFFORDLAW.COM; SMM@CLIFFORDLAW.COM |
| TALMADGE BRADDOCK | RADDOCK@ICLOUD.COM |
| ONDERLAW, LLC | RADOS@ONDERLAW.COM; ONDER@ONDERLAW.COM |
| AHDOOT & WOLFSON, PC | RAHDOOT@AHDOOTWOLFSON.COM |
| MCSWEENEY/LANGEVIN, LLC | RAM@WESTRIKEBACK.COM |
| FLEMING, NOLEN & JEZ, LLP | RAND_NOLEN@FLEMING-LAW.COM; KELSEY_STOKES@FLEMING- |
| BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A. | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| OSBORNE & FRANCIS LAW FIRM PLLC | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| OSBORNE, ASSOCIATES LAW FIRM, P.A. | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| BUCK LAW FIRM | RBUCK@BUCKFIRM.COM |
| BLOCK LAW FIRM, APLC | RCB@BLOCKLAWFIRM.COM |
| HOVDE, DASSOW, & DEETS, LLC | RDASSOW@HOVDELAW.COM |
| FRIEDMAN RUBIN, PLLP | RFRIEDMAN@FRIEDMANRUBIN.COM;PMULLENIX@FRIEDMANRUBIN.COM |
| GOLOMB SPIRT GRUNFELD PC | RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; SRESNICK@GOLOMBHONIK.COM RGOLOMB@GOLOMBLEGAL.COM; KGRUNFLED@GOLOMBHONIK.COM |

LTL MANAGEMENT LLC    Case No. 23-12825 (MBK)

Appendix A Email Parties List

| NAME | EMAIL |
|------|-------|
| GOLOMB & HONIK, P.C. | RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; RGOLOMB@GOLOMBLEGAL.COM; KGRUNFLED@GOLOMBHONIK.COM |
| BERGSTRESSER & POLLOCK PC | RICH@BERGSTRESSER.COM |
| ELY LAW, LLC | RICK@ELY-LAW.COM |
| THE GATTI LAW FIRM | RJENNINGS@GATTILAW.COM |
| MILBERG COLEMAN BRYSON PHILLIPS | RKASSAN@MILBERG.COM |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN | RKASSAN@MILBERG.COM |
| SANDERS PHILLIPS GROSSMAN, LLC | RKASSAN@MILBERG.COM |
| SANDERS VIENER GROSSMAN LLP | RKASSAN@MILBERG.COM |
| HARPER GREY LLP | RKEITH@HARPERGREY.COM |
| MANIER & HEROD | RMILLER@MANIERHEROD.COM |
| BARNES LAW GROUP, LLC | ROY@BARNESLAWGROUP.COM |
| LAW OFF. OF RICHARD R BARRETT, PLLC | RRB@RRBLAWFIRM.NET |
| LAW OFFICE OF RICHARD R BARRETT | RRB@RRBLAWFIRM.NET |
| LAW OFFS. OF RICHARD R BARRETT PLLC | RRB@RRBLAWFIRM.NET |
| CARLSON LAW FIRM | RRIZKALLA@CARLSONATTORNEYS.COM |
| MORRIS & PLAYER PLLC | RROOT@MORRISBART.COM |
| MORRIS BART & ASSOCIATES | RROOT@MORRISBART.COM |
| STRAUSS TROY CO., LPA | RRPARRY@STRAUSSTROY.COM |
| WRIGHT & SCHULTE, LLC | RSCHULTE@LEGALDAYTON.COM |
| BARRY, MCTIERNAN & WEDINGER | RWEDINGER@BMCTWLAW.COM |
| KELLEY & FERRARO, LLP | SACTON@KELLEY-FERRARO.COM; JMURPHY@KELLEY-FERRARO. |
| ROSS FELLER CASEY, LLP | SBERGER@ROSSFELLERCASEY.COM; MHOFFMAN@ROSSFELLERCASEY.COM; BMCCCORMICK@ROSSFELLERCASEY.COM |
| MAURO, SAVO, CAMERINO, GRANT & SCHALK, P.A. | SCHALK@MAUROSAVOLAW.COM |
| BOHRER LAW FIRM, LLC | SCOTT@BOHRERBRADY.COM |
| FROST LAW FIRM, PC | SCOTT@FROSTLAWFIRM.COM |
| TORHOERMAN LAW LLC | SDAVIS@TORHOERMANLAW.COM |
| OLDFATHER LAW FIRM | SDESKINS@OLDFATHER.COM |
| THE LAW OFFICES OF SEAN M CLEARY | SEAN@CLEARYPA.COM |
| RAHDERT & MORTIMER, PLLC | SERVICEMORT@RAHDERTLAW.COM |
| MUELLER LAW PLLC | SFARIES@MUELLERLAW.COM; SFARIES@PULASKILAWFIRM.COM |
| JOHNSON BECKER, PLLC | SHAUER@JOHNSONBECKER.COM; MJOHNSON@JOHNSONBECKER.COM; JSHANNON@JOHNSONBECKER |
| HORTON LAW FIRM | SHORTON@COXINET.NET |
| BURG SIMPSON ELDREDGE HERSH JARDINE | SKATZ@BURGSIMPSON.COM |
| STANLEY LAW GROUP | SKITNER@STANLEYLAWGROUP.COM; MARCSTANLEY@MAC.COM |
| WALTON TELKEN FOSTER, LLC | SLYONS@WALTONTELKEN.COM; STELKEN@WALTONTELKEN.COM |
| BRUERA LAW FIRM PLLC | SOFIA@BRUERALAW.COM |
| BLASINGAME, BURCH, GARRARD & ASHLEY, PC | SSCHRAMM@BBGA.COM;  JBW@BBGBALAW.COM; LPITTARD@BBGA.COM;  JBM@BBGBALAW.COM; AJH@BBGBALAW.COM;  HGG@BBGBALAW.COM |
| KEEFE LAW FIRM | SSULLIVAN@WILENTZ.COM |
| ANASTOPOULO LAW FIRM | STEFAN@FEIDLERLAWFIRM.COM |

| NAME | EMAIL |
|------|-------|
| THE GORNY LAW FIRM, LC | STEVE@GORNYLAWFIRM.COM |
| VISRAM-GIRALDO LAW GROUP, LLP | SVISRAM@VG.LAW |
| LAW OFFICE OF TERENCE J. SWEENEY | SWEENEYLAWFIRM@OPTONLINE.NET |
| BISNAR AND CHASE | TANTUNOVICH@BISNARCHASE.COM; BCHASE@BISNARCHASE.COM |
| BEVAN & ASSOCIATES LPA, INC. | TBEVAN@BEVANLAW.COM |
| WAGSTAFF & CARTMELL, LLP | TCARTMELL@WCLLP.COM; VGROSS@WCLLP.COM |
| CARDARO & PEEK, L.L.C. | TCC@CARDAROLAW.COM; CDF@CARDAROLAW.COM; JLP@CARDAR |
| THE DUNKEN LAW FIRM | TDUNKEN@DUNKENLAW.COM |
| DWYER WILLIAMS POTTER | TIM@RDWYER.COM |
| WALKER, HAMILTON & KOENIG, LLP | TIM@WHK-LAW.COM; CLARISSA@WHK-LAW.COM |
| MARTINIAN & ASSOCIATES, INC. | TM@MARTINIANLAW.COM; ARASH@ZABETIANLAW.COM |
| SIMMONS HANLY CONROY | TMIRACLE@SIMMONSFIRM.COM; JKRAMER@SIMMONSFIRM.COM |
| DIAZ LAW FIRM, PLLC | TRIPP@DIAZLAWFIRM.COM |
| THE DIAZ LAW FIRM, PLLC | TRIPP@DIAZLAWFIRM.COM |
| THE MILLER FIRM, LLC | TSHAH@MILLERFIRMLLC.COM; CHOKE@MILLERFIRMLLC.COM |
| HABUSH HABUSH & ROTTIER SC | TTRECEK@HABUSH.COM |
| RAPPAPORT, GLASS, LEVINE & ZULLO | TVALET@RAPPLAW.COM |
| PRIBANIC & PRIBANIC, LLC | VPRIBANIC@PRIBANIC.COM |
| JAMES, VERNON & WEEKS, PA | WES@JVWLAW.NET |
| SOUTHERLAND LAW FIRM, PLLC | WES@SOUTHERLAND-LAW.COM |
| LIEFF CABRASER HEIMANN & BERNSTEIN | WFLEISHMAN@LCHB.COM |
| RICHARDSON, THOMAS, HALTIWANGER, | WILL@RICHARDSONTHOMAS.COM; TERRY@RICHARDSONTHOMAS. |
| THE DAILEY LAW FIRM | WILLIAM.DAILEY@THEDAILEYFIRM.COM |
| MONTROSE LAW LLP | YAMSELEM@HELMSDALELAW.COM |
| KIESEL LAW, LLP | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| ALOIA LAW FIRM LLC | VLUCIDO@ALOIALAWFIRM.COM |
| ANAPOL WEISS | TANAPOL@ANAPOLWEISS.COM |
| ASPEY, WATKINS & DIESEL, PLLC | INFO@AWDLAW.COM |
| AVA LAW GROUP, INC. | SUPPORT@AVA.LAW |
| BAILLY AND MCMILLAN, LLP | JBAILLY@BANDMLAW.COM; KMCMILLAN@BANDMLAW.COM; RDEPONTO@BANDMLAW.COM |
| BALZARINI & WATSON | LBAL@COMCAST.NET |
| BATHGATE, WEGENER & WOLF | EKASSELMAN@BATHWEG.COM |
| BECKER LAW GROUP | BECKER@BECKERLAWGROUP.COM |
| BERGMAN DRAPER OSLUND | MATT@BERGMANLEGAL.COM |
| BERKE LAW FIRM, PA | BERKELAW@YAHOO.COM |
| BERNHEIM KELLY BATTISTA & BLISS | JBERNHEIM@REALJUSTICE.COM |
| BUZIN LAW, P.C. | ABUZIN@BUZINLAW.COM |
| CAMPBELL & ASSOCIATES | INFO@INJURYHELP.ORG |
| CAPRETZ & ASSOCIATES | JCAPRETZ@CAPRETZ.COM |
| CARAZO QUETGLAS LAW OFFICES | INFO@QUETGLASLAWPSC.ORG |
| CARPENTER & SCHUMACHER, PC | SCARPENTER@CSTRIALLAW.COM |
| CATES MAHONEY, LLC | DCATES@CATESLAW.COM |
| CHANDLER KLICS, LLP | SYLVIA@CHANDLERLAWLLC.COM |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)
Appendix A Email Parties List

| NAME | EMAIL |
|---|---|
| CHEELEY LAW GROUP | BOB@CHEELEYLAWGROUP.COM |
| CHEONG, DENOVE, ROWELL & BENNETT | MKAY@CDRB-LAW.COM |
| CHISHOLM & CHISHOLM, P.C. | CAROL@CHISHOLMLAWFIRM.COM |
| CHRISTOPHER D. SMITH P.A. | SMITH@CHRISSMITH.COM |
| CLARK ROBB MASON COULMBE, ET AL. | LCLARK@FLORIDAMEDIATION.COM |
| CLAYEO C. ARNOLD, APC | INFO@JUSTIC4YOU.COM |
| COHEN & MALAD, LLP | JKNOLL@COHENANDMALAD.COM |
| CONSTANT LEGAL GROUP LLP | INFO@CONSTANTLLP.COM |
| CORBOY & DEMETRIO, P.C. | KTL@CORBOYDEMETRIO.COM; GUS@CORBOYDEMETRIO.COM |
| CORRIE YACKULIC LAW FIRM, PLLC | CORRIE@CJYLAW.COM |
| CORY, WATSON, CROWDER & DEGARIS P.C. | SHUNT@CORYWATSON.COM |
| CRAIG SWAPP & ASSOCIATES | CRAIG@CRAIGSWAPP.COM |
| DAMATO LAW FIRM, P.C. | INQUIRY@DAMATOLAWFIRM.COM |
| DANIEL & ASSOCIATES, LLC | INFO@AOATL.COM |
| DANZIGER & DE LLANO, LLP | MICHELLE@DANDELL.COM |
| DARCY JOHNSON DAY, P.C. | ADARCY@DARCYJOHNSONDAY.COM |
| DAVIS & CRUMP P.C. | INFO@DAVISCRUMP.COM |
| DELISE & HALL | AHALL@DAHLAW.COM |
| DENNIS F. OBRIEN, P.A. | OBIE26@AOL.COM |
| DICKS & COGLIANSE LLP | MDICKS@HOADEFECTLAWYERS.COM |
| DOBS & FARINAS, LLP | KFARINAS@DOBSLEGAL.COM |
| DOLCE PANEPINTO, P.C. | MPANEPINTO@DOLCEFIRM.COM |
| DOMENGEAUX WRIGHT ROY & EDWARDS LLC | ELWOODS@WRIGHTROY.COM |
| DONALD L. SCHLAPPRIZZI P.C. | CRAIG@SCHLAPPRIZZIPC.COM |
| DOROTHY V. MAIER, PA | DOROTHYMAIER2013@GMAIL.COM |
| FELDMAN & PINTO | INFO@FELDMANPINTO.COM |
| FITZGERALD KNAIER, LLP | RKNAIER@FITZGERALDKNAIER.COM |
| FITZGERALD LAW GROUP, LLC | INFO@FITZ-LAWGROUP.COM |
| FREDEKING & BISER LAW OFFICES | INFO@FREDEKINGLAW.COM |
| GACOVINO, LAKE & ASSOCIATES | INFO@GACOVINOLAKE.COM |
| GALANTE & BIVALACQUA LLC | SCOTT@GB-LAWFIRM.COM |
| GALIHER DEROBERTIS & WAXMAN LLP | INFO@GALIHERLAW.COM |
| GEOFFREY B. GOMPERS & ASSOC, P.C. | GOMPERS@GOMPERSLAW.COM |
| GLENN LOEWENTHAL, PC | LORI.LYON@GEORGIATRIALATTORNEYS.COM; LISA@GEORGIATRIALATTORNEYS.COM |
| GLP ATTORNEYS, P.S., INC. | SEATTLEOFFICE@GLPATTORNEYS.COM |
| GOETZ, BALDWIN & GEDDES, P.C. | DEVLAN@GOETZLAWFIRM.COM; KNELSON@GOETZLAWFIRM.COM |
| GUARDIAN LAW GROUP, LLP | RECEPTION@GUARDIAN.LAW |
| HACH ROSE SCHIRRIPA & CHEVERIE LLP | FSCHIRRIPA@HRSCLAW.COM |
| HARRIS LOWRY MANTON LLP | STEVE@HLMLAWFIRM.COM; JED@HLMLAWFIRM.COM |
| HARRY I. KATZ, PC | SPEAKTOHARRYKATZ@GMAIL.COM |
| HART MCLAUGHLIN & ELDRIDGE | RMCLAUGHLIN@HMELEGAL.COM |
| HENINGER, GARRISON, DAVIS, LLC | ACARROLL@HGDLAWFIRM.COM; WLBROSS@HGDLAWFIRM.COM; INFO@HGDLAWFIRM.COM |
| HOLLAND LAW FIRM | EHOLLAND@HOLLANDTRIALLAWYERS.COM; INFO@HOLLANDTRIALLAWYERS.COM |
| HOLLIS, WRIGHT, CLAY & VAIL, P.C. | JOSHW@HOLLIS-WRIGHT.COM |
| HUBER, SLACK, THOMAS & MARCELLE | STEPHEN@HUBERTHOMASLAW.COM; INFO@HUBERTHOMASLAW.COM |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)
Appendix A Email Parties List

| NAME | EMAIL |
|---|---|
| HURLEY MCKENNA & MERTZ | CHURLEY@HURLEY-LAW.COM; INFO@HURLEY-LAW.COM |
| JAMES MORRIS LAW FIRM PC | JMORRIS@JAMLAWYERS.COM |
| JAMIE A. JOHNSTON, P.C. | JAMIE@JJOHNSTONPC.COM |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | KJAVERBAUM@LAWJW.COM |
| JAZLOWIECKI & JAZLOWIECKI, LLC | EJAZLOWIECKI@JAZLOWIECKI.COM; INFO@JAZLOWIECKI.COM |
| JEFFREY R. LESSIN & ASSOCIATES, PC | INFO@LESSINLAW.COM |
| JENNER LAW, P.C. | RJENNER@JENNERLAWFIRM.COM |
| JUSTICE LAW | CJUSTICE@JUSTICEINJURYLAWYER.COM; ABREIT@JUSTICEINJURYLAWYER.COM; JUSTICE@JUSTICEINJURYLAWYER.COM |
| KAHN WIKSTROM & SININS, P.C. | KJAVERBAUM@LAWJW.COM |
| KARON LLC | DKARON@KARONLLC.COM; BHOLLOWELL@KARONLLC.COM |
| KASSEL MCVEY | JKASSEL@KASSELLAW.COM |
| KAZAROSIAN COSTELLO LLP | WALTER@KAZCOLAW.COM; MARSHA@KAZCOLAW.COM |
| KIRKENDALL DWYER LLP | PI_LEADS@KIRKENDALLDWYER.COM |
| KNAPP & ROBERTS, P.C. | KNAPP@KRATTORNEYS.COM |
| KNIGHT LAW GROUP, LLP | INFO@KNIGHTLAW.COM |
| KUHARSKI LEVITZ & GIOVINAZZO | MKUHARSKI@KLGLAWYER.COM |
| LANGDON & EMISON | BRETT@LELAW.COM |
| LANGSTON & LOTT, PLLC | INFO@LANGSTONLOTT.COM |
| LAW FIRM OF KELLEY UUSTAL, PLC | RWK@KULAW.COM; JJU@KULAW.COM |
| LAW OFF. OF NICHOLAS A. BOYLAN, APC | NABLAWFIRM@GMAIL.COM |
| LAW OFFICE OF HAYTHAM FARAJ | HAYTHAM@FARAJLAW.COM |
| LAW OFFICE OF JOHN D. SILEO, LLC | JACK@JOHNSILEOLAW.COM; CASEY@JOHNSILEOLAW.COM |
| LAW OFFICES DENNIS F. OBRIEN, P.A. | OBIE26@AOL.COM |
| LAW OFFICES OF DONALD G. NORRIS | DNORRISLAW@GMAIL.COM; DNORRIS@NORGALLAW.COM |
| LAW OFFICES OF JAMES S. ROGERS | JSR@JSROGERSLAW.COM |
| LAW OFFICES OF MICHAEL L. RAIR, PA | MRAIRLAW@AOL.COM |
| LAW OFFICES OF SEAN M. CLEARY | SEANCLEARY@CLEARYPA.COM |
| LAW OFFICES OF THEIDA SALAZAR | SALAZARLAWGROUP@GMAIL.COM |
| LAW OFFS. OF PETER G. ANGELOS, P.C. | LANGELOS@LAWPGA.COM |
| LEVY BALDANTE FINNEY & RUBENSTEIN | RUBENSTEIN@LEVYBALDANTE.COM; MCOHEN@LEVYBALDANTE.COM |
| LEVY, BALDANTE,FINNEY & RUBENSTEIN, | KKELLER@LEVYBALDANTE.COM |
| LEWIS SAUL & ASSOCIATES, P.C. | INFO@LEWISSAUL.COM |
| LILLIS LAW FIRM | INFO@MBFIRM.COM |
| LINVILLE LAW GROUP | INFO@LINVILLELAWGROUP.COM; INFO@LINVILLEFIRM.COM |
| MALATESTA LAW OFFICES, LLC | INQUIRY@MALATESTALAW.COM |
| MARTZELL, BICKFORD & CENTOLA | INFO@MBFIRM.COM |
| MASSIMO & PAWETTA, P.C. | PANETTALAW@AOL.COM |
| MEGARGEL & ESKRIDGE CO., LPA | INFO@MEMLAWOHIO.COM |
| MESHBESHER & SPENCE, LTD. | TNEMO@MESHBESHER.COM; ADAVICK@MESHBESHER.COM; ABIERMANN@MESHBESHER.COM; DSTEWART@MESHBESHER.COM; EPALMER@MESHBESHER.COM |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)

Appendix A Email Parties List

| NAME | EMAIL |
|------|-------|
| MESSA & ASSOCIATES, P.C. | IMCLAFFERTY@MESSALAW.COM; JMESSA@MESSALAW.COM |
| MILLER DELLAFERA PLC | TDELLAFERA@MILLERDELLAFERA.COM |
| MILLER PITT FELDMAN & MCANALLY P.C. | PLIMPERIS@MPFMLAW.COM |
| MOLL LAW GROUP | INFO@MOLLLAWGROUP.COM |
| MORRIS, CARY, ANDREWS, TALMADGE & | JAMORRIS@MCATLAW.COM; DTALMADGE@MCATLAW.COM |
| MUELLER LAW FIRM | MARK@MUELLERLAW.COM |
| NEAL & HARWELL, PLC | CBARRETT@NEALHARWELL.COM |
| NIX PATTERSON & ROACH | CIHRIG@NIXLAW.COM |
| OCONNOR, MCGUINNESS, CONTE, DOYLE, | ROLESON@OMCDOC.COM |
| ODOM LAW FIRM, PA | OFFICE@ODOMFIRM.COM |
| PANISH, SHEA & BOYLE | PKAUFMAN@PSBR.LAW |
| PAUL LLP | RICK@PAULLLP.COM |
| PENDLEY, BAUDIN & COFFIN, LLP | PWPENDLEY@PBCLAWFIRM.COM |
| PIERCE SKRABANEK BRUERA, PLLC | INTAKE@PSBFIRM.COM |
| POULIN, WILLEY, ANASTOPOULO, LLC | INFO@AKIMLAWFIRM.COM |
| POURCIAU LAW FIRM, LLC | DRP@POURCIAULAW.COM |
| PRATT & TOBIN, P.C. | LAWOFFICE@PRATTANDTOBIN.COM |
| PRESZLER INJURY LAWYERS | RHOWE@PRESZLERLAW.COM |
| PRESZLER LAW FIRM LLP | DSHANE@PRESZLERLAW.COM |
| PULASKI LAW FIRM | INFO@PULASKILAWFIRM.COM |
| RICHARDSON RICHARDSON BOUDREAUX | MARKETING@RRBOK.COM |
| ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC. | INQUIRY@ROBINSONFIRM.COM |
| ROURKE AND BLUMENTHAL, LLP | MROURKE@RANDBLLP.COM |
| SALKOW LAW, APC | CONTACT@SALKOWLAW.COM |
| SANGISETTY LAW FIRM, LLC | RKS@SANGISETTYLAW.COM |
| SATTERLEY & KELLEY | PKELLEY@SATTERLEYLAW.COM |
| SAUNDERS & WALKER, P.A. | JOE@SAUNDERSLAWYERS.COM |
| SCHLESINGER LAW OFFICES, P.A. | POTENTIALCLIENT@SCHLESINGERLAW.COM |
| SCHMIDT & SETHI, PC | INFO@AZINJURYLAW.COM |
| SCHNEIDER WALLACE COTTRELL KONECKY | AESKIN@SCHNEIDERWALLACE.COM |
| SEEGER WEISS LLP | INTAKE@SEEGERWEISS.COM |
| SEIDMAN MARGULIS & FAIRMAN, LLP | SSEIDMAN@SEIDMANLAW.NET |
| SEITHEL LAW LLC | LYNN@SEITHELLAW.COM |
| SERLING & ABRAMSON, P.C. | EABRAMSON@SERLINGLAW.COM |
| SHELBY RODEN | DSHELBY@SHELBYRODEN.COM |
| SINGLETON SCHREIBER MCKENZIE & SCOTT, LLP | INFO@SINGLETONSCHREIBER.COM |
| SOMMERS SCHWARTZ, PC | RSICKELS@SOMMERSPC.COM |
| STEVENSON LEGAL GROUP, PLLC | DAMON@DAMONSTEVENSONLAW.COM |
| STEWART & STEWART | MIKE@GETSTEWART.COM |
| SUGARMAN LAW, LLC | BSUGARMAN@SUGARMANLAWFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & | SPBMC-NY@TRIALLAW1.COM |
| SZAFERMAN LAKIND BLUMSTEIN & BLADER | JBAUER@SZAFERMAN.COM |
| TAUTFEST BOND | MBOND@TAUTFESTBOND.COM |
| THE BENTON LAW FIRM, PLLC | JEFF@THEBENTONLAWFIRM.COM |
| THE BRANDI LAW FIRM | INFO@BRANDILAW.COM |
| THE CRONE LAW FIRM, PLC | ACRONE@CRONELAWFIRMPLC.COM |
| THE CUFFIE LAW FIRM | CROLLE@CUFFIELAWFIRM.COM |
| THE GOSS LAW FIRM, P.C. | INFO@GOSS-LAWFIRM.COM |
| THE KRUGER LAW FIRM | INFO@THEKRUGERLAWFIRM.COM |
| THE LAW OFFICES OF MELVIN W BRUNSON | MELVINBRUNSON@COMCAST.NET |
| THE LAW OFFICES OF PETER G. ANGELOS | TMINKIN@LAWPGA.COM |
| THE PATE LAW FIRM | SUNLAW@GMAIL.COM |

LTL MANAGEMENT LLC   Case No. 23-12825 (MBK)

Appendix A Email Parties List

| NAME | EMAIL |
|------|-------|
| THE RUTH LAW TEAM | ATTORNEYS@GETJUSTICE.COM |
| THE WASHINGTON FIRM, PC | INFO@THEWFIRM.COM |
| VENTURA LAW | INFO@VENTURALAW.COM |
| VOGELZANG LAW | NVOGELZANG@VOGELZANGLAW.COM |
| WILLIAM G. COLVIN, PLLC | JOSH@CAWPLLC.COM |
| WILLIAMS, KIRK (879031) | DOCCORRESPONDENCEUNIT@DOC.WA.GOV |
| WOCL LEYDON LLC | THEDRIE@WOCLLEYDON.COM |
| YAEGER LAW, PLLC | INFO@YOURLEGALCOUNSEL.NET |
| ZELBST, HOLMES & BUTLER | ZELBST@ZELBST.COM |
| ZINNS LAW, LLC | SHARON@ZINNSLAW.COM |