UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK) |
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. Proc. No. 23-01092 (MBK)<br><br><br><br>Ref. Docket Nos. 1 – 7, 9 |

SUPPLEMENTAL
CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2023, I caused to be served the

    a) *a customized version of* "Debtor's Verified Complaint for Declaratory and Injunctive Relief (I) Declaring that the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction," dated April 4, 2023, [Rel. Docket No. 1],

    b) "Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction," dated April 4, 2023, [Docket No. 2],

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

    c) "Exhibit A Proposed Preliminary Injunction Order," dated April 4, 2023 [Docket No. 3],

    d) "Exhibit B Proposed Temporary Restraining Order," dated April 4, 2023 [Docket No. 4],

    e) "Declaration of Daniel J. Merrett in Support of Debtor's Complaint for Injunctive Relief and Related Motion," dated April 4, 2023 [Docket No. 5],

    f) "Notice of Debtor's Motion for Approval of Service Procedures for Summons, Complaint, and Other Pleadings," dated April 4, 2023 [Docket No. 6],

    g) Supplemental Declaration of Daniel J. Merrett in Support of Debtor's Complaint for Injunctive Relief and Related Motion," dated April 5, 2023 [Docket No. 7], and

    h) "Ex Parte Temporary Restraining Order," dated April 5, 2023 [Docket No. 9],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Panagiota Manatakis*
                                                 Panagiota Manatakis

**EXHIBIT A**

## LTL MANAGEMENT LLC
### Case No. 23-12825
### Service List

HAFFNER LAW PC
15260 VENTURA BLVD. STE 1520
SHERMAN OAKS CA 91403

SALKOW LAW, APC
RICHARD SALKOW, ESQ.
1541 OCEAN AVE., SUITE 200
SANTA MONICA, CA 90401