| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>(732) 449-0525<br>akelly@kbtlaw.com<br>Attorneys / Local Counsel for<br>BCBS of Massachusetts | |
| In re:<br><br>LTL MANAGEMENT, LLC.,<br><br>      Debtor. | Chapter: 11<br><br>Case No.: 23-12825-MBK<br><br>Adv. Pro. No.: 23-01092-MBK<br><br>Judge: Honorable Michael B. Kaplan |
| LTL MANAGEMENT, LLC.<br>      Plaintiff,<br><br>  v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>      Defendant. | **NOTICE OF APPEARANCE** |

  Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of BCBS of Massachusetts. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**THE KELLY FIRM, P.C.**
**Andrew J. Kelly, Esq.**
**1011 Highway 71, Suite 200**
**Spring Lake, NJ 07762**
**(732) 449-0525**
**akelly@kbtlaw.com**

**DOCUMENTS**:
- **X** All notices entered pursuant to Fed. R. Bankr. P. 2002.
- **X** All documents and pleadings of any nature.

      **THE KELLY FIRM, P.C.**
      **Attorneys for BCBS of Massachusetts**

      By: */s/ Andrew J. Kelly*
        **ANDREW J. KELLY**

Dated: April 11, 2023