FILED
JEANNE A. NAUGHTON, CLERK
APR 13 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>LTL Management LLC<br><br>v.<br><br>Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Case No.: 23-12825<br><br>Adversary No.: 23-1092<br><br>Chapter: 11<br><br>Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Jonathan Orent, counsel for Claimant Kathleen Dye
(Example: John Smith, creditor)

Old address: Motley Rice LLC
321 S. Main St., 2nd Floor
Providence, RI 02903

New address: Motley Rice LLC
40 Westminster St., 5th Fl.
Providence, RI 02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature

*rev.8/1/2021*

**FILED**
JEANNE A. NAUGHTON, CLERK

APR 13 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: LTL Management LLC v. Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Case No.: 23-12825<br>Adversary No.: 23-1092<br>Chapter: 11<br>Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Fidelma Fitzpatrick, counsel for Claimant Kathleen Dye
(Example: John Smith, creditor)

Old address: Motley Rice LLC
321 S. Main St., 2nd Floor
Providence, RI 02903

New address: Motley Rice LLC
40 Westminster St., 5th Fl.
Providence, RI 02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature: /s/ Fidelma L. Fitzpatrick

*rev.8/1/2021*

FILED
JEANNE A. NAUGHTON, CLERK

APR 13 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

| In Re: |
| LTL Management LLC |
| v. |
| Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 |

Case No.: 23-12825

Adversary No.: 23-1092

Chapter: 11

Judge: Michael B. Kaplan

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Fidelma Fitzpatrick, counsel for Claimant Charmaine Mighells
(Example: John Smith, creditor)

Old address: Motley Rice LLC
321 S. Main St., 2nd Floor
Providence, RI 02903

New address: Motley Rice LLC
40 Westminster St., 5th Fl.
Providence, RI 02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature: *Fidelma L. Fitzpatrick*

*rev.8/1/2021*

FILED
JEANNE A. NAUGHTON, CLERK
APR 13 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: 23-12825 |
| LTL Management LLC | Adversary No.: 23-1092 |
| v. | Chapter: 11 |
| Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Judge: Michael B. Kaplan |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Jonathan Orent, counsel for Claimant Charmaine Mighells
(Example: John Smith, creditor)

Old address:   Motley Rice LLC
               321 S. Main St., 2nd Floor
               Providence, RI  02903

New address:   Motley Rice LLC
               40 Westminster St., 5th Fl.
               Providence, RI  02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature: *[signed] Jonathan D. Orent*

*rev.8/1/2021*

FILED
JEANNE A. NAUGHTON, CLERK
APR 1 3 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: 23-12825 |
| LTL Management LLC | Adversary No.: 23-1092 |
| v. | Chapter: 11 |
| Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Fidelma Fitzpatrick, counsel for Claimant Catherine Grana
(Example: John Smith, creditor)

Old address: Motley Rice LLC
321 S. Main St., 2nd Floor
Providence, RI 02903

New address: Motley Rice LLC
40 Westminster St., 5th Fl.
Providence, RI 02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature: _Fidelma L. Fitzpatrick_

*rev.8/1/2021*

FILED
JEANNE A. NAUGHTON, CLERK

APR 13 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: LTL Management LLC v. Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Case No.: | 23-12825 |
| | Adversary No.: | 23-1092 |
| | Chapter: | 11 |
| | Judge: | Michael B. Kaplan |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Jonathan Orent, counsel for Claimant Catherine Grana
(Example: John Smith, creditor)

Old address: Motley Rice LLC
321 S. Main St., 2nd Floor
Providence, RI 02903

New address: Motley Rice LLC
40 Westminster St., 5th Fl.
Providence, RI 02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature

*rev.8/1/2021*

FILED
JEANNE A. NAUGHTON, CLERK

APR 13 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: 23-12825 |
| LTL Management LLC | Adversary No.: 23-1092 |
| v. | Chapter: 11 |
| Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Jonathan Orent, counsel for Claimant Carrie Becker
(Example: John Smith, creditor)

Old address: Motley Rice LLC
321 S. Main St., 2nd Floor
Providence, RI 02903

New address: Motley Rice LLC
40 Westminster St., 5th Fl.
Providence, RI 02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature

*rev.8/1/2021*

FILED
JEANNE A. NAUGHTON, CLERK
APR 13 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: | Case No.: 23-12825 |
| LTL Management LLC | Adversary No.: 23-1092 |
| v. | Chapter: 11 |
| Those Parties listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Judge: Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Fidelma Fitzpatrick, counsel for Claimant Carrie Becker
(Example: John Smith, creditor)

Old address:  Motley Rice LLC
321 S. Main St., 2nd Floor
Providence, RI  02903

New address:  Motley Rice LLC
40 Westminster St., 5th Fl.
Providence, RI  02903

New phone no.: Not Applicable
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 4/11/2023

Signature: *Fidelma L. Fitzpatrick*

*rev.8/1/2021*