UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Janet A. Shapiro, Esq.
The Shapiro Law Firm
325 N. Maple Drive, #15186
Beverly Hills, CA 90209
Tele:  323.852.0333
Email: jshapiro@shapirolawfirm.com

*Counsel to Employers Insurance Company of*
*Wausau; and National Casualty Company*

| | |
|---|---|
| In Re: | |
| LTL Management, LLC, | |
| Debtor. | |

| |
|---|
| LTL MANAGEMENT LLC, |
| Plaintiff, |
| v. |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, |
| Defendants. |

Case No.:        23-12825 (MBK)
Chapter:        11

Judge:         Michael B. Kaplan

Adv. Proc. No.: 23-01092 (MBK)

[No Hearing Required]

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Janet A. Shapiro of The Shapiro Law Firm ("Shapiro"),

appears as attorney for Employers Insurance Company of Wausau and National Casualty

Company, interested parties in the above-captioned bankruptcy proceeding.

Pursuant to § 1109(b) of Title 11 of the United States Code and Rules 2002, 9007 and 9010

of the Federal Rules of Bankruptcy Procedure, Ms. Shapiro requests that all notices given or

required to be given in this case, and all papers served or required to be served in this case, be served upon her and that she be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> Janet A. Shapiro
> The Shapiro Law Firm
> 325 N. Maple Drive, #15186
> Beverly Hills, CA 90209

Please take notice that neither this Notice of Appearance and Request for Notices, nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (1) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right to trial by jury in any proceeding related to this case or any related case or controversy; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (5) an election of remedy; or (6) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or equity, under any agreements, all of which are expressly reserved.

Date: April 13, 2023                    /s/ Janet A. Shapiro
                                        The Shapiro Law Firm
                                        325 N. Maple Drive, #15186
                                        Beverly Hills, CA 90209
                                        Tele: 323.852.0333
                                        Email: jshapiro@shapirolawfirm.com

2