UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br><br>Debtor. [1] | Chapter 11<br><br>Case No. 23-12825 (MBK) |
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. No. 23-01092 (MBK) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the law firm of Arnold & Itkin LLP ("Arnold &

Itkin"), on behalf of certain personal injury claimants represented by Arnold & Itkin (the

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

"Arnold & Itkin Plaintiffs"), hereby appears by its counsel Pachulski Stang Ziehl & Jones LLP

("PSZJ").  PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United

States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official

mailing matrix and service list in this case.  PSZJ requests, pursuant to Bankruptcy Rules 2002,

3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and

pleadings given or required to be given in this chapter 11 case and copies of all papers served or

required to be served in this chapter 11 case, including but not limited to, all notices (including

those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists,

schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein

or in any related adversary proceeding, be given and served upon the Arnold & Itkin Plaintiffs

through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
  crobinson@pszjlaw.com
  pkeane@pszjlaw.com

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, complaint or demand, motion, petition, pleading or request, and answering or

reply papers filed in this case, whether formal or informal, written or oral, and whether served,

2

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or

made with regard to the above-captioned case and proceedings therein.

      **PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and*

*Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a

waiver of any of the rights of the Arnold & Itkin Plaintiffs, including, without limitation, to

(i) have final orders in non-core matters entered only after *de novo* review by a higher court,

(ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary

proceeding related to this case, (iii) have the reference withdrawn in any matter subject to

mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs,

or recoupments to which the Arnold & Itkin Plaintiffs may be entitled in law or in equity, all of

which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 16, 2023      **PACHULSKI STANG ZIEHL & JONES LLP**

      By: *<u>/s/ Colin R. Robinson</u>*
        Laura Davis Jones
        Colin R. Robinson
        Peter J. Keane
        919 N. Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: ljones@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

      *Counsel for Arnold & Itkin LLP*

3