| | |
|---|---|
| **From:** | Kertesz, Maria E. [CPCUS] </O=JNJ/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=A418F9D806374E978E37A86EA845B46C> |
| **To:** | Sneed, Michael [JJCUS]; Devine, Danielle J [JJCUS] |
| **Sent:** | 12/17/2018 5:00:34 PM |
| **Subject:** | FW: [EXTERNAL] FW: FW: revised copy |
| **Attachments:** | DBXCP00000780_C3.pdf |

Hi Michael and Danielle,
New "what we know" copy For your final review. We got the deadline extension and agency is working fast! this will be our print ad for tomorrow ☺
Take a quick final look, but it's moving fast – we have to deliver by 1pm
Thank you

**From:** Andy Langer <andy.langer@velocityomc.com>
**Date:** Monday, December 17, 2018 at 11:50 AM
**To:** MARIA EDUARDA KERTESZ <Mkertesz@its.jnj.com>
**Cc:** "Lovering, Joe" <Joseph.LoveringIII@bbdo.com>
**Subject:** [EXTERNAL] FW: FW: revised copy

Here is the newest version.
Please check and approve.
Thanks.

DDB Worldwide Communications Group Inc. Email Disclaimer: http://e-maildisclaimer.com/ddb.com.html

**EXHIBIT**
**601.012**

JNJTALC001127272

# What we know.



Johnson & Johnson knows that the talc in our baby powder is the purest, safest pharmaceutical-grade talc on earth.

We know that Johnson's Baby Powder does not contain asbestos and never will. We test every single lot to ensure it.

We know that thousands of independent tests by universities, research labs and government regulators have consistently found that our talc is safe.

We know that talc is a common mineral that's part of all of our lives. It's in our foods. Our cosmetics. Our gyms. And yes, it's in Johnson's Baby Powder.

We know that we have always cooperated fully and openly with the FDA and other regulators and have given them full access to our talc testing results.

We know that we have always acted with the transparency in this matter. Nothing is more important to us than the health and safety of our customers. We're parents and grandparents, just like you. If we had any reason to believe our talc was unsafe, it would be off our shelves immediately.

We know that we did not hide anything. Our openness and collaboration with the FDA and regulatory agencies is well documented.

We know that there is overwhelming scientific evidence that our talc is safe and beneficial to use. But don't take our word for it. Go to factsabouttalc.com. There you'll find independent studies from leading universities, research from medical journals and third-party opinions. So you can learn the facts and make up your own mind.



© Johnson & Johnson Services, Inc. 2016

JNJTALC001127273