Exhibit 14 - Video available upon request to counsel

