



**In this video**



   SHARE 

**MAD MONEY WITH JIM CRAMER**

# Johnson & Johnson CEO: 'We unequivocally believe' our baby powder does not contain asbestos

Jim Cramer sits down with Johnson & Johnson Chairman and CEO Alex Gorsky to address reports of his company knowing that its talc-based baby powder contained traces of asbestos.

MON, DEC 17 2018 • 7:01 PM EST

EXHIBIT
601.015

**RELATED**


MARKETS


CNBC TV


WATCHLIST


MENU





15:01

00:56

**Johnson & Johnson CEO: 'We unequivocally believe' our baby powder does not contain asbestos**

**'We unequivocally believe' our baby powder does not contain asbestos: Johnson & Johnson CEO**





07:48

08:12

**Clorox CEO says price increases enabled company to return to margin growth**

**Clorox CEO addresses 'temporary' issues in earnings with charcoal products, RenewLife**





01:11

01:04

**'Too many patients' struggling to pay cholesterol drug: Amgen CEO on price cut**

**JNJ CEO on Apple collaboration: 'Ultimately, we're going to save lives'**



 MARKETS     CNBC TV     WATCHLIST     MENU

Case 23-01092-MBK    Doc 39-18    Filed 04/17/23    Entered 04/17/23 12:12:18    Desc
Exhibit 18    Page 3 of 4



## TOP VIDEOS



**WeWork is a long-term play, board member says**

4 HOURS AGO



**Vita Coco goes public via IPO, starts trading on Nasdaq at $15 a share**

4 HOURS AGO



**Nucor CEO Leon Topalian on Q3 earnings an…**

5 HOURS AGO



**Southwest Airlines CEO on Covid: Companies…**

4 HOURS AGO



**Cramer's first take: 'I would…**

LOAD MORE



Subscribe to CNBC PRO            Licensing & Reprints

CNBC Councils                    Supply Chain Values

CNBC on Peacock                  Advertise With Us

Join the CNBC Panel              Digital Products



| | |
|---|---|
| Internships | Site Map |
| Podcasts | Ad Choices |
| Careers | Help |
| Contact | |

News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2021 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by REFINITIV


MARKETS


CNBC TV


WATCHLIST


MENU