John Hopkins, Ph.D.

```
                                                          37
 1              Q    Johnson & Johnson always had the
 2   ability and knowledge to sell cornstarch instead of
 3   talc if it had wanted to, correct?
 4   A         Well, since the 1960s cornstarch was sold.
 5              Q    Are you saying that cornstarch was
 6   sold by Johnson & Johnson since the '60s?
 7   A         Yes, '60s or '70s -- maybe it was early
 8   '70s.
 9              Q    I think you told me it was 1980 in our
10   first deposition and we can -- we can look at it.
11              MR. BICKS:   Objection to the form of
12       the question.
13   A         Yeah, rephrase the question.
14              Q    Sure.  When did Johnson & Johnson
15   first start marketing and selling cornstarch, sir?
16   A         Baby cornstarch powder, cornstarch baby
17   powder?
18              Q    Yes.
19   A         As opposed to Shower to Shower.  I'm not
20   exactly sure, I don't want to speculate, but
21   estimating around the late '70s, I think, but maybe
22   1980.
23              Q    Okay.  Johnson & Johnson was aware and
24   is aware that cornstarch was used -- used as a body
25   powder in the late 1800s, correct?
```

John Hopkins, Ph.D.

38

```
 1  A        It -- cornstarch has been used in -- in
 2  some body powder uses, yes, since the -- turn --
 3  turn of the last century.
 4         Q   Okay.  If Johnson & Johnson had wanted
 5  to, Johnson & Johnson, throughout the entire 1900s
 6  to the present, could have chosen to sell a
 7  cornstarch baby powder instead of a talc baby
 8  powder, correct?
 9             MR. BICKS:  Objection.  Speculation.
10       Hypothetical.
11  A        Yeah, you know, I -- I don't want to
12  speculate on what marketing managers and product
13  development people would've done in the '40s, '50s,
14  '60s.  It's speculation.  I mean, a product, as you
15  say, quite likely existed and could have been made
16  as a body powder based on cornstarch, but I can't
17  speculate any further.
18         Q  Yeah, and I'm not asking you to
19  speculate.
20            Did Johnson & Johnson have the ability, if
21  Johnson & Johnson had chosen to, to sell cornstarch
22  instead of talc for baby powder?
23            MR. BICKS:  Objection.  Calls for
24       speculation.
25  A        Again, it is speculation, because the kind
```

John Hopkins, Ph.D.

39

1  of quantity we're talking about is -- is quite
2  significant.  Cornstarch is a very different product
3  from talc.  It has to be sterile and free from germs
4  and bacteria.  Producing cornstarch in large
5  quantities, they may've wanted to, but maybe the
6  technology did not exist, so, again, I'm
7  speculating.  I don't want to speculate.
8         Q    Okay.  You -- you are speculating when
9  you say maybe the technology didn't exist, fair?
10 A    Yes.
11        Q    Okay.
12 A    That's why that -- the question you asked
13 is a difficult one to answer without speculation.
14        Q    Your -- your concern is could they
15 have done it on as big of a scale as they were
16 selling the talc baby powder, correct?
17 A    Well, that was --
18             MR. BICKS:  Objection to the form.
19 A    That was an issue that I raised.  To answer
20 the main question is they could've done it, I don't
21 know if they could've done it.
22        Q    Certainly it was a product that was
23 being used by others for baby powder, correct?
24 A    In small quantities, I believe so, yes.
25        Q    Well, and you don't know about the