- Michelle Ryan - SNS
- David Koplan
- Shawnan Murphy
- Aro Wong / Tulip Him

Johnson & Johnson

Conversation ① 7/19/2021

Treasurer - was surprised to see it in News (Reference to Bredt SP Liabilities)
 - No comment
 7 - confirmation
  - shampoo ⎤
  - ~~Skin~~ Suntan lotion ⎦ right

co' feel - egregious outrageous
~~2x~~ feel failed by courts
seek to cap liability -
 all will have to go through state court
 ~~approval~~ legal remedy

reorg - one subsidiary
 @ Texas corp -
 split - 2
  ┌─────────────────────┐
  │ One gets assets / liability │
  └─────────────────────┘
  Funded -
   Third party - current + future
                            Liab.
  ┌──────────────┐
  │ Best estimate │
  └──────────────┘
  Timing / define

May conclude own do

debt - amounts - a couple billion  ⎡$5 Billi⎤
 Cap + be done with it

No accrual
 @ circler - Asbestos

EXHIBIT 746

CONFIDENTIAL                                                       SPGI0001150_0001

asbestos
Ovarian - not all to be asbestos ] all talc

Timing -                             Limited to Asbestos
  soon as possible - early to mid - Q4 -
                        3-months
  Many cases - Lawyers - to be more
                aggressive,
  don't expect many more cases

Texas -
  unsure whether need lender Consent

JNJ - has no comment
   - Rumors -

Packging - disaggregated           ⎡ WR Grace
                                    ⎢ - defined recourse
         Trane
         Carrisa                   ⎢ auto - Garrat Motion
              - honeywell -         ⎣ OI glass
                                    - Liabilities
                                    - Senior

EDR - News

 - CRA -
       Sensitivities - Modest - had
    Rumor - $5 Billion
       Reputation              - 1b -

CONFIDENTIAL                                       SPGI0001150_0002