UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | . | Case No. 21-30589(MBK) |
| | . | |
| LTL MANAGEMENT LLC, | . | |
| | . | |
| Debtor. | . | |
| . . . . . . . . . . . . . . | . | |
| LTL MANAGEMENT, LLC, | . | Adversary No. 21-03032(MBK) |
| | . | |
| Plaintiff, | . | |
| | . | Clarkson S. Fisher U.S. |
| v. | . | Courthouse |
| | . | 402 East State Street |
| THOSE PARTIES LISTED ON | . | Trenton, NJ 08608 |
| APPENDIX A TO THE | . | |
| COMPLAINT, ET AL., | . | |
| | . | |
| Defendants. | . | Tuesday, February 15, 2022 |
| . . . . . . . . . . . . . . | . | 9:05 a.m. |

TRANSCRIPT OF TRIAL DAY TWO
BEFORE THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:              Jones Day
                             By:  GREGORY M. GORDON, ESQ.
                                  DANIEL B. PRIETO, ESQ.
                                  AMANDA RUSH, ESQ.
                             2727 North Harwood Street, Suite 500
                             Dallas, TX 75201

                             Skadden, Arps, Slate, Meagher &
                               Flom LLP and Affiliates
                             By:  ALLISON M. BROWN, ESQ.
                             One Manhattan West
                             New York, NY  10001-8602

Audio Operator:              Wendy Romero

Proceedings recorded by electronic sound recording, transcript
                 produced by transcription service.

_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjCourt@jjCourt.com**
**(609) 586-2311     Fax No. (609) 587-3599**

1 sector around the world.

2 Q    And, Mr. Mongon, I was surprised to hear how many of those

3 employees report to you.  Would you share that with us, please?

4 A    Directly around 8,000.  The others are in manufacturing,

5 other areas that do not report directly to me but work on

6 behalf of the business.

7 Q    And would you tell us -- we saw some slides yesterday, but

8 can you give us an idea of some of the products that the

9 Consumer Health sector makes that we might all know about?

10 A    So we have over-the-counter products.  You may know

11 Tylenol, Motrin, Nicorette outside the United States and

12 others.  We have skin health and beauty products, Neutrogena,

13 Aveeno, Lubriderm, and others.  And we have all -- you know,

14 other brands that you may not be as familiar with in other

15 parts of the world; and -- and what we call specialty products

16 or babycare products, Johnson's Baby, what's what we are

17 talking about here today; feminine care products, OB, Carefree,

18 Stayfree; oral health products like Listerine; and wound-care

19 products like Band-Aid.

20 Q    So that sounds like a lot.  Could you estimate how many

21 products?

22 A    Thousands of products.

23 Q    As I understand it, Mr. Mongon, you actually have

24 experience in each one of the three sectors at Johnson &

25 Johnson?

Kim - Cross/Jonas                                      201

 1  shell.  It's got no reason to exist, and so it disappeared.

 2  Q    Let me ask you, why -- do you understand that Chenango Two

 3  then merged into Currahee --

 4  A    Yeah.

 5  Q    -- and changed its name back to Johnson & Johnson Consumer

 6  Products, Inc.?

 7  A    Yes, because -- and do you want to -- I'm sorry.  Yes.

 8  Q    And why was it --

 9  A    Yeah.

10  Q    -- necessary to change its name back to Johnson & Johnson

11  Consumer Products?

12  A    Yeah.  So as I stated in the first day declaration, the

13  whole purpose of the restructuring was to enable LTL, the

14  company, to file for bankruptcy without subjecting the rest of

15  the assets of JJCI to the bankruptcy procedure.  In order to

16  get there, you had a series of transactions so that the entity

17  that was formerly JJCI and the entity that is the new JJCI were

18  both -- virtually identical except for it no longer had the

19  talc liabilities.  So in order to do that, you had to create

20  other companies, one a New Jersey company, so that once the

21  assets were split, the company that had the non-talc

22  liabilities could merge back into the New Jersey company so

23  that it became another -- a New Jersey company again.  So

24  that's the purpose of the transaction.

25          MR. JONAS:  Your Honor, it's 4:30.

**WWW.JJCOURT.COM**