UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                          .    Case No. 21-30589(MBK)
                                .
LTL MANAGEMENT LLC,             .
                                .
         Debtor.                .
. . . . . . . . . . . . . . .
LTL MANAGEMENT, LLC,            .    Adversary No. 21-03032(MBK)
                                .
         Plaintiff,             .
                                .    Clarkson S. Fisher U.S.
    v.                          .      Courthouse
                                .    402 East State Street
THOSE PARTIES LISTED ON         .    Trenton, NJ 08608
APPENDIX A TO THE               .
COMPLAINT, ET AL.,              .
                                .
         Defendants.            .    February 14, 2022
. . . . . . . . . . . . . .          9:30 a.m.

TRANSCRIPT OF TRIAL DAY ONE
BEFORE THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:          Jones Day
                         By:  GREGORY M. GORDON, ESQ.
                              DANIEL B. PRIETO, ESQ.
                              AMANDA RUSH, ESQ.
                         2727 North Harwood Street, Suite 500
                         Dallas, TX 75201

                         Skadden, Arps, Slate, Meagher &
                          Flom LLP and Affiliates
                         By:  ALLISON M. BROWN, ESQ.
                         One Manhattan West
                         New York, NY  10001-8602

Audio Operator:          Wendy Romero

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

_J&J COURT TRANSCRIBERS, INC._
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjCourt@jjCourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

1  Q    Okay.  So let me just ask you, we looked at this entity

2  here Johnson & Johnson Consumer, Inc.  That's our old friend

3  Chenango Two, right?

4  A    Yes.

5  Q    Chenango Two changed its name, converted.  It went back to

6  being JJCI, right?

7  A    Yeah.  We refer to it as New JJCI.

8  Q    New JJCI.  Okay.  All right.  We'll come back, we'll spend

9  a little time a little later on that.  The debtor uses some

10 hoteling space in a Johnson & Johnson building in New Jersey,

11 right?

12 A    Yes.

13 Q    There's no sign on the space that says LTL or anything

14 like that, right?

15 A    No.

16 Q    You don't keep any files in that space, right?

17 A    I don't personally.

18 Q    And there's no LTL desk there, right?

19 A    There's offices and there's desk space available if we

20 need it.

21 Q    There's just general space there.  There's no LTL office,

22 right?

23 A    That's how J&J operates its buildings.

24 Q    Right.  It's J&J building, right?

25 A    JJCI does not say JJCI.  I mean, it's just --

1  Q    There's no LTL filing cabinet there, is there?

2  A    I don't know.  There may be.  Our CFO might have one.

3  Q    Really?

4  A    Mm-mm.

5  Q    Well, let's take a look because you told me that once

6  before.  And I do want to get this right.  So if we look at

7  your deposition transcript Page 50, Line 13.

8  "Q    Okay, so far as you know, and I appreciate you may need to

9  check with others, but as far as you know there's no LTL

10  office, LTL desk, LTL filing cabinet, or any other owned office

11  materials by LTL."

12  Q    Could you read your answer?

13  A    Yes.  Mm-mm.

14  Q    Could you read your answer?

15  A    Oh.

16  "A    Yes.  So far as you know" -- oh, that's your question.

17  Q    No.  Line 18.  Read your answer.

18  "A    Correct.  And that's consistent with how J&J operates."

19  A    So if I can clarify.

20  Q    Nope.  Your lawyers will have an opportunity to redirect

21  you and you can certainly clarify.

22  A    Okay.

23  Q    Okay.  LTL doesn't have any employees, correct?

24  A    Correct.

25  Q    LTL has no bank debt, correct?

 1  A    Correct.

 2  Q    LTL has no bond debt, correct?

 3  A    To my knowledge, no.

 4  Q    LTL has no lease, no landlord, correct?

 5  A    We have office space, but, no, no direct lease.  Yeah.

 6  Q    No lease, right?

 7  A    No lease.

 8  Q    LTL doesn't have any past due taxes owing, right?

 9  A    No.

10  Q    LTL doesn't have any pension type liabilities, right?

11  A    Not to my knowledge.

12  Q    LTL doesn't have any trade creditors, right?

13  A    No.

14  Q    Mr. Wuesthoff prior to this date you didn't have any

15  direct experience with Chapter 11 Bankruptcy, right?

16  A    Correct.

17  Q    You don't know what fiduciary duty means, right?

18  A    I do know what it means.

19  Q    At your deposition when I asked you if you knew what

20  fiduciary duty means you did not know.

21  A    I looked it up since.

22  Q    You looked it up since.  Okay.  You're not familiar what

23  the duty of care is, right?

24  A    Not sure.

25  Q    Have you looked that one up?