| | |
|---|---|
| 16 | plan will be feasible. |

**KIM, JOHN 30(b)(6) - *02/01/2022***

Page 36

| | |
|---|---|
| 36 :23 | Q: Okay. Does LTL have any secured creditors? |
| 24 | A: I do not believe it does. |

**KIM, JOHN 30(b)(6) - *02/01/2022***

Page 37

| | |
|---|---|
| 37 :5 | Q: Okay. As the corporate representative, are you |
| 6 | aware of any secured debt that the debtor needs to |
| 7 | address or resolve within the bankruptcy? |
| 8 | A: I do not. I am not aware of any. |
| 9 | Q: Are you aware of any asset that LTL owns that |
| 10 | is subject to a lien or security interest of any kind? |
| 11 | A: I do not believe that there are any, no. |
| 12 | Q: Okay. Does LTL have any trade creditors? |
| 13 | A: I do not believe it does. |

**KIM, JOHN 30(b)(6) - *02/01/2022***

Page 45

| | |
|---|---|
| 45 :10 | Other than contracts that concern claims |
| 11 | based on talc and intercompany agreements, is LTL party |
| 12 | to any other contract that you're aware of? |
| 13 | A: I am not aware of any. |

**KIM, JOHN 30(b)(6) - *02/01/2022***

Page 45

| | |
|---|---|
| 45 :15 | LTL has no employees, correct? |
| 16 | MS. BROWN: Objection, foundation. |
| 17 | A: LTL's employees that have been seconded to it |
| 18 | from Johnson & Johnson Services, Inc. |

**KIM, JOHN 30(b)(6) - *02/01/2022***

Page 45

| | |
|---|---|
| 45 :21 | Are you aware of any tax claims that have |
| 22 | been asserted against LTL? |
| 23 | A: I am not aware of any claims asserted. |
| 24 | Q: Okay. We talked yesterday -- not we, but other |
| 25 | lawyers and yourself spent some time on the funding |
| 46 :1 | agreement. Do you remember that? |
| 2 | A: I do recall that, yes. |
| 3 | Q: Okay. Does LTL have any reason to believe that |
| 4 | Johnson & Johnson and JJCI will not honor its |
| 5 | obligations under the funding agreement? |
| 6 | A: It has no reason to believe that Johnson & |
| 7 | Johnson and JJCI will not honor the terms of the funding |
| 8 | agreement. |
| 9 | Q: In fact, LTL expects Johnson & Johnson and JJCI |
| 10 | to honor their obligations under the funding agreement, |
| 11 | correct? |
| 12 | A: LTL does and has already undertaken -- gotten |
| 13 | funds from the funding agreement. |
| 14 | Q: Okay. Does LTL have any reason to believe that |
| 15 | Johnson & Johnson or JJCI will be unable to fulfill |
| 16 | their obligations under the funding agreement? |