<div style="border:1px solid black">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

</div>

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>          Debtor.[1] | Chapter 11<br><br>Case No. 21-30589 (MBK)<br><br>Judge:  Michael B. Kaplan |

## NOTICE OF DEBTOR'S INTENT REGARDING APPEALS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On April 4, 2023, this Court entered an *Order (I) Dismissing Debtor's*

*Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures with Respect to*

*Requests for Compensation; and (III) Granting Related Relief* [Dkt. 3938] (the "Dismissal

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501
George Street, New Brunswick, New Jersey 08933.

Order").[2] Pursuant to the Dismissal Order, the official committee of talc claimants (the "TCC")

will be automatically dissolved, and all members and professionals retained by the TCC will be

discharged from all duties, responsibilities and obligations arising from, or related to the TCC,

on the date that LTL files a notice indicating that the Appeals are exhausted or LTL will not

pursue the Appeals. Dismissal Order, § 9.

        2.     LTL hereby provides notice that it will no longer pursue the Appeals.

        3.     Accordingly, pursuant to the Dismissal Order, the TCC is dissolved as of

April 4, 2023.

---

[2] Capitalized terms used herein but not otherwise defined have the meanings given to them in the Dismissal Order.

NAI-1536443491v3

Dated: April 4, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*

Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**

Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*ATTORNEYS FOR DEBTOR*

NAI-1536443491v3