```
                    UNITED STATES COURT OF APPEALS
                        FOR THE SEVENTH CIRCUIT

IN RE:                         .    Case No. 22-2606
                               .
AEARO TECHNOLOGIES, LLC,       .
et al.,                        .    Everett McKinley
                               .       Dirksen Courthouse
                               .    219 S. Dearborn St., Room 2722
           Debtor.             .    Chicago, IL  60604
                               .
                               .    April 4, 2023
. . . . . . . . . . . . . . . ..    1:19 p.m.

                    TRANSCRIPT OF ORAL ARGUMENT
              BEFORE THE HONORABLE FRANK H. EASTERBROOK
                  UNITED STATES SEVENTH CIRCUIT JUDGE
                 and THE HONORABLE DIANE P. WOOD
                  UNITED STATES SEVENTH CIRCUIT JUDGE
                and THE HONORABLE DAVID F. HAMILTON
                  UNITED STATES SEVENTH CIRCUIT JUDGE
```

APPEARANCES:

For the Appellants:      Clement & Murphy, PLLC
                         By:  PAUL D. CLEMENT, ESQ.
                         706 Duke Street
                         Alexandria, VA 22314

For Amicus Curaie U.S.   Department of Justice
Trustee:                 By:  SEAN JANDA, ESQ.
                         950 Pennsylvania Avenue N.W.
                         Washington, DC 20530

For Appellees Official   Kellogg, Hansen, Todd, Figel &
Committee of Unsecured     Frederick, PLLC
Creditors:               By:  DAVID CHARLES FREDERICK, ESQ.
                         1615 M Street, N.W., Suite 400
                         Washington, DC 20036


Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311       Fax No. (609) 587-3599**

1            THE COURT:  -- is the best you can say.

2            MR. CLEMENT:  Yeah, I mean, look, I say you applied
3    in the sense that you took them seriously and found them
4    inapplicable on the facts there, and so to me that is -- that's
5    not just dictum.  I also think, for what it's worth, that even
6    if you want to be a pure textualist, the thrust of A.H. Robins
7    and the thrust of the first exceptions this Court has
8    recognized is the idea that when you have a real party in
9    interest, that's still within essentially the text, and --

10           THE COURT:  But, you know, what I'm having -- well, I
11   have a number of problems with your approach, but one of them
12   is how you distinguish the any regular old case of joint and
13   several liability from this case.  We all certainly understand
14   that 3M and Aearo are very closely aligned in this litigation,
15   but the automatic stay is supposed to be automatic.  You're
16   supposed to just see it.  It happens.  You're not supposed to
17   have 25 hearings.  So, I just don't see how, unless you're
18   going to say the automatic stay applies to everybody with joint
19   and several liability, how your position can hold.

20           MR. CLEMENT:  So, I would say -- I obviously wouldn't
21   say it applies to everybody.  I would say that this is --

22           THE COURT:  Because you can't -- because, I mean, no
23   one says that.

24           MR. CLEMENT: Of course.  Of course.  But, this seems
25   to be, you know, a truly sort of unique case.  This isn't just