```
 1                   UNITED STATES BANKRUPTCY COURT
                   WESTERN DISTRICT OF NORTH CAROLINA
 2                        CHARLOTTE DIVISION

 3  IN RE:                         :    Case No. 21-30589-JCW

 4  LTL MANAGEMENT LLC,            :    Chapter 11

 5       Debtor,                   :    Charlotte, North Carolina
                                        Thursday, November 4, 2021
 6                                 :    9:33 a.m.

 7  : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

 8  LTL MANAGEMENT LLC,            :    AP 21-03032-JCW

 9       Plaintiff,                :

10            v.                   :

11  THOSE PARTIES LISTED ON        :
    APPENDIX A TO COMPLAINT and
12  JOHN AND JANE DOES 1-1000,     :

13       Defendants.               :

14  : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

15
                                VOLUME 1
16                       TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE J. CRAIG WHITLEY,
17                    UNITED STATES BANKRUPTCY JUDGE

18

19  Audio Operator:              COURT PERSONNEL

20
    Transcript prepared by:      JANICE RUSSELL TRANSCRIPTS
21                               1418 Red Fox Circle
                                 Severance, CO  80550
22                               (757) 422-9089
                                 trussell31@tdsmail.com
23
    Proceedings recorded by electronic sound recording; transcript
24  produced by transcription service.

25
```

1  from Johnson & Johnson parent, true?

2  A    This is an SOP document from the parent, yes.

3  Q    From the parent. It's -- and, and I was provided these,

4  looks like four pages. There's no signators to it. It's not

5  like it's an arm's-length negotiation where somebody on behalf

6  of J&J is negotiating with JJCI regarding payment of anything?

7  A    I don't see any signature lines or, or anything.

8  Q    So what we know, then, is that Johnson & Johnson, the

9  parent company, has a, has created a policy regarding the

10 payment of legal fees and impose that upon JJCI, correct?

11 A    No. I -- I would -- I would say this basically

12 memorializes what the, the standard has always been, which is

13 because of the strategy of decentralization all liability and

14 responsibility for products are given to the operating company.

15 And so this just memorializes that the accounting for that

16 would follow that, that, you know, all the liability would

17 come, again, for any product expense, product liability

18 expenses or, or other expenses would be pushed down to the, to

19 the operating company.

20 Q    Nowhere in this policy is there any reference to payment of

21 judgments or payment of settlements, correct?

22 A    Not specifically, no.

23 Q    And you said in your supplemental declaration on Paragraph

24 7 -- this was, I think, Exhibit 6, Defendants' Exhibit 6 --

25 that this is done for administrative convenience, correct?

1  A    The original payment.  So when a large judgment comes in,

2  there is a specific account that is held by Johnson & Johnson

3  that makes the initial payment and then it is put on the books

4  and records of the, of the operating company.

5       So the administrative part is having a master account that

6  all, you know, the judgments, can be used to, to pay judgments.

7  Q    So examples.  The Leavitt case, which I tried to verdict in

8  2019, the jury put 78 percent responsibility on Johnson &

9  Johnson, the parent company, 20 percent on Johnson & Johnson,

10 the Consumer company, and 2 percent on Cyprus, Cyprus Mines

11 Company.  You know that, right?

12 A    I do.

13 Q    And that case is all briefed at the California Supreme

14 Court and if they do not petition, my client may get

15 compensation at some point in it.  But what J&J does internally

16 is J&J, the parent company, even though the court system

17 allocates 78 percent responsibility, internally, privately,

18 they have, they put all that on JJCI, correct?

19 A    Right, pursuant to the assumption of all that liability,

20 that's the responsibility of JJC, of Old JJCI.  And that's

21 always been the case.  That's always how we, we've accounted

22 for that.

23 Q    Well, you wouldn't say that's always been the case.  The

24 only document that was provided to me is from yesterday.  They,

25 a four-page document dated March 2005, right?