UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Otterbourg P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
Richard G. Haddad, Esq.

*Proposed Co-Counsel to the Official Committee of Talc Claimants*

| | |
|---|---|
| In Re:<br><br>LTL Management, LLC,<br><br>                                    Debtor. | Case No.:    23-12825 (MBK)<br><br>Chapter:      11<br><br>Judge:         Michael B. Kaplan |
| LTL MANAGEMENT, LLC,<br><br>                                    Plaintiff,<br><br>vs.<br><br>THOSE PARTIES LISTED ON APENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. Pro. No.: 23-01092 (MBK) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Co-Counsel to the Official Committee of Talc Claimants. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    OTTERBOURG P.C.
230 Park Ave.
New York, New York 10169
Attn:    Richard G. Haddad
rhaddad@otterbourg.com

7414188.1

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date:  <u>April 17, 2023</u>                    <u>/s/ Richard G. Haddad</u>
                                                Signature

*new.8/1/15*

7414188.1