UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Otterbourg P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
Adam C. Silverstein, Esq.

*Proposed Co-Counsel to the Official Committee of Talc Claimants*

| | |
|---|---|
| In Re:<br>LTL Management, LLC,<br><br>                                         Debtor. | Case No.:       21-30589<br><br>Chapter:         11<br><br>Judge:            Michael B. Kaplan |
| LTL MANAGEMENT, LLC,<br><br>                                         Plaintiff,<br>vs.<br>THOSE PARTIES LISTED ON APENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. Pro. No.: 23-01092 (MBK) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Co-Counsel to the Official Committee of Talc Claimants.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:     OTTERBOURG P.C.
                         230 Park Ave.
                         New York, New York 10169
                         Attn:    Adam C. Silverstein, Esq.
                                    asilverstein@otterbourg.com

7411508.1

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date:  April 17, 2023                             /s/ Adam C. Silverstein
                                                  Signature

*new.8/1/15*

7411508.1