# Exhibit 9

# CONFIDENTIAL

### NEW REAGENT SYSTEMS -

### PLANT TRIAL AT

### WINDSOR MINERALS INC.



G. LEE

↓

WIN A

R/S R

Protected Document--Subject to Protective Order

JNJMX68_000004996

Prudencio Pltfs' Ex. 0610 pg 1

## INTRODUCTION:

Windsor Minerals has been actively engaged in a froth floatation research program for the past year and a half. This program has developed two floatation reagent systems which offer substantial advantages to the Windsor floatation process from an economic, purity and potential health hazard point of view.

In the absence of known deleterious effects attributable to these reagent systems and in response to the favorable results in testing performed by Baby Products Research in New Brunswick, Windsor Minerals scheduled a plant trial as a guide for establishment of the product and process parameters under actual operating conditions.

The plant trial was conducted on January 29, 1974. During this trial cosmetic grade talcs were produced using both new reagent systems, i.e., n-butyl alcohol and n-bytyl alcohol-citric acid in combination.

The following report will deal with the product and process parameters of the trial as determined by Windsor Minerals and outside consultants.

## CONCLUSIONS

1.   A reduction in total acid soluble materials was attributable to the new reagent systems. The magnitude of the reduction was 23% for n-butanol and 28% for n-butanol-citric acid.

2.   A similar decrease in "magnesite' levels was effected. The decrease was 23% using n-butanol and 30% for the n-butanol-citric acid combination.

3.   A color (reflectance) increase of 1.0 units was effected while using n-butanol; an increase of 1.4 units was attributed to the n-butanol-citric acid system.

4.   Chrysotile fiber supression was indicated while using the n-butanol-citric acid system.

5.   Talc recoveries were higher while using the new reagent systems. The increases were 17% for n-butanol and 19% for n-butanol-citric acid.

6.   The chlorite content of the floated product was reduced 14% while using n-butanol and 15% while using n-butanol-citric acid.

7.   A substantial decrease in the bulk density of the product was noted while using the new reagent systems. The decreases were 2.06 $lb/ft^3$ and 2.82 $lb/ft^3$ respectively for the n-butanol and n-butanol-citric acid systems, corresponding to decreases on a percentage basis of 8.4% and 13.0%.

-1-

Protected Document--Subject to Protective Order

JNJMX68_000004997

Prudencio Pltfs' Ex. 0610 pg 2

8.   The platy nature of the talc product was found to be unchanged
     by the use of the new reagent systems.

9.   The pH of n-butanol-citric acid floated talc was significantly
     closer to neutrality than current production. The decrease in
     alkalinity was measured to be 1.25 pH units for material made
     during the plant trial.

10.  Particle size distribution profiles were similar for materials
     floated with Ultrawet D.S., n-butanol, and n-butanol-citric acid.

11.  Optical microscopy indicates a high degree of similarity with
     relation to the size and shape factors of materials produced
     during the plant trial.

     Minor differences were noted with respect to talc shards and
     rolled edges. The product differences, however, correspond
     quite closely with differences found in the ores from which the
     products were beneficiated.

## OPERATIONAL DESCRIPTION

At 4:30 AM on January 29, 1974, immediately prior to the plant
trial using the n-butanol based reagent systems, 1000 pounds of Ul-
trawet D.S. floated talc was collected and packaged in 4 fiber drums.
At the same time a representative ore sample was collected. These
materials were used as a reference for the plant trial products.

The floatation circuit was then purged for 3 hours to remove
the residual Ultrawet, after which n-butyl alcohol was added at a
rate of 1.08 liters per ton of floatation feed.

Sampling was begun after 30 minutes and continued on a 30 minute
basis thereafter. The samples were immediately analyzed by the
Windsor Minerals Q.A. Laboratory.

After establishing that equilibrium conditions had been reached
in the floatation circuitry a 1000 pound sample of finished product
was taken and stored in fiber drums for further studies.

Following collection of the n-butanol floated product, citric      _0.2 %_
acid was added to the circuit at a rate of 4 pounds of citric acid
per ton of floatation feed, while maintaining the n-butanol additions
as before. When the circuit was judged to have reached equilibrium
conditions based upon the analytical results, another 1000 pound
sample of finished product was taken and stored in fiber drums, also
for future studies.

-2-

Protected Document--Subject to Protective Order

JNJMX68_000004998

Prudencio Pltfs' Ex. 0610 pg 3

## SAMPLING

Production sampling for quality assurance purposes was begun at 9:30 AM on 1/29/74 and continued at half hour intervals for the duration of the plant trial. The following table lists the materials sampled and the analyses performed during the trial.

Table 1  Quality Assurance Analytical Schedule

| Material Sampled | Sample Qty. | % Acid Insolubles | Color Reflectance | pH | -325 Mesh Screen | Bulk Density | % Magnesite |
|---|---|---|---|---|---|---|---|
| Ore | 500g | X | X | | X | | |
| Tailings | 250cc | X | | | | | |
| Cleaner Concentrate | 500cc | X | X | X | | | |
| Product | 500g | X | X | X | X | X | X |

Composite ore and tailings samples were collected 30 minutes prior to and during each product collection. A product composite for each reagent system used was also obtained from the material packaged in fiber drums.

The composites were then used for the development of analytical data for comparative purposes in assessing the effects of the reagent systems upon the process and resulting products.

## EXPERIMENTAL & RESULTS

Table 2 displays a compilation of Quality Assurance data obtained during the test run. The results were used for circuit control, establishment of operational parameters, and talc recovery calculations.

Product composite samples representing materials made with Ultrawet D.S., n-butanol and n-butanol-citric acid were analyzed in accordance with our standard certification procedures. These results, in the form of a standard laboratory report are given in Tables 3, 4 and 5. The data in these tables confirms that the new reagent systems provide substantially improved products in the following categories:

1. total acid solubles

2. magnesite

3. color

4. bulk density

5. pH

-3-

Protected Document--Subject to Protective Order

JNJMX68_000004999

Prudencio Pltfs' Ex. 0610 pg 4

There were no specification categories in which a decrease in product qualities were observed.

Table 6 provides the trial results in terms of talc recovery.

Talc recovery was calculated using the relationship:

$$\% \text{ Recovery} = 100 \frac{(H-T)}{(C-T)} \times \frac{C}{H}$$

where:

H = % acid insoluble content of ore

T = % acid insoluble content of tailings

C = % acid insoluble content of cleaner concentrate

Recoveries were derived by obtaining mean acid insoluble values for ore, tailings, and cleaner concentrates from Table 2 for the time period during which the specified reagent was used. These values were compared to the 8 hour production shift immediately preceding the reagent trial during which time Ultrawet D.S. was the floatation reagent. It is apparent from Table 6 that a substantially higher recovery is afforded by the use of n-butanol based floatation systems.

Particle size measurements were performed by two methods; sedimentation velocity using the Andreasen Sedimentation Pipette and by actual optical measurement using the TTMC Image Analyzing system. The results are given in Tables 7-12 and graphically displayed in Figures 1-9.

The particle size distribution profiles indicate the similarity of the products within the framework of the technique used for measurement. However, we have noted and confirmed that differences between the techniques and the values obtained via the techniques do exist. It has been our experience that the direct measurement of particle size and shape which is possible with the Image Analyzing method is a superior determination to the indirect measurements made by the sedimentation method.

On this basis, potential benefit is indicated in that the optical measuring technique has verified a lower fine particle content reporting in the finished product when using the alcohol based systems, particularly the n-butanol-citric acid system. This fact has been confirmed by Walter C. McCrone Associates who have reported the same conclusions based on their optical studies.

Mineralogical examinations for detection of amphiboles were performed by Dr. R. Reynolds at Dartmouth College on the composite ore and product samples. The results for the Ultrawet D.S., n-butanol and n-butanol-citric acid floated products are given in Table 13 and Attachment C, titled "Mineralogy of Ores, Product and Mill Tails Re Different Floatation Reagents".

-4-

Protected Document--Subject to Protective Order

There were no significant differences with respect to the amphibole content in the test products. The detected amphibole minerals did not appear in a fibrous form in any of the product samples.

Mineralogical analyses using X-ray diffraction techniques were performed on the composite ore, tailings and talc products during each segment of the reagent trial periods. This work was performed by Dr. Reynolds; the results are given in Table 14 and Figure 10.

The gross mineralogical content of the three ore samples were essentially the same.

Analysis of the finished products by X-ray techniques indicate a substantial reduction in chlorite content attributable to the alcohol based systems.

Analysis of the tailings resulting from the use of the three different reagent systems by X-ray diffraction identifies a profound difference in the mineralogical composition. As shown in Figure 10, talc peaks in the alcohol based system tails are roughly one tenth the intensity as found in the Ultrawet system tails. Optical microscopic examination of the tailing fractions from the alcohol based systems also indicates that the small quantity of talc present is essentially all a blocky or non-platy variety. These results confirm the substantial talc recovery differences between the Ultrawet and n-butanol based systems which had been independently determined by chemical analyses.

Asbestiform analyses were performed by Walter C. McCrone Associates by means of transmission electron microscopy and electron diffraction techniques. Their report is found in attachment "A". An abstract of their findings is given in Table 15. Quantitative treatment of these results is questionable due to the extremely low chrysotile levels present, however depression of chrysotile through the use of citric acid in combination with n-butanol is indicated. To better quantify the depressive affects of citric acid upon magnesium surfaced asbestiforms, Attachment "B" titled "Asbestiform depression through the use of new floatation reagent systems" is included to provide details of an earlier study in this area.

## SUMMARY & REMARKS

The results of the plant trials using n-butanol and n-butanol-citric acid reagent systems as compared to the presently used Ultrawet D.S. system has indicated a marked superiority of these new systems.

The use of citric acid in the depression of chrysotile asbestos and other mineral species has been developed at Windsor Minerals in response to the potential need for a means to exclude extremely low levels of these contaminants from the finished product of the beneficiation process.

The use of these systems is strongly urged by this writer, to provide the protection against what are currently considered to be

-5-

Protected Document--Subject to Protective Order

JNJMX68_000005001

Prudencio Pltfs' Ex. 0610 pg 6

materials presenting a severe health hazard and are potentially present
in all talc ores in use at this time.

In closing, based on Windsor's knowledge of the physical chemistry
of talc, and upon the results of all work performed to date, it is our
strong belief that the use of these new reagent systems will not
alter the salient consumer properties of the raw material supply or
the finished baby powder sold under the Johnson and Johnson name.

Vernon Zeitz
Manager, Research and Development
Windsor Minerals Inc.
5/14/74

-6-

Protected Document--Subject to Protective Order

JNJMX68_000005002

Prudencio Pltfs' Ex. 0610 pg 7

Table 2

## QUALITY ASSURANCE SAMPLING TEST RESULTS

| TIME | SAMPLE DESIGNATION | ACID INSOLUBLES (%) | COLOR REFLECTANCE (%) | pH | -325 m SCREEN (%) | BULK DENSITY (lb./Ft.³) | MAGNESIT (%) |
|------|------|------|------|------|------|------|------|
| 9:30 | ORE | 58.98 | 73.4 | | 90.93 | | |
| | TAILINGS | 28.32 | | | | | |
| | CLEANER CONCENTRATE | 99.05 | 88.0 | 7.57 | | | |
| | PRODUCT | 99.08 | 87.2 | 8.06 | 89.07 | 24.61 | .54 |
| 10:00 | ORE | 62.15 | 73.8 | | 90.40 | | |
| | TAILINGS | 25.84 | | | | | |
| | CLEANER CONCENTRATE | 98.94 | 87.3 | 7.78 | | | |
| | PRODUCT | 99.18 | 87.4 | 7.92 | 90.47 | 23.93 | .54 |
| 10:30 | ORE | 64.80 | 74.6 | | 90.05 | | |
| | TAILINGS | 24.95 | | | | | |
| | CLEANER CONCENTRATE | 98.94 | 87.1 | 7.79 | | | |
| | PRODUCT | 98.83 | 87.3 | 7.92 | 89.70 | 23.20 | .58 |
| 11:00 | ORE | 61.62 | 74.8 | | 90.09 | | |
| | TAILINGS | 26.26 | | | | | |
| | CLEANER CONCENTRATE | 98.80 | 87.3 | 7.81 | | | |
| | PRODUCT | 98.85 | 87.0 | 7.99 | 89.93 | 23.34 | .64 |
| 11:30 | ORE | 65.79 | 74.8 | | 89.86 | | |
| | TAILINGS | 26.40 | | | | | |
| | CLEANER CONCENTRATE | 98.76 | 87.2 | 8.42 | | | |
| | PRODUCT | 98.86 | 87.4 | 8.44 | 89.45 | 23.04 | .71 |
| 12:00 | ORE | 65.02 | 74.4 | | 90.38 | | |
| | TAILINGS | 28.86 | | | | | |
| | CLEANER CONCENTRATE | 98.97 | 87.3 | 8.19 | | | |
| | PRODUCT | 98.75 | 87.2 | 8.10 | 90.47 | 22.63 | .71 |

Protected Document--Subject to Protective Order

| TIME | SAMPLE DESIGNATION | ACID INSOLUBLES (%) | COLOR REFLECTANCE (%) | pH | -325 m SCREEN (%) | BULK DENSITY (lb./ft.³) | MAGNESITE (%) |
|---|---|---|---|---|---|---|---|
| 12:30 | ORE | 66.28 | 74.0 | | 89.15 | | |
| | TAILINGS | 24.13 | | | | | |
| | CLEANER CONCENTRATE | 98.54 | 86.3 | 8.19 | | | |
| | PRODUCT | 98.60 | 86.7 | 8.10 | 88.92 | 23.32 | .64 |
| 13:00 | ORE | 63.67 | 75.0 | | 90.10 | | |
| | TAILINGS | 28.82 | | | | | |
| | CLEANER CONCENTRATE | 98.49 | 86.4 | 7.89 | | | |
| | PRODUCT | 98.40 | 86.4 | 7.81 | 90.84 | 22.10 | .71 |
| 13:30 | ORE | 64.27 | 75.3 | | 90.01 | | |
| | TAILINGS | 23.37 | | | | | |
| | CLEANER CONCENTRATE | 98.56 | 86.9 | 6.38 | | | |
| | PRODUCT | 98.47 | 87.2 | 7.42 | 91.22 | 21.30 | .71 |
| 14:00 | ORE | 61.17 | 75.3 | | 90.66 | | |
| | TAILINGS | 26.05 | | | | | |
| | CLEANER CONCENTRATE | 98.78 | 87.3 | 5.28 | | | |
| | PRODUCT | 98.67 | 87.3 | 7.01 | 91.29 | 21.11 | .59 |
| 14:30 | ORE | 57.96 | 75.3 | | 89.92 | | |
| | TAILINGS | 24.27 | | | | | |
| | CLEANER CONCENTRATE | 98.67 | 87.1 | 4.64 | | | |
| | PRODUCT | 98.52 | 87.2 | 7.22 | 90.01 | 21.41 | .61 |
| 15:00 | ORE | 61.42 | 75.2 | | 89.62 | | |
| | TAILINGS | 23.69 | | | | | |
| | CLEANER CONCENTRATE | 98.69 | 87.5 | 4.38 | | | |
| | PRODUCT | 98.54 | 87.2 | 7.10 | 91.59 | 21.37 | .57 |

Protected Document–Subject to Protective Order

| TIME | SAMPLE DESIGNATION | ACID INSOLUBLES (%) | COLOR REFLECTANCE (%) | pH | -325 m SCREEN (%) | BULK DENSITY (lb./ft.) | MAGNESIT (%) |
|------|--------------------|--------------------|-----------------------|-----|-------------------|------------------------|--------------|
| 15:30 | ORE | 62.63 | 75.2 | | 89.75 | | |
| | TAILINGS | 22.38 | | | | | |
| | CLEANER CONCENTRATE | 98.86 | 87.9 | 4.38 | | | |
| | PRODUCT | 98.66 | 87.5 | 6.92 | 90.37 | 21.56 | .53 |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |
| | PRODUCT | | | | | | |
| | ORE | | | | | | |
| | TAILINGS | | | | | | |
| | CLEANER CONCENTRATE | | | | | | |

Protected Document--Subject to Protective Order

JNJMX6_000005005

Prudencio Pltfs' Ex. 0610 pg 10

## LABORATORY REPORT

Date Produced __1/29/74__

Product or Grade ___"66 U"___

Sample No. or Description ___Ultrawet D.S. floated product___

| TEST | FINDINGS | SPECIFIED |
|------|----------|-----------|
| MOISTURE | .02 | N.M.T. 0.15% |
| TOTAL ACID SOLUBLE | 1.72 | N.M.T. 2.0% |
| MAGNESITE (MgCO.) | .94 | N.M.T. 1.10% |
| COLOR | 86.0 | WHITE (BY STANDARD) |
| BULK DENSITY | 24.46 | 20.5 to 25.5 lbs./ft.$^3$ |

COMPACTION

| | | |
|------|----------|-----------|
| MAX. VOLUME | 146 cc | |
| MIN. VOLUME | 82 cc | |
| AVERAGE VOLUME | 114 cc | |

| SCREENS – 60 | 100.00 | 100% |
|------|----------|-----------|
| – 100 | 100.00 | N.L.T. 99.7% |
| – 200 | 98.66 | N.L.T. 98.5% |
| – 325 | 85.55 | |

TRACE ELEMENTS

| | | |
|------|----------|-----------|
| ARSENIC | .13 | N.M.T. 2ppm. |
| HEAVY METALS | less than 10 | N.M.T. 10 ppm. |
| WATER SOLUBLE IRON | pass test | PASS TEST |
| MICROSCOPIC EXAMINATION | pass test | PASS TEST |
| pH | 8.89 | |

Protected Document--Subject to Protective Order

JNJMX68_000005006

Prudencio Pltfs' Ex. 0610 pg 11

Case 23-01092-MBK   Doc 46-3   Filed 04/17/23   Entered 04/17/23 15:40:58   Desc
Exhibit E its 9-11 to Satterley Declaration   age 13 of 98

Table 4

## LABORATORY REPORT

Date Produced __1/29/74__

Product or Grade __"66 A"__

Sample No. or Description __N-butanol floated product__

| <u>TEST</u> | <u>FINDINGS</u> | <u>SPECIFIED</u> |
|---|---|---|
| MOISTURE | .03 | N.M.T. 0.15% |
| TOTAL ACID SOLUBLE | 1.32 | N.M.T. 2.0% |
| MAGNESITE (MgCO.) | .72 | N.M.T. 1.10% |
| COLOR | 87.0 | WHITE (BY STANDARD) |
| BULK DENSITY | 22.40 | 20.5 to 25.5 lbs./ft.$^3$ |
| COMPACTION | | |
|   MAX. VOLUME | 130 cc | |
|   MIN. VOLUME | 94 cc | |
|   AVERAGE VOLUME | 112 cc | |
| SCREENS - 60 | 100.00 | 100% |
|      - 100 | 100.00 | N.L.T. 99.7% |
|      - 200 | 98.99 | N.L.T. 98.5% |
|      - 325 | 91.27 | |
| TRACE ELEMENTS | | |
|   ARSENIC | .07 | N.M.T. 2ppm. |
|   HEAVY METALS | less than 10 | N.M.T. 10 ppm. |
| WATER SOLUBLE IRON | pass test | PASS TEST |
| MICROSCOPIC EXAMINATION | pass test | PASS TEST |
| pH | 8.47 | |

Protected Document--Subject to Protective Order

**Table 5**

L A B O R A T O R Y   R E P O R T

Date Produced __1/29/74__

Product or Grade __"66 AC"__

Sample No. or Description __N-butanol, citric acid floated__

__product__

| TEST | FINDINGS | SPECIFIED |
|------|----------|-----------|
| MOISTURE | .02 | N.M.T. 0.15% |
| TOTAL ACID SOLUBLE | 1.23 | N.M.T. 2.0% |
| MAGNESITE (MgCO.) | .66 | N.M.T. 1.10% |
| COLOR | 87.4 | WHITE (BY STANDARD) |
| BULK DENSITY | 21.64 | 20.5 to 25.5 lbs./ft.$^3$ |

COMPACTION

| | | |
|------|----------|-----------|
| MAX. VOLUME | 140 cc | |
| MIN. VOLUME | 100 cc | |
| AVERAGE VOLUME | 120 cc | |

| | | |
|------|----------|-----------|
| SCREENS – 60 | 100.00 | 100% |
| – 100 | 100.00 | N.L.T. 99.7% |
| – 200 | .99.15 | N.L.T. 98.5% |
| – 325 | 91.97 | |

TRACE ELEMENTS

| | | |
|------|----------|-----------|
| ARSENIC | .17 | N.M.T. 2ppm. |
| HEAVY METALS | less than 10 | N.M.T. 10 ppm. |
| WATER SOLUBLE IRON | pass test | PASS TEST |
| MICROSCOPIC EXAMINATION | pass test | PASS TEST |
| pH | 7.64 | |

Protected Document--Subject to Protective Order

JNJMX68_000005008

Prudencio Pltfs' Ex. 0610 pg 13

Table 6

COMPARITIVE TALC RECOVERIES DURING REAGENT TRIAL PERIOD

|  | Ultrawet D.S. | n-butanol | n-butanol citric acid |
|---|---|---|---|
| H | 67.05 | 63.54 | 61.49 |
| T | 40.15 | 26.70 | 23.95 |
| C | 98.08 | 98.80 | 98.71 |
| % RECOVERY | 67.93 | 79.45 | 80.61 |
| % CHANGE VS. ULTRAWET COLLECTION PERIOD | 0 | +16.9% | +18.6% |

H=% acid insoluble content of ore
T=% acid insoluble content of tailings
C=% acid insoluble content of cleaner concentrate

Protected Document--Subject to Protective Order

Case 23-01092-MBK   Doc 46-3   Filed 04/17/23   Entered 04/17/23 15:40:58   Desc
Exhibit Exhibits 9-11 to Satterley Declaration   Page 16 of 98

**Table 7**

## OVERSIZE COUNT

### Number percent particle size distribution of

### "66 U"-Ultrawet D.S. Floated Talc 1/29/74

| SIZE (microns) | NUMBER | % GREATER THAN STATED SIZE |
|---|---|---|
| 1.0 | 4113 | 100.00 |
| 2.5 | 3712 | 90.25 |
| 5.0 | 2431 | 59.11 |
| 10 | 1106 | 26.89 |
| 15 | 556 | 13.52 |
| 20 | 297 | 7.22 |
| 30 | 79 | 1.92 |
| 40 | 36 | .88 |
| 50 | 12 | .29 |
| 60 | 2 | .05 |

} 9.75

MEAN  SIZE = __8.62__  microns

Note:

Limiting Detection Threshold = __2.0__  microns

Protected Document--Subject to Protective Order

**Figure 1**

NUMBER PERCENT PARTICLE SIZE DISTRRIBUTION BY OVERSIZE COUNT OF
"66 U"- Ulrawet D.S. Floated Talc  1/29/74



NUMBER PERCENTAGE GREATER THAN STATED PARTICLE SIZE

Protected Document--Subject to Protective Order

## OVERSIZE COUNT

Number percent particle size distribution of

"66 A"- Butanol Floated Talc 1/29/74

| SIZE (microns) | NUMBER | % GREATER THAN STATED SIZE | |
|---|---|---|---|
| 1.0 | 4399 | 100.00 | } 5.9~ |
| 2.5 | 4139 | 94.08 | |
| 5.0 | 2836 | 64.46 | |
| 10 | 1323 | 30.07 | |
| 15 | 757 | 17.20 | |
| 20 | 401 | 9.11 | |
| 30 | 126 | 2.86 | |
| 40 | 41 | .93 | |
| 50 | 14 | .31 | |
| 60 | 3 | .06 | |

MEAN SIZE = __9.39__ microns

<u>Note:</u>
      Limiting Detection Threshold = __2.0__ microns

Protected Document--Subject to Protective Order

UMBER PERCENT PARTICLE SIZE DISTRRIBUTION BY OVERSIZE COUNT OF
"66 A"- N-butanol Floated talc  1/29/74



NUMBER PERCENTAGE GREATER THAN STATED PARTICLE SIZE

Protected Document--Subject to Protective Order

## OVERSIZE COUNT

### Number percent particle size distribution of

### "66 AC"- Butanol,Citric Acid Floated Talc 1/29/74

| SIZE (microns) | NUMBER | % GREATER THAN STATED SIZE | |
|---|---|---|---|
| 1.0 | 4035 | 100.00 | } 0.% |
| 2.5 | 4003 | 99.20 | |
| 5.0 | 3105 | 76 95 | |
| 10 | 1632 | 40.44 | |
| 15 | 863 | 21.38 | |
| 20 | 513 | 12.71 | |
| 30 | 160 | 3.96 | |
| 40 | 53 | 1.31 | |
| 50 | 12 | .29 | |
| 60 | 8 | .19 | |

MEAN SIZE = __11.08__ microns

Note:

Limiting Detection Threshold = __2.0__ microns

Protected Document–Subject to Protective Order

JNJMX68_000005014

Prudencio Pltfs' Ex. 0610 pg 19

NUMBER PERCENT PARTICLE SIZE DISTRRIBUTION BY OVERSIZE COUNT OF
"66 AC"- N-butanol,Citric Acid Floated talc  1/29/74



NUMBER PERCENTAGE GREATER THAN STATED PARTICLE SIZE

Protected Document--Subject to Protective Order

JNJMX68_000005015

Prudencio Pltfs' Ex. 0610 pg 20

Weight percent particle size distribution
by Andreasen Sedimentation Pipette
of Ulrawet Floated Grade "66 U" Production Talc 1/29/74

| Time (min.) | Height (cm) | Wt. (mg) | Equivalent spherical diameter (microns) | Percent less than stated size |
|---|---|---|---|---|
| 2 | 20.50 | 89.3 | 43.0 | 87.3 |
| 4 | 20.08 | 72.1 | 30.1 | 70.1 |
| 6 | 19.66 | 52.1 | 24.3 | 50.1 |
| 30 | 19.24 | 20.0 | 10.8 | 18.0 |
| 60 | 18.82 | 12.0 | 7.5 | 10.0 |
| 90 | 18.40 | 9.2 | 6.1 | 7.2 |
| 130 | 17.98 | 7.4 | 5.0 | 5.4 |

Particle Size in Microns          Percent by weight
(Equivalent Spherical Diameter)

| Less Than | Greater Than | |
|---|---|---|
| | 43.0 | 12.7 |
| 43.0 | 30.1 | 17.2 |
| 30.1 | 24.3 | 20.0 |
| 24.3 | 10.8 | 32.1 |
| 10.8 | 7.5 | 8.0 |
| 7.5 | 6.1 | 2.8 |
| 6.1 | 5.0 | 1.8 |
| 5.0 | | 5.4 |

Protected Document--Subject to Protective Order

PARTICLE SIZE DISTRIBUTION
BY ANDREASEN PIPETTE OF ULRAWET FLOATED GRADE "66 U"
PRODUCTION TALC 1/29/74



EQUIVALENT SPERICAL PARTICLE DIAMETER (MICRONS)

Protected Document--Subject to Protective Order

JNJMX68_000005017

Prudencio Pltfs' Ex. 0610 pg 22



Particle Size Distribution
By Andreasen Pipette of Ultrawet Floated Grade "66 U"
Production Date 1/29/74

Equivalent Spherical Particle Diameter (Microns)

Protected Document--Subject to Protective Order

JNJMX68_000005018

Prudencio Pltfs' Ex. 0610 pg 23

Weight percent particle size distribution
by Andreasen Sedimentation Pipette
of Butanol Floated Grade "66A" Production Talc 1/29/74

| Time (min.) | Height (cm) | Wt. (mg) | Equivalent spherical diameter(microns) | Percent less than stated size |
|---|---|---|---|---|
| 2 | 20.50 | 88.6 | 43.0 | 86.6 |
| 4 | 20.08 | 73.9 | 30.1 | 71.9 |
| 6 | 19.66 | 61.8 | 24.3 | 59.8 |
| 30 | 19.24 | 23.6 | 10.8 | 21.6 |
| 60 | 18.82 | 14.7 | 7.5 | 12.7 |
| 90 | 18.40 | 11.7 | 6.1 | 9.7 |
| 130 | 17.98 | 9.1 | 5.0 | 7.1 |

Particle Size in Microns                Percent by weight
(Equivalent Spherical Diameter)

| Less Than | Greater Than | Percent by weight |
|---|---|---|
| | 43.0 | 13.4 |
| 43.0 | 30.1 | 14.7 |
| 30.1 | 24.3 | 12.1 |
| 24.3 | 10.8 | 38.2 |
| 10.8 | 7.5 | 8.9 |
| 7.5 | 6.1 | 3.0 |
| 6.1 | 5.0 | 2.6 |
| 5.0 | | 7.1 |

Protected Document--Subject to Protective Order

**Figure 6**

PARTICLE SIZE DISTRIBUTION
BY ANDREASEN PIPETTE OF BUTANOL FLOATED GRADE "66A"
PRODUCTION TALC 1/29/74



EQUIVALENT SPERICAL PARTICLE DIAMETER (MICRONS)

Protected Document--Subject to Protective Order

JNJMX68_000005020

Prudencio Pltfs' Ex. 0610 pg 25

Figure 7



Particle Size Distribution
By Andreasen Pipette of Butanol Floated Grade "66A"
Production Talc 1/29/74

Protected Document--Subject to Protective Order

Prudencio Pltfs' Ex. 0610 pg 26

JNJMX66_000005021

Weight percent particle size distribution
by Andreasen Sedimentation Pipette
of Butanol-Citric Floated Grade "66AC" Production Talc 1/29/74

| Time (min.) | Height (cm) | Wt. (mg) | Equivalent spherical diameter(microns) | Percent less than stated size |
|---|---|---|---|---|
| 2 | 20.50 | 90.7 | 43.0 | 88.7 |
| 4 | 20.08 | 77.9 | 30.1 | 75.9 |
| 6 | 19.66 | 63.2 | 24.3 | 61.2 |
| 30 | 19.24 | 26.1 | 10.8 | 24.1 |
| 60 | 18.82 | 16.9 | 7.5 | 14.9 |
| 90 | 18.40 | 12.9 | 6.1 | 10.9 |
| 130 | 17.98 | 10.1 | 5.0 | 8.1 |

| Particle Size in Microns (Equivalent Spherical Diameter) | | Percent by weight |
|---|---|---|
| Less Than | Greater Than | |
| | 43.0 | 11.3 |
| 43.0 | 30.1 | 12.8 |
| 30.1 | 24.3 | 14.7 |
| 24.3 | 10.8 | 37.1 |
| 10.8 | 7.5 | 9.2 |
| 7.5 | 6.1 | 4.0 |
| 6.1 | 5.0 | 2.8 |
| 5.0 | | 8.1 |

Protected Document--Subject to Protective Order

## PARTICLE SIZE DISTRIBUTION
## BY ANDREASEN PIPETTE OF BUTANOL-CITRIC FLOATED GRADE "66AC"
## PRODUCTION TALC 1/29/74



EQUIVALENT SPERICAL PARTICLE DIAMETER (MICRONS)

Protected Document--Subject to Protective Order

JNJMX68_000005023

Prudencio Pltfs' Ex. 0610 pg 28

Protected Document–Subject to Protective Order

JNJMX68_00005024



Particle Size Distribution
By Andreasen Pipette of Butanol-Citric Floated Grade "66AC"
Production Talc 1/29/74

Weight Percent Finer Than Stated Particle Size

Equivalent Spherical Particle Diameter (Microns)

NO. 340-L210 DIETZGEN GRAPH PAPER
SEMI-LOGARITHMIC
2 CYCLES X 10 DIVISIONS PER INCH

EUGENE DIETZGEN CO.
MADE IN U. S. A.

Prudencio Pltfs' Ex. 0610 pg 29

AMPHIBOLE CONTENT OF REAGENT TRIAL PROCESS SAMPLES

| Sample designation | Amphibole level (ppm) |
|---|---|
| A ore | 3000 |
| A product | 100-200 |
| B ore | 3000 |
| B product | 100-200 |
| C ore | 3000 |
| C product | 100-200 |

LEGEND:

A- Ulrawet D.S. trial period
B-. N-butanol trial period
C- N-butanol citric acid trial period

Protected Document--Subject to Protective Order

JNJMX68_000005025

Prudencio Pltfs' Ex. 0610 pg 30

Relative amounts of chlorite, dolomite, and magnesite

with respect to talc

|           | Chlorite/Talc          | Dolomite/Talc | Magnesite/Talc |
|-----------|------------------------|---------------|----------------|
| ORE A     | $7.0 \times 10^{-2}$   | 0.12          | 0.27           |
| ORE B     | $8.6 \times 10^{-2}$   | 0.11          | 0.23           |
| ORE C     | $7.4 \times 10^{-2}$   | 0.11          | 0.25           |
|           |                        |               |                |
| PRODUCT A | $10 \times 10^{-3}$    | very small    | very small     |
| PRODUCT B | $8.6 \times 10^{-3}$   | very small    | very small     |
| PRODUCT C | $8.5 \times 10^{-3}$   | very small    | very small     |
|           |                        |               |                |
| TAILS A   | 0.28                   | 0.78          | 1.2            |
| TAILS B   | 2.6                    | 5.7           | 11             |
| TAILS C   | 2.4                    | 6.0           | 12             |

LEGEND:

A- Ultrawet D.S. trial period
B- N-butanol trial period
C- N-butanol-citric acid trial period

Protected Document--Subject to Protective Order

Figure 6

X-RAY DIFFRACTION PATTERNS OF REAGENT TRIAL TALC PROCESS SAMPLES

<u>A</u>- Ultrawet D.S. trial period
<u>B</u>- n-butanol trial period
<u>C</u>- n-butanol trial period

C- chlorite
T- talc
D- dolomite
M- magnesite



° 2 θ CU Kα

Prudencio Pltfs' Ex. 0610 pg 32

JN/MX68 000005027

Protected Document–Subject to Protective Order

## PHOTOMICROGRAPHY OF "66 U"- Ultrawet D.S. Floated Product





**Magnification- 100X**

Protected Document--Subject to Protective Order

JNJMX68_000005028

Prudencio Pltfs' Ex. 0610 pg 33

Figure 12

**PHOTOMICROGRAPHY OF "66 A"- N-butanol Floated Product**





**Magnification- 100X**

Protected Document--Subject to Protective Order

## PHOTOMICROGRAPHY OF "66AC"- N-butanol Floated Product





Magnification- 100X

Protected Document--Subject to Protective Order

JNJMX68_000005030

Prudencio Pltfs' Ex. 0610 pg 35

Table 17

ASBESTIFORM FIBER COUNTS BY WALTER C. MC CRONE ASSOCIATES

| Sample designation | Fiber count per E.M. grid | Fiber identification |
|---|---|---|
| 66-U-Ore | 0 | |
| 66-U-Product | 1 | Probably chrysotile |
| 66-A-Ore | 1 | Probably chrystile |
| 66-A-Product | 0 | |
| 66-AC-Ore | 8 | Chrysotile |
| 66-AC-Product | 1 | Chrysotile |

LEGEND:

66-U- Time period using Ultrawet D.S.
66-A- Time period using n-butanol
66-AC- Time period using n-butanol-citric acid

Protected Document--Subject to Protective Order

## ATTACHMENT B

## ASBESTIFORM DEPRESSION

## THROUGH THE USE OF

## NEW FLOATATION REAGENT SYSTEMS

-1-

Protected Document--Subject to Protective Order

JNJMX68_000005032

Prudencio Pltfs' Ex. 0610 pg 37

## INTRODUCTION:

A study was performed at Windsor Minerals to quantify the effect-iveness of two new floatation reagent systems in the depression of asbestiform minerals in the floatation process. Analysis of the floated products was accomplished using a Millipore πMC Image Analyzer as the analytical detection device.

## CONCLUSIONS:

1.    A combination of n-butyl alcohol as a frother along with citric acid as a depressive agent proved to be 20 times as effective as Ultrawet D.S. suppressing asbestiforms in the final product.

2.    Using only n-butyl alcohol as a frother proved to be 7 times as effective as Ultrawet D.S. in suppressing asbesti-forms.

3.    Ultrawet D.S. provided only a minimal suppression of asbesti-forms through the floatation process.

## EXPERIMENTAL:

Ground ore from the Hammondsville Mine was "doped" with 1.0% by weight of the fibrous form of anthophylite which occurs as a rare mineral in the Hammondsville ore body, and subjected to a series of laboratory floatations using the following reagent systems:

1.    Ultrawet D.S.

2.    n-butyl alcohol

3.    n-butyl alcohol-citric acid.

The products obtained from these laboratory floatations were scanned on a video monitor coupled to an optical microscope, the system having a useful magnification of 500X. Clearly recognizable asbesti-form anthophylite was counted and totalized over 100 viewed fields. The number of particles viewed in the 100 fields were totalized by means of a complementary computer interfaced to the system. The numbers obtained by this technique were compared to those obtained by an identical analysis of a standard preparation consisting of a Grade "66" product "doped" with 2.0% by weight of fibrous anthophylite.

## RESULTS:

Table 1 gives the data and calculated numerical relationships devised to indicate the effectiveness of the new reagent systems in the depression of fibrous anthophylite. These relationships, their value and definitions are as follows:

-2-

Protected Document--Subject to Protective Order

JNJMX68_000005033

Prudencio Pltfs' Ex. 0610 pg 38

1.  Rejection factor: a relationship derived to indicate the
    weight rejection of anphophylite using a given reagent
    system. This relationship is arrived at by comparing the
    anthophylite weight percentage in the floated product
    to the 2.0% asbestiform "doped" product which represents
    a floated material having undergone no rejection of asbesti-
    forms from the ore to the product.

    The Rejection Factor is defined in these experiments
    for a given floatation reagent as: $$\frac{2.0}{\text{anthophylite weight percentage in floated product}}$$

2.  Rejection Ratio - This term relates the effectiveness of
    suppression of asbestiforms by the alcohol based systems,
    to the existing Ultrawet D.S. system and is defined as
    follows:

    $$\text{Rejection Ratio} = \frac{\text{Rejection Factor of new reagent system}}{\text{Rejection Factor of Ultrawet D.S. system}}$$

-3-

Protected Document--Subject to Protective Order

Table I   Asbestiform Analysis of Cosmetic Grade Talcs Using TMC Image Analyzer.

|  | 2.0% Asbestiform Containing Product | Ultrawet D.S. Floated Product | N-Butyl Alcohol Floated Product | N-Butyl Alcohol Citric Acid Floated Product |
|---|---|---|---|---|
| Total Fields Counted | 100 | 100 | 100 | 100 |
| Total Fibers Counted | 298 | 37 | 6 | 2 |
| Total Particles Counted | 10681 | 9166 | 11416 | 10103 |
| Weight Percentage Asbestiform | 2.00 | .2894 | .0377 | .0142 |
| Rejection Factor | 1.00 | 6.91 | 53.08 | 140.94 |
| Rejection Ratio | -- | 1.00 | 7.68 | 20.39 |

-4-

Protected Document--Subject to Protective Order

## SUMMARY AND REMARKS:

The data shows a profound influence of the alcohol based reagent system upon the amounts of asbestiforms reporting in the floated product. It is apparent that the system which includes citric acid is more effective than n-butanol alone.

Although the data was accumulated for the specific mineral species, fibrous anthophylite, the same results can be predicted for other fibrous amphibole minerals and chrysotile asbestos found in association with the Hammondsville ore body whose surfaces expose a substantial concentration of magnesium and hydroxl groups as reactive sites.

-5-

Protected Document--Subject to Protective Order

JNJMX68_000005036

Prudencio Pltfs' Ex. 0610 pg 41

# ATTACHMENT C

## MINEROLOGY OF ORES, PRODUCTS AND MILL TAILS RE
## DIFFERENT FLOATATION REAGENTS

Protected Document--Subject to Protective Order

TO:      WINDSOR MINERALS INC., Windsor, Vermont   05089

FROM:    R. C. Reynolds, Jr., Department of Earth Sciences
         Dartmouth College, Hanover, N.H.   03755

SUBJECT: Mineralogy of Ores, Products and Mill Tails Re
         Different Flotation Reagents

INTRODUCTION:

A study was made of the mineralogy of talc products and mill
tails that were produced by the use of three different flo-
tation schemes.  The designations and descriptions used in
this report are as follows:

| Flotation Agent | Designation |
|---|---|
| Ultrawet | A |
| Butanol | B |
| Butanol + Citric Acid | C |

In addition, studies were made of the ore that produced each
of the products and mill tails.

TECHNIQUE:

Ores, products, and tails were analyzed by x-ray diffraction
methods.  Copper $\kappa_\alpha$ radiation was used and the region $2\theta = 24$
to $2\theta = 34°$ was scanned.  This $2\theta$ region contains important
peaks from talc, chlorite, dolomite and magnesite.  Examples
of runs are shown on Figure 1.  The data in Table 1 was
obtained by averaging peak heights from three scans of each
sample.

Protected Document--Subject to Protective Order

Materials were studied for amphiboles by means of the heavy-
liquid-benzethonium chloride method described in the Windsor
Mineral Report of March, 1974.  To improve separation and
subsequent semi-quantitative estimation of amphibole, product
samples were spiked with dolomite and tourmaline, sized
10-40μ, to better simulate the ores, which behave well in the
amphibole separation procedure.

RESULTS:

Figure 1 shows the x-ray diffraction patterns of ores, products,
and tails associated with each of the flotation procedures.
Peaks are labelled C = chlorite, T = Talc, D = dolomite, and
M = magnesite.  The results clearly show

> (1) the low chlorite, magnesite, and dolomite
> in all of the products
>
> (2) the large amounts of magnesite, dolomite,
> and chlorite in ores and tails
>
> (3) the low concentration of talc in tails
> B and C

Ores A, B and C are similar as are products A, B and C.  The
only significant difference among the three treatments shows
in the tails; those from treatment A (ultrawet) clearly have a
much large talc content than do the tails from the butanol
or the butanol-citric acid experiment.

Table 1 shows data tabulated from repeated (three times) runs
similar to those shown on Figure 1.  The values are meaningful
only in a relative sense.  There appear to be no significant
differences among ores A, B and C, and products A, B and C.

-2-

Protected Document--Subject to Protective Order

JNJMX68_000005039

Prudencio Pltfs' Ex. 0610 pg 44

The major difference is among the tails, where tails A is clear-
ly much richer in talc than tails B or tails C.

It is concluded that:

(1)  The ores used for the three flotation
     experiments are very similar or identical
     in mineralogy

(2)  The products A, B and C are similar except
     that product A does have a slightly higher
     chlorite content

(3)  The tails for B and C are similar, but
     tails A is clearly higher in talc.  Hence,
     the ultrawet flotation agent clearly pro-
     duced a higher loss of talc to the mill
     tails than did the butanol or butanol-
     citric acid reagents

The results from the amphibole separation are somewhat ambiguous
because of the difficulties in obtaining reproduceable extractions
from the products.  However, the tourmaline added to products
A and B was recovered to within ±10% for each, giving confidence
in the efficiency of the separation.  Based on optical estimates
from these samples, and separations of the three done without
tourmaline, it is concluded that all three products contain
essentially similar concentrations of actinolite, and that its
absolute concentration lies between 100 and 200 ppm.

CONCLUSIONS:

As a result of the mineralogical studies reported here, the
following are concluded:

(1)  Ores A, B and C are essentially identical
     with respect to their concentrations of
     magnesite, dolomite, chlorite and actinolite

-3-

Protected Document--Subject to Protective Order

JNJMX68_000005040

Prudencio Pltfs' Ex. 0610 pg 45

(2)    Tails B and C are identical with respect
to talc, magnesite, dolomite and chlorite,
but tails A is significantly richer in talc

(3)    Products A, B and C are essentially identi-
cal with respect to their concentrations of
magnesite, dolomite and actinolite; Product
A contains a somewhat larger quantity of
chlorite

(4)    Amphibole separations from products are
difficult to achieve quantitatively, but
the addition of carbonate and silicate
carriers seems promising in eliminating
the difficulties

-4-

Protected Document--Subject to Protective Order

## TABLE 1

### X-RAY DIFFRACTION PEAK RATIOS FROM ORES, PRODUCTS AND TAILS

|  | Magnesite/Talc | Dolomite/Talc | Chlorite/Talc |
|---|---|---|---|
| Ore A | 0.27 | 0.12 | 0.070 |
| Ore B | 0.23 | 0.11 | 0.086 |
| Ore C | 0.25 | 0.11 | 0.074 |
| Product A | Very low | Very low | 0.0100 |
| Product B | Very low | Very low | 0.0086 |
| Product C | Very low | Very low | 0.0085 |
| Tails A | 1.2 | 0.78 | 0.28 |
| Tails B | 10.9 | 5.7 | 2.6 |
| Tails C | 12.2 | 6.0 | 2.4 |

Protected Document--Subject to Protective Order

## TABLE 2

### ACID INSOLUBLE HEAVY LIQUID RESIDUES FROM PRODUCTS, ORES AND TAILS

|           | PPM TOTAL | PPM ESTIMATED AMPHIBOLE |
|-----------|-----------|-------------------------|
| Ore A     | 9000      | ∿3000                   |
| Ore B     | 10,500    | ∿3000                   |
| Ore C     | 8800      | ∿3000                   |
| Product A |           | 100-200*                |
| Product B |           | 100-200*                |
| Product C |           | 100-200*                |
| Tails A   | 34,600    | too much chlorite       |
| Tails B   | 36,100    | too much chlorite       |
| Tails C   | 44,100    | too much chlorite       |

*See text

Protected Document--Subject to Protective Order

Protected Document–Subject to Protective Order



Figure 1   X-ray diffraction traces of ores, products
and mill tails.  Chlorite = C, talc = T,
magnesite = M, and dolomite = D.

JNJMX68_00005044

# Exhibit 10

Environmental Health Perspectives
Vol. 94, pp. 225–230, 1991

# Amphibole Content of Cosmetic and Pharmaceutical Talcs

## by A. M. Blount[*]

Pharmaceutical and cosmetic-grade talcs were examined for asbestiform amphibole content using a new density-optical method. Talcs under the Food and Drug Administration are not regulated as to asbestos content; however, all talcs were well below the level mandated by the Occupational Safety and Health Administration for industrial talcs. Only one was found to contain an amphibole particle size distribution typical of asbestos.

## Introduction

In 1973 the Food and Drug Administration (FDA) proposed a regulation on the permissible asbestos content of talc (1). This regulation proposed to limit the amount of amphibole minerals to less than 0.1% and chrysotile to less than 0.01%. However, the optical microscopy method proposed was so complicated, lengthy, and subject to error that the proposed method was never finalized. Since then no final ruling has been issued.

The Occupational Safety and Health Administration, on the other hand, has been more rigorous and has instituted regulations despite the lack of methods to carry out the required measurements. One regulation, instituted in 1986, defines amphibole minerals as asbestos if the length to width ratio is 3:1 or greater. Because many nonfibrous cleavage fragments of amphibole minerals have a 3:1 aspect or greater and because there is no good evidence for adverse effects of these particles, a stay has been in affect on this part of the regulation (2). The second applicable regulation is the Hazard Communication Regulation (3), which applies to all chemicals used in the workplace. Specifically, it requires labeling of substances containing > 1% of a chemical hazardous to health and > 0.1% of a carcinogenic chemical.

Unfortunately, asbestos and amphiboles cannot be measured using currently developed methods to the level of 0.1% in the presence of talc. Some investigators have suggested that tremolite can be measured to that level by X-ray diffraction. But others have shown that the peak intensities vary between nonfibrous and fibrous tremolite (4) so that the 0.1% level of detection and measurement is doubtful except in cases where the sample has been spiked so that the exact nature of the tremolite is known. For anthophyllite there is little argument about the fact that detection cannot be made to 0.1%. However, the main problem with using X-ray diffraction for detection of amphibole minerals is that it gives no information about the shape of the particles, and shape is important in view of the uncertainity in the outcome of the asbestos regulation pertaining to nonfibrous amphiboles.

[*]Geology Department, Rutgers University, Newark, NJ 07102.

The talcs that are pharmaceutical grade fall under the domain of the FDA and are therefore nonregulated in regard to fibrous mineral content. In the course of developing a technique to facilitate quantification of amphiboles in talc (5), pharmaceutical and high-grade talcs were examined. They were found to have very low amphibole content, and, because of this, were extensively used in examining the lower limit of detection of the new method. The purpose of this paper is to describe the results of analyses for content and shape of amphibole mineral fragments in cosmetic and pharmaceutical talc powders of the United States.

## Methods

The method proposed by the FDA in 1973 for analysis of talc was an optical procedure as described below (1):

Weigh out 1 milligram of a representative portion of talc on each of two microscope slides. Mix the talc with a needle on one slide with a drop of 1.574 refractive index liquid, and then the other with 1.590 liquid, and place on each a square or rectangular cover glass sufficiently large so that the liquid will not run out from the edge (ca. 18 mm square) and will provide a uniform particle distribution. Fibers counted by this method should meet the following criteria: (i) Length to width ratio of 3 or greater (ii) length of 5 $\mu$m or greater (iii) width of 5 $\mu$m or less. Count and record the number of asbestos fibers in each 1 milligram as determined from a scan of both slides with a polarizing microscope at a magnification of approximately 400×. In the 1.574 refractive index liquid, chrysotile fibers with indices less than 1.574 in both extinction positions may be present: in the 1.590 refractive index liquid, the other five amphibole types of asbestos fibers with indices exceeding 1.590 in both extinction positions may be present. Check the extinction and sign of elongation for tentative identification. For specific identification of asbestos fibers, make additional mounts in appropriate refractive index liquids, and refer to the optical crystallographic data in the table. A count of not more than 1000 amphibole types of asbestos and not more than 100 chrysotile asbestos fibers per milligram-slide constitutes the maximum limit for the presence of these asbestos fibers in talc. These limits assure a purity of at least 99.9 percent free of amphibole types of asbestos fibers and at least 99.99 percent free of chrysotile asbestos fibers.

The problem with the proposed method is that talc flakes are often oriented vertically or at a sufficient angle that they appear to be needles and thus must be tested for refractive index (Fig. 1). A typical number of such particles is five per field of view. This

JNJ 00024117

*A. M. BLOUNT*



FIGURE 1. Talc flakes in 1.584 refractive index liquid. Note that there are particles in this field that have aspect ratios greater than 3:1. Width of view 0.13 mm.

means that some 20,000 particles would need to be examined in a typical case. In additon, chlorite is often present and when on edge must be examined in two extinction positions. This is clearly beyond what could be expected of any sane microscopist for a routine analysis. Since no other procedure has been developed as an alternative, a compromise has been to count 100 fields of view (FOV). In this way one need only examine about 500 particles in detail.

Because 500 particles is still a lengthy process, a more rapid and equally accurate method has been developed based on concentrating the amphibole particles by density difference. Figure 2 illustrates that there is a distinct break in density ranges between talcs and amphiboles. A heavy liquid of intermediate density is used, either Klein's (cadmium borotungstate) or Clerici's (thallium formate-malonate) solution. Experimentation showed that a heavy liquid of density 2.810 gives good separation even though values given in the literature and shown in Figure 2 would suggest that the density should be slightly higher. Because the density difference between particles and liquid is small, to get separation in a reasonable length of time a microcentrifuge is used with tubes containing 1.5 mL liquid. The height of the liquid column is, in this case, about 10 mm.

The general procedure involves weighing about 60 mg sample into a microcentrifuge tube and adding heavy liquid of density 2.810. After these are mixed, the tube with sample is placed in a vacuum for 3 min to remove the small bubbles adhering to the particles. After centrifuging the sample for 10 min at 7000 rpm, the heavy particles are removed from the bottom of the tube with a micropipette.

The counting of particles can be done either on a membrane filter (Nuclepore, 1.0 $\mu$m pore size) which has been placed on a microscope slide or as particles directly on the glass slide. In the first case, the heavy liquid with sample is forced through a membrane filter followed by distilled water to clean out the heavy liquid. The filter is then placed on a glass slide while wet. When dry, 1.584 refractive index liquid is placed on the filter followed by a cover glass. The photographs shown in this paper are of particles on filters.

The second case, particles directly on the microscope slide, requires transferring the heavy particles and some of the heavy liquid to a second centrifuge tube. Distilled water is added and the sample centrifuged. The liquid is pipetted off and more distilled water added. This is repeated several times to clean out the heavy liquid. Finally, the particles with several drops of water are transferred to a glass microscope slide. The advantage of this procedure is that any refractive index liquid can be used, whereas, in the former case, the refractive index is constrained by having to match the index of the membrane filter (either 1.584 or 1.625). The 1.584 value is good for analyzing amphiboles in talc, but the centrifuge method described has application to other mineral combinations, such as talc-quartz. With other combinations, refractive indices other than the two exhibited by the membrane filter may be more appropriate.

The particles are counted in 20 FOV. Being concentrated from 60 mg or more of sample, one will see more amphiboles than in 100 FOV using the old method. The number of amphibole particles per milligram (ppmg) is calculated:

$$\text{ppmg} = \text{amphibole particles/mg} =$$

$$\frac{(\text{number of amphibole counted/number FOV counted}) \times \text{total number FOV}}{(\text{efficiency}) \times (\text{number of mg of sample})}$$

Efficiency of the spin-down is determined experimentally. For more details of the method see Blount (5).

Figure 3 illustrates the results obtained when testing the method using known mixtures. Because it is difficult to measure and mix in very small weights of amphibole, a sample containing 2% tremolite in talc was mixed with pure talc to make mixtures containing very low percentage values of tremolite. For example, sample A (Fig. 3) consisting of 0.06% tremolite was made by weighing 58.9 mg of pure talc with 1.7 mg of talc containing 2% tremolite (1.7 mg/60.6 mg × 2% = 0.06%). It is not necessary to make a homogeneous mixture since the entire sample was used in the experiment. Also, the talc containing amphibole was put in the tube second in order not to give the amphibole any "head-start" in sinking to the bottom.

The centrifuge method was also tested with a commercial talc. 100 FOV were counted in ten 1-mg samples according to the FDA procedure for amphibole. This was compared with 20 FOV counts on 60-mg centrifuge samples (Fig. 4). The agreement is quite good. The standard deviations were determined in two

FIGURE 2. Specific gravities of talc and amphibole (6).



FIGURE 3.    Percent tremolite in talc as determined by the centrifuge/optical method (shaded bars) compared with that actually present in experimental mixtures (black bars). The dashed part of the shaded bars indicates +2 SD (right arrow) or −2 SD (left arrow).



FIGURE 4.    Comparison of traditional (100 FOV) count with centrifuge/optical count of same talc. The three lower bars indicate the values in particles/mg obtained by the centrifuge/optical method for three 60-mg samples. The top bar is the average of ten 100 FOV (traditional method). The dashed part of all the bars is +2 SD.

ways: for the traditional method by calculating in the usual way from multiple analyses and for the centrifuge method by means of the Poisson distribution from single counts. Standard deviations are high for the centrifuge method because of the very few particles counted. These could be decreased by making a larger count, but isnce the purpose of the study was to find a reasonably rapid method of monitoring amphibole content of talcs, larger counts were not generally made.

## Results

High-grade talc products from five deposits in Montana, three in Vermont, and one each in North Carolina and Alabama were examined using the centrifuge/optical method. In addition, four talcs from outside the U.S. but available in the U.S. market were included in this study. Talcs from other districts in the U.S. were examined, but these talcs had grades with less stringent requirements and are not included in this report.

Results of particle counts are shown in Table 1. The FDA has equated 0.1% with 1000 particles per milligram. In order for amphibole particle content to be less than 0.1%, 20 or less particles must be observed in 20 FOV (5). Since all were well below this

value, more extensive counts were not generally made.

It should be borne in mind that the 0.1% indicated is percent by count and not percent by weight or volume. The question of the validity of this relation has been considered (5). Briefly, the relation implies (1000 amphibole particles)/(1,000,000 total particles). Counts of total particles per milligram of talc have shown that 1 million particles per milligram of talc is a low value. Most show at least 2 to 3 times this number. The only exception was a baby powder with very large flakes which showed 0.4 to 0.8 million particles per milligram. It was not clear, however, whether this was a true value or due to the problem of counting where large, flakey particles could potentially hide other particles even in the most carefully prepared samples. Using 1000 particles/mg = 0.1% would, in most samples, give a percentage value on the high side and in this sense be a conservative answer.

The counts shown in Table 1 were made of regulatory fibers i.e., aspect ratio > 3:1. In some samples there were as many or more nonregulatory particles of amphibole as regulatory fibers. The shape of the amphibole varies greatly and seems to be highly characteristic of each deposit. In Table 1, the particles having aspect ratios less than 6:1 are designated cleavages and prismatic pieces. Those greater than 6:1 and less than 15:1 are labeled

JNJ 000241179

Prudencio Pltfs' Ex. 0822 pg 3

Case 23-01092-MBK Doc 46-3 Filed 04/17/23 Entered 04/17/23 15:40:58 Desc
Exhibit Exhibits 9-11 to Satterley Declaration Page 55 of 98

*A. M. BLOUNT*

Table 1. Counts of regulatory fibers in processed talcs.

| Sample | Counts, particles/mg | SD | Particle shapes | Particles/FOV[a] |
|--------|---------------------|-----|------------------|------------------|
| A | 38 | 25 | Cleavages | 3/100 |
| B | ND[b] | | | 0/20 |
| C | ND | | | 0/20 |
| D | < 25[c] | | Cleavages | 0/20 |
| E | ND | | | 0/20 |
| F | ND | | | 0/20 |
| G | ND | | | 0/20 |
| H | 17 | 17 | Cleavages and needles | 2/20 |
| I | 226 | 59 | Needles and fibers | 17/20[d] |
| | 283 | 100 | Needles and fibers | 8/20 |
| | 291 | 98 | Needles and fibers | 9/20 |
| | 341 | 108 | Needles and fibers | 10/20 |
| | 102 | 51 | Needles and fibers | 3/20 |
| J | 25 | 14 | Cleavages | 1/20 |
| | 27 | 27 | Cleavages | 3/20 |
| K | 25 | 25 | Cleavages | 1/20 |
| L | < 10[c] | | Needles | 0/20 |
| M | 39 | 21 | Cleavages and fibers | 4/20 |
| N | 25 | 17 | Prismatic pieces | 3/20 |
| O | ND | | | 0/20 |

[a]FOV, fields of view.
[b]ND, none detected.
[c]No particles seen during a 20 FOV count, but some particles could be seen during a random scan of the filter. Value shown is the lower limit of detection.
[d]Large sample used for this analysis (305 mg).

"needles." The remainder, which are greater than 15:1, are labeled "fibers." Whereas in many samples only a few particles were counted as shown in the right-hand column of Table 1, it should be remembered that even if only one particle was present in 20 FOV that about 300 were present on the slide. Because of the low interference by talc particles, these were seen so that it was easy to get a sense of the general particle shape.

The shape distribution of particles for several samples was determined. Figure 5 shows a photograph of a particle of tremolite in sample *I*. The particle is composed of fibrils. The length and width of 100 amphibole particles in this talc were measured. The resulting distribution of aspect ratios is shown in Figure 6. The results when compared with the aspect ratios determinded for tremolite asbestos with SEM by Campbell et al. (7) show sample *I* has a distribution similar to asbestos. Sample *M* was analyzed in the same way (Figs. 6 and 7). The graph of aspect ratio verses percent is compared with Campbell's results for nonfibrous tremolite. The similarity of the curves indicates that the tremolite in this talc is of the nonfibrous type.

Because the fractions produced by centrifuge are not generally pure after a single spin-down, a sample containing a variety of particle shapes was tested to see if the aspect ratio distribution results become biased in favor of larger, chunky grains (low aspect ratio) over small, long grains (high aspect ratio). The sample used contained 6.5% tremolite, a sufficient quantity that the traditional optical method could be used to compare with the centifuged sample. The resulting aspect ratio distribution curves (Fig. 8) do not show significant differences. With the traditional method, 69% of the amphibole particles have an aspect ratio of 3:1 or greater, whereas for the centrifuged samples the value is 64%, a variation which is not significant. The differences shown for 5:1 and 10:1 are probably due to the limited number of particles measured, in this test 100 particles in each sample.

Despite the similarity of the curves, the mean length and mean width of the amphibole particles measured using the centrifuge method are greater than those obtained using the traditional method (Table 2). Analysis of size distribution indicates that the proportion larger than 15 $\mu$m is greater in the centrifuged sample. This difference in dimension distribution does not appear, however, to affect the aspect ratio distribution. Other investigators have found that as particles increase in length, the aspect ratio shifts to higher values (8,9). This applies to both asbestos and nonasbestiform amphiboles, so presumably the effect of centrifuging down longer particles would be to force the aspect ratio distribution peak to higher values.

## Discussion

The high-grade talc powders are uniformly low in amphibole content. Counts obtained were 0 to 341 particles/mg. Indeed, talc from some districts appears to be completely free of such minerals. In those containing amphibole minerals there are two distinct types: cleavage type and asbestos type. These two types show distinctly different aspect ratio distributions as demonstrated in Figure 6 (samples *I* and *M*). The aspect ratio difference probably accounts in a large part for the higher particle count per milligram of sample *I* compared with the others which show cleavage fragments. It is easy to see that the number of particles showing greater than 3:1 aspect ratio would be greater in the former case even if the total number of particles of amphibole were equal. This observation reinforces the original decision to count particles visually rather than attempting to use X-ray diffraction. It is not wise to try to convert information on dimensions to percent by weight or volume because a few very large particles can drastically affect the resulting value. Campbell et al. (8) discuss this in some detail.



FIGURE 5. Particle of amphibole in centrifuged sample *I*. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.

JNJ 000241180

Prudencio Pltfs' Ex. 0822 pg 4



FIGURE 6.   Percent amphiboles in each aspect ratio group for talc sample *I* (left) and *M* (right) compared with tremolite asbestos (7) and tremolite (nonasbestiform) (7).



FIGURE 7.   Particle of amphibole in centrifuged sample *M*. Width of view 0.07 mm and 1.584 refractive index liquid. Particle is on a membrane filter.



FIGURE 8.   Percent amphiboles in each aspect group for a sample handled in two ways: solid line shows results using traditional method and dashed line shows results using centrifuge method. Dimensions of 100 particles measured for each curve.

JNJ 00024118

Prudencio Pltfs' Ex. 0822 pg

Case 23-01092-MBK    Doc 483-3    Filed 02/17/...
Exhibit Exhibits C through S ... Pg ...

*A. M. BLOUNT*

Table 2. Summary of size and aspect ratio data used to construct Figure 8.

| Method | Size, % | | |
|---|---|---|---|
|  | 5–10 μm | 10–15 μm | ≥ 15 μm |
| Traditional | 57 | 26 | 16 |
| Centrifuge | 33 | 27 | 38 |
|  | Mean length, μm | Mean width, μm | Mean aspect ratio, μm |
| Traditional | 12.5 | 3.0 | 4.4 |
| Centrifuge | 17.5 | 4.7 | 4.6 |

Further, the results from this study demonstrate the utility of the centrifuge method not only for obtaining a count of particles, but also for obtaining information on the shape of particles in a population. It should be emphasized that the aspect ratio curves determined for samples *I* and *M* would have been virtually impossible to obtain using the FDA procedure. The determination would have required examining over 3000 FOV. As indicated previously, many talc flakes on edge appear to be fibers and must be examined during such a scan, making the whole job impossibly tedious.

Finally, even in those cases where one may wish to use the standard 100 FOV count, the centrifuge method offers a way to screen samples between those times when a more lengthy count is made, and it permits a double check of values so determined. In addition, the tendency to bring down a disproportional number of larger particles has the advantage that with true asbestiform amphiboles one

generally sees some particles showing bundles of fibrils which removes any doubt about the nature of the amphibole.

## REFERENCES

1. Food and Drug Administration. Asbestos Particles in Food and Drugs. Fed. Reg. 28: 27076–27081 (1973).

2. Occupational Safety and Health Administration. Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite; Extension of Partial Stay and Amendment of Final Rule. Fed. Reg. 55: 50685–50687 (1990).

3. Occupational Safety and Health Administration. Hazard Communication; Final Rule. Fed. Reg. 25: 53280–53348 (1984).

4. McCrone, L. B. Analysis of Talc by X-Ray Diffraction and Polarized Light Microscopy. NIOSH Report, Contract 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: 0–41, National Institute of Occupational Safety and Health, Cincinnati, OH, 1977.

5. Blount, A. M. Detection and quantification of asbestos and other trace minerals in powdered industrial-mineral samples. AIME Process Mineral. 9: 557–570 (1990).

6. Troger, W. E. Optical determination of rock-forming minerals. E. Schweizerbatt'sche Verlagsbuchhandlung 0-188, Stuttgart, Germany, 1979.

7. Campbell, W. J., Blake, R. L., Brown, L. L., Cather, E. E., and Sjoberg, J. J. Selected Silicate Minerals and Their Asbestiform Varieties. U.S. Bureau of Mines Information Circular 8751: 0–56, Pittsburgh, PA, 1977.

8. Campbell, W. J., Higgins, C. W., and Wylie, A. Chemical and Physical Characterization of Amosite, Chrysotile, and Nonfibrous Tremolite for Oral Ingestion Studies by the National Institute of Environmental Health Sciences. U.S. Bureau of Mines Report of Investigations 8452: 0–63, Pittsburgh, PA, 1980.

9. Wylie, A. G. Relationship between the growth habit of asbestos and the dimensions of asbestos fibers. Mining Engineer. 40: 1036–1040 (1988).

JNJ 000241182

Prudencio Pltfs' Ex. 0822 pg 6

A - Italian

B - Montana - Willow Creek

C - Montana (Beaverhead?) Pfizer

D - North Carolina

E - Alabama

F - Montana - Willow Creek

G - Montana Floated at Alabama
      (Pfizer) Balmat?

H - Italian

I - Windsor - J&J   JBP

J, K, L, & M - other Vt deposits - M = Troy

N - Timmins Ontario - Steetly

O - Willow Creek - Montana Talc Co.

JNJ 000241183

# Exhibit 11

# CYPRUS ORE RESERVE EVALUATION
# PRELIMINARY SUMMARY

*R. C. Munro*

## INTRODUCTION

A complete evaluation of the CIM talc reserves is underway, but has emerged as a more complex task than anticipated. There are eighteen mining reserves to assess with at least four ore quality factors[1] to evaluate in each case, and data available from CIM is not always clear. It will take till May 15 to complete this project. Two U.S.B. senior geologists have been conscripted part time for independent reserve calculations on the more important talc deposits.

The following is a summary of our thoughts to date.

## GENERAL

We have been working with Philippe Moreau of Talc de Luzenac, Ernie Reade of CIM and the CIM geological staff to determine:

1) How closely the real mineable ore reserves match the geologic resource numbers that have been carried by CIM.

2) The tons of ore (and years of production life) that are remaining in the ground at the various reserve sites and the ore qualities available in proportion to the ore requirements for the various CIM milled products.

---

[1] *Talc content, brightness, impurities and quality.*

- 1 -

Protected Document - Subject to Protective Order

IMERYS 425354

3)    The related problems that exist in terms of environmental concerns, permitting, mineability and liability at each mining site.

So far, our reserve estimates in tons of mineable proven and possible ore differ in some areas from CIM's figures. These comparisons appear on the summary sheet, page 3, with comments.

Hammondsville and Beaverhead appear to have no significant economic value as reserves. The usable tonnage at the Troy deposit is substantially reduced. The Hamm deposit needs more detailed study before its future value is understood. Significant additional potential may exist at Argonaut. Yellowstone South Forty has major potential for significantly increased reserves and reduced stripping ratios.

Matching all types and volumes to various CIM milled products in some sort of material balance sheet has proven more difficult than expected. CIM data is hard to quantify and has required constant adjustment, as CIM staff strive to educate us in their rather complex "ore to product" paths. At this writing, the tonnages used and the role of imported ores need to be clarified. In spite of a significant effort and some surplus staff, the Cyprus organizational system has not enabled a clear, consistent overall picture of current ore reserve usage to emerge and be transmitted to anyone - Cyprus itself or a potential buyer.

Some problems with several of the mine reserves sites have emerged.

**Fibrous minerals** - tremolite and actinolite are ubiquitous in several zones of the Vermont mines. The potential problems involved with fibre in dumps, and to some degree in products, must be carefully evaluated.

- 2 -

Protected Document - Subject to Protective Order

IMERYS 425355

# ORE RESERVE COMPARISON

| MINE | GEOLOGIC | | MINEABLE<br>*Proven & Probable* | | COMMENT |
|---|---|---|---|---|---|
| | CYPRUS<br>*(as of 12/31/90)* | BORAX | CYPRUS | BORAX | |
| **Talc** | | | | | |
| Holmes/Ward, AL | 173,000 | – | 75,000 | 75,000 | hard rock reserve |
| Argonaut, VT East | – | 3,000,000 | – | 3,000,000 | good potential but little data – an inferred reserve – DRILL? |
| Argonaut, VT Main | 5,835,000 | 3,000,000 | 3,775,000 | 3,000,000 | high stripping cost in early years |
| Black Bear | 1,499,000 | 1,300,000 | 1,299,000 | 1,300,000 | a viable reserve |
| Clifton | 600,000 | | 300,000 | 300,000 | reserve not checked for mineability |
| Frostbite | 1,400,000 | | 650,000 | 650,000 | reserve not checked for mineability |
| Hamm | 6,508,000 | 3,060,000 | 3,158,000 | 1,952,000 | need additional data to assess this reserve – As & fibre – DRILL? |
| Hammondsville | 4,727,009 | | 2,227,000 | – | unmineable |
| Kelley | 900,000 | | 530,000 | 500,000 | possible reserve |
| Newfane | 850,000 | | 390,000 | 300,000 | a prospect – possible reserve |
| Rainbow | 1,416,000 | 765,000 | 1,116,000 | 765,000 | needs further financial evaluation – DRILL? |
| Troy | 7,200,000 | 1,305,000 | 3,600,000 | 470,000 | a problem reserve |
| Beaverhead,MT | 144,000 | 59,000 | 61,000 | – | not a viable reserve at today's prices |
| MP Claims | 84,000 | | 58,000 | 58,000 | prospect – possible reserve |
| Yellowstone – S40 | 19,244,000 | 14,802,000 | 6,814,000 | 7,131,000 | recovery problem but good ore body with excellent<br>additional potential – DRILL? |
| Yellowstone – N. Main | 2,533,000 | 962,000 | 1,066,000 | 933,000 | may phase out with S40 development |
| Yellowstone – Other | 473,000 | N/D | – | unknown | no significant reserve potential apparent |
| KR Prospect, CA | 280,000 | | – | 280,000 | a prospect in sensitive area |
| Red Hill/Main | 366,000 | 375,000 | 116,000 | 150,000 | adequate tonnage for needs |
| Van Horn, TX | – | | – | – | not reviewed – poor quality |
| **Chlorite** | | | | | |
| Antler | 322,000 | | 280,000 | 275,000 | actual recovery needs to be defined |
| Cottonwood | | | | – | low brightness prospect |
| Fair Lady | | | | – | untested |
| **TOTAL** | 54,554,009 | 28,628,000 | 25,515,000 | 21,139,000 | |

Protected Document - Subject to Protective Order

IMERYS 425356

Arsenic minerals, both insoluble sulphides and the more soluble arsenate minerals are problems that restrict productivity in an effort to keep product under 3 ppm soluble As in the West Windsor and Johnson Mills.  High arsenic restricts product acceptance and lays a basis for future possible environmental and permitting problems.

Also in Vermont, the underground Windham Mine has been identified as the site of a PCB transformer left on the second level of the flooded workings.

Permitting is in dispute at the Ludlow East Argonaut operation where stripping and mining are underway.  At the major new reserve in the Ludlow area, the East Argonaut zone, the mining permit has been challenged by a nearby homeowner and supporters.

Ore stock piles in inventory need thorough checking.  Troy ore stockpiles are described in inventory as 93,000 tons.  Operations staff claims 70,000 tons of which only 11,200 tons are judged to be suitable for current Johnson mill feed, with perhaps 13,000 tons of fines when dry.  Johnson Mill inventory is given as 7,000 tons.  Plant Manager Ed Wissle says 3,500 tons.  This degree of error at Troy-Johnson suggests that all stockpiles be investigated before the ore stockpile inventory values are accepted.  Stock piles inspected at Alpine appear to meet claim.

**WESTERN MINES**

**California**

The small, but aggressively managed, Western Source operation produces limited use dry ground product for roofing shingles from the Red Hill Mine.  The Red Hill

- 4 -

Protected Document - Subject to Protective Order

IMERYS 425357

deposit is a tabular deposit of talc carbonate schist some 50' wide with 20' of better grade material in the footwall. It is estimated to be over 1,200' in length and dipping ≈ 50° to the NE. The deposit runs about 50-60% talc with higher talc content in some areas of the narrow footwall zone. Fe oxide stains the more shallow ores. GEB on currently mined ore runs 75% (too high in iron for ceramics and not bright enough for paint). CIM calculates a mineable reserve of 366,000 tons. USB calculation provides for a similar tonnage of 375,000 tons to a depth of 100', although this may require a stripping ratio of greater than 1:1 to access the better talc. XRD analysis sheets examined showed no fibrous minerals detected in the Western Source product.

An additional undeveloped reserve of talc carbonate schist is held on a lease in force until the year 2009 at the KR property. Trenches and several drillholes have generally indicated a large zone of banded talc carbonate schist with bands of micaceous schist quartz veins. A small area where soil was stripped in the past has been recovered. The KR property offers a 300,000-ton potential, providing future urban development in the area permits the opening of a talc mine at this location.

The Toyon Mill is permitted and in a reasonable location for access to the northern California market and there has been some half-hearted experimentation with milling Montana ores there for an expanded market line of Western Source products. Toyon might also treat any Nevada chlorite developed at Fair lady in the future if it could be economically transported.

Other California deposits include the Talc City claims, claims near Death Valley (sites of past production) and Eagle deposit in Saline Valley currently intermittently

Protected Document - Subject to Protective Order

IMERYS 425358



## LOCATION OF C.I.M. PROPERTIES
## CALAVERAS COUNTY, CA.



0                    5 MILES

SCALE

Protected Document - Subject to Protective Order

IMERYS 425359

produced by a minor lessee. None of these offer valuable reserve potential, but some may have a glimmer of environmental liability with stockpiled tremolite rich ores. Reade promises a report on these locations.

## Montana

### Yellowstone South Forty

CIM's most important (western) talc reserve is the Yellowstone South Forty pit. Recognized in 1987 and subsequently explored by more than 100 drill holes (assay data on about half of these). The reserve emerges as a major world talc resource.

The CIM ore reserve calculations completed and reassessed in January of this year indicate reserves as follows:

**Geologic Reserve** of 9,477,000 tons of which 6,813,943 tons are classified as proven and probable mineable tons at a waste to ore ratio of 4.5:1. 75% of this reserve is estimated to be of ore grading + 90% talc.

Further, CIM have estimated a **Recoverable Reserve** that accounts for mining and sorting plant recoveries. This is accomplished by the application of recovery factors of 30% to 66% on each of the 12 ore types in the reserve calculation. CIM estimates the "recoverable reserve" at 3,898,220 tons of total "recoverable talc" or 57% of the mineable reserve. This is an approximately 22 year mine life at the current consumption rate.

- 7 -

Protected Document - Subject to Protective Order

IMERYS 425360



Protected Document - Subject to Protective Order

IMERYS 425361

USB's independent ore reserve calculation has identified a proven and probable mineable reserve 7,131,370 tons at a 5.09:1 waste to ore ratio within a 15,000,000 ton geologic resource.

**Recoverable reserves** for us become a problem with the acceptance of CIM's theoretical, calculated 57% recovery factor which is not supported by recent recoveries of concentrate in the mine and sorting plant.

Based on annual production records, pages 10-13, recoveries of concentrate (to the mill) from ore to the sorting plant during 1989 (21%), 1990 (29%) and 1991 (26%) yielded a weighted average of 23.5%. Corrected 1991 figures for sorter recoveries were provided and indicate a 30% recovery for 1991, see flow sheets page 15-17. Applying a 30% recovery to the 7,131,000 mineable reserve = 2,139,000 tons of recoverable talc concentrate, -10 year mine life at current concentrate production rate. On this basis, recoverable talc is 5.0% of the total rock mined (ore and waste); the approximate average mined tons to product tons ratio for the past 10 years, see page 18.

When asked about the large discrepancy between the actual historical recoveries and the newly calculated theoretical recoveries, CIM staff indicated that they expected and calculated better recoveries for the future as production moved into the newly opened high grade faces of the South Forty pit.

Inspection of the drill sections confirms the view that substantial tonnage of high grade talc lie in the current South Forty pit floor. However, much of the plant losses are in screenings (38%) and unless most of these were sold as CIMCOAT or MISTRON II products, it seems unlikely that the projected 57% recoveries will

- 9 -

Protected Document - Subject to Protective Order

IMERYS 425362

## END OF MONTH REPORT          DECEMBER 1991

### MINE PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 | 1989 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WASTE | 229,221 | 172,677 | 123,655 | 113,459 | 245,380 | 289,009 | 294,907 | 260,358 | 297,223 | 348,404 | 283,816 | 195,153 | 2,853,262 | 3,343,600 | 4713380 |
| ONE | 59,487 | 62,606 | 65,217 | 88,855 | 41,029 | 27,453 | 7,697 | 22,261 | 8,289 | 32,141 | 4,531 | 3,076 | 422,642 | 409,452 | 50535 |
| ORE | 73,511 | 66,061 | 68,406 | 56,548 | 70,696 | 54,081 | 58,908 | 58,417 | 40,150 | 61,872 | 38,615 | 27,472 | 674,737 | 822,930 | 100279 |
| HED FD/STPL | 1,682 | 0 | 901 | 0 | 2,589 | 3,939 | 457 | 96 | 2,368 | 0 | 0 | 0 | 12,032 | 59,835 | 97695 |
| IS FD/STPL | 65,060 | 59,085 | 64,027 | 51,370 | 58,029 | 44,253 | 52,424 | 50,225 | 28,374 | 55,184 | 33,527 | 24,595 | 586,153 | 619,500 | 620305 |
| IS FD DIRECT | 2,976 | 4,814 | 3,478 | 5,178 | 10,078 | 5,889 | 6,027 | 8,096 | 9,280 | 6,688 | 4,608 | 654 | 7,089 | 143,865 | 2~ 345 |
| DIRECT SHIP | 3,793 | 2,162 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,621 | 517 | 8,837 | 15,440 | |
| AT TALC MINED | 0 | 0 | 128 | 0 | 0 | 2,571 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| **SOUTH FORTY** | | | | | | **SOUTH FORTY PIT** | | | | | | | | | |
| SOUTH FORTY | | | | | | | | | 0 | 0 | 0 | 0 | 125,038 | | |
| BENCH 6125 | 47,159 | 11,767 | 62,112 | 4,000 | | 0 | 0 | 0 | 89,376 | 800 | 384 | 0 | 508,550 | | |
| BENCH 6100 | 34,453 | 46,273 | 83,726 | 96,909 | 168,491 | 17,041 | 2,098 | 83,453 | 36,319 | 112,319 | 73,802 | 89,077 | 600,313 | | |
| BENCH 6075 | 13,656 | 45,443 | 10,871 | 74,717 | 81,591 | 9,781 | 19,314 | 32,822 | 69,142 | 51,479 | 6,263 | 0 | 211,370 | | |
| BENCH 6050 | | | | | | 14,944 | 36,720 | | | | | | 1144 | 37% | |
| **NORTH FORTY** | | | | | | **NORTH FORTY PIT** | | | | | | | | | |
| BENCH 6250 | 135,524 | 20,758 | | 0 | 376 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 156,658 | | |
| BENCH 6225 | 131,427 | 144,286 | 3,344 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 279,057 | | |
| BENCH 6200 | 0 | 29,728 | 127,226 | 62,192 | 96 | 49,734 | 9,209 | 0 | 0 | 0 | 0 | 0 | 219,242 | | |
| BENCH 6175 | | 4,089 | | 6,208 | 29,929 | | 7,488 | 0 | 0 | 0 | 0 | 0 | 99,249 | | 18% |
| BENCH 6150 | | | | | | | 7,488 | 0 | 0 | 0 | 0 | 0 | 7,488 | | |
| **NORTH MAIN** | | | | | | **NORTH MAIN PIT** | | | | | | | | | |
| BENCH 6140 | | | | | 20,792 | 13,878 | 0 | 0 | 0 | 0 | 0 | 0 | 34,670 | | |
| BENCH 6115 | | | | | 55,830 | 257,769 | 162,304 | 0 | 0 | 0 | 0 | 0 | 475,903 | | |
| BENCH 6090 | | | | | | 7,426 | 124,299 | 242,811 | 92,240 | 4,904 | 0 | 10,530 | 482,290 | | |
| BENCH 6065 | | | | | | | | 11,950 | 58,585 | 213,236 | 2,373 | 0 | 286,144 | | |
| BENCH 6040 | | | | | | | | | | 59,599 | 186,858 | 47,375 | 293,832 | | |
| BENCH 6015 | | | | | 14,636 | 0 | 0 | 0 | 0 | 0 | 57,282 | 98,719 | 170,837 | 1743676 | 44 |
| TOTAL MINED | 362,219 | 301,344 | 257,278 | 258,862 | 357,105 | 370,543 | 361,512 | 341,036 | 345,662 | 442,417 | 326,962 | 225,701 | 3,950,641 | 4,591,422 | 622153 |
| TONS PRODUCT | 16,967 | 14,255 | 14,374 | 16,979 | 15,951 | 14,005 | 14,019 | 17,020 | 13,680 | 13,475 | 10,919 | | 178,644 | 200,110 | 21238 |
| STRIPPING | | | | | | | | | | | | | 26% | 24% | 219 |
| RATIO | 20:1 | 20:1 | 17:1 | 14:1 | 21:1 | 25:1 | 25:1 | 19:1 | 24:1 | 25:1 | 23:1 | 20:1 | 21:1 | 22:1 | 28:1 |
| | 23% | 22% | 22% | 30% | 23% | 26% | 24% | 27% | 34% | 27% | 35% | 39% | | | |

← w/o cincar

36% 41% ← w/ cincar JAN

### MINING HIGHLIGHTS

1) All production goals were met or exceeded in 1991.  Expense goals were also met.

2) Diesel fuel prices fluctuated from a low of $0.59 to a high of $0.91 per gallon.  Diesel usage in 1991 decreased by 81,560 gallons from 1990 usage.
   Gas prices varied from a low of $1.00 to a high of $1.21 per gallon.  Gasoline usage was down 7,500 gallons from 1990 usage.

3) Pit personnel did an excellent job of keeping costs to a minimum.

- 10 -

Protected Document - Subject to Protective Order

IMERYS 425363

# END OF MONTH REPORT JANUARY 1992

## MINE PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 1992 YTD | JAN 1991 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WASTE | 208,914 | | | | | | | | | | | | 208,914 | 229,221 |
| BONE | 2,514 | | | | | | | | | | | | 2,514 | 59,487 |
| ORE | 33,713 | | | | | | | | | | | | 33,713 | 1 |
| DIRECT SLAB | 258 | | | | | | | | | | | | 258 | [illegible]A |
| MS FD/STPL | 20,438 | | | | | | | | | | | | 20,438 | 65,060 |
| MS FD DIRECT | 768 | | | | | | | | | | | | 768 | 2,976 |
| DIRECT SHIP | 9,215 | | | | | | | | | | | | 9,215 | 3,793 |
| OTHER PILES | 3,036 | | | | | | | | | | | | 3,036 | N/A |
| MT TALC MINED | 2,048 | | | | | | | | | | | | 2,048 | 0 |
| SOUTH FORTY | | | | | | | | | | | | | | |
| BENCH 6075 | 22,541 | | | | | | | | | | | | 22,541 | 13,656 |
| BENCH 6050 | 46,281 | | | | | | | | | | | | 46,281 | 0 |
| NORTH MAIN | | | | | | | | | | | | | | |
| BENCH 6090 | 15,632 | | | | | | | | | | | | 15,632 | 0 |
| BENCH 6065 | 0 | | | | | | | | | | | | 0 | 0 |
| BENCH 6040 | 0 | | | | | | | | | | | | 0 | 0 |
| BENCH 6015 | 113,925 | | | | | | | | | | | | 113,925 | 0 |
| BENCH 5990 | 46,762 | | | | | | | | | | | | 46,762 | |
| TOTAL MINED | 245,141 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 245,141 | 362,219 |
| TONS PRODUCT | 18,586 | | | | | | | | | | | | 18,586 | 16,[illegible] |
| STRIPPING RATIO | 12:1 | | | | | | | | | | | | | 20:1 |

55% w/o Cimcoat sold (18586 / 33713)
61% w/ Cimcoat sold (20,445 / 33,713) } 100% North Main Pit

- 11 -

## MINING HIGHLIGHTS

1) The 6015 bench of the North Main Pit is nearly complete and the 5990 bench is providing both MS/SPS ore and direct ship ore.
2) The South 40 Pit bench 6060 is [illegible]

*(handwritten: 2ND)*

*(handwritten: 2nd DATA RELIEVED)*

## MS/SPS PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEED | 56,391 | 58,344 | 64,627 | 59,075 | 52,173 | 39,039 | 47,352 | 48,617 | 29,952 | 50,098 | 38,305 | 26,113 | 570,086 | 672,982 |
| PRODUCT | 11,940 | 14,201 | 13,855 | 16,288 | 15,772 | 13,810 | 13,995 | 17,020 | 13,386 | 17,000 | 13,443 | 10,353 | 171,063 | 156,200 |
| SCREENINGS | 22,711 | 24,756 | 22,476 | 23,116 | 17,465 | 11,601 | 19,074 | 18,363 | 14,409 | 18,480 | 14,811 | 10,011 | 217,273 | 222,623 |
| OVERSIZE | 3,420 | 5,564 | 3,230 | 2,635 | 2,285 | 1,645 | 1,340 | 769 | 70 | 680 | 336 | 100 | 22,259 | 42,361 |
| WASTE | 18,320 | 13,823 | 25,066 | 17,038 | 16,651 | 11,983 | 12,943 | 12,474 | 2,087 | 13,738 | 9,721 | 5,649 | 159,491 | 250,570 |
| | | | | | | | | | | | | | | |
| MS FEED | 25,242 | 23,079 | 29,934 | 25,457 | 25,744 | 23,108 | 25,371 | 26,735 | 13,741 | 24,855 | 17,766 | 11,916 | 272,948 | 296,159 |
| MS PRODUCT | 9,993 | 11,349 | 11,539 | 13,126 | 13,110 | 12,744 | 13,591 | 15,576 | 12,611 | 15,133 | 11,451 | 9,037 | 149,260 | 116,436 |
| MS WASTE | 15,249 | 11,730 | 18,395 | 12,331 | 12,634 | 10,364 | 11,780 | 11,159 | 1,130 | 9,722 | 6,315 | 2,879 | 123,688 | 181,833 |
| RECOVERY | 40% | 49% | 39% | 52% | 51% | 55% | 51% | 58% | 92% | 60% | 64% | 76% | 57% | —% |
| TONS/SORTER HOUR | 5.3 | 7.6 | 5.7 | 7.6 | 6.5 | 7.0 | 7.3 | 8.6 | 10.6 | 8.8 | 10.0 | 10.3 | 7.9 | 8.6 |
| | | | | | | | | | | | | | | |
| SPS FEED | 5,018 | 4,845 | 8,987 | 7,867 | 6,679 | 2,685 | 1,587 | 2,759 | 1,732 | 5,883 | 5,398 | 4,086 | 57,606 | 136,938 |
| SPS PRODUCT | 1,947 | 2,852 | 2,316 | 3,182 | 2,662 | 1,066 | 404 | 1,444 | 775 | 1,867 | 1,992 | 1,316 | 21,803 | 39,764 |
| SPS WASTE | 3,071 | 2,093 | 6,671 | 4,705 | 4,017 | 1,619 | 1,163 | 1,315 | 957 | 4,016 | 3,408 | 2,770 | 35,803 | 97,194 |
| RECOVERY | 39% | 58% | 26% | 40% | 37% | 40% | 26% | 52% | 45% | 32% | 37% | 32% | 39% | 29% |
| TONS/SORTER HOUR | 3.1 | 8.2 | 4.9 | 7.3 | 6.5 | 4.5 | 3.3 | 11.2 | 11.8 | 8.6 | 4.6 | 4.0 | 6.3 | 4.2 |

**RERUN OVERSIZE THROUGH PLANT TO INCREASE RECOVERY**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHED PRODUCTION** | | | | | | | | | | | | | | |
| FEED | 1,402 | 68 | 867 | 78 | 1,730 | 1,071 | 204 | 0 | 2,082 | 0 | 0 | 0 | 7,500 | 78,407 |
| PRODUCT | 1,234 | 54 | 501 | 60 | 179 | 195 | 24 | 0 | 294 | 0 | 0 | 0 | 2,541 | 39,835 |
| WASTE | 168 | 12 | 69 | 18 | 1,551 | 876 | 180 | 0 | 1,788 | 0 | 0 | 0 | 4,662 | 8,574 |
| SCREENINGS | 0 | 0 | 297 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 297 | 348 |
| RECOVERY | 88% | 82% | 57% | 77% | 10% | 18% | 12% | 0% | 14% | 0% | 0% | 0% | 33% | 3% |
| TONS/SORTER HOUR | 3.1 | 3.3 | 3.6 | 3.7 | .8* | 1.2* | 1.0* | 0.0 | .6* | 0.0 | 0.0 | | 2.2 | 3.2 |

**\* SORTING CONFIGURATION CHANGED TO PIT SORT STYLE FOR 39 MATERIAL**

*(left margin, vertical: 2 ... - 12 - ... FEB 26 1992)*

Protected Document - Subject to Protective Order

IMERYS 425365

I 13 I

## MS/SPS PRODUCTION

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEED | 56,391 | 58,344 | 64,627 | 56,174 | 52,173 | 48,232 | 54,909 | 50,230 | 36,684 | 56,706 | 37,698 | 24,939 | 597,107 | 672,982 |
| PRODUCT | 11,940 | 14,201 | 13,855 | 16,288 | 15,772 | 13,810 | 13,995 | 17,020 | 13,386 | 17,000 | 13,443 | 10,353 | 171,063 | 156,200 |
| SCREENINGS | 22,711 | 24,756 | 22,476 | 23,116 | 17,465 | 11,601 | 19,074 | 18,363 | 14,409 | 18,480 | 14,811 | 10,011 | 217,273 | 222,623 |
| OVERSIZE | 3,420 | 5,564 | 3,230 | 2,635 | 2,285 | 1,645 | 1,340 | 760 | 70 | 880 | 330 | 100 | 22,259 | 42,361 |
| WASTE | 18,320 | 13,823 | 25,066 | 14,135 | 16,472 | 17,981 | 20,500 | 14,087 | 8,819 | 20,346 | 9,114 | 4,475 | 183,138 | 250,570 |
| | | | | | | | | | | | | | | |
| MS FEED | 25,242 | 23,079 | 29,934 | 25,457 | 25,744 | 23,108 | 26,718 | 26,735 | 13,741 | 27,218 | 17,766 | 11,916 | 276,658 | 298,159 |
| MS PRODUCT | 9,993 | 11,349 | 11,539 | 13,126 | 13,110 | 12,744 | 13,591 | 15,576 | 12,611 | 15,133 | 11,451 | 9,037 | 149,260 | 116,436 |
| MS WASTE | 15,249 | 11,730 | 18,395 | 12,331 | 12,634 | 10,364 | 11,780 | 11,159 | 1,130 | 9,722 | 6,315 | 2,879 | 123,688 | 181,833 |
| RECOVERY | 40% | 50% | 26% | 52% | 51% | 54% | 49% | 58% | 92% | 56% | 64% | 76% | 56% | 39% |
| TONS/SORTER HOUR | 5.3 | 7.6 | 5.7 | 7.6 | 6.5 | 7.0 | 7.3 | 8.6 | 10.5 | 8.8 | 10.0 | 10.3 | 7.9 | 8 |
| | | | | | | | | | | | | | | |
| SPS FEED | 5,018 | 4,945 | 9,000 | 7,867 | 7,148 | 2,685 | 1,567 | 2,759 | 1,732 | 5,883 | 5,398 | 4,086 | 58,088 | 136,938 |
| SPS PRODUCT | 1,947 | 2,852 | 2,316 | 3,162 | 2,662 | 1,056 | 404 | 1,444 | 775 | 1,867 | 1,992 | 1,316 | 21,803 | 39,764 |
| SPS WASTE | 3,071 | 2,093 | 6,671 | 4,705 | 4,486 | 1,619 | 1,163 | 1,315 | 957 | 4,016 | 3,406 | 2,770 | 36,272 | 97,194 |
| RECOVERY | 40% | 50% | 26% | 40% | 54% | 40% | 26% | 52% | 45% | 32% | 37% | 32% | 39% | 29% |
| TONS/SORTER HOUR | 3.1 | 6.2 | 4.9 | 7.3 | 6.5 | 4.5 | 3.3 | 11.2 | 11.8 | 8.6 | 4.6 | 4.0 | 6.3 | 4.2 |

### *RERUN OVERSIZE THROUGH PLANT TO INCREASE RECOVERY*

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHED PRODUCTION | | | | | | | | | | | | | | |
| FEED | 1,372 | 66 | 867 | 78 | 1,730 | 1,071 | 204 | 0 | 2,082 | 0 | 0 | 0 | 7,470 | 78,407 |
| PRODUCT | 1,234 | 54 | 501 | 60 | 179 | 195 | 24 | 0 | 294 | 0 | 0 | 0 | 2,541 | 39,835 |
| WASTE | 168 | 12 | 69 | 18 | 1,551 | 876 | 180 | 0 | 1,788 | 0 | 0 | 0 | 4,662 | 8,574 |
| SCREENINGS | 0 | 0 | 297 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 297 | 27,248 |
| RECOVERY | 89% | 82% | 57% | 77% | 10% | 18% | 12% | 0% | 14% | 0% | 0% | 0% | 33% | 53% |
| TONS/SORTER HOUR | 3.1 | 3.3 | 3.6 | 3.7 | .8* | 1.2* | 1.0* | 0.0 | .6* | 0.0 | 0.0 | | 2.2 | 3 |

**\* SORTING CONFIGURATION CHANGED TO PIT SORT STYLE FOR 39 MATERIAL**

### PLANT PROCESSING HIGHLIGHTS

1) All of the production and cost goals have been exceeded or met for 1991.
2) 1991 was a successful year for team departmental growth.
3) The biggest morale booster was the new stretch and exercise program.

Protected Document - Subject to Protective Order

IMERYS 425366

be realized without other changes.  Nothing we have seen in the Yellowstone records would suggest past mechanized sorter recoveries in this range.

Projected ore types within the Yellowstone S40 are as follows, with a +90% talc ores at +82 GEB, comprising 66% of the deposit.

|  |  |  | %Total |
|---|---|---|---|
| +90% Talc | + 88 GEB | 684,600 | 9.6% |
| +90% Talc | 82-87 GEB | 3,480,050 | 4.8% |
| 40-90% Talc | + 88 GEB | 42,790 | 0.6% |
| 40-90% Talc | 82-87 GEB | 969,930 | 3.6% |
| +90% Talc | Unknown brightness | 1,540,350 | 21.6% |
| 40-90% Talc | Unknown brightness | 413,650 | 5.8% |
|  |  | 7,131,370 |  |

Dramatic potential for increased reserves exists with approximately 2 million tons within the planned pit, offering a decreased stripping ratio and outside the planned pit there is, in the north extension and at depth, the potential for another 5 million tons.

Additional potential for new ore probably exists in a parallel N-S zone to the west of the known S40 ore body.  This could bring the potential Yellowstone reserves to the 25 million ton range (see page 19).

- 14 -

Protected Document - Subject to Protective Order                                                                IMERYS 425367

# YELLOW STONE
## MINE PRODUCTION

| | SOUTH FORTY | | NORTH MAIN | | NORTH FORTY | |
|---|---|---|---|---|---|---|
| | TONS | % | TONS | % | TONS | % |
| **WASTE** | 965,203 | 66.78 | 1,492,343 | 85.60 | 395,716 | 54.22 |
| **BONE** | 153,576 | 10.63 | 93,866 | 5.38 | 141,706 * | 19.42 |
| **ORE** | 326,492 | 22.59 | 157,467 | 9.03 | 192,410 | 26.36 |

| TOTAL MINED | | % | W/O | | % | W/O | | % | W/O |
|---|---|---|---|---|---|---|---|---|---|
| | 1,445,271 | | 3.43:1 | 1,743,343 | | 10:1 | 729,832 | | 2.79: |

676,369
7,089

Total Ore   683,458

Total Rock Mined   3,918,446

| TOTAL MINED | TONS | % TOTAL ROCK | % TOTAL ORE |
|---|---|---|---|
| **TOTAL WASTE** | 2,853,262 | 72.81 | |
| **TOTAL BONE** | 389,148 | 9.93 | |
| **TOTAL ORE** | 676,369 | 17.26 | |
| **ORE SHIPPED TO 3 FORKS** | ( 7,089) | | |
| **ORE SHIPPED TO MS/SPS** | | | |
| **TOTAL W/O** Incl.bone as waste | 4.79:1 | | |

RCM

– 15 –

Protected Document - Subject to Protective Order

IMERYS 425368

# PERIOD _91 2ND FIGURES_

## YELLOWSTONE
## MS/SPS PLANT



*114,516*

ORE FEED TO SORTERS ___570,086___ TONS _% OF ORE MINED IN PERIOD_

| SCREENINGS | O/S | TO MS | TO SPS |
|---|---|---|---|
| *43,302* | *1310* | *54,537* | *15,367* |
| TONS 217,273 | TONS 22,259 | TONS 272,948 | TONS 57,606 |
| % FEED 38% *38%* | % FEED 4% | % FEED 48% *48% - 58%* | % FEED 10% *13%* |

42% — *39%*

HiGrade TO Cimcoat + Mistron II → *39%*

*¥ 69,804* 330,554
Total Feed

*¥ 61%*

### MS

| PROD. | REJECT | PROD. | REJECT |
|---|---|---|---|
| *35671* | *18,916* | *5,175* | *10,192* |
| TONS 149,260 | TONS 123,688 | TONS 21,803 | TONS 35,803 |
| % TOTAL FEED 26% *31% 22%* | % TOTAL FEED 22% *22% 17%* | % TOTAL FEED 4% *5% 3%* | % TOTAL FEED 7% *9% 8%* |
| % MS FEED 45% *51%* | % MS FEED 38% *27%* | % MS FEED 7% *7%* | % MS FEED 11% *15%* |

## TOTAL PRODUCT

TONS ___171,063___ *40,786*

% SORTER FEED ___52%___ *56%*

% TOTAL FEED ___30%___ *36%*

## TOTAL REJECT

TONS ___159,491___ *99,108*

% SORTER FEED ___48%___ *42%*

% TOTAL FEED ___27.98%___ *25%*

RCM

Protected Document - Subject to Protective Order

IMERYS 425369

# PERIOD 91 1ST FIGURES

## YELLOWSTONE
## MS/SPS PLANT



**ORE FEED TO SORTERS** 597,107 **TONS** 88 **% OF ORE MINED IN PERIOD**

| SCREENINGS | O/S | TO MS | TO SPS |
|---|---|---|---|
| **TONS** 217,273 | **TONS** 22,259 | **TONS** 276,658 | **TONS** 58,088 |
| **% FEED** 36.39 | **% FEED** 3.73 | **% FEED** 46.33 | **% FEED** 9.37 |

334,746
Total Feed

**MS**

| PROD. | REJECT | PROD. | REJECT |
|---|---|---|---|
| **TONS** 149,260 | **TONS** 123,688 | **TONS** 21,803 | **TONS** 36,272 |
| **% TOTAL FEED** | **% TOTAL FEED** | **% TOTAL FEED** | **% TOTAL FEED** |
| **% MS FEED** | **% MS FEED** | **% MS FEED** | **% MS FEED** |

| TOTAL PRODUCT | TOTAL REJECT |
|---|---|
| **TONS** 171,063 | **TONS** 159,950 |
| **% SORTER FEED** 52% | **% SORTER FEED** 48% |
| **% TOTAL FEED** 28% | **% TOTAL FEED** |

-17-

RCM

Protected Document - Subject to Protective Order

IMERYS 425370

## YELLOWSTONE MINE PRODUCTION

| YEAR | TOTAL TONS MINED | | TOTAL TALC PRODUCED | ~~CASH COST~~ |
|------|------------------|---|---------------------|-----------|
| | | | | %/c OF TOTAL MINED |
| ✱ 1950 - 1954 | 118,000 | ⎤ S. Main | 20,000 | 16.91 |
| ✱ 1955 - 1960 | 213,000 | ⎦ + UG in S.Main Pit | 36,000 | 16.90 |
| ✱ 1961 | 41,000 | | 7,000 | 17.07 |
| ✱ 1962 | 47,000 | | 8,000 | 17.02 |
| ✱ 1963 | 59,000 | | 10,000 | 16.95 |
| ·✱ 1964 | 71,000 | | 12,000 | 16.90 |
| ✱ 1965 | 89,000 | | 15,000 | 16.85 |
| ✱ 1966 | 118,000 | | 20,000 | 16.95 |
| ✱ 1967 | 148,000 | | 25,000 | 16.89 |
| 1968 | ✱ 197,000 | | 33,206 | 16.86 |
| 1969 | ✱ 277,000 | | 46,752 | 16.88 |
| 1970 | ✱ 306,000 | | 51,665 | 16.88 |
| 1971 | ✱ 320,000 | | 54,098 | 16.91 |
| 1972 | 267,581 | | 53,110 | 19.85 |
| 1973 | 265,607 | | 63,239 | 23.81 |
| 1974 | 469,908 | | 79,405 | 16.90 |
| 1975 | 405,862 | | 41,229 | 10.16 |
| 1976 | 554,431 | | 73,510 | 13.26 |
| 1977 | 885,514 | ↑ NM + SM | 94,180 | 10.64 |
| 1978 | 861,728 | ¦ | 88,055 | 10.22 |
| 1979 | 669,492 | | 108,568 | 16.22 |
| 1980 | 920,312 | | 102,929 | 11.18 |
| 1981 | 1,892,258 | | 99,230 | 5.24 |
| 1982 | 1,643,215 | N. Main | 90,936 | 5.53 |
| 1983 | 819,000 | ↑ | 75,000 | 9.16 |
| 1984 | 1,809,000 | ¦ | 101,000 | 5.52 |
| 1985 | 2,181,000 | ↓ | 137,000 | 6.28 |
| 1986 | 3,154,000 | | 140,000 | 4.44 |
| 1987 | 2,838,000 | S. Main | 109,000 | 3.34 |
| 1988 | 4,026,000 | ← + S. 40 | 103,000 | 2.56 |
| 1989 | 6,222,000 | | 212,000 | 3.41 |
| 1990 | 4,591,000 | | 200,000 | 4.36 |
| 1991 | 3,951,000 | | 181,000 | 4.58 |
| | 40,431,000 | | 2,551,000 | |

1984 row right margin: 55

✱ **ESTIMATES**

**Figure 4.1**

-18-

Protected Document - Subject to Protective Order

IMERYS 425371



**YELLOWSTONE RESERVE POTENTIAL**

Protected Document - Subject to Protective Order

IMERYS 425372

*Yellowstone North Main Deposit*

The North Main open pit exploits a north-south striking, west-dipping tabular deposit of relatively pure talc. The deposit has supplied mill feed for the past 10 (?) years and carried the Yellowstone operation during transition of mining from the South Main and North Forty to South 40 pits. Currently, a sizable percentage of the light-colored talc mined at Yellowstone is extracted from the North Main pit. The North Main deposit will continue to be an important source of high-GEB ore until the South 40 pit is fully developed.

CIM has calculated a geologic talc reserve here of 2.53 MM tons. Of this total, they classify 1.07 MM tons as minable. After applying loses resulting from mining and sorting, CIM projects 0.47 MM tons of combined recoverable product from the North Main deposit. A waste-to-product ratio of 13.56:1 is anticipated. CIM hopes to recover 166,300 tons (36%) of product 39 (>88 GEB); 290,000 tons (62%) of product 40/41 (82-87 GEB); and 9625 tons (2%) of product 50 (78-81 GEB).

U.S. Borax in-place ore reserve calculations for the North Main deposit show 0.93 MM tons of combined minable talc at a waste-to-ore ratio of 4.20:1. Calculation of reserves were made by extrapolation of measured cross-sections upon which pit slopes, current topography and drill-defined ore zones were plotted. Since minable ore is intersected in only 7 drill holes having brightness analyses, it is difficult to say with any certainty what percentage of ore will be suitable for specific products. Available data only shows that projected ore will generally meet minimum product 40/41 specifications (>82 GEB).

- 20 -

Protected Document - Subject to Protective Order

IMERYS 425373

*Beaverhead*

The Beaverhead deposit is a narrow high grade talc seam exploited for its cosmetic grade talc for the past 20 years with the open pit reaching economic limits in 1987 (when the w/o ratio reached 45:1).   The past 5 years have seen continued underground development of the talc zone at depth.

The 500' long talc zone consists of a series of various lenses and bands of variable quality talc with magnesite and chlorite with   10' to 40' (average 18') thick meandering seams of high purity cosmetic grade talc grading 94% with an 87-92 GEB, the basis for the current mining activity.

Production has declined over the past 5 years from 16,000 tons in 1989 to 12,000 tons in 1991.  Planned production for 1992 is 8,000 tons.  Narrow working faces, poor mine stability, back filling requirements, transport costs, small reserves and limited production rates make this an increasingly expensive ore source.  Costs given vary from $107.00 to $115.00 per ton, probably $115.00 delivered to Three Forks mill.  Beaverhead costs the Alpine Alabama Mill $175.00/ton.

Beaverhead ore is being supplanted by imported Australian material delivered to Three Forks for a reported $125.00 per ton and to Alpine for $147.00/ton. I would be surprised if much of the small remaining reserve at Beaverhead would be seriously considered for future mining.

Remaining geologic reserves for Beaverhead ore given by CIM as 144,000 tons. Mine management estimates 61,000 tons of recoverable ore is available.

- 21 -

Protected Document - Subject to Protective Order

IMERYS 425374

Using a 550' strike length, a 16' average width, a 120' down-dip extrapolation, with 80% mine recovery and assuming 1/3 (east side) is chlorite low grade, yields a 59,400-ton reserve of which perhaps 25,000 tons is available with minimal development.

**Chlorite**

*Antler*

The Antler Mine produces approximately 10,000 tons per year for distribution from the Three Forks Mill.

Ore reserves are given as 143,000 tons of +90% chlorite (with an estimated 80% recovery) and 134,000 tons of 80%-90% chlorite (with 30% recovery) with a waste to ore ratio of 4.4:1. This provides a theoretical recovery of 50%.

In 1991, 2,336 tons of +90% ore and 12,604 tons of 40%-90% ore yielded 10,000 tons of product for Three Forks indicating an overall recovery of 66%. However, normal waste and stripping was 136,190 tons yielding a 9:1 waste ore ratio and a 15:1 ratio of total mined rock to product shipped.

In addition, special campaign stripping removed another 495,921 tons of stripping. Further work is needed to fully understand the material balance of the Antler ore body.

Protected Document - Subject to Protective Order

IMERYS 425375

### *Cottonwood Canyon*

At Cottonwood, limined exploration has outlined an interesting chlorite prospect with good tonnage potential given at 250,000 tons. Chlorite encountered so far is darker than Antler but could be used for blending.

### *Fair Lady*

This chlorite prospect near Lida Junction, Nevada was recently optioned. Although not an ideal location, the Fair Lady offers prospects for additional chlorite reserves.

### Vermont

Two dry mills and two floatation plants produce products from ore currently shipped from 5 mines operating at three Vermont locations. The ores from the producing deposits provide feed for the dry mills at Columbia and Chester and for floatation plants at Johnson and West Windsor. Other mining sites that are listed as Cyprus assets are in reality deposits that were mined in the past but are now regarded as mined out or are uneconomic at this time or are undeveloped properties with some reserve potential for the future).

The area containing these reserves is all within the Appalachian Ultramafic Belt that trends N-S through the state. In certain areas, these ultramafics host talc carbonate rock developed by the alteration of serpentine bodies. The talc bodies are contained between footwall and hanging wall quartz mica schists, and are typically found within the noses of relict folds within the trend.

- 23 -

Protected Document - Subject to Protective Order

IMERYS 425376

Talc alteration typically is strongest at the outer borders of the talc bodies and decreases. gradationally inwards terminating rather abruptly at the boundaries of non-altered serpentinite.  Within the talc bodies are found discontinuous bed-like lenticular bodies of chlorite and amphibole minerals, termed locally as "cinders", see sketch.

**SKETCH**



The ores vary in talc content and brightness based upon the degree of alteration and the percentage of other minerals present, particularly iron.  These ore types are classified into A,B,C ores (rock types 10,20,30) based on talc content with attendant brightness estimates.

Deleterious minerals present in the bodies include arsenic sulphides, metallic arsenates, iron and fibrous minerals, principally tremolite and actinolite.

- 24 -

Protected Document - Subject to Protective Order

IMERYS 425377



# CYPRUS TALC OPERATIONS–VERMONT

⬛ APPALACHIAN ULTRAMAFIC TREND

Protected Document - Subject to Protective Order

IMERYS 425378

Arsenic sulphides and arsenates encapsulated in talc grains are found in varying degrees from deposit to deposit and appear to be concentrated in the structurally distributed zones, shears and fractures according to Cyprus staff.

Fibrous amphiboles are noted in footwall and hanging wall zones and in grey talcs near these areas;  they are also found within and bordering some of the "cinder" zones and at the contact zone with serpentine.

Ore Requirements

The desirable qualities of the ores include:

    1)    adequate tonnage

    2)    low stripping ratio and economic mineability

    3)    high talc content (for wet mills particularly)

    4)    talc quality

    5)    high brightness

    6)    low arsenic

    7)    zero fibres in ore to mill

    8)    proximity to mill

The reserves of the Cyprus Vermont talc deposits were reviewed in regard to the above.

*Troy Mine*

The Troy talc deposit is mined solely to provide ore to the Johnson Mill whose +70,000 ton ore requirement is made up of about 50,0000 tons per year from

- 26 -

IMERYS 425379

Troy and about 20,000 tons per year from the Hamm mine, see below. Troy ore recoveries and brightness are too low to be the sole raw material used. The Troy deposit is located some 15 miles from the Johnson mill and the cost of transporting the ore is estimated at $12.00/ ton vs. $26.00/ton for the Hamm ore.

The Troy orebody is a tabular body, some 140' thick striking N-S and dipping -45° to the west. The talc is contained in a highly variable mixture of talc, chlorite, magnesite, hematite, limonite, serpenite minerals and quartz veins and the reserve has been divided into four zones based on ore quality. The talc trend has been traced for some 2000' of strike length of which some 900' of strike length (the more northerly segment) has been tested with 8 drill holes on 5 sections, 50'- 150' apart. Given the 2000' apparent strike length and 150' thickness, the zone taken to a depth of 100' has yielded an "ore reserve" calculated by Cyprus at 3,030,000 tons - a number that needs modification in respect to the quality and nature of the talc as contained.

Experience with Troy ores in the Johnson mill has indicated that much of it is too low in talc or too low in brightness for reasonable recoveries of 84 GEB brightness product to be made. During 1991, a concerted effort took place to improve the quality of the Troy ores through selective mining. New reserve estimates have been be made using the percentage of each ore zone estimated to be acceptable as mill feed.

Recent work in the Troy talc deposit has divided the ore reserve into 4 zones based on ore quality.

- 27 -

Protected Document - Subject to Protective Order

IMERYS 425380

Zone I        -        Hanging wall ore - high in talc content, but high in chlorite and $Fe_2O_3$ discolorant;  perhaps 50% of this zone can be used as mill feed.

Zone II       -        Ferric oxide stained zones; too discolored for mill feed; none of Zone II can be used for mill feed.

Zone III      -        Moderate talc content - 45%-50% with manageable discolorant in the 65% GEB range; perhaps 80% can be used in mill feed.

Zone IV       -        Footwall zone; reasonable talc content in some zones; high specular hematite content removable through magnetic separation; perhaps 50% of Zone III can be used as current mill feed.

Applying the usable percentages to the ore reserve, as it is delineated by the drill holes, yields an indicated mineable, usable reserve of 470,000 tons at a w/o ratio of roughly 1.0 to 1; additional inferred reserves could be perhaps 3 times this number at an increased waste/ore ratio.

An inspection of the stockpiles at the Troy Mine identified 67,000 tons of inventory; 59,000 tons are felt by mill staff to be unusable because of low talc content; quartz; poor color; with 13,000 tons of fines that can be used only when dry. The 8,800 remaining tons of "good ore" is of borderline quality, as current recoveries on Troy ore are around 25%.

- 28 -

Protected Document - Subject to Protective Order

IMERYS 425381

At best, the ores from selected ore zones sent to the Johnson mill will average 45% - 50% talc and have a crude GEB of 68%, providing mill recoveries in the 25% - 30% range.

The Johnson mill needs higher grade, higher brightness ore to produce competitive products, and is currently using the Hamm ore for 30% of its mill feed to the floatation process inspite of Hamm's potential arsenic and fibre content problems.

Troy ore has some strengths. It is relatively low in average arsenic content, about 3 ppm, and contains no visible fibrous minerals but Hamm ores (with fibre and arsenic problems) are needed to provide the talc recoveries and brightness needed to produce selected products.

With its main source based in Troy ore, the Johnson mill is currently just getting by; a better, lower cost mill feed than the Troy ore, or the costly distant Hamm ore is needed. More selective mining at Troy was tried in 1991. Ore bleaching has been proposed. Some exploration along the northern Vermont exploration belt has been carried out. The problem remains. There is no known nearby good quality ore for the Johnson Mill.

### The Hamm Mine

The data on the Hamm mine was accumulated by several companies over a broad time period and was recently summarized by CIM in a generalized computerized reserve that we can't really accept as a reliable basis for an accurate ore estimate.

Our review of the data summary yielded a 3,060,000 ton geologic reserve of talc ore with 2,700,000 tons of waste within the planned pit, but it will require

Protected Document - Subject to Protective Order

IMERYS 425382

continued analysis of whatever fundamental base data we can get to properly evaluate the reserve. Our mineable ore reserve calculation to date yields 1,950,000 tons of mineable reserves to the 1600' level at a 1:1 waste to ore ratio.

The Hamm mine has established problems with high arsenic zones and areas with fibrous actinolite, but is mined for its relatively high talc content and high brightness ores.

Figures generated by Cyprus suggest that Hamm contains 1,080,000 tons of ore with a +75% GEB. Total +65% GEB reserves by the same survey indicate 2.5 million tons in reserve.

Of 1991's 104,000 tons of production, 18,000 tons were recorded as directed toward the Johnson Mill in northern Vermont and 38,000 tons were directed to West Windsor. Both of these wet mills had problems with Hamm's high arsenic ores. The balance of 104,000 tons were directed to Chester for dry milled high brightness industrial ores.

### *Hammondsville Mine*

Hammondsville is a large but deep reserve mined underground in the past. A maze of underground workings are recorded on the mine plan and various reserves from 4 million tons to 7 million tons are on record. It is accepted, however, that the remaining reserve is too deep for open pit mining and current underground working too expensive for any economic recovery.

- 30 -

Protected Document - Subject to Protective Order

IMERYS 425383

**DRY GROUND BRIGHTNESS (Non−Floated)**

| | Overall | +75 | | (75−65) | | −65 | | Mineable* |
|---|---|---|---|---|---|---|---|---|
| | | % Mineable | Tons | % Mineable | Tons | % Mineable | Tons | Totals (000) |
| Hamm A | 20 | 20 | 120 | 70 | 420 | 10 | 60 | 600 |
| Hamm B | 50 | 40 | 600 | 50 | 750 | 10 | 150 | 1500 |
| Hamm C | 30 | 40 | 360 | 40 | 360 | 20 | 180 | 900 |
| Totals | 100 | | 1,080 | | 1,530 | | 390 | 3,000 |
| | | | | | | | | |
| Rainbow A | 10 | 20 | 15 | 70 | 54 | 10 | 8 | 77 |
| Rainbow B | 50 | 40 | 153 | 50 | 192 | 10 | 38 | 383 |
| Rainbow C | 40 | 50 | 152 | 40 | 122 | 10 | 31 | 305 |
| Totals | 100 | | 320 | | 368 | | 77 | 765 |
| | | | | | | | | |
| ARGMOB A | 50 | 10 | 250 | 80 | 2000 | 10 | 250 | 2500 |
| ARGMOB B | 40 | 10 | 200 | 80 | 1600 | 10 | 200 | 2000 |
| ARGMOB C | 10 | 10 | 50 | 80 | 400 | 10 | 50 | 500 |
| Totals | 100 | | 500 | | 4,000 | | 500 | 5,000 |
| | | | | | | | | |
| ARGEOB A | 10 | 10 | 30 | 80 | 240 | 10 | 30 | 300 |
| ARGEOB B | 60 | 10 | 180 | 70 | 1260 | 20 | 360 | 1800 |
| ARGEOB C | 30 | 10 | 90 | 40 | 360 | 50 | 450 | 900 |
| Totals | 100 | | 300 | | 1,860 | | 840 | 3,000 |
| | | | | | | | | |
| BLB A | 10 | 10 | 13 | 80 | 104 | 10 | 13 | 130 |
| BLB B | 50 | 20 | 130 | 50 | 325 | 30 | 195 | 650 |
| BLB C | 40 | 30 | 156 | 50 | 260 | 20 | 104 | 520 |
| Totals | 100 | | 299 | | 689 | | 312 | 1,300 |
| | | | | | | | | |
| TROY A | 10 | 0 | 0 | 80 | 240 | 20 | 60 | 300 |
| TROY B | 10 | 5 | 15 | 80 | 240 | 15 | 45 | 300 |
| TROY C | 80 | 5 | 120 | 60 | 1440 | 35 | 840 | 2400 |
| Totals | 100 | | 135 | | 1,920 | | 945 | 3,000 |

− 31 −

Protected Document - Subject to Protective Order

IMERYS 425384

In addition, a good portion of the existing mine has been de-stabilized with pillar removal and economic re-entry to the mine is impractical. No one involved with the due diligence evaluation would accord Hammondsville any reserve value.

### Ludlow Mines

The Ludlow area talc mines extend southward from the Columbia Mill on a meandering trend of the altered ultramafic belt. The mines deposits are the Rainbow, Black Bear, Argonaut, Frostbite, Clifton and Kelly. The Ludlow mines are operated as a unitized project with development and mining moving from deposit to deposit to generate budgeted tonnages of the highest grade and brightest ores possible aimed principally at the dry industrial product mills (141,000 tons at Chester and Columbus) although small tonnages of ore (5,500 tons) do go to West Windsor and Johnson floatation production. Ludlow deposits vary as to content of high brightness and talc content. Most have significant arsenic and fibre bearing areas which must be excluded, see chart on page 31. These mines carry high royalties, the subject of a separate study.

#### Rainbow

The northwest mine, **Rainbow**, is pursued because of its relatively high brightness ore. About half (320,000 tons) of the estimated reserve of 765,000 tons is estimated at +75% GEB. The principal available current resource of high brightness material, the Rainbow is currently removing highwall waste material in preparation for future reserve access at obvious high cost - it must be something special that the mills want.

- 32 -

Protected Document - Subject to Protective Order

IMERYS 425385

CYPRUS LUDLOW AREA
TALC OPERATIONS

------ TALC TREND
:::::::: TALC DEPOSIT

- 33 -

Protected Document - Subject to Protective Order

IMERYS 425386

**Black Bear**

Black Bear contains an accessible 300,000 ton reserve of + 75% GEB material. Mining was carried out in 1991. Total reserves are estimated at 1,300,000 tons mineable, of which 300,000 are estimated to be +75% GEB and 700,000 at +65% GEB. With most of its ore directed for Columbia and Chester, Black Bear provides a viable future reserve of high brightness material for industrial products.

**Argonaut**

The most important reserve on the Ludlow trend is the Argonaut where the Argonaut Main ore body open pit, a three million ton deposit of medium (>65-75 GEB) brightness reserve, has been supplanted by the development of the Argonaut East ore body due to the high stripping ratio and possibly high incidence of fibre bearing zones encountered at the main ore body.

The Argonaut East ore body offers a potential of 3 million to 5 million tons of material that is in the inferred category. Of the eight drill holes directed to it in 1988, only four can be used to estimate the reserve. They, with past mapping in older underground workings, suggest a substantial mineable tonnage here averaging perhaps 20% +75 GEB material. The deposit is currently being developed with stripping and mining of shallow ore. The extension of the Argonaut mining permit for this work has been protested by a nearby homeowner and supporters. The development would be within view of the Okemo ski area, some 4 miles distant.

The Argonaut East ore body presents good potential for a high tonnage of medium to high brightness reserves of Ludlow type ore.

- 34 -

Protected Document - Subject to Protective Order                                    IMERYS 425387

**Alpine Alabama**

The Alpine deposit is a small zone of talc quartzite whose saprolite reserve was mined by open pit in the past.  Current reserve is in hard rock.  CIM ore reserve calculation shows a mineable reserve of 75,000 tons in a remaining 100' depth - 80% of this is +80 GEB # 1 ore.  The waste to ore ratio is calculated at 5:1.

An independent cross section manual on reserve calculation supports these reserve numbers.

Alpine ore goes to Alpine Mill stockpiles where it is used to produce 3,600 tons of Regal, Act II, Alphafil and YB products using # 1 ore, 33%; # 2 and # 3 ore (40-80% GEB) 33%, see Anderson's chart page 36.  Recovery is given at 70%; so ore requirement then will be 3,445 tons per year.

Alpine was campaign mined in 1991 (21,000 tons) and (by inspection) there is at least that tonnage (estimated at +30,000 tons) on the stockpile.

The next mine campaign is planned for 1996.  However, pit is flooded and the future accessibility of new ore is impossible to estimate.

The Alpine ore isn't perfect; it needs bleaching and has a high quartz content in some areas.  The Alpine mill has and could run without Alpine ore, whose main value is its apparent low cost (given at $30/ton).

- 35 -

Protected Document - Subject to Protective Order

IMERYS 425388

Cyprus Industrial Minerals Company · **Interoffice Correspondence**

From ~~Drew Anderson~~ Drew Anderson, John Close, Brychan Griffiths

**Date** February 14, 1992

To ~~From~~ E. H. Reade

**Subject** Crude Required to Produce Finished Goods

| CIMC PRODUCT LINE | Fin. Goods 1991 TOTAL TONS | CRUDE No. 1 | CRUDE No. 2 | CRUDE No. 3 | CRUDE No. 4 | SAU $ VALUE |
|---|---|---|---|---|---|---|
| Regd1, Act II Alphafil YB | 3600 | Alabama #1 33% @ $30/ton | Alabama #2 17% @ $30/ton | Alabama #3 17% @ $30/ton | Australian Fines (Stained) 33% @ $95/ton | |
| Altalc | 2600 | Beaverhead #A grade 100% @ $175/ton | | | | |
| Supra Suprafino | 2100 | Italian 50% at $282/ton | Australian Cosmetic @ $147/ton | | | |
| Supra EF A | 200 | Italian 75% at $282/ton | Beaverhead 25% @ $175/ton | | | |
| Top Note Brillante Alphaglide | 180 | Italian 100% at $282/ton | | | | |
| Aura Stellar | 260 | Austr. Cosm. 100% at $147/ton | | | | |

**NOTE:** Crude blends should show origin, percent & value per ton. Ex.: 20% BVHD @ $125/T.

PLEASE FAX RESULTS TO YELLOWSTONE ON 2/17.

cc:  R. D. Baker
     F. F. Boyl
     M. J. Lorang
     B. Wright

2-15-92

**CYPRUS**

Protected Document - Subject to Protective Order     IMERYS 425389

Yellowstone   180,708 tons produced
  └─→ transferred to Three Forks   198,790 tons
        └─→ transferred to Houston   2,308 tons ⊛
        └─→ transferred to Grand Island   30,340 tons
        └─→ transferred to Longview   55,684 tons
              └─→ transferred to Ghent   45,566 tons
              └─→ transferred to NMC   6,607 tons

Beaverhead   12,108 tons produced
  └─→ transferred to Three Forks   9,269 tons
        └─→ transferred to Grand Island   6,430 tons
        └─→ transferred to Alpine   2,913 tons

Antler   9,681 tons produced
  └─→ transferred to Three Forks   10,251 tons
        └─→ transferred to Houston   1,899 tons ⊛
        └─→ transferred to Grand Island   2,616 tons
        └─→ transferred to Longview   4,411 tons
              └─→ transferred to Ghent   4,411 tons

⊛ ultimately shipped into Mexico.

- 37 -

Protected Document - Subject to Protective Order    IMERYS 425390

APR 01 '92  13:23PM CYPRUS MINERALS COLO 5035435224                    P.378

Crude Shipments

Hammondsville    351 tons produced
                    └──→ transferred to West Windsor  351 tons

Ludlow    147,358 tons produced
              ├──→ transferred to Columbia  141,086 tons
              └──→ transferred to Chester  5,373 tons
                        └──→ transferred to West Windsor  5,653 tons

Hamm    103,927 tons produced
            └──→ transferred to Chester  103,927 tons
                    ├──→ transferred to Johnson  18,191 tons
                    └──→ transferred to West Windsor  37,533 tons

Troy   45,675 tons produced
           └──→ transferred to Johnson  51,090 tons

- 38 -

Protected Document - Subject to Protective Order                    IMERYS 425391

Red Hill/Talc City   15,289 tons produced

⎣————→ transferred to Toyon  15,289 tons

Alpine Mine 21,062 tons produced

⎣————→ transferred to Alpine Mill  902 tons

Malaga Mine   ∅ tons produced

⎣————→ transferred to Malaga Mill   ∅ tons

⎣————→ transferred to Ghent  2,496 tons

— 39 —

Protected Document - Subject to Protective Order                    IMERYS 425392