# Exhibit 12

MAR 25 1992

## INTEROFFICE CORRESPONDENCE
LOS ANGELES

TO          SEE DISTRIBUTION                    DATE    March 25, 1992

ATTENTION                                       L.A. FILE

FROM        R. C. MUNRO                          YOUR FILE

SUBJECT                                          COPIES TO

## CYPRUS ORE RESERVES - ARSENIC & TREMOLITE

*Excerpts from Cyprus Talc Reserve Report by R.C. Munro*

### Geology & Environment

There are some important environmental issues related to the geology and mineralogy of the Cyprus talc deposits, particularly in Vermont.

### Arsenic

Arsenic iron sulphides (arsenopyrite) are, with their alteration products, present in many of the talc-carbonate schist ore zones in the Vermont area. Total arsenic, as analyzed in the Ludlow Rainbow deposit, averages generally less than 100 ppm but with some small zones in excess of 1000 ppm. No apparent major effort is underway to regularly monitor or completely assess the total arsenic content of ores, tailing solids and wastes although the distribution of sulphides and arsenates in the talc ore system is generally understood.

In near surface weathering zones, crushed rock, stock piles and mine working areas, the arsenic sulphides (above) convert in part to the more soluble arsenates, for example, the hydrous nickel arsenate, annabergite (38% $As_2O_6$). Soluble arsenic is measured in cores, ore samples, mill feed, product and tailings. Soluble arsenic content is monitored and governed under EPA/OSHA regulations.

High (e.g. +6 ppm As) soluble arsenic contents of mill feed at the West Windsor mill contribute to reduced recoveries and milling rates. At West Windsor, part of the mill recovery problem at least is being ascribed to a high fines content in the feed and to low pH of the process water, both of which contribute to increased soluble As. The problem has been under study at West Windsor since 1987 by Mill Manager, Jeff Scott, who indicated that if the arsenic content is above +6 ppm soluble As and the talc content falls below 62% talc production rates and recoveries can fall by 50%. The product specs are -3 ppm As or less at West Windsor and current material in the silos is measured at 0.73 ppm to 2.33 ppm soluble As.

Protected Document – Subject to Protective Order

IMERYS 219720

Pltf_IMERYS_00057875

Prudencio Pltfs' Ex. 1393 pg 1

To me, there also seems to be the overall risk of continuing conversion of As in sulphide to more soluble arsenates in some stockpiles, waste, and solid tailings as acid, water, air and time work on them.

*Tremolite*

The other serious mineralogical contaminant in the talc ores of Vermont is the fibrous variety of the amphibole minerals, tremolite and actinolite (hydrous calcium iron-magnesium silicates) which have been classified as asbestiform minerals by OSHA and EPA. OSHA was expected to de-classify non-fibrous (blocky) tremolite on February 29, but has not as yet announced their decision.

As a result, all tremolite, the fibrous varieties of all amphiboles and chrysotile asbestos in talc ores are a source of great concern to all talc producers and especially to marketers of cosmetic products.

Cyprus claims that there are no fibres in their cosmetic talc products and they work rigorously to ensure this. However, a recent paper published by Rutgers University worker, Alice Blount, suggests the presence of fibre in several cosmetic talcs, some of which might have been from Cyprus West Windsor material, which is a source of great concern to Cyprus management and potentially to their principal customer, Johnson & Johnson. Talc de Luzenac personnel are well aware of the situation and Phillipe Moreau is currently quietly working to identify the reality and the magnitude of the problem.

Vermont talcs are derived from altered serpentine - a natural host for asbestiform minerals. There is certainly visible tremolite and actinolite in specific zones of the Vermont deposits - fibrous tremolite was identified by the writer in exposures and cores at the East Argonaut and Black Bear mines. Cyprus staff report past tremolite from the Hammondsvile and Clifton deposits.

Tremolite in these deposits is encountered in the contact zones between the talc and the surrounding schist; in "grey talcs" in the vicinity of the contacts; and associated with the chlorite/amphibole waste zones within the talc ores that are locally termed "cinders". Cyprus maintains a selective mining program in Vermont that is directed toward exclusion of all of these potentially fibre-bearing zones from the ores sent to the mills, and those suspect tonnages, including the associated talc, are left in the pit walls or sent to waste piles.

Minor occurrences of amphiboles and asbestiform minerals are also attributed to confined areas of the Montana deposits. Tremolite (blocky) was encountered in a dike zone at Antler. A chlorite zone at intersecting faults at Yellowstone S40 contained some minor tremolite, and stockpiles of Beaverhead open pit fines, slated

- 2 -

Protected Document – Subject to Protective Order

IMERYS 219721
Pltf_IMERYS_00057875

Prudencio Pltfs' Ex. 1393 pg 2

# Exhibit 13

# Alice M. Blount, Ph.D.

$6M\omega$

Mineralogist

April 23, 1998

M. Raymond Hatcher
MEHAFFY & WEBER
2615 Calder Avenue
P.O. Box 16
Beaumont, Texas 77704

RECEIVED

APR 2 7 1998

MEHAFFY & WEBER
BEAUMONT, TEXAS

Dear Mr. Hatcher:

According to your letter of March 31, 1998, I have written and enclosed a report on the occurrence, regulation and up-to-date scientific view of asbestos, amphiboles and "intermediate" fibers. I have also enclosed copies of my 1990 and 1991 papers, one of which I am sure that you already have. The 1991 paper was written because I became aware that it was a common opinion among industrial hygienists that industrial talcs were better than pharmaceutical and cosmetic talcs because there was a regulation for the former and not for the latter. I knew that this was not the case and wanted to set the record straight.

Although my papers report an improved method for analysis, the determinations for the sample labeled *I* (Johnson & Johnson's Vermont talc) have been done by the traditional methods as well (see Table 2, page 567 in the 1990 paper). As I told you, I believe that Johnson & Johnson's Vermont talc contains trace amounts of asbestos which are well below those specified by OSHA. It should be noted that the proposed FDA regulation, which was never finalized, also specified the same 0.1% limit for amphibole asbestos as OSHA.

I may be away for short periods during the coming weeks, but I do check for messages on my work phone at the number you have been using.

Sincerely yours,

Alice M. Blount

Alice M. Blount, Ph.D.

Box 3437
Rutland, VT 05701
Phone: 802-747-4857

e-mail: amblount@together.net

J&J-0049150
JNJ 000064086
Prudencio Pltfs' Ex. 0847 pg 1

# Exhibit 14



# Exhibit 15



**Luzenac America Technical Center • 8985 East Nichols Avenue • Englewood, CO 80112 • (303) 643-0451 • Fax: (303) 799-8926**

# TECHNICAL REPORT

To:     **David Crouse**                                   Analytical Project No:  **A01709**
                                                                    Date:  **23-May-02**
From:   **Julie Pier**
        **Analytical and Technical Support**

Copy:   **J. M. Godla**
        **S. S. Mauney**
        **R. J. Zazenski**

Subject:     **ANALYSIS OF FIBROUS MATERIAL FROM ARGONAUT
             WASTE ROCK**

**Request:**

A sample of fibrous material from the waste rock on the west side of the south end of the Argonaut mine was submitted to the Technical Center for identification. The waste rock was being considered for road paving applications.

**Results:**

**The fibrous material is tremolite.**

The material was first examined by polarizing light microscopy, using the dispersion staining technique. Tremolite was preliminarily identified by this method.

Subsequent analysis by scanning electron microscopy (SEM) and transmission electron microscopy (TEM) confirmed the tremolite identification. SEM micrographs and chemical analysis by energy dispersive X-ray spectroscopy (EDS) are included in Plate 1.



EXHIBIT
4
McCarthy
4.16.18
PENGAD 800-631-6989

Plaintiffs'
Exhibit
IC-420

**ANALYSIS OF FIBROUS MATERIAL**
**FROM ARGONAUT WASTE ROCK**
Project No. A01709

Plate 1

**LUZENAC AMERICA TECHNICAL CENTER**
23-May-02
J.W. Pier



500 X
20 kV

10 μm

02134
JWP

***SEM IMAGE***
Fibrous material found in
Argonaut waste rock identified as
tremolite. The material clearly
has an extremely high aspect
ratio.



A017091A

***EDS CHEMICAL ANALYSIS***
The chemical analysis of the
material, above, is consistent
with tremolite.

Au and Pd peaks are from a
conductive coating applied for
SEM analysis.

Protected Document - Subject to Protective Order

IMERYS 422290

# Exhibit 16

FEB 24 2004   5:49 PM FR J-J CORP PR          732 524 2153 TO 919089043738        P.01

## facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Steve Mann - CPC | **Fax:** | (908) 904-3738 |
| **From:** | Marc Monseau | **Date:** | 2/24/2004 |
| | Corporate Communications | | |
| **Re:** | Asbestos | **Pages:** | 4 |
| **CC:** | | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

...we were contacted by a reporter at a Sacramento television station who wanted to get our reaction to a test they performed on Johnson's Baby Powder. She has since sent me the attached cover letter and lab results, which Sarah Colamarino suggested I share with you.

Can you please review? Sarah will be calling you shortly to discuss. In the meantime, if you have any questions, please give me a call.

Best regards,

Marc Monseau

Corporate Communications

(732) 524-1130

PLAINTIFF'S
TRIAL EXHIBIT
2843

Protected Document--Subject to Protective Order



3 Television Circle Sacramento CA 95814   916 446.3933

February 23, 2004

To: Mr. Mark Monsean
Johnson & Johnson

From: Millicent Ozdaglar
KCRA TV3

Greetings Mr. Monseau: Thank you for taking my call last week regarding KCRA TV3's
Special Report on asbestos. This is a working story with no airdate. Our reporter/anchor
Dave Walker is investigating the existence of harmful levels of asbestos in our
community. One of the elements of the story takes a look at asbestos in household
products and building materials.
One of the items tested by Hayward Laboratory was Johnson's baby powder, which
tested at above normal levels for asbestos.
I am enclosing a copy of the test and results for you to look over. If you could please give
me a call once you have reviewed the material, I would like to talk about the results with
you.

Sincerely,

Millicent Ozdaglar
KCRA TV3 Special Projects Producer
3 Television Circle
Sacramento, Ca. 95814
(916) 325-3288

otected Document--Subject to Protective Order

JNJI4T5_000004098

Prudencio Plffs' Ex. 0040

732 524 2153 TO 919089043738          P.04

19 04 04:33p    Michael Bowker          530 822 5759          p.2

 **Forensic Analytical**

## QUANTITATIVE ANALYSIS REPORT
## ASBESTOS IN BULK MATERIAL
Transmission Electron Microscopy*

|  |  |
|---|---|
| Michael Bowker | Page: 1 of 1 |
| 4069 Alice Ct | Client Number: A30388-1 |
| Placorville CA 05667 | Report Number: T006625 |
|  | Date Received: 12/19/03 |
|  | Analyst: RE |
| Date Collected: | Date Analyzed: 1/5/04 |
| Job ID:    KCRA Television/Dave Walker | Date Reported: 1/5/04 |
| Site: |  |

**Sample Preparation:** Each sample was prepared using the following gravimetric techniques. Representative subsamples were weighed, ashed for ≥12 hours, at 480C, and reweighed to determine the organic proportion. The ashed residues were ground in concentrated hydrochloric acid, dried, and reweighed to determine the acid-soluble component weight percent. The acidified residue was resuspended in a known volume of particle-free water and sonicated. Aliquots of this suspension were brought to ~20ml and filtered through 0.22 µm pore-size mixed cellulose ester (MCE) membranes. After air-drying, these membranes were collapsed, etched, carbon-coated, and mounted on 200-mesh copper TEM grids.

**Analytical Method:** The analysis was performed on a Philips CM12 or Hitachi H600AB TEM at 100kV accelerating voltage. An extended low magnification analysis (~2,000x) was performed for large asbestos structures, followed by a high magnification analysis (~18,000x) for smaller asbestos structures. Asbestos structures were identified by morphology (Yamate Level II definitions), qualitative selected area electron diffraction (SAED), and energy dispersive x-ray analysis (EDX). In addition, the length and diameter of each asbestos structure were recorded.

**Data Reduction:** The asbestos concentration in each sample was calculated by first determining the volume of each asbestos structure counted, and then using magnification and density conversion factors to determine asbestos mass. The mass detected in the high magnification analysis was then normalized to the number of grid openings analyzed and the known volume filtered for the low magnification analysis. Since a known residue mass was passed through a known filter area, and the filter area analyzed is also known, the normalized asbestos mass in the residue can be determined and then back-calculated to the weight percent asbestos in the original sample.

### ANALYTICAL RESULTS

| Client Sample Number | Lab Sample Number | Organic Weight Percent | Acid-Soluble Weight Percent | Asbestos Weight Percent | Asbestos Type(s)** | Residue Weight Percent |
|---|---|---|---|---|---|---|
| TEM-02 (Johnson's baby powder) | 20025738 | 3.5% | 6.7% | 0.20% | AN | 80.3% |
| TEM 03 (Revlon Blush) | 20025739 | 29.7% | 13.1% | <0.0001% | ND | 57.2% |

Mark S. Floyd, EM Supervisor, Hayward Laboratory

* EPA Test Method 600/R-93/116, Part 2.5: Method for the Determination of Asbestos in Bulk Building Materials.

** Asbestos types. CH=chrysotile; AM=amosite; TR=tremolite; AC=actinolite; CR=crocidolite; AN=anthophyllite; ND=none detected.

2777 Depot Road, Suite 409, Hayward, California 94545-1730 - Telephone: 510/887-8828  800/827 FAX: 510/887-4218

FEB 24 2004 15:08

1 916 4414258          PAGE.04

cted Document--Subject to Protective Order

JNJ4T5_000004099

FEB 24 2004  5:49 PM  FR  J-J CORP PR
02/23/04  MON 11:20 ...

732 524 2153 TO 919089043738    P.05

**Sample Preparation:** Each sample was prepared using the following procedure. Representative aliquots were weighed, ashed for >12 hours, at 480C, and reweighed to determine the organic proportion. The ashed residues were ground in concentrated hydrochloric acid, dried, and reweighed to determine the acid-soluble component weight percent. The acidified residue was resuspended in a known volume of particle-free water and sonicated. Aliquots of this suspension were brought to >200v and filtered through 0.22um pore-size mixed cellulose ester (MCE) membranes. After air-drying, these membranes were collapsed, etched, carbon-coated, and mounted on 200-mesh copper TEM grids.

**Analytical Method:** The analysis was performed on a Philips CM12 or Hitachi H600AB TEM at 100kV accelerating voltage. An extended low magnification analysis (~2,500x) was performed for large asbestos structures, followed by a high magnification analysis (~19,000x) for smaller asbestos structures. Asbestos structures were identified by morphology (Yamate Level II definitions), qualitative selected area electron diffraction (SAED), and energy dispersive x-ray analysis (EDX). In addition, the length and diameter of each asbestos structure were recorded.

**Data Reduction:** The asbestos concentration in each sample was calculated by first determining the volume of each asbestos structure counted, and then using magnification and density conversion factors to determine asbestos mass. The mass detected in the high magnification analysis was then normalized to the number of grid openings analyzed and the aliquot volume filtered for the low magnification analysis. Since a known residue mass was passed through a known filter area, and the filter area analyzed is also known, the normalized asbestos mass in the residue can be determined and then back-calculated to the weight percent asbestos in the original sample.

| | | ANALYTICAL RESULTS | | | | |
|---|---|---|---|---|---|---|
| Client Sample Number | Lab Sample Number | Organic Weight Percent | Acid-Soluble Weight Percent | Asbestos Weight Percent | Asbestos Type(s)** | Residue Weight Percent |
| TEM-02 (Johnson's baby powder) | 20025738 | 3.6% | 6.7% | 0.20% | AN | 89.3% |
| TEM 03 (Revlon Blush) | 20025739 | 29.7% | 13.1% | <0.0001% | ND | 57.2% |

Mark S. Floyd, EM Supervisor, Hayward Laboratory

* EPA Test Method 600/R 93/116, Part 2.2: Method for the Determination of Asbestos in Bulk Building Materials.

** Asbestos types: CH=chrysotile; AM=amosite, TR=tremolite; AC=actinolite; CR=crocidolite; AN=anthophyllite, ND=none detected.

3773 Depot Road, Suite 400, Hayward, California 94545-2761 • Telephone: 510/887-8828  (510)887-1490  Fax: 510/887-1210

FEB 23 2004 15:09

1 016 4414050    PAGE.04

** TOTAL PAGE.05 **

...tected Document--Subject to Protective Order

JNJI4T5_000004100

# Exhibit 17

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 1 of 56

## AMA Analytical Services, Inc.
Focused On Results.

## CERTIFICATE OF ANALYSIS

Chain of Custody: 308006

**Client:** US Food & Drug Administration
**Address:** Office of Cosmetics & Colors
4300 River Road
College Park, MD 20740
**Attention:** John Gasper

**Job Name:** Task 3 - Analysis of Official Samples
**Job Location:** 4th Group - 15 Samples
**Job Number:** CLIN 1- Task 3
**PO Number:** HHSF223201810337P

**Date Submitted:** 7/24/2019
**Date Analyzed:** 8/20/2019-9/18/2019
**Report Date:** 10/3/2019
**Date Sampled:** Not Provided
**Person Submitting:** Goran Periz
**Revised:** 10/11/2019 (Revision #2)

### SUMMARY OF ANALYSIS

| AMA Sample ID | Client Sample ID | TEM LOD Using ASTM D5756 Mass Calculation | TEM LOQ Using ASTM D5756 Mass Calculation | % Tremolite by TEM Using ASTM D5756 Mass Calculation | % Chrysotile by TEM Using ASTM D5756 Mass Calculation | % Total Tremolite & Chrysotile by TEM Using ASTM D5756 Mass Calculation | % Asbestos by PLM | % Organics | % Acid Soluable | % Other | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 308006-6 | D-58 | 0.00000169% | 0.00000675% | ND | ND | ND | ND | 0.3% | 6.7% | 93.1% | Organics = 0.3%; Acid Soluable = 7.1%; Other = 92.6% Gravimetric Loss from PLM Prep: |
| 308006-6A | D-58 | 0.00000133% | 0.0000148S% | ND | < 0.00001% | < 0.00001% | ND | 0.2% | 19.5% | 80.2% | |
| 308006-6B | D-58 | 0.00000135% | 0.00000540% | ND | 0.00002% | 0.00002% | ND | 0.2% | 11.2% | 88.6% | Other = 94.2% |

**LOD** = Limit of Detection    **LOQ** = Limit of Quantification    **ND** = Not Detected    **PLM** = Polarized Light Microscopy    **TEM** = Transmission Electron Microscopy

**Analytical Method(s):** PLM by Modified NY ELAP 198.6
TEM by Modified NY ELAP 198.4/ASTM D5756

**Analyst(s):** PLM
TEM

**Technical Director:** Andreas Saldivar

All results are to be considered preliminary and subject to change unless signed by the Technical Director or Deputy

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public, and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it not be used, in whole or in part, in any advertising or publicity matter nor shall it be reproduced, except in full, without prior written authorization from us. Sample types, locations, and collection protocols are based upon the information provided by the persons submitting them and, unless noticed by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client. NVLAP accreditation applies only to polarized light microscopy of bulk samples and transmission electron microscopy of AHERA air samples. This report must not be used to claim, and does not imply product certification, approval, or endorsement by NY ELAP, AIHA, NVLAP, NIST, or any agency of the Federal Government. All rights reserved. AMA Analytical Services, Inc.

JNJTALC001284317

Prudencio Pltfs' Ex. 1571 pg1

## Record Changes Report

**Client:**          US Food & Drug Administration

**Client Code:**          FDA

**Chain of Custody:**   308006

| Date | Description |
| --- | --- |
| 10/11/2019 | 308006 6, 6A, 6B/D 58: 1) added initials & dates to all strike throughs and additions to gravimetric bench sheets. 2) revised handwritten TEM bench sheet for 6B to break up the single cluster found on Grid B, GO I8 into its 3 component fibers 3) changed the word "fiber" to "structure" on p. 4 of Case Narrative under LoQ discussion for 6A & 6B & updated the basis of LoQ calculation for 6B. 4) changed the word "fiber" to "structure" in reference to chrysotile on p.4 of Case Narrative under the TEM Discussion and Interpretation of Analytical Findings. 5) Updated the picture for 308006 6B Chrysotile Structure 1 on p. 6 of Case Narrative. 6) revised reported LoQ, concentration of chrysotile & total cocentration for aliquot 6B based off of 4 structures (original concentration was based off of 2 structures). 7) added gravimetric loss data for PLM preparations to comments section of the certificate of analysis. |
| 10/08/2019 | 308006 6, 6A, 6B/D58: 1) The Special Instructions section of the login sheet was revised to include the FDA's cancellation of a request for analyzing a 4th aliquot of D 58 (308006 6C). 2) The preparation date was added to pages 2 & 3 of the TEM gravimetric bench sheet and to page 2 of the PLM gravimetric bench sheet; an explanation for the date written in the right hand margin of both sets of bench sheets was added to them; added missing weights for 308006 16 and 308006 17. 3) The handwritten TEM Bench Sheet for 308006 6A was revised to explain that the 2nd Chrysotile structure was identified based upon tubular morphology; also the structure number count for the 2nd listed stricture was corrected to read "#2" |

JNJTALC001284318

Prudencio Pltfs' Ex. 1571 pg2

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 3 of 56

**AMA Analytical Services, Inc.**
Focused on Results    www.amalab.com
AIHA-LAP (#100470) NVLAP (#101143-0) NY ELAP (10920)
4475 Forbes Blvd. • Lanham, MD 20706
(301) 459-2640 • (800) 346-0961 •        459-2643

# CHAIN OF CUSTODY

[Please Refer To This
Number For Inquires]    **308006**

**Information:**

1. Client Name:
2. Address
3. Address
4. Address 3:                                          4.  Contact Perso :                              Cell:
5. Phone #:                        Fax #:              5.                                             Cell:

Reporting Info (Results provided as soon as technically feasible). If no TAT/Reporting Info is provided, AMA will assign defaults of 5-Day and email/fax to contacts on file.

| AFTER HOURS (must be pre-scheduled) | NORMAL BUSINESS HOURS | REPORT TO: |
|---|---|---|
| ❑ 4 Hours   ❑ Late Night | ❑ 4 Hours   ❑ 3 Day | ❑ Email: |
| ❑ Immediate   Date Due: | ❑ Same Day   Next Day   ❑ 5 Day +   ❑ Results Required By Noon | ❑ Email 2: |
| ❑ 24 Hour.   Time Due: | ❑ 2 Day   Date Due: | ❑ Verbals: |

Comments:

**Asbestos Analysis**

*P M Air   Please Indicate Filter Type:
❑ NIOSH 7400        (QTY)
❑ Fiberglass        (QTY)

TEM Air* – Please Indicate Filter Type:
❑ AHERA        (QTY)
   NIOSH 7402        (QTY)
❑      (specify     )        (QTY)
P   1 Bulk
❑ EPA 600 – Visual        (QTY) ❑ Pos Stop
❑      Point Count
❑   Y State Friable 198.1        (QTY)
   Grav  Reduction ELAP 198.6        (QTY)
❑      Other (specify     )        (QTY)

MISC
❑ Asbestos Soil PLM__(Qual) PLM__(Quan) PLM/TEM__(Qual) PLM/TEM__(Quan)
*I is recommended that blank samples be submitted with all air and/o    samples

**TEM Bulk**
ELAP 198.4/   atfield
State PLM/TEM

**TEM**
❑ Qual. (pres/abs) Vacuum/Dust_____ (QTY)
   Quan. (s/area) Vacuum D5755-95        (QTY)
❑ Quan. (s/area) Dust D6480-99        (QTY)

**TEM Water**
   Qual. (pres/abs)        (QTY)
❑ ELAP 198.3/EPA 100.2        (QTY)

**Analysis**
❑ Pb Paint Chip        (QTY)
❑ *Pb Dust Wipe (wipe  ype        _____ (QTY)

❑ Pb Soil/Solid        (QTY)
❑ Pb TCLP        (QTY)
   Drinking Water ❑ Pb____(QTY) ❑ Cu____(QTY) ❑ As____(QTY)
❑ Waste Water ❑ Pb____(QTY)   Cu____(QTY)   As____(QTY)
❑ Pb Furnace (Media        )        (QTY)

**Fungal Analysis**
   Collection Apparatus for Spore Traps/Air Samples:
   Coll  ction Media
❑ *Spore Trap____ (QTY)   ❑ Surface Vacuum Du t____ (QTY)
❑ *Surface        (QTY)
❑ *Surface  Ta        (QTY)
❑ Other (Specify____ )____ (QTY

| CLIENT ID # | SAMPLE   FOR  IATIO   SAMPLE LOCATION/ ID | DATE/ | VOL (L/ | ANALYSIS | MATRIX | COMMENTS /  SPE  IAL IN TRUCTIONS |
|---|---|---|---|---|---|---|
| | | | | | | |

Print Name                                      Date              Time

ATTACHMENT B: CFSAN OFFICE OF COSMETICS AND COLORS CHAIN OF
CUSTODY FORM

CF AN
**Office of Cosmetics and Colors**
## CHAIN OF CUSTODY FORM

Case/Lab

Submitter: ___Goran Periz

Assignment No./ Contract No.: HHSF223201810337P

Date Sealed:    7/23/2019              Sample Type: 15 samples D-53 to D67

4

6

9

10

11

12

13

14

**Chain of**

JNJTALC001284320

| Item # | Date | Received by (Print | Received by | Comments/Location |
|---|---|---|---|---|
| 1-15 | 7/24/2019 | | | |

Page 1 of 2 pages (See back)

## CHAIN OF CUSTODY FORM
### (Continued)

**Final**
**Authorization for Disposal**

Item(s) #:         on this document is/are no longer needed as evidence and is/are authorized for disposal by (check appropriate disposal method)

☐ Return to Submitter    ☐ Destruction

Name of Authorizing Official:              Date:

Signature:

### Witness to Destruction of Evidence

Item(s) #:          on this document were destroyed by (Name)
in my presence on (date)

Name of Witness to destruction:               Signature:                Date:

Adapted from: Technical Working Group on Biological Evidence Preservation. *The Biological Evidence Preservation Handbook: Best Practices for Evidence Handlers*. U.S. Department of Commerce. National Institute of Standards and Technology. 2013.

Prudencio Pltfs' Ex. 1571 pg5

**Release to Lawful Owner**

Item(s)                    this document was/were released by Evidence Custodian
                    ID#:                to

Zip Code:
Telephone Number: (_____)
Under penalty of law, I certify that I am the lawful owner        above

Signature:                                        Date:

Copy of Government-issued photo identification is attached. ☐ Yes  ☐ No

This        is to be retained as a permanent record by the Center for Food Safety and Applied Nutrition, Office of Cosmetics and Colors.

Page 2 of 2 pages (See front)

Adapted from: Technical Working Group on Biological Evidence Preservation. *The Biological Evidence Preservation Handbook: Best Practices for Evidence Handlers.* U.S. Department of Commerce, National Institute of Standards and Technology. 2013.

JNJTALC001284322

# AMA Analytical Services, Inc.
**Focused On Results.**



# Case Narrative

| | | | |
|---|---|---|---|
| Client Name: | FDA Office of Cosmetics & Colors | Contact: | John Gasper |
| PO Number: | HHSF223201810337P | Phone: | (240) 402-1133 |
| Job Name/Location: | Task 3 – Analysis of Official Samples (4th Group – 15 Samples) | Email: | |
| AMA COC Number: | 308006-6, 6A, 6B/D-58 | Date Received: | July 24, 2019 |

| AMA Sample No. | Client Sample No. | Sample Description | Analytical Method |
|---|---|---|---|
| 308006-6 | D-58 | Slightly clumpy, white powder with a matte appearance | Mod. PLM ELAP 198.6 /TEM ELAP 198.4 |
| 308006-6A | D-58 | | Mod. PLM ELAP 198.6 /TEM ELAP 198.4 |
| 308006-6B | D-58 | | Mod. PLM ELAP 198.6 /TEM ELAP 198.4 |

**Requested Analyses: PLM and TEM Analysis for asbestos fibers conducted by Modified NY ELAP Method 198.6 and Modified NY ELAP Method 198.4**

**Sample Receipt:**
The samples were received by AMA Analytical Services, Inc. on July 24, 2019 at 1058 via in-person drop-off by FDA representative, Goran Periz. The set consisted of 15 (fifteen) samples submitted in ~2oz, glass jars sealed with scotch tape. Conditions were checked upon receipt and all sample containers were intact. Most jars were filled approximately ½ to ¾ full. The sample set was processed on AMA Chain-of-Custody (COC) number 308006. This COC number served as the internal laboratory job number for tracking purposes. The samples were entered into the AMA laboratory database on August 12, 2019 at 1151 by ▇▇▇▇▇▇. The samples were logged in for analysis in triplicate and each sample aliquot was assigned a unique laboratory identification number as shown in the table above. After the sample login, the set was transferred to AMA's lock-box for storage.

The following pictures document the condition of each sample upon receipt at AMA:

**Asbestos · Lead · Mold · Nano**
4475 Forbes Boulevard. · Lanham, MD 20706 · (301) 459-2640/(800) 346-0961 · Fax (301) 459-2643 · www.amalab.com

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

308006-6  6A



JNJTALC001284324

Prudencio Pltfs' Ex. 1571 pg8

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 9 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

---

**Sample Preparation**

Samples were prepared for PLM and TEM bulk analysis by  on August 13, 2019 through September 5, 2019. Sample preparation consisted of the following steps:

1) Label and weigh two 8mL glass vials for each sample in the set – one vial for the PLM preparation and one vial for the TEM preparation.
2) Weigh out 0.1 to 0.8 grams of material and place in corresponding 8mL glass vial. Record weight.
3) Burn samples at 480° C for at least 12 hours.
4) Record Post-Ash Weight.
5) Treat ashed sample with concentrated hydrochloric acid.
6) Filter acid reduced material onto a pre-weighed 47mm 0.4um PolyCarbonate filter.
7) Place filter into drying oven for 30 minutes and then record Post-Acid Reduced weight.
8) Make four PLM slide preparations from the PLM residual ash for each sample in 1.550 dispersion oil. Make additional preparations in 1.605, 1.625, 1.680 and 1.700 dispersion oil as necessary for particle identification.
9) Weigh a portion of the residue from the TEM residual ash and place it into the corresponding pre-weighed 100ml jar.
10) Fill the 100ml jar with deionized water
11) Sonicate the jars for approximate 5-minutes.
12) Filter 0.2ml to 1ml of the solution onto a 47mm 0.22um MCE filter.
13) Dry the filter for 10 minutes then collapse, carbon coat, and place on a 3 TEM grids.

**PLM Analysis**

Analysis was performed in accordance with NY ELAP 198.6 protocols. The analysis was conducted using an Olympus BH-2 polarized light microscope (PLM) equipped with a dispersion staining objective. All four slide preparations for each aliquot were examined. 400-point count was performed for those samples on which asbestos was observed. If no asbestos was detected on any of the slides, the percentage of fibrous components was determined by visual estimation. The results of this analysis are detailed below in the *Discussion and Interpretation of Analytical Findings* section for each individual sample.

**TEM Analysis**

Analysis was performed in accordance with modified NY ELAP Method 198.4 protocols. The analysis was performed using a JEOL JEM-100CX II transmission electron microscope (TEM), equipped with a Thermo Fisher Quest Energy Dispersive X-Ray Analyzer (EDXA), at magnifications of 19,000x. Two grids for each aliquot were examined. Twenty (20) grid openings were examined per sample.

Modifications to the NY ELAP 198.4 Method were:

1) The residue was not placed in alcohol and prepared using the quick drop method. To obtain a more uniform preparation, the residue was placed in a jar and filled with 100ml of deionized water. The jar was sonicated, and a portion of the solution was filtered onto a 47mm 0.22um MCE filter.
2) The tremolite and chrysotile were not visually estimated. The length and width of the observed particles were measured, and the mass of each amphibole particle was calculated using the ASTM D5756 method.
3) All particles identified as tremolite were included with the counts/concentrations, regardless of size and aspect ratio.

The results of this analysis are detailed below in the *Discussion and Interpretation of Analytical Findings* section for each individual sample.

**Calculations**

*ASTM D5756 Mass*

$M = \pi/4 \, L * W^2 * D * 10^{-12}$

M = mass
L = length



AMA Analytical Services, Inc.

Case 23-01092-MBK   Doc 46-4   Filed 04/17/23   Entered 04/17/23 15:40:58   Desc
Exhibit Exhibits 12-19 to Satterley Declaration   Page 26 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 10 of 56

*Re:  FDA Office of Cosmetics & Colors*
*    COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

W = width
D = density
*Percent Calculation*
$$\frac{EFA(mm^2) * 100ml * MA(g) * RW(g)}{VF(ml) * IW(g) * AA(mm^2) * RJ(g)}$$
            The calculated value is then multiplied by 100 to convert it to percent.

EFA – Effective filter area
MA – Mass of asbestos
RW – Weight of residue
VF – Volume filtered
IW – Initial weight of the sample
AA – Area analyzed
RJ – Weight of residue placed into the jar

**Limit of Detection and Quantification**
We used the mass of a 0.5 x 0.04-micron tremolite or chrysotile fiber, depending on what was found in each sample, as the basis for our calculations.  Limit of detection was defined as 1 fiber and limit of quantification was defined as 4 fibers.

Some aliquots of sample D58 contained very small amounts of asbestos that were either at or below our 4-fiber limit of quantification.  For these samples we defined our limit of quantification as follows:
        308006-6A:  mass of the two observed chrysotile structures plus the mass of two chrysotile fibers measuring
                0.5 x 0.04 microns
        308006-6B:  mass of 4 chrysotile fibers measuring 0.5 x 0.04-micron

**Discussion and Interpretation of Analytical Findings:**
<u>308006-6, 6A, 6B Client Sample D-58</u>
*PLM*
All three aliquots of sample D-58 were analyzed by <span style="background:black;color:white">b) (6)</span>            on September 13, 2019.  No asbestos or non-asbestos amphibole variants were detected the samples. The results were calculated using the equations detailed in the calculations section.

    308006-6      NAD
    308006-6A     NAD
    308006-6B     NAD

*TEM*
Sample 6 was analyzed by <span style="background:black;color:white">b) (6)</span>          on September 3, 2019.  Samples 6A and 6B were analyzed by <span style="background:black">████</span> on September 7, 2019.  The primary particle observed was talc along with a few talc fibers, talc ribbons and mica particles.  Two Chrysotile structures were detected on the aliquot for 6A and four chrysotile structures were detected on the aliquot for 6B.  The results were calculated using the equations detailed in the calculations section.

    308006-6      NAD
    308006-6A     <0.00002%
    308006-6B     0.00002%

Below are pictures, diffraction patterns, and chemistry from some of the observed particles. The unidentified peaks in chemistry spectra are copper, zinc, and carbon. Those peaks are from the TEM specimen holder and specimen grid.

 AMA Analytical Services, Inc.

Page **4** of **16**

Re: FDA Office of Cosmetics & Colors
     COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)

Sample 308006-6A, Chrysotile Structures



Diffraction Pattern from Chrysotile Structure 1 pictured above



 AMA Analytical Services, Inc.

JNJTALC001284327

Prudencio Pltfs' Ex. 1571 pg11

*Re: FDA Office of Cosmetics & Colors*
 *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Sample 308006-6B, Chrysotile Structure 1*



*Diffraction Pattern from Chrysotile Structure pictured above*



 AMA Analytical Services, Inc.

Page **6** of **16**

JNJTALC001284328

Prudencio Pltfs' Ex. 1571 pg12

Re: FDA Office of Cosmetics & Colors
    COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)

Chemistry from Chrysotile Structure pictured above



308006-6B, Chrysotile Structure 2



Note: a copy of this page, with image un-redacted is attached at the end of this document

JNJTALC001284329

Prudencio Pltfs' Ex. 1571 pg13

*Re:  FDA Office of Cosmetics & Colors*
  *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Diffraction Pattern from Chrysotile Structure pictured above*



308006 FDA_104.jpg
Chrysotile Dif
308006-6b
16:03 9/7/2019
TEM Mode: Diffraction
Microscopist: CD
Camera: NANOSPRT5, Exposure: 800 (ms) x 5 std. frames, Gain: 1, Bin:  1
Gamma: 1.00, No Sharpening, Normal Contrast

100 (1/Å)
HV=100kV
Cam Len: 0.2200 m
AMA Analytical Services, Inc

*308006-6, Talc Particle*



308006 FDA_652.jpg
Talc Particle
Cal: 0.001776 µm/pix
17:18 9/3/2019
TEM Mode: Imaging
Microscopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 5 drift frames, Gain: 1, Bin:  1
Gamma: 1.00, No Sharpening, Normal Contrast

500 nm
HV=100kV
Direct Mag: 6800 x
AMA Analytical Services, Inc

 AMA Analytical Services, Inc.

JNJTALC001284330

Prudencio Pltfs' Ex. 1571 pg14

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 15 of 56

*Re:  FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Hexagonal Diffraction Pattern from Talc Particle pictured above*



308006 FDA_053.jpg
Talc Particle
17:19 9/3/2019
TEM Mode: Diffraction
Microscopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 8 drift frames, Gain: 1, Bin:  1
Gamma: 1.00, No Sharpening, Normal Contrast

100 (1/Å)
HV=100kV
Cam Len: 0.2200 m
AMA Analytical Services, Inc

*Chemistry from Talc Particle pictured above*



Full scale counts: 377                    308006-6(1)

AMA Analytical Services, Inc.

Page **9** of **16**

JNJTALC001284331

Prudencio Pltfs' Ex. 1571 pg15

*Re:  FDA Office of Cosmetics & Colors*
    *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*306008-6, Mica Particle*



*Diffraction Pattern from Mica Particle pictured above*



 AMA Analytical Services, Inc.

JNJTALC001284332

Prudencio Pltfs' Ex. 1571 pg16

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 33 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 17 of 56

*Re: FDA Office of Cosmetics & Colors*
  *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Chemistry from Mica Particle pictured above*



*308006-6, Talc Fiber*



 AMA Analytical Services, Inc.

Page **11** of **16**

JNJTALC001284333

Prudencio Pltfs' Ex. 1571 pg17

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 18 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Diffraction Pattern from Talc Fiber pictured above*



*Chemistry from Talc Fiber pictured above*



AMA Analytical Services, Inc.

JNJTALC001284334

Prudencio Pltfs' Ex. 1571 pg18

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 19 of 56

*Re:  FDA Office of Cosmetics & Colors*
   *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*308006-6, Talc Ribbon*



*Diffraction Pattern from Talc Ribbon pictured above*



 AMA Analytical Services, Inc.

Page **13** of **16**

JNJTALC001284335

Prudencio Pltfs' Ex. 1571 pg19

*Re:  FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

---

*Chemistry from Talc Ribbon pictured above*



*308006-6, Talc Fiber*



 AMA Analytical Services, Inc.

Page **14** of **16**

JNJTALC001284336

Prudencio Pltfs' Ex. 1571 pg20

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 21 of 56

*Re: FDA Office of Cosmetics & Colors*
*COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

*Diffraction Pattern from Talc Fiber pictured above*



308006 FDA_082.jpg
Talc Fiber
17:51 9/3/2019
TEM Mode: Diffraction
Microscopist: MG
Camera: NANOSPRT5, Exposure: 800 (ms) x 5 drift frames, Gain: 1, Bin: 1
Gamma: 1.00, No Sharpening, Normal Contrast

100 (1/Å)
HV=100kV
Cam Len: 0.2200 m
AMA Analytical Services, Inc

*Chemistry from Talc Fiber pictured above*



JNJTALC001284337

Prudencio Pltfs' Ex. 1571 pg21

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 22 of 56

*Re:  FDA Office of Cosmetics & Colors*
   *COC 308006-6, 6A,6B/D58, Revised 10/11/2019 (Revision #2)*

**QC Discussion:**
During preparation, three blank control samples and one reference control sample were prepared.  These samples were prepared alongside the customer samples.  The blank samples were prepared using Sigma-Aldrich Talc Powder, <10 micron, and was analyzed by ▮▮▮▮▮ on September 18, 2019.  No asbestos was detected on the blank samples. The reference sample was made from the same Sigma-Aldrich talc powder spiked with 10% Chrysotile.  The reference sample was analyzed by ▮▮▮▮▮ on September 18, 2019 and found to be within acceptable limits.  Additionally, filter blanks were prepared with each batch of carbon coated filters.  Filter blank number EB-54155 was associated with the carbon coating for samples 308006-6, 6A, 6B/D-58.  No asbestos was detected on the filter blank sample.

Our laboratory information management system (LIMS) randomly selected samples 308006-2/D-54 and 308006-15/D-67 for additional replicate QC analysis.  Separate preparations were made for PLM and TEM analysis.  The replicate QC analysis was performed by ▮▮▮▮▮ on September 13, 2019, 2019 for PLM analysis and by ▮▮▮▮▮ on September 18, 2019 for TEM analysis.  The QC results matched the original analysis.

**Attachments:**
The following items are attached to this case narrative for your reference:
1) Sample Log-In Sheet
2) Daily PLM Scope Calibration Log
3) Refractive Index Oil Calibration Log
4) Daily TEM Scope Calibration Log
5) QC Results Summary
6) Replicate & Duplicate QC Chart for ▮(b) (6)▮ for samples analyzed between 1/1/2019 and 9/18/2019
7) Replicate & Duplicate QC Chart for ▮(b) (6)▮ for samples analyzed between 1/1/2019 and 9/18/2019
8) Replicate & Duplicate QC Chart for ▮(b) (6)▮ for samples analyzed between 1/1/2018 and 9/18/2019
9) Raw Data Sheets
   a. Gravimetric Data
   b. Filtration Worksheets
   c. PLM Analysis
   d. TEM Analysis
   e. QC Samples

I certify that all information contained in this report pertaining to laboratory events, procedures, and protocols is true and accurately describes the handling of this project by AMA Analytical Services, Inc. and its personnel.

**10/11/2019**
**Date**

**Andreas Saldivar**
**Laboratory Director**

 AMA Analytical Services, Inc.

JNJTALC001284338

Prudencio Pltfs' Ex. 1571 pg22

## Login Sheet

| | | | | | |
|---|---|---|---|---|---|
| **Client:** | US Food & Drug Administration | **Job Name:** | Task 3 - Analysis of Official Samples | **Chain of Custody:** | 308006 |
| **Date Submitted:** | 07/24/2019 | **Job Location:** | 4 h Group - 15 Samples | **PO Number:** | SF225201810337P |
| **Due Date:** | 09/13/2019 5:00 pm | **Job Number:** | CLIN 0001 | | |

| AMA Sample Number | Client Sample Number | Analysis Type(s) and Sample Type(s) |
|---|---|---|



JNJTALC001284339

Prudencio Pltfs' Ex. 1571 pg23

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 24 of 56

| AMA Sample Number | Client Sample Number | Analysis Type(s) and Sample Type(s) |
|---|---|---|
| 308006-6 | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| 308006-6A | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| 308006-6B | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| 308006-6C | D-58 | PLM: ELAP 198.6 NOB<br>TEM: Bu k Upgrade |
| (b) (4) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

JNJTALC001284340

Prudencio Pltfs' Ex. 1571 pg24

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 25 of 56



| AMA Sample Number | Client Sample Number | Analysis Type(s) and Sample Type(s) |
|---|---|---|

**Special Instructions:**

Use FDA Protocols. Samples are in Asbestos Sample Lock Box (See (b) (6) ████ for Key). ALL PLM & TEM Analysts: Please record the date & amount of time spent analyzing each sample in the comments section of the bench sheet. Please save all pictures, graphs, etc. to L:\Case Narratives\FDA Project\308006

JNJTALC001284341

Prudencio Pltfs' Ex. 1571 pg25

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 26 of 56

9/30/2019 by ███ : Client requested that we analyze a 4th aliquot for sample 308006 6/D58; this was added as 308006 6C

10/1/2019 by ███ : Client requested that we cancel their request to analyze 308006 6C, Preparation was mostly complete by the time we received the cancellation notice, but no analysis was performed.

JNJTALC001284342
Prudencio Pltfs' Ex. 1571 pg26

Daily Calibrations for PLM Scope #___2___          Date: 9 /12 / 19
                                                   Analyst Initials: (b)(6)

Cleaning:
Oculars ✓   Objectives ✓   Field Lens ✓   Mechanical Stage ✓   Main Body ✓
Alignment:
  ✓ Kohler Illumination (or as close to it as scope allows)
  ✓ Polarizer & Analyzer at 90 degrees to one another
  ✓ Polarizer & Analyzer aligned with reticle cross hairs
  ✓ Axis of rotation of stage centered in field of view
  ✓ Central stop of the D.S. objective aligned with condenser aperture
Refractive Index Colors of Permanent 1,680 Amosite:
4 4 0 Parallel wavelength          660 Perpendicular wavelength

Comments/other procedures performed:


Daily Calibrations for PLM Scope #___2___          Date: 9 /13 / 19
                                                   Analyst Initials:

Cleaning:
Oculars ✓   Objectives ✓   Field Lens ✓   Mechanical Stage ✓   Main Body ✓
Alignment:
  ✓ Kohler Illumination (or as close to it as scope allows)
  ✓ Polarizer & Analyzer at 90 degrees to one another
  ✓ Polarizer & Analyzer aligned with reticle cross hairs
  ✓ Axis of rotation of stage centered in field of view
  ✓ Central stop of the D.S. objective aligned with condenser aperture
Refractive Index Colors of Permanent 1,680 Amosite:
4 4 0 Parallel wavelength          66 Perpendicular wavelength

Comments/other procedures performed:


Daily Calibrations for PLM Scope #___2___          Date: 9 /16 / 19
                                                   Analyst Initials: (b)(6)

Cleaning:
Oculars ✓   Objectives ✓   Field Lens ✓   Mechanical Stage ✓   Main Body ✓
Alignment:
  ✓ Kohler Illumination (or as close to it as scope allows)
  ✓ Polarizer & Analyzer at 90 degrees to one another
  ✓ Polarizer & Analyzer aligned with reticle cross hairs
  ✓ Axis of rotation of stage centered in field of view
  ✓ Central stop of the D.S. objective aligned with condenser aperture
Refractive Index Colors of Permanent 1,680 Amosite:
4 4 0 Parallel wavelength          660 Perpendicular wavelength

Comments/other procedures performed:


Revision P, Issued 12/16/10; approved: PC
Directory: L/Joe/Daily microscope log sheets

JNJTALC001284343

Prudencio Pltfs' Ex. 1571 pg27

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 28 of 56

REFRACTIVE INDEX OIL CALIBRATION

| DATE | ANALYST | RI OIL | BOTTLE ID | LAB ID | RI BEAD | TEMP (Deg. C) | Dispersion Staining Color/ Becke Line Observations | Matching Wavelength | Measured R.I. |
|---|---|---|---|---|---|---|---|---|---|
| 9-3-19 | (b) (6) | 1.550 | 1.550X3 | | 1.55 | 25° | Red, Blue, Magenta | 580 | 1.5505 |
| " | | 1.685 | 1.680X? | | 1.68 | " | Blue, Green | 620 | 1.6816 |
| " | | 1.605 | 1.605X3 | | 1.60 | " | Blue, Light Green | 660 | 1.6041 |
| " | | 1.625 | 1.625X3 | | 1.62 | " | Blue, Magenta | 560 | — |
| " | | 1.700 | 1.700X3 | | 1.70 | " | Blue, Green Magenta | 580 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Revision 2, February 19, 2007

JNJTALC001284344

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 29 of 56

## DAILY TEM CALIBRATION LOG

Every analyst should confirm alignment prior to analyzing samples.
X-ray analyzer must be calibrated prior to each day's use.
Dewar for x-ray detector is to be filled each Tuesday and Friday.

Note:  Please enter code letters in Type Column
       Type of Analysis:   Routine Analysis   A
                           Quality Control    QC
                           Training           T
                           Research           R
                           Other (Explain)    O

| DATE | NAME | SYSTEM/ ALIGN. CHECK | ACTUAL "BEAM TIME" USED ON | OFF | TOTAL MINUTES | TOTAL # SAMPLES | TYPE | EDXA CAL. (AL/CU) | DEWAR LN2 (INIT) |
|------|------|------|------|------|------|------|------|------|------|
| 9/3/19 | (b)(6) | On | | | | | | | |
| 9/4/19 | (b)(6) | On | Filament | Changed | | | | | |
| 9/5/19 | (b)(6) | On | | | | | | CuOK | |
| 9/6/19 | (b)(6) | ok | 0900 | | | 12 | A | | |
| 9/7/19 | (b)(6) | ok | 1280 | | | 17 | A | | |
| 9/8/19 | (b)(6) | On | | | | | | | |
| 9/9/19 | (b)(6) | OK | | | | | | | |
| 9/10/19 | (b)(6) | On | | | | | | | |
| 9/11/19 | (b)(6) | On | | | | | | | |
| 9/12/19 | (b)(6) | OK | | | | | | | |

Version 2-1:9/90

Revision 0, issued Oct. 2004



JNJTALC001284345

Prudencio Pltfs' Ex. 1571 pg29

# Chain Of Custody #308006

<div style="float:right">+ Add CoC</div>

General    Samples    Documents    QC Results

## QC Samples

| Date Analyzed | Sample Number | Original PLM Analyst | Original PLM Result | PLM QC Result | PLM QC Analyst | PLM R Value | Original TEM Analyst | Original TEM Result | TEM QC Result | TEM QC Analyst | TEM R Value | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/2019 | 308006-16RQC | (b) (6) | 0.00 | | SW | 0.00 | MG | 0.00 | 0.00 | CD | 0.00 | Analysis 9/18/19 |
| 09/09/2019 | 308006-17RQC | | 0.00 | | SW | 0.00 | MG | 0.00 | 0.00 | CD | 0.00 | Analysis: 9/18/19 |

## Reference Samples

| Sample Number | Tile # | Analyst | Asbestos Type | Percent Asbestos | Result | Created Date | Comments |
|---|---|---|---|---|---|---|---|
| Talc Ref | Talc Ref 10% | (b) (6) | Chrysotile | 10.00 | Pass | 09/18/2019 | |

## Blanks

| Blank Number | Date | | Asbestos Percentage | Asbestos Type | Comments |
|---|---|---|---|---|---|
| NB19-646 | 09/18/2019 | (b) (6) | 0.0 | | |
| NB19-645 | 09/18/2019 | | 0.0 | | |
| NB19-647 | 09/18/2019 | | 0.0 | | |

## PLM Error(s)

No Results

## TEM NOB Error(s)

No Results

JNJTALC001284346

**PLM QC Chart**

**QC Type:** Duplicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



Original Asbestos Result

R = [Original Result] - [QC Result] / [Average]

JNJTALC001284347
Prudencio Pltfs' Ex. 1571 pg31

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 32 of 56

## PLM QC Chart

**QC Type:** Replicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



R = [Original Result] - [QC Result] **/** [Average]

JNJTALC001284348
Prudencio Pltfs' Ex. 1571 pg32

## NOB QC Chart

**QC Type:** Duplicate
**Analyst** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



R = [Or g na  Resu t] - [QC Resu t] / [Average]

JNJTALC001284349

Prudencio Pltfs' Ex. 1571 pg33

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 34 of 56

### NOB QC Chart

**QC Type:** Replicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



TEM Or g na  Asbestos %

R = [Or g na  Resu t] - [QC Resu t] / [Average]

4475 Forbes B vd. · Lanham, MD, 20706 · (301) 459 2640 · To  Free (800) 346 0961 · Fax (301) 459 2643

1/1

JNJTALC001284350
Prudencio Pltfs' Ex. 1571 pg34

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 35 of 56

## NOB QC Chart

**QC Type:** Duplicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



TEM Or g na  Asbestos %

R = [Or g na  Resu t] - [QC Resu t] / [Average]

4475 Forbes B vd. · Lanham. MD, 20706 · (301) 459 2640 · To  Free (800) 346 0961 · Fax (301) 459 2643

1/1

JNJTALC001284351
Prudencio Pltfs' Ex. 1571 pg35

**NOB QC Chart**

**QC Type:** Replicate
**Analyst:** (b) (6)
**Dates Analyzed:** *01/01/2019 - 09/18/2019*



TEM Or g na Asbestos %

R = [Or g na Resu t] - [QC Resu t] / [Average]

JNJTALC001284352

Prudencio Pltfs' Ex. 1571 pg36

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 37 of 56



AMA Analytical Services, Inc.
*Focused On Results.*

Gravimetric Reduction and Filtration Bench Sheet for Modified ELAP 198.4

Page _1_ of _3_

TEM Preparations

COC #: 308006     Date: 8/13/2019 & 9/30/19     Filter Type: 47 mm, 0.22 μm, MCE     EFA: 1047 mm²

Client: USFDA     Prep By: (b)(6)     Filtered By: (b)(6)    Lot #: R9CA03145   Date: see margin

| AMA Sample ID | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish | Mass (g) 100mL Jar w/ Lid | Mass (g) 100mL Jar w/ Lid & Sample Residue | Initial Volume (mL) | Volume Filtered (mL) | Serial Dilution Initial Volume (mL) | Serial Dilution Volume Filtered (mL) | Serial Dilution Final Volume (mL) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 308006 | 7.2520 | 7.6844 | 7.6833 | 6.0877 | 6.4902 | 19.6991 | 19.8935 | 100 | .2 | | | |
| -6A | 7.1474 | 7.6335 | 7.6324 | 6.0891 | 6.4791 | 19.7148 | 19.8949 | 100 | .2 | | | |
| -6B | 7.1687 | 7.6634 | 7.6622 | 6.0903 | 6.5285 | 19.8223 | 20.0189 | 100 | .2 | | | |

8/14/2019

9/30/2019

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 54 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 38 of 56

**AMA Analytical Services, Inc.**
Focused On Results.

Gravimetric Reduction and Filtration Bench Sheet for Modified  ELAP 198.4

Page 2 of 3

TEM Preparations

COC #: 308006

Client: USFDA

Date: 8/13/19 & 9/3/19

Prep By: (b) (6)    — b54 10/9/19

Filter Type: 47 mm, 0.22 μm, MCE    EFA: 1047 mm²

Filtered By: (b) (6)    Lot # R9CA03145    ; Date See margin

| AMA Sample ID | Gravimetric Reduction Weights | | | Filtration Weights | | | | Filtration Volumes | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish | Mass (g) 100mL Jar w/ Lid | Mass (g) 100mL Jar w/ Lid & Sample Residue | Initial Volume (mL) | Volume Filtered (mL) | Serial Dilution Initial Volume (mL) | Serial Dilution Volume Filtered (mL) | Serial Dilution Final Volume (mL) |
| (b) (4) | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |
| | | | | | | | | | | | | = |

8/30/2019

9/5/2019

JNJTALC001284354

Prudencio Pltfs' Ex. 1571 pg38

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 39 of 56

**AMA Analytical Services, Inc.**
Focused On Results.

Gravimetric Reduction and Filtration Bench Sheet for Modified ELAP 198.4

Page 3 of 3

TEM Preparations

COC #: 308006
Client: USFDA

Date: 9/13/19 → 9/30/19
Prep By: (b) (6) ~ MAH 10/4/19

Filter Type: 47 mm, 0.22 μm, MCE    EFA: 1047 mm²
Filtered By: (b) (6)    Lot #: R9CA03145 ; Date:

| AMA Sample ID | Gravimetric Reduction Weights | | | Filtration Weights | | | | Filtration Volumes | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish | Mass (g) 100mL Jar w/ Lid | Mass (g) 100mL Jar w/ Lid & Sample Residue | Initial Volume (mL) | Volume Filtered (mL) | Serial Dilution Initial Volume (mL) | Serial Dilution Volume Filtered (mL) | Serial Dilution Final Volume (mL) |
| (b) (4) | | | | | | | | | | | | |
| NB19-645 | 7.2023 | 7.5055 | 7.5051 | 6.0260 | 6.2879 | 19.6999 | 19.8381 | 100 | .2 | | | |
| NB19-646 | 7.1965 | 7.4457 | 7.4452 | 6.0241 | 6.2595 | 19.8538 | 19.9748 | 100 | .2 | | | |
| NB19-647 | 7.1488 | 7.5222 | 7.5218 | 6.0210 | 6.3629 | 19.8468 | 20.0132 | 100 | .2 | | | |
| RB | | | | | | | | | 10 ✓ | | | |
| 308006-66 | 7.1397 | 7.5613 | 7.5601 | 6.1753 | 6.5876 | 20.8765 | 21.0656 | 100 | .2 | | | |
| NB19-699 | 7.2313 | 7.5347 | 7.5335 | 6.2610 | 6.5598 | 19.8215 | 19.9581 | 100 | .2 | | | |
| | | | | | | | | | | | | |

**AMA Analytical Services, Inc.**
Focused On Results.

**Gravimetric Reduction Bench Sheet**
**Modified ELAP 198.6**

**PLM Preparations**

COC #: 308006

Date: 8/13/2019

Client: USFDA

Prep By: (b) (6)

Page 1 of 2

| AMA Sample ID | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish |
|---|---|---|---|---|---|
| (b) (4) | | | | | |
| 308006—'6 | 7.1829 | 7.6946 | 7.6932 | 6.2233 | 6.6973 |
| —6A | 7.1097 | 7.5536 | 7.5526 | 6.1705 | 6.5757 |
| —6B | 7.2309 | 7.8182 | 7.8167 | 6.2312 | 6.6900 |
| (b) (4) | | | | | |

8/19/2019 = TEM Filtration Date
— 8/14 5/10/kr

8/30/2019 = TEM Filtration Date
— 8/14 5/10/kr

Revision 1, Issued April 2019, DRH

JNJTALC001284356

Prudencio Pltfs' Ex. 1571 pg40

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 41 of 56

## AMA Analytical Services, Inc.
### Focused On Results.

**Gravimetric Reduction Bench Sheet**
**Modified ELAP 198.6**

**PLM Preparations**

Page 2 of 2

COC #: 308006

Client: USFDA

Date: 8/3/2019 — ~AM 10/5/19

Prep By: (b) (6)

| AMA Sample ID | Mass (g) Vial | Mass (g) Vial & Sample | Mass (g) Post Ash Vial & Sample | Mass (g) Filter & Petri Dish | Mass (g) Post Acid Wash Filter & Petri Dish |
|---|---|---|---|---|---|
| (b) (4) | | | | | |
| NB19- 645 | 7.2023 | 7.5055 | 7.5051 | 6.0260 | 6.2879 |
| NB19- 646 | 7.1965 | 7.4457 | 7.4452 | 6.0241 | 6.2595 |
| NB19- 647 | 7.1488 | 7.5222 | 7.5218 | 6.0210 | 6.3629 |
| RB | | | | | 10 % |

Revision 1, Issued April 2019, LW3I

JNJTALC001284357

Prudencio Pltfs' Ex. 1571 pg41

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 58 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 42 of 56



JNJTALC001284358

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 59 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 43 of 56

## Edit Sample #308006-6 (D-58)

General    PLM: ELAP 198.6 NOB    TEM: Bulk Upgrade

### Initial Sample Weight

| | |
|---|---|
| Vial Weight | 7.252 |
| Vial + Sample Weight | 7.6844 |
| Initial Sample Weight | 0.432 |

### Post Ash Weight

| | |
|---|---|
| Vial + Ashed Sample Weight | 7.6533 |
| Ashed Sample Weight | 0.431 |

### Post Acid Treatment

| | |
|---|---|
| Filter Tare | 6.0877 |
| Gross Filter Weight | 6.4902 |
| Weight Residue | 0.402 |

### Visual Estimations

| | |
|---|---|
| Estimated Asbestos PLM | 0.0 |
| Estimated Asbestos TEM | 0.0 |

### Final Asbestos Percents

| | |
|---|---|
| Percent Asbestos PLM | NAD |
| Percent Asbestos TEM | NAD |

### Final Non-Asbestos %

| | |
|---|---|
| Percent Organics | 0.254 |
| Percent Acid Soluble | 6.66 |
| Percent Other | 93.085 |

| Sample Type | Material Type | Sample Color |
|---|---|---|
| Whole | | |

| Grid Box | Row and Slots | Microscope # |
|---|---|---|
| A19-433 | 1ab | 1 |

| Working Mag. High (K) | Working Mag. Low (K) | Accelerating Voltage (KV) |
|---|---|---|
| 15 | | 100 |

Sample was not analyzed

### Structure Chrystallographic and Photographic Data

| Structure # | SAED | Elements | Mag # | Camera Length / Mag. | Ident. | |
|---|---|---|---|---|---|---|
| 5 | Hex | Mg,Si, Talc Fiber | | 10 | | ▾ ✖ |
| 4 | Neg | Mg,Si- Talc Ribbon | | 5.8 | | ▾ ✖ |
| 3 | Hex | Mg,Si, Talc Fiber | | 14 | | ▾ ✖ |
| 2 | Hex | Mg,Al,Si,Fe- Mica F | | 7.2 | | ▾ ✖ |
| 1 | Hex | Mg Si- Talc Particle | | 5.8 | | ▾ ✖ |

Add Row

| Grid #1 Estimated Asbestos | Grid #2 Estimated Asbestos | Estimated Asbestos % |
|---|---|---|
| 0.0 | 0.0 | 0.0% |

### Analyst Comments

orientation - 250, 115
Grid A analyzed 9/3/19, Grid B analyzed 9/4/19.
Analytical time = 1.5 hrs.

### Report Comments

Error(s) Found During Review

JNJTALC001284359

Prudencio Pltfs' Ex. 1571 pg43

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 60 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 44 of 56



## Edit Sample #308006-6A (D-58) ⓛ

General    PLM: ELAP 198.6 NOB    TEM: Bulk Upgrade

### Initial Sample Weight

| | |
|---|---|
| Vial Weight | 7.1474 |
| Vial + Sample Weight | 7.6335 |
| Initial Sample Weight | 0.486 |

### Post Ash Weight

| | |
|---|---|
| Vial + Ashed Sample Weight | 7.6324 |
| Ashed Sample Weight | 0.485 |

### Post Acid Treatment ❶

| | |
|---|---|
| Filter Tare | 6.0891 |
| Gross Filter Weight | 6.4791 |
| Weight Residue | 0.390 |

### Visual Estimations

| | |
|---|---|
| Estimated Asbestos PLM | 0.0 |
| Estimated Asbestos TEM | 0.01 |

### Final Asbestos Percents

| | |
|---|---|
| Percent Asbestos PLM | NAD |
| Percent Asbestos TEM | 0.008 |

### Final Non-Asbestos %

| | |
|---|---|
| Percent Organics | 0.226 |
| Percent Acid Soluble | 19.543 |
| Percent Other | 80.222 |

| Sample Type | Material Type | Sample Color |
|---|---|---|
| Whole | | |

| Grid Box | Row and Slots | Microscope # |
|---|---|---|
| a19-433 | 2ab | 1 |

| Working Mag. High (K) | Working Mag. Low (K) | Accelerating Voltage (KV) |
|---|---|---|
| 15 | | 100 |

☐ Sample was not analyzed

### Structure Chrystallographic and Photographic Data

| Structure # | SAED | Elements | Mag. # | Camera Length / Mag. | Ident. | |
|---|---|---|---|---|---|---|
| 5 | hex | | | | | ▼ ✖ |
| 4 | uto (0.4x0.05) Grib | uto | 101 | 5.8 | Chrysotile | ▼ ✖ |
| 3 | pos (1.75x0.06) Gri | Si Mg | 100 | 0.22/5.8 | Chrysotile | ▼ ✖ |
| 2 | neg | | | | | ▼ ✖ |
| 1 | hex | | | | | ▼ ✖ |

Add Row

| Grid #1 Estimated Asbestos | Grid #2 Estimated Asbestos | Estimated Asbestos % |
|---|---|---|
| 0.01 | 0.01 | 0.01% |

### Analyst Comments

Analysis: 9/7/19, time = 1hr 10 mins
F Orientation: 285,40

### Report Comments

☐ Error(s) Found During Review

JNJTALC001284361

**AMA Analytical Services, Inc.**
Focused On Results.

**Fiber Count Sheet for Transmission Electron Microscopy**

Page __1__ of __1__

Date: 09/07/19    Client ID: D-58    Filter Size/Type/Porosity 47mm MCE 0.22 µm

Client: FDA    COC #: 308006    AMA ID #: 308006-6A

Analyst: (b)(6) ████████    Working Mag: __15__ K  Accel Voltage: __100__ kV    Orientation of Letter F: F, F

Grid Box #: A19-U33  Grid Acceptable: (Y) N    Volume Filtered: 0.2 mL

Signed ████████    Row #: __2__    Grid: A / B /    Grid Openings to Observe: 20

Method: Mod. NY ELAP 198.4 (FDA Procedures)

| Grid Opening # Location | Structure # | Length & Width (in microns) | | SAED # Rows | Mineral Type | Elements ID'd (If left blank, no elements ID'd) | Fiber Neg # (Black if left, un-photo was left on) | SAED Neg # (Left blank, no photo was taken) | Magnification or Camera Length (If left blank, no photos was taken) | |
|---|---|---|---|---|---|---|---|---|---|---|
| C2 B | 1 | 1.75 | 0.06 | pos | Chrysotile | Si, Mg | 101 | 100 | 5.8 K | cm |
| C2 B | 2 | 0.4 | 0.05 | uto | Chrysotile | | 101 | | 5.8 K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |
| | | | | | | | | | K | cm |

Legend:  NSD = No Structures Detected   UTO = Unable to Obtain     = 1st Grid   X = 2nd Grid

# of Structures Counted: __2__

Mineral Type: _Chrysotile_ = __2__    Total # of Grid Openings Observed: __20__  = 0.280 mm²

Mineral Type: _____ = _____    Mean Grid Opening Area: 0.0 140 mm²    Notes: Structure #2 determined

Mineral Type: _____ = _____    to be Chrysotile asbestos

Mineral Type: _____ = _____    EM Serial #: S/N 156120-35  based on monoclinay (tubular)

chemistry, was uto due to the

size of the fibend surrounding particulate.

Revision 1, Issued April 2019 by IMH

JNJTALC001284362

Prudencio Pltfs' Ex. 1571 pg46

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 63 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 47 of 56



JNJTALC001284363

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 64 of 118

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 48 of 56



INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 49 of 56

**AMA Analytical Services, Inc.**
Focused On Results.

**Fiber Count Sheet for Transmission Electron Microscopy**

Page 1 of 1

Date: 09/07/19   Client ID: D-58   Filter Size/Type/Porosity 47mm MCE 0.22 µm

Client: FDA   COC #: 308006   AMA ID #: 308006-6B

Analyst (b) (6)   Working Mag: 15   K Accel Voltage: 100 kV   Orientation of Letter F: ↗, ✓

Grid Box #: A19-433   Grid Acceptable: (Y) N   Volume Filtered: 0.2 mL

Signed   Row #: 3   Grid: A / B /   Grid Openings to Observe: 20

Method: Mod. NY ELAP 198.4 (FDA Procedures)

| Grid Opening & Location | Structure # | Length & Width (in microns) | | SAED # Rows | Mineral Type | Elements ID'd | Fiber Neg # | SAED Neg # | Magnification or Camera Length | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I8 B | 1a | 1.6 | 0.05 | pos | Chrysotile | Si, Mg | 103 | 102 | 7.2 | K | cm |
| I8 B | 1b | 1.1 | 0.05 | pos | Chrysotile | Si, Mg | 103 | 102 | 7.2 | K | cm |
| I8 B | 1c | 0.75 | 0.04 | pos | Chrysotile | Si, Mg | 103 | 102 | 7.2 | K | cm |
| E3 A | 2 | 1.0 | 0.05 | pos | Chrysotile | Si, Mg, Al | 105 | 104 | 10 | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |
| | | | | | | | | | | K | cm |

Legend: NSD = No Structures Detected   UTO = Unable to Obtain   ▢ = 1st Grid   X = 2nd Grid

# of Structures Counted: 4

Mineral Type: Chrysotile = 4 (Total)   Total # of Grid Openings Observed: 20 = 0.280 mm²
Mineral Type: =   Mean Grid Opening Area: 0.0 140 mm²
Mineral Type: =   Notes: Al peak is likely from the surrounding
Mineral Type: =   EM Serial #: S/N 156120-35   particulate on structure #2

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 50 of 56



**Edit TEM NOB Blank Result**

**Blank Number**

NB19-645

**Analyst**

(b) (6)

**Date Analyzed**

09-18-2019

**Percent Asbestos**

0.0

**Asbestos Type**

**Comments**

Save Changes

JNJTALC001284366

Prudencio Pltfs' Ex. 1571 pg50

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 51 of 56



**Edit TEM NOB Blank Result**

**Blank Number**

NB19-646

**Analyst**

(b) (6)

**Date Analyzed**

09-18-2019

**Percent Asbestos**

0.0

**Asbestos Type**

**Comments**

Save Changes

JNJTALC001284367

Prudencio Pltfs' Ex. 1571 pg51

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 52 of 56



**Edit TEM NOB Blank Result**

**Blank Number**

NB19-647

**Analyst**

(b) (6)

**Date Analyzed**

09-18-2019

**Percent Asbestos**

0.0

**Asbestos Type**

**Comments**

Save Changes

JNJTALC001284368

Prudencio Pltfs' Ex. 1571 pg52

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 53 of 56

**Edit NOB Reference Sample Result**

| Sample Number | Analyst | Reference Sample Tile # |
|---|---|---|
| Talc Ref | Christopher C ▾ | Talc Ref 10% ▾ |

| Reference Value | Asbestos Type | Lower Limit | Upper Limit |
|---|---|---|---|
| 10 | Chrysotile | 5 | 25 |

| | | | | | |
|---|---|---|---|---|---|
| Vial Weight | 0.0 | Post Acid Weight | 1.0 | Asbestos Type | Chrysotile ▾ |
| Vial and Sample Weight | 1.0 | Filter Tare | 0.0 | Estimated Asbestos | 10.0 |
| Vial and Ashed Sample Weight | 1.0 | Ashed Weight | 1 | Percent Asbestos | 10 |
| Initial Sample Weight | 1 | Residue Weight | 1 | Result | Pass |

**Comments**

Save Changes

JNJTALC001284369

Prudencio Pltfs' Ex. 1571 pg53

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 54 of 56

## AMA Analytical Services, Inc.
### Laboratory Blank Log



| Blank ID # | Initials | Prep Date | Chain of Custody # | AMA or Client Sample Numbers | Analysis Date | Asbestos Conc. | Client Name | Archive Box # |
|---|---|---|---|---|---|---|---|---|
| EB- 54140 | (b)(6) | 8/30/19 | | | | | | |
| EB- 54141 | | 8/30/19 | | | | | | |
| EB- 54142 | | 8/30/19 | | | | | | |
| EB- 54143 | | " | | | | | | |
| EB- 54144 | | " | | | | | | |
| EB- 54145 | | 8/30/19 | | | | | | |
| EB- 54146 | | " | | | | | | |
| EB- 54147 | | " | | | | | | |
| EB- 54148 | | " | | | | | | |
| EB- 54149 | | 9/1/19 | | | | | | |
| EB- 54150 | | 9/3/19 | | | | | | |
| EB- 54151 | | " | | | | | | |
| EB- 54152 | | " | | | | | | |
| EB- 54153 | | " | | | | | | |
| EB- 54154 | | " | | | | | | |
| EB- 54155 | | " | 308006 | 308006 (6, 6A, 6B) | (b)(4) | | USFDA | |
| EB- 54156 | | " | (b)(4) | | | | USFDA | |
| EB- 54157 | | " | | | | | USFDA | |
| EB- 54158 | | 9/4/19 | | | | | | |
| EB- 54159 | | " | | | | | | |
| EB- 54160 | | " | | | | | | |
| EB- 54161 | | " | | | | | | |

Ver:1-3 (4/91)

Revision 0, Issued Oct 2004  AS

JNJTALC001284370

Prudencio Pltfs' Ex. 1571 pg54

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 55 of 56

**Edit Air Blank Result**

**Blank Number**

54155

**Analyst**

(b) (6)

▾

**Date Analyzed**

09-18-2019

**Area Analyzed**

0.07

**Asbestos Structures**

0

**Asbestos Type**

▾

**Result**

< 14.286

**Comments**

Save Changes

JNJTALC001284371

Prudencio Pltfs' Ex. 1571 pg55

INV-106924_LabReview-2.1: AMA Laboratory Report 308006
Page 56 of 56

*Chemistry from Chrysotile Structure pictured above*



*308006-6B, Chrysotile Structure 2*



JNJTALC001284372

# Exhibit 18

**File Provided Natively**

JNJ 000446880

# A Backgrounder on Talc and Talc Based Powders

## Lorena Weber Telofski, CMPP

Scientific Engagement Leader

Baby Skincare, North America



Johnson & Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# What is Talc?



Case 23-01092-MBK   Doc 46-4   Filed 04/17/23   Entered 04/17/23 15:40:58   Desc
Exhibit Exhibits 12-19 to Satterley Declaration   Page 77 of 118

3

# Hydrated Magnesium Silicate -  $Mg_6 Si_8 O_{20} (OH)_4$

- A naturally occurring mineral; mined from ore deposits
- As used in body powders defined as a powdered hydrous magnesium silicate, which belongs to the family of sheet silicates (e.g., a type of clay)
- It has a flat, plate-like structure, giving it is natural slippery and soft feel when spread.  It is the softest known mineral.
- Heat stable
- Inert



Si
O
OH
Mg

Schematic structure of talc
Industrial Minerals Association - Europe (IMA-Europe), 2012

Johnson&Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 78 of 118

4

# Cosmetic Talc





Hydrophobic plate

Hydrophilic edges

Unique Properties of Talc Make it an Excellent Powder in High Humidity
Water Molecules Adsorb On the Surface (hydrophobic behaviour)
Resists "Wetting"



Johnson & Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 79 of 118

5

# End Uses (Grades Vary)

- Industrial
  - Ceramics, coatings, paints, paper, roofing materials, rubber, waste water treatment
- Agricultural
  - Anti-caking, dispersant for fertilizers
- Food
  - Anti-stick coating (candies, gum); processing of olive oil; flow agent for rice
- Cosmetic
  - Absorbent, Opacifying Agent, Skin Protectant, Slip Modifier
- Pharmaceutical
  - Bulking agent, anti-stick agent for medications (e.g., pills)
  - Used for pleurodesis (treatment of malignant pleural effusions)



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 80 of 118

6

# Examples of Cosmetic Use

- Antiperspirants, Deodorants
- Body Powders (Baby, Adult)
- Bath, Shower Products
- Beauty Products
- Creams, Lotions
- Hair Care Products
- Lipsticks
- Shaving Products
- Sun Protection Products



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Ensuring Safety of Talc Powder

Microbiology

Mineral Purity



Johnson & Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 82 of 118

8

# Important to Maintain Microbial Purity

- 1946 New Zealand
  - Case of Tetanus from microbe *Clostridium tetani*
- Essential to Ensure Safe Microburden
- Common Processes
  - Heat Treatment
  - Steam Sterilization



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 83 of 118

9

# Similar Chemistry Doesn't Mean SAME



DIAMOND                    GRAPHITE

Image sourced from Google Images

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 84 of 118

10

# Talc and Asbestos Share Similar Chemical Components But Could Not Be More Different!

- Differences are often misunderstood
- Each individually formed under different geological conditions
- Mined from separate ore bodies
- Myth that these two ores are co-mined or commonly associated
- Absence of asbestos in talc is routinely confirmed through a battery of tests
  - Talc suppliers utilize sophisticated testing to comply with regulatory and industry-wide requirements and with their own internal SOPs
  - X-ray diffraction, optical and electron microscopy

Asbestos is HIGHLY Regulated

*Johnson & Johnson*

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 85 of 118

11

# Physical Structure (Morphology) of Asbestos is Vastly Different

- Asbestos is fiber-like (needle-like; clusters or individuals)
- High tensile strength, high durability
- The needle-like structure is the property that gives it the ability to imbed in pulmonary tissue
- Carcinogenic properties due to morphological structure (e.g., fibrous characteristics)




Images Sourced From - What is Asbestos?  The challenges of defining and characterizing asbestos in a changing regulatory world.  Session 2 – Analysis for Asbestos by X-ray Diffraction and Polarized Light Microscopy: Strengths and Limitations.  RJ Lee Group, Inc.  2009



Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 86 of 118

12

# Grades of Talc – Two Important  Groupings

- Industrial
  - Mixture of talc with other similar minerals / rocks found in association
  - Absence of asbestos / asbestiform fibers
- Cosmetic / Pharmaceutical / Food Grades
  - Pure grade of 99+% hydrated magnesium silicate
  - Absence of asbestos / asbestiform fibers
  - Limits on other mineral constituents (e.g., quartz)
  - Slight differences food vs. USP

> Cosmetic Grade Talc is Produced to
> United States Pharmacopeia (USP) Standards



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 87 of 118

13

# To Sum - Talc Safety

- Publications on safety and non-toxic nature of talc go back to 1944

- Cosmetic grade talc – documented evidence of "absence of asbestos" since the 1970s
  - Asbestos is highly regulated

---

KEY TAKEAWAY

Talc and Asbestos are *VERY DIFFERENT*

---



# Talc – Let's Discuss Its Safe Use

In Use Application

Lung Effects

Ovarian Effects





Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 89 of 118

15

# In Use Application
# Avoiding Ingestion, Choking, Blocking Nose / Mouth

- Can occur through misuse - infant or sibling inverts container over face; good labeling required

- EU Labeling Requirement for Children < 3 Years
  - Warn to keep powder away from children's nose and mouth

- Canada Labeling Requirement for Infants / Children
  - Cautionary Statements  - "Keep out of reach of children; "Keep powder away from child's face to avoid inhalation which can cause breathing problems."



Johnson&Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK   Doc 46-4   Filed 04/17/23   Entered 04/17/23 15:40:58   Desc
Exhibit Exhibits 12-19 to Satterley Declaration   Page 90 of 118

16

# JOHNSON'S® Baby Powder – Original "Shaker" Package



**BABY POWDER (TALC) SAFETY ICONS**

**WARNING:** Keep powder away from child's face to avoid inhalation, which can cause breathing problems. Avoid contact with the eyes. For external use only.



**To Use:**
1. Shake powder directly into your hand, away from the face, before smoothing onto the skin.

2. Close tightly after use, store in a cool, dry place.

- Provides important warning statement to avoid misuse / promote safe use

- Provides directions for use to further promote safe use / to avoid misuse

- Uses icons (pictures) to enhance understanding



Johnson&Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK   Doc 46-4   Filed 04/17/23   Entered 04/17/23 15:40:58   Desc
Exhibit Exhibits 12-19 to Satterley Declaration   Page 91 of 118

17

# Lung Effects

- Occupational cohort studies of talc inhalation **did not** show an increased risk of lung cancer*
  - 5 published studies
    - 4 of the 5 Studies - no case of mesothelioma** (mesothelioma not studied in the 5th study)
    - In 2 of these studies that had dose-response measurements, no excess risk was found in the highest exposed group
- Results of studies involving miners and millers support **lack of association** between talc and *any* cancer
  - Miners exposed to high levels of talc sometimes developed fibrosis (which can occur with any dust);  there was no excess of pulmonary tumors

\*   Also no increased risk of ovarian cancer

** Mesothelioma known to be exclusively caused by asbestos

Note, references included in bibliography.



Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 92 of 118

18

# Lung Effects

- Cohort studies of very high dose pleurodesis* (~8 grams) to treat pneumothorax patients showed no subsequent risk of cancer (talc* applied directly to the lung pleura)

  - Talc pleurodesis fist reported in 1935[1]

  - Performed routinely for preventing recurrent pneumothorax and effusions with a success rate of over 90%

  - Talc is the preferred agent

•Treatment of pneumothorax patients, talc applied directly to the lung pleura
** Sterile talc

---

**99 Patients Were Followed For Over 20 Years
No Increase of Cancer[2]**

---

1. Bethune N. Pleural poudrage: a new technique for the deliberate production of pleural adhesions as a preliminary to lobectomy.  J Thorac Surg. 1935; 4:251-161.
2. Lange P, Mortensen J, Groth S.  Lung function 22-35 years after treatment of idiopathic spontaneous pneumothorax with talc poudrage or simple drainage.  Thorax 1988; 43(7) 559-561.



Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 93 of 118

19

# Lung Effects

- In over 100 years of use, no case of lung damage from normal use

- Normal infant exposure: 0.007 mg/hr/m3 breathed*[1]

  – Lifetime Rat Study – No Effect at 6000x the infant exposure level[2]

- Natural lung defense mechanisms that normally deal with dust in the air can deal with exposures above normal infant exposure

* Based on 5 applications / day

1. Hildick-Smith GY. The biology of talc. *British Journal of Industrial Medicine.* *1976;33(217):229.*
2. Wagner JC, Berry G, Cooke TJ, Hill RJ, Pooley FD, Skidmore JW. Animal experiments with talc.  Inhaled Part. 1975; 4 Pt2:647-654



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Ovarian Effects



Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 95 of 118

21

# Historical Context

- Talc first came to attention of scientists because of compositional similarities to asbestos
  - Asbestos is a known and potent carcinogen
  - Talc has not been shown to have carcinogenic effects of asbestos
- Cramer Hypothesis
  - 1982 - Epidemiologic association between ovarian cancer and cosmetic talc first published by Prof. Daniel Cramer and his research group at Harvard University[1]
  - 1992 – Follow-up case-control study[2] (OR 1.5; CI 1.1-2.7)
  - Cramer's hypothesis for linking talc and ovarian cancer
    - Some ovarian tumors histologically resemble mesotheliomas (a tumor only caused by asbestos exposure)
    - Talc and asbestos share similar chemical components

1   Cramer DW, Welch WR, Scully RE, Wojciechowski CA (1982)  Ovarian cancer and talc.  *Cancer* 50:372-376.
2   Harlow BL, Cramer DW, Bell DA, Welch WR (1992) Perineal exposure to talc and ovarian cancer risk.  *Obstet Gynecol* 80: 19-26



Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 96 of 118

22

# Evidence

- ## Reported Adult Talc Perineal Dusting – 21 studies*[1,2]

  - Odds Ratio (OR) 1.3

  - No author reported a causal role for talc

  - Dose Response – 10 studies*

    - Most show no dose response with increasing usage

      - Only two showed an increasing trend in the OR with higher dose

    - Some show inverse response

      - Lowest exposure associated with highest risk

      - Highest exposure associated with lowest risk

  - The one epidemiological study that permitted women to acknowledge that they did not know the ingredients in their powder showed no association with ovarian cancer risk

* Meta Analysis

1.Langseth H, Hankinson SE, Siemiatrycki J. Welderpass E Perineal talc exposure and subsequent epithelial ovarian cancer. (2008) J Epidemiol Community Health 62:358-360.  (Meta analysis performed pooling and reviewing data of 20 case-control studies.)  (OR 1.35, CI 1.26-1.46)
2. Rosenblatt KA, Weiss NS, Cushing-Haugen KL, Wicklund KG, Rossing MA.  Genital powder exposure and the risk of epithelial ovarian cancer.  (2011) Cancer Causes Control 22:737-742.  IR 1,27, CI 1.02-2.37).



Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 97 of 118

23

# Evidence

- Only One Prospective Cohort Study – Gertig, et al, 2000[1]
  - Nurse's Health Study (established 1976)
  - Cohort of 121,700 female RNs were questioned about behaviors and followed over a 14 year time period (1982-1996).
  - 307 nurses developed OC
  - Findings
    - Perineal talc use not associated with risk for ovarian cancer (RR 1.09, CI 0.86-1.37)
    - 160 (of 307) - serous type cancers;
      - 84 did not use talc, 76 did use talc
      - Adjusted RR 1.33; CI 0.98 – 1.82.
      - Authors commented that perineal talc use may modestly increase the risk of serous ovarian cancer
    - No dose response shown
- Conclusion - Talc is not a causal factor for ovarian cancer
  - IARC (2006)  - similarly concluded

1.  Gertig DM, Hunter DJ, Cramer DW, Colditz GA, Speizer FE, Willett WC, Hankinson SE. Prospective study of talc use and ovarian cancer, *J Natl Cancer  Institute* (2000) 92(3):249-252.



Case 23-01092-MBK   Doc 46-4   Filed 04/17/23   Entered 04/17/23 15:40:58   Desc
Exhibit Exhibits 12-19 to Satterley Declaration   Page 98 of 118

24

# Evidence

- Sanitary Napkin with Talc Exposure -12 Studies*

    – No significant increased risk of ovarian cancer

- Talc Dusted Diaphragm – 9 Studies*

    – No significant increased risk of ovarian cancer

- Talc Dusted Condom – 5 Studies*

    – No significant  increased risk of ovarian cancer

    – Time trend studies of talc-dusted condom use do not show a correlation with ovarian cancer incidence rates

- Male Genital Talc Use – 2 Studies*

    – No significant increased risk of ovarian cancer

* Meta Analysis

Note, references included in bibliography.



Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 99 of 118

25

# Evidence

- Occupational cohort studies of talc inhalation
  - No significant increased risk of lung and ovarian cancer
- Cohort studies of talc pleurodesis (~ 8 grams)
  - No statistically increased risk of cancer
- Experimental animal studies have not demonstrated that talc induces cancer
- Studies of particle migration in the female reproductive tract are inconclusive
- Theory of talc induced inflammation / oxidative stress is not supported
  - Numerous studies show no positive association between gynecologic conditions and ovarian cancer



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 100 of 118

26

# Risk Factors for Ovarian Cancer (Epithelial) Evidence of Genuine Associations

| Factors Known to Contribute | Factors Known to Protect |
|---|---|
| **Family History – maternal or paternal** | |
| **Personal History – breast cancer** | |
| Age – post menopause | Age - rare ≤ 40 years of age |
| Obesity - Body Mass Index (BMI)  ≥ 30 | Breast Feeding |
| Reproductive History  - nulliparity (never having given birth) | Reproductive History – risk drops with each full term pregnancy |
| Dietary Intake – High Fat Diet, Milk | Dietary Intake – Low Fat Diet |
| Fertility Drugs – some studies have found that using specific fertility drug for longer than one year may increase risk | Birth Control – number of years on oral contraceptives (the pill). Recent study reports lower risk with DMPA) |
| Estrogen Replacement Therapy after menopause – recent studies suggest an increased risk | Gynecologic Surgery – tubal ligation, hysterectomy (without ovary removal) |

Note - Factors not in order of risk level.
Source – American Cancer Society 2013 – www.cancer.org

Johnson & Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# Agency Positions On Association Of Talc and Ovarian Cancer



Johnson&Johnson

CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Case 23-01092-MBK    Doc 46-4    Filed 04/17/23    Entered 04/17/23 15:40:58    Desc
Exhibit Exhibits 12-19 to Satterley Declaration    Page 102 of 118

28

# National Toxicology Program (NTP)

- US federal agency under Dept of Health and Human Services
- Evaluates agents for their carcinogenicity
- Asbestos listed
- Talc is Not listed

<div style="border: 2px solid black;">

**Decision NOT to Include Cosmetic Talc in its Report on Carcinogens (RoC)**

</div>

National Toxicology Program – Nomination for Reviews and Reviews – 1993, 2000, 2005, 2007



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# IARC Talc Monograph Summary Conclusions - 2006

- ## Cancer in Humans
  - There is *inadequate evidence in humans for the carcinogenicity of inhaled talc not* containing asbestos or asbestiform fibres. There is *limited evidence in humans for the carcinogenicity of perineal use of talc based* body powder.

- ## Cancer in Experimental Animals
  - There is *limited* evidence in experimental animals for the carcinogenicity of talc not containing asbestos or asbestiform fibres.

- ## Overall evaluation
  - Perineal use of talc-based body powder is *possibly carcinogenic to humans (Group 2B).*
  - Inhaled talc not containing asbestos or asbestiform fibres is *not classifiable as to its carcinogenicity (Group 3).*

*IARC Monographs on the Evaluation of Carcinogenic Risks to Humans,* VOLUME 93 - Carbon Black, Titanium Dioxide, and Talc., This publication represents the views and expert opinions of an IARC Working Group on the Evaluation of Carcinogenic Risks to Humans,which met in Lyon,7–14 February 2006.  Monograph  2010.



# Cosmetic Ingredient Review (CIR) Conclusions (2013)

- Talc for use in cosmetics is **safe in the present practices of use and concentrations**

- Talc should not be applied to the skin when the epidermal barrier is missing or significantly disrupted

- Summary comments on Epidemiological Data
  - Cited a lack of consistent statistically significant positive associations across studies
  - Lack of positive dose response or a lack of cause and effect
  - Statistical risks were weak and uniformly small

Cosmetic Ingredient Review Expert Panel – Safety Assessment of Talc as Used for Cosmetics – Final Report (April 12, 2013)

Johnson-Johnson
CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# To Sum



Johnson&Johnson

# TO SUM

- Hill Criteria – Insufficient Evidence
- No reports that talc induces any of the six hallmarks of cancer[1,2]
- Overall scientific bodies / agencies find talc safe for intended use in cosmetic applications, the 2006 IARC classification of Group 2B, notwithstanding

> ## Weight of the Evidence - Cosmetic Talc Safe For Intended Use

1. Hanahan D, Weinberg RA.  The Hallmarks of Cancer.  (2000) Cell 100:57-70
2. Hanahan D, Weinberg RA.  Hallmarks of  Cancer : The Next Generation (2011) Cell 144:646-674



CONSUMER & PERSONAL PRODUCTS WORLDWIDE
DIVISION OF JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

# THANK YOU!



© Johnson & Johnson Consumer Companies, Inc. 2014

# Exhibit 19

5278

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                   COUNTY OF ALAMEDA

3          BEFORE THE HONORABLE STEPHEN KAUS

4                    DEPARTMENT 19

5                 VIA ZOOM CONFERENCE

6                    ---oOo---

7    CHRISTINA G. PRUDENCIO,

8         Plaintiff,

9    vs.                          No. RG20061303

10   JOHNSON & JOHNSON, et

     al.,

11

          Defendants.

12   _____/

13

              REPORTER'S TRANSCRIPT OF PROCEEDINGS

14

         (Trial - Annjanette Gauthier; Nancy Musco;

15                 John Hopkins, Ph.D.)

16              Thursday, July 8, 2021

17                   Full Session

18

19

20

         Taken before EARLY K. LANGLEY, B.A., RMR, RSA

21                   CSR No. 3537

22

23

     VOLUME 34

24

25   PAGES 5278 - 5508

5279

```
1    APPEARANCES OF COUNSEL ON THE RECORD VIA ZOOM
2    CONFERENCE:
3
4    For the Plaintiff:
5            JOSEPH SATTERLEY
             IAN RIVAMONTE
6            Kazan, McClain, Satterley & Greenwood
             55 Harrison Street, Suite 400
7            Oakland, California 94607
             (510) 302-1000
8            Jsatterley@kazanlaw.com
             Irivamonte@kazanlaw.com
9
10   For the Defendants Johnson & Johnson, Johnson & Johnson
     Consumer Companies, Inc., Johnson & Johnson Inc., sii
11   Johnson & Johnson Cons Companies:
12           MORTON D. DUBIN
             SHAILA R. DIWAN
13           KEVIN HYNES
             King & Spalding LLP
14           1185 6th Ave Of The Americas
             New York, NY 10036
15           (212) 556-2100
             Sdiwan@kslaw.com
16           Mdubin@kslaw.com
             Khynes@kslaw.com
17
18
19
20
21
22
23
24
25
```

5281

1            INDEX - VOLUME 34 - (Pages 5278 - 5508)

2                   INDEX OF EXAMINATIONS

3                      CHRONOLOGICAL

4

5     ANNJANETTE GAUTHIER (for the Plaintiff)

            Direct Examination By Mr. Satterley        5311

6           Cross-Examination By Ms. Diwan             5366

7     NANCY MUSCO (for the Plaintiff via videotape)

            Examination By Mr. Placitella              5367

8           Examination By Ms. O'Connor                5417

            Examination By Mr. Placitella              5422

9

      JOHN HOPKINS, Ph.D. (for the Plaintiff via

10    videotape)

            Examination By Mr. Panatier               5427

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5288

1                         --oOo--

2             P R O C E E D I N G S

3                         --oOo--

4             Thursday, July 8, 2021 - 8:46 a.m.

5             (Morning and Afternoon Combined)

6             (The following proceedings were held in the

7    virtual breakout room with counsel only outside the

8    presence of the jury:)

9             THE COURT:  Let's go on the record in Prudencio

10   outside the presence of the jury.                    08:47:03

11            I did want to note one thing, which is

12   Johnson & Johnson has been very cooperative.  Although

13   they oppose this kind of trial, they've, you know,

14   tried to assist in the technical presentation, and I

15   personally appreciate it, because this is a difficult   08:47:27

16   endeavor.

17            MR. DUBIN:  Of course, Your Honor.  We,

18   obviously, also thank the plaintiff's counsel for being

19   cooperative with us while we're examining the

20   witnesses.  So, you know, we are all doing our best for  08:47:39

21   this.

22            THE COURT:  Right.

23            MR. DUBIN:  Before we begin, I just wanted to

24   mention something that occurred to me, because I had

25   raised this before and I wanted to make sure that I      08:47:47

5427

1    Johnson & Johnson and Johnson & Johnson Consumer, and

2    this is from trial testimony of 2019.

3            THE COURT:  All right.  And I understand it's

4    longer than an hour, but we are going to look at it

5    until 1:15 today.                                      12:17:02

6            MR. SATTERLEY:  That's correct, Your Honor.

7            THE COURT:  All right.  And then we'll figure

8    out how to arrange next week.

9            All right, Mr. Satterley.  Go ahead.

10           MR. SATTERLEY:  And, once again, he was sworn  12:17:09

11   under oath.  I don't know if the swearing in was a part

12   of the video, but he was sworn under oath as the

13   Johnson & Johnson corporate representative.

14                  JOHN HOPKINS, Ph.D.

15           (For the Plaintiff via videotape)             12:17:16

16       reported and played to the jury as follows:

17   EXAMINATION BY MR. PANATIER:

18       Q.  "Now, you are here as the corporate

19   representative for Johnson & Johnson and Johnson &

20   Johnson Consumer, Inc.; correct?                       12:17:46

21       A.  Yes.

22       Q.  You don't -- you don't work for -- for us; we

23   have not paid to you come here and testify.  Correct?

24       A.  That is correct.

25       Q.  All right.  You currently do not work for      12:17:55

5428

1    Johnson & Johnson; correct?

2         A.   Correct.

3         Q.   You are a consultant?

4         A.   Correct.

5         Q.   So even though you are not currently an        12:18:03

6    employee of Johnson & Johnson, you are the face of

7    Johnson & Johnson at this trial.  Do you understand

8    that?

9         A.   I am today, yes.

10        Q.   And you understand that what you say are the   12:18:14

11   words of Johnson & Johnson; correct?

12        A.   Yes.

13        Q.   Until about the early 1960s, the talc that was

14   used in Johnson & Johnson's Baby Powder was Italian

15   talc for the most part; correct?                        12:18:29

16        A.   Until around about '67, yes.

17        Q.   It was Italian?

18        A.   It was from a mine in Italy, yes.

19        Q.   The Val Chisone region; correct?

20        A.   From the Fontana Mine in the Val Chisone       12:18:41

21   region, a particular mine, yes.

22        Q.   After '67, Johnson & Johnson had purchased a

23   mine in Vermont; correct?

24        A.   They did, yes.

25        Q.   Well, they -- they purchased it prior to 1967; 12:18:51

5431

1          A.  It was, yes.

2          Q.  So Johnson & Johnson no longer owns the Shower

3    to Shower product line; right?

4          A.  Not since 2012, no.

5          Q.  It, obviously, still owns Johnson's Baby          12:21:06

6    Powder; correct?

7          A.  Yes.

8          Q.  Okay.  Johnson & Johnson Corporate in New

9    Brunswick made all health and safety policy decisions

10   with regard to asbestos and talc products; correct?       12:21:22

11         A.  The -- yes.  The company in New Jersey, as the

12   parent company for all global companies, made those

13   decisions, yes.

14         Q.  Okay.  Johnson & Johnson had a big medical

15   library; right?                                            12:21:37

16         A.  They had a library, yes, certainly when I was

17   working there.

18         Q.  They had subscriptions to journals like Journal

19   of the American Medical Association; right?

20         A.  We did, yes.                                     12:21:48

21         Q.  New England Journal of Medicine; right?

22         A.  Uh-huh, yep.

23         Q.  The Lancet?

24         A.  Yes.

25         Q.  And Johnson & Johnson was aware of asbestos      12:21:52

Aiken Welch, A Veritext Company
510-451-1580

5436

1          A.   Yeah.   That's what I said five minutes ago.

2          Q.   Johnson & Johnson knows there's no safe level

3     of asbestos exposure; correct?

4          A.   Scientists have not shown a safe level, so

5     yeah, I would not disagree.                          12:26:14

6          Q.   There's no known safe level of asbestos

7     exposure, especially for children; correct?

8          A.   Again, same answer.   There's no -- no evidence

9     to say otherwise, so we'll assume it's correct.

10         Q.   Well, in fact, your answer -- if you go right    12:26:25

11    below on page 108, you were asked this question:

12              'Okay.   And Johnson & Johnson knows there

13              is no safe level of asbestos exposure,

14              especially for children; correct, sir?'

15              And your answer was, again:               12:26:37

16              'There is no known safe level.'

17              Correct?

18         A.   Yes, that's what I said.

19         Q.   And then the follow-up question was:

20              'That's right, especially for children;    12:26:46

21              correct?'

22              And you said, 'Yes.'

23              Correct?

24         A.   That's right.   That's what I agree.   Yeah.

25         Q.   All right.   Johnson & Johnson understands that   12:26:53

5437

1    if you had just 1 percent by weight of asbestos in a

2    4-ounce bottle of Johnson's Baby Powder, you don't know

3    if it would be trillions or millions or billions of

4    fibers, but it would be a very large number; correct?

5        A.  Yes.                                          12:27:09

6        Q.  In eight ounces of Johnson's Baby Powder, there

7    would be tens to hundreds of trillions of particles;

8    correct?

9        A.  I don't think anyone has ever counted them, but

10   you could estimate that would be many, many trillions,   12:27:21

11   yes.

12       Q.  Okay.  And if we just wanted to get an

13   understanding of what that would mean in terms of how

14   much asbestos was present, you and I did this

15   calculation.                                            12:27:35

16          If you had .00001 percent chrysotile, and there

17   were only a trillion particles in the whole bottle, not

18   tens or hundreds, you would still have 10 million

19   fibers per container; correct?

20       A.  Well, that's -- that's the math, yes.          12:27:53

21       Q.  The truth is that there is a robust history of

22   amphibole minerals in Johnson & Johnson's talc that

23   they used for baby powder; correct?

24       A.  You can find nonasbestos amphibole minerals in

25   pretty well every county in the United States, and you   12:28:09

5508

1   STATE OF CALIFORNIA        )

2                             )      ss.

3   COUNTY OF ALAMEDA          )

4

5            I, EARLY K. LANGLEY, do hereby certify:

6        That foregoing proceedings were held in the

7   above-entitled action at the time and place therein

8   specified;

9        That said proceedings were taken before me at said

10  time and place, and was taken down in shorthand by me,

11  a Certified Shorthand Reporter of the State of

12  California, and was thereafter transcribed into

13  typewriting, and that the foregoing transcript

14  constitutes a full, true and correct report of said

15  proceedings that took place;

16       IN WITNESS WHEREOF, I have hereunder subscribed my

17  hand on July 9, 2021.

18

19

20

21

22

        EARLY K. LANGLEY, CSR No. 3537

23       State of California

24

25