UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Karen B. Dine
Colin R. Robinson
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
       kdine@pszjlaw.com
       crobinson@pszjlaw.com
       pkeane@pszjlaw.com

*Counsel to Arnold & Itkin LLP*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-12825 (MBK) |
| LTL MANAGEMENT LLC,<br><br>    v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. No. 23-01092 (MBK)<br><br>**Re: Docket No. 37** |

## CERTIFICATION OF SERVICE

1. I, Colin R. Robinson, represent Arnold & Itkin LLP in this matter.

2. On April 17, 2023, I sent a copy of the following pleadings and/or documents

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

DOCS_DE:242882.1 05471/003

to the parties on the attached service list in the method as indicated therein.

**OBJECTION OF ARNOLD & ITKIN LLP TO DEBTOR'S PRELIMINARY INJUCTION MOTION**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 17, 2023　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Colin R. Robinson*
　　　　　　　　　　　　　　　　　　　Colin R. Robinson
　　　　　　　　　　　　　　　　　　　919 N. Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-4400
　　　　　　　　　　　　　　　　　　　Email: crobinson@pszjlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Arnold & Itkin LLP*

LTL Adv. Pro. No. 23-1092 Service List
Document No. 242880
11 – Electronic Mail


*(Counsel for Arnold & Itkin LLP)*
Laura Davis Jones, Esq.
Colin R. Robinson, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com

*(Proposed Attorneys for LTL Management LLC)*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12 Floor
New York, NY  10110
Email:  pdefilippo@wmd-law.com; jlawlor@wmd-law.com

(*Proposed Special Counsel for LTL Management LLC*)
Allison M. Brown, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY  10001
Email: Allison.Brown@skadden.com

*(Counsel to of BCBS of Massachusetts)*
Andrew J. Kelly, Esq.
The Kelly Firm, P.C.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
Email: akelly@kbtlaw.com

*(Local Counsel to the Ad Hoc Committee of Certain Talc Claimants)*
Daniel M. Stolz, Esq.
Genova Burns LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Email:  *dstolz@genovaburns.com*

*(Local Counsel to the Ad Hoc Committee of Certain Talc Claimants)*
Donald W. Clarke, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
Email:  dclarke@genovaburns.com

*(Attorney for Employers Insurance Company of Wausau and National Casualty Company)*
Janet A. Shapiro, Esq.
The Shapiro Law Firm
325 N. Maple Drive, #15186
Beverly Hills, CA 90209
Email: jshapiro@shapirolawfirm.com