# **EXHIBIT 1**

Supplement to Appendix A

NAI-1536549377

**Supplement to Appendix A**

**List of Defendants and Their Counsel**

| Claimant Name | State Filed | Docket Number | Plaintiff Counsel |
|---|---|---|---|
| ARNOLD, BEVERLEY ANNE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693793-0000 | PRESZLER INJURY LAWYERS |
| BEDELL, JANICE LOUISE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693957-0000 | PRESZLER INJURY LAWYERS |
| BYRON, DENISE LYNN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693790-0000 | PRESZLER INJURY LAWYERS |
| CAMPOVARI, JODI MARIE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693972-0000 | PRESZLER INJURY LAWYERS |
| CARTER, MARITA CYNTHIA | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00680813-0000 | PRESZLER INJURY LAWYERS |
| CHRISTIE, WENDY LEE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693994-0000 | PRESZLER INJURY LAWYERS |
| CORKUM, TAMARA ANN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00681702-0000 | PRESZLER INJURY LAWYERS |
| DUVALL, DARLENE DENISE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693961-0000 | PRESZLER INJURY LAWYERS |
| FALLDIEN, RUTH-ANN KATHLEEN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693984-0000 | PRESZLER INJURY LAWYERS |
| FERGUSON, LAURA LEE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693991-0000 | PRESZLER INJURY LAWYERS |
| FISK, JEAN ANNE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00681022-0000 | PRESZLER INJURY LAWYERS |
| FRASER, MELISSA HELEN ANNETTE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693954-0000 | PRESZLER INJURY LAWYERS |
| GAMULA, STEPHANIE JOANNE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693965-0000 | PRESZLER INJURY LAWYERS |
| GODSON, KAREN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693985-0000 | PRESZLER INJURY LAWYERS |
| HOLYOME, DORALEE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00695954-0000 | PRESZLER INJURY LAWYERS |
| HOULE, TERESA LYNN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00697424-0000 | PRESZLER INJURY LAWYERS |
| JARROLD, SHERRY ANNETTE (ESTATE OF PATRICIA MCGREGOR) | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00683786-0000 | PRESZLER INJURY LAWYERS |
| JINKERSON, SHIRLEY ANN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00695957-0000 | PRESZLER INJURY LAWYERS |
| KACZMAR, MICHELLE LYNN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00695959-0000 | PRESZLER INJURY LAWYERS |
| KARAMITSOS, BARBARA JOANN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693993-0000 | PRESZLER INJURY LAWYERS |
| KEAYS-IRVING, VICTORIA M | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00685067-0000 | PRESZLER INJURY LAWYERS |
| KENDALL, SUSAN MARIE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00680821-0000 | PRESZLER INJURY LAWYERS |
| KENNEDY, FAITH ANN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693944-0000 | PRESZLER INJURY LAWYERS |
| LUCAS, KERRI LYNN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00685061-0000 | PRESZLER INJURY LAWYERS |
| LYLES, CONNIE LYN | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693951-0000 | PRESZLER INJURY LAWYERS |
| MACOOL, MOYA MAGDALENE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693976-0000 | PRESZLER INJURY LAWYERS |
| MCCOMBER, TARA LYNN KAHNIKARON HIA LA | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00694034-0000 | PRESZLER INJURY LAWYERS |
| MCFARLANE, CHERYL LEE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00681824-0000 | PRESZLER INJURY LAWYERS |
| MCMANUS, CHERYL LYNNE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00681827-0000 | PRESZLER INJURY LAWYERS |

| Claimant Name | State Filed | Docket Number | Plaintiff Counsel |
|---|---|---|---|
| MIKA, ELIZABETH CHRISTINE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00680820-0000 | PRESZLER INJURY LAWYERS |
| OUDERKIRK, DIANE MARIE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00695963-0000 | PRESZLER INJURY LAWYERS |
| PICHETTE, LAURIE ANNE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00693968-0000 | PRESZLER INJURY LAWYERS |
| RAUCH, LEEANNE MARGARET | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00685079-0000 | PRESZLER INJURY LAWYERS |
| STEN, JANA | ONTARIO SUPERIOR COURT OF JUSTICE | CV-23-00697436-0000 | PRESZLER INJURY LAWYERS |
| TOZER, NATALIE ELAINE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00685081-0000 | PRESZLER INJURY LAWYERS |
| ZANDBERGEN, TRIJNTJE | ONTARIO SUPERIOR COURT OF JUSTICE | CV-22-00685270-0000 | PRESZLER INJURY LAWYERS |