# **EXHIBIT 2**

Supplement to Appendix B

NAI-1536549377

**Non-Debtor Affiliates**

Janssen Pharmaceuticals, Inc.
Kenvue Inc.

**Retailers and Indemnified Parties**

Port Jervis Laboratories, Inc., f/k/a Kolmar Laboratories, Inc.