

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**Donald W. Clarke, Esq.**
Partner
Member of the NJ & NY Bar
dclarke@genovaburns.com
Direct: 973-387-7804

April 19, 2023

*Via ECF*

Honorable Michael B. Kaplan
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

    **Re:    LTL Management LLC**
          **Case No. 23-12825 (MBK)**
          **Adv. Pro. No. 23-01092 (MBK)**

Dear Judge Kaplan:

    This firm serves as local counsel to the Official Committee of Talc Claimants (the "Committee") in the above captioned Chapter 11 case. We are in receipt of the Debtor's letter, filed at 6:15 p.m. ET. [Doc 63] The Committee is unaware of any request by the Debtor to file a "rebuttal argument." This improper submission comes nearly 24 hours after the hearing before Your Honor concluded and the record was closed. The Committee respectfully requests that the Court disregard this unauthorized filing in its entirety.

    We thank the Court for its consideration of the within correspondence.

                                  Respectfully submitted,

                                  **GENOVA BURNS LLC**

                                  DONALD W. CLARKE