**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No.:  23-12825 (MBK)<br><br>Judge:  Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>            Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>            Defendants. | Adv. No.:  23-01092 (MBK) |

## DEBTOR'S EXHIBIT LIST

LTL Management LLC, the above-captioned debtor (the "Debtor"), identifies below the

exhibits it is offering into evidence in connection with the hearing on the *Debtor's Motion for an*

*Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions against*

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

*Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary*

*Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction* [Adv. Dkt. 2].

\*\*\*

The Debtor incorporates by reference all exhibits that were admitted into evidence at the

hearing on (a) the *Motion of the Official Committee of Talc Claimants to Dismiss Debtor's*

*Chapter 11 Case* [No. 21-30589, Dkt. 632] and (b) the *Motion to Dismiss Bankruptcy Case* filed

by Arnold & Itkin LLP [No. 21-30589, Dkt. 766], in the case <u>In re LTL Management LLC</u>,

No. 21-30589 (MBK), pursuant to the *Joint Stipulation and Agreed Order Between Movants and*

*Debtor Regarding the Admission of Exhibits at Motion to Dismiss Trial* entered on February

16, 2022 [No. 21-30589, Dkt. 1497].

In addition, the Debtor identifies the following exhibits:

| Ex. | Description | Beg. Bates No. | Confidential[2] Designation |
|---|---|---|---|
| | **Declaration of John Kim and Exhibits** | | |
| 1. | Declaration of John K. Kim in Support of First Day Pleadings, Case No. 23-12825 ("Kim Decl."), including all exhibits thereto: | LTLMGMT-00000020 | |
| | Annex A to Kim Decl., 1979 Agreement | | |
| | Annex B to Kim Decl., Debtor's Corporate Structure Chart | | |
| | Annex C to Kim Decl., Form Plan Support Agreement | | |
| | Annex D to Kim Decl., Termination and Substitution Agreement | | |
| | Annex E to Kim Decl., 2023 Funding Agreement | | |
| | Annex F to Kim Decl., J&J Support Agreement | | |
| | Annex G to Kim Decl., March 6, 2023 Letter from Trailblazers | | |
| | Annex H to Kim Decl., March 21, 2023 Letter from Trailblazers' Counsel | | |

---

[2]    The Debtor's listing of an exhibit does not waive the Debtor's confidentiality designation for any exhibit previously so marked.

-2-

| Ex. | Description | Beg. Bates No. | Confidential[2] Designation |
|---|---|---|---|
| | Annex I to Kim Decl., Plaintiff's Response to Defendants' Opposition to Trailblazer Studios' Request to Record Trial Proceedings | | |
| **Plan Support Agreements and Term Sheet** | | | |
| 2. | Plan Support Agreement with Kiesel Law LLP | LTLMGMT-00000914 | Confidential |
| 3. | Plan Support Agreement with Seeger Weiss LLP | LTLMGMT-00001531 | Confidential |
| 4. | Plan Support Agreement with OnderLaw, LLC with claimant list (former TCC member) | LTLMGMT-00002785 | Confidential |
| 5. | Plan Support Agreement with Johnson Law Group with claimant list | LTLMGMT-00003371 | Confidential |
| 6. | Plan Support Agreement with Ferrer Poirot Wansbrough with claimant list | LTLMGMT-00003444 | Confidential |
| 7. | Plan Support Agreement with Liakos Law, APC with claimant list | LTLMGMT-00003462 | Confidential |
| 8. | Plan Support Agreement with Linville Law Group with claimant list | LTLMGMT-00003480 | Confidential |
| 9. | Plan Support Agreement with Nachawati Law with claimant list (former TCC member) | LTLMGMT-00003498 | Confidential |
| 10. | Plan Support Agreement with McDonald Worley PC with claimant list | LTLMGMT-00003647 | Confidential |
| 11. | Plan Support Agreement with Pulaski Kherkher with claimant list | LTLMGMT-00003685 | Confidential |
| 12. | Plan Support Agreement with Slater Slater Schulman LLP with claimant list | LTLMGMT-00003882 | Confidential |
| 13. | Plan Support Agreement with Rueb Stoller Daniel, LLP with claimant list | LTLMGMT-00003921 | Confidential |
| 14. | Plan Support Agreement with Trammell PC with claimant list | LTLMGMT-00003959 | Confidential |
| 15. | Plan Support Agreement with Wisner Baum, LLP with claimant list | LTLMGMT-00004005 | Confidential |
| 16. | Plan Support Agreement with Watts Guerra LLC with claimant list | LTLMGMT-00004025 | Confidential |
| 17. | Plan Support Agreement with Andres Pereira Firm with claimant list | LTLMGMT-00004956 | Confidential |
| 18. | Signature page of Robinson Calcagnie DocuSign Envelope ID: C316F0C6-FFD0-4BFE-904E-0C3D7CB2235C | LTLMGMT-00000272 | Confidential |
| 19. | Term Sheet – HIGHLY CONFIDENTIAL | LTLMGMT-00002628 | Highly Confidential |
| **Board Minutes and Presentations** | | | |

NAI-1536599882

| Ex. | Description | Beg. Bates No. | Confidential[2] Designation |
|---|---|---|---|
| 20. | Minutes of Board of Managers LTL Management LLC (March 16, 2023) | LTLMGMT-00002626 | Confidential |
| 21. | Minutes of Board of Managers LTL Management LLC (March 28, 2023) | LTLMGMT-00000001 | Confidential |
| 22. | Minutes of Board of Managers LTL Management LLC (April 2, 2023) | LTLMGMT-00000006 | Confidential |
| 23. | Presentation to Board of Managers of LTL Management LLC (March 28, 2023) | LTLMGMT-00002641 | Confidential |
| 24. | Presentation to Board of Managers of LTL Management LLC (April 2, 2023) | LTLMGMT-00002668 | Confidential |
| **Non-Disclosure Agreements** | | | |
| 25. | Template non-executed NDA | LTLMGMT-00002680 | Confidential |
| **Organizational Structure** | | | |
| 26. | 2022 Group Holdings | LTLMGMT-00000192 | Confidential |
| 27. | Johnson & Johnson Holdco (NA) Inc. (US –6101) ("Old JJCI") Structure Chart | LTLMGMT-00000194 | Confidential |
| ***Valadez*-Related Materials** | | | |
| 28. | Emory Hernandez Facebook Profile | | |
| 29. | Emory Hernandez Facebook Post (Feb. 27, 2023) | | |
| 30. | Plaintiff's Notices of Deposition for Person(s) Most Qualified, Reyes (July 15, 2020) | | |
| 31. | Plaintiff's Notices of Deposition for Person(s) Most Qualified, Vanklive (Nov. 24, 2020) | | |
| 32. | Plaintiff's Notices of Deposition for Person(s) Most Qualified, Prudencio (Dec. 8, 2020) | | |
| 33. | 2022.02.04 Stanford Adv. Med. Center Roy Thoracic Oncology f-u | | Confidential |
| 34. | 2022.02.11 Stanford Adv. Med. Center Telephone Encounters re High Heart Rate, ED Referral | | Confidential |
| 35. | 2022.03.04 Stanford Adv. Med Center Roy Diagnosis of Pericardium Primary Mesothelioma | | Confidential |
| 36. | 2022.03.18 Stanford Adv. Med Center Roy Progress Notes & Infusion Reaction | | Confidential |
| 37. | 2022.04.09 - 2022.04.10 Stanford Hospital Antineoplastic Chemotherapy | | Confidential |
| 38. | 2022.08.03 Stanford Tooth Pain Phone Call, Rescheduling, Med Refill Reports | | Confidential |
| 39. | 2022.08.08 Stanford Cancer Genetics, Treatment, Med Refill Reports | | Confidential |

NAI-1536599882

| Ex. | Description | Beg. Bates No. | Confidential[2] Designation |
|---|---|---|---|
| 40. | Transcript of Deposition of Barry R. Horn, M.D., *Valadez v. Johnson & Johnson et al.*, No. 22-cv-012759, Alameda County Superior Court (Mar. 27, 2023) | | |
| 41. | Transcript of Deposition of Annamarie Camacho, *Valadez v. Johnson & Johnson et al.*, No. 22-cv-012759, Alameda County Superior Court (Mar. 2, 2023) | | |
| 42. | Valadez - Plaintiff's Letter to ACOR re Dodson Materials (Dodson Reports), sent 2/28/2023 | | |
| 43. | Declaration of Ronald F. Dodson, *In re LTL Management LLC*, 21-30589 (MBK), filed 5/24/022 | | |
| 44. | Valadez Deposition Exhibit 4, photo of bottles | | |
| 45. | Weaver & Long article entitled, "Chromogenic Characterization: A Study of Kodak Color Prints, 1942-2008" | | |
| 46. | Email from Rivamonte to Roy, with attachments, dated 9/20/2022 | | |
| 47. | U.S. Census Bureau QuickFacts | | |
| 48. | Plaintiff's Opposition to Joint Defendant Johnson & Johnson's Motion in Limine No. 2 to Exclude References to LTL Management LLC's Bankruptcy, filed 4/3/2023, *Valadez v. Johnson & Johnson et al.*, No. 22-cv-012759, Alameda County Superior Court | | |
| 49. | Plaintiff's Notice of Deposition of Defendant Johnson & Johnson's Custodian(s) or Records and Person(s) Most Qualified, filed 3/7/2023, *Valadez v. Johnson & Johnson et al.*, No. 22-cv-012759, Alameda County Superior Court | | |
| 50. | Federica Grosso article entitled, "Pericardial Mesothelioma, a Disease for Brave Hearts" | | |
| 51. | Email from Satterley to Brown re: LTL Stay, dated 4/4/2023 | | |
| 52. | Letter from Kazan, McClain, Satterley & Greenwood objecting to genetic testing, dated 3/14/2023 | | |
| **Miscellaneous** | | | |
| 53. | Birchfield Deposition Exhibit 003 – Beasley Allen Press Release entitled, "Cancer Victims Uniting to Oppose Johnson & Johnson's Latest Bankruptcy Ploy" | | |

NAI-1536599882

| Ex. | Description | Beg. Bates No. | Confidential[2] Designation |
|---|---|---|---|
| 54. | Murdica Deposition Exhibit 6 – Reuters Article entitled, "J&J talc unit 2nd bankruptcy must be dismissed, cancer victims' lawyers say" | | |
| 55. | Watts Deposition Exhibit 3 – Watts Guerra LLC Press Release entitled, "Watts Guerra LLC & 12 Other Firms Representing Vast Majority of Johnson & Johnson Talc Claimants, Announce Broad Support for New $8.9 Billion Settlement with J&J" | | |
| 56. | Watts Deposition Exhibit 4 - Slides re Talc Settlement, presented April 12, 2023 | | |
| 57. | Watts Deposition Exhibit 5 – Still shots of video presentation | | |
| 58. | Birchfield Deposition Exhibit 001 - 9/5/2020 Email from Birchfield to Murdica re: **Confidential** with attachment "TALC TERM SHEET (AN-5PM) (9-4-20).docx" | | Confidential |
| 59. | Birchfield Deposition Exhibit 002 – Confidential Settlement Term Sheet, dated 9/4/2020 5:20 PM | | Confidential |
| 60. | Birchfield Deposition Exhibit 004 – PowerPoint entitled, "Value of Ovarian Cancer Claims" | | Confidential |
| 61. | Birchfield Deposition Exhibit 005 – Beasley Allen webpage entitled, "Talcum Powder Verdicts" | | |
| 62. | Birchfield Deposition Exhibit 006 – Beasley Allen webpage entitled, "Talcum Powder" | | |
| 63. | Birchfield Deposition Exhibit 007 – Results NeoTYPE Analysis Discovery Profile for Debra Henry, dated 5/4/2020 | | Confidential |
| 64. | Birchfield Deposition Exhibit 008 – Medical Report of Susan Vogeler, dated 4/24/2018 | | Confidential |
| 65. | Birchfield Deposition Exhibit 009 – National Cancer Institute webpage entitled, "Ovarian, Fallopian Tube, and Primary Peritoneal Cancers Prevention (PDQ) – Health Professional Version" | | |
| 66. | My Cancer Genome, Malignant Mesothelioma webpage | | |
| 67. | Excerpts from 8/20/2020 Sylvester Reyes Deposition Transcript | | |
| 68. | Molton Deposition Exhibit 0001 – Email chain between Greg Gordon and David Molton re: LTL | | Confidential |
| 69. | Watts Deposition Exhibit 6 – Email from Watts to Murdica and Itkin re: RSA-Talc with an attachment entitled, "RESTRUCTURING | | Confidential |

NAI-1536599882

| Ex. | Description | Beg. Bates No. | Confidential[2] Designation |
|---|---|---|---|
| | SUPPORT AGREEMENT-LTL (20230226-MCW).docx" | | |

Dated: April 19, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
gmgordon@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

NAI-1536599882