**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. No.: 23-01092 (MBK) |

## DEBTOR'S AMENDED DEPOSITION DESIGNATIONS

LTL Management LLC, the above captioned debtor (the "Debtor"), designates the following portions of the following depositions taken in this proceeding for admission into evidence in connection with the hearing on the *Debtor's Motion for an Order (I) Declaring That*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536634656

the Automatic Stay Applies or Extends to Certain Actions against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction* [Adv. Dkt. 2].

\*\*\*

I. **James Murdica – April 16, 2023**

| | | | | |
|---|---|---|---|---|
| • 18:15-17 | • **57:12-58:17** | • **83:7-10** | • **130:14-131:1** | • **167:7-13** |
| • 21:8-10 | • 58:19-22 | • **83:20-84:4** | • **131:25-132:4** | • **169:12-18** |
| • **25:2-14**[2] | • 59:9-60:5 | • **97:15-98:18** | • **132:7-12** | • **179:6-21** |
| • 25:20-25 | • 60:7-16 | • **113:20-114:13** | • **132:14-16** | • **184:2-20** |
| • 39:8-19 | • **61:10-21** | • **117:9-22** | • **132:19-22** | • 188:2-16 |
| • 40:1-16 | • **64:16-21** | • 122:22-25 | • 149:16-150:6 | • 204:11-205:6 |
| • 44:25-45:3 | • **64:23-65:1** | • 123:2-7 | • **165:7-13** | • **256:2-257:10** |
| • **48:24-49:9** | • **68:10-14** | • 126:18-127:8 | • **166:10-16** | • 271:9-21 |
| • **49:13-50:12** | • **68:18-69:6** | • **128:15-129:18** | | • 296:19-297:8 |
| • **56:22-57:8** | • 73:8-24 | | | |

II. **Adam Pulaski – April 15, 2023**

| | | | | |
|---|---|---|---|---|
| • 13:1-15 | • **31:12-22** | • 45:2-4 | • **53:13-54:6** | • 65:8-20 |
| • 15:24-16:16 | • **32:3-33:17** | • **45:24-46:9** | • **54:25-55:2** | |
| • 25:14-23 | • **34:21-35:10** | • **48:4-9** | • **59:14-22** | |
| • **27:3-10** | • 43:24-44:23 | • **49:6-13** | • 61:24-62:6 | |

III. **Mikal Watts – April 16, 2023**

| | | | | |
|---|---|---|---|---|
| • 10:11-14 | • 85:9-15 | • 151:10-15 | • 260:18-20 | • 296:10-11 |
| • 15:3-16:4 | • 86:7-11 | • 151:17-152:12 | • 260:22-261:13 | • 305:14-306:16 |
| • 22:18-24 | • 86:20-23 | • 161:19-162:12 | • 261:15-262:22 | • 307:5-17 |
| • 23:4-10 | • **96:18-97:2** | • 165:18-166:4 | • 264:14-265:24 | • 310:25-311:8 |
| • 23:25-24:10 | • 104:6-105:3 | • **214:10-23** | • 267:16-22 | • 311:13-312:3 |
| • 24:19-25 | • 108:20-109:25 | • **226:17-228:3** | • 268:4-25 | • 313:13-314:7 |
| • 25:19-26:9 | • 110:4-23 | | | • 314:22-315:22 |
| • 26:18-27:24 | | | | |
| • 29:7-11 | | | | |

---

[2] Bold text denotes that the designation is subject to a confidentiality designation.

| | | | | |
|---|---|---|---|---|
| • 30:11-33:2<br>• **49:17-50:13**<br>• **56:20-60:24**<br>• **64:3-65:20**<br>• **71:15-72:12**<br>• 84:13-14 | • 116:13-117:13<br>• 135:17-136:17<br>• **148:22-150:2**<br>• **150:11-18**<br>• 151:3-8 | • 228:6-24<br>• 237:8-238:5<br>• 245:14-247:21<br>• **247:24-248:23**<br>• **257:15-259:6** | • 277:20-278:7<br>• **279:6-25**<br>• 292:8-16<br>• 292:19-25<br>• 293:4-23<br>• 295:12-296:6 | |

IV.  **Richard Dickinson – April 17, 2023**

| | | | | |
|---|---|---|---|---|
| • 8:14-16<br>• 17:19-21<br>• 21:20-21<br>• 22:5-11<br>• 22:14 | • 28:14-20<br>• 29:7-14<br>• **46:21-23**<br>• **47:2-3**<br>• **47:10-21** | • **48:7-11**<br>• **48:13-18**<br>• 65:5-8<br>• 65:11-16<br>• 66:20-67:10 | • 68:25-69:22<br>• 130:23-131:9<br>• 132:24-133:3<br>• 133:7-14<br>• 174:22-175:3 | • 176:23-177:2 |

V.  **David Molton – April 17, 2023**

| | | | | |
|---|---|---|---|---|
| • 5:11-7:25<br>• 8:2-14<br>• **9:25-13:21**<br>• **15:2-17:20**<br>• **18:19-20:6** | • **24:9-31:7**<br>• 47:25-50:11<br>• 51:8-59:3<br>• 60:2-7<br>• 66:6-67:12 | • 67:14:68:17<br>• 68:19-71:14<br>• 71:18-76:4 | • 79:14-85:9<br>• 85:12-89:10<br>• 96:23-98:8<br>• 99:6-101:24 | • 109:24-111:22 |

VI.  **Andy Birchfield – April 17, 2023**

| | | | | |
|---|---|---|---|---|
| • 7:11-21<br>• 8:11-9:24<br>• 11:4-16<br>• 13:4-14:6<br>• 15:12-16<br>• 17:12-14<br>• 17:16-19:12<br>• 19:16-23<br>• 20:5-23:9<br>• 23:18-25:10<br>• 25:22-24<br>• 26:2-27:24<br>• 28:2-11<br>• 35:3-9<br>• 36:5-25 | • 55:20-56:9<br>• 56:14-57:11<br>• 57:24-59:3<br>• **60:7-61:8**<br>• **62:12-63:4**<br>• **64:21-65:9**<br>• **65:14-67:5**<br>• **67:7-25**<br>• **68:8- 15**<br>• **69:7-70:17**<br>• **70:13-25**<br>• **72:11-73:3**<br>• **73:7-14**<br>• **73:17-24**<br>• **74:3-15** | • **86:9-24**<br>• **95:25-96:7**<br>• **96:21-98:5**<br>• 106:21-108:10<br>• **108:15-109:23**<br>• **118:11-23**<br>• 125:18-127:10<br>• 128:22-129:5<br>• 129:9<br>• 129:21-130:13<br>• 132:7-13 | • 143:15-144:16<br>• 145:8-14<br>• 145:20-146:16<br>• 146:19-148:14<br>• 151:6-153:10<br>• 153:16-19<br>• 154:2-6<br>• 156:3-6<br>• 156:10-11<br>• 156:18-157:15<br>• 157:18-158:4 | • 168:6-169:12<br>• 183:19-24<br>• 184:2-4<br>• 192:23-193:7<br>• 193:25-194:7<br>• 194:23-197:15<br>• 201:8-202:12 |

|  |  |  |  |  |
|---|---|---|---|---|
| • 38:18-21<br>• 43:14-19<br>• 44:8<br>• 44:10-12<br>• 44:17-25<br>• 53:4-23<br>• 54:13-20<br>• 54:23-55:8 | • **74:19-75:2**<br>• **75:6-10**<br>• **81:23-82:2**<br>• **82:5-8**<br>• 84:7-11<br>• 88:12-21<br>• 94:18-25<br>• 95:4-11 | • 132:17-133:6<br>• 133:22-134:11<br>• 134:15-135:6<br>• 141:22-142:16<br>• 142:18-143:9<br>• 143:11-12 | • 158:6-159:14<br>• 159:16-160:7<br>• 161:7-16<br>• 161:25-162:12<br>• 162:14-163:17<br>• 166:21-167:2<br>• 167:4-168:4 |  |

VII. <u>**Erik Haas – April 14, 2023**</u>

|  |  |  |  |  |
|---|---|---|---|---|
| • 24:13-25:3<br>• **36:14-40:14**<br>• **42:20-43:7** | • **46:17-47:16**<br>• **48:4-49:23**<br>• **53:2-54:12** | • 60:2-61:16<br>• 63:15-24<br>• 65:8-66:3 | • **83:18-85:22**<br>• **87:2-87:20**<br>• **104:5-105:13** | • **105:17-106:14**<br>• 134:1-7<br>• **156:4-157:15** |

Dated: April 20, 2023            **WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
gmgordon@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*