| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>jmassey@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C.**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |

|  |  |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,** [1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT** and **JOHN AND JANE DOES 1-1000**,<br><br>Defendants. | Adv. Pro. No. 23-01092 (MBK) |

**OFFICIAL COMMITTEE OF TALC CLAIMANTS'**
**NOTICE OF SUBMISSION OF EVIDENCE**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

On April 19, 2023, the Official Committee of Talc Claimants (the "**TCC**") in the above-captioned case of LTL Management LLC (the "**Debtor**" or "**LTL**") submitted to the Court copies of the following deposition transcripts and exhibits for admission into evidence in connection with the hearing on the *Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Ex Parte Pending a Hearing on a Preliminary Injunction* [Adv. Pro. Dkt. No. 2]:

**Deposition Transcripts**[2]

| Deponent | Deposition Date |
|---|---|
| Eric Haas | April 14, 2023 |
| John Kim | April 14, 2023 |
| Adam Pulaski | April 15, 2023 |
| James Murdica | April 16, 2023 |
| Mikal Watts | April 17, 2023 |
| Richard Dickinson | April 17, 2023 |
| David Molton | April 17, 2023 |
| Andy Birchfield | April 17, 2023 |

**Exhibits**

| Ex. | Description | Beg. Bates No. |
|---|---|---|
| 1. | Chapter 11 Petition filed by LTL, Case No. 21-30589 | |
| 2. | Chapter 11 Petition filed by LTL, Case No. 23-12825 | |
| 3. | LTL's Monthly Operating Report for Reporting Period Ended 02/28/2023 | |
| 4. | Term Sheet | LTLMGMT-00002628 |

---

[2] The TCC's listing of a deposition transcript does not waive the TCC's confidentiality designations.

1

2

| 5. | Minutes of Board of Managers of LTL dated March 16, 2023 | LTLMGMT-00002626 |
|---|---|---|
| 6. | Minutes of Board of Managers of LTL dated March 28, 2023 | LTLMGMT-00000001 |
| 7. | Plan Support Agreement | LTLMGMT-00001545 |
| N/A | Declaration of John Kim in Support of First Day Pleadings, Case No. 23-12825 [Dkt. 4] | |
| N/A | Transcript of April 14, 2023 Deposition of John Kim | |

Respectfully submitted,

**GENOVA BURNS LLC**

Dated: April 20, 2023

By: */s/ Daniel M. Stolz*
    Daniel M. Stolz, Esq.
    Donald W. Clarke, Esq.
    110 Allen Road, Suite 304
    Basking Ridge, NJ 07920
    Tel: 973-467-2700
    Fax: 973-467-8126
    Email:    dstolz@genovaburns.com
            dclarke@genovaburns.com

*Proposed Local Counsel for the
Official Committee of Talc Claimants*