**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
GENOVA BURNS LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
(973) 467-2700
*Proposed Local Counsel to the Official Committee of Talc Claimants*
DANIEL M.  STOLZ, ESQ.
DONALD W. CLARKE, ESQ.

In Re:

LTL MANAGEMENT, LLC,

                         Debtor.

LTL MANAGEMENT LLC,

         Plaintiff,

v.

THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,

 Defendants.

Case No.:       23-12825

Chapter:        11

Judge:          Michael B. Kaplan

Adv. Proc. No.: 23-01092 (MBK)

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

         ☐ Settled           X Withdrawn

Matter: #29 Notice of Appearance of Daniel Stolz on behalf of Ad Hoc Committee of Certain Talc Claimants.

Date: April 20, 2023                   */s/  Daniel M. Stolz*
                                          Signature