| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GENOVA BURNS LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>(973) 467-2700<br>*Proposed Local Counsel to the Official Committee of Talc Claimants*<br>DANIEL M.  STOLZ, ESQ.<br>DONALD W. CLARKE, ESQ. | |
| In Re:<br><br>LTL MANAGEMENT, LLC,<br><br>                                                         Debtor. | Case No.:        23-12825<br><br>Chapter:          11<br><br>Judge:              Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>             Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br> Defendants. | Adv. Proc. No.: 23-01092 (MBK) |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☐ Settled              X Withdrawn

Matter: #30 Notice of Appearance of Donald W. Clarke on behalf of Ad Hoc Committee of Certain Talc Claimants.

Date: April 20, 2023                              */s/  Donald W. Clarke*
                                                                 Signature