| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GENOVA BURNS LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>(973) 467-2700<br>*Proposed Local Counsel to the Official Committee of Talc Claimants*<br>DANIEL M. STOLZ, ESQ.<br>DONALD W. CLARKE, ESQ. | |
| In Re:<br><br>LTL MANAGEMENT, LLC,<br><br>                              Debtor. | Case No.:       23-12825<br><br>Chapter:         11<br><br>Judge:            Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>              Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br> Defendants. | Adv. Proc. No.: 23-01092 (MBK) |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Local Counsel to the Official Committee of Talc Claimants.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Donald W. Clarke, Esq.
GENOVA BURNS LLC
494 Broad Street
Newark, NJ  07102
(973) 387-7804
*dclarke@genovaburns.com*

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: April 20, 2023              */s/  Donald W. Clarke*
                                                Signature