

**U.S. Department of Justice**

*Office of the United States Trustee*
*District of New Jersey*

One Newark Center     (973) 645-3014    Telephone
Suite 2100            (973) 645-5993    Facsimile
Newark, New Jersey 07102

April 20, 2023

Honorable Michael B. Kaplan, Chief Judge
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ   08608

Re:  LTL Management, LLC
     Case No. 23-12825/MBK

     LTL Management, LLC v. Those Parties Listed on Appendix A to the Complaint
     Case No. 23-01092/MBK

Dear Judge Kaplan:

The Debtor in the above referenced adversary proceeding filed deposition designations concerning the Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies or Extends to Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order *Ex Parte* Pending a Hearing on a Preliminary Injunction (the "PI Motion") (Dkts. 67 and 70).   It is our understanding that other parties have submitted or will in the near future also submit deposition designations. Certain of the designations have been marked as confidential by various parties.

At this time the United States Trustee does not have the final deposition transcripts and is unable to review the designations and the confidentiality assertions.   The United States Trustee reserves all rights to object to any confidentiality designations, and requests that they be limited solely for purposes of the Court's consideration of the PI Motion and not for any other purpose in this case.

Respectfully submitted,

/s/ Jeffrey M. Sponder
Jeffrey M. Sponder
Trial Attorney

cc:  Via ECF