| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C**.<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for Official Committee of Talc Claimants* |

|  |  |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**[1]<br><br>    Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT LLC**,<br><br>    Plaintiff,<br><br>  v.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT** and **JOHN AND JANE DOES 1-1000**,<br><br>    Defendants. | Adv. Pro. No. 23-01092 (MBK) |

**NOTICE OF REQUEST OF OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**PLEASE TAKE NOTICE** that the Request of Official Committee of Talc Claimants for Order Certifying Direct Appeal of the Order of April 20, 2023 granting in part the Debtor's motion for preliminary injunction to the United States Court of Appeals for the Third Circuit (the "Request") shall be heard before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge for the District of New Jersey, on April 27, 2023, or as otherwise directed by

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

the Court, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Request shall be filed with the Clerk of the Bankruptcy Court and served upon all parties in interest at least seven (7) days before the hearing date of the Request.

DATED this 21st day of April 2023.

Respectfully submitted,

**GENOVA BURNS, LLC**

By: */s/ Daniel M. Stolz* .
    Daniel M. Stolz, Esq.
    Donald W. Clarke, Esq.
    dstolz@genovaburns.com
    dclarke@genovaburns.com
    110 Allen Road, Suite 304
    Basking Ridge, NJ 07920
    Tel: (973) 533-0777
    Fax: (973) 467-8126

*Proposed Local Counsel to the Official Committee of Talc Claimants*