| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>and<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C**.<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for Official Committee of Talc Claimants* |

|  |  |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**[1]<br><br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT LLC**,<br>Plaintiff,<br>v.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000**,<br>Defendants. | Adv. Pro. No. 23-01092 (MBK) |

**CERTIFICATION FOR DIRECT APPEAL OF
PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023
TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Upon consideration of the *Request of Official Committee of Talc Claimants for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit* (the "Request") filed by the Official Committee of Talc Claimants ("TCC") for certification for direct appeal to the Third Circuit Court of Appeals (the "Third Circuit") of TCC's pending appeal (the "Appeal") of (a) *the Order of April 20, 2023 granting in part the relief sought by Debtor's Motion For An Order (I) Declaring That The Automatic Stay Applies Or Extends To Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, And (III) Granting A Temporary Restraining Order Ex Parte Pending A Hearing On A Preliminary Injunction*; (b) *the Order of the same date granting a preliminary*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

*injunction prohibiting the commencement or continuation of any trial against any of the protected parties identified in Appendix B to the verified complaint in Adversary Case No. 23-01092 (MBK), as amended, through and including June 15, 2023*; and (c) *the Bench Order of the Court of the same date* (Adversary Case No. 23-01092 (MBK)) (collectively, the "Order"), and all papers filed in support of and in opposition to the Request, and the oral argument on the Request held on April 27, 2023, and all prior proceedings herein, and finding good cause for the requested certification; and upon due consideration, the Court hereby finds as follows:

1.  the Order involves matters of public importance requiring certification for direct appeal to the Third Circuit;

2.  the Order involves questions of law for which there is no controlling decision of the Third Circuit or the United States Supreme Court; and

3.  an immediate appeal from the Order may materially advance the progress of this case or these proceedings.

Based on the foregoing, and for good cause shown:

**IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 158(d)(2) and Rule 8006 of the Federal Rules of Bankruptcy Procedure, TCC's Appeals of the Order is hereby certified for direct appeal to the United States Court of Appeals for the Third Circuit.

Dated: _____ ___, 2023

                                                      _____
                                                      HONORABLE MICHAEL B. KAPLAN
                                                      UNITED STATES BANKRUPTCY JUDGE