| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** ||
| Caption in Compliance with D.N.J. LBR 9004-1(b) ||
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com<br>150 West 30th Street, Suite 201<br>New York, New York 10001<br>Tel: (800) 358-5922<br>*Attorneys for Mesothelioma Claimants Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin* | COONEY & CONWAY<br>Kathy Byrne, Esq.<br>kbyrne@cooneyconway.com<br>120 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>Tel: (312) 236-6166<br>*Attorneys for Mesothelioma Claimant Giovanni Sosa*<br>*\*Admitted Pro Hac Vice* |
| LEX NOVA LAW, LLC<br>E. Richard Dressel, Esq.<br>rdressel@lexnovalaw.com<br>10 E. Stow Road, Suite 250<br>Marlton, New Jersey 08053<br>Tel: (856) 382-8211<br>*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa* | DEAN OMAR BRANHAM SHIRLEY, LLP<br>J. Bradley Smith, Esq.<br>Bsmith@dobslegal.com<br>302 N. Market Road<br>Suite 300<br>Dallas, Texas 75202<br>Tel: (214) 722-5990<br>*Attorneys for Mesothelioma Claimant Evan Plotkin*<br>*\*Admitted Pro Hac Vice* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-ap-1092-MBK |
| LTL MANAGEMENT LLC, ) | |
| ) | Lead BK Case: 23-12825-MBK |
| Debtor. ) | |

## NOTICE OF AD HOC GROUP OF MESOTHELIOMA CLAIMANTS' MOTION FOR ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**PLEASE TAKE NOTICE** that The Ad Hoc Group Mesothelioma Claimants'[1] Motion for Order Certifying Direct Appeal of Order of April 20, 2023 granting in part the Debtor's motion for a preliminary injunction to the United States Court of Appeals for the Third Circuit (the "Motion") shall be heard before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge for the District of New Jersey, on May 9, 2023 (*see* Dkt. 87), or as otherwise directed by the Court, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608.

---

[1] The Ad Hoc Group is composed of claimants Katherine Tollefson, Evan Plotkin and Giovanni Sosa (all appellants to the Third Circuit in *LTL1*), joined in this Request by Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, Christine Woodfin, and Paul Crouch (Individually and as Executor *Ad Prosequendum* of the Estate of Cynthia Lorraine Crouch) all mesothelioma claimants. *See* Adv. Pro. Case No. 23-01092-MBK Dkt. 60 (MRHFM Obj. Prelim. Inj.), Dkt. 57 (Paul Crouch Obj.), Dkt. 58 (Evan Plotkin Joinder to Obj.), and Mesothelioma Claimants' Joinder to Objection of TCC (Case No. 23-12825-MBK, Dkt. 214).

2

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion shall be filed with the Clerk of the Bankruptcy Court and served on all parties in interest before the hearing date of the Motion.

DATED this 24th day of April 2023.

Respectfully submitted:

**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**

/s/ *Clayton L. Thompson*
_____
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
MAUNE RAICHLE HARTLEY
FRENCH & MUDD, LLC
150 W. 30th Street, Suite 201
New York, NY 10001
(800) 358-5922
*Attorneys for Mesothelioma Claimants*
*Katherine Tollefson, Sandra Weathers,*
*Mary Jackson, Elizabeth Meikle, Marzena Zachara,*
*Robert Radin, and Christine Woodfin*