| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com<br>150 West 30th Street, Suite 201<br>New York, New York 10001<br>Tel: (800) 358-5922<br>*Attorneys for Mesothelioma Claimants Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin* | COONEY & CONWAY<br>Kathy Byrne, Esq.<br>kbyrne@cooneyconway.com<br>120 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br>Tel: (312) 236-6166<br>*Attorneys for Mesothelioma Claimant Giovanni Sosa*<br>*Admitted Pro Hac Vice |
| LEX NOVA LAW, LLC<br>E. Richard Dressel, Esq.<br>rdressel@lexnovalaw.com<br>10 E. Stow Road, Suite 250<br>Marlton, New Jersey 08053<br>Tel: (856) 382-8211<br>*Attorneys for Mesothelioma Claimants Evan Plotkin and Giovanni Sosa* | DEAN OMAR BRANHAM SHIRLEY, LLP<br>J. Bradley Smith, Esq.<br>Bsmith@dobslegal.com<br>302 N. Market Road<br>Suite 300<br>Dallas, Texas 75202<br>Tel: (214) 722-5990<br>*Attorneys for Mesothelioma Claimant Evan Plotkin*<br>*Admitted Pro Hac Vice |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-ap-1092-MBK |
| LTL MANAGEMENT LLC, ) | |
| ) | Lead BK Case: 23-12825-MBK |
| Debtor. ) | |

## CERTIFICATION FOR DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES <u>COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

The relief set forth on the following pages, numbered three (3) and four (4), is hereby ORDERED.

**CERTIFICATION FOR DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Upon consideration of (1) the *Request of Official Committee of Talc Claimants for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit* (the "Request") filed by the Official Committee of Talc Claimants ("TCC") for certification for direct appeal to the Third Circuit Court of Appeals (the "Third Circuit") of TCC's pending appeal (the "Appeal") and (2) the *Ad Hoc Group of Mesothelioma Claimants' Motion for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit* (the "Motion") of (a) *the Order of April 20, 2023 granting in part the relief sought by Debtor's Motion For An Order (I) Declaring That The Automatic Stay Applies Or Extends To Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, And (III) Granting A Temporary Restraining Order Ex Parte Pending A Hearing On A Preliminary Injunction*; (b) *the Order of the same date granting a preliminary injunction prohibiting the commencement or continuation of any trial against any of the protected parties identified in Appendix B to the verified complaint in Adversary Case No. 23-01092 (MBK), as amended, through and including June 15, 2023*; and (c) *the Bench Order of the Court of the same date* (Adversary Case No. 23-01092 (MBK)) (collectively, the "Order"), and all papers filed in support of and in opposition to the Request, and the oral argument on the Request held on May 9, 2023,

**CERTIFICATION FOR DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

and all prior proceedings herein, and finding good cause for the requested certification; and upon due consideration, the Court hereby finds as follows:

1. the Order involves matters of public importance requiring certification for direct appeal to the Third Circuit;

2. the Order involves questions of law for which there is no controlling decision of the Third Circuit or the United States Supreme Court; and

3. an immediate appeal from the Order may materially advance the progress of this case or these proceedings.

Based on the foregoing, and for good cause shown:

**IT IS HEREBY ORDERED** that, pursuant to 28 U.S.C. § 158(d)(2) and Rule 8006 of the Federal Rules of Bankruptcy Procedure, the TCC's and Ad Group of Mesothelioma Claimants' Appeals of the Order is hereby certified for direct appeal to the United States Court of Appeals for the Third Circuit.