Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
*Counsel for Paul Crouch, Individually and as*
*Executor and as Executor Ad Prosequendum of*
*the Estate of Cynthia Lorraine Crouch*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-ap-1092-MBK |
| LTL MANAGEMENT LLC, | ) |
| | ) Lead BK Case: 23-12825-MBK |
| Debtor. | ) |

### NOTICE OF PAUL CROUCH'S MOTION AND JOINDER OF HEARING NOTICE REGARDING CERTIFYING DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**PLEASE TAKE NOTICE** that Paul Crouch joins the Hearing Notice filed by the TCC in connection with its Motion for Order Certifying Direct Appeal, which Mr. Crouch joined. Pursuant to that Notice, and subsequent Order of this Court, the TCC Motion and Mr. Crouch's joinder and Motion shall be heard before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge for the District of New Jersey, on May 9, 2023, or as otherwise directed by the Court, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion shall be filed with the Clerk of the Bankruptcy Court and served on all parties in interest before the hearing date of the Motion.

| | |
|---|---|
| Dated: April 24, 2023 | /s/ *Jerome H. Block*<br>Jerome H. Block (I.D. 272002018)<br>LEVY KONIGSBERG, LLP<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Fax: (212) 605-6290<br>Email: jblock@levylaw.com<br>Attorneys for Talc Claimant<br>Paul Crouch, Individually and as Executor<br>and as Executor Ad Prosequendum of the<br>Estate of Cynthia Lorraine Crouch<br>and<br>JONATHAN RUCKDESCHEL<br>The Ruckdeschel Law Firm, LLC<br>8357 Main Street<br>Ellicott City, Maryland 21043<br>Email: ruck@rucklawfirm.com<br>Attorneys for Talc Claimant<br>Paul Crouch, Individually and as Executor<br>and as Executor Ad Prosequendum of the<br>Estate of Cynthia Lorraine Crouch<br>　　　*Admitted Pro Hac Vice |