Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq. (Pro Hac Vice Pending)
jsatterley@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Claimants Dean McElroy, Marlin Eagles, Susan Bader, Christina Prudencio, Trevor Barkley*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 (MBK) |
| Debtor. | : | |
| | : | Judge: Michael B. Kaplan |
| | : | |
| LTL MANAGEMENT LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No.: 23-1092 (MBK) |
| | : | |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT AND JOHN AND JANE DOES 1-1000 | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

1. I, _____E. A. Pawek_____ :

    ☐ represent _____ in this matter.

☒ am the secretary/paralegal for <u>     Joseph D. Satterley     </u>, who represents

<u>     Dean McElroy, Marlin Eagles, Susan Bader, Christina Prudencio, and Trevor Barkley     </u>
in this matter.

☐ am the <u>                              </u> in this case an am representing myself.

2. On <u>     April 27, 2023     </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

**CERTAIN CREDITOR MESOTHELIOMA CLAIMANTS' OBJECTION TO DEBTOR'S CONFIDENTIALITY DESIGNATIONS**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 27, 2023              <u>     /s/ E. A. Pawek     </u>
                                         Signature

3254817.1                                    2

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul R. DeFilippo<br>Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>pdefilippo@wmd-law.com | Attorneys for Debtor; | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| James N. Lawlor<br>jlawlor@wmd-law.com | Attorneys for Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allison Meghan Brown<br>allison.brown@skadden.com | Plaintiff LTL Management LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerome Block<br>jblock@levylaw.com | Attorneys for Levy Konigsberg, LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Donald W. Clarke<br>dclarke@genovaburns.com | Attorneys for Official Committee of Talc Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| E. Richard Dressel<br>rdressel@lexnovalaw.com | On behalf of Creditor Evan Plotkin and Creditor Giovanni Sosa | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |
| Richard G. Haddad<br>rhaddad@otterbourg.com | | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |
| John Maloney<br>jmaloney@lawgmm.com | Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |
| Christopher M. Placitella<br>cplacitella@cprlaw.com | Attorneys for Cohen, Placitella & Roth, P.C. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle and Creditor Katherine Tollefson | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Colin R. Robinson<br>crobinson@pszjlaw.com | Attorneys for Arnold & Itkin LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Co. of Wausau; Employers Mutual Casualty Company; Nationwide Indemnity; Scottsdale Insurance | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Adam C. Silverstein<br>asilverstein@otterbourg.com | Attorneys for Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Multi-District Litigation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel Stolz<br>dstolz@genovaburns.com | Attorneys for Official Committee of Talc Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Clay Thompson<br>cthompson@mrhfmlaw.com | On behalf of Creditor Jan Deborah Michelson-Boyle, Creditor Katherine Tollefson and Interested Party Maune Raichle Hartley French & Mudd, LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017 | | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other <br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Fidelma Fitzpatrick<br>Motley Rice LLC<br>40 Westminster Street<br>5th Floor<br>Providence, RI 02903 | | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other <br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| **Name and address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Jonathan Orent<br>Motley Rice LLC<br>40 Westminster Street<br>5th Floor<br>Providence, RI 02903 | | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| | | |

3254817.1

7