

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**Donald W. Clarke, Esq.**
Partner
Member of the NJ & NY Bar
dclarke@genovaburns.com
Direct: 973-387-7804

April 28, 2023

*Via ECF*

Honorable Michael B. Kaplan
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

  **Re: LTL Management LLC**
    **Case No. 23-12825 (MBK)**
    **Adv. Pro. No. 23-01092 (MBK)**

Dear Judge Kaplan:

  This firm serves as local counsel to the Official Committee of Talc Claimants (the "Committee") in the above captioned Chapter 11 case. We are in receipt of chamber's request to file on the docket the letter, dated April 25, 2023, from proposed co-counsel to the Committee, Michael S. Winograd, sent to chambers e-mail.

  We thank the Court for its consideration of the within correspondence, attached hereto as Exhibit "A".

           Respectfully submitted,

           GENOVA BURNS LLC

           DONALD W. CLARKE