UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC**,<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT** and **JOHN AND JANE DOES 1-1000**,<br><br>Defendants. | Adv. Pro. No. 23-01092 (MBK) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on April 28, 2023 as directed by Genova Burns LLC, Proposed Local Counsel to the Official Committee of Talc Claimants, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Motion for Request for Certification of Direct Appeal to Circuit Court Filed by Official Committee of Talc Claimants. (Attachments: # 1 Request of Official Committee of Talc Claimants for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit # 2 Proposed Order for Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit) (Stolz, Daniel) (Entered: 04/21/2023)

| | |
|---|---|
| Application to Shorten Time (related document:84 Motion for Request for Certification of Direct Appeal to Circuit Court filed by Creditor Official Committee of Talc Claimants) Filed by Official Committee of Talc Claimants. (Attachments: # 1 Proposed Order Shortening Notice of REQUEST OF OFFICIAL COMMITTEE OF TALC CLAIMANTS FOR ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY INJUNCTION ORDER OF APRIL 20, 2023 TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT [Doc 84]) (Clarke, Donald) (Entered: 04/22/2023) | |
| Order Granting Application to Shorten Time (related document:84 Motion for Request for Certification of Direct Appeal to Circuit Court filed by Creditor Official Committee of Talc Claimants). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 4/24/2023. Hearing scheduled for 5/9/2023 at 11:30 AM at MBK - Courtroom 8, Trenton. (wiq) (Entered: 04/24/2023) | |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

April 28, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**LTL Management LLC v. Those Parties Listed on Appendix A to the Complain 23-01092**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 8221 | GRANT & EISENHOFER P.A., palderson@gelaw.com | **Electronic** |
| 8221 | HAFFNER LAW PC, jhh@haffnerlawyers.com | **Electronic** |