| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com<br>MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br>659 Eagle Rock Avenue<br>West Orange New Jersey 07052<br>Tel:  (800) 358-5922<br><br>-and-<br><br>150 West 30th Street, Suite 201<br>New York, New York 10001<br>Tel: (800) 358-5922<br><br>*Counsel for Mesothelioma Claimant and Appellant Katherine Tollefson and Certain Mesothelioma Plaintiffs* | |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>　　　　　　　　　　　　Debtor. | Case No:　　23-01092 (MBK)<br><br>Chapter:　　11<br><br>Hearing Date: May 3, 2023<br><br>Judge:　　Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____LUCINDA CHRISTMAN_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Clayton Thompson, who represents Katherine Tollefson and Certain Mesothelioma Plaintiffs in this matter.

    ☐ am the _____ in this case an am representing myself.

1

On April 24, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below by ECF. Regular mail service has been effectuated as of May 1, 2023.

Motion of Maune Raichle Hartley French & Mudd, LLC's Ad Hoc Group of Mesothelioma Claimants' Motion for Order Certifying Direct Appeal of Preliminary Injunction Order of April 20, 2023 to the United States Court of Appeals for the Third Circuit.

2. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  May 1, 2023                              _____
                                                Signature

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LTL Management LLC<br>501 George Street<br>New Brunswick, New Jersey 08933<br><br>allison.brown@skadden.com<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com | Debtor | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |
| E. Richard Dressel<br>rdressel@lexnovalaw.com | Attorneys for Evan Plotkin, and Giovanni Sosa | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |
| Donald W. Clarke<br>dclarke@genovaburns.com<br><br>Daniel Stolz<br>dstolz@genovaburns.com<br><br>Richard G. Haddad<br>rhaddad@otterbourg.com<br><br>David J. Molton<br>dmolton@brownrudnick.com<br><br>Adam Silverstein<br>asilverstein@otterbourg.com<br><br>Gregory S. Kinoian<br>gkinoian@genovaburns.com | Proposed local counsel for Ad Hoc Committee of Certain Talc Claimants; Ad Hoc Committee of Creditors; Official Committee of Talc Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |
| Lauren Bielskie<br>lauren.bielskie@usdoj.gov<br><br>Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable)</sub> |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Z. Balasko<br>john.z.balasko@usdoj.gov<br><br>Bethany Theriot<br>Bethany.theriot@usdoj.gov | Attorneys for United States of America | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerome Block<br>jblock@levylaw.com | Attorneys for Levy Konigsberg, LLP, Paul Crouch, Catherine Forbes, and Randy Derouen | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Christopher M. Placitella | Attorneys for Cohen, Placitella & Roth P.C. and Justin Bergeron | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Carol A. Slocum<br>cslocum@klehr.com | Attorneys for Klehr Harrison Harvy Branzburg & Ellers, Maune Raichle Hartley French & Mudd LLC, and Andy D. Birchfield, Jr. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alan J. Brody<br>brodya@gtlaw.com | Attorneys for Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International; Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc.; Bausch Health USA, LLC f/k/a Valeant Pharmaceuticals North America LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew T. Frankel<br>afrankel@stblaw.com<br><br>Stephen V. Gimigliano<br>sgimigliano@lawgmm.com<br><br>John Maloney<br>jmaloney@lawgmm.com<br><br>Robin Rabinowitz<br>rrabinowitz@lawgmm.com | Attorney for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Konrad Krebs<br>Konrad.krebs@clydeco.us | Attorneys for The Continental Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Derek J. Baker<br>dbaker@reedsmith.com | Attorneys for Cyprus Mines Corporation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Company of Wausau, National Casualty Co. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ericka Fredricks Johnson<br>erjohnson@wcsr.com | Attorneys for Ad Hoc Committee of States Holding Consumer Protection Claims | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Leslie Carol Heilman<br>heilmanl@ballardspahr.com | Attorneys for Albertsons Companies, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Autumn D. Highsmith<br>autumn.highsmith@oag.texas.gov | Attorneys for State of Texas | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian W. Hofmeister<br>bwh@hofmeisterfirm.com | Attorneys for Law Firm of Brian W. Hofmeister on behalf of Kellie Brewer | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sari B. Placona<br>splacona@msbnj.com<br><br>Anthony Sodono, III<br>asodono@msbnj.com | Attorneys for Barnes Law Group LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Colin R. Robinson<br>crobinson@pszjlaw.com | Attorneys for Arnold & Itkin LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com<br><br>Clay Thompson<br>cthompson@mrhfmlaw.com | Attorneys for Creditor Katherine Tollefson and various mesothelioma claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mitchell Malzberg<br>mmalzberg@mjmalzberglaw.com | Attorneys for Various Talc Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ____ECF____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis A. Modugno<br>lmodugno@tm-firm.com<br><br>Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU Insurance Company; ASR Schadeverzekering N.V.; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; New Jersey Coverage Action Plaintiff-Insurers; RheinLand Versicherungen; Starr Indemnity & Liability Company; The Insurance Company of the State of Pennsylvania, Philadelphia; The North River Insurance Company | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other     ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Eileen McCabe<br>eileen.mccabe@mendes.com<br><br>Jeff Kahane<br>jkahane@duanemorris.com<br><br>Andrew Mina<br>amina@duanemorris.com<br><br>Louis A. Modugno<br>lmodugno@tm-firm.com<br><br>Sommer Leigh Ross<br>slross@duanemorris.com<br><br>Nathan Reinhardt<br>nreinhardt@duanemorris.com<br><br>Stephen T. Roberts<br>Stephen.roberts@mendes.com<br><br>Russell Webb Roten<br>rwroten@duanemorris.com | Atlanta International Insurance Company; | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other     ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

8

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian J. McCormick<br>bmccormick@rossfellercasey.com | Attorneys for Ross Feller Casey LLP and various talc claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allen J. Underwood, II<br>aunderwood@litedpalma.com | Attorneys for Lite DePalma Greenberg & Afandaor LLC; DeSanto Canadian Class Action Creditors | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stephen M. Packman<br>spackman@archerlaw.com | Attorneys for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kenneth A. Rosen<br>krosen@lowenstein.com | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for Republic Indemnity Company of America | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>msirota@coleschotz.com | Attorneys for Ad Hoc Committee of Supporting Counsel | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Robert Malone<br>rmalone@gibbonslaw.com | Attorneys for State of Mississippi; State of New Mexico | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Walter Benzija<br>wbenzija@halperinlaw.com | Attorneys for Halperin Battaglia Benzija, LLP and The Blue Cross Blue Shield Association | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John M. August<br>jaugust@saiber.com | Attorneys for Saiber LLC, Anthony Hernandez Valdez and various talc claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Geoffrey B. Gompers<br>gompers@gonperslaw.com<br><br>Leah Cylia Kagan<br>lkagan@sgptrial.com<br><br>Daniel Robert Lapinski<br>dlapinski@motleyrice.com<br><br>Moshe Maimon<br>mmaimon@levylaw.com<br><br>John W. Weiss<br>jweiss@pashmanstein.com | Attorneys for various talc claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cole Schotz P.C.<br>25 Main Street<br>Court Plaza North<br>Hackensack NJ 07604 | Attorneys for Ad Hoc Group of Supporting Counsel | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

11

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul Hastings<br>200 Park Avenue<br>New York NY 10106 | Attorneys for Ad Hoc Group of Supporting Counsel | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Parkins Rubio<br>700 Milam, Suite 1300<br>Houston TX 77002 | Attorneys for Ad Hoc Group of Supporting Counsel | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lisa Bittle Tancredi<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | Attorneys for The Ad Hoc Committee of States Holding Consumer Protection Claims | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Fidelma Fitzpatrick<br>Motley Rice LLC<br>40 Westminster Street, 5th Floor<br>Providence RI 02903<br><br>Jonathan Orent<br>Motley Rice LLC<br>40 Westminster Street, 5th Floor<br>Providence RI 02903 | Interested Party | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Autumn D. Highsmith<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | Attorneys for State of Texas | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

13

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York NY 10017 | Agents | ☐  Hand-Delivered<br><br>☒  Regular mail<br><br>☐  Certified mail/RR<br><br>☐  Other _____<br>(As authorized by the Court or by rule.  Cite the rule if applicable) |