| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Matthew I.W. Baker, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>mbaker@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Proposed Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C**.<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for Official Committee of Talc Claimants* |

| | |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT LLC**,<br><br>                    Plaintiff,<br><br>    v.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT** and **JOHN AND JANE DOES 1-1000**,<br><br>                    Defendants. | Adv. Pro. No. 23-01092 (MBK) |

## AMENDED NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the Appellant(s):**

1. **Names(s) of appellant(s):** The Official Committee of Talc Claimants.

2. **Position of appellant(s) in the bankruptcy case that is the subject of this appeal**: Appellant is an official committee of tort claimants in the underlying bankruptcy case. Appellant is also an intervenor in Adversary Case No. 23-01092 (MBK).

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

**Part 2: Identify the subject of this appeal:**

1. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a), hereby gives notice of appeal to the United States District Court for the District of New Jersey from each and every part of the order of the United States Bankruptcy Court for the District of New Jersey of as follows:

(a) the Order of April 20, 2023 granting in part the relief sought by Debtor's Motion For An Order (I) Declaring That The Automatic Stay Applies Or Extends To Certain Actions Against Non-Debtors, (II) Preliminarily Enjoining Such Actions, And (III) Granting A Temporary Restraining Order Ex Parte Pending A Hearing On A Preliminary Injunction (annexed hereto, as **Exhibit "A,"** is a copy of the Transcript of the United States Bankruptcy Court's ruling read into the record on April 20, 2023 (Adversary Case No. 23-01092 (MBK))); and

(b) the Order of the same date granting a preliminary injunction prohibiting the commencement or continuation of any trial against any of the protected parties identified in Appendix B to the verified complaint in Adversary Case No. 23-01092 (MBK), as amended, through and including June 15, 2023 (see *Exhibit "A"* annexed hereto);

(c) the Bench Order of the Court of the same date (see *Exhibit "A"* annexed hereto);

(d) [*amendment*] the Order Dissolving Temporary Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints, filed April 25, 2023 (Adversary Case No. 23-01092 (MBK)) (annexed hereto as **Exhibit "D"**; and

(e) [*amendment*] the Memorandum Opinion by Chief Judge Michael B. Kaplan, United States Bankruptcy Court, District of New Jersey in support of the Order Dissolving Temporary

3

Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints, filed April 27, 2023 (Adversary Case No. 23-01092 (MBK)) (annexed hereto as **Exhibit "E"**).

2. **State the date on which the judgment, order, or decree was entered:** The Bench Order (see *Exhibit "A"* annexed hereto) was issued on April 20, 2023. [*Amendment*] The Order Dissolving Temporary Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints (see *Exhibit "D"* annexed hereto) and the Memorandum Opinion by Chief Judge Michael B. Kaplan, United States Bankruptcy Court, District of New Jersey in support of the Order Dissolving Temporary Restraining Order, Extending the Automatic Stay, and Granting Limited Preliminary Restraints (see *Exhibit "E"* annexed hereto) were entered on April 25, 2023 and April 27, 2023, respectively.

**Part 3: Identify the other parties to the appeal:**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| Appellant: the Official Committee of Talc Claimants | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Robert J. Stark, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>rstark@brownrudnick.com |

|  | mwinograd@brownrudnick.com <br> egoodman@brownrudnick.com <br> Seven Times Square <br> New York, NY 10036 <br> Tel : (212) 209-4800 <br> Fax : (212) 209-4801 <br><br> and <br> Jeffrey L. Jonas, Esq. <br> Sunni P. Beville, Esq. <br> Shari I. Dwoskin, Esq. <br> jjonas@brownrudnick.com <br> sbeville@brownrudnick.com <br> sdwoskin@brownrudnick.com <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 856-8200 <br> Fax: (617) 856-8201 <br><br> **OTTERBOURG PC** <br> Melanie L. Cyganowski, Esq. <br> Richard G. Haddad, Esq. <br> Adam C. Silverstein, Esq. <br> Jennifer S. Feeney, Esq. <br> David A. Castleman, Esq. <br> mcyganowski@otterbourg.com <br> rhaddad@otterbourg.com <br> asilverstein@otterbourg.com <br> jfeeney@otterbourg.com <br> dcastleman@otterbourg.com <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 905-3628 <br> Fax: (212) 682-6104 <br><br> **MASSEY & GAIL LLP** <br> Jonathan S. Massey, Esq. <br> Rachel S. Morse, Esq. <br> jmassey@masseygail.com <br> rmorse@masseygail.com <br> 1000 Maine Ave. SW, Suite 450 <br> Washington, DC  20024 <br> Tel: (202) 652-4511 <br> Fax: (312) 379-0467 <br> *Proposed Special Counsel for the Official Committee of Talc Claimants* |
|---|---|

| | |
|---|---|
| Appellee - Plaintiff: LTL Management, LLC | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>pdefilippo@wmd-law.com<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Tel: (214) 220-3939<br>Fax: (214) 969-5100 |
| Defendants (see **Exhibit B**) | See **Exhibit B** |
| Interested party: the Protected Parties (see **Exhibit C**) | See **Exhibit C** |
| Interested party/objector: Arnold & Itkin LLP | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>ljones@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400 |

| | |
|---|---|
| Interested party/objector: Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | **LEVY KONIGSBERG, LLP**<br>Jerome H. Block<br>jblock@levylaw.com<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Fax: (212) 605-6290<br><br>**THE RUCKDESCHEL LAW FIRM, LLC**<br>Jonathan Ruck Deschel<br>ruck@rucklawfirm.com<br>8357 Main Street<br>Ellicott City, Maryland 21043 |

| | |
|---|---|
| Interested party/objector: Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | **GIMIGLIANO MAURIELLO & MALONEY**<br>A Professional Association<br>Stephen V. Gimigliano<br>John Maloney Robin Rabinowitz<br>sgimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>rrabinowitz@lawgmm.com<br> 163 Madison Avenue, Suite 500<br>P.O. Box 1449<br>Morristown, New Jersey 07962-1449<br>(973) 946-8360<br><br>**SIMPSON THACHER & BARTLETT, LLP**<br>Andrew T. Frankel<br>Michael H. Torkin<br>Kathrine A. McLendon<br>Jonathan Mitnick<br> afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>kmclendon@stblaw.com<br>jonathan.mitnick@stblaw.com<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 455-2000 |
| Interested party/objector: United States Trustee | **THE OFFICE OF THE UNITED STATES TRUSTEE, ANDREW R. VARA,**<br>**UNITED STATES TRUSTEE, REGIONS 3 & 9**<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>Linda Richenderfer, Esq.<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov<br>linda.richenderfer@usdoj.gov<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Tel: (973) 645-3014<br>Fax: (973) 645-5993 |
| Interested party/objector: Mesothelioma Plaintiff Katherine Tollefson and Certain Mesothelioma Plaintiffs | **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**<br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com |

|  | 150 West 30th Street, Suite 201<br>New York, NY 10001<br>Tel: (800) 358-5922 |
|---|---|

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

DATED this 2nd day of May 2023.

                              Respectfully submitted,

                              **GENOVA BURNS, LLC**

                              By:     */s/  Daniel M. Stolz*
                                     Daniel M. Stolz, Esq.
                                     Donald W. Clarke, Esq.
                                     dstolz@genovaburns.com
                                     dclarke@genovaburns.com
                                     110 Allen Road, Suite 304
                                     Basking Ridge, NJ 07920
                                     Tel: (973) 533-0777
                                     Fax: (973) 467-8126

                              Proposed Local Counsel to the Official
                              Committee of Talc Claimants