| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Kris Hansen (*pro hac vice pending*)<br><br>PAUL HASTINGS LLP<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>Matthew M. Murphy (*pro hac vice pending*)<br>Matthew Micheli (*pro hac vice pending*)<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten *(pro hac vice pending)*<br>Justin Alberto *(pro hac vice pending)*<br><br>PARKINS & RUBIO LLP<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>Lenard M. Parkins (*admitted pro hac vice*)<br>Charles M. Rubio (*admitted pro hac vice*)<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>            Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>            Defendants. | Adv. No.: 23-01092 (MBK)<br><br>**Hearing Date and Time:**<br>Pursuant to Order Shortening Time |

# ORDER GRANTING MOTION OF AD HOC COMMITTEE OF SUPPORTING <u>COUNSEL TO INTERVENE</u>

The relief set forth on the following page, numbered three (3), is **ORDERED**.

(Page 3)
Debtors: LTL MANAGEMENT LLC
Case No. 23-12825 (MBK)
Adv. Pro. No. 23-01092 (MBK)
Caption of Order: ORDER GRANTING MOTION OF AD HOC COMMITTEE OF SUPPORTING COUNSEL TO INTERVENE

---

Upon the motion (the "Motion") of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel") to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Motion; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of the Motion having been provided; and good cause appearing therefor; it is

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the AHC of Supporting Counsel be granted the right to intervene in the Adversary Proceeding and shall be deemed to so intervene; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.