Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:  LTL Management LLC
Debtor

Case No.: 23−12825−MBK
Chapter 11

LTL Management LLC
Plaintiff

v.

Those Parties Listed on Appendix A to the Complaint and
John and Jane Does 1−1000
Defendant

Adv. Proc. No. 23−01092−MBK                                      Judge: Michael B. Kaplan

---

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on May 3, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 106 − 104, 105
Order Granting Application to Shorten Time (related document:104 Motion re: Motion of Ad Hoc Committee of Supporting Counsel to Intervene filed by Interested Party Ad Hoc Committee of Supporting Counsel). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/3/2023. Hearing scheduled for 5/3/2023 at 10:00 AM at MBK − Courtroom 8, Trenton. (wiq) (Parties may consult the website for the United States Bankruptcy Court for the District of New Jersey, http://www.njb.uscourts.gov/, for instructions on how to participate in the Hearing.

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 3, 2023
JAN: wiq

Jeanne Naughton
Clerk