### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC, | |
| Plaintiff, | |
| v. | Adv. No.: 23-01092 (MBK) |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | |
| Defendants | **Ref. Docket No. 70** |

### <u>CERTIFICATE OF SERVICE</u>

I, DIANE STREANY, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 20, 2023, I caused to be served the "Debtor's Amended Deposition Designations," dated April 20, 2023 [Docket No. 70], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those Talc Firms listed on the annexed <u>Exhibit B</u>, who represent multiple creditors, and

    c.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                    */s/ Diane Streany*
                                                    Diane Streany

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ARCHER & GREINER, P.C. | (COUNSEL TO ROGER FRANKEL AS FCR IN CYPRESS MINES CHAPTER 11 CASE) ATTN: STEPHEN M. PACKMAN 1025 LAUREL OAK RD VOORHEES NJ 08043 |
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 1401 MCKINNEY ST., STE 2250 HOUSTON TX 77010 |
| ASHCRAFT & GEREL, LLP | (COUNSEL TO REBECCA LOVE – OCTC) ATTN MICHELLE PARFITT 1825 K STREET, NW, STE 7000 WASHINGTON DC 20006 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA FL 32502 |
| BALLARD SPAHR LLP | (COUNSEL TO ALBERTSONS COMPANIES, INC) ATTN TOBEY M DALUZ, LESLIE C HEILMAN & LAUREL D ROGLEN & MARGARET A VESPER 919 N MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BEASLEY ALLEN LAW FIRM | (COUNSEL TO ALISHIA LANDRUM – OCTC) ATTN LEIGH O'DELL PO BOX 4160 MONTGOMERY AL 36103 |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN 218 COMMERCE ST MONTGOMERY AL 36104 |
| BROWN RUDNICK LLP | (COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN DAVID J MOLTON SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER 1932 N DRUID HILLS RD., STE. 100 ATLANTA GA 30319 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN KONRAD R KREBS 340 MT KEMBLE AVE, SUITE 300 MORRISTOWN NJ 07960 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN CLINTON E CAMERON & MEGHAN DALTON 55 WEST MONROE STREET, SUITE 3000 CHICAGO IL 60603 |
| COHEN, PLACITELLA & ROTH PC | (COUNSEL TO CATHERINE FORBES) ATTN CHRISTOPHER M PLACITELLA ESQ 127 MAPLE AVENUE RED BANK NJ 07701 |
| COLE SCHOTZ PC | (COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL) ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO COURT PLAZA NORTH 25 MAIN STREET PO BOX 800 HACKENSACK NJ 07602-0800 |
| DAVID CHRISTIAN ATTORNEYS LLC | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN DAVID CHRISTIAN, ESQ 105 W MADISON ST., SUITE 1400 CHICAGO IL 60602 |
| DUANE MORRIS LLP | (COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF– INSURERS & REPUBLIC) ATTN SOMMER L ROSS, ESQ 1940 ROUTE 70 EAST, SUITE 100 CHERRY HILL NJ 08003-2171 |
| DUANE MORRIS LLP | (COUNSEL FOR ATLANTA INTL INSURANCE CO, ET AL) ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ; ANDREW E MINA, ESQ 865 S FIGUEROA ST, STE 3100 LOS ANGELES CA 90017-5450 |
| DUANE MORRIS LLP | (COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA) ATTN PHILIP R MATTHEWS, ESQ. SPEAR TOWER ONE MARKET PLAZA, SUITE 2200 SAN FRANCISCO CA 94105-1127 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| GENOVA BURNS LLC | (LOCAL COUNSEL TO OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN: DONALD W. CLARKE 494 BROAD STREET NEWARK NJ 07102 |
| GENOVA BURNS LLC | (LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN DANIEL M STOLZ 110 ALLEN RD, STE 304 BASKING RIDGE NJ 07920 |
| GEOFFREY B BOMPERS, PC | (COUNSEL TO ROBERT GENDELMAN, EXECUTOR; AND ESTATE OF MELISSA FLEMING) ATTN GEOFFREY B GOMPERS 1515 MARKET STREET, SUITE 1650 PHILADELPHIA PA 19102 |
| GIMIGLIANO MAURIELLO & MALONEY | (COUNSEL TO TRAVELERS) ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ PO BOX 1449 MORRISTOWN NJ 07962-1449 |
| GOLOMB SPIRT GRUNFELD | (COUNSEL TO BRANDI CARL – OCTC) ATTN RICHARD GOLOMB 1835 MARKET ST, STE 2900 PHILADELPHIA PA 19103 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO BAUSCH HEALTH US, LLC) ATTN ALAN J BRODY, ESQ 500 CAMPUS DRIVE FLORHAM PARK NJ 07932 |
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HILL CARTER FRANCO COLE & BLACK PC | (COUNSEL TO BCBS OF MASSACHUSETTS – OCTC) ATTN ELIZABETH CARTER 425 PERRY STREET MONTGOMERY AL 36104 |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ &  ANDREW WHITE, ESQ 1 JOHNSON & JOHNSON PLAZA NEW |

| Claim Name | Address Information |
|---|---|
| JOHNSON & JOHNSON | BRUNSWICK NJ 08933 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| KARST VON OISTE LLP | (COUNSEL TO TONYA WHETSEL AS ESTATE REP OF BRANDON WHETSEL – OCTC) ATTN ERIK KARST 23923 GOSLING RD, STE A SPRING TX 77389 |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | (COUNSEL TO KRISTIE DOYLE ESTATE REP OF DAN DOYLE – OCTC) ATTN STEVEN KAZAN 55 HARRISON ST, STE 400 OAKLAND CA 94607 |
| LAW FIRM OF BRIAN W HOFMEISTER | (COUNSEL TO KELLIE BREWER) ATTN BRIAN W HOFMEISTER, ESQ 3131 PRINCETON PIKE, BUILDING 5, SUITE 110 LAWRENCEVILLE NJ 08648 |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | (COUNSEL TO VARIOUS CLAIMANTS) ATTN: MITCHELL MALZBERG, ESQ. PO BOX 5122 CLINTON NJ 08809 |
| LEVIN PAPANTONIO RAFFERTY | (COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY – OCTC) ATTN CHRISTOPHER TISI 316 S BAYLEN ST, STE 600 PENSACOLA FL 32502 |
| LEVY KONIGSBERG, LLP | (COUNSEL TO SEVERAL TALC CLAIMANTS; RANDY DEROUEN) ATTN MOSHE MAIMON 605 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10158 |
| LEVY KONIGSBERG, LLP | (COUNSEL TO PAUL CROUCH & RANDY DEROUEN) ATTN JEROME H BLOCK, ESQ 605 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10158 |
| LEX NOVA LAW LLC | (COUNSEL TO GIOVANNI SOSA & EVAN PLOTKIN) ATTN E RICHARD DRESSEL, ESQUIRE (ED1793) 10 E STOW ROAD, SUITE 250 MARLTON NJ 08053 |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | (COUNSEL TO DISANTO CANADIAN CLASS ACTION CREDITORS) ATTN ALLEN J UNDERWOOD II, ESQ. 570 BROAD STREET, SUITE 1201 NEWARK NJ 07102 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO JOHNSON & JOHNSON) ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR ONE LOWENSTEIN DR ROSELAND NJ 07068 |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | (COUNSEL TO KATHERINE TOLLEFSON) ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON 150 WEST 30TH STREET, SUITE 201 NEW YORK NY 10001 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| MOTLEY RICE LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS; SUE SOMMER-KRESSE – OCTC) ATTN DANIEL R LAPINSKI 210 LAKE DRIVE EAST, SUITE 101 CHERRY HILL NJ 08002 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO 919 NORTH MARKET ST, STE 1801 WILMINGTON DE 19801 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| OTTERBOURG P.C. | (CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS) ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN 230 PARK AVE NEW YORK NY 10169 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO ARNOLD & ITKIN PLAINTIFFS) ATTN LAURA DAVIS JONES, COLIN R ROBINSON PETER J KEANE 919 N MARKET STREET, 17TH FL WILMINGTON DE 19801 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN JOHN W WEISS 101 CRAWFORDS CORNER ROAD, STE 4202 HOLMDEL NJ 07733 |
| PULASKI KHERKHER PLLC | ADAM PULASKI 2925 RICHMOND AVE, STE 1725 HOUSTON TX 77098 |
| RANDI S ELLIS LLC | (PROPOSED FUTURE TALC CLAIMANTS REPRESENTATIVE) ATTN: RANDI S ELLIS 5757 INDIAN CIRCLE HOUSTON TX 77057 |
| RAWLINGS & ASSOCIATES | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS 1 EDEN PARKWAY LA GRANGE KY 40031 |
| REED SMITH LLP | (COUNSEL TO CYPRUS MINES CORPORATION) ATTN DEREK J BAKER 506 CARNEGIE CENTER, SUITE 300 PRINCETON NJ 08543 |
| ROBINSON CALCAGNIE, INC. | (COUNSEL TO APRIL FAIR – OCTC) ATTN MARK ROBINSON, JR 19 CORPORATE PLAZA DRIVE NEWPORT BEACH CA 92660 |
| ROSS FELLER CASEY, LLP | ATTN BRIAN J MCCORMICK, JR ONE LIBERTY PLACE 1650 MARKET ST, 34TH FLOOR PHILADELPHIA PA 19103 |

| Claim Name | Address Information |
|---|---|
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SAIBER LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN: JOHN M. AUGUST, ESQ. 18 COLUMBIA TURNPIKE, SUITE 200 FLORHAM PARK NJ 07932 |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| SIMON GREENSTONE PANATIER PC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN LEAH C KAGAN, ESQ. 1201 ELM STREET, SUITE 3400 DALLAS TX 75270 |
| SIMPSON THACHER & BARTLETT LLP | (COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY CO) ATTN ANDREW T FRANKEL 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (PROPOSED SPECIAL COUNSEL) ATTN ALLISON M BROWN, ESQ. ONE MANHATTAN WEST NEW YORK NY 10001 |
| THE KELLY FIRM, P.C. | (COUNSEL TO BCBS OF MASSACHUSETTS) ATTN: ANDREW J. KELLY 1011 HIGHWAY 71, SUITE 200 SPRING LAKE NJ 07762 |
| THE SHAPIRO LAW FIRM | (COUNSEL TO EMPLOYERS INSURANCE COMPANY OF WAUSAU AND NATIONAL CASUALTY COMPANY) ATTN JANET A SHAPIRO 325 N MAPLE DRIVE #15186 BEVERLY HILLS CA 90209 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| TRIF & MODUGNO, LLC | (COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS) ATTN LOUIS A MODUGNO 89 HEADQUARTERS PLAZA NORTH TOWER, SUITE 1201 MORRISTOWN NJ 07960 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN J ZACHARY BALASKO PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN BETHANY R THERIOT PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF 940 N. LINCOLN ST DENVER CO 80203 |
| WALSH PIZZI O'REILLY FALANGA | (PROPOSED COUNSEL TO RANDI S ELLIS, FTCR) ATTN MARK FALK THREE GATEWAY CENTER 100 MULBERRY ST, 15TH FL NEWARK NJ 07102 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WEITZ & LUXENBERG, PC | (COUNSEL TO PATRICIA COOK - OCTC) ATTN PERRY WEITZ 700 BROADWAY NEW YORK NY 10003 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN  MATTHEW E LINDER & LAURA E BACCASH 111 SOUTH WACKER DR, STE 5100 CHICAGO IL 60606-4302 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |

**Total Creditor count  75**

| Claim Name | Address Information |
|---|---|
| GENOVA BURNS LLC | ATTN DONALD W CLARKE 494 BROAD STREET NEWARK NJ 07102 |
| GENOVA BURNS LLC | ATTN DANIEL M STOLZ 110 ALLEN ROAD, SUITE 304 BASKING RIDGE NJ 07920 |
| OTTERBOURG P.C. | ATTN: RICHARD G HADDAD & ADAM C SILVERSTEIN 230 PARK AVENUE NEW YORK NY 10169 |
| PACHULSKI SANG ZIEHL & JONES LLP | ATTN LAURA DAVIS JONES, COLIN R ROBINSON & PETER J KEANE 919 N MARKET STREET, 17TH FLOOR WILMINGTON DE 19801 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ALLISON M BROWN ONE MANHATTAN WEST NEW YORK NY 10001 |
| THE KELLY FIRM, P.C. | ATTN ANDREW J KELLY 1011 HIGHWAY 71, SUITE 200 SPRING LAKE NJ 07762 |
| THE SHAPIRO LAW FIRM | ATTN JANET A SHAPIRO 325 N. MAPLE DRIVE, # 15186 BEVERLY HILLS CA 90209 |

**Total Creditor count  7**

**EXHIBIT B**

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  April 20, 2023**

ABTAHI LAW GROUP LLC
200 W MADISON ST, SUITE 2100
ALI ABTAHI
CHICAGO, IL  60606

AHDOOT & WOLFSON, PC
2600 WEST OLIVE AVENUE, STE 500
KING, BRADLEY K.
BURBANK, CA  91505

ALLAN BERGER AND ASSOCIATES
4173 CANAL STREET
GEIGER, ANDREW
NEW ORLEANS, LA  70119

ALLEN & NOLTE PLLC
5445 LA SIERRA DRIVE, SUITE 350
ALLEN, III, JOHN H TREY
DALLAS, TX  75231

ALOIA LAW FIRM LLC
2 BROAD STREET, STE 510
LUCIDO, VICTORIA A
BLOOMFIELD, NJ  07003

ANAPOL WEISS
EMILY B ASHE
130 N 18TH ST., STE 600
PHILADELPHIA, PA  19107

ANASTOPOULO LAW FIRM
32 ANN STREET
FEIDLER, STEFAN B
CHARLESTON, SC  29403

ANDREW THORNTON HIGGINS RAZMARA LLP
2 CORPORATE PARK, SUITE 110
THORNTON, JOHN C
IRVINE, CA  92606

ANDREW THORNTON HIGGINS RAZMARA LLP
JOHN C. THORNTON
4701 VON KARMAN AVE., STE 300
NEWPORT BEACH, CA  92660

ANDRUS WAGSTAFF, P.C.
7171 WEST ALASKA DRIVE
JOHN R. CRONE, ALBERT NORTHRUP
LAKEWOOD, CO  80226

ARNOLD & ITKIN LLP
1401 MCKINNEY STREET SUITE 2550
HOUSTON, TX  77010

ARNOLD & ITKIN LLP
K ARNOLD, J ITKIN, N WEXLER
6009 MEMORIAL DRIVE
HOUSTON, TX  77007

ARNOLD LAW OFFICE
865 HOWE AVENUE, SUITE 300
WEXLER, NOAH M. ARNOLD, KURT B.
SACRAMENTO, CA  95825

ASHCRAFT & GEREL
1825 K STREET, SUITE 700, NW
WASHINGTON, DC  20006

ASHCRAFT & GEREL
8280 WILLOW OAKS CORP DR. STE 600
PARENT, GREGORY J.; VASSIL, EMILY
FAIRFAX, VA  22031

ASPEY, WATKINS & DIESEL, PLLC
123 N SAN FRANCISCO ST
SUITE 300
FLAGSTAFF, AZ  86001

ATTN: DANIEL P. MCDYER
781 ELM SPRING ROAD
PITTSBURGH, PA  15243

AVA LAW GROUP, INC.
3667 VOLTAIRE STREET
VAN ARSDALE, ANDREW JACOB
SAN DIEGO, CA  92106

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
THORNBURGH, DANIEL J.
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL  32502

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 EAST MAIN STREET, SUITE 200,
P.O. BOX 12630 (32591)
PENSACOLA, FL  32502

BABBITT, JOHNSON, OSBORNE & LECLAINCHE,
P.A.
PO BOX 222881
WEST PALM BCH, FL  33422-2881

BACHUS & SCHANKER LLC
101 WEST COLFAX AVE, STE 650
DENVER, CO  80202

BAEHR, MEIROWITZ & WASSERBERG, LLP
C/O DANIEL WASSERBERG
1040 SIXTH AVE, STE 12B
NEW YORK, NY  10018

BAILLY AND MCMILLAN, LLP
707 WESTCHESTER AVE, STE 405
DEPONTO, RICHARD
WHITE PLAINS, NY  10604

BALZARINI & WATSON
310 GRANT STREET, STE. 3303
BALZARINI, LAURA
PITTSBURGH, PA  15219

BANNER LEGAL
SHAFER, JEREMY C
445 MARINE VIEW AVE., STE. 100
DEL MAR, CA  92014

BARNES & THORNBURG LLP
2029 CENTURY PARK E SUITE 300
MURDICA, JAMES F. KO, SANDRA M.
LOS ANGELES, CA  90067

BARNES LAW GROUP, LLC
31 ATLANTA STREET
ROSICHAN, BENJAMIN R.
MARIETTA, GA  30060

BARON & BUDD, P.C.
3102 OAK LAWN AVENUE, SUITE 1100
DALLAS, TX  75219

BARRETT LAW GROUP
404 COURT SQUARE NORTH
LEXINGTON, MS  39095

BARRETT LAW GROUP, P.A.
404 COURT SQUARE
LEXINGTON, MS  39095

BARRY, MCTIERNAN & WEDINGER
10 FRANKLIN AVE
EDISON, NJ  08837

BART DURHAM INJURY LAW
DURHAM, BLAIR
404 JAMES ROBERTSON PKWY, STE 1712
NASHVILLE, TN  37219

BATHGATE, WEGENER & WOLF
ONE AIRPORT ROAD
KASSELMAN, EDWARD
LAKEWOOD, NJ  08701

BAUM, HEDLUND, ARISTEI & GOLDMAN,PC
10940 WILSHIRE BLVD, SUITE 1600
WISNER, ROBERT BRENT
LOS ANGELES, CA  90024

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C
218 COMMERCE STREET
MONTGOMERY, AL  36104

**Debtor: In re: LTL MANAGEMENT LLC**

Case #:  23-01092

Notices mailed by:  April 20, 2023


BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 COMMERCE STREET MEADOWS
MONTGOMERY, AL  36104

BECKER LAW GROUP
117 E COLORADO BLVD, STE 500
SHEAR, BRIAN E. BECKER, TODD B.
PASADENA, CA  91105

BECNEL LAW FIRM, LLC
425 WEST AIRLINE HWY, STE B
LA PLACE, LA  70068


BEKMAN, MARDER, & ADKINS, LLC
1829 REISTERSTOWN RD STE 200
MOORE, AARON L
PIKESVILLE, MD  21208-7105

BELLUCK & FOX, LLP
546 FIFTH AVENUE, 4TH FLOOR
GEORGIOU, KRISTINA
NEW YORK, NY  10036

BEREZOFSKY LAW GROUP, LLC
210 LAKE DRIVE EAST, STE. 101
BEREZOFSKY, ESTHER
CHERRY HILL, NJ  08002


BERGMAN DRAPER OSLUND
C/O MATTHEW BERGMAN
821 2ND AVENUE, SUITE 2100
SEATTLE, WA  98104

BERGSTRESSER & POLLOCK PC
52 TEMPLE PLACE, 4TH FL
BOSTON, MA  02111

BERKE LAW FIRM, PA
4423 DEL PRADO BOULEVARD S.
BERKE, BILL B.
CAPE CORAL, FL  33904


BERMAN & SIMMONS, P. A.
129 LISBON STREET
FAUNCE, S, KAYATTA, E.A. GIDEON, B.R.
LEWISTON, ME  04240

BERNHEIM KELLY BATTISTA & BLISS
4 COURT STREET
BERNHEIM, JESSE
PLYMOUTH, MA  02360

BERNSTEIN LIEBHARD LLP
10 E 40TH ST, FL 29
BURKE, DANIEL C.
NEW YORK, NY  10016


BEVAN & ASSOCIATES LPA, INC.
C/O THOMAS BEVAN
6555 DEAN MEMORIAL PKWY.
BOSTON HEIGHTS, OH  44236

BISNAR AND CHASE
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA  92660

BLASINGAME, BURCH, GARRARD & ASHLEY, PC
GARRARD, H, HILL, A, MATTHEWS, J
P.O. BOX 832
ATHENS, GA  30603


BLASINGAME, BURCH, GARRARD & ASHLEY,
P.C.
440 COLLEGE AVE, STE 320
ATHENS, GA  30603

BLIZZARD & NABERS, LLP
5020 MONTROSE BLVD
SUITE 410
HOUSTON, TX  77006

BLOCK LAW FIRM, APLC
422 EAST FIRST STREET
LAMBERT, SARAH L HYMEL, MATTHEW P
THIBODAUX, LA  70302

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: April 20, 2023**

BLOOD HURST & OREARDON LLP
501 WEST BROADWAY, SUITE 1490
GEIGER, ANDREW
SAN DIEGO, CA  92101

BOHRER LAW FIRM, LLC
8712 JEFFERSON HIGHWAY, SUITE B
BOHRER, PHILIP
BATON ROUGE, LA  70809

BOODELL & DOMANSKIS, LLC
ONE N. FRANKLIN, STE. 1200
CHICAGO, IL  60606

BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA  91367

BOURDETTE & PARTNERS
2924 WEST MAIN ST BOURDETTE, PHILIP
C. BOURDETTE, MIRIAM R.
VISALIA, CA  93291

BRADSHAW, FOWLER, PROCTOR &
FAIRGRAVE, P.C.
801 GRAND AVE 3700
DES MOINES, IA  50309-8004

BRANCH LAW FIRM
2025 RIO GRANDE BOULEVARD, NW
ALBUQUERQUE, NM  87104

BRANCH LAW FIRM
BRANCH, MARGARET MOSES
2025 RIO GRANDE BOULEVARD, NW
ALBUQUERQUE, NM  87104

BRAYTON PURCELL LLP
C/O GILBERT PURCELL
222 RUSH LANDING ROAD
NOVATO, CA  94945

BREIT LAW PC
5544 GREENWICH ROAD, STE 100
BREIT, WILLIAM D
VIRGINIA BEACH, VA  23462

BRIAN E ADORNO ATTORNEY AT LAW, LLC
611 N CAUSEWAY BLVD
ADORNO, BRIAN EDWARD
METAIRIE, LA  70001

BROWN CHIARI LLP
2470 WALDEN AVENUE
WALSH, THERESA M.
BUFFALO, NY  14225

BROWN READDICK BUMGARTNER CARTER
STRICKLAND & WATKINS LLP
5 GLYNN AVE, SCOTT, PAUL M
BRUNSWICK, GA  31521-0220

BROWN, READDICK, BUMGARTNER, CARTER,
STRICKLAND & WATKINS LLP
5 GLYNN AVENUE
BRUNSWICK, GA  31521-0220

BRUERA LAW FIRM PLLC
3714 AUDUBON PL
BRUERA, SOFIA E
HOUSTON, TX  77006

BRUERA LAW FIRM PLLC
BRUERA, SOFIA
3100 TIMMONS LANE, SUITE 310
HOUSTON, TX  77027

BRUSTER PLLC
680 N. CARROLL AVE., STE. 110
JOHNSON, C R, HULL, J C, BRUSTER, A
SOUTHLAKE, TX  76092

BUCK LAW FIRM
C/O ROBERT BUCK; FORUM NORTH, STE 360
3930 E JONES BRIDGE RD
PEACHTREE CORNERS, GA  30092

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  April 20, 2023**

BUCKINGHAM BARRERA VEGA
2125 WYOMING BLVD., NE STE 100
ALBUQUERQUE, NM  87112

BURCH & GEORGE
204 N. ROBINSON AVENUE, STE. 1500
BURCH, DEREK K
OKLAHOMA CITY, OK  73102

BURG SIMPSON ELDREDGE HERSH JARDINE
P.C.
40 INVERNESS DRIVE EAST
ENGLEWOOD, CO  80112

BURNETT LAW FIRM
3737 BUFFALO SPEEDWAY, 18TH FLOOR
HOUSTON, TX  77098

BURNS CHAREST LLP
365 CANAL ST, STE 1170
AMANDA KLEVORN
NEW ORLEANS, LA  70130

BURNS CHAREST LLP
365 CANAL STREET, SUITE 1170
COX, SPENCER M.
NEW ORLEANS, LA  70130

BURNS CHAREST LLP
900 JACKSON STREET, STE 500
COX, SPENCER M., COX, MARK
DALLAS, TX  75202

BURNS CHAREST LLP
900 JACKSON STREET, STE 500
COX, SPENCER M., COX, MARK
DALLAS, TX  75202

BURNS CHAREST LLP
900 JACKSON STREET, SUITE 500
COX, SPENCER M.
DALLAS, TX  75202

BUZIN LAW, P.C.
PO BOX 529
PURCHASE, NY  10577-0529

CALCAGNO & ASSOCIATES, LLP
A J CALCAGNO, G A FARRELL
213 SOUTH AVE EAST
CRANFORD, NJ  07016

CAMPBELL & ASSOCIATES
717 EAST BLVD
CHARLOTTE, NC  28203

CAMPBELL & ASSOCIATES
717 EAST BLVD
HOOVER, PAYTON D, CAMPBELL, CLAIR G
CHARLOTTE, NC  28203

CAPRETZ & ASSOCIATES
4667 MACARTHUR BLVD 310
NEWPORT BEACH, CA  92660

CARAZO QUETGLAS LAW OFFICES
PMB 133 AVE. ESMERALDA 53, STE. 2
CARAZO-QUETGLAS, JORGE
GUAYNABO PUERTO, PR  00969

CARDARO & PEEK, L.L.C.
201 NORTH CHARLES STREET, SUITE 2100
BALTIMORE, MD  21201

CARLSON LAW FIRM
100 EAST CENTRAL TEXAS EXPY 90277
KILLEEN, TX  76541

CARPENTER & SCHUMACHER, PC
2500 DALLAS PKWY STE 495
PLANO, TX  75093-4882

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023

CATES MAHONEY, LLC
216 WEST POINTE DR, SUITE A
CATES, DAVID I.
SWANSEA, IL  62226

CELLINO & BARNES, P.C.
2500 MAIN PLACE TOWER
WILLIAMS, MICHAEL J.
BUFFALO, NY  14202-3725

CHAFFIN LUHANA LLP
600 THIRD AVENUE 12TH FLOOR
LUHANA, ROOPAL P
NEW YORK, NY  10016

CHAFFIN LUHANA LLP
600 THIRD AVENUE 12TH FLOOR
NEW YORK, NY  10016

CHAMP LYONS III, PC
PO BOX 131388
BIRMINGHAM, AL  35213-1388

CHANDLER KLICS, LLP
C/O SYLVIA CHANDLER
912 MOUNT KEMBLE AVENUE
MORRISTOWN, NJ  07960

CHAPPELL, SMITH & ARDEN, P.A.
2801 DEVINE ST, SUITE 300
COLUMBIA, SC  29205

CHEELEY LAW GROUP
ROBERT D. CHEELEY
2500 OLD MILTON PKWY, STE 200
ALPHARETTA, GA  30009

CHEHARDY, SHERMAN, WILLIAMS,RECILE,
STAKELUM & HAYES, LLP
1 GALLERIA BLVD 1100
METAIRIE, LA  70001

CHEONG, DENOVE, ROWELL & BENNETT
1990 S BUNDY DR STE 420
LOS ANGELES, CA  90025-1578

CHILDERS, SCHLUETER & SMITH, LLC
1932 NORTH DRUID HILLS ROAD, SUITE 100
ATLANTA, GA  30319

CHISHOLM & CHISHOLM, P.C.
516 FIRST AVENUE WEST
PO BOX 2034, CHISHOLM, DEAN
COLUMBIA FALLS, MT  59912-2034

CHRISTOPHER D. SMITH P.A.
5391 LAKEWOOD RANCH BLVD N, STE 203
SMITH, CHRISTOPHER D BEGGAN, JOHN
SARASOTA, FL  34240-8617

CLARK ROBB MASON COULMBE, ET AL.
350 CAMINO GARDENS BLVD STE 303
ROBB, MICHAEL A.
BOCA RATON, FL  33432-5825

CLAYEO C. ARNOLD, APC
865 HOWE AVENUE
WATSON, JOSHUA H. STRALEN, JOHN T.
SACRAMENTO, CA  92825

CLIFFORD LAW OFFICES, P.C.
120 N. LASALLE STREET, SUITE 3100
MCNULTY, PETER J.
CHICAGO, IL  60602

CLORE LAW GROUP LLC
125 WAPPOO CREEK DR
BUILDING G, STE 102
CHARLESTON, SC  29412

COHEN & MALAD, LLP
ONE INDIANA SQUARE, SUITE 1400
KNOLL, JONATHAN A.
INDIANAPOLIS, IN  46204

**Debtor: In re: LTL MANAGEMENT LLC**

Case #: 23-01092

Notices mailed by: April 20, 2023

COHEN, PLACITELLA & ROTH
127 MAPLE AVE.
GEIER, DENNIS M.
RED BANK, NJ 07701

COHEN, PLACITELLA & ROTH, P.C.
2001 MARKET ST, SUITE 2900
GEIER, DENNIS M.
PHILADELPHIA, PA 19103

COLLEY SHROYER & ABRAHAM CO. LLC
536 SOUTH HIGH STREET
COLUMBUS, OH 43215

CONSTANT LEGAL GROUP LLP
PO BOX 161151
CONROY, ANDREW A
CLEVELAND, OH 44116

COOK, BARTHOLOMEW, SHEVLIN, COOK &
JONES LLP
12 W LINCOLN ST
BELLEVILLE, IL 62220

COONEY AND CONWAY
BARRETT, D, CONWAY, J, PORRETTA, C,
COONEY, M
120 N. LASALLE STREET, 30TH FLOOR
CHICAGO, IL 60602

CORBOY & DEMETRIO, P.C.
33 NORTH DEARBORN ST, 21TH FLOOR
LUMB, KENNETH T. DEMETRIO, TOM A
CHICAGO, IL 60602

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PL SOUTH, STE 304
YACKULIC, CORRIE
SEATTLE, WA 98104

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PL SOUTH, STE 304
YACKULIC, CORRIE
SEATTLE, WA 98104

CORY, WATSON, CROWDER & DEGARIS P.C.
2131 MAGNOLIA AVE., SUITE 200
HUNT, STEPHEN
BIRMINGHAM, AL 35205

CPC
2 CORPORATE PARK, SUITE 110
IRVINE, CA 92606

CPC
4701 VON KARMAN AVE., SUITE300
NEWPORT BEACH, CA 92660

CUNEO GILBERT & LADUCA, LLP
4725 WISCONSIN AVENUE, NW, STE 200
WASHINGTON, DC 20016

DALIMONTE RUEB, LLP
1250 CONNECTICUT AVENUE NW, SUITE 200
WASHINGTON, DC 20036

DALTON AND ASSOCIATES, PA
1106 WEST 10TH STREET
WILMINGTON, DE 19806

DAMATO LAW FIRM, P.C.
2900 FIRE ROAD, SUITE 200
DAMATO, PAUL R.
EGG HARBOR TOWNSHIP, NJ 08234

DANIEL & ASSOCIATES, LLC
7941 KATY FREEWAY, 791
DANIEL, PATRICK
HOUSTON, TX 77024

DANZIGER & DE LLANO, LLP
MICHELLE WHITMAN
440 LOUISIANA ST, UNIT 1212
HOUSTON, TX 77002

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023

DARCY JOHNSON DAY, P.C.
3120 FIRE RD. SUITE 100
DARCY, ANDREW
EGG HARBOR TWP, NJ  08234

DARLENE; SIMON GREENSTONE PANATIER,
PC; C/O CHRIS PANATIER
1201 ELM STREET, SUITE 3400
DALLAS, TX  75204

DAVIS & CRUMP P.C.
2601 14TH ST, GULFPORT
ROCKSTAD, TREVOR B.
GULFPORT, MS  39501

DAVIS, BETHUNE & JONES, L.L.C.
1100 MAIN STREET, SUITE 2930
DAVIS, GRANT L.
KANSAS CITY, MO  64105

DEAN OMAR BRANHAM, LLP
C/O JESSICA DEAN
302 N. MARKET ST., SUITE 300
DALLAS, TX  75202

DEAN; KAZAN, MCCLAIN, SATTERLEY &
GREENWOOD
C/O JOSEPH SATTERLEY
J LONDON MARKET 55 HARRISON ST 400
OAKLAND, CA  94607

DECOF, BARRY, MEGA & QUINN, P.C.
ONE SMITH HILL
BARRY, PATRICK C.
PROVIDENCE, RI  02903

DEGARIS WRIGHT MCCALL
2001 PARK PLACE NORTH, 1100
SAPONE, ANDREA L.
BIRMINGHAM, AL  35203

DEGARIS WRIGHT MCCALL
5707 W INTERSTATE 10 STE 101
SAN ANTONIO, TX  78201-2860

DELISE & HALL
528 W. 21ST AVENUE
HALL JR., ALTON J.
COVINGTON, LA  70433

DELL & DEAN PLLC
1225 FRANKLIN AVENUE SUITE 450
GARDEN CITY, NY  11530

DENNIS LAW FIRM
222 S CENTRAL AVE STE 1120
SAINT LOUIS, MO  63105-3575

DIAMOND LAW
1700 E. RIVER ROAD, 65237
TUCSON, AZ  85728

DIAZ LAW FIRM, PLLC
208 WATERFORD SQUARE, STE 300
DIAZ JR., GERALD J.
MADISON, MS  39110

DICELLO LEVITT GUTZLER LLC
7556 MENTOR AVENUE
MENTOR, OH  44060

DICKEY LAW FIRM, LLP
C/O AARON DICKEY
1104 MOORLANDS DRIVE
ST. LOUIS, MO  63117

DICKS & COGLIANSE LLP
28 NORTH CENTER ST.
DICKS, MICHAEL DREW
MESA, AZ  85201

DICKSON KOHAN & BABLOVE LLP
20371 IRVINE AVE, SUITE 110
NEWPORT BEACH, CA  92660

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023

DOBS & FARINAS, LLP
C/O KATHLEEN A. FARINAS
951 N. DELAWARE STREET
INDIANAPOLIS, IN 46202

DOLCE PANEPINTO, P.C.
1260 DELAWARE AVENUE
LICATA, JOHN B.
BUFFALO, NY 14209

DOMENGEAUX WRIGHT ROY & EDWARDS LLC
JEFFERSON TOWERS, SUITE 500, 556
JEFFERSON ST STEVENS, JR, ELWOOD C
LAFAYETTE, LA 70502-3668

DONALD L. SCHLAPPRIZZI P.C.
211 N BROADWAY, SUITE 2430
SCHLAPPRIZZI, CRAIG ANTHONY
ST. LOUIS, MO 63102

DOROTHY V. MAIER, PA
435 SOUTH RIDGEWOOD AVENUE
MAIER, DOROTHY V.
DAYTONA BEACH, FL 03211

DRISCOLL FIRM, P.C.
1311 PONDE DE LEON, 6TH FL
DRISCOLL, JOHN J.
SAN JUAN, PR 00907

DRISCOLL FIRM, P.C.
211 N. BROADWAY, STE. 2440
DRISCOLL, JOHN J.
ST. LOUIS, MO 63102

DRISCOLL FIRM, P.C.
7110 W. MAIN STREET
DRISCOLL, JOHN J.
BELLEVILLE, IL 62223

DUERRING LAW OFFICES
61191 US 31 SOUTH
DUERRING, SCOTT H.
SOUTH BEND, IN 46614

DUFFY LAW LLC
C/O CHRISTOPHER DUFFY
70 WASHINGTON STREET, SUITE 312
SALEM, MA 01970

DUGAN LAW FIRM, PLC
365 CANAL PLACE
NEW ORLEANS, LA 70130

DWYER WILLIAMS POTTER
1558 SW NANCY WAY STE 101
BEND, OR 97702-3216

EARLY LUCARELLI SWEENEY &
MEISENKOTHEN
BRIAN P KENNEY, ROBERT SWEENEY
ONE CENTURY TWR 11 FL 265 CHURCH ST
NEW HAVEN, CT 06510

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 DARREN RAY WOLF
DALLAS, TX 75202

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 MCCALL, VICTOR L.
DALLAS, TX 75202

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 WOOTEN, COBY L. SM
DALLAS, TX 75202

EDWARD F. LUBY, LLC
222 SOUTH CENTRAL, STE 500
CLAYTON, MO 63105

EICHEN CRUTCHLOW ZASLOW & MCELROY, LLP
40 ETHEL RD
EDISON, NJ 08817

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023


EICHEN, CRUTCHLOW, ZASLOW & MCELROY,
LLP
40 ETHEL ROAD
EDISON, NJ  08817

EISENBERG, ROTHWEILER, WINKLER
EISENBERG & JECK, P.C.
1634 SPRUCE ST SCHOENHAUS, TODD A.
PHILADELPHIA, PA  19103

ELY BETTINI ULMAN ROSENBLATT & OZER
C/O BURT ROSENBLATT
3200 N. CENTRAL AVENUE, SUITE 1930
PHOENIX, AZ 85012


ELY LAW, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

ENVIRONMENTAL LITIGATION GROUP, PC
2160 HIGHLAND AVENUE SOUTH
MCKIE, KEVIN B. CADE, GREGORY A
BIRMINGHAM, AL  32205

ENVIRONMENTAL LITIGATION GROUP, PC
PO BOX 550219
ANDERSON, GARY A.
BIRMINGHAM, AL  32205


FAHRENBACH; KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH  44113

FAY LAW GROUP PLLC
1250 CONNECTICUT AVE, NW SUITE 200
WASHINGTON, DC  20036

FELDMAN & PINTO
30 S 15TH ST, 15TH FLOOR
LAURA A. FELDMAN
PHILADELPHIA, PA  19102


FITZGERALD KNAIER, LLP
402 WEST BROADWAY, SUITE 1400
KNAIER, ROBERT
SAN DIEGO, CA  92101

FITZGERALD LAW GROUP, LLC
120 EXHANGE STREET, SUITE 200
FITZGERALD, KEVIN M
PORTLAND, ME  04101

FLEMING, NOLEN & JEZ, LLP
2800 POST OAK BLVD., STE 4000
HOUSTON, TX  77056


FLETCHER V. TRAMMELL
3262 WESTEIMER, SUITE 423
HOUSTON, TX  77098

FLETCHER V. TRAMMELL
BINSTOCK, MELISSA & TRAMMELL, FLETCHER V
3262 WESTEIMER, SUITE 423
HOUSTON, TX  77098

FLINT LAW FIRM LLC
C/O ETHAN FLINT
222. E. PARK ST STE 500, PO BOX 189
EDWARDSVILLE, IL  62034


FOX AND FARLEY
310 N. MAIN STREET
CLINTON, TN  37716

FRANCOLAW PLLC
500 W. 2ND ST, FLOOR 19, SUITE 138
AUSTIN, TX  78701

FRANKLIN, MOSELE & WALKER, PC
2060 NORTH LOOP WEST, STE 230
HOUSTON, TX  77018

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: April 20, 2023**


FRAZER LAW LLC
30 BURTON HILLS BLVD, STE 450
MCMURTRAY, PATRICK D. FRAZER II, T. ROE
NASHVILLE, TN  37215

FRAZER PLC
30 BURTON HILLS BLVD, STE 450
NASHVILLE, TN  37215

FREDEKING & BISER LAW OFFICES
511 EIGHTH STREET
BISER, PAUL E.
HUNTINGTON, WV  25701


FRIEDMAN RUBIN, PLLP
1109 1ST AVE, STE. 501
SEATTLE, WA  98101

FROST LAW FIRM, PC
C/O SCOTT FROST
273 WEST 7TH STREET
SAN PEDRO, CA  90731

GACOVINO, LAKE & ASSOCIATES
270 WEST MAIN STREET
ZAPPA, RICHARD A.
SAYVILLE, NY  11782


GACOVINO, LAKE & ASSOCIATES
270 WEST MAIN STREET
ZGODA, JR, RICHARD
SAYVILLE, NY  11782

GAINSBURGH, BENJAMIN, DAVID
MEUNIER & WARSHAUER, LLC
1100 POYDRAS ST, ENERGY CENTRE, STE 2800
NEW ORLEANS, LA  70163-2800

GALANTE & BIVALACQUA LLC
650 POYDRAS STREET, SUITE 2615
GALANTE, SCOTT M.
NEW ORLEANS, LA  70130


GALIHER DEROBERTIS & WAXMAN LLP
820 MILILANI STREET, STE 505
WAXMAN, ILANA K SEGAWA, ALYSSA R
HONOLULU, HI  96813-2935

GANCEDO LAW FIRM, INC
1575 NORTH LAKE AVE., 202
PASADENA, CA  91104

GARY C. JOHNSON P.S.C.
110 CAROLINE AVENUE
PIKEVILLE, KY  41501


GEOFFREY B. GOMPERS & ASSOC, P.C.
CITY CENTER; 1515 MARKET ST, STE 1650
GOMPERS, GEOFFREY B.
PHILADELPHIA, PA  19102

GHIORSO LAW OFFICE
494 STATE STREET, STE. 300
SALEM, OR  97301

GIBBS LAW GROUP LLP
1111 BROADWAY, SUITE 2100
KAREN BARTH MENZIES
LOS ANGELES, CA  94607


GIBBS LAW GROUP LLP
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

GIBSON & ASSOCIATES INC.
117 ALBANY AVE
WAYCROSS, GA  31502

GIRARDI & KEESE
1126 WILSHIRE BLVD.
GIRARDI, THOMAS V.
LOS ANGELES, CA  90017

**Debtor: In re: LTL MANAGEMENT LLC**

Case #:  23-01092

Notices mailed by:  April 20, 2023

GITLIN, HORN AND VAN DE KIEFT, LLP
2095 BROADWAY, STE. 411
NEW YORK, NY  10023

GLENN LOEWENTHAL, PC
WILDWOOD CTR, SUITE 375;
2300 WINDY RIDGE PKWY;
LOEWENTHAL, GLENN
MARIETTA, GA  30060

GLP ATTORNEYS, P.S., INC.
2601 4TH AVE., FLOOR 6
SEATTLE, WA  98121

GOETZ, BALDWIN & GEDDES, P.C.
35 NORTH GRAND AVE
NELSON, KYLE W. GEDDES, DEVLAN J.
BOZEMAN, MT  59771

GOLDBERG, PERSKY & WHITE, PC
C/O LEIF OCHELTREE
11 STANWIX STREET, SUITE 1800
PITTSBURGH, PA  15222

GOLDENBERG HELLER & ANTOGNOLI, PC
2227 SOUTH STATE ROUTE 157
THOMAS J LECH, KATIE HUBBARD
EDWARDSVILLE, IL  62025

GOLDENBERGLAW PLLC
800 LASALLE AVE., SUITE 2150
GOLDENBERG, STUART L.
MINNEAPOLIS, MN  55402

GOLDSTEIN GRECO PC
2354 WEHRLE DR
BRIAN A GOLDSTEIN
BUFFALO, NY  14221

GOLOMB & HONIK, P.C.
1835 MARKET STREET, SUITE 2900
PHILADELPHIA, PA  19103

GOLOMB SPIRT GRUNFELD PC
1835 MARKET STREET, 29TH FLOOR
GOLOMB, RICHARD
PHILADELPHIA, PA  19103

GORI JULIAN & ASSOCIATES, P.C.
156 N. MAIN STREET
MATHEWS, D. TODD BUXNER, EVAN D.
EDWARDSVILLE, IL  62025

GOZA & HONNOLD, LLC
9500 MALL AVE 400
OVERLAND PARK, KS  66207

GOZA & HONNOLD, LLC
9500 NALL AVE., SUITE 400
OVERLAND PARK, KS  66207

GRAHAM P. CARNER, PLLC
775 N. CONGRESS STREET
JACKSON, MS  39202

GRANT & EISENHOFER P. A.
123 JUSTISON STREET
WILMINGTON, DE  19801

GREER, RUSSELL, DENT & LEATHERS, PA
POST OFFICE BOX 907
TUPELO, MS  38802

GUARDIAN LAW GROUP, LLP
GROUND FLOOR 342-4 AVENUE S.E.
DOCKEN, CLINT
CALGARY, AB  T2G 1C9
CANADA

GUILLORY & MCCALL, L.L.C.
PO BOX 1607
GUILLORY JR., ROBERT E.
LAKE CHARLES, LA  70602-1607

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023

GUSTAFON GLUEK
120 SOUTH 6TH STREET, STE 2600,
WILLIAMS, AMANDA, M. GUSTAFSON, DANIEL E.
MINNEAPOLIS, MN  55402

HABUSH HABUSH & ROTTIER SC
150 E. GILMAN ST 2000
ROTTIER, DANIEL
MADISON, WI  53703-1481

HABUSH HABUSH & ROTTIER SC
777 E. WISCONSIN AVENUE, SUITE 2300
ROTTIER, DANIEL
MILWAUKEE, WI  53202

HABUSH HABUSH & ROTTIER SC
777 E. WISCONSIN AVENUE, SUITE 2300
YOUNG, PETER M. ROTTIER, DANIEL
MILWAUKEE, WI  53202

HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 MADISON AVENUE, 10TH FLOOR
SCHIRRIPA, FRANK R
NEW YORK, NY  10016

HAFELI STARAN & CHRIST , P.C.
2055 ORCHARD LAKE ROAD
SYLVAN LAKE, MI  48320

HAFFNER LAW PC
15260 VENTURA BLVD. STE 1520
SHERMAN OAKS, CA  91403

HAIR SHUNNARAH TRIAL ATTORNEYS LLC
3540 S. I-10 SERVICE RD W, STE 300
METAIRIE, LA  70001

HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO  80218

HARPER GREY LLP
3200-650 WEST GEORGEA STREET
VANCOUVER, BC  V6B 4P7
CANADA

HARRIS LOWRY MANTON LLP
1418 DRESDEN DR NE, STE 250
MANTON, JED D. LOWRY, STEPHE
BROOKHAVEN, GA  30319

HARRISON DAVIS STEAKLEY MORRISON
JONES, PC
5 RITCHIE RD
WACO, TX  76712

HARRY I. KATZ, PC
61-25 UTOPIA PARKWAY
WEINMAN, VICTORIA I
FRESH MEADOWS, NY  11366

HART MCLAUGHLIN & ELDRIDGE
22 W WASHINGTON ST STE 1600
R MCLAUGHLIN, J PRIOR, K POZAN
CHICAGO, IL  60602-1615

HAUSFELD
888 16TH ST NW STE 300
WASHINGTON, DC  20006-4103

HEARD LAW FIRM, PLLC
2925 RICHMOND AVE. SUITE 1550
HOUSTON, TX  77098

HEDRICK LAW FIRM
630 NE 63RD ST
OKLAHOMA, OK  73105

HELMSDALE LAW, LLP
6 CONSULTANT PL., SUITE 100-A
DURHAM, NC  17707

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023


HELVEY LAW
2735 FIRST AVENUE SE, SUITE 101
CEDAR RAPIDS, IA  52402

HENINGER GARRISON DAVIS, LLC
2224 1ST AVE NORTH
BIRMINGHAM, AL  03520

HENINGER, GARRISON, DAVIS, LLC
2224 1ST AVE NORTH
CARROLL, ANNA M. BROSS, WILLIAM L.
BIRMINGHAM, AL  35203


HERMAN GEREL, LLP
820 OKEEFE AVENUE
HIRSCH, ANDREA S
NEW ORLEANS, LA  70113

HEYGOOD, ORR & PEARSON
6363 N. STATE HIGHWAY 161, SUITE 450
IRVING, TX  75038

HILLARD MUNOZ GONZALES, LLP
719 SOUTH SHORELINE BOULEVARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  78401


HILLIARD MARTINEZ GONZALES, LLP
719 SOUTH SHORELINE BOULEYARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  07837

HOLLAND GROVES SCHNELLER & STOLZE
LLC, 211 N BROADWAY, STE 2625
ST. LOUIS, MO  63102

HOLLAND LAW FIRM
211 NORTH BROADWAY, STE 2625
HOLLAND, ERIC D.
ST. LOUIS, MO  63102


HOLLIS, WRIGHT, CLAY & VAIL, P.C.
2201 MORRIS AVE
MCNUTT, CHRISTOPHER
BIRMINGHAM, AL  35203

HORTON LAW FIRM
C/O STEVEN T. HORTON
114 N.W. 6TH STREET, SUITE 201
OKLAHOMA CITY, OK  73102

HOSSLEY EMBRY LLP
515 S. VINE AVE
TYLER, TX  75702


HOVDE, DASSOW, & DEETS, LLC
10201 WEST 103RD STREET, SUITE 500
INDIANAPOLIS, IN  46290

HUBER, SLACK, THOMAS & MARCELLE
1100 POYDRAS STREET, SUITE 2200
ALBERTINE, LOGAN S.
NEW ORLEANS, LA  70163

HUGHES LAW FIRM, PLLC
2525 BARDSTOWN RD
SUITE 101
LOUISVILLE, KY  40205


HURLEY MCKENNA & MERTZ
20 S CLARK ST STE 2250
CHICAGO, IL  60603-1817

HUTTON & HUTTON
8100 E. 22ND ST NORTH, BLDG. 1200
HUTTON, MARK B. HUTTON, ANDREW W.
WITCHITA, KS  67226

J. ALAN WELCH P. C.
2225 GLOUCESTER STREET
BRUNSWICK, GA  31520

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023


JACOBS & CRUMPLAR, P.A.
C/O DAVID CRUMPLAR
750 SHIPYARD DRIVE, SUITE 200
WILMINGTON, DE  19801

JACOBS & CRUMPLER, P.A.
750 SHIPYARD DRIVE, SUITE 200
WILMINGTON, DE  19801

JACOBS OHARA MCMULLEN , P.C.
14550 TORREY CHASE BLVD
STE 260
HOUSTON, TX  77014


JAMES MORRIS LAW FIRM PC
4111 W. ALAMEDA AVE SUITE 611
MORRIS, JAMES A., GREENBERG, SHANE
BURBANK, CA  91505

JAMES, VERNON & WEEKS, PA
1626 LINCOLN WAY
COEUR DALENE, ID  83814

JAMIE A. JOHNSTON, P.C.
PO BOX 4663
MONTGOMERY, AL  36103-4663


JASON J. JOY & ASSCIATES P.L.L.C.
909 TEXAS STREET, SUITE 1801
HOUSTON, TX  77002

JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS,
P.C.
80 BROADWAY
FRANK RODRIGUEZ
ELMWOOD PARK, NJ  07407

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.
15 WARREN STREET PH WEST
HACKENSACK, NJ  07601


JAZLOWIECKI & JAZLOWIECKI, LLC
11 LINCOLN AVE., STE. 6
JAZLOWEICKI, EDWARD A
FORESTVILLE, CT  06010

JEFFREY R. LESSIN & ASSOCIATES, PC
1515 MARKET STREET, SUITE 714
LESSIN, JEFFREY R.
PHILADEPHIA, PA  19102

JENNER LAW, P.C.
1829 REISTERSTOWN ROAD, SUITE 350
BALTIMORE, MD  21208


JIM S. HALL & ASSOCIATES, LLC
800 N. CAUSEWAY BLVD, SUITE 100
CROSE, JENNIFER L.
METAIRIE, LA  70001

JOEL E. BROWN & ASSOCIATES, P.C.
416 MAIN ST., SUITE 1300
PEORIA, IL  61602

JOHN B. OSTROW, P.A.
25 SE 2ND AVE, STE 740
MIAMI, FL  33131


JOHNSON BECKER, PLLC
444 CEDAR ST, SUITE 1800
ST. PAUL, MN  55101

JOHNSON BECKER, PLLC
444 CEDAR STREET, SUITE 1800
ST. PAUL, MN  55101

JOHNSON LAW GROUP
2925 RICHMOND AVENUE, SUITE 1700
HOUSTON, TX  77098

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023

JONES WARD PLC
1205 EAST WASHINGTON ST., STE 111
DAVIS, ALEX C.
LOUISVILLE, KY  40206

JUSTICE LAW
8551 W. SUNRISE BLVD., STE. 300
JUSTICE, CAM F BREIT, ADAM D
PLANTATION, FL  33322

JUSTINIAN & ASSOCIATES PLLC
7042 ALAMO DOWNS PKWY STE 370
SAN ANTONIO, TX  78238-4526

KAPUSTA DEIHL & SCHWEERS, LLC
445 FORT PITT BOULEVARD, SUITE 500
DEIHL, HOLLY L.
PITTSBOURGH, PA  15219

KARON LLC
700 W. SAINT CLAIR AVE, STE 200
KARON, DANIEL R. HOLLOWELL, BEAU D.
CLEVELAND, OH  44113

KARR TUTTLE CAMPBELL
701 FIFTH AVENUE, SUITE 3300
SEATTLE, WA  98104

KARSMAN, MCKENZIE & HART
21 WEST PARK AVENUE
SAVANNAH, GA  31401

KARST & VON OISTE, LLP
C/O ERIC KARST
23923 GOSLING RD, SUITE A
SPRING, TX  77389

KASSEL MCVEY
1330 LAUREL STREET
POST OFFICE BOX 1476
COLUMBIA, SC  29202

KAZAN MCCLAIN SATTERLEY & GREENWOOD
J SATTERLEY, J LONDON, D CLANCY
MARKET 55 HARRISON ST STE 400
OAKLAND, CA  94607

KAZAROSIAN COSTELLO LLP
546 MAIN STREET
COSTELLO JR., WALTER A.
HAVERHILL, MA  01830

KECHES LAW GROUP, P.C.
2 GRANITE AVENUE, SUITE 400
MILTON, MA  02196

KEEFE BARTELS
170 MONMOUTH STREET
RUHL, JENNIFER HARWOOD
RED BANK, NJ  07701

KEEFE LAW FIRM
C/O STEPHEN SULLIVAN
125 HALF MILE ROAD, SUITE 100
RED BANK, NJ  07701

KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH  44113

KELLEY UUSTAL, PLC
500 NORTH FEDERAL HIGHWAY, STE 200
C/O CATHERINE DARLSON
FORT LAUDERDALE, FL  33301

KELLEY UUSTAL, PLC
500 NORTH FEDERAL HIGHWAY, STE 200
C/O CATHERINE DARLSON
FORT LAUDERDALE, FL  33301

KENNY & KENNY, PLLC
315 WEST FAYETTE STREET
SYRACUSE, NY  13202

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: April 20, 2023**

KENT M. LUCACCIONI, LTD.
20 SOUTH CLARK STREET, SUITE 1700
LUCACCIONI, KENT M.
CHICAGO, IL 60603

KIBBEY AND WAGNER
73 SW FLAGLER AVE.
STUART, FL 34994

KIESEL LAW LLP
8648 WILSHIRE BLVD
MELANIE MENESES PALMER
BEVERLY HILLS, CA 90211

KIESEL LAW, LLP
8648 WILSHIRE BLVD.
BEVERLY HILLS, CA 90211

KILLIAN, DAVIS, RICHTER & MAYLE, PC
202 NORTH 7TH STREET
MAYLE, NICHOLAS W.
GRAND JUNCTION, CO 81502

KIRKENDALL DWYER LLP
4343 SIGMA RD
SUITE 200
DALLAS, TX 75244

KIRTLAND & PACKARD, LLP
KELLY, MICHAEL LOUIS
163 8 S. PACIFIC COAST HIGHWAY
REDONDO BEACH, CA 90277

KLEIN FRANK, P.C.
5277 MANHATTAN CIR STE 102
BOULDER, CO 80303-8200

KLINE & SPECTER, P.C.
1525 LOCUST ST.
JIMENEZ, PRISCILLA
PHILADELPHIA, PA 19102

KNAPP & ROBERTS, P.C.
8777 N. GAINEY CENTER DR. SUITE 165
SCOTTSDALE, AZ 85258

KNIGHT LAW GROUP, LLP
10250 CONSTELLATION BLVD, STE 2500
MIKHOV, STEVE B.
LOS ANGELES, CA 90067

KROGER GARDIS & REGAS, LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5106

KUHARSKI LEVITZ & GIOVINAZZO
176 HART BOULEVARD
KUHARSKI, MICHAEL J.
STATEN ISLAND, NY 10301

LANDRY & SWARR, L.L.C.
C/O FRANK SWARR
1100 POYDRAS STREET, STE. 2000
NEW ORLEANS, LA 71063

LANGDON & EMISON
911 MAIN STREET
EMISON, BRETT A
LEXINGTON, MO 64067

LANGSTON & LOTT, PLLC
100 SOUTH MAIN ST.
LOTT, CASEY L.
BOONEVILLE, MS 38829

LARSEN ADVOCATES, PC
23 7TH AVENUE
LARSEN, KRISTIAN KARL
BROOKLYN, NY 11217

LAW FIRM OF KELLEY UUSTAL, PLC
500 NORTH FEDERAL HIGHWAY, STE 200
UUSTAL, KELLEY
FORT LAUDERDALE, FL 33301

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023


LAW OFF OF CHARLES H JOHNSON, PA
2599 MISSISSIPPI STREET
NEW BRIGHTON, MN  55112-5060


LAW OFF OF ISAAC TOVEG PROFESSIONAL
LAW CORP 2600 W. OLIVE AVE. 91505
TOVEG, ISAAC
BURBANK, CA  91505


LAW OFF OF JEFFREY S GLASSMAN, LLC
ONE INTERNATIONAL PLACE, 18TH FL
BOSTON, MA  02110


LAW OFF OF PETER G. ANGELOS, P.C.
100 NORTH CHARLES ST, 22ND FLOOR
BALTIMORE, MD  21201


LAW OFF OF ROGER ROCKY WALTON, PC
2310 WEST INTERSTATE 20, STE 200
WALTON, ROGER
ARLINGTON, TX  76017


LAW OFF OF WAYNE E. FERRELL, JR, PLLC
405 TOMBIGBEE ST
JACKSON, MS  39225


LAW OFF. OF NICHOLAS A. BOYLAN, APC
233 A STREET, SUITE 1205
VAVASOUR, LIAM F BOYLAN, NICHOLAS A
SAN DIEGO, CA  92101


LAW OFF. OF RICHARD R BARRETT, PLLC
2086 OLD TAYLOR ROAD, SUITE 1011
OXFORD, MS  38655


LAW OFFICE OF CHARLES H JOHNSON, PA
2599 MISSISSIPPI STREET
NEW BRIGHTON, MN  55112-5060


LAW OFFICE OF EUSI H. PHILLIPS
330 CARONDELET ST, 4TH FLOOR
NEW ORLEANS, LA  70130


LAW OFFICE OF GRANT D. AMEY, LLC
PO BOX 67
FAIRHOPE, AL  36533


LAW OFFICE OF HAYTHAM FARAJ
1935 W BELMONT AVE
FARAJ, HAYTHAM
CHICAGO, IL  60657


LAW OFFICE OF ISAAC TOVEG
LAW CORP 2600 W. OLIVE AVE., STE.
91505 TOVEG, ISAAC
BURBANK, CA  91505


LAW OFFICE OF JOHN D. SILEO, LLC
320 NORTH CARROLLTON AVE, STE 101
SILEO, JOHN D. MOLL, CASEY
NEW ORLEANS, LA  70119


LAW OFFICE OF MARION D. FLOYD
1403 W. ESPLANADE AVE. SUITE A
KENNER, LA  70065


LAW OFFICE OF RICHARD R BARRETT
2086 OLD TAYLOR ROAD, SUITE 1011
OXFORD, MS  38655


LAW OFFICE OF TERENCE J. SWEENEY
44 FAIRMOUNT AVENUE, SUITE ONE
CHATHAM, NJ  07928


LAW OFFICE OF TIMOTHY B MOORE, LC
1619 CONGRESS STREET
MOORE, TIMOTHY B.
NEW ORLEANS, LA  70117

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  April 20, 2023**

LAW OFFICES DENNIS F. OBRIEN, P.A.
2014 S. TOLLGATE ROAD SUITE 209
OBRIEN, DENNIS F.
BEL AIR, MD  21015

LAW OFFICES OF CHARLES H JOHNSON,PA
2599 MISSISSIPPI STREET
NEW BRIGHTON, MN  55112-5060

LAW OFFICES OF CHARLES H. JOHNSON
2599 MISSISSIPPI STREET
NEW BRIGHTON, MN  55112-5060

LAW OFFICES OF DONALD G. NORRIS
3055 WILSHIRE BLVD, STE. 980
NORRIS, DONALD G
LOS ANGELES, CA  90010

LAW OFFICES OF ERIC H. WEINBERG
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901

LAW OFFICES OF JAMES S. ROGERS
1500 FOURTH AVE, SUITE 500
ROGERS, JAMES S COVER, HEATHER
SEATTLE, WA  98101

LAW OFFICES OF JAMES SCOTT FARRIN
280 MANGUM STREET, SUITE 400
JACKSON, GARY W.
DURHAM, NC  27701

LAW OFFICES OF JEFFREY MUTNICK
C/O JEFFREY S. MUTNICK
737 SW VISTA AVENUE
PORTLAND, OR  97205

LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
LAMKIN, JULIE E & NAUMES, JR, ROBERT T
ONE INTERNATIONAL PLACE, 18TH FLOOR
BOSTON, MA  02110

LAW OFFICES OF KRUSKELL
1225 NE DOUGLAS ST B
KRUSKELL, LAUREN S.
LEES SUMMIT, MO  64086

LAW OFFICES OF MICHAEL L. RAIR, PA
PO BOX 612
RAIR, MICHAEL L.
BREWER, ME  04412-0612

LAW OFFICES OF PETER G ANGELOS, PC
100 NORTH CHARLES ST, 22ND FL
BALTIMORE, MD  21201

LAW OFFICES OF SEAN M. CLEARY
19 WEST FLAGLER STREET, SUITE 618
PEREIRA, ANDRES
MIAMI, FL  33130

LAW OFFICES OF THEIDA SALAZAR
2140 NORTH HOLLYWOOD WAY, 7192
SALAZAR, THEIDA
BURBANK, CA  91510

LAW OFFS. OF CHARLES H. JOHNSON, PA
2599 MISSISSIPPI STREET
NEW BRIGHTON, MN  55112-5060

LAW OFFS. OF PETER G. ANGELOS, P.C.
100 NORTH CHARLES ST, 22ND FLOOR
BALTIMORE, MD  21201

LAW OFFS. OF RICHARD R BARRETT PLLC
2086 OLD TAYLOR RD, SUITE 1011
OXFORD, MS  38655

LEE COSSELL & CROWLEY, LLP
151 NORTH DELAWARE STREET, STE 1500
INDIANAPOLIS, IN  46204

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023

LENZE KAMERRER MOSS, PLC
1300 HIGHLAND AVE, SUITE 207
MANHATTAN BEACH, CA  90266

LEVIN FISHBEIN SEDRAN & BERMAN
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA  19106

LEVIN SEDRAN & BERMAN
510 WALNUT STREET, STE 500
BERMAN, LAURENCE S.
PHILADELPHIA, PA  19106

LEVIN SIMES ABRAMS LLP
1700 MONTGOMERY, SUITE 250
SAN FRANCISCO, CA  94111

LEVIN SIMES LLP
1700 MONTGOMERY ST STE 250
BAUTIA II, JUAN P.
SAN FRANCISCO, CA  94111

LEVIN SIMES LLP
1700 MONTGOMERY ST
STE 250
SAN FRANCISCO, CA  94111

LEVIN, PAPANTONIO, THOMAS,
MITCHELL & PROCTOR, P.A.
316 SOUTH BAYLEN ST., STE 400
BOWDEN, WESLEY A.
PENSACOLA, FL  32502

LEVY BALDANTE FINNEY & RUBENSTEIN
1845 WALNUT ST., SUITE 1300
KELLER, KYLE J. GREGORIA, ALAINA A.
PHILADELPHIA, PA  19103

LEVY BALDANTE FINNEY & RUBENSTEIN
1845 WALNUT ST., SUITE 1300
RUBENSTEIN, MARTIN R COHEN, MARK R.
PHILADELPHIA, PA  19103

LEVY BALDANTE FINNEY & RUBENSTEIN
89 NORTH HADDON AVE, STE D
KELLER, KYLE J. GR
HADDONFIELD, NJ  08033

LEVY KONIGSBERG LLP
605 3RD AVE FL 33
A LONG, R BLUMENKRANZ, J BLOCK, R WALKER
NEW YOR, NY  10158-1699

LEVY KONIGSBERG LLP
C/O MOSHE MAIMON
101 GROVERS MILL RD, STE 105
LAWRENCE TWP, NJ  08648

LEVY, BALDANTE,FINNEY & RUBENSTEIN,
P.C. 89 NORTH HADDON AVENUE, STE D
KELLER, KYLE J. GR
HADDONFIELD, NJ  08033

LEWIS SAUL & ASSOCIATES, P.C.
120 EXCHANGE ST, SUITE 200
COLEMAN, EDWARD A.
PORTLAND, ME  04101

LIAKOS LAW APC
955 DEEP VALLEY DR
SUITE 3900
PALOS VERDES PENINSULA, CA  90274

LIEFF CABRASER HEIMANN & BERNSTEIN
250 HUDSON ST, 8TH FL
S LONDON, K MCNABB
SAN FRANCISCO, CA  94111-3339

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY ST, 30TH FL
T ZEGEYE, S LONDON
SAN FRANCISCO, CA  94111

LILLIS LAW FIRM
338 LAFAYETTE STREET
M LILLIS, L CENTOLA III
NEW ORLEANS, LA  70130

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023

LINVILLE LAW GROUP
1932 N DRUID HILLS RD NE, SUITE 200
GANDHI, VINITA
ATLANTA, GA  30319

LOBER & DOBSON, LLC
DOBSON, WILLIAM GREGORY
1040 FORT STEPHENSEN ROAD
LOOKOUT MOUNTAIN, GA  30728

LOBER & DOBSON, LLC
MCBRIDE, A. DANIELLE
830 MULBERRY STREET, STE. 201
MACON, GA  31201

LOCKS LAW FIRM
601 WALNUT STREET SUITE 720 E
170 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PA  19106

LOCKS LAW FIRM
C/O ALFRED ANTHONY
801 NORTH KINGS HIGHWAY
CHERRY HILL, NJ  08034

LOPEZ-MCHUGH, LLP
214 FLYNN AVENUE
JOHNSON, REGINA SHARLOW
MORRISTOWN, NJ  08057

LOWRANCE LUNDELL LOFGREN
1099 W. SOUTH JORDAN PARKWAY
SOUTH JORDAN, UT  84095

LUDWIG LAW FIRM, PLC
1217 W. 3RD ST
LITTLE ROCK, AR  72201

LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 BROAD STREET
HIGHTOWER, KRISTIE
LAKE CHARLES, LA  07060

LYNN LAW FIRM
101 S SALINA ST, STE 570
SHANNON, KELSEY W.
SYRACUSE, NY  13202

MALATESTA LAW OFFICES, LLC
5310 N. HARLEM AVE., STE 203
MALATESTA, MICHAEL J
CHICAGO, IL  60656

MANIER & HEROD
1201 DEMONBREUN STREET, STE 900
KELLY II, D. KEITH
NASHVILLE, TN  37203

MARLIN & SALTZMAN LLP
29800 AGOURA ROAD, SUITE 210
AGOURA HILLS, CA  97301

MARTIN & JONES
4140 PARKLAKE AVE, STE 400
GUEST, CARRIE R.
RALEIGH, NC  27612

MARTIN BAUGHMAN, PLLC
3141 HOOD STREET, STE 600
DALLAS, TX  75219

MARTINIAN & ASSOCIATES, INC.
2801 CAHUENGA BLVD WEST
LOS ANGELES, CA  90068

MARTZELL, BICKFORD & CENTOLA
338 LAFAYETTE STREET
CENTOLA III, LAWRENCE J.
NEW ORLEANS, LA  70130

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ALEXANDER, MARY E.
SAN FRANCISCO, CA  94104

**Debtor: In re: LTL MANAGEMENT LLC**

Case #:  23-01092

Notices mailed by:  April 20, 2023


MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER, MARY E
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER,MARY E.
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
J FIORE, S ASLAMI, A MA, B MUNOZ
SAN FRANCISCO, CA  94104


MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
WAY, BRENDAN D.S. MUNOZ, CATALINA S
SAN FRANCISCO, CA  94104

MASSIMO & PAWETTA, P.C.
200 WILLIS AVENUE
PANETTA, FRANK C
MINEOLA, NY  11501

MATERN LAW GROUP, PC
1230 ROSECRANS AVE, STE. 200
MANHATTAN BEACH, CA  90266


MAUNE RAICHLE HARTLEY FRENCH & MUDD
C/O SUZANNE M RATCLIFFE
659 EAGLE ROCK AVENUE, SUITE 28
WEST ORANGE, NJ  07052

MAUNE RAICHLE HARTLEY FRENCH & MUDD
C/O T. BARTON FRENCH
1015 LOCUST STREET, SUITE 1200
ST. LOUIS, MO  63101

MAURO, SAVO, CAMERINO, GRANT & SCHALK,
P.A.
56 E MAIN ST, STE 301
SOMERVILLE, NJ  08876


MCDERMOTT & HICKEY
C/O CHRISTOPHER HICKEY
20525 CENTER RIDGE ROAD, SUITE 200
ROCKY RIVER, OH  44116

MCELDREW YOUNG
123 S. BROAD STREET, SUITE 2250
LAURIA, BRANDON J.
PHILADELPHIA, PA  19146

MCEWEN LAW FIRM, LTD.
5850 BLACKSHIRE PATH
INVER GROVE HEIGHTS, MN  55076


MCGOWAN, HOOD & FELDER, LLC
10 SHEM DR STE 300
MT PLEASANT, SC  29464-5282

MCNULTY LAW FIRM
827 MORAGA DRIVE
MCNULTY, PETER J.
LOS ANGELES, CA  90049

MCSWEENEY/LANGEVIN, LLC
2116 SECOND AVENUE SOUTH
MINNEAPOLIS, MN  55404


MEDLEY LAW GROUP
PO BOX 1724
HATTIESBURG, MS  39401

MEGARGEL & ESKRIDGE CO., LPA
231 SOUTH CHESTNUT STREET
RAVENNA, OH  44266

MEIROWITZ & WASSERBERG, LLP
535 FIFTH AVE, 23 FLOOR
C/O DANIEL WASSERBERG
NEW YORK, NY  10017

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023

MELANIE H MUHLSTOCK/PARKER WAICHMAN
LLP
6 HARBOR PARK DR
PORT WASHINGTON, NY 11050

MERCHANT LAW GROUP LLP
10 RUE NOTRE DAME EST, SUITE 200
MONTREAL, QC H2Y 1B7
CANADA

MERSON LAW PLLC
950 THIRD AVE, 18TH FL
MERSON, JORDAN K.
NEW YORK, NY 10022

MESHBESHER & SPENCE, LTD.
1616 PARK AVENUE
RASO, ASHLEIGH E.
MINNEAPOLIS, MN 55404

MESSA & ASSOCIATES, P.C.
123 S. 22ND STREET
E MCLAFFERTY, I MCLAFFERTY, J MESA
PHILADELPHIA, PA 19103

MEYERS & FLOWERS, LLC
225 WEST WACKER DR., SUITE 1515
CHICAGO, IL 60606

MEYERS & FLOWERS, LLC
225 WEST WACKER DR., SUITE 1515
FLOWERS, PETER J.
CHICAGO, IL 60606

MICHAEL BRANDY LYNCH FIRM
127 W FAIRBANKS AVE, SUITE 528
LYNCH, MICHAEL B
WINTER PARK, FL 32789

MICHAEL DAVID LAW
14 WALL ST, 20TH FL
NEW YORK, NY 10005

MICHAEL HINGLE & ASSOCIATES, LLC
220 GAUSE BOULEVARD
PFLEEGER, BRYAN A. HINGLE, MICHAEL
SLIDELL, LA 70458

MICHAEL S WERNER, PARKER WAICHMAN
LLP, 6 HARBOR PARK DR.
PORT WASHINGTON, NY 11050

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN
800 S. GAY ST STE 1100
LAURA WELLING
KNOXVILLE, TN 37929

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLC 16755 VON KARMAN AVE
SUITE 200 WELLING, LAUREN
IRVINE, CA 92606

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN; KASSAN, RANDI ALYSON
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY 11530

MILLER DELLAFERA PLC
3420 PUMP RD., PMD 404
HENRICO, VA 23233

MILLER PITT FELDMAN & MCANALLY P.C.
C/O PETER TIMOLEON LIMPERIS
1 S. CHURCH AVE., STE. 900
TUCSON, AZ 85701

MILSTEIN JACKSON FAIRCHILD WADE LLP
10990 WILSHIRE BLVD, 8TH FL
PLESSET, LEVI M
LOS ANGELES, CA 90024

MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP
10990 WILSHIRE BLVD, 8TH FL
LOS ANGELES, CA 90024

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023


MJR
600 W NEW YORK AVE.
DELAND, FL  32720

MOLL LAW GROUP
22 W WASHINGTON ST, 15 FL
R DOWNING, V BENITEZ
CHICAGO, IL  60602

MONTROSE LAW LLP
1629 K. STREET, SUITE 300
WASHINGTON, DC  20006


MOORE LAW GROUP PLLC
1473 SOUTH 4TH STREET
SMITH, ASHTON ROSE
LOUISVILLE, KY  40208

MORELLI LAW FIRM, PLLC
MORELLI, BENEDICT P. & SIROTKIN, DAVID T
777 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY  10017

MORGAN & MORGAN
GOETZ, MICHAEL, ONE TAMPA CITY CNTR
7TH FL, 201 N FRANKLIN ST
TAMPA, FL  33602


MORGAN & MORGAN, P.A.
191 PEACHTREE ST. NE
ATLANTA, GA  30303

MORRELL LAW FIRM, PLLC
777 THIRD AVENUE, 31ST FLOOR
MORELLI, BENEDICT P.
NEW YORK, NY  10017

MORRIS & PLAYER PLLC
1211 HERR LANE, SUITE 205
BARNES, BETSY J.
LOUISVILLE, KY  40222


MORRIS BART & ASSOCIATES
601 POYDRAS ST. 24TH FLOOR
BARNES, BETSY J.
NEW ORLEANS, LA  70130

MORRIS LAW FIRM
4001 W ALAMEDA AVE, STE 208
J MORRIS, A ANDERSON
BURBANK, CA  91505

MORRIS LAW FIRM
6310 SAN VICENTE BLVD, SUITE 360
MORRIS, JAMES A.
LOS ANGELES, CA  90048


MORRIS, CARY, ANDREWS, TALMADGE &
DRIGGERS LLC 3334 ROSS CLARK CIRCLE
TALMADGE, JR, JOSEPH DANIEL
DOTHAN, AL  36303

MOTLEY RICE NEW JERSEY LLC
210 LAKE DRIVE EAST, STE. 101
E BEREZOFSKY, T HOYLE
CHERRY HILL, NJ  08002

MOTLEY RICE, LLC
20 CHURCH STREET 17TH FLOOR
JASINSKI, MATHEW P.
HARTFORD, CT  06103


MOTLEY RICE, LLC
210 LAKE DRIVE EAST, SUITE 101
DANIEL LAPINSKI
CHERRY HILL, NJ  08002

MOTLEY RICE, LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

MOTLEY RICE, LLC
321 S MAIN ST., 2ND FL
F FITZPATRICK, J ORENT
PROVIDENCE, RI  02903

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023

MOTLEY RICE, LLC
50 CLAY STREET, STE 1
MIGLIORI, DONALD A.
MORGANTOWN, WV  26501

MOTLEY RICE, LLC
SCOTT, CARMEN S.
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

MUELLER LAW FIRM
404 W 7TH ST
MULLER, MARK R
AUSTIN, TX  78701

MUELLER LAW PLLC
404 W 7TH ST
FARIES, STEVE
AUSTIN, TX  78701

MUELLER LAW PLLC
404 W. 7TH STREET
MUELLER, MARK R.
AUSTIN, TX  78701

MURPHY, FALCON & MURPHY, P.A.
ONE SOUTH STREET, 23RD FLOOR
MEEDER, JESSICA H.
BALTIMORE, MD  21202

MURPHY, FALCON & MURPHY, P.A.
ONE SOUTH STREET, SUITE 3000
MEEDER, JESSICA H.
BALTIMORE, MD  21202

MURRAY LAW FIRM
650 POYDRAS STREET, SUITE 2150
MURRAY, STEPHEN B. MURRAY, ARTHUR M.
NEW ORLEANS, OH  70130

NACHAWATI LAW GROUP
5489 BLAIR ROAD
G C HENDERSON; N M NACHAWATI, J RAGGIO
DALLAS, TX  75231

NAPOLI SHKOLNIK PLLC
400 BROADHOLLOW ROAD, STE 305
BERMAN, W. STEVE
MELVILLE, NY  11747

NAPOLI SHKOLNIK, PLLC
400 BROADHOLLOW, SUITE 305
BERMAN, W. STEVEN
MELVILLE, NY  11747

NAPOLI SHKOLNIK, PLLC
525 SOUTH DOUGLAS STREET, STE 260
EL SEGUNDO, CA  90245

NAPOLI SHKOLNIK, PLLC
919 NORTH MARKET STREET, SUITE 1801
HRUBIEC, R. JOSEPH
WILMINGTON, DE  19801

NAPOLI SHKOLNIK, PLLC
C/O PAUL J. NAPOLI
270 MUNOZ RIVERA AVE., SUITE 201
HATO REY, PR  00918

NAPOLI SHKOLNIK, PLLC
C/O PAUL J. NAPOLI
270 MUNOZ RIVERA AVE., SUITE 201
HATO REY, PR  00918
PUERTO RICO

NAPOLI SHKOLNIK, PLLC
SACKS, SHAYNA E.
360 LEXINGTON AVE, 11TH FL
NEW YORK, NY  10017

NASH & FRANCISKATO LAW FIRM
2300 MAIN STREET, STE 170
KANSAS CITY, MO  64108

NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA  19102

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023

NEAL & HARWELL, PLC
1201 DEMONBREUN ST, STE 1000
BARRETT, CHARLES F.
NASHVILLE, TN  37203

NICOLE M VARISCO, ESQ
46 IROQUOIS ROAD
OSSINING, NY  10562

NIX PATTERSON & ROACH
3600 N CAPITAL OF TEXAS B350
C IHRIG, N JOHNSON, N SMITH, N ROACH
AUSTIN, TX  78746

OCONNOR, MCGUINNESS, CONTE, DOYLE,
OLESON, WATSON AND LOFTUS, LLP
1 BARKER AVE SUITE 675
WHITE PLAINS, NY  10601

ODOM LAW FIRM, PA
161 W. VAN ASCHE LOOP, STE.1
FAYETTEVILLE, AR  72703

OLDFATHER LAW FIRM
1330 SOURTH THIRD STREET
LOUISVILLE, KY  40208

OLEARY, SHELTON, CORRIGAN PETERSON
DALTON & QUILLAN
1034 S BRENTWOOD BLVD 23RD FLOOR
ST. LOUIS, MO  63117

ONDER SHELTON OLEARY & PETERSON LLC
110 E. LOCKWOOD, 2ND FL
ST LOUIS, MO  63119

ONDERLAW, LLC
110 E. LOCKWOOD, 2ND FLOOR
ST. LOUIS, MO  63119

OSBORNE & FRANCIS LAW FIRM PLLC
433 PLAZA REAL, SUITE 271
J. ROBERT BELL III
BOCA RATON, FL  33432

OSBORNE, ASSOCIATES LAW FIRM, P.A.
J. ROBERT BELL , III
433 PLAZA REAL SUITE 271
BOCA RATON, FL  33432

PADILLA LAW GROUP
320 ENCINITAS BLVD., SUITE A
ENCINITAS, CA  92024

PANISH, SHEA & BOYLE
11111 SANTA MONICA BLVD., SUITE 700
L DIESEL, P KAUFMAN
LOS ANGELES, CA  90025

PARAFINCZUK WOLF, P.A.
110 E. BROWARD BLVD., STE. 1630
FORT LAUDERDALE, FL  33301

PARAFINCZUK WOLF, P.A.
9050 PINES BLVD STE 450-2
PEMBROKE PNES, FL  33024-6401

PARKER WAICHMAN LLP
MICHAEL S. WERNER
6 HARBOR PARK DR.
PORT WASHINGTON, NY  11050

PARKER WAICHMAN, LLP
6 HARBOR PARK DRIVE
PORT WASHINGTON, NY  11050

PATRICK MILLER, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

**Debtor: In re: LTL MANAGEMENT LLC**

Case #:  23-01092

Notices mailed by:  April 20, 2023

PAUL LLP
601 WALNUT STREET, SUITE 300
KANSAS CITY, MO  64106

PENDLEY, BAUDIN & COFFIN, LLP
1515 POYDRAS STREET, SUITE 1400
N.R. ROCKFORTE, E.P. FONTENOT
NEW ORLEANS, LA  70118

PETERSON & ASSOCIATE, P.C.
801 W 47TH ST, STE 107
D. PETERSON, N CLEVENGER
KANSAS CITY, MO  64112

PHILLIPS & PAOLICELLI, LLP
747 THIRD AVE., 6TH FL
D WOODARD, B TULLY
NEW YORK, NY  10017

PIERCE SKRABANEK BRUERA, PLLC
3701 KIRBY DR, STE 760
HOUSTON, TX  77098

PLYMALE LAW FIRM
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA  70170

POGUST BRASLOW & MILLROOD, LLC
EIGHT TOWER BRIDGE, STE 940, 161
WASHINGTON ST BRASLOW, DEREK T
CONSHOHOCKEN, PA  19428

PORTER & MALOUF, PA
P.O. BOX 12768
GIVENS, JOHN T.
JACKSON, MS  39236-2768

POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX  77098

POULIN, WILLEY, ANASTOPOULO, LLC
32 ANN STREET
P.DOOLITTLE, R.WILLEY, IV, B. ABBOTT
CHARLESTON, SC  29403

POURCIAU LAW FIRM, LLC
650 POYDRAS ST
STE 2519
NEW ORLEANS, LA  70130

POWERS ROGERS & SMITH LLP
70 W. MADISON, SUITE 5500
SCOTT, CAROLYN DALEY POWER, JAMES I
CHICAGO, IL  60602

PRATT & ASSOCIATES
634 NORTH SANTA CRUZ AVE, STE 204
LOS GATOS, CA  95030

PRATT & TOBIN, P.C.
ROUTE 111 AT AIRLINE DRIVE
TOBIN, GREGORY M.
EAST ALTON, IL  62024

PRESZLER INJURY LAWYERS
RUSSELL HOWE
151 EGLINTON AVENUE WEST
TORONTO, ON  M4R 1A6
CANADA

PRESZLER LAW FIRM LLP
DAIRN SHANE
800-1075 WEST GEORGIA STREET
VANCOUVER, BC  V6Z 2E1
CANADA

PRIBANIC & PRIBANIC, LLC
1735 LINCOLN WAY
WHITE OAK, PA  15131

PRO SE
327 HUDSON AVE
NEWARK, OH  43055

**Debtor: In re: LTL MANAGEMENT LLC**

Case #:  23-01092

Notices mailed by:  April 20, 2023


PRO SE
9315 FAIRWOOD DRIVE
KANSAS CITY, MO  64138

PROVOST UMPHREY LAW FIRM
490 PARK STREET
BEAUMONT, TX  77704

PULASKI LAW FIRM
2925 RICHMOND SUITE 1725
PULASKI, ADAM
HOUSTON, TX  77098


PUTNICK LEGAL, LLC
17 EAST MAIN STREET, SUITE 200
C/O MARY ELIZABETH PUTNICK, OF COUNSEL TO
PENSACOLA, FL  32502

PUTNICK LEGAL, LLC
C/O MARY ELIZABETH PUTNICK
AYLSTOCK WITKIN, 17 E. MAIN ST STE 200
PENSACOLA, FL  32502

RAHDERT & MORTIMER, PLLC
535 CENTRAL AVENUE
ST. PETERSBURG, FL  33701


RAIPHER PC
265 STATE STREET
SPRINGFIELD, MA  01103

RAPPAPORT, GLASS, LEVINE & ZULLO
1355 MOTOR PARKWAY
ISLANDIA, NY  11749

REEVES & GOFF, P.C.
1 NORTH JEFFERSON STREET
GOFF, JOSEPH L
FARMINGTON, MO  63640


REICH & BINSTOCK, LLP
4265 SAN FELIPE BLVD, SUITE 1000
HOUSTON, TX  77027

REMER & GEORGES-PIERRE, PLLC
44 WEST FLAGIER STREET, SUITE 2200
MIAMI, FL  33130

RHEINGOLD, GIUFFRA RUFFO & PLOTKIN
551 FIFTH AVENUE 29TH FLOOR
E RUFFO, T GIUFFRA
NEW YORK, NY  10017


RHEINGOLD, GIUFFRA RUFFO & PLOTKIN
561 FIFTH AVENUE 29TH FLOOR
E RUFFO, T GIUFFRA
NEW YORK, NY  10176

RICHARDSON RICHARDSON BOUDREAUX
7447 S LEWIS AVE
C RICHARDSON, P BOUDREAUX, R ALFRED
TULSA, OK  74136

RICHARDSON, THOMAS, HALTIWANGER,
MOORE & LEWIS
1513 HAMPTON ST
COLUMBIA, SC  29201


RIESEN DURANT, LLC
613 LONG POINT RD 100
CANNON JR.,, RHAME CHIP B.
MT PLEASANT, SC  29464

RILEYCATE, LLC
11 MUNICIPAL DR STE 320
FISHERS, IN  46038-1634

RIVERA LAW OFFICES, PLLC
1800 COOPER PT. RD. SW 14
OLYMPIA, WA  98502

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: April 20, 2023


ROBBINS ROSS ALLOY BELINFANTE
LITTLEFIELD LLC
500 14TH ST, NW
ATLANTA, GA  30318

ROBINS KAPLAN, LLP
800 LASALLE AVE, STE. 2800
MEGHJEE, MUNIR
MINNEAPOLIS, MN  55402

ROBINSON, CALCAGNIE, ROBINSON,
SHAPIRO, DAVIS, INC.
19 CORPORATE PLAZE DRIVE
NEWPORT BEACH, CA  92660


ROCHON GENOVA LLP
121 RICHMOND STREET WEST SUITE 900
TORONTO, ON  M5H 2K1
CANADA

RODAL LAW, P.A.
3201 GRIFFIN RD
STE 203
DANIA BEACH, FL  33312

ROSS FELLER CASEY, LLP
ONE LIBERTY PLACE, 1650 MARKERT STREET,
STE 3450 ROSS, ROBERT FELLER, JOEL CASEY
PHILADELPHIA, PA  19103


ROSS LAW OFFICES, P.C.
18 EAST CHESTNUT STREET
SHARON, MA  02067

ROURKE AND BLUMENTHAL, LLP
495 S. HIGH STREE, SUITE 450
ROURKE, MICHAEL J.
COLUMBUS, OH  43215

SALKOW LAW, APC
1541 OCEAN AVE., STE 200
SALKOW, RICHARD
SANTA MONICA, CA  90401


SALTZ MONGELUZZI & BENDESKY PC
1650 MARKET ST., 52ND FLOOR
PHILADELPHIA, PA  19103

SALVI, SCHOSTOK & PRITCHARD P.C.
161 N. CLARK STREET SUITE 4700
CHICAGO, IL  60601

SANDERS PHILLIPS GROSSMAN, LLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY  11530


SANDERS VIENER GROSSMAN LLP
100 GARDEN CITY PLAZA
SUITE 500
GARDEN CITY, NY  11530

SANDERS VIENER GROSSMAN, LLP
100 HERRICKS ROAD
MINEOLA, NY  11501

SANGISETTY LAW FIRM, LLC
3914 CANAL ST
SANGISETTY, RAVI
NEW ORLEANS, LA  70119


SATTERLEY & KELLEY
C/O JOSEPH SATTERLEY
8700 WESTPORT ROAD, SUITE 202
LOUISVILLE, KY  40242

SAUNDERS & WALKER, P.A.
P.O. BOX 1637
SAUNDERS, JOSEPH H.
PINELLAS PARK, FL  33780-1637

SCHLESINGER LAW OFFICES, P.A.
1212 SE 3RD AVE
S SCHLESINGER, J GDANSKI
FT. LAUDERDALE, FL  33316

SCHMIDT & SETHI, PC
1790 EAST RIVER ROAD SUITE 300
CAMPBELL, SCOTT A
TUCSON, AZ  85718

SCHNEIDER WALLACE COTTRELL KONECKY
2000 POWELL STREET, STE 1400
ESKIN, AMY
EMERYVILLE, CA  94608

SCHROEDER MAUNDRELL BARBIERE POWERS
5300 SOCIALVILLE FOSTER RD, STE 200
POWERS, TODD M.
MASON, OH  45040

SCOVERN LAW
201 SPEAR STREET, SUITE 1100
SCOVERN, SUSANNE N.
SAN FRANCISCO, CA  94105

SEEGER WEISS LLP
55 CHALLENGER RD
BADARUZZAMAN, ASIM & SEEGER,
CHRISTOPHER
RIDGEFIELD PARK, NJ  07660

SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. MAIN ST., STE. 110
SEIDMAN, DANIEL R.
BELLEVILLE, IL  62220

SEITHEL LAW LLC
POST OFFICE BOX 1929
CHARLESTON, SC  29457

SERLING & ABRAMSON, P.C.
C/O ERIC B. ABRAMSON
280 N OLD WOODWARD AVE, STE 406
BIRMINGHAM, MI  48009

SHAW COWART, LLP
1609 SHOAL CREEK BLVD, SUITE 100
SHAW, ETHAN L. COWART, JOHN P.
AUSTIN, TX  78701

SHELBY RODEN
2101 HIGHLAND AVE S, STE 200
LUCADO, SHANE M. FREEMAN, DON C.
BIRMINGHAM, AL  35205

SHINDLER, ANDERSON, GOPLERUD & WEESE
P.C.
5015 GRAND RIDGE DR. UNIT 100
WEST DES MOINES, IA  50265-5749

SILL LAW GROUP, PLLC
1101 N. BROADWAY, SUITE 102
M SILL, C BERGIN
OKLAHOMA CITY, OK  73013

SILL LAW GROUP, PLLC
14005 N EASTERN AVE
SILL, MATTHEW J. GRIFFIN, KATIE
EDMOND, OK  73013

SIMMONS HANLY CONROY LLC
C/O JAMES KRAMER
112 MADISON AVENUE
NEW YORK, NY  10016

SIMMONS HANLY CONROY
ONE COURT STREET
WILLIAMS, ANDY S.
ALTON, IL  62002

SIMON GREENSTONE PANATIER
3760 KILROY AIRPORT WAY STE 680
LONG BEACH, CA  90806-2490

SINGLETON SCHREIBER MCKENZIE & SCOTT,
LLP
450 A ST, 5TH FLOOR
TRIMBLE, KIMBERLY S SINGLE
SAN DIEGO, CA  92101

SKIKOS, CRAWFORD, SKIKOS & JOSEPH
ONE SANSOME ST., SUITE 2830
SAN FRANCISCO, CA  94104

**Debtor: In re: LTL MANAGEMENT LLC**

Case #: 23-01092

Notices mailed by: April 20, 2023

SLACK & DAVIS LLP
6001 BOLD RULER WAY, SUITE 100
BOWEN, DONNA J.
AUSTIN, TX 78746

SLATER, SLATER, SCHULMAN, LLP
445 BORAD HOLLW RD, ST. 419
MELVILLE, NY 01174

SLATER, SLATER, SCHULMAN, LLP
445 BORAD HOLLW RD, ST. 419
SLATER, ADAM
MELVILLE, NY 01174

SMITH, GILDEA & SCHMIDT LLC
600 WASHINGTON AVE, SUITE 200
TOWSON, MD 21204

SOMMERS SCHWARTZ, PC
ONE TOWN SQUARE, 17TH FLOOR
THOMPSON, JASON J SICKELS, ROBERT B
SOUTHFIELD, MI 48076

SOUTHERLAND LAW FIRM, PLLC
5214 MARYLAND WAY SUITE 402
BRENTWOOD, TN 37027

STANLEY LAW GROUP
PO BOX 823646
DALLAS, TX 75382-3646

STEVE MERRITT LAW
523 W LAMAR ALEXANDER PKWY, STE 11
MERRITT, STEVE
MARYVILLE, TN 37801

STEVENSON LEGAL GROUP, PLLC
1010 N. WEST STREET
STEVENSON, DAMON R.
JACKSON, MS 39215

STEWART & STEWART
931 S. RANGELINE ROAD
STEWART, DAVID SOBIERAY, MICHAEL
CARMEL, IN 46032

STONE GRANADE & CROSBY PC
8820 US HIGHWAY 90
STRACHAN, LAURA IRVINE, GEORGE
DAPHNE, AL 36526

STRAUSS TROY CO., LPA
150 EAST FOURTH STREET 4TH FLOOR
CINCINNATI, OH 45202-4015

SUGARMAN LAW, LLC
80 EAST MAIN STREET
SUGARMAN, BARRY B.
SOMERVILLE, NJ 08876

SULLIVAN PAPAIN BLOCK MCGRATH &
CANNAVO P.C.
120 BROADWAY 27TH FLOOR
NEW YORK, NY 01027

SULLO & SULLO, LLP
2020 SOUTHWEST FWY. SUITE 300
HOUSTON, TX 77098

SUMMERS & JOHNSON, P.C.
717 THOMAS ST.
WESTON, MO 64098

SUTTON, ALKER & RATHER, LLC
4080 LONESOME RD
MANDEVILLE, LA 70448

SWMW LAW, LLC
C/O BENJAMIN SCHMICKLE
701 MARKET STREET, SUITE 1000
ST. LOUIS, MO 63101

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  April 20, 2023**

SZAFERMAN LAKIND BLUMSTEIN & BLADER
C/O BENJAMIN SCHMICKLE
LYTLE, ROBERT E
LAWRENCEVILLE, NJ  08648

TAFT STETTINIUS & HOLLISTER LLP
111 EAST WACKER, SUTIE 2800
CHICAGO, IL  60601

TALMADGE BRADDOCK
PO BOX 1419
BILOXI, MS  39533

TAUTFEST BOND
5151 BELT LIND RD, STE 1000
GLITZ, JESSICA; MONTE BOND
DALLAS, TX  75254

THE ALARID LAW FIRM, P.C.
300 CENTRAWL SW STE 2500 W
CORDOVA, CAMILLE
ALBUQUERQUE, NM  87102

THE ALVAREZ LAW FIRM
3251 PONCE DE LEON BLVD
CORAL GABLES, FL  33134

THE BARNES FIRM, LC
655 W. BROADWAY, STE. 940
OLIVER, CHRISTIAN R
SAN DIEGO, CA  92101

THE BARNES FIRM, P.C.
420 LEXINGTON AVE, STE 2140
NEW YORK, NY  10170

THE BARNES FIRM, P.C.
420 LEXINGTON AVE, STE 2140
VAZQUEZ, JOE
NEW YORK, NY  10170

THE BENTON LAW FIRM, PLLC
1825 MARKET CENTER BLVD., STE 350
DALLAS, TX  75207

THE BRANDI LAW FIRM
354 PINE STREET, THIRD FLOOR
T EDWARDS, T BRANDI, B MALLOY
SAN FRANCISCO, CA  94104

THE CARLSON LAW FIRM
100 E CENTRAL TEXAS EXPRESSWAY
KILLEEN, TX  76541

THE CHEEK LAW FIRM
650 POYDRAS STREET, SUITE 2310
LINDSEY A. CHEEK
NEW ORLEANS, LA  70130

THE CLORE LAW GROUP LLC
78 ASHLEY POINT DRIVE, STE 200
CHARLESTON, SC  29407

THE CRONE LAW FIRM, PLC
88 UNION AVENUE, 14TH FLOOR
CRONE, ALAN G.
MEMPHIS, TN  38103

THE CUFFIE LAW FIRM
3080 CAMPBELTON ROAD SOUTHWEST
T CUFFIE, M BENSON
ATLANTA, GA  30311

THE DAILEY LAW FIRM
C/O WILLIAM DAILEY JR.
230 BEMISTON AVENUE, SUITE 1470
ST. LOUIS, MO  63105

THE DEATON LAW FIRM
450 NORTH BROADWAY
C/O JOHN DEATON
EAST PROVIDENCE, RI  02814

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: April 20, 2023**

THE DIAZ LAW FIRM, PLLC
208 WATERFORD SQUARE, SUITE 300
DIAZ JR., GERALD J.
MADISON, MS  39110

THE DIETRICH LAW FIRM, PC
101 JOHN JAMES AUDUBON PKWY
BUFFALO, NY  14228

THE DIETRICH LAW FIRM, PC
101 JOHN JAMES AUDUBON PKWY
NICHOLAS J SHEMIK, REBECCA L POSTEK
BUFFALO, NY  14228

THE DILORENZO LAW FIRM, LLC
505 20TH STTREE NORTH, STE 1275
BIRMINGHAM, AL  35203

THE DILORENZO LAW FIRM, LLC
505 20TH STTREE NORTH, STE 1275
BIRMINGHAM, AL  35203

THE DREESEN LAW FIRM, LLC
16105 SWINGLEY RIDGE ROAD, 4097
CHESTERFIELD, MO  63006

THE DUGAN LAW FIRM
ONE CANAL PLACE - STE 1000
365 CANAL STREET
NEW ORLEANS, LA  70130

THE DUGAN LAW FIRM, APLC
ONE CANAL PLACE, 365 CANAL STREET, SUITE
1000
NEW ORLEANS, LA  70130

THE DUNKEN LAW FIRM
DUNKEN, BURT TERRY
77 SUGAR CREEK CENTER BLVD STE 600
SUGAR LAND, TX  77478-3688

THE EARLY FIRM, LLC
C/O MATHEW PARK
360 LEXINGTON AVE, 20TH FLOOR
NEW YORK, NY  10017

THE ENTREKIN LAW FIRM
3101 N. CENTRAL AVE., STE. 740
ENTREKIN, LANCE
PHOENIX, AZ  08501

THE FERRARO LAW FIRM, P.A.
600 BRICKELL AVENUE, SUITE 3800
JAGOLINZER, D., FERRARO, JR. J. DIMATT
MIAMI, FL  33131

THE GATTI LAW FIRM
JENNINGS, RYAN S
235 FRONT ST. SE, STE. 200
SALEM, OR  97301

THE GORI LAW FIRM, P.C.
C/O SARAH SALGER
156 N. MAIN STREET
EDWARDSVILLE, IL  62025

THE GORNY LAW FIRM, LC
4330 BELLEVIEW AVE, STE 200
KANSAS CITY, MO  64111

THE GOSS LAW FIRM, P.C.
1501 WESTPORT RD
GOSS, PETER E.
KANSAS CITY, MO  64111

THE HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO  80218

THE JACOB D. FUCHSBERG LAW FIRM
3 PARK AVENUE, STE 3700
NEW YORK, NY  10016

**Debtor: In re: LTL MANAGEMENT LLC**

Case #:  23-01092

Notices mailed by:  April 20, 2023

THE KING FIRM
2912 CANAL STREET
GELGER, ANDREW J.
NEW ORLEANS, LA  70119

THE KRUGER LAW FIRM
485 S. ROBERTSON BLVD., SUITE 4
KRUGER, JACKIE
BEVERLY HILLS, CA  90211

THE LANIER LAW FIRM
2829 TOWNSGATE RD. STE 100
WESTLAKE VILLAGE, CA  91361

THE LAW FIRM OF JOSEPH H. LOW IV
100 OCEANGATE, 12TH FLOOR
LOW IV, JOSEPH H.
LONG BEACH, CA  90802

THE LAW FIRM OF LARRY HELVEY
2735 FIRST AVENUE SE, SUITE 101
CEDAR RAPIDS, IA  52402

THE LAW OFFICES OF ERIC H. WEINBERG
149 LIVINGTON AVENUE
NEW BRUNSWICK, NJ  08901

THE LAW OFFICES OF HAYTHAM FARAJ
1935 W BELMONT AVE
FARAJ, HAYTHAM
CHICAGO, IL  60657

THE LAW OFFICES OF MELVIN W BRUNSON
9000 WESTERN AMERICA CIRCLE STE 201
BRUNSON, MELVIN W.
MOBILE, AL  36609

THE LAW OFFICES OF PETER G. ANGELOS
100 NORTH CHARLES ST
BALTIMORE, MD  21201

THE LAW OFFICES OF SEAN M CLEARY
19 W FLAGLER ST., STE 618
PEREIRA, ANDRES
MIAMI, FL  33130

THE LEVENSTEN LAW FIRM, P.C.
2200 RENAISSANCE BLVD
STE 320
KING OF PRUSSIA, PA  19406

THE MADALON LAW FIRM
100 NORTH FEDERAL HIGHWAY CU5
FORT LAUDERDALE, FL  33301

THE MICHAEL BRADY LYNCH FIRM
127 W FAIRBANKS AVE, STE 528
LYNCH, MICHAEL BRADY
WINTER PARK, FL  32789

THE MILLER FIRM, LLC
108 RAILROAD AVE.
ORANGE, VA  02296

THE MITCHELL FIRM, PLLC
1020 HIGHLAND COLONY PKWY, STE 704
JOSEPH
RIDGELAND, MS  39157

THE ONDER LAW FIRM
C/O JAMES ONDER
110 EAST LOCKWOOD, SECOND FLOOR
ST. LOUIS, MO  63119

THE PATE LAW FIRM
PO BOX 370
CHRISTIANSTED, VI  00821-0370

THE PENTON LAW FIRM
209 HOPPEN PL
BOGALUSA, LA  70427-3827

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: April 20, 2023**


THE POINTE
1205 E. WASHINGTON ST. SUITE 111
DAVIS, ALEX C.
LOUISVILLE, KY 40206

THE POINTE
1205 E. WASHINGTON ST. SUITE 111
LOUISVILLE, KY 40206

THE POTTS LAW FIRM, LLP
1901 W 47TH PL 210
KANSAS CITY, KS 66205


THE POTTS LAW FIRM, LLP
3737 BUFFALO SPEEDWAY, SUITE 1900
FUNK, ADAM T
HOUSTON, TX 77098

THE REARDON LAW FIRM, P.C.
160 HEMPSTEAD ST.
NEW LONDON, CT 06320

THE RUTH LAW TEAM
842 RAYMOND AVE., STE 200
ROSLANSKY, ERIC D.
ST. PAUL, MN 55114


THE SEGAL LAW FIRM
AMOS, II, C., FOSTER, J., & SEGAL, S.
810 KANAWHA BLVD, EAST
CHARLESTON, WV 25301

THE SIMON LAW FIRM, PC
800 MARKET STREET, SUITE 1700
ST. LOUIS, MO 63101

THE SMITH LAW FIRM, PLLC
300 CONCOURSE BLVD
SUITE 104
RIDGELAND, MS 39157


THE WASHINGTON FIRM, PC
1300 S UNIVERSITY DR STE 407
FT WORTH, TX 76107-5727

THE WEBSTER LAW FIRM
6200 SAVOY, SUITE 515
WEBSTER, JASON C.
HOUSTON, TX 77036

THE WEINBERG LAW FIRM
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ 08901


THE WHITEHEAD LAW FIRM, LLC
3639 AMBASSADOR CAFFERY PKWY
PETROLEUM TWR, STE 303
LAFAYETTE, LA 70503

THE WHITTEMORE LAW GROUP, PA
100 SECOND AVENUE SOUTH, STE. 304-S
ST. PETERSBURG, FL 33701

THORNTON LAW FIRM LLP
C/O ANDREA LANDRY
ONE LINCOLN STREET, 13TH FL.
BOSTON, MA 02111


THORNTON LAW FIRM LLP
ONE LINCOLN 25TH FLOOR
MCGOLDRICK, MARILYN T.
BOSTON, MA 02111

THORNTON LAW FIRM
1 LINCOLN ST, FL 13, STATE ST FIN CTR
MCGOLDRICK, MARILYN T.
BOSTON, MA 02111

TORHOERMAN LAW LLC
210 S MAIN STREET
DAVIS, STEVEN D.
EDWARDSVILLE, IL 62025

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023


UNGLESBY LAW FIRM
246 NAPOLEON STREET
UNGLESBY, LEWIS O.
BATON ROUGE, LA  70802

USRY, WEEKS & MATTHEWS, APLC
1615 POYDRAS STREET, SUITE 1250
RICAHRDSON, TIMOTHY R.
NEW ORLEANS, LA  70112

VAUGHAN LAW FIRM PC
2211 NORFOLK STREET, STE 220
VAUGHAN, JEFFREY R.
HOUSTON, TX  77098


VENTURA LAW
235 MAIN STREET
K FITZPATRICK, A RIBEIRO, N BARBER, R
AGOSTINHO
DANBURY, CT  06810

VICKERY & SHEPHERD, LLP
10000 MEMORIAL DR., SUITE 750
HOUSTON, TX  77024

VISRAM-GIRALDO LAW GROUP, LLP
633 SE 3RD AVE, STE 302
FORT LAUDERDALE, FL  33301


VOGELZANG LAW
N WALLACE, W BERKOVER
401 N. MICHIGAN AVENUE, SUITE 350
CHICAGO, IL  60611

WAGNER REESE, LLP
11939 NORTH MERIDIAN STREET
CARMEL, IN  46032

WAGSTAFF & CARTMELL, LLP
4740 GRAND AVE., SUITE 300
KANSAS CITY, MO  64112


WAGSTAFF LAW FIRM
940 LINCOLN STREET
NORTHRUP, ALBERT
DENVER, CO  80203

WALKER, HAMILTON & KOENIG, LLP
50 FRANCISCO STREET, STE. 460
WALKER III, WALTER H.
SAN FRANCISCO, CA  94133

WALLACE & GRAHAM
525 NORTH MAIN STREET
PROSS, MICHAEL B GRAHAM, WILLIAM M
SALISBURY, NC  28144


WALTON TELKEN FOSTER, LLC
241 N. MAIN ST.
EDWARDSVILLE, IL  62035

WARD BLACK LAW
C/O JANET WARD BLACK
208 W. WENDOVER AVE
GREENSBORO, NC  27401

WATERS & KRAUS, LLP
3141 HOOD STREET, STE 700
DALLAS, TX  75219


WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY ST, STE 1620
SEATTLE, WA  98101

WEITZ & LUXENBERG
220 LAKE DRIVE EAST, SUITE 210
CHERRY HILL, NJ  08002

WEITZ & LUXENBERG
BHARATI O. SHARMA
220 LAKE DR E 210
CHERRY HILL, NJ  08002

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  April 20, 2023


WEITZ & LUXENBERG
D KRAFT, B SHARMA, J WEITZ, J SEDGH
700 BROADWAY
NEW YORK, NY  10003

WEITZ & LUXENBERG
MARK BRATT
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CA  90067

WEXLER WALLACE LLP
55 WEST MONROE STREET, SUITE 3300
CHICAGO, IL  60603


WHITE & WEDDLE, P.C.
630 N.E. 63RD STREET
WHITE, JR, JOE E
OKLAHOMA, OK  73105

WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DR, STE. 900
L KIZIS, A RESNICK-PARIGIAN
WOODBRIDGE, NJ  07095

WILENTZ, GOLDMAN & SPITZER, P.A.
C/O STEPHEN SULLIVAN, JR.
125 HALF MILE ROAD, SUITE 100
REDBANK, NJ  07701


WILL DAVIDSON LLP
220 BAY STREET 1400
MILLER, PAUL
TORONTO, ON  M5J 2W4
CANADA

WILLIAM D. BRANDT, P.C.
494 STATE STREET, STE 300B
SALEM, OR  97301

WILLIAM G. COLVIN, PLLC
801 BROAD STREET, STE 428
COLVIN, WILLIAM G.
CHATTANOOGA, TN  37402


WILLIAMS & WILLIAMS
1281 RUSSELL STREET
ORANGEBURG, SC  29115

WILLIAMS DECLARK TUSCHMAN CO, LPA
626 MADISON AVENUE, SUITE 800
TUSCHMAN, CHAD M
TOLEDO, OH  43604-1110

WILLIAMS HART LAW FIRM
8441 GULF FREEWAY, SUITE 600
BRAHMBHATT, SEJAL K BOUNDAS, JOHN T.
HOUSTON, TX  77017


WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 GULF FREEWAY, SUITE 600
BRAHMBHATT, SEJAL BOUNDAS, JOHN
HOUSTON, TX  77017

WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 GULF FREEWAY, SUITE 600
BRAHMBHATT, SEJAL K BOUNDAS, JOHN T
HOUSTON, TX  77017

WILLIAMS, KIRK (879031)
AIRWAY HEIGHTS CORRECTION CENTER
P.O. BOX 2049-L-B-05
AIRWAY HEIGHTS, WA  99001


WILSON LAW PA
1111 HAYNES ST, STE 103 (27604)
RALEIGH, NC  27605

WILSON LAW PA
434 FAYETTEVILLE ST, STE 2060
ATTN KIMBERLY WILSON WHITE
RALEIGH, NC  27601

WOCL LEYDON LLC
80 FOURTH STREET
LEYDON, B.P. FUSCO, J.E.
STAMFORD, CT  06905

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: April 20, 2023**

WORRALL, JAMES, PRO SE
PO BOX 23322
ANCHORAGE, KY 40223

WRIGHT & SCHULTE, LLC
865 S DIXIE DR
VANDALIA, OH 45377

WYLDER CORWIN KELLY LLP
207 E. WASHINGTON ST. SUITE 102
BLOOMINGTON, IL 61701

YAEGER LAW, PLLC
834 3RD AVENUE SOUTH
YAEGER, LAURA V BENCH, ROBERT J
TIERRA VERDE, FL 33715

YAEGER LAW, PLLC
BENCH, ROBERT J & YAEGER, LAURA V
834 3RD AVENUE SOUTH
TIERRA VERDE, FL 33715

YEAROUT & TRAYLOR, P.C.
3300 CAHABA ROAD, STE. 300
BIRMINGHAM, AL 35223

ZELBST, HOLMES & BUTLER
C/O JOHN P. ZELBST
P.O. BOX 365, 411 SW 6TH STREET
LAWTON, OK 73502-0365

ZEVAN DAVIDSON ROMAN LLC
211 N. BROADWAY
STE 2675
ST. LOUIS, MO 63102

ZINNS LAW, LLC
1800 PEACHTREE ST., NW, STE. 370
ATLANTA, GA 30309

ZINNS LAW, LLC
1800 PEACHTREE ST., NW, STE. 370
ZINNS, SHARON
ATLANTA, GA 30309

Total Parties: 676

# EXHIBIT C

LTL MANAGEMENT LLC, Case No. 23-12825 (MBK)
Email Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| Archer & Greiner, P.C. | Attn: Stephen Packman | spackman@archerlaw.com |
| Arnold & Itkin LLP | Attn: Kurt Arnold, Caj Boatright | cboatright@arnolditkin.com; christensen@arnolditkin.com; jitkin@arnolditkin.com |
| Ashcraft & Gerel,LLP | Attn: Michelle Parfitt | mparfitt@ashcraftlaw.com |
| Aylstock, Witkin, Kreis & Overholtz PLLC | Attn: Mary Putnick & Daniel Thornburgh | marybeth@putnicklegal.com; dthornburgh@awkolaw.com |
| Ballard Spahr LLP | Attn: Tobey M Daluz, Leslie C Heilman, Laurel D Roglen & Margaret A Vesper | daluzt@ballardspahr.com; heilman@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Beasley Allen Law Firm | Attn: Charlie Stern | charlie.stern@beasleyallen.com |
| Beasley Allen Law Firm | Attn: Leigh O'Dell | leigh.odell@beasleyallen.com |
| Brown Rudnick | Attn: David J. Molton | dmolton@brownrudnick.com |
| Childers, Schlueter & Smith LLC | Attn: Richard Schlueter | rschlueter@cssfirm.com |
| Clyde & CO US LLP | Attn: Clinton E. Cameron, Meghan Dalton & Konrad Krebs | konrad.krebs@clydeco.us; clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| Cohen, Placitella & Roth PC | Attn: Christopher M. Placitella | cplacitella@cprlaw.com |
| Cole Schotz, PC | Attn: Michael D Sirota, Warren A Usatine, Seth Van Aalten & Justin Alberto | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| David Christian Attorneys LLC | Attn: David Christian | dchristian@dca.law |
| Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Duane Morris LLP | Attn: Philip R. Matthews, Esq. | prmatthews@duanemorris.com |
| Duane Morris LLP | Attn: Russell W. Roten, Esq | RWRoten@duanemorris.com |
| Duane Morris LLP | Attn: Jeff D. Kahane, Esq | JKahane@duanemorris.com |
| Duane Morris LLP | Attn: Andrew E Mina, Esq | AMina@duanemorris.com |
| Ferrer, Poirot & Wansbrough | Attn: Jesse Ferrer & Christina Feller | jferrer@lawyerworks.com; cfeller@lawyerworks.com |
| Genova Burns LLC | Attn: Daniel M. Stolz, Donald Clarke | dstolz@genovaburns.com; dclarke@genovaburns.com |
| Gimigliano Mauriello & Maloney | Attn: John Maloney, Stephen B. Gimigliano & Robin Rabinowitz | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| Golomb Spirit Grunfeld | Attn: Richard Golomb | rgolomb@golomblegal.com |
| Greenberg Traurig, LLP | Attn: Alan J. Broday | brodya@gtlaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin & Donna H. Lieberman | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| Johnson & Johnson | Attn: Andrew White & Eric Haas | awhite23@its.jnj.com; ehaas8@its.jnj.com |
| Johnson Law Group | Attn: Blake Tanase, Basil Adham | badham@johnsonlawgroup.com |
| Law Firm of Brian W. Hofmeister | Attn: Brian W. Hofmeister | bwh@hofmeisterfirm.com |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell Malzberg | mmalzberg@mjmalzberglaw.com |
| Levin Papantonio Rafferty | Attn: Christopher Tisi, Esq. | ctisi@levinlaw.com |
| Levy Konigsberg, LLP | Attn: Jerome H. Block | jblock@levylaw.com |
| Levy Konigsberg, LLP | Attn: Moshe Maimon | mmaimon@levylaw.com |
| Lex Nova Law LLC | Attn: E. Richard Dressel | rdressel@lexnovalaw.com |
| Lite Depalma Greenberg & Afanador, LLC | Attn: Allen J. Underwood II | aunderwood@litedepalma.com |
| Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Mary E. Seymour | krosen@lowenstein.com; mseymour@lowenstein.com |
| Maune Raichle Hartley French & Mudd LLC | Attn: Suzanne M. Ratcliffe & Clayton L. Thompson | cthompson@mrhfmlaw.com; sratcliffe@mrhfmlaw.com |
| Mcdonald Worley | Attn: Don Worley | don@mcdonaldworley.com |
| Miller Firm, LLC | Attn: Curtis G. Hoke | choke@millermiller.com |
| Motley Rice LLC | Attn: Daniel R. Lapinski | dlapinski@motleyrice.com |
| Nachawati Law Group | Attn: Majed Nachawati | mn@ntrial.com |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)

Email Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| Napoli Shkolnik PLLC | Attn: James Heisman, Christopher Lopalo | clopalo@napolilaw.com; jheisman@napolilaw.com |
| Office of the Attorney General of Texas | Attn: Autumn D. Highsmith, Rachel R. Obaldo | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| Office of the US Trustee | Attn Lauren Bielskie & Jeffrey M. Sponder | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Onderlaw, LLC | Attn: James Onder | onder@onderlaw.com |
| Otterbourg P.C. | Attn: Richard G. Haddad, Adam Silverstein | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Colin R. Robinson & Peter J. Keane | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| Pashman Stein Walder Hayden, P.C. | Attn:  John W. Weiss | jweiss@pashmanstein.com |
| Pulaski Kherkher PLLC | Attn: Adam Pulaski | adam@pulaskilawfirm.com |
| Randi S Ellis LLC | Attn: Randi S Ellis | randi@randiellis.com |
| Rawlings & Associates | Attn: Mark D. Fischer & Robert C Griffiths | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| Reed Smith LLP | Attn: Derek J Baker | dbaker@reedsmith.com |
| Robinson Calcagnie | Attn: Mark P. Robinson Jr. | mrobinson@robinsonfirm.com |
| Ross Feller Casey, LLP | Attn: Brian J. Mccormick, Jr. | bmccormick@rossfellercasey.com |
| Rueb Stoller Daniel , LLP | Attn: Gregory D. Rueb | greg@lawrsd.com |
| Saiber LLC | Attn: John M. August, Esq. | jaugust@saiber.com |
| Sanders, Phillips, Grossman, LLC | Attn: Marc Grossman | mgrossman@thesandersfirm.com |
| Simon Greenstone Panatier PC | Attn: Leah C. Kagan | lkagan@sgptrial.com |
| Simpson Thacher & Bartlett LLP | Attn: Andrew T. Frankel | afrankel@stblaw.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Allison M. Brown | allison.brown@skadden.com |
| The Kelly Firm, P.C. | Attn: Andrew J. Kelly | akelly@kbtlaw.com |
| The Shapiro Law Firm | Attn: Janet A. Shapiro | jshapiro@shapirolawfirm.com |
| Trammell PC | Attn: Fletcher V. Trammell | fletch@trammellpc.com |
| Trif & Modugno, LLC | Attn: Louis A. Modugno | lmodugno@tm-firm.com |
| U.S. Department of Justice | Attn: J. Zachary Balasko | john.z.balasko@usdoj.gov |
| U.S. Department of Justice | Attn: Bethany R. Theriot | bethany.theriot@usdoj.gov |
| Wagstaff Law Firm | Attn: Aimee Wagstaff | awagstaff@wagstafflawfirm.com |
| Walsh Pizzi O'Reilly Falanga | Attn: Mark Falk | mfalk@walsh.law |
| Watts Guerra LLP | Attn: Mikal Watts | mcwatts@wattsguerra.com |
| Weitz & Luxenberg, P.C. | Attn: Perry Weitz | pw@weitzlux.com |
| White & Case LLP | Attn: Jessica Lauria, Glenn M Kurtz, Ricardo Pasianotto & G Starner | jessica.lauria@whitecase.com; gkurtz@whitecase.com; ricardo.pasianotto@whitecase.com; gstarner@whitecase.com |
| White & Case LLP | Attn: Michael C Shepherd & Laura L Femino | mshepherd@whitecase.com; laura.femino@whitecase.com |
| White & Case LLP | Attn: Matthew Linder & Laura Baccash | mlinder@whitecase.com; laura.baccash@whitecase.com |

**Total 101**

TI MANAGEMENT, L.P.
Adv. Case No. 23-01092
Email Service List

| NAME | CONTACT | EMAIL |
|---|---|---|
| GENOVA BURNS LLC | ATTN: DANIEL M STOLZ | dstolze@genovaburns.com |
| GENOVA BURNS LLC | ATTN: DONALD W CLARKE | dclarke@genovaburns.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, COLIN R ROBINSON & PETER J KEANE | ljones@pszjlaw.com; crobinson@pszlaw.com; pkeane@pszjlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ALLISON M BROWN | allison.brown@skadden.com |
| THE KELLY FIRM, P.C. | ATTN: ANDREW J KELLY | akelly@kbtlaw.com |
| THE SHAPIRO LAW FIRM | ATTN: JANET A SHAPIRO | jshapiro@shapirolawfirm.com |
| OTTERBOURG P.C. | ATTN: RICHARD G. HADDAD & ADAM C. SILVERSTEIN | rhaddad@otterbourg.com; asilverstein@otterbourg.com |

| NAME | EMAIL |
| --- | --- |
| THE BENTON LAW FIRM, PLLC | JEFF@JEFFBENTON.COM |
| HAFELI STARAN & CHRIST , P.C. | JSTARAN@HSC-LAW.COM; ACHRIST@HSC-LAW.COM; DCHRIST@HSC-LAW.COM; HAFELAW4@GMAIL.COM |
| BLOCK LAW FIRM, APLC | JPB@BLOCKLAWFIRM.COM; SML@BLOCKLAWFIRM.COM; MPH@BLOCKLAWFIRM.COM |
| CPC | AA@ANDREWSTHORNTON.COM; JCT@ANDREWSTHORNTON.COM; LR@ANDREWSTHORNTON.COM |
| LOCKS LAW FIRM | AANTHONY@LOCKSLAW.COM |
| DICKEY LAW FIRM, LLP | AARON@DICKEYFIRM.COM |
| SUMMERS & JOHNSON, P.C. | AARON@SUMMERSANDJOHNSON.COM |
| ALLAN BERGER AND ASSOCIATES | ABERGER@ALLAN-BERGER.COM |
| BLOOD HURST & OREARDON LLP | ABERGER@ALLAN-BERGER.COM |
| THE KING FIRM | ABERGER@ALLAN-BERGER.COM |
| GOLDENBERG HELLER & ANTOGNOLI, PC | TLECH@GHALAW.COM |
| DEGARIS WRIGHT MCCALL | ADEGARIS@DWMLAWYERS.COM |
| ROBBINS ROSS ALLOY BELINFANTE | ADENTON@ROBBINSFIRM.COM |
| SKIKOS, CRAWFORD, SKIKOS & JOSEPH | ADESMOND@SKIKOS.COM |
| LOBER & DOBSON, LLC | ADMCBRIDE@LDDLAWYERS.COM; WGD@LDDLAWYERS.COM |
| BUCKINGHAM BARRERA LAW FIRM | ADRIAN@BUCKBARRLAW.COM; ADRIAN@BBVLAWFIRM.COM |
| POTTS LAW FIRM | AFUNK@POTTS-LAW.COM |
| THE POINTE | AFUNK@POTTS-LAW.COM |
| THE POTTS LAW FIRM, LLP | AFUNK@POTTS-LAW.COM |
| GIBSON & ASSOCIATES INC. | AGIBSON@GIBSONLAWPC.COM; DOUG.GIBSON@GIBSONLAWPC.COM |
| REMER & GEORGES-PIERRE, PLLC | JCOSTA@RGPH.LAW; AGP@RGPH.LAW |
| BRUSTER PLLC | AKBRUSTER@BRUSTERPLLC.COM |
| WYLDER CORWIN KELLY LLP | AKELLY@WCKLAW.COM |
| BURNS CHAREST LLP | AKLEVORN@BURNSCHAREST.COM; KNELSON@BURNSCHAREST.COM; WBURNS@BURNSCHAREST.COM; DCHAREST@BURNSCHAREST.COM |
| THORNTON LAW FIRM LLP | ALANDRY@TENLAW.COM |
| MARLIN & SALTZMAN LLP | ALAZAR@MARLINSALTZMAN.COM |
| ANDRUS WAGSTAFF, P.C. | ALBERT.NORTHRUP@ANDRUSWAGSTAFF.COM |
| WAGSTAFF LAW FIRM | ALBERT.NORTHRUP@ANDRUSWAGSTAFF.COM |
| THE ALVAREZ LAW FIRM | ALEX@TALF.LAW; PHILLIP@TALF.LAW |
| CLORE LAW GROUP LLC | ALISHA@CLORELAW.COM |
| THE DEATON LAW FIRM | ALL-DEATON@DEATONLAWFIRM.COM |
| THE SMITH LAW FIRM, PLLC | ALLEN@SMITH-LAW.ORG |
| JUSTINIAN & ASSOCIATES PLLC | APANGPARRA@JUSTINIANPLLC.COM |
| THE SIMON LAW FIRM, PC | ASIMON@SIMONLAWPC.COM; JSIM |
| SULLO & SULLO, LLP | ASULLO@SULLOWLAW.COM |
| REICH & BINSTOCK, LLP | BBINSTOCK@REICHANDBINSTOCK.COM; DREICH@REICHANDBINSTOCK.COM |
| LAW OFF OF CHARLES H JOHNSON, PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFICE OF CHARLES H JOHNSON, PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFICES OF CHARLES H JOHNSON,PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFICES OF CHARLES H. JOHNSON | BDEHKES@CHARLESHJOHNSONLAW.COM |
| LAW OFFS. OF CHARLES H. JOHNSON, PA | BDEHKES@CHARLESHJOHNSONLAW.COM |
| GARY C. JOHNSON P.S.C. | BDESKINGS@GARYCJOHNSON.COM; GARY@GARYCJOHNSON.COM; |
| EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP | BEICHEN@NJADVOCATES.COM |
| SWMW LAW, LLC | BEN@SWMWLAW.COM |

| NAME | EMAIL |
|------|-------|
| THE GORI LAW FIRM, P.C. | BETH@GORIJULIANLAW.COM; SARA@GORIJULIANLAW.COM; TODD@GORIJULIANLAW.COM |
| NASH & FRANCISKATO LAW FIRM | BFRANCISKATO@NASHFRANCISKATO.COM |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD | BFRENCH@MRHFMLAW.COM; CTHOMPSON@MRHFMLAW.COM; SRATCLIFFE@MRHFMLAW.COM |
| WALLACE & GRAHAM | BGRAHAM@WALLACEGRAHAM.COM |
| BARRETT LAW GROUP, P.A. | BHAMILTON@BARRETTLAWGROUP.COM; KBRILEY@BARRETTLAWGROUP.COM |
| GOZA & HONNOLD, LLC | BHONNOLD@GOHONLAW.COM |
| BOUCHER LLP | BHUJWALA@BOUCHER.LA; RAY@BOUCHER.LA |
| WILLIAM D. BRANDT, P.C. | BILL@BRANDTLAWOFFICES.COM |
| GHIORSO LAW OFFICE | BILL@GHIORSOLAW.COM |
| BART DURHAM INJURY LAW | BLAIR@BLAIRDURHAM.COM |
| ONDER SHELTON OLEARY & PETERSON LLC | BLAIR@ONDERLAW.COM |
| HUTTON & HUTTON | BLAKE.SHUART@HUTTONLAW.COM |
| CUNEO GILBERT & LADUCA, LLP | BRENDANT@CUNEOLAW.COM |
| CELLINO & BARNES, P.C. | BRIAN.GOLDSTEIN@CELLINOANDBARNES.COM |
| GOLDSTEIN GRECO PC | BRIAN.GOLDSTEIN@CELLINOANDBARNES.COM |
| WEINSTEIN CAGGIANO PLLC | BRIAN@WEINSTEINCOUTURE.COM |
| CHILDERS, SCHLUETER & SMITH, LLC | BSMITH@CSSFIRM.COM |
| BURNETT LAW FIRM | BURNETT@CLA |
| ELY BETTINI ULMAN ROSENBLATT & OZER | BURT@EBURLAW.COM |
| THE DIETRICH LAW FIRM, PC | BWOOD@CALLJED.COM |
| LAW OFFICES OF JAMES SCOTT FARRIN | CBAGLEY@FARRIN.COM |
| WILLIAMS & WILLIAMS | CBHUTTO@WILLIAMSATTYS.COM |
| ARNOLD & ITKIN LLP | CBOATRIGHT@ARNOLDITKIN.COM; JITKIN@ARNOLDITKIN.COM |
| ARNOLD LAW OFFICE | CBOATRIGHT@ARNOLDITKIN.COM; RCHRISTENSEN@ARNOLDITKIN.COM |
| THE CARLSON LAW FIRM | CCARLSON@CARLSONATTORNEYS.COM |
| KELLEY UUSTAL, PLC | CCD@KULAW.COM |
| RIVERA LAW OFFICES, PLLC | CELIA@RIVERALAWOFFICES.COM |
| BACHUS & SCHANKER LLC | CELLIOTT@COLORADOLAW.NET |
| KECHES LAW GROUP, P.C. | CGLINKA@KECHESLAW.COM |
| CHAMP LYONS III, PC | CHAMP@CHAMPLYONS.COM |
| WHITE & WEDDLE, P.C. | CHARLES@WHITEANDWEDDLE.COM |
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | CHARLIE.STERN@BEASLEYALLEN.COM; LEIGH.ODELL@BEASLEYALLEN.COM |
| MCDERMOTT & HICKEY | CHIP@MCDERMOTTHICKEYLAW.COM |
| COOK, BARTHOLOMEW, SHEVLIN, COOK & JONES LLP | CJONES@CBSCLAW.COM |
| NAPOLI SHKOLNIK PLLC | SSACKS@NAPOLILAW.COM; MAGNETTI@NAPOLILAW.COM; PNAPOLI@NSPRLAW.COM |
| SMITH, GILDEA & SCHMIDT LLC | CMORABITO@SGS-LAW.COM |
| OLEARY, SHELTON, CORRIGAN PETERSON | CORRIGAN@OSCLAW.COM |
| DARLENE; SIMON GREENSTONE PANATIER, | CPANATIER@SGPBLAW.COM |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL & PROCTOR, P.A. | CSTEPHENSON@LEVINLAW.COM |
| CHAPPELL, SMITH & ARDEN, P.A. | CSTRAIGHT@CAS-LAW.COM |
| MURRAY LAW FIRM | CTHOMAS@MURRAY-LAWFIRM.COM |
| WILLIAMS DECLARK TUSCHMAN CO, LPA | CTUSCHMAN@WDTLAW.ORG |
| ATTN: DANIEL P. MCDYER | DANMCDYER@AMBYLAW.COM |
| EDLUND GALLAGHER HASLAM MCCALL WOLF & WOOTEN, PLLC | DARREN@DARRENWOLF.COM |
| ZEVAN DAVIDSON ROMAN LLC | DAVID@ZEVANDAVIDSON.COM |

LTL MANAGEMENT LLC (Case No. 23-12825 (MBK))
Appendix A Email Service Parties

| NAME | EMAIL |
|---|---|
| JACOBS & CRUMPLAR, P.A. | DAVY@JCDELAW.COM |
| COONEY AND CONWAY | DBARRETT@COONEYCONWAY.COM; CPORRETTA@COONEYCONWAY.COM |
| MERCHANT LAW GROUP LLP | DCHUNG@MERCHANTLAW.COM |
| DIAMOND LAW | DDIAMOND@DIAMONDLAWUSA.COM |
| FRANCOLAW PLLC | DFRANCO@DFRANCOLAW.COM |
| COHEN, PLACITELLA & ROTH | DGEIER@CPRLAW.COM; CPLACITELLA@CPRLAW.COM; JMPLACITELLA@CPRLAW.COM |
| BOODELL & DOMANSKIS, LLC | DOMANSKIS@BOODLAW.COM |
| FRANKLIN, MOSELE & WALKER, PC | DIVEATTORNEY@ICLOUD.COM |
| WILENTZ, GOLDMAN & SPITZER, P.A. | DLAPINSKI@MOTLEYRICE.COM |
| MOTLEY RICE NEW JERSEY LLC | DLAPINSKI@MOTLEYRICE.COM; JHURST@MOTLEYRICE.COM; CSCOTT@MOTLEYRICE.COM |
| MOTLEY RICE, LLC | DLAPINSKI@MOTLEYRICE.COM; JHURST@MOTLEYRICE.COM; CSCOTT@MOTLEYRICE.COM |
| ENVIRONMENTAL LITIGATION GROUP, PC | GARY@ELGLAW.COM |
| MEDLEY LAW GROUP | DON@MEDLEYLAWGROUP.COM |
| PLYMALE LAW FIRM | DPLYMALE@DUGAN-LAWFIRM.COM |
| RHEINGOLD, GIUFFRA RUFFO & PLOTKIN | DRHEINGOLD@RHEINGOLDLAW.COM |
| MORELLI LAW FIRM, PLLC | DSIROTKIN@MORELLILAW.COM |
| MORRELL LAW FIRM, PLLC | DSIROTKIN@MORELLILAW.COM |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | DTHORNBURGH@AWKOLAW.COM; MARYBETH@PUTNICKLEGAL.COM |
| DUFFY LAW LLC | DUFFY@CPDUFFYLAW.COM |
| KARR TUTTLE CAMPBELL | DVASQUEZ@KARRTUTTLE.COM |
| HELMSDALE LAW, LLP | DVERMONT@HELMSDALELAW.COM |
| BERNSTEIN LIEBHARD LLP | DWECK.MORRIS@GMAIL.COM |
| BLIZZARD & NABERS, LLP | EBLIZZARD@BLIZZARDLAW.COM |
| HEDRICK LAW FIRM | EDRICK@GMAIL.COM |
| THE SEGAL LAW FIRM | EDWARD.AMOS@SEGAL-LAW.COM; JASON.FOSTER@SEGAL-LAW.COM; SCOTT.SEGAL@SEGAL-LAW.COM |
| FLINT LAW FIRM LLC | EFLINT@FLINTLAW.COM |
| HOLLAND GROVES SCHNELLER & STOLZE | EHOLLAND@ALLFELA.COM |
| LAW OFFICE OF EUSI H. PHILLIPS | EHPHILLIPS@EHPHILLIPSLAW.COM |
| LAW OFFICES OF ERIC H. WEINBERG | EHW@ERICHWEINBERG.COM |
| THE LAW OFFICES OF ERIC H. WEINBERG | EHW@ERICHWEINBERG.COM |
| THE WEINBERG LAW FIRM | EHW@ERICHWEINBERG.COM |
| LEVIN SEDRAN & BERMAN | MWEINKOWITZ@LFSBLAW.COM |
| FAHRENBACH; KELLEY & FERRARO, LLP | JFERRARO@KELLEYFERRARO.COM |
| NASS CANCELLIERE BRENNER | EMNASS@NASSCANCELLIERE.COM |
| KARST & VON OISTE, LLP | EPK@KARSTVONOISTE.COM; DAC@KARSTVONOISTE.COM |
| HEYGOOD, ORR & PEARSON | ERIC@HOP-LAW.COM |
| WEXLER WALLACE LLP | KAW@WBE-LLP.COM; JNB@WBE-LLP.COM; KAE@WBE-LLP.COM |
| THE PENTON LAW FIRM | FEDCOURTMAIL@THEPENTONLAWFIRM.COM |
| LAW OFF OF ROGER ROCKY WALTON, PC | FILINGS@ROCKYWALTON.COM |
| LAW OFFICE OF MARION D. FLOYD | FLOYDMAR@BELLSOUTH.NET |
| VICKERY & SHEPHERD, LLP | FRED@JUSTICESEEKERS.COM |
| LANDRY & SWARR, L.L.C. | FSWARR@LANDRYSWARR.COM |
| CALCAGNO & ASSOCIATES, LLP | GARY@CALCAGNOLAWFIRM.COM; LORI@CALCAGNOLAWFIRM.COM |
| HOSSLEY EMBRY LLP | JEFF@HOSSLEYEMBRY.COM |
| MCEWEN LAW FIRM, LTD. | GMCEWEN@MCEWENLAW.COM |

| NAME | EMAIL |
| --- | --- |
| GAINSBURGH, BENJAMIN, DAVID | GMEUNIER@GAINSBEN.COM; CKREIDER@GAINSBEN.COM |
| SHINDLER, ANDERSON, GOPLERUD & WEESE P.C. | GOPLERUD@SAGWLAW.COM; MARTY@SAGWLAW.COM |
| BRAYTON PURCELL LLP | GPURCELL@BRAYTONLAW.COM |
| GRAHAM P. CARNER, PLLC | GRAHAM.CARNER@GMAIL.COM |
| LAW OFFICE OF GRANT D. AMEY, LLC | GRANTAMEY@GRANTAMEY.COM |
| WILL DAVIDSON LLP | GWILL@WILLDAVIDSON.CA |
| YEAROUT & TRAYLOR, P.C. | GYEAROUT@YEAROUT.NET |
| BRADSHAW, FOWLER, PROCTOR & | HAINDFIELD.MATTHEW@BRADSHAWLAW.COM |
| GANCEDO LAW FIRM, INC | HGANCEDO@GANCEDOLAW.COM |
| THE WHITTEMORE LAW GROUP, PA | JUSTICE@WHEREJUSTICEMATTERS.COM |
| ROSS LAW OFFICES, P.C. | HROSSLAW@GMAIL.COM |
| THE JACOB D. FUCHSBERG LAW FIRM | I.WELK@FUCHSBERG.COM |
| DECOF, BARRY, MEGA & QUINN, P.C. | JAB@DECOF.COM |
| PROVOST UMPHREY LAW FIRM | JAJ@M-J.COM |
| J. ALAN WELCH P. C. | JALANWELCHLAW@BELLSOUTH.NET |
| JASON J. JOY & ASSCIATES P.L.L.C. | JASON@JASONJOYLAW.COM |
| JONES WARD PLC | JASPER@JONESWARD.COM |
| DICKSON KOHAN & BABLOVE LLP | JBABLOVE@DKBLAWYERS.COM |
| SIMON GREENSTONE PANATIER | JBJ@SGPBLAW.COM; CPANATIER@SGPBLAW.COM |
| THE HANNON LAW FIRM, LLC | KHANNON@HANNONLAW.COM |
| MATERN LAW GROUP, PC | JBOXER@MATERNLAWGROUP.COM; MMATERN@MATERNLAWGROUP. |
| LEVIN FISHBEIN SEDRAN & BERMAN | JCAMPBELL@AZINJURYLAW.COM |
| LEVIN SIMES LLP | JCAMPBELL@AZINJURYLAW.COM; MMCCORMICK@LEVINSIMES.COM |
| SALTZ MONGELUZZI & BENDESKY PC | JCOHAN@SMBB.COM; LCOHAN@SMBB.COM |
| ANDREW THORNTON HIGGINS RAZMARA LLP | JCT@ANDREWSTHORNTON.COM; AA@ANDREWSTHORNTON.COM; LR@ANDREWSTHORNTON.COM |
| SLACK & DAVIS LLP | JDAVIS@SLACKDAVIS.COM |
| DEAN OMAR BRANHAM, LLP | JDEAN@DOBSLEGAL.COM; TBRANHAM@DOBSLEGAL.COM; BSMITH@DOBSLEGAL.COM |
| DELL & DEAN PLLC | JDELL@D2TRIALLAW.COM; JMASSARO@D2TRIALLAW.COM |
| ROBINS KAPLAN, LLP | MMEGHJEE@ROBINSKAPLAN.CO |
| JACOBS OHARA MCMULLEN , P.C. | JDM@JOMLAWFIRM.COM |
| JOEL E. BROWN & ASSOCIATES, P.C. | JEBROWNLAW@SBCGLOBAL.NET |
| VAUGHAN LAW FIRM PC | JEFF@LEGALTRIALTEAM.COM |
| LIAKOS LAW APC | JENN@JENNLIAKOSLAW.COM |
| MOORE LAW GROUP PLLC | JENNIFER@MOORELAWGROUP.COM |
| KARSMAN, MCKENZIE & HART | JEREMY@KMTRIAL.COM |
| MCGOWAN, HOOD & FELDER, LLC | JFELDER@MCGOWANHOOD.COM; RHOOD@MCGOWANHOOD.COM; JW |
| HAUSFELD | JGOTZ@HAUSFELD.COM |
| HAFFNER LAW PC | JHH@HAFFNERLAWYERS.COM; |
| LAW OFF OF JEFFREY S GLASSMAN, LLC | JLAMKIN@JEFFREYSGLASSMAN.COM |
| LAW OFFICES OF JEFFREY S. GLASSMAN, LLC | JLAMKIN@JEFFREYSGLASSMAN.COM; BNAUMES@JEFFREYSGLASSMAN.COM |
| BARON & BUDD, P.C. | INFO@BARONBUDD.COM |
| MORRIS LAW FIRM | JMORRIS@JAMLAWYERS.COM |
| LAW OFFICES OF JEFFREY MUTNICK | JMUTNICK@MUTNICKLAW.COM |
| CHEHARDY, SHERMAN, WILLIAMS, RECILE, STAKELUM & HAYES, LLP | JMW@CHEHARDY.COM |
| ALLEN & NOLTE PLLC | JNOLTE@ALLENNOLTE.COM |
| THE BARNES FIRM, LC | JOE.VAZQUEZ@CELLINOANDBARNES.COM; JOE.VAZQUEZ@THEBARNESFIRM.COM |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)

Appendix A Email Service Parties

| NAME | EMAIL |
|------|-------|
| THE DILORENZO LAW FIRM, LLC | JOEL@DILORENZO-LAW.COM |
| DALIMONTE RUEB, LLP | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| FAY LAW GROUP PLLC | JOHN@DRLAWLLP.COM; GREG@DRLAWLLP.COM |
| FOX AND FARLEY | BRUCEFOX@FOXANDFARLEYLAW.COM; 1BADLAWDOG@GMAIL.COM |
| THE MADALON LAW FIRM | JOSEPH@MADALONLAW.COM |
| JOHN B. OSTROW, P.A. | JOSTROW@BELLSOUTH.NET |
| PADILLA LAW GROUP | JPADILLA@PADILLALAWGROUP.COM |
| PARAFINCZUK WOLF, P.A. | JPARAFINCZUK@PARAWOLF.COM |
| ROCHON GENOVA LLP | JROCHON@ROCHONGENOVA.COM |
| DEAN; KAZAN, MCCLAIN, SATTERLEY & GREENWOOD | JSATTERLEY@KAZANLAW.COM |
| KAZAN MCCLAIN SATTERLEY & GREENWOOD | JSATTERLEY@KAZANLAW.COM; JLANGDOC@KAZANLAW.COM; DCLANCY@KAZANLAW.COM |
| BANNER LEGAL | JSHAFER@BANNERLEGAL.COM |
| KIBBEY AND WAGNER | JWAGNER@KIBBEYLAW.COM |
| WARD BLACK LAW | JWBLACK@WARDBLACKLAW.COM |
| THE WHITEHEAD LAW FIRM, LLC | KATE@WHITEHEADFIRM.COM; CMW@WHITEHEADFIRM.COM |
| GIBBS LAW GROUP LLP | KBM@CLASSLAWGROUP.COM |
| RILEYCATE, LLC | KBRILEY@BARRETTLAWGROUP.COM |
| KROGER GARDIS & REGAS, LLP | KF@LGKFLAW.COM |
| GIRARDI & KEESE | KGRIFFIN@GIRARDIKEESE.COM |
| HANNON LAW FIRM, LLC | KHANNON@HANNONLAW.COM |
| WILSON LAW PA | KIM@WILSONLAWPA.COM |
| THE REARDON LAW FIRM, P.C. | KREARDON@REARDONLAW.COM |
| LYNN LAW FIRM | KSHANNON@LYNNLAW.COM |
| LUDWIG LAW FIRM, PLC | KYLE@LUDWIGLAWFIRM.COM |
| UNGLESBY LAW FIRM | LANCE@UNGLESBYLAW.COM |
| MARTIN BAUGHMAN, PLLC | LBAUGHMAN@MARTINBAUGHMAN.COM; RWRIGHT@MARTINBAUGHM |
| THE FERRARO LAW FIRM, P.A. | LBR@FERRAROLAW.COM; JLB@FERRAROLAW.COM |
| THE CHEEK LAW FIRM | LCHEEK@THECHEEKLAWFIRM.COM; KCHEEK@THECHEEKLAWFIRM.COM |
| LENZE KAMERRER MOSS, PLC | JLENZE@LENZELAWYERS.COM |
| HELVEY LAW | LHELVEY@HELVEYLAW.COM |
| THE LAW FIRM OF LARRY HELVEY | LHELVEY@HELVEYLAW.COM |
| WATERS & KRAUS, LLP | LMACLEAN@WATERSKRAUS.COM |
| GOLDBERG, PERSKY & WHITE, PC | LOCHELTREE@GPWLAW.COM |
| MILSTEIN JACKSON FAIRCHILD WADE LLP | LPLESSET@MJFWLAW.COM |
| DALTON AND ASSOCIATES, PA | LSIMON@BDALTONLAW.COM |
| EDWARD F. LUBY, LLC | LUBYLAW@LUBYLAWFIRM.COM |
| CHAFFIN LUHANA LLC | LUHANA@CHAFFINLUHANA.COM |
| DICELLO LEVITT GUTZLER LLC | MADICELLO@DICELLOLEVITT.COM |
| SCHROEDER MAUNDRELL BARBIERE POWERS | MAHRENS@SMBPLAW.COM |
| SUTTON, ALKER & RATHER, LLC | MALKER@SUTTON-ALKER.COM; CSUTTON@SUTTON-ALKER.COM |
| THE CLORE LAW GROUP LLC | MARK@CLORELAW.COM; ALISHA@CLORELAW.COM |
| PUTNICK LEGAL, LLC | MARYBETH@PUTNICKLEGAL.COM |
| BAUM, HEDLUND, ARISTEI & GOLDMAN,PC | MBAUM@BAUMHEDLUNDLAW.COM; NMALDONADO@BAUMHEDLUNDLA |
| BRANCH LAW FIRM | MBRANCH@BRANCHLAWFIRM.COM |
| WEITZ & LUXENBERG | MBRATT@WEITZLUX.COM; BSHARMA@WEITZLUX.COM; ERELKIN@WEITZLUX.COM; JDELANEY@WEITZLUX.COM; LBUSCH@WEITZLUX.COM |
| POGUST BRASLOW & MILLROOD, LLC | MDALY@POGUSTMILLROOD.COM |
| THE DREESEN LAW FIRM, LLC | MDREESEN@DREESENLAW.COM |

LTL MANAGEMENT LLC   Case No. 23-1092 (MBK)
Appendix A Email Service Parties

| NAME | EMAIL |
|---|---|
| DUGAN LAW FIRM, PLC | MEKEL@DUGAN-LAWFIRM.COM |
| THE DUGAN LAW FIRM | MEKEL@DUGAN-LAWFIRM.COM; MARK@DUGAN-LAWFIRM.COM; J |
| FLETCHER V. TRAMMELL | MELISSA@TRAMMELLPC.COM; FLETCH@TRAMMELLPC.COM |
| MORGAN & MORGAN, P.A. | MGOETZ@FORTHEPEOPLE.COM |
| GREER, RUSSELL, DENT & LEATHERS, PA | MGREER@GREERLAWFIRM.COM |
| GITLIN, HORN AND VAN DE KIEFT, LLP | MHORN@GHVLAW.COM |
| MICHAEL BRANDY LYNCH FIRM | MICHAEL@MBLYNCHFIRM.COM |
| THE MICHAEL BRADY LYNCH FIRM | MICHAEL@MBLYNCHFIRM.COM |
| MICHAEL DAVID LAW | MICHAELDAVIDLAW@AOL.COM |
| RAIPHER PC | MJK@RAIPHER.COM; TSL@RAIPHER.COM; RDP@RAIPHER.COM |
| C/O MICHELLE TAYLOR, PRO PER | MLTAYLOR8791@GMAIL.COM |
| LEVY KONIGSBERG LLP | MMAIMON@LEVYLAW.COM; JBLOCK@LEVYLAW.COM |
| LEVIN SIMES ABRAMS LLP | MMCCORMICK@LEVINSIMES.COM |
| BECNEL LAW FIRM, LLC | MMORELAND@BECNELLAW.COM |
| JIM S. HALL & ASSOCIATES, LLC | MMORELAND@BECNELLAW.COM |
| MELANIE H MUHLSTOCK/PARKER WAICHMAN LLP | MMUHLSTOCK@YOURLAWYER.COM |
| PARKER WAICHMAN LLP | MMUHLSTOCK@YOURLAWYER.COM |
| TAFT STETTINIUS & HOLLISTER LLP | MONEIL@TAFTLAW.COM |
| ASHCRAFT & GEREL | MPARFITT@ASHCRAFTLAW.COM; PLYONS@ASHCRAFTLAW.COM; JGREEN@ASHCRAFTLAW.COM |
| KENNY & KENNY, PLLC | MPKENNY@KENNY-KENNY.COM |
| THE LEVENSTEN LAW FIRM, P.C. | MWJ@LEVENSTENLAWFIRM.COM; SDL@LEVENSTENLAWFIRM.COM |
| EISENBERG, ROTHWEILER, WINKLER | NANCY@ERLEGAL.COM |
| LAW OFFICES OF PETER G ANGELOS, PC | NBONADIO@LAWPGA.COM |
| LAW OFF OF PETER G. ANGELOS, P.C. | NBONADIO@LAWPGA.COM; |
| GOLDENBERGLAW PLLC | INFO@GOLDENBERGLAW.COM |
| NICOLE M VARISCO, ESQ | NICOLE.VARISCO@LAWBBH.COM |
| LEE COSSELL & CROWLEY, LLP | NLEE@NLEELAW.COM |
| LOWRANCE LUNDELL LOFGREN | NMISMASH@3LAW.COM; RADOS@ONDERLAW.COM |
| THE ONDER LAW FIRM | ONDER@ONDERLAW.COM |
| GRANT & EISENHOFER P. A. | PALDERSON@GELAW.COM; |
| PORTER & MALOUF, PA | PATRICK@PORTERMALOUF.COM; TIM@PORTERMALOUF.COM |
| DRISCOLL FIRM, P.C. | PAUL@THEDRISCOLLFIRM.COM; JOHN@THEDRISCOLLFIRM.COM |
| PRATT & ASSOCIATES | PGORE@PRATTATTORNEYS.COM |
| MEYERS & FLOWERS, LLC | PJF@MEYERS-FLOWERS.COM |
| NACHAWATI LAW GROUP | PLUFF@FNLAWFIRM.COM; NGIBSON@FNLAWFIRM.COM; JLONG@FNLAWFIRM.COM; DMCDOWELL@FNLAWFIRM.COM |
| PATRICK MILLER, LLC | PMILLER@PATRICKMILLERLAW.COM |
| SALVI, SCHOSTOK & PRITCHARD P.C. | PSALVI@SALVILAW.COM |
| BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS LLP | PSCOTT@BRBCSW.COM |
| BEKMAN, MARDER, & ADKINS, LLC | QUINN@BMALAWFIRM.COM |
| CLIFFORD LAW OFFICES, P.C. | RAC@CLIFFORDLAW.COM; SMM@CLIFFORDLAW.COM |
| TALMADGE BRADDOCK | RADDOCK@ICLOUD.COM |
| ONDERLAW, LLC | RADOS@ONDERLAW.COM; ONDER@ONDERLAW.COM |
| AHDOOT & WOLFSON, PC | RAHDOOT@AHDOOTWOLFSON.COM |
| MCSWEENEY/LANGEVIN, LLC | RAM@WESTRIKEBACK.COM |
| FLEMING, NOLEN & JEZ, LLP | RAND_NOLEN@FLEMING-LAW.COM; KELSEY_STOKES@FLEMING- |

LTL MANAGEMENT LLC - Case No. 23-1092 (MBK)
Appendix A Email Service Parties

| NAME | EMAIL |
|---|---|
| BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A. | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| OSBORNE & FRANCIS LAW FIRM PLLC | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| OSBORNE, ASSOCIATES LAW FIRM, P.A. | RBELL@REALTOUGHLAWYERS.COM; JOSBORNE@REALTOUGHLAWY |
| BUCK LAW FIRM | RBUCK@BUCKFIRM.COM |
| HOVDE, DASSOW, & DEETS, LLC | RDASSOW@HOVDELAW.COM |
| FRIEDMAN RUBIN, PLLP | RFRIEDMAN@FRIEDMANRUBIN.COM; PMULLENIX@FRIEDMANRUBIN. |
| GOLOMB SPIRT GRUNFELD PC | RGOLOMB@GOLOMBLEGAL.COM; KGRUNFELD@GOLOMBLEGAL.COM; ASPIRT@GOLOMBLEGAL.COM |
| GOLOMB & HONIK, P.C. | RGOLOMB@GOLOMBHONIK.COM; ASPIRT@GOLOMBHONIK.COM; RGOLOMB@GOLOMBLEGAL.COM; KGRUNFLED@GOLOMBHONIK.COM |
| BERGSTRESSER & POLLOCK PC | RICH@BERGSTRESSER.COM |
| ELY LAW, LLC | RICK@ELY-LAW.COM |
| THE GATTI LAW FIRM | RJENNINGS@GATTILAW.COM |
| MILBERG COLEMAN BRYSON PHILLIPS | RKASSAN@MILBERG.COM |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN | RKASSAN@MILBERG.COM |
| SANDERS PHILLIPS GROSSMAN, LLC | RKASSAN@MILBERG.COM |
| SANDERS VIENER GROSSMAN LLP | RKASSAN@MILBERG.COM |
| HARPER GREY LLP | RKEITH@HARPERGREY.COM |
| MANIER & HEROD | INFO@MANIERHEROD.COM; JSTONE@MANIERHEROD.COM; JWEAR@MANIERHEROD.COM; SWILLIAMS@MANIERHEROD.COM |
| BARNES LAW GROUP, LLC | ROY@BARNESLAWGROUP.COM |
| LAW OFF. OF RICHARD R BARRETT, PLLC | RRB@RRBLAWFIRM.NET |
| LAW OFFICE OF RICHARD R BARRETT | RRB@RRBLAWFIRM.NET |
| LAW OFFS. OF RICHARD R BARRETT PLLC | RRB@RRBLAWFIRM.NET |
| CARLSON LAW FIRM | RRIZKALLA@CARLSONATTORNEYS.COM |
| MORRIS & PLAYER PLLC | RROOT@MORRISBART.COM |
| MORRIS BART & ASSOCIATES | RROOT@MORRISBART.COM |
| STRAUSS TROY CO., LPA | RRPARRY@STRAUSSTROY.COM |
| WRIGHT & SCHULTE, LLC | RSCHULTE@LEGALDAYTON.COM |
| BARRY, MCTIERNAN & WEDINGER | RWEDINGER@BMCTWLAW.COM |
| KELLEY & FERRARO, LLP | SACTON@KELLEY-FERRARO.COM; JMURPHY@KELLEY-FERRARO. |
| ROSS FELLER CASEY, LLP | SBERGER@ROSSFELLERCASEY.COM; MHOFFMAN@ROSSFELLERCASEY.COM |
| MAURO, SAVO, CAMERINO, GRANT & SCHALK, P.A. | SCHALK@MAUROSAVOLAW.COM |
| BOHRER LAW FIRM, LLC | SCOTT@BOHRERBRADY.COM |
| FROST LAW FIRM, PC | SCOTT@FROSTLAWFIRM.COM |
| TORHOERMAN LAW LLC | SDAVIS@TORHOERMANLAW.COM |
| OLDFATHER LAW FIRM | SDESKINS@OLDFATHER.COM |
| THE LAW OFFICES OF SEAN M CLEARY | SEAN@CLEARYPA.COM |
| RAHDERT & MORTIMER, PLLC | SERVICEMORT@RAHDERTLAW.COM |
| MUELLER LAW PLLC | SFARIES@MUELLERLAW.COM; SFARIES@PULASKILAWFIRM.COM |
| JOHNSON BECKER, PLLC | SHAUER@JOHNSONBECKER.COM; MJOHNSON@JOHNSONBECKER.COM |
| HORTON LAW FIRM | SHORTON@COXINET.NET |
| BURG SIMPSON ELDREDGE HERSH JARDINE | SKATZ@BURGSIMPSON.COM |
| STANLEY LAW GROUP | SKITNER@STANLEYLAWGROUP.COM; MARCSTANLEY@MAC.COM |

| NAME | EMAIL |
|------|-------|
| WALTON TELKEN FOSTER, LLC | SLYONS@WALTONTELKEN.COM; STELKEN@WALTONTELKEN.COM |
| BRUERA LAW FIRM PLLC | SOFIA@BRUERALAW.COM |
| BLASINGAME, BURCH, GARRARD & ASHLEY, PC | SSCHRAMM@BBGA.COM; JBW@BBGBALAW.COM; LPITTARD@BBGA.COM; JBM@BBGBALAW.COM; AJH@BBGBALAW.COM; HGG@BBGBALAW.COM |
| KEEFE LAW FIRM | SSULLIVAN@WILENTZ.COM |
| ANASTOPOULO LAW FIRM | STEFAN@FEIDLERLAWFIRM.COM |
| THE GORNY LAW FIRM, LC | STEVE@GORNYLAWFIRM.COM |
| VISRAM-GIRALDO LAW GROUP, LLP | SVISRAM@VG.LAW |
| LAW OFFICE OF TERENCE J. SWEENEY | SWEENEYLAWFIRM@OPTONLINE.NET |
| BISNAR AND CHASE | TANTUNOVICH@BISNARCHASE.COM; BCHASE@BISNARCHASE.COM |
| BEVAN & ASSOCIATES LPA, INC. | TBEVAN@BEVANLAW.COM |
| WAGSTAFF & CARTMELL, LLP | TCARTMELL@WCLLP.COM; VGROSS@WCLLP.COM |
| CARDARO & PEEK, L.L.C. | TCC@CARDAROLAW.COM; CDF@CARDAROLAW.COM |
| THE DUNKEN LAW FIRM | TDUNKEN@DUNKENLAW.COM |
| DWYER WILLIAMS POTTER | TIM@RDWYER.COM |
| WALKER, HAMILTON & KOENIG, LLP | TIM@WHK-LAW.COM; CLARISSA@WHK-LAW.COM |
| MARTINIAN & ASSOCIATES, INC. | TM@MARTINIANLAW.COM; ARASH@ZABETIANLAW.COM |
| SIMMONS HANLY CONROY | TMIRACLE@SIMMONSFIRM.COM; JKRAMER@SIMMONSFIRM.COM |
| DIAZ LAW FIRM, PLLC | TRIPP@DIAZLAWFIRM.COM |
| THE DIAZ LAW FIRM, PLLC | TRIPP@DIAZLAWFIRM.COM |
| THE MILLER FIRM, LLC | TSHAH@MILLERFIRMLLC.COM; CHOKE@MILLERFIRMLLC.COM |
| HABUSH HABUSH & ROTTIER SC | TTRECEK@HABUSH.COM |
| RAPPAPORT, GLASS, LEVINE & ZULLO | TVALET@RAPPLAW.COM |
| PRIBANIC & PRIBANIC, LLC | VPRIBANIC@PRIBANIC.COM |
| JAMES, VERNON & WEEKS, PA | WES@JVWLAW.NET |
| SOUTHERLAND LAW FIRM, PLLC | WES@SOUTHERLAND-LAW.COM |
| LIEFF CABRASER HEIMANN & BERNSTEIN | WFLEISHMAN@LCHB.COM |
| RICHARDSON, THOMAS, HALTIWANGER, | WILL@RICHARDSONTHOMAS.COM; TERRY@RICHARDSONTHOMAS. |
| THE DAILEY LAW FIRM | WILLIAM.DAILEY@THEDAILEYFIRM.COM |
| MONTROSE LAW LLP | YAMSELEM@MONTROSELAWLLP.COM |
| KIESEL LAW, LLP | ZUKIN@KIESEL.LAW; KIESEL@KIESEL.LAW; PALMER@KIESEL.LAW |
| ALOIA LAW FIRM LLC | VLUCIDO@ALOIALAWFIRM.COM |
| ANAPOL WEISS | TANAPOL@ANAPOLWEISS.COM; EASHE@ANAPOLWEISS.COM |
| ASPEY, WATKINS & DIESEL, PLLC | INFO@AWDLAW.COM |
| AVA LAW GROUP, INC. | SUPPORT@AVA.LAW |
| BAILLY AND MCMILLAN, LLP | JBAILLY@BANDMLAW.COM; KMCMILLAN@BANDMLAW.COM; RDEPONTO@BANDMLAW.COM |
| BALZARINI & WATSON | LBAL@COMCAST.NET |
| BATHGATE, WEGENER & WOLF | EKASSELMAN@BATHWEG.COM |
| BECKER LAW GROUP | BECKER@BECKERLAWGROUP.COM |
| BERGMAN DRAPER OSLUND | MATT@BERGMANLEGAL.COM |
| BERKE LAW FIRM, PA | BERKELAW@YAHOO.COM |
| BERNHEIM KELLY BATTISTA & BLISS | JBERNHEIM@REALJUSTICE.COM |
| BUZIN LAW, P.C. | ABUZIN@BUZINLAW.COM |
| CAMPBELL & ASSOCIATES | INFO@INJURYHELP.ORG |
| CAPRETZ & ASSOCIATES | JCAPRETZ@CAPRETZ.COM |
| CARAZO QUETGLAS LAW OFFICES | INFO@QUETGLASLAWPSC.ORG |

| NAME | EMAIL |
|---|---|
| CARPENTER & SCHUMACHER, PC | SCARPENTER@CSTRIALLAW.COM |
| CATES MAHONEY, LLC | DCATES@CATESLAW.COM |
| CHANDLER KLICS, LLP | SYLVIA@CHANDLERLAWLLC.COM |
| CHEELEY LAW GROUP | BOB@CHEELEYLAWGROUP.COM |
| CHEONG, DENOVE, ROWELL & BENNETT | MKAY@CDRB-LAW.COM |
| CHISHOLM & CHISHOLM, P.C. | CAROL@CHISHOLMLAWFIRM.COM |
| CHRISTOPHER D. SMITH P.A. | SMITH@CHRISSMITH.COM |
| CLARK ROBB MASON COULMBE, ET AL. | CRCO@CWJAMAICA.COM |
| CLAYEO C. ARNOLD, APC | INFO@JUSTICE4YOU.COM |
| COHEN & MALAD, LLP | JKNOLL@COHENANDMALAD.COM |
| CONSTANT LEGAL GROUP LLP | INFO@CONSTANTLLP.COM |
| CORBOY & DEMETRIO, P.C. | KTL@CORBOYDEMETRIO.COM; GUS@CORBOYDEMETRIO.COM |
| CORRIE YACKULIC LAW FIRM, PLLC | CORRIE@CJYLAW.COM |
| CORY, WATSON, CROWDER & DEGARIS P.C. | SHUNT@CORYWATSON.COM |
| DAMATO LAW FIRM, P.C. | INQUIRY@DAMATOLAWFIRM.COM |
| DANIEL & ASSOCIATES, LLC | INFO@AOATL.COM |
| DANZIGER & DE LLANO, LLP | MICHELLE@DANDELL.COM |
| DARCY JOHNSON DAY, P.C. | ADARCY@DARCYJOHNSONDAY.COM |
| DAVIS & CRUMP P.C. | INFO@DAVISCRUMP.COM |
| DELISE & HALL | AHALL@DAHLAW.COM |
| DENNIS F. OBRIEN, P.A. | OBIE26@AOL.COM |
| DICKS & COGLIANSE LLP | MDICKS@HOADEFECTLAWYERS.COM |
| DOBS & FARINAS, LLP | KFARINAS@DOBSLEGAL.COM |
| DOLCE PANEPINTO, P.C. | MPANEPINTO@DOLCEFIRM.COM |
| DOMENGEAUX WRIGHT ROY & EDWARDS LLC | ELWOODS@WRIGHTROY.COM |
| DONALD L. SCHLAPPRIZZI P.C. | CRAIG@SCHLAPPRIZZIPC.COM |
| DOROTHY V. MAIER, PA | DOROTHYMAIER2013@GMAIL.COM |
| FELDMAN & PINTO | INFO@FELDMANPINTO.COM |
| FITZGERALD KNAIER, LLP | RKNAIER@FITZGERALDKNAIER.COM |
| FITZGERALD LAW GROUP, LLC | INFO@FITZ-LAWGROUP.COM |
| FREDEKING & BISER LAW OFFICES | INFO@FREDEKINGLAW.COM |
| GACOVINO, LAKE & ASSOCIATES | INFO@GACOVINOLAKE.COM |
| GALANTE & BIVALACQUA LLC | SCOTT@GB-LAWFIRM.COM |
| GALIHER DEROBERTIS & WAXMAN LLP | INFO@GALIHERLAW.COM |
| GEOFFREY B. GOMPERS & ASSOC, P.C. | GOMPERS@GOMPERSLAW.COM |
| GLENN LOEWENTHAL, PC | LORI.LYON@GEORGIATRIALATTORNEYS.COM; LISA@GEORGIATRIALATTORNEYS.COM |
| GLP ATTORNEYS, P.S., INC. | SEATTLEOFFICE@GLPATTORNEYS.COM |
| GOETZ, BALDWIN & GEDDES, P.C. | DEVLAN@GOETZLAWFIRM.COM; KNELSON@GOETZLAWFIRM.COM |
| GUARDIAN LAW GROUP, LLP | RECEPTION@GUARDIAN.LAW |
| HACH ROSE SCHIRRIPA & CHEVERIE LLP | FSCHIRRIPA@HRSCLAW.COM |
| HARRIS LOWRY MANTON LLP | STEVE@HLMLAWFIRM.COM; JED@HLMLAWFIRM.COM |
| HARRY I. KATZ, PC | SPEAKTOHARRYKATZ@GMAIL.COM |
| HART MCLAUGHLIN & ELDRIDGE | RMCLAUGHLIN@HMELEGAL.COM |
| HENINGER, GARRISON, DAVIS, LLC | ACARROLL@HGDLAWFIRM.COM; WLBROSS@HGDLAWFIRM.COM; INFO@HGDLAWFIRM.COM |
| HOLLAND LAW FIRM | EHOLLAND@HOLLANDTRIALLAWYERS.COM; INFO@HOLLANDTRIALLAWYERS.COM |
| HOLLIS, WRIGHT, CLAY & VAIL, P.C. | JOSHW@HOLLIS-WRIGHT.COM |
| HUBER, SLACK, THOMAS & MARCELLE | STEPHEN@HUBERTHOMASLAW.COM; INFO@HUBERTHOMASLAW.COM |
| HURLEY MCKENNA & MERTZ | CHURLEY@HURLEY-LAW.COM; INFO@HURLEY-LAW.COM |
| JAMES MORRIS LAW FIRM PC | JMORRIS@JAMLAWYERS.COM |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)
Appendix A Email Service Parties

| NAME | EMAIL |
|------|-------|
| JAMIE A. JOHNSTON, P.C. | JAMIE@JJOHNSTONPC.COM |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | KJAVERBAUM@LAWJW.COM |
| JAZLOWIECKI & JAZLOWIECKI, LLC | EJAZLOWIECKI@JAZLOWIECKI.COM; INFO@JAZLOWIECKI.COM |
| JEFFREY R. LESSIN & ASSOCIATES, PC | INFO@LESSINLAW.COM |
| JENNER LAW, P.C. | RJENNER@JENNERLAWFIRM.COM |
| JUSTICE LAW | CJUSTICE@JUSTICEINJURYLAWYER.COM; ABREIT@JUSTICEINJURYLAWYER.COM; JUSTICE@JUSTICEINJURYLAWYER.COM |
| KAHN WIKSTROM & SININS, P.C. | KJAVERBAUM@LAWJW.COM |
| KARON LLC | DKARON@KARONLLC.COM; BHOLLOWELL@KARONLLC.COM |
| KASSEL MCVEY | JKASSEL@KASSELLAW.COM |
| KAZAROSIAN COSTELLO LLP | WALTER@KAZCOLAW.COM; MARSHA@KAZCOLAW.COM |
| KIRKENDALL DWYER LLP | PI_LEADS@KIRKENDALLDWYER.COM |
| KNAPP & ROBERTS, P.C. | KNAPP@KRATTORNEYS.COM |
| KNIGHT LAW GROUP, LLP | INFO@KNIGHTLAW.COM |
| KUHARSKI LEVITZ & GIOVINAZZO | MKUHARSKI@KLGLAWYER.COM |
| LANGDON & EMISON | BRETT@LELAW.COM |
| LANGSTON & LOTT, PLLC | INFO@LANGSTONLOTT.COM |
| LAW FIRM OF KELLEY UUSTAL, PLC | RWK@KULAW.COM; JJU@KULAW.COM |
| LAW OFF. OF NICHOLAS A. BOYLAN, APC | NABLAWFIRM@GMAIL.COM |
| LAW OFFICE OF HAYTHAM FARAJ | HAYTHAM@FARAJLAW.COM |
| LAW OFFICE OF JOHN D. SILEO, LLC | JACK@JOHNSILEOLAW.COM; CASEY@JOHNSILEOLAW.COM |
| LAW OFFICES DENNIS F. OBRIEN, P.A. | OBIE26@AOL.COM |
| LAW OFFICES OF DONALD G. NORRIS | DNORRISLAW@GMAIL.COM; DNORRIS@NORGALLAW.COM |
| LAW OFFICES OF JAMES S. ROGERS | JSR@JSROGERSLAW.COM |
| LAW OFFICES OF MICHAEL L. RAIR, PA | MRAIRLAW@AOL.COM |
| LAW OFFICES OF SEAN M. CLEARY | SEANCLEARY@CLEARYPA.COM |
| LAW OFFICES OF THEIDA SALAZAR | SALAZARLAWGROUP@GMAIL.COM |
| LAW OFFS. OF PETER G. ANGELOS, P.C. | LANGELOS@LAWPGA.COM |
| LEVY BALDANTE FINNEY & RUBENSTEIN | RUBENSTEIN@LEVYBALDANTE.COM; MCOHEN@LEVYBALDANTE.COM |
| LEVY, BALDANTE,FINNEY & RUBENSTEIN, | KKELLER@LEVYBALDANTE.COM |
| LEWIS SAUL & ASSOCIATES, P.C. | INFO@LEWISSAUL.COM |
| LILLIS LAW FIRM | INFO@MBFIRM.COM |
| LINVILLE LAW GROUP | INFO@LINVILLELAWGROUP.COM; INFO@LINVILLEFIRM.COM |
| MALATESTA LAW OFFICES, LLC | INQUIRY@MALATESTALAW.COM |
| MARTZELL, BICKFORD & CENTOLA | INFO@MBFIRM.COM |
| MASSIMO & PAWETTA, P.C. | PANETTALAW@AOL.COM |
| MEGARGEL & ESKRIDGE CO., LPA | INFO@MEMLAWOHIO.COM |
| MESHBESHER & SPENCE, LTD. | TNEMO@MESHBESHER.COM; ADAVICK@MESHBESHER.COM; ABIERMANN@MESHBESHER.COM; DSTEWART@MESHBESHER.COM; EPALMER@MESHBESHER.COM |
| MESSA & ASSOCIATES, P.C. | IMCLAFFERTY@MESSALAW.COM; JMESSA@MESSALAW.COM |
| MILLER DELLAFERA PLC | TDELLAFERA@MILLERDELLAFERA.COM |
| MILLER PITT FELDMAN & MCANALLY P.C. | PLIMPERIS@MPFMLAW.COM |
| MOLL LAW GROUP | INFO@MOLLLAWGROUP.COM |
| MORRIS, CARY, ANDREWS, TALMADGE & | JAMORRIS@MCATLAW.COM; DTALMADGE@MCATLAW.COM |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)

Appendix A Email Service Parties

| NAME | EMAIL |
|------|-------|
| MUELLER LAW FIRM | MARK@MUELLERLAW.COM |
| NEAL & HARWELL, PLC | CBARRETT@NEALHARWELL.COM |
| NIX PATTERSON & ROACH | CIHRIG@NIXLAW.COM |
| OCONNOR, MCGUINNESS, CONTE, DOYLE, | ROLESON@OMCDOC.COM |
| ODOM LAW FIRM, PA | OFFICE@ODOMFIRM.COM |
| PANISH, SHEA & BOYLE | PKAUFMAN@PSBR.LAW |
| PAUL LLP | RICK@PAULLLP.COM |
| PENDLEY, BAUDIN & COFFIN, LLP | PWPENDLEY@PBCLAWFIRM.COM |
| PIERCE SKRABANEK BRUERA, PLLC | INTAKE@PSBFIRM.COM |
| POULIN, WILLEY, ANASTOPOULO, LLC | INFO@AKIMLAWFIRM.COM |
| POURCIAU LAW FIRM, LLC | DRP@POURCIAULAW.COM |
| PRATT & TOBIN, P.C. | LAWOFFICE@PRATTANDTOBIN.COM |
| PRESZLER INJURY LAWYERS | RHOWE@PRESZLERLAW.COM |
| PRESZLER LAW FIRM LLP | DSHANE@PRESZLERLAW.COM |
| PULASKI LAW FIRM | INFO@PULASKILAWFIRM.COM |
| RICHARDSON RICHARDSON BOUDREAUX | MARKETING@RRBOK.COM |
| ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC. | INQUIRY@ROBINSONFIRM.COM |
| ROURKE AND BLUMENTHAL, LLP | MROURKE@RANDBLLP.COM |
| SALKOW LAW, APC | CONTACT@SALKOWLAW.COM |
| SANGISETTY LAW FIRM, LLC | RKS@SANGISETTYLAW.COM |
| SATTERLEY & KELLEY | PKELLEY@SATTERLEYLAW.COM |
| SAUNDERS & WALKER, P.A. | JOE@SAUNDERSLAWYERS.COM |
| SCHLESINGER LAW OFFICES, P.A. | POTENTIALCLIENT@SCHLESINGERLAW.COM |
| SCHMIDT & SETHI, PC | INFO@AZINJURYLAW.COM |
| SCHNEIDER WALLACE COTTRELL KONECKY | AESKIN@SCHNEIDERWALLACE.COM |
| SEEGER WEISS LLP | INTAKE@SEEGERWEISS.COM |
| SEIDMAN MARGULIS & FAIRMAN, LLP | SSEIDMAN@SEIDMANLAW.NET |
| SEITHEL LAW LLC | LYNN@SEITHELLAW.COM |
| SERLING & ABRAMSON, P.C. | EABRAMSON@SERLINGLAW.COM |
| SHELBY RODEN | DSHELBY@SHELBYRODEN.COM |
| SINGLETON SCHREIBER MCKENZIE & SCOTT, LLP | INFO@SINGLETONSCHREIBER.COM |
| SOMMERS SCHWARTZ, PC | RSICKELS@SOMMERSPC.COM |
| STEVENSON LEGAL GROUP, PLLC | DAMON@DAMONSTEVENSONLAW.COM |
| STEWART & STEWART | MIKE@GETSTEWART.COM |
| SUGARMAN LAW, LLC | BSUGARMAN@SUGARMANLAWFIRM.COM |
| SULLIVAN PAPAIN BLOCK MCGRATH & | SPBMC-NY@TRIALLAW1.COM |
| SZAFERMAN LAKIND BLUMSTEIN & BLADER | JBAUER@SZAFERMAN.COM |
| TAUTFEST BOND | MBOND@TAUTFESTBOND.COM |
| THE BRANDI LAW FIRM | INFO@BRANDILAW.COM |
| THE CRONE LAW FIRM, PLC | ACRONE@CRONELAWFIRMPLC.COM |
| THE CUFFIE LAW FIRM | CROLLE@CUFFIELAWFIRM.COM |
| THE GOSS LAW FIRM, P.C. | INFO@GOSS-LAWFIRM.COM |
| THE KRUGER LAW FIRM | INFO@THEKRUGERLAWFIRM.COM |
| THE LAW OFFICES OF MELVIN W BRUNSON | MELVINBRUNSON@COMCAST.NET |
| THE LAW OFFICES OF PETER G. ANGELOS | TMINKIN@LAWPGA.COM |
| THE PATE LAW FIRM | SUNLAW@GMAIL.COM |
| THE RUTH LAW TEAM | ATTORNEYS@GETJUSTICE.COM |
| THE WASHINGTON FIRM, PC | INFO@THEWFIRM.COM |
| VENTURA LAW | INFO@VENTURALAW.COM |
| VOGELZANG LAW | NVOGELZANG@VOGELZANGLAW.COM |
| WILLIAM G. COLVIN, PLLC | JOSH@CAWPLLC.COM |
| WILLIAMS, KIRK (879031) | DOCCORRESPONDENCEUNIT@DOC.WA.GOV |
| WOCL LEYDON LLC | NWOCL@WOCLLEYDON.COM |
| YAEGER LAW, PLLC | INFO@YOURLEGALCOUNSEL.NET |
| ZELBST, HOLMES & BUTLER | ZELBST@ZELBST.COM |
| ZINNS LAW, LLC | SHARON@ZINNSLAW.COM |