UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|            Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|            Plaintiff, | : | Adv. No. 23-01092 (MBK) |
| v. | : | |
| ESTATE OF MELISSA FLEMING | : | |
|            Defendants. | : | |

### NOTICE OF MOTION OF THE ESTATE OF MELISSA FLEMING TO DISMISS CASE PURSUANT TO 11 U.S.C. § 112(B)

**PLEASE TAKE NOTICE** that the Defendant, Estate of Melissa Fleming by and through his counsel shall move fore the Honorable Michael B. Kaplan, Chief Judge, on May 22, 2023, at 10:00 a.m. at the United State Bankruptcy Court. District of New Jersey, 402 East State Street, Trenton, New Jersey for an order dismissing the adversary action.

**PLEASE TAKE FURTHER NOTICE** that the Defendant, Estate of Melissa Fleming shall reply upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon counsel for Defendant Estate of Melissa Fleming no later than 7 days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2). If opposing papers are not filed and served within the required time, the Motion shall be deemed uncontested pursuant to D.N.J. LBR 9013-3(d) oral argument may only be presented by a party that has filed opposition to the Motion.

                                              GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

                        By: _____
                                  GEOFFREY B. GOMPERS, ESQUIRE, Attorney
                                  for the Estate of Melissa Fleming
                                  1515 Market Street, Suite 1650
                                  Philadelphia PA 19102
                                  (215) 567-6600

Dated: 5/5/23