UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|                Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|               Plaintiff, | : | Adv. No. 23-01092 (MBK) |
| v. | : | |
| ESTATE OF MELISSA FLEMING | : | |
|               Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF THE ESTATE OF MELISSA FLEMING MOTION TO DISMISS ADVERSARY COMPLAINT**

Defendant, Estate of Melissa Fleming incorporate all arguments contained in the Motion of the Official Committee of Talc Claims to Dismiss the Second Bankruptcy Petition of LTL Management, LLC thereon through the same were set forth herein at length.

GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

By: _____
GEOFFREY B. GOMPERS, ESQUIRE, Attorney
for the Estate of Melissa Fleming
1515 Market Street, Suite 1650
Philadelphia PA 19102
(215) 567-6600

Dated: 5/5/23