UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Plaintiff, | : | Adv. No. 23-01092 (MBK) |
| v. | : | |
| ESTATE OF MELISSA FLEMING | : | |
| Defendants. | : | |

**CERTIFICATION OF GEOFFREY B. GOMPERS, ESQUIRE IN SUPPORT OF ESTATE OF MELISSA FLEMING'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 112(B)**

I, Geoffrey B. Gompers, of full age, hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am employed as an attorney in the State of New Jersey and represent Estate Of Melissa Fleming. ("Fleming Estate").

2. I submit this Certification to dismiss the Adversary Action against the Fleming Estate.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Motion of the Official Committee of Talc Claims to Dismiss the Second Bankruptcy Petition of LTL Management, LLC filed on April 27, 2023.

4. The Fleming Estate incorporates that Motion and Memorandum as if set forth herewith at length.

I certify under penalty of perjury that the foregoing is true and correct.

GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

By: _____
GEOFFREY B. GOMPERS, ESQUIRE, Attorney
for the Estate of Melissa Fleming
1515 Market Street, Suite 1650
Philadelphia PA 19102
(215) 567-6600

Dated: 5/5/23