UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|                 Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|                 Plaintiff, | : | Adv. No. 23-01092 (MBK) |
|    v. | : | |
| ESTATE OF MELISSA FLEMING | : | |
|                 Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, Geoffrey B. Gompers, counsel for the Estate of Melissa Fleming do hereby certify that a true and correct copy of the Notice of Motion to Dismiss Adversary Action was served via electronic mail to the following:

via EMAIL: pdefilippo@wmd-law.com
Paul R. DeFilippo, Esquire
500 Fifth Avenue
New York, NY 10110

via EMAIL: gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
Gregory M. Gordon, Esquire
Brad B. Erens, Esquire
Dan B. Prieto, Esquire
Amanda Rush, Esquire
2727 N. Harwood Street
Dallas, TX 75201

                                              GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

                                              _____
                                              GEOFFREY B. GOMPERS, ESQUIRE
                                              Attorney for the Estate of Melissa Fleming
                                              1515 Market Street, Suite 1650
                                              Philadelphia PA 19102
                                              (215) 567-6600

Dated: _____