## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|                 Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
|                 Plaintiff, | : | Adv. No. 23-01092 (MBK) |
| v. | : | |
| ROBERT GENDELMAN, EXECUTOR OF THE | : | |
| ESTATE OF SHERRI GENDELMAN | : | |
|                 Defendants. | : | |

### NOTICE OF MOTION OF ROBERT GENDELMAN, EXECUTOR OF THE ESTATE OF SHERRI GENDELMAN TO DISMISS CASE PURSUANT TO 11 U.S.C. § 112(B)

**PLEASE TAKE NOTICE** that the Defendant, Robert Gendelman, Executor for the Estate of Sherri Gendelman by and through his counsel shall move fore the Honorable Michael B. Kaplan, Chief Judge, on May 22, 2023, at 10:00 a.m. at the United State Bankruptcy Court. District of New Jersey, 402 East State Street, Trenton, New Jersey for an order dismissing the adversary action.

**PLEASE TAKE FURTHER NOTICE** that the Defendant, Robert Gendelman, Executor for the Estate of Sherri Gendelman shall reply upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon counsel for Defendant, Robert Gendelman, Executor of the Estate of Sherri Gendelman no later than 7 days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2). If opposing papers are not filed and served within the required time, the Motion shall be deemed uncontested pursuant to D.N.J. LBR 9013-3(d) oral argument may only be presented by a party that has filed opposition to the Motion.

GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

By: _____
GEOFFREY B. GOMPERS, ESQUIRE, Attorney for the
Estate of Sherri Gendelman
1515 Market Street, Suite 1650
Philadelphia PA 19102
(215) 567-6600

Dated: _____