UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Plaintiff, | : | Adv. No. 23-01092 (MBK) |
| v. | : | |
| ROBERT GENDELMAN, EXECUTOR OF THE | : | |
| ESTATE OF SHERRI GENDELMAN | : | |
| Defendants. | : | |

## ORDER DISMISSING CASE

Upon consideration of the Motion of Robert Gendelman, Executor of the Estate of Sherri Gendelman, by and through counsel, under 11 U.S.C. § 112(b) for an Order Dismissing Case, and notice of the motion having been given to the Debtor, Debtor's counsel, counsel for the Official Committee of Talc Claimants, and all parties having filed a Notice of Appearance in this case, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned Adversary case of the LTL Management LLC, Case No. 23.12825 (MBK) is **DISMISSED**.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order

BY THE COURT:

_____

J.