UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Plaintiff, | : | Adv. No. 23-01092 (MBK) |
| v. | : | |
| ROBERT GENDELMAN, EXECUTOR OF THE | : | |
| ESTATE OF SHERRI GENDELMAN | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF ROBERT GENDELMAN, EXECUTOR OF THE ESTATE OF SHERRI GENDELMAN MOTION TO DISMISS ADVERSARY COMPLAINT**

Defendant, Robert Gendelman, Executor of the Estate of Sherri Gendelman, and Robert Gendelman incorporate all arguments contained in the Motion of the Official Committee of Talc Claims to Dismiss the Second Bankruptcy Petition of LTL Management, LLC thereon through the same were set forth herein at length.

GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

By: _____
GEOFFREY B. GOMPERS, ESQUIRE, Attorney for the
Estate of Sherri Gendelman
1515 Market Street, Suite 1650
Philadelphia PA 19102
(215) 567-6600

Dated: 5/5/23