## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Debtor | : | No. 23-12825 (MBK) |
| | : | |
| LTL MANAGEMENT, LLC | : | |
| Plaintiff, | : | Adv. No. 23-01092 (MBK) |
| v. | : | |
| ROBERT GENDELMAN, EXECUTOR OF THE | : | |
| ESTATE OF SHERRI GENDELMAN | : | |
| Defendants. | : | |

**CERTIFICATION OF GEOFFREY B. GOMPERS, ESQUIRE IN SUPPORT OF ROBERT GENDELMAN, EXCECUTOR OF THE ESTATE OF SHERRI GENDELMAN'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 112(B)**

I, Geoffrey B. Gompers, of full age, hereby certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am employed as an attorney in the State of New Jersey and represent Robert Gendelman, Executor of the state of Sherri Gendelman. ("Gendelman Estate").

2. I submit this Certification to dismiss the Adversary Action against the Gendelman Estate.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Motion of the Official Committee of Talc Claims to Dismiss the Second Bankruptcy Petition of LTL Management, LLC filed on April 27, 2023.

4. The Gendelman Estate incorporates that Motion and Memorandum as if set forth herewith at length.

I certify under penalty of perjury that the foregoing is true and correct.

GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

By: _____
GEOFFREY B. GOMPERS, ESQUIRE, Attorney
for the Estate of Sherri Gendelman
1515 Market Street, Suite 1650
Philadelphia PA 19102
(215) 567-6600

Dated: 5/5/23