# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re: 

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

## TRANSMITTAL OF DOCUMENT(S) TO:
☐ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal    ☐ Order being Appealed    ☐ Designation of Record on Appeal

☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____

Attorney: _____    Attorney: _____

Address: _____    Address: _____

_____    _____

Title of Order Appealed:    Limited Preliminary Restraints

Date Entered On Docket: _____

☐  An appeal has not previously been filed in this case.

☐  The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*