# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| LTL Management LLC vs. | Case Number: 23-12825 |
| Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000 | Civil Number: |
| | Adversary Number: 23-01092 |
| | Bankruptcy Judge: Michael B. Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal
☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference
☒ Other  #103 Amended Notice of Appeal and Statement of Election and Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on April 21, 2023. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | The Official Committee of Talc Claimants | Appellee(s): | LTL Management LLC |
| Attorney: | Daniel M. Stolz, Esq. | Attorney: | Paul R. DeFilippo, Esq. |
| Address: | 110 Allen Road, Suite 304 | Address: | 500 Fifth Avenue, 12 Flr. |
| | Basking Ridge, NJ 07920 | | New York, NY 10110 |

Title of Order Appealed: #91 Order Dissolving Temporary Restraining Order Extending The Automatic Stay and Granting Limited Preliminary Restraints
Date Entered On Docket: April 25, 2023

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____   Date: _____

rev. 8/28/17