**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

Order Filed on May 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>                    Plaintiff,<br>v.<br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>                    Defendants. | Adv. No.: 23-01092 (MBK) |

**ORDER DENYING MOTIONS**
**FOR AN ORDER CERTIFYING DIRECT APPEAL OF  PRELIMINARY**
**INJUNCTION ORDER TO THE THIRD CIRCUIT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536798287

(Page 2)
Debtor: LTL Management LLC
Case No. 23-01092-MBK
Caption: Order Denying Motions for an Order Certifying Direct Appeal of Preliminary Injunction Order to the Third Circuit

Upon consideration of (a) the motions (collectively, the "Certification Motions") filed by the Official Committee of Talc Claimants [Adv. Dkt. 84], the Ad Hoc Group of Mesothelioma Claimants [Adv. Dkt. 88] and Paul Crouch [Adv. Dkt. 89] seeking certification for a direct appeal to the Third Circuit of this Court's opinion and order granting in part and denying in part LTL Management LLC's (the "Debtor") motion for stay and preliminary injunctive relief [Adv. Dkts. 91, 94] and (b) the objections to the Certification Motions (together, the "Objections") filed by the Debtor [Adv. Dkt. 121] and the Ad Hoc Committee of Supporting Counsel [Adv. Dkt. 124]; the Court having considered the statements of counsel with respect to the Certification Motions and the Objections at a hearing before the Court on May 9, 2023 (the "Hearing"); the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.), (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (d) notice of the Certifications Motions and the Hearing was sufficient under the circumstances and no other or further notice is required; and for the reasons set forth by the Court on the record during the Hearing, which portions of the record are incorporated herein by reference,

**IT IS HEREBY ORDERED THAT**:

1. The Certification Motions are DENIED without prejudice.

2. The Court shall retain exclusive jurisdiction over all matters arising from or related to the implementation, interpretation or enforcement of this Order.

NAI-1536798287