**<u>EXHIBIT B</u>**

1                  UNITED STATES BANKRUPTCY COURT

2                    DISTRICT OF NEW JERSEY

3

4    In Re:  Chapter 11         )
                                )   Case No. 21-30589
5    LTL MANAGEMENT, LLC,       )   (MBK)
                                )
6              Debtor.          )

7

8

9

10

11

12

13           VIDEO RECORDED EXAMINATION OF

14                   JAMES MURDICA

15       _____

16                    TAKEN ON

17            SUNDAY, APRIL 16, 2023

18

19

20

21

22

CERTIFIED STENOGRAPHER:
23   JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
     CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24   CCR-WA (No. 21007264), CSR-CA (No. 14420),
     REALTIME SYSTEMS ADMINISTRATOR
25   JOB NO.:  893549

1

1      A.    So when did --                    02:18:25

2      Q.    When -- sorry?                     02:18:26

3      A.    I don't know what you're asking    02:18:27

4  me.  Go ahead.                               02:18:28

5      Q.    So what I'm trying to figure out   02:18:29

6  is, I think you said -- and we'll get to     02:18:32

7  the data a little bit later, but I think     02:18:33

8  you said that the -- this -- this term       02:18:35

9  sheet was first provided to law firms        02:18:36

10  around late March or early April, I think   02:18:39

11  you said?                                    02:18:41

12      A.    Yes.  But, again, in the form      02:18:41

13  that it's in now, this chart, I believe,    02:18:44

14  was actually created by your clients.  So I  02:18:47

15  want to be clear that in the form that it's  02:18:51

16  in now, that is correct.                     02:18:53

17          But your clients have had or        02:18:55

18  created this, in part, years ago.           02:18:57

19      Q.    Okay.  And when -- when is the     02:19:00

20  first time you recall having shared the     02:19:03

21  substance of this chart with Mr. Watts?     02:19:05

22      A.    I'm trying to remember when.      02:19:07

23  Probably sometime in 2022, maybe late 2021.  02:19:19

24  I really can't remember.                     02:19:24

25      Q.    And I'm just, for the record,      02:19:39

| | | |
|---|---|---|
| 1 | just gonna -- to note that I'm going to | 02:19:40 |
| 2 | move to strike the references to my clients | 02:19:43 |
| 3 | and what they negotiated and provided you | 02:19:45 |
| 4 | under Rule 408. | 02:19:48 |
| 5 | MS. BROWN:  I'm sorry.  Under a | 02:19:49 |
| 6 | settlement privilege? | 02:19:51 |
| 7 | MR. WINOGRAD:  Yes.  I said under | 02:19:52 |
| 8 | Rule 408.  It's confidential. | 02:19:54 |
| 9 | MS. BROWN:  Okay.  Can you just | 02:19:55 |
| 10 | explain the legal basis for that on the | 02:19:57 |
| 11 | record? | 02:19:58 |
| 12 | MR. WINOGRAD:  Yeah.  Those | 02:19:58 |
| 13 | are -- those are confidential | 02:19:59 |
| 14 | settlement communications. | 02:20:00 |
| 15 | MS. BROWN:  Under the Federal | 02:20:02 |
| 16 | Rules? | 02:20:03 |
| 17 | MR. WINOGRAD:  I've stated my | 02:20:05 |
| 18 | objection, and we can address it later, | 02:20:06 |
| 19 | if you would like. | 02:20:09 |
| 20 | BY MR. WINOGRAD: | 02:20:11 |
| 21 | Q.    Does the term sheet contemplate a | 02:20:20 |
| 22 | new funding agreement, to the best of your | 02:20:22 |
| 23 | understanding? | 02:20:26 |
| 24 | MS. BROWN:  Hold on. | 02:20:26 |
| 25 | I think you can ask him if it's | 02:20:34 |