**EXHIBIT D**

**<u>EXHIBIT D</u>**

**<u>EXHIBIT D</u>**

```
                                                                1
 1

 2              UNITED STATES BANKRUPTCY COURT

 3                 DISTRICT OF NEW JERSEY

 4                 CASE NO. 23-12825 (MBK)

 5                       CHAPTER 11

 6     -------------------------------------------

 7     IN RE:

 8     LTL MANAGEMENT LLC BANKRUPTCY,

 9                          Debtor.

10     -------------------------------------------

11

12

13

14          REMOTE VIDEOTAPED DEPOSITION OF

15                     MIKAL WATTS

16

17

18

19            Monday, April 17, 2023

20               10:05 a.m. (EST)

21

22

23     Reported By:

24     Joan Ferrara, RMR, FCRR

25     Job No. 2023-892931
```

43

1          M. Watts

2          So the way we preserve that
3  confidentiality and stay out of SEC trouble
4  is you don't talk to anybody while you're
5  doing this because once it becomes
6  material, there are 8-K disclosure
7  obligations.
8          And so you negotiate only with
9  those whom you have received a
10 non-disclosure agreement.  It's just
11 critical.  If you don't do it that way,
12 you're going to cause yourself a lot of
13 shareholder lawsuits.
14          So that's what we did.
15          So I want to be clear, I
16 negotiated 95 percent of both of these
17 documents with Mr. Murdica, but there was a
18 point in time where I felt like it would
19 add to our knowledge base if we started
20 getting others involved.
21          And so there was a time when we
22 were negotiating the money and then a
23 separate time when we were negotiating what
24 I would call the "support documents," the
25 PSA and the term sheet.