| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| In Re:<br>LTL Management LLC | Case No.: 23-12825<br><br>Hearing Date: |
| LTL Management LLC<br><br>Plaintiff(s)<br>v.<br>Those Parties Listed on Appendix A to the Complaint and John and Jane Does 1-1000<br><br>Defendant(s) | Adv. No.: 23-01092<br><br>Judge: Michael B. Kaplan |

Order Filed on May 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ORDER GRANTING MOTION OF AD HOC COMMITTEE OF SUPPORTING COUNSEL TO INTERVENE IN THE ADVERSARY PROCEEDING

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED:** May 17, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Kris Hansen (*admitted pro hac vice*)

PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Matthew M. Murphy (*admitted pro hac vice*)
Matthew Micheli (*admitted pro hac vice*)

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota
Warren A. Usatine
Seth Van Aalten (*admitted pro hac vice*)
Justin Alberto (*admitted pro hac vice*)

PARKINS & RUBIO LLP
700 Milam, Suite 1300
Houston, Texas 77002
Lenard M. Parkins (*admitted pro hac vice*)
Charles M. Rubio (*admitted pro hac vice*)

*Counsel to Ad Hoc Committee of Supporting Counsel*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>    Defendants. | Adv. No.: 23-01092 (MBK)<br><br>**Hearing Date and Time:**<br>May 9, 2023 at 1:00 p.m. (ET) |

**ORDER GRANTING MOTION OF AD HOC COMMITTEE OF SUPPORTING COUNSEL TO INTERVENE IN THE ADVERSARY PROCEEDING**

The relief set forth on the following pages, numbered three (3) and four (4), is **ORDERED**.

(Page 3)
Debtors:          LTL MANAGEMENT LLC
Case No.          23-12825 (MBK)
Adv. Pro. No.     23-01092 (MBK)
Caption of Order: ORDER GRANTING MOTION OF AD HOC COMMITTEE OF SUPPORTING COUNSEL TO INTERVENE

---

Upon the motion (the "Motion") of the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel") to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court having reviewed the Motion; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of the Motion having been provided; and good cause appearing therefor; it is

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the AHC of Supporting Counsel is permitted to intervene in the Adversary Proceeding pursuant to section 1109(b) of the Bankruptcy Code and FRCP 24 and Rule 7024 of the Bankruptcy Rules;

**ORDERED,** that each law firm member of the AHC of Supporting Counsel shall file with this Court, within 30 days of the entry of this Order, a certification under penalty of perjury affirming that:

(i) pursuant to the terms of their engagement, the law firm is authorized to represent their clients in connection with this chapter 11 case, and

(Page 4)
Debtors: LTL MANAGEMENT LLC
Case No. 23-12825 (MBK)
Adv. Pro. No. 23-01092 (MBK)
Caption of Order: ORDER GRANTING MOTION OF AD HOC COMMITTEE OF SUPPORTING COUNSEL TO INTERVENE

---

  (ii)  the law firm has provided notice to each of its clients of the law firm's intent to represent the client in this chapter 11 case and to support, on behalf of the client, the Plan Support Agreement; and it is further

  **ORDERED**, that this Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

4