Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  LTL Management LLC
Debtor

Case No.: 23–12825–MBK
Chapter 11

LTL Management LLC
Plaintiff

v.

Those Parties Listed on Appendix A to the Complaint and
John and Jane Does 1–1000
Defendant

Adv. Proc. No. 23–01092–MBK         Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on May 17, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 138 – 104
ORDER GRANTING MOTION OF AD HOC COMMITTEE OF SUPPORTING COUNSEL TO INTERVENE IN THE ADVERSARY PROCEEDING. (Related Doc # 104). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 5/17/2023. (wiq)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 17, 2023
JAN: wiq

Jeanne Naughton
Clerk