## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | |
| LTL MANAGEMENT LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 23-01092 (MBK) |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | |
| Defendants. | **Ref. Docket Nos. 133 & 136** |

## <u>CERTIFICATE OF SERVICE</u>

I, DIANE STREANY, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Order Denying Motions for an Order Certifying Direct Appeal of Preliminary Injunction Order to the Third Circuit," dated May 15, 2023 [Docket No. 133], (the "Order") and

    b.  "Debtor's (I) Omnibus Response to Objections to Debtor's Confidentiality Designations and (II) Objection to Motion to De-Designate Exhibit A of the Term Sheet," dated May 15, 2023 [Docket No. 136], (the "Response"),

by causing true and correct copies of the:

    i.  Order and Response to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, on May 15, 2023,

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

    ii.   Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those Talc Firms listed on the annexed <u>Exhibit B</u>, who represent multiple creditors, on May 15, 2023,

   iii.   Order and Response to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, on May 15, 2023, and

   iv.   Response to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those Talc Firms listed on the annexed <u>Exhibit D</u>, who represent multiple creditors, on May 16, 2023.

3.  All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ANDRES PEREIRA LAW FIRM | 14709 CUSTER COURT ANDRES PEREIRA AUSTIN TX 78734 |
| ARCHER & GREINER, P.C. | (COUNSEL TO ROGER FRANKEL AS FCR IN CYPRESS MINES CHAPTER 11 CASE) ATTN: STEPHEN M. PACKMAN 1025 LAUREL OAK RD VOORHEES NJ 08043 |
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 1401 MCKINNEY ST., STE 2250 HOUSTON TX 77010 |
| ASHCRAFT & GEREL, LLP | (COUNSEL TO REBECCA LOVE – OCTC) ATTN MICHELLE PARFITT 1825 K STREET, NW, STE 7000 WASHINGTON DC 20006 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA FL 32502 |
| BALLARD SPAHR LLP | (COUNSEL TO ALBERTSONS COMPANIES, INC) ATTN TOBEY M DALUZ, LESLIE C HEILMAN & LAUREL D ROGLEN & MARGARET A VESPER 919 N MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BEASLEY ALLEN LAW FIRM | (COUNSEL TO ALISHIA LANDRUM – OCTC) ATTN LEIGH O'DELL PO BOX 4160 MONTGOMERY AL 36103 |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN 218 COMMERCE ST MONTGOMERY AL 36104 |
| BROWN RUDNICK LLP | (COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN DAVID J MOLTON SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER 1932 N DRUID HILLS RD., STE. 100 ATLANTA GA 30319 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN KONRAD R KREBS 340 MT KEMBLE AVE, SUITE 300 MORRISTOWN NJ 07960 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN CLINTON E CAMERON & MEGHAN DALTON 55 WEST MONROE STREET, SUITE 3000 CHICAGO IL 60603 |
| COHEN, PLACITELLA & ROTH PC | (COUNSEL TO CATHERINE FORBES) ATTN CHRISTOPHER M PLACITELLA ESQ 127 MAPLE AVENUE RED BANK NJ 07701 |
| COLE SCHOTZ PC | (COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL) ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO COURT PLAZA NORTH 25 MAIN STREET PO BOX 800 HACKENSACK NJ 07602-0800 |
| DAVID CHRISTIAN ATTORNEYS LLC | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN DAVID CHRISTIAN, ESQ 105 W MADISON ST., SUITE 1400 CHICAGO IL 60602 |
| DUANE MORRIS LLP | (COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF- INSURERS & REPUBLIC) ATTN SOMMER L ROSS, ESQ 1940 ROUTE 70 EAST, SUITE 100 CHERRY HILL NJ 08003-2171 |
| DUANE MORRIS LLP | (COUNSEL FOR ATLANTA INTL INSURANCE CO, ET AL) ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ; ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ 865 S FIGUEROA ST, STE 3100 LOS ANGELES CA 90017-5450 |
| DUANE MORRIS LLP | (COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA) ATTN PHILIP R MATTHEWS, ESQ. SPEAR TOWER ONE MARKET PLAZA, SUITE 2200 SAN FRANCISCO CA 94105-1127 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| GENOVA BURNS LLC | (LOCAL COUNSEL TO OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN: DONALD W. CLARKE 494 BROAD STREET NEWARK NJ 07102 |
| GENOVA BURNS LLC | (LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN DANIEL M STOLZ 110 ALLEN RD, STE 304 BASKING RIDGE NJ 07920 |
| GEOFFREY B BOMPERS, PC | (COUNSEL TO ROBERT GENDELMAN, EXECUTOR; AND ESTATE OF MELISSA FLEMING) ATTN GEOFFREY B GOMPERS 1515 MARKET STREET, SUITE 1650 PHILADELPHIA PA 19102 |
| GERTLER LAW FIRM | (COUNSEL TO VARIOUS CLAIMANTS) ATTN HELEN H BABIN 935 GRAVIER STREET, SUITE 1900 NEW ORLEANS LA 70112 |
| GIBBONS P.C. | (COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL) ATTN ROBERT K MALONE & KYLE P MCEVILLY ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIMIGLIANO MAURIELLO & MALONEY | (COUNSEL TO TRAVELERS) ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ PO BOX 1449 MORRISTOWN NJ 07962-1449 |
| GOLOMB SPIRT GRUNFELD | (COUNSEL TO BRANDI CARL – OCTC) ATTN RICHARD GOLOMB 1835 MARKET ST, STE 2900 PHILADELPHIA PA 19103 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO BAUSCH HEALTH US, LLC) ATTN ALAN J BRODY, ESQ 500 CAMPUS DRIVE FLORHAM PARK NJ 07932 |

| Claim Name | Address Information |
|---|---|
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HILL CARTER FRANCO COLE & BLACK PC | (COUNSEL TO BCBS OF MASSACHUSETTS – OCTC) ATTN ELIZABETH CARTER 425 PERRY STREET MONTGOMERY AL 36104 |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ &  ANDREW WHITE, ESQ 1 JOHNSON & JOHNSON PLAZA NEW BRUNSWICK NJ 08933 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| JONES WALKER LLP | (CO-MEDIATOR) ATTN GARY RUSSO SUITE 1600, 600 JEFFERSON STREET LAFAYETTE LA 70501 |
| KARST VON OISTE LLP | (COUNSEL TO TONYA WHETSEL AS ESTATE REP OF BRANDON WHETSEL – OCTC) ATTN ERIK KARST 23923 GOSLING RD, STE A SPRING TX 77389 |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | (COUNSEL TO KRISTIE DOYLE ESTATE REP OF DAN DOYLE – OCTC) ATTN STEVEN KAZAN 55 HARRISON ST, STE 400 OAKLAND CA 94607 |
| LAW FIRM OF BRIAN W HOFMEISTER | (COUNSEL TO KELLIE BREWER) ATTN BRIAN W HOFMEISTER, ESQ 3131 PRINCETON PIKE, BUILDING 5, SUITE 110 LAWRENCEVILLE NJ 08648 |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | (COUNSEL TO VARIOUS CLAIMANTS) ATTN: MITCHELL MALZBERG, ESQ. PO BOX 5122 CLINTON NJ 08809 |
| LEVIN PAPANTONIO RAFFERTY | (COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY – OCTC) ATTN CHRISTOPHER TISI 316 S BAYLEN ST, STE 600 PENSACOLA FL 32502 |
| LEVY KONIGSBERG, LLP | (COUNSEL TO SEVERAL TALC CLAIMANTS; RANDY DEROUEN & PAUL CROUCH) ATTN MOSHE MAIMON 605 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10158 |
| LEVY KONIGSBERG, LLP | (COUNSEL TO PAUL CROUCH & RANDY DEROUEN) ATTN JEROME H BLOCK, ESQ 605 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10158 |
| LEX NOVA LAW LLC | (COUNSEL TO GIOVANNI SOSA & EVAN PLOTKIN) ATTN E RICHARD DRESSEL, ESQUIRE (ED1793) 10 E STOW ROAD, SUITE 250 MARLTON NJ 08053 |
| LIAKOS LAW | 955 DEEP VALLEY DR SUITE 3900 JENN LIAKOS PALOS VERDES PENINSULA CA 90274 |
| LINVILLE LAW GROUP | 1932 N DRUID HILLS RD NE, STE 200 GANDHI, VINITA ATLANTA GA 30319 |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | (COUNSEL TO DISANTO CANADIAN CLASS ACTION CREDITORS) ATTN ALLEN J UNDERWOOD II, ESQ. 570 BROAD STREET, SUITE 1201 NEWARK NJ 07102 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO JOHNSON & JOHNSON) ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR ONE LOWENSTEIN DR ROSELAND NJ 07068 |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | (COUNSEL TO KATHERINE TOLLEFSON) ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON 150 WEST 30TH STREET, SUITE 201 NEW YORK NY 10001 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| MCMANIMON SCOTLAND & BAUMANN, LLC | (COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW GROUP LLC) ATTN ANTHONY SODONO, III & SARI B PLACONA 75 LIVINGSTON AVENUE, STE 201 ROSELAND NJ 07068 |
| MENDES & MOUNT LLP | (COUNSEL TO THE NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS) ATTN EILEEN T MCCABE, STEPHEN TO ROBERTS 750 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| MOTLEY RICE LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS; SUE SOMMER-KRESSE – OCTC) ATTN DANIEL R LAPINSKI 210 LAKE DRIVE EAST, SUITE 101 CHERRY HILL NJ 08002 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO 919 NORTH MARKET ST, STE 1801 WILMINGTON DE 19801 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| OTTERBOURG P.C. | (CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS) ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN 230 PARK AVE NEW YORK NY 10169 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO ARNOLD & ITKIN PLAINTIFFS) ATTN LAURA DAVIS JONES, COLIN R ROBINSON PETER J KEANE 919 N MARKET STREET, 17TH FL WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| PARKINS & RUBIO LLP | (COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL) ATTN LENARD M PARKINS & CHARLES M RUBIO 700 MILAM, SUITE 1300 HOUSTON TX 77002 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN JOHN W WEISS 101 CRAWFORDS CORNER ROAD, STE 4202 HOLMDEL NJ 07733 |
| PULASKI KHERKHER PLLC | ADAM PULASKI 2925 RICHMOND AVE, STE 1725 HOUSTON TX 77098 |
| RANDI S ELLIS LLC | (PROPOSED FUTURE TALC CLAIMANTS REPRESENTATIVE) ATTN: RANDI S ELLIS 5757 INDIAN CIRCLE HOUSTON TX 77057 |
| RAWLINGS & ASSOCIATES | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS 1 EDEN PARKWAY LA GRANGE KY 40031 |
| REED SMITH LLP | (COUNSEL TO CYPRUS MINES CORPORATION) ATTN DEREK J BAKER 506 CARNEGIE CENTER, SUITE 300 PRINCETON NJ 08543 |
| RESOLUTIONS, LLC | (CO-MEDIATOR) ATTN ERIC D GREEN 30 MONUMENT SQUARE, SUITE 245 CONCORD MA 01742 |
| ROBINSON CALCAGNIE, INC. | (COUNSEL TO APRIL FAIR – OCTC) ATTN MARK ROBINSON, JR 19 CORPORATE PLAZA DRIVE NEWPORT BEACH CA 92660 |
| ROSS FELLER CASEY, LLP | ATTN BRIAN J MCCORMICK, JR ONE LIBERTY PLACE 1650 MARKET ST, 34TH FLOOR PHILADELPHIA PA 19103 |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SAIBER LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN: JOHN M. AUGUST, ESQ. 18 COLUMBIA TURNPIKE, SUITE 200 FLORHAM PARK NJ 07932 |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| SIMON GREENSTONE PANATIER PC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN LEAH C KAGAN, ESQ. 1201 ELM STREET, SUITE 3400 DALLAS TX 75270 |
| SIMPSON THACHER & BARTLETT LLP | (COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY CO) ATTN ANDREW T FRANKEL 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| SLATER SLATER SCHULMAN | 445 BROADHOLLOW RD, STE 419 SLATER, ADAM MELVILLE NY 11747 |
| THE KELLY FIRM, P.C. | (COUNSEL TO BCBS OF MASSACHUSETTS) ATTN: ANDREW J. KELLY 1011 HIGHWAY 71, SUITE 200 SPRING LAKE NJ 07762 |
| THE SHAPIRO LAW FIRM | (COUNSEL TO EMPLOYERS INSURANCE COMPANY OF WAUSAU AND NATIONAL CASUALTY COMPANY) ATTN JANET A SHAPIRO 325 N MAPLE DRIVE #15186 BEVERLY HILLS CA 90209 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| TRIF & MODUGNO, LLC | (COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS) ATTN LOUIS A MODUGNO 89 HEADQUARTERS PLAZA NORTH TOWER, SUITE 1201 MORRISTOWN NJ 07960 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN J ZACHARY BALASKO PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN BETHANY R THERIOT PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF 940 N. LINCOLN ST DENVER CO 80203 |
| WALSH PIZZI O'REILLY FALANGA | (PROPOSED COUNSEL TO RANDI S ELLIS, FTCR) ATTN MARK FALK THREE GATEWAY CENTER 100 MULBERRY ST, 15TH FL NEWARK NJ 07102 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WEITZ & LUXENBERG, PC | (COUNSEL TO PATRICIA COOK – OCTC) ATTN PERRY WEITZ & LISA NATHANSON BUSCH 700 BROADWAY NEW YORK NY 10003 |
| WEITZ & LUXENBERG, PC | (COUNSEL TO SHAWN V. JOHNSON) ATTN LISA NATHANSON BUSCH 700 BROADWAY NEW YORK NY 10003 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN  MATTHEW E LINDER & LAURA E BACCASH 111 SOUTH WACKER DR, STE 5100 CHICAGO IL 60606-4302 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |
| WISNER BAUM | 10940 WILSHIRE BLVD, STE 1600 WISNER, ROBERT BRENT LOS ANGELES CA 90024 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO THE AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS) |

| Claim Name | Address Information |
|---|---|
| WOMBLE BOND DICKINSON (US) LLP | ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |

**Total Creditor count  88**

| Claim Name | Address Information |
|---|---|
| ANDRES PEREIRA FIRM | 14709 CUSTER COURT ANDRES PEREIRA AUSTIN TX 78734 |
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS | HILL CARTER FRANCO COLE & BLACK, PC ATTN ELIZABETH CARTER 425 PERRY ST MONTGOMERY AL 36104 |
| CARL, BRANDI | GOLOMB SPIRT GRUNFELD ATTN RICHARD GOLOMB 1835 MARKET ST STE 2900 PHILADELPHIA PA 19103 |
| COLE SCHOTZ PC | ATTN MICHAEL D SIROTA, WARREN A USATINE, SETH VAN AALTEN & JUSTIN ALBERTO COURT PLZ NORTH, 25 MAIN ST, PO BOX 800 HACKENSACK NJ 07602-0800 |
| COOK, PATRICIA | WEITZ & LUXENBERG, P.C. ATTN PERRY WEITZ 700 BROADWAY NEW YORK NY 10003 |
| DEROUEN, RANDY | LEVY KONIGSBERG LLP ATTN MOSHE MAIMON 605 THIRD AVE, 33RD FL NEW YORK NY 10158 |
| DOYLE, KRISTIE AS ESTATE REPRESENTATIVE | OF DAN DOYLE KAZAN, MCCLAIN, ET AL; ATTN STEVEN KAZAN 55 HARRISON ST STE 400 OAKLAND CA 94607 |
| FAIR, APRIL | ROBINSON CALCAGNIE, IINC. ATTN MARK ROBINSON, JR 19 CORPORATE PLAZA DR NEWPORT BEACH CA 92660 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| GENOVA BURNS LLC | ATTN DONALD W CLARKE 494 BROAD STREET NEWARK NJ 07102 |
| GENOVA BURNS LLC | ATTN DANIEL M STOLZ 110 ALLEN ROAD, SUITE 304 BASKING RIDGE NJ 07920 |
| HENRY, WILLIAM AS ESTATE REPRESENTATIVE | OF DEBRA HENRY LEVIN PAPANTINO RAFFERTY; ATTN C.TISI 316 S BAYLEN ST STE 600 PENSACOLA FL 32502 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| LANDRUM, ALISHIA | BEASLEY ALLEN LAW FIRM ATTN LEIGH O'DELL PO BOX 4160 MONTGOMERY AL 36103 |
| LIAKOS LAW | 955 DEEP VALLEY DR STE 3900 JENN LIAKOS PALOS VERDES PENINSULA CA 90274 |
| LINVILLE LAW GROUP | 1932 N DRUID HILLS RD NE STE 200 GANDHI, VINITA ATLANTA GA 30319 |
| LOVE, REBECCA | ASHCRAFT & GEREL, LLP ATTN MICHELLE PARFITT 1825 K STREET NW STE 700 WASHINGTON DC 20006 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| OTTERBOURG P.C. | ATTN: RICHARD G HADDAD & ADAM C SILVERSTEIN 230 PARK AVENUE NEW YORK NY 10169 |
| PACHULSKI SANG ZIEHL & JONES LLP | ATTN LAURA DAVIS JONES, COLIN R ROBINSON & PETER J KEANE 919 N MARKET STREET, 17TH FLOOR WILMINGTON DE 19801 |
| PARKINS & RUBIO LLP | ATTN LENARD M PARKINS & CHARLES M RUBIO 700 MILAM HOUSTON TX 77002 |
| PAUL HASTINGS LLP | ATTN KIRS HANSEN 200 PARK AVENUE NEW YORK NY 10166 |
| PAUL HASTINGS LLP | ATTN MATTHEW M MURPHY & MATTHEW MICHELI 71 SOUTH WACKER DR, STE 4500 CHICAGO IL 60606 |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ALLISON M BROWN ONE MANHATTAN WEST NEW YORK NY 10001 |
| SOMMER-KRESSE, SUE | MOTLEY RICE, LLC ATTN DANIEL LAPINSKI 210 LAKE DR E STE 101 CHERRY HILL NJ 08002 |
| THE KELLY FIRM, P.C. | ATTN ANDREW J KELLY 1011 HIGHWAY 71, SUITE 200 SPRING LAKE NJ 07762 |
| THE SHAPIRO LAW FIRM | ATTN JANET A SHAPIRO 325 N. MAPLE DRIVE, # 15186 BEVERLY HILLS CA 90209 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WHETSEL, TONYA AS ESTATE REPRESENTATIVE | OF BRANDON WHETSEL KARST VON OISTE LLP; ATN: ERIK KARST 2393 GOSLING RD, STE A SPRING TX 77389 |
| WISNER BAUM | 10940 WILSHIRE BLVD, STE 1600 WISNER, ROBERT BRENT LOS ANGELES CA 90024 |

**Total Creditor count  34**

**EXHIBIT B**

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**

ABTAHI LAW GROUP LLC
200 W MADISON ST, SUITE 2100
ALI ABTAHI
CHICAGO, IL  60606

AHDOOT & WOLFSON, PC
10728 LINDBROOK DR
ROBERT R. AHDOOT
LOS ANGELES, CA  90024

ALLAN BERGER AND ASSOCIATES
4173 CANAL STREET
GEIGER, ANDREW
NEW ORLEANS, LA  70119

ALLEN & NOLTE PLLC
5445 LA SIERRA DRIVE, SUITE 350
ALLEN, III, JOHN H TREY
DALLAS, TX  75231

ALOIA LAW FIRM LLC
2 BROAD STREET, STE 510
LUCIDO, VICTORIA A
BLOOMFIELD, NJ  07003

ANAPOL WEISS
EMILY B ASHE
130 N 18TH ST., STE 600
PHILADELPHIA, PA  19107

ANASTOPOULO LAW FIRM
32 ANN STREET
FEIDLER, STEFAN B
CHARLESTON, SC  29403

ANDREW THORNTON HIGGINS RAZMARA LLP
2 CORPORATE PARK, SUITE 110
THORNTON, JOHN C
IRVINE, CA  92606

ANDREW THORNTON HIGGINS RAZMARA LLP
JOHN C. THORNTON
4701 VON KARMAN AVE., STE 300
NEWPORT BEACH, CA  92660

ANDRUS WAGSTAFF, P.C.
9035 WADSWORTH PARKWAY, STE 4000
JOHN R. CRONE, ALBERT NORTHRUP
WESTMINISTER, CO  80021

ARNOLD & ITKIN LLP
1401 MCKINNEY STREET SUITE 2550
HOUSTON, TX  77010

ARNOLD & ITKIN LLP
K ARNOLD, J ITKIN, N WEXLER
6009 MEMORIAL DRIVE
HOUSTON, TX  77007

ASHCRAFT & GEREL
1825 K STREET, SUITE 700, NW
WASHINGTON, DC  20006

ASHCRAFT & GEREL
8280 WILLOW OAKS CORP DR. STE 600
PARENT, GREGORY J.; VASSIL, EMILY
FAIRFAX, VA  22031

ASPEY, WATKINS & DIESEL, PLLC
123 N SAN FRANCISCO ST
SUITE 300
FLAGSTAFF, AZ  86001

ATTN: DANIEL P. MCDYER
781 ELM SPRING ROAD
PITTSBURGH, PA  15243

AVA LAW GROUP, INC.
3667 VOLTAIRE STREET
VAN ARSDALE, ANDREW JACOB
SAN DIEGO, CA  92106

AXLEY BRYNELSON, LLP
2 EAST MIFFLIN STREET, PO BOX 1767
MADISON, WI  53701

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC
THORNBURGH, DANIEL J.
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 EAST MAIN STREET, SUITE 200,
P.O. BOX 12630 (32591)
PENSACOLA, FL 32502

BABBITT, JOHNSON, OSBORNE & LECLAINCHE,
P.A.
PO BOX 222881
WEST PALM BCH, FL 33422-2881

BACHUS & SCHANKER LLC
101 WEST COLFAX AVE, STE 650
DENVER, CO 80202

BAEHR, MEIROWITZ & WASSERBERG, LLP
C/O DANIEL WASSERBERG
1040 SIXTH AVE, STE 12B
NEW YORK, NY 10018

BAILEY COWAN HECKAMAN PLLC
1360 POST OAK BLVD., SUITE 2300
HOUSTON, TX 77056

BAILLY AND MCMILLAN, LLP
707 WESTCHESTER AVE, STE 405
DEPONTO, RICHARD
WHITE PLAINS, NY 10604

BALZARINI & WATSON
310 GRANT STREET, STE. 3303
BALZARINI, LAURA
PITTSBURGH, PA 15219

BANNER LEGAL
SHAFER, JEREMY C
445 MARINE VIEW AVE., STE. 100
DEL MAR, CA 92014

BARNES & THORNBURG LLP
2029 CENTURY PARK E SUITE 300
MURDICA, JAMES F. KO, SANDRA M.
LOS ANGELES, CA 90067

BARNES LAW GROUP, LLC
31 ATLANTA STREET
ROSICHAN, BENJAMIN R.
MARIETTA, GA 30060

BARON & BUDD, P.C.
3102 OAK LAWN AVENUE, SUITE 1100
DALLAS, TX 75219

BARRETT LAW GROUP
404 COURT SQUARE NORTH
LEXINGTON, MS 39095

BARRY, MCTIERNAN & WEDINGER
10 FRANKLIN AVE
EDISON, NJ 08837

BART DURHAM INJURY LAW
DURHAM, BLAIR
404 JAMES ROBERTSON PKWY, STE 1712
NASHVILLE, TN 37219

BATHGATE, WEGENER & WOLF
ONE AIRPORT ROAD
KASSELMAN, EDWARD
LAKEWOOD, NJ 08701

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 COMMERCE STREET MEADOWS
MONTGOMERY, AL 36104

BECKER LAW GROUP
117 E COLORADO BLVD, STE 500
SHEAR, BRIAN E. BECKER, TODD B.
PASADENA, CA 91105

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

BECNEL LAW FIRM, LLC
425 WEST AIRLINE HWY, STE B
LA PLACE, LA 70068

BEKMAN, MARDER, & ADKINS, LLC
1829 REISTERSTOWN RD STE 200
MOORE, AARON L
PIKESVILLE, MD 21208-7105

BELLUCK & FOX, LLP
546 FIFTH AVENUE, 4TH FLOOR
GEORGIOU, KRISTINA
NEW YORK, NY 10036

BEREZOFSKY LAW GROUP, LLC
210 LAKE DRIVE EAST, STE. 101
BEREZOFSKY, ESTHER
CHERRY HILL, NJ 08002

BERGMAN DRAPER OSLUND
C/O MATTHEW BERGMAN
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104

BERGSTRESSER & POLLOCK PC
52 TEMPLE PLACE, 4TH FL
BOSTON, MA 02111

BERKE LAW FIRM, PA
PO BOX 101530
BERKE, BILL B.
CAPE CORAL, FL 33910-1530

BERMAN & SIMMONS, P. A.
129 LISBON STREET
FAUNCE, S, KAYATTA, E.A. GIDEON, B.R.
LEWISTON, ME 04240

BERN CAPPELLI LLC
101 WEST ELM STREET, SUITE 520
CONSHOHOCKEN, PA 19428

BERNHEIM KELLY BATTISTA & BLISS
4 COURT STREET
BERNHEIM, JESSE
PLYMOUTH, MA 02360

BERNSTEIN LIEBHARD LLP
10 E 40TH ST, FL 29
BURKE, DANIEL C.
NEW YORK, NY 10016

BEVAN & ASSOCIATES LPA, INC.
C/O THOMAS BEVAN
6555 DEAN MEMORIAL PKWY.
BOSTON HEIGHTS, OH 44236

BISNAR AND CHASE
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

BLASINGAME, BURCH, GARRARD & ASHLEY,
P.C.
440 COLLEGE AVE, STE 320
ATHENS, GA 30603

BLASINGAME, BURCH, GARRARD & ASHLEY, PC
GARRARD, H, HILL, A, MATTHEWS, J
P.O. BOX 832
ATHENS, GA 30603

BLIZZARD & NABERS, LLP
5020 MONTROSE BLVD
SUITE 410
HOUSTON, TX 77006

BLOCK LAW FIRM, APLC
422 EAST FIRST STREET
LAMBERT, SARAH L HYMEL, MATTHEW P
THIBODAUX, LA 70302

BLOOD HURST & OREARDON LLP
501 WEST BROADWAY, SUITE 1490
GEIGER, ANDREW
SAN DIEGO, CA 92101

ORDER DENYING MOTIONS FOR AN ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY
INJUNCTION ORDER TO THE THIRD CIRCUIT

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 15, 2023

BOHRER LAW FIRM, LLC
8712 JEFFERSON HIGHWAY, SUITE B
BOHRER, PHILIP
BATON ROUGE, LA 70809

BOODELL & DOMANSKIS, LLC
ONE N. FRANKLIN, STE. 1200
CHICAGO, IL 60606

BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA 91367

BOURDETTE & PARTNERS
2924 WEST MAIN ST BOURDETTE, PHILIP
C. BOURDETTE, MIRIAM R.
VISALIA, CA 93291

BRADSHAW, FOWLER, PROCTOR &
FAIRGRAVE, P.C.
801 GRAND AVE 3700
DES MOINES, IA 50309-8004

BRANCH LAW FIRM
BRANCH, MARGARET MOSES
2025 RIO GRANDE BOULEVARD, NW
ALBUQUERQUE, NM 87104

BRAYTON PURCELL LLP
C/O GILBERT PURCELL
222 RUSH LANDING ROAD
NOVATO, CA 94945

BREIT LAW PC
5544 GREENWICH ROAD, STE 100
BREIT, WILLIAM D
VIRGINIA BEACH, VA 23462

BRIAN E ADORNO ATTORNEY AT LAW, LLC
611 N CAUSEWAY BLVD
ADORNO, BRIAN EDWARD
METAIRIE, LA 70001

BROWN CHIARI LLP
2470 WALDEN AVENUE
WALSH, THERESA M.
BUFFALO, NY 14225

BROWN READDICK BUMGARTNER CARTER
STRICKLAND & WATKINS LLP
5 GLYNN AVE, SCOTT, PAUL M
BRUNSWICK, GA 31521-0220

BROWN, READDICK, BUMGARTNER, CARTER,
STRICKLAND & WATKINS LLP
5 GLYNN AVENUE
BRUNSWICK, GA 31521-0220

BRUERA LAW FIRM PLLC
3714 AUDUBON PL
BRUERA, SOFIA E
HOUSTON, TX 77006

BRUERA LAW FIRM PLLC
BRUERA, SOFIA
3100 TIMMONS LANE, SUITE 310
HOUSTON, TX 77027

BRUSTER PLLC
680 N. CARROLL AVE., STE. 110
JOHNSON, C R, HULL, J C, BRUSTER, A
SOUTHLAKE, TX 76092

BUCK LAW FIRM
C/O ROBERT BUCK; FORUM NORTH, STE 360
3930 E JONES BRIDGE RD
PEACHTREE CORNERS, GA 30092

BUCKINGHAM BARRERA VEGA
2125 WYOMING BLVD., NE STE 100
ALBUQUERQUE, NM 87112

BURCH & GEORGE
204 N. ROBINSON AVENUE, STE. 1500
BURCH, DEREK K
OKLAHOMA CITY, OK 73102

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

BURG SIMPSON ELDREDGE HERSH JARDINE
40 INVERNESS DRIVE EAST
ENGLEWOOD, CO  80112

BURNETT LAW FIRM
3737 BUFFALO SPEEDWAY, 18TH FLOOR
HOUSTON, TX  77098

BURNS CHAREST LLP
365 CANAL STREET, SUITE 1170
COX, SPENCER M.
NEW ORLEANS, LA  70130

BURNS CHAREST LLP
900 JACKSON STREET, SUITE 500
COX, SPENCER M., COX, MARK
DALLAS, TX  75202

BUZIN LAW, P.C.
PO BOX 529
PURCHASE, NY  10577-0529

CALCAGNO & ASSOCIATES, LLP
A J CALCAGNO, G A FARRELL
213 SOUTH AVE EAST
CRANFORD, NJ  07016

CAMPBELL & ASSOCIATES
717 EAST BLVD
HOOVER, PAYTON D, CAMPBELL, CLAIR G
CHARLOTTE, NC  28203

CAPRETZ & ASSOCIATES
4667 MACARTHUR BLVD 310
NEWPORT BEACH, CA  92660

CARAZO QUETGLAS LAW OFFICES
PMB 133 AVE. ESMERALDA 53, STE. 2
CARAZO-QUETGLAS, JORGE
GUAYNABO PUERTO, PR  00969

CARDARO & PEEK, L.L.C.
201 NORTH CHARLES STREET, SUITE 2100
BALTIMORE, MD  21201

CARLSON LAW FIRM
100 EAST CENTRAL TEXAS EXPY 90277
KILLEEN, TX  76541

CARPENTER & SCHUMACHER, PC
2500 DALLAS PKWY STE 495
PLANO, TX  75093-4882

CATES MAHONEY, LLC
216 WEST POINTE DR, SUITE A
CATES, DAVID I.
SWANSEA, IL  62226

CELLINO & BARNES, P.C.
2500 MAIN PLACE TOWER
WILLIAMS, MICHAEL J.
BUFFALO, NY  14202-3725

CHAFFIN LUHANA LLP
600 THIRD AVENUE 12TH FLOOR
LUHANA, ROOPAL P
NEW YORK, NY  10016

CHAMP LYONS III, PC
PO BOX 131388
BIRMINGHAM, AL  35213-1388

CHANDLER KLICS, LLP
C/O SYLVIA CHANDLER
912 MOUNT KEMBLE AVENUE
MORRISTOWN, NJ  07960

CHAPPELL, SMITH & ARDEN, P.A.
2801 DEVINE ST, SUITE 300
COLUMBIA, SC  29205

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

CHEELEY LAW GROUP
ROBERT D. CHEELEY
2500 OLD MILTON PKWY, STE 200
ALPHARETTA, GA 30009

CHEHARDY, SHERMAN, WILLIAMS,RECILE,
STAKELUM & HAYES, LLP
1 GALLERIA BLVD 1100
METAIRIE, LA 70001

CHEONG, DENOVE, ROWELL & BENNETT
1990 S BUNDY DR STE 420
LOS ANGELES, CA 90025-1578

CHILDERS, SCHLUETER & SMITH, LLC
1932 NORTH DRUID HILLS ROAD, SUITE 100
ATLANTA, GA 30319

CHISHOLM & CHISHOLM, P.C.
516 FIRST AVENUE WEST
PO BOX 2034, CHISHOLM, DEAN
COLUMBIA FALLS, MT 59912-2034

CHRISTOPHER D. SMITH P.A.
1561 LAKEFRONT DR UNIT 204
SMITH, CHRISTOPHER D BEGGAN, JOHN
SARASOTA, FL 34240-1638

CLARK ROBB MASON COULMBE, ET AL.
350 CAMINO GARDENS BLVD STE 303
ROBB, MICHAEL A.
BOCA RATON, FL 33432-5825

CLAYEO C. ARNOLD, APC
865 HOWE AVENUE
WATSON, JOSHUA H. STRALEN, JOHN T.
SACRAMENTO, CA 92825

CLIFFORD LAW OFFICES, P.C.
120 N. LASALLE STREET, SUITE 3100
MCNULTY, PETER J.
CHICAGO, IL 60602

CLORE LAW GROUP LLC
125 WAPPOO CREEK DR
BUILDING G, STE 102
CHARLESTON, SC 29412

COHEN & MALAD, LLP
ONE INDIANA SQUARE, SUITE 1400
KNOLL, JONATHAN A.
INDIANAPOLIS, IN 46204

COHEN, PLACITELLA & ROTH
127 MAPLE AVE.
GEIER, DENNIS M.
RED BANK, NJ 07701

COHEN, PLACITELLA & ROTH, P.C.
2001 MARKET ST, SUITE 2900
GEIER, DENNIS M.
PHILADELPHIA, PA 19103

COLLEY SHROYER & ABRAHAM CO. LLC
536 SOUTH HIGH STREET
COLUMBUS, OH 43215

CONSTANT LEGAL GROUP LLP
PO BOX 161151
CONROY, ANDREW A
CLEVELAND, OH 44116

COOK, BARTHOLOMEW, SHEVLIN, COOK &
JONES LLP
12 W LINCOLN ST
BELLEVILLE, IL 62220

COONEY AND CONWAY
BARRETT, D, CONWAY, J, PORRETTA, C,
COONEY, M
120 N. LASALLE STREET, 30TH FLOOR
CHICAGO, IL 60602

CORBOY & DEMETRIO, P.C.
33 NORTH DEARBORN ST, 21TH FLOOR
LUMB, KENNETH T. DEMETRIO, TOM A
CHICAGO, IL 60602

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PL SOUTH, STE 304
YACKULIC, CORRIE
SEATTLE, WA  98104

CORY, WATSON, CROWDER & DEGARIS P.C.
2131 MAGNOLIA AVE., SUITE 200
HUNT, STEPHEN
BIRMINGHAM, AL  35205

CPC
2 CORPORATE PARK, SUITE 110
IRVINE, CA  92606

CPC
4701 VON KARMAN AVE., SUITE300
NEWPORT BEACH, CA  92660

CUNEO GILBERT & LADUCA, LLP
4725 WISCONSIN AVENUE, NW, STE 200
WASHINGTON, DC  20016

CUTTER LAW, P.C.
401 WATT AVE.
SACRAMENTO, CA  95864

DALIMONTE RUEB, LLP
1250 CONNECTICUT AVENUE NW, SUITE 200
WASHINGTON, DC  20036

DALTON AND ASSOCIATES, PA
1106 WEST 10TH STREET
WILMINGTON, DE  19806

DAMATO LAW FIRM, P.C.
2900 FIRE ROAD, SUITE 200
DAMATO, PAUL R.
EGG HARBOR TOWNSHIP, NJ  08234

DANIEL & ASSOCIATES, LLC
7941 KATY FREEWAY, 791
DANIEL, PATRICK
HOUSTON, TX  77024

DANZIGER & DE LLANO, LLP
MICHELLE WHITMAN
440 LOUISIANA ST, UNIT 1212
HOUSTON, TX  77002

DARCY JOHNSON DAY, P.C.
3120 FIRE RD. SUITE 100
DARCY, ANDREW
EGG HARBOR TWP, NJ  08234

DARLENE; SIMON GREENSTONE PANATIER,
PC; C/O CHRIS PANATIER
1201 ELM STREET, SUITE 3400
DALLAS, TX  75204

DAVIS & CRUMP P.C.
2601 14TH ST, GULFPORT
ROCKSTAD, TREVOR B.
GULFPORT, MS  39501

DAVIS, BETHUNE & JONES, L.L.C.
1100 MAIN STREET, SUITE 2930
DAVIS, GRANT L.
KANSAS CITY, MO  64105

DEAN OMAR BRANHAM, LLP
C/O JESSICA DEAN
302 N. MARKET ST., SUITE 300
DALLAS, TX  75202

DEAN; KAZAN, MCCLAIN, SATTERLEY &
GREENWOOD
C/O JOSEPH SATTERLEY
J LONDON MARKET 55 HARRISON ST 400
OAKLAND, CA  94607

DECOF, BARRY, MEGA & QUINN, P.C.
ONE SMITH HILL
BARRY, PATRICK C.
PROVIDENCE, RI  02903

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

| | | |
|---|---|---|
| DEGARIS LAW<br>2 NORTH 20TH STREET, STE 1030<br>SAPONE, ANDREA L.<br>BIRMINGHAM, AL 35203 | DEGARIS WRIGHT MCCALL<br>5707 W INTERSTATE 10 STE 101<br>SAN ANTONIO, TX 78201-2860 | DELISE & HALL<br>528 W. 21ST AVENUE<br>HALL JR., ALTON J.<br>COVINGTON, LA 70433 |
| DELL & DEAN PLLC<br>1225 FRANKLIN AVENUE SUITE 450<br>GARDEN CITY, NY 11530 | DENNIS LAW FIRM<br>231 S BEMISTON AVE STE 800<br>SAINT LOUIS, MO 63105-1925 | DIAMOND LAW<br>1700 E. RIVER ROAD, 65237<br>TUCSON, AZ 85728 |
| DIAZ LAW FIRM, PLLC<br>208 WATERFORD SQUARE, STE 300<br>DIAZ JR., GERALD J.<br>MADISON, MS 39110 | DICELLO LEVITT GUTZLER LLC<br>7556 MENTOR AVENUE<br>MENTOR, OH 44060 | DICKEY LAW FIRM, LLP<br>C/O AARON DICKEY<br>1104 MOORLANDS DRIVE<br>ST. LOUIS, MO 63117 |
| DICKS & COGLIANSE LLP<br>28 NORTH CENTER ST.<br>DICKS, MICHAEL DREW<br>MESA, AZ 85201 | DICKSON KOHAN & BABLOVE LLP<br>20371 IRVINE AVE, SUITE 110<br>NEWPORT BEACH, CA 92660 | DOBS & FARINAS, LLP<br>C/O KATHLEEN A. FARINAS<br>951 N. DELAWARE STREET<br>INDIANAPOLIS, IN 46202 |
| DOLCE PANEPINTO, P.C.<br>1260 DELAWARE AVENUE<br>LICATA, JOHN B.<br>BUFFALO, NY 14209 | DOMENGEAUX WRIGHT ROY & EDWARDS LLC<br>JEFFERSON TOWERS, SUITE 500, 556<br>JEFFERSON ST STEVENS, JR, ELWOOD C<br>LAFAYETTE, LA 70502-3668 | DONALD L. SCHLAPPRIZZI P.C.<br>211 N BROADWAY, SUITE 2430<br>SCHLAPPRIZZI, CRAIG ANTHONY<br>ST. LOUIS, MO 63102 |
| DOROTHY V. MAIER, PA<br>435 SOUTH RIDGEWOOD AVENUE<br>MAIER, DOROTHY V.<br>DAYTONA BEACH, FL 03211 | DRISCOLL FIRM, P.C.<br>1311 PONDE DE LEON, 6TH FL<br>DRISCOLL, JOHN J.<br>SAN JUAN, PR 00907 | DRISCOLL FIRM, P.C.<br>211 N. BROADWAY, STE. 2440<br>DRISCOLL, JOHN J.<br>ST. LOUIS, MO 63102 |

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 15, 2023

DRISCOLL FIRM, P.C.
7110 W. MAIN STREET
DRISCOLL, JOHN J.
BELLEVILLE, IL  62223

DUERRING LAW OFFICES
61191 US 31 SOUTH
DUERRING, SCOTT H.
SOUTH BEND, IN  46614

DUFFY LAW LLC
C/O CHRISTOPHER DUFFY
70 WASHINGTON ST STE 405
SALEM, MA  01970-3520

DUGAN LAW FIRM, PLC
365 CANAL PLACE
NEW ORLEANS, LA  70130

DWYER WILLIAMS POTTER
1558 SW NANCY WAY STE 101
BEND, OR  97702-3216

EARLY LUCARELLI SWEENEY & MEISENKOTHEN
BRIAN P KENNEY, ROBERT SWEENEY
ONE CENTURY TWR 11 FL 265 CHURCH ST
NEW HAVEN, CT  06510

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 DARREN RAY WOLF
DALLAS, TX  75202

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 WOOTEN, COBY L. SM
DALLAS, TX  75202

EDWARD F. LUBY, LLC
222 SOUTH CENTRAL, STE 500
CLAYTON, MO  63105

EICHEN, CRUTCHLOW, ZASLOW & MCELROY,
LLP
40 ETHEL ROAD
EDISON, NJ  08817

EISENBERG, ROTHWEILER, WINKLER
EISENBERG & JECK, P.C.
1634 SPRUCE ST SCHOENHAUS, TODD A.
PHILADELPHIA, PA  19103

ELY BETTINI ULMAN ROSENBLATT & OZER
C/O BURT ROSENBLATT
3200 N. CENTRAL AVENUE, SUITE 1930
PHOENIX, AZ  85012

ELY LAW, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

ENVIRONMENTAL LITIGATION GROUP, PC
2160 HIGHLAND AVENUE SOUTH
MCKIE, KEVIN B. CADE, GREGORY A
BIRMINGHAM, AL  32205

ENVIRONMENTAL LITIGATION GROUP, PC
PO BOX 550219
ANDERSON, GARY A.
BIRMINGHAM, AL  32205

FAHRENBACH; KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH  44113

FAY LAW GROUP PLLC
1250 CONNECTICUT AVE, NW SUITE 200
WASHINGTON, DC  20036

FELDMAN & PINTO
30 S 15TH ST, 15TH FLOOR
LAURA A. FELDMAN
PHILADELPHIA, PA  19102

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**


FITZGERALD KNAIER, LLP
402 WEST BROADWAY, SUITE 1400
KNAIER, ROBERT
SAN DIEGO, CA 92101

FITZGERALD LAW GROUP, LLC
120 EXHANGE STREET, SUITE 200
FITZGERALD, KEVIN M
PORTLAND, ME 04101

FLEMING, NOLEN & JEZ, LLP
2800 POST OAK BLVD., STE 4000
HOUSTON, TX 77056


FLETCHER V. TRAMMELL
3262 WESTHEIMER ROAD, SUITE 423
HOUSTON, TX 77098

FLINT LAW FIRM LLC
C/O ETHAN FLINT
222. E. PARK ST STE 500, PO BOX 189
EDWARDSVILLE, IL 62034

FOX AND FARLEY
310 N. MAIN STREET
CLINTON, TN 37716


FRANCOLAW PLLC
500 W. 2ND ST, FLOOR 19, SUITE 138
AUSTIN, TX 78701

FRANKLIN, MOSELE & WALKER, PC
2060 NORTH LOOP WEST, STE 230
HOUSTON, TX 77018

FRAZER LAW LLC
30 BURTON HILLS BLVD, STE 450
MCMURTRAY, PATRICK D. FRAZER II, T. ROE
NASHVILLE, TN 37215


FRAZER PLC
30 BURTON HILLS BLVD, STE 450
NASHVILLE, TN 37215

FREDEKING & BISER LAW OFFICES
511 EIGHTH STREET
BISER, PAUL E.
HUNTINGTON, WV 25701

FRIEDMAN RUBIN, PLLP
1109 1ST AVE, STE. 501
SEATTLE, WA 98101


FROST LAW FIRM, PC
C/O SCOTT FROST
273 WEST 7TH STREET
SAN PEDRO, CA 90731

GACOVINO, LAKE & ASSOCIATES
270 WEST MAIN STREET
ZGODA, JR, RICHARD
SAYVILLE, NY 11782

GAINSBURGH, BENJAMIN, DAVID
MEUNIER & WARSHAUER, LLC
1100 POYDRAS ST, ENERGY CENTRE, STE 2800
NEW ORLEANS, LA 70163-2800


GALANTE & BIVALACQUA LLC
650 POYDRAS STREET, SUITE 2615
GALANTE, SCOTT M.
NEW ORLEANS, LA 70130

GALIHER DEROBERTIS & WAXMAN LLP
820 MILILANI STREET, STE 505
WAXMAN, ILANA K SEGAWA, ALYSSA R
HONOLULU, HI 96813-2935

GANCEDO LAW FIRM, INC
1575 NORTH LAKE AVE., 202
PASADENA, CA 91104

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**


GARY C. JOHNSON P.S.C.
110 CAROLINE AVENUE
PIKEVILLE, KY  41501


GEOFFREY B. GOMPERS & ASSOC, P.C.
CITY CENTER; 1515 MARKET ST, STE 1650
GOMPERS, GEOFFREY B.
PHILADELPHIA, PA  19102


GHIORSO LAW OFFICE
494 STATE STREET, STE. 300
SALEM, OR  97301


GIBBS LAW GROUP LLP
1111 BROADWAY, SUITE 2100
KAREN BARTH MENZIES
LOS ANGELES, CA  94607


GIBBS LAW GROUP LLP
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045


GIBSON & ASSOCIATES INC.
117 ALBANY AVE
WAYCROSS, GA  31502


GIRARDI & KEESE
1126 WILSHIRE BLVD.
GIRARDI, THOMAS V.
LOS ANGELES, CA  90017


GITLIN, HORN AND VAN DE KIEFT, LLP
2095 BROADWAY, STE. 411
NEW YORK, NY  10023


GLENN LOEWENTHAL, PC
3300 WINDY RIDGE PARKWAY, STE 710
ATLANTA, GA  30339


GLP ATTORNEYS, P.S., INC.
2601 4TH AVE., FLOOR 6
SEATTLE, WA  98121


GOETZ, BALDWIN & GEDDES, P.C.
35 NORTH GRAND AVE
NELSON, KYLE W. GEDDES, DEVLAN J.
BOZEMAN, MT  59771


GOLDBERG, PERSKY & WHITE, PC
C/O LEIF OCHELTREE
11 STANWIX STREET, SUITE 1800
PITTSBURGH, PA  15222


GOLDENBERG HELLER & ANTOGNOLI, PC
2227 SOUTH STATE ROUTE 157
THOMAS J LECH, KATIE HUBBARD
EDWARDSVILLE, IL  62025


GOLDENBERGLAW PLLC
800 LASALLE AVE., SUITE 2150
GOLDENBERG, STUART L.
MINNEAPOLIS, MN  55402


GOLDSTEIN GRECO PC
2354 WEHRLE DR
BRIAN A GOLDSTEIN
BUFFALO, NY  14221


GOLOMB & HONIK, P.C.
1835 MARKET STREET, SUITE 2900
PHILADELPHIA, PA  19103


GOLOMB SPIRT GRUNFELD PC
1835 MARKET STREET, 29TH FLOOR
GOLOMB, RICHARD
PHILADELPHIA, PA  19103


GORI JULIAN & ASSOCIATES, P.C.
156 N. MAIN STREET
MATHEWS, D. TODD BUXNER, EVAN D.
EDWARDSVILLE, IL  62025

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**


GOZA & HONNOLD, LLC
9500 MALL AVE 400
OVERLAND PARK, KS  66207

GOZA & HONNOLD, LLC
9500 NALL AVE., SUITE 400
OVERLAND PARK, KS  66207

GRAHAM P. CARNER, PLLC
775 N. CONGRESS STREET
JACKSON, MS  39202


GRANT & EISENHOFER P. A.
123 JUSTISON STREET
WILMINGTON, DE  19801

GREER, RUSSELL, DENT & LEATHERS, PA
POST OFFICE BOX 907
TUPELO, MS  38802

GUARDIAN LAW GROUP, LLP
GROUND FLOOR 342-4 AVENUE S.E.
DOCKEN, CLINT
CALGARY, AB  T2G 1C9
CANADA


GUILLORY & MCCALL, L.L.C.
PO BOX 1607
GUILLORY JR., ROBERT E.
LAKE CHARLES, LA  70602-1607

GUSTAFON GLUEK
120 SOUTH 6TH STREET, STE 2600,
WILLIAMS, AMANDA, M. GUSTAFSON, DANIEL E.
MINNEAPOLIS, MN  55402

HABUSH HABUSH & ROTTIER SC
150 E. GILMAN ST 2000
ROTTIER, DANIEL
MADISON, WI  53703-1481


HABUSH HABUSH & ROTTIER SC
777 E. WISCONSIN AVENUE, SUITE 2300
YOUNG, PETER M. ROTTIER, DANIEL
MILWAUKEE, WI  53202

HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 MADISON AVENUE, 10TH FLOOR
SCHIRRIPA, FRANK R
NEW YORK, NY  10016

HAFELI STARAN & CHRIST , P.C.
2055 ORCHARD LAKE ROAD
SYLVAN LAKE, MI  48320


HAFFNER LAW PC
15260 VENTURA BLVD. STE 1520
SHERMAN OAKS, CA  91403

HAIR SHUNNARAH TRIAL ATTORNEYS LLC
3540 S. I-10 SERVICE RD W, STE 300
METAIRIE, LA  70001

HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO  80218


HARPER GREY LLP
3200-650 WEST GEORGEA STREET
VANCOUVER, BC  V6B 4P7
CANADA

HARRIS LOWRY MANTON LLP
1418 DRESDEN DR NE, STE 250
MANTON, JED D. LOWRY, STEPHE
BROOKHAVEN, GA  30319

HARRISON DAVIS STEAKLEY MORRISON
JONES, PC
5 RITCHIE RD
WACO, TX  76712

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**


HARRY I. KATZ, PC
61-25 UTOPIA PARKWAY
WEINMAN, VICTORIA I
FRESH MEADOWS, NY  11366

HART MCLAUGHLIN & ELDRIDGE
22 W WASHINGTON ST STE 1600
R MCLAUGHLIN, J PRIOR, K POZAN
CHICAGO, IL  60602-1615

HAUSFELD
888 16TH ST NW STE 300
WASHINGTON, DC  20006-4103


HEARD LAW FIRM, PLLC
4900 FOURNACE PL STE 240
BELLAIRE, TX  77401-2347

HEDRICK LAW FIRM
630 NE 63RD ST
OKLAHOMA, OK  73105

HELMSDALE LAW, LLP
6 CONSULTANT PL., SUITE 100-A
DURHAM, NC  17707


HENINGER GARRISON DAVIS, LLC
2224 1ST AVE NORTH
BIRMINGHAM, AL  03520

HERMAN GEREL, LLP
820 OKEEFE AVENUE
HIRSCH, ANDREA S
NEW ORLEANS, LA  70113

HEYGOOD, ORR & PEARSON
6363 N. STATE HIGHWAY 161, SUITE 450
IRVING, TX  75038


HILLARD MUNOZ GONZALES, LLP
719 SOUTH SHORELINE BOULEVARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  78401

HILLIARD MARTINEZ GONZALES, LLP
719 SOUTH SHORELINE BOULEYARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  07837

HOLLAND GROVES SCHNELLER & STOLZE
LLC, 211 N BROADWAY, STE 2625
ST. LOUIS, MO  63102


HOLLAND LAW FIRM
211 NORTH BROADWAY, STE 2625
HOLLAND, ERIC D.
ST. LOUIS, MO  63102

HOLLIS, WRIGHT, CLAY & VAIL, P.C.
2201 MORRIS AVE
MCNUTT, CHRISTOPHER
BIRMINGHAM, AL  35203

HORTON LAW FIRM
C/O STEVEN T. HORTON
114 N.W. 6TH STREET, SUITE 201
OKLAHOMA CITY, OK  73102


HOSSLEY EMBRY LLP
515 S. VINE AVE
TYLER, TX  75702

HOVDE, DASSOW, & DEETS, LLC
10201 WEST 103RD STREET, SUITE 500
INDIANAPOLIS, IN  46290

HUBER, SLACK, THOMAS & MARCELLE
1100 POYDRAS STREET, SUITE 2200
ALBERTINE, LOGAN S.
NEW ORLEANS, LA  70163

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by:  May 15, 2023


HUGHES LAW FIRM, PLLC
2525 BARDSTOWN RD
SUITE 101
LOUISVILLE, KY  40205

HURLEY MCKENNA & MERTZ
20 S CLARK ST STE 2250
CHICAGO, IL  60603-1817

HUTTON & HUTTON
8100 E. 22ND ST NORTH, BLDG. 1200
HUTTON, MARK B. HUTTON, ANDREW W.
WITCHITA, KS  67226


J. ALAN WELCH P. C.
2225 GLOUCESTER STREET
BRUNSWICK, GA  31520

JACOBS & CRUMPLAR, P.A.
750 SHIPYARD DRIVE, SUITE 200
WILMINGTON, DE  19801

JACOBS OHARA MCMULLEN , P.C.
14550 TORREY CHASE BLVD
STE 260
HOUSTON, TX  77014


JAMES MORRIS LAW FIRM PC
4111 W. ALAMEDA AVE SUITE 611
MORRIS, JAMES A., GREENBERG, SHANE
BURBANK, CA  91505

JAMES, VERNON & WEEKS, PA
1626 LINCOLN WAY
COEUR DALENE, ID  83814

JAMIE A. JOHNSTON, P.C.
PO BOX 4663
MONTGOMERY, AL  36103-4663


JASON J. JOY & ASSCIATES P.L.L.C.
909 TEXAS STREET, SUITE 1801
HOUSTON, TX  77002

JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.
80 BROADWAY
FRANK RODRIGUEZ
ELMWOOD PARK, NJ  07407

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.
15 WARREN STREET PH WEST
HACKENSACK, NJ  07601


JAZLOWIECKI & JAZLOWIECKI, LLC
11 LINCOLN AVE., STE. 6
JAZLOWEICKI, EDWARD A
FORESTVILLE, CT  06010

JEFFREY R. LESSIN & ASSOCIATES, PC
1515 MARKET STREET, SUITE 714
LESSIN, JEFFREY R.
PHILADEPHIA, PA  19102

JENNER LAW, P.C.
1829 REISTERSTOWN ROAD, SUITE 350
BALTIMORE, MD  21208


JIM S. HALL & ASSOCIATES, LLC
800 N. CAUSEWAY BLVD, SUITE 100
CROSE, JENNIFER L.
METAIRIE, LA  70001

JOEL E. BROWN & ASSOCIATES, P.C.
416 MAIN ST., SUITE 1300
PEORIA, IL  61602

JOHN B. OSTROW, P.A.
25 SE 2ND AVE, STE 740
MIAMI, FL  33131

**Debtor: In re: LTL MANAGEMENT LLC**

ORDER DENYING MOTIONS FOR AN ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY
INJUNCTION ORDER TO THE THIRD CIRCUIT

**Case #: 23-01092**

**Notices mailed by:  May 15, 2023**


JOHNSON BECKER, PLLC
444 CEDAR STREET, SUITE 1800
ST. PAUL, MN  55101

JOHNSON LAW GROUP
2925 RICHMOND AVENUE, SUITE 1700
HOUSTON, TX  77098

JONES WARD PLC
1205 EAST WASHINGTON ST., STE 111
DAVIS, ALEX C.
LOUISVILLE, KY  40206


JUSTICE LAW
8551 W. SUNRISE BLVD., STE. 300
JUSTICE, CAM F BREIT, ADAM D
PLANTATION, FL  33322

JUSTINIAN & ASSOCIATES PLLC
7042 ALAMO DOWNS PKWY STE 370
SAN ANTONIO, TX  78238-4526

KAPUSTA DEIHL & SCHWEERS, LLC
445 FORT PITT BOULEVARD, SUITE 500
DEIHL, HOLLY L.
PITTSBOURGH, PA  15219


KARON LLC
700 W. SAINT CLAIR AVE, STE 200
KARON, DANIEL R. HOLLOWELL, BEAU D.
CLEVELAND, OH  44113

KARR TUTTLE CAMPBELL
701 FIFTH AVENUE, SUITE 3300
SEATTLE, WA  98104

KARSMAN, MCKENZIE & HART
21 WEST PARK AVENUE
SAVANNAH, GA  31401


KARST & VON OISTE, LLP
C/O ERIC KARST
23923 GOSLING RD, SUITE A
SPRING, TX  77389

KASSEL MCVEY
1330 LAUREL STREET
POST OFFICE BOX 1476
COLUMBIA, SC  29202

KAZAN MCCLAIN SATTERLEY & GREENWOOD
J SATTERLEY, J LONDON, D CLANCY
MARKET 55 HARRISON ST STE 400
OAKLAND, CA  94607


KAZAROSIAN COSTELLO LLP
546 MAIN STREET
COSTELLO JR., WALTER A.
HAVERHILL, MA  01830

KECHES LAW GROUP, P.C.
2 GRANITE AVENUE, SUITE 400
MILTON, MA  02196

KEEFE BARTELS
170 MONMOUTH STREET
RUHL, JENNIFER HARWOOD
RED BANK, NJ  07701


KEEFE LAW FIRM
C/O STEPHEN SULLIVAN
125 HALF MILE ROAD, SUITE 100
RED BANK, NJ  07701

KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH  44113

KELLEY UUSTAL, PLC
500 NORTH FEDERAL HIGHWAY, STE 200
C/O CATHERINE DARLSON
FORT LAUDERDALE, FL  33301

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

KENNY & KENNY, PLLC
315 WEST FAYETTE STREET
SYRACUSE, NY 13202

KENT M. LUCACCIONI, LTD.
20 SOUTH CLARK STREET, SUITE 1700
LUCACCIONI, KENT M.
CHICAGO, IL 60603

KIBBEY AND WAGNER
73 SW FLAGLER AVE.
STUART, FL 34994

KIESEL LAW, LLP
8648 WILSHIRE BLVD.
BEVERLY HILLS, CA 90211

KILLIAN, DAVIS, RICHTER & MAYLE, PC
202 NORTH 7TH STREET
MAYLE, NICHOLAS W.
GRAND JUNCTION, CO 81502

KIRKENDALL DWYER LLP
4343 SIGMA RD
SUITE 200
DALLAS, TX 75244

KIRTLAND & PACKARD, LLP
KELLY, MICHAEL LOUIS
163 8 S. PACIFIC COAST HIGHWAY
REDONDO BEACH, CA 90277

KLEIN FRANK, P.C.
5277 MANHATTAN CIR STE 102
BOULDER, CO 80303-8200

KLINE & SPECTER, P.C.
1525 LOCUST ST.
JIMENEZ, PRISCILLA
PHILADELPHIA, PA 19102

KNAPP & ROBERTS, P.C.
8777 N. GAINEY CENTER DR. SUITE 165
SCOTTSDALE, AZ 85258

KNIGHT LAW GROUP, LLP
10250 CONSTELLATION BLVD, STE 2500
MIKHOV, STEVE B.
LOS ANGELES, CA 90067

KROGER GARDIS & REGAS, LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5106

KUHARSKI LEVITZ & GIOVINAZZO
176 HART BOULEVARD
KUHARSKI, MICHAEL J.
STATEN ISLAND, NY 10301

LANDRY & SWARR, L.L.C.
C/O FRANK SWARR
1100 POYDRAS STREET, STE. 2000
NEW ORLEANS, LA 71063

LANGDON & EMISON
911 MAIN STREET
EMISON, BRETT A
LEXINGTON, MO 64067

LANGSTON & LOTT, PLLC
100 SOUTH MAIN ST.
LOTT, CASEY L.
BOONEVILLE, MS 38829

LARRY HELVEY LAW FIRM
2735 FIRST AVENUE SE, SUITE 101
CEDAR RAPIDS, IA 52402

LARSEN ADVOCATES, PC
23 7TH AVENUE
LARSEN, KRISTIAN KARL
BROOKLYN, NY 11217

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**

| | | |
|---|---|---|
| LAW OFF OF ISAAC TOVEG PROFESSIONAL LAW CORP 2600 W. OLIVE AVE. 91505 TOVEG, ISAAC BURBANK, CA  91505 | LAW OFF OF JEFFREY S GLASSMAN, LLC ONE INTERNATIONAL PLACE, 18TH FL BOSTON, MA  02110 | LAW OFF OF PETER G. ANGELOS, P.C. 100 NORTH CHARLES ST, 22ND FLOOR BALTIMORE, MD  21201 |
| LAW OFF OF ROGER ROCKY WALTON, PC 2310 WEST INTERSTATE 20, STE 200 WALTON, ROGER ARLINGTON, TX  76017 | LAW OFF OF WAYNE E. FERRELL, JR, PLLC 506 S PRESIDENT ST JACKSON, MS  39201 | LAW OFF. OF NICHOLAS A. BOYLAN, APC 233 A STREET, SUITE 1205 VAVASOUR, LIAM F BOYLAN, NICHOLAS A SAN DIEGO, CA  92101 |
| LAW OFF. OF RICHARD R BARRETT, PLLC 2086 OLD TAYLOR ROAD, SUITE 1011 OXFORD, MS  38655 | LAW OFFICE OF CHARLES H JOHNSON, PA 2599 MISSISSIPPI STREET NEW BRIGHTON, MN  55112-5060 | LAW OFFICE OF EUSI H. PHILLIPS 330 CARONDELET ST, 4TH FLOOR NEW ORLEANS, LA  70130 |
| LAW OFFICE OF GRANT D. AMEY, LLC PO BOX 67 FAIRHOPE, AL  36533 | LAW OFFICE OF HAYTHAM FARAJ 1935 W BELMONT AVE FARAJ, HAYTHAM CHICAGO, IL  60657 | LAW OFFICE OF ISAAC TOVEG LAW CORP 2600 W. OLIVE AVE., STE. 91505 TOVEG, ISAAC BURBANK, CA  91505 |
| LAW OFFICE OF JARRED S. FREEMAN LLC 3840 PARK AVENUE, SUITE 202A EDISON, NJ  08820 | LAW OFFICE OF JOHN D. SILEO, LLC 320 NORTH CARROLLTON AVE, STE 101 SILEO, JOHN D. MOLL, CASEY NEW ORLEANS, LA  70119 | LAW OFFICE OF MARION D. FLOYD 1403 W. ESPLANADE AVE. SUITE A KENNER, LA  70065 |
| LAW OFFICE OF RICHARD R BARRETT 2086 OLD TAYLOR ROAD, SUITE 1011 OXFORD, MS  38655 | LAW OFFICE OF TERENCE J. SWEENEY 44 FAIRMOUNT AVENUE, SUITE ONE CHATHAM, NJ  07928 | LAW OFFICE OF TIMOTHY B MOORE, LC 1619 CONGRESS STREET MOORE, TIMOTHY B. NEW ORLEANS, LA  70117 |

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**


LAW OFFICES DENNIS F. OBRIEN, P.A.
2014 S. TOLLGATE ROAD SUITE 209
OBRIEN, DENNIS F.
BEL AIR, MD  21015

LAW OFFICES OF DONALD G. NORRIS
3055 WILSHIRE BLVD, STE. 980
NORRIS, DONALD G
LOS ANGELES, CA  90010

LAW OFFICES OF ERIC H. WEINBERG
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901


LAW OFFICES OF JAMES S. ROGERS
1500 FOURTH AVE, SUITE 500
ROGERS, JAMES S COVER, HEATHER
SEATTLE, WA  98101

LAW OFFICES OF JAMES SCOTT FARRIN
280 MANGUM STREET, SUITE 400
JACKSON, GARY W.
DURHAM, NC  27701

LAW OFFICES OF JEFFREY MUTNICK
C/O JEFFREY S. MUTNICK
737 SW VISTA AVENUE
PORTLAND, OR  97205


LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
LAMKIN, JULIE E & NAUMES, JR, ROBERT T
ONE INTERNATIONAL PLACE, 18TH FLOOR
BOSTON, MA  02110

LAW OFFICES OF KRUSKELL
1225 NE DOUGLAS ST B
KRUSKELL, LAUREN S.
LEES SUMMIT, MO  64086

LAW OFFICES OF MICHAEL L. RAIR, PA
PO BOX 612
RAIR, MICHAEL L.
BREWER, ME  04412-0612


LAW OFFICES OF PETER G ANGELOS, PC
100 NORTH CHARLES ST, 22ND FL
BALTIMORE, MD  21201

LAW OFFICES OF SEAN M. CLEARY
19 WEST FLAGLER STREET, SUITE 618
PEREIRA, ANDRES
MIAMI, FL  33130

LAW OFFICES OF THEIDA SALAZAR
2140 NORTH HOLLYWOOD WAY, 7192
SALAZAR, THEIDA
BURBANK, CA  91510


LAW OFFS. OF PETER G. ANGELOS, P.C.
100 NORTH CHARLES ST, 22ND FLOOR
BALTIMORE, MD  21201

LAW OFFS. OF RICHARD R BARRETT PLLC
2086 OLD TAYLOR RD, SUITE 1011
OXFORD, MS  38655

LEE COSSELL & CROWLEY, LLP
151 NORTH DELAWARE STREET, STE 1500
INDIANAPOLIS, IN  46204


LENZE LAWYERS, PLC
1300 HIGHLAND AVE, SUITE 207
MANHATTAN BEACH, CA  90266

LEVIN FISHBEIN SEDRAN & BERMAN
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA  19106

LEVIN SEDRAN & BERMAN
510 WALNUT STREET, STE 500
BERMAN, LAURENCE S.
PHILADELPHIA, PA  19106

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

LEVIN SIMES ABRAMS LLP
1700 MONTGOMERY, SUITE 250
SAN FRANCISCO, CA  94111

LEVIN SIMES LLP
1700 MONTGOMERY ST STE 250
BAUTIA II, JUAN P.
SAN FRANCISCO, CA  94111

LEVIN, PAPANTONIO, THOMAS,
MITCHELL & PROCTOR, P.A.
316 SOUTH BAYLEN ST., STE 400
BOWDEN, WESLEY A.
PENSACOLA, FL  32502

LEVY BALDANTE FINNEY & RUBENSTEIN
1845 WALNUT ST., SUITE 1300
KELLER, KYLE J. GREGORIA, ALAINA A.
PHILADELPHIA, PA  19103

LEVY BALDANTE FINNEY & RUBENSTEIN
1845 WALNUT ST., SUITE 1300
RUBENSTEIN, MARTIN R COHEN, MARK R.
PHILADELPHIA, PA  19103

LEVY BALDANTE FINNEY & RUBENSTEIN
89 NORTH HADDON AVE, STE D
KELLER, KYLE J. GR
HADDONFIELD, NJ  08033

LEVY KONIGSBERG LLP
605 3RD AVE FL 33
A LONG, R BLUMENKRANZ, J BLOCK, R WALKER
NEW YOR, NY  10158-1699

LEVY KONIGSBERG LLP
C/O MOSHE MAIMON
101 GROVERS MILL RD, STE 105
LAWRENCE TWP, NJ  08648

LEVY, BALDANTE,FINNEY & RUBENSTEIN,
P.C. 89 NORTH HADDON AVENUE, STE D
KELLER, KYLE J. GR
HADDONFIELD, NJ  08033

LEWIS SAUL & ASSOCIATES, P.C.
120 EXCHANGE ST, SUITE 200
COLEMAN, EDWARD A.
PORTLAND, ME  04101

LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 POYDRAS STREET, SUITE 2615
NEW ORLEANS, LA  70130

LIAKOS LAW APC
955 DEEP VALLEY DR
SUITE 3900
PALOS VERDES PENINSULA, CA  90274

LIEFF CABRASER HEIMANN & BERNSTEIN
250 HUDSON ST, 8TH FL
S LONDON, K MCNABB
SAN FRANCISCO, CA  94111-3339

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY ST, 30TH FL
T ZEGEYE, S LONDON
SAN FRANCISCO, CA  94111

LILLIS LAW FIRM
338 LAFAYETTE STREET
M LILLIS, L CENTOLA III
NEW ORLEANS, LA  70130

LINVILLE LAW GROUP
1932 N DRUID HILLS RD NE, SUITE 200
GANDHI, VINITA
ATLANTA, GA  30319

LOBER & DOBSON, LLC
DOBSON, WILLIAM GREGORY
1040 FORT STEPHENSEN ROAD
LOOKOUT MOUNTAIN, GA  30728

LOBER & DOBSON, LLC
MCBRIDE, A. DANIELLE
830 MULBERRY STREET, STE. 201
MACON, GA  31201

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 15, 2023

Case 23-01092-MBK    Doc 142    Filed 05/23/23    Entered 05/23/23 15:05:43    Desc Main
Document    Page 29 of 106

ORDER DENYING MOTIONS FOR AN ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY
INJUNCTION ORDER TO THE THIRD CIRCUIT

Page 20 of 36

LOCKS LAW FIRM
601 WALNUT STREET SUITE 720 E
170 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PA  19106

LOCKS LAW FIRM
C/O ALFRED ANTHONY
801 NORTH KINGS HIGHWAY
CHERRY HILL, NJ  08034

LOPEZ-MCHUGH, LLP
214 FLYNN AVENUE
JOHNSON, REGINA SHARLOW
MORRISTOWN, NJ  08057

LOWRANCE LUNDELL LOFGREN
1099 W. SOUTH JORDAN PARKWAY
SOUTH JORDAN, UT  84095

LUDWIG LAW FIRM, PLC
1217 W. 3RD ST
LITTLE ROCK, AR  72201

LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 BROAD STREET
HIGHTOWER, KRISTIE
LAKE CHARLES, LA  07060

LYNN LAW FIRM
101 S SALINA ST, STE 570
SHANNON, KELSEY W.
SYRACUSE, NY  13202

MALATESTA LAW OFFICES, LLC
5310 N. HARLEM AVE., STE 203
MALATESTA, MICHAEL J
CHICAGO, IL  60656

MANIER & HEROD
1201 DEMONBREUN STREET, STE 900
KELLY II, D. KEITH
NASHVILLE, TN  37203

MARLIN & SALTZMAN LLP
29800 AGOURA ROAD, SUITE 210
AGOURA HILLS, CA  97301

MARTIN & JONES
4140 PARKLAKE AVE, STE 400
GUEST, CARRIE R.
RALEIGH, NC  27612

MARTIN BAUGHMAN, PLLC
3141 HOOD STREET, STE 600
DALLAS, TX  75219

MARTIN STANLEY
100 WILSHIRE BLVD., STE. 700
SANTA MONICA, CA  09040

MARTINIAN & ASSOCIATES, INC.
2801 CAHUENGA BLVD WEST
LOS ANGELES, CA  90068

MARTZELL, BICKFORD & CENTOLA
338 LAFAYETTE STREET
CENTOLA III, LAWRENCE J.
NEW ORLEANS, LA  70130

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ALEXANDER, MARY E.
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER, MARY E
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER,MARY E.
SAN FRANCISCO, CA  94104

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

| | | |
|---|---|---|
| MARY ALEXANDER & ASSOCIATES, P.C.<br>44 MONTGOMERY STREET, SUITE 1303<br>J FIORE, S ASLAMI, A MA, B MUNOZ<br>SAN FRANCISCO, CA 94104 | MARY ALEXANDER & ASSOCIATES, P.C.<br>44 MONTGOMERY STREET, SUITE 1303<br>WAY, BRENDAN D.S. MUNOZ, CATALINA S<br>SAN FRANCISCO, CA 94104 | MASSIMO & PAWETTA, P.C.<br>200 WILLIS AVENUE<br>PANETTA, FRANK C<br>MINEOLA, NY 11501 |
| MATERN LAW GROUP, PC<br>1230 ROSECRANS AVE, STE. 200<br>MANHATTAN BEACH, CA 90266 | MAUNE RAICHLE HARTLEY FRENCH & MUDD<br>C/O SUZANNE M RATCLIFFE<br>659 EAGLE ROCK AVENUE, SUITE 28<br>WEST ORANGE, NJ 07052 | MAUNE RAICHLE HARTLEY FRENCH & MUDD<br>C/O T. BARTON FRENCH<br>1015 LOCUST STREET, SUITE 1200<br>ST. LOUIS, MO 63101 |
| MAURO, SAVO, CAMERINO, GRANT & SCHALK,<br>P.A.<br>56 E MAIN ST, STE 301<br>SOMERVILLE, NJ 08876 | MCDERMOTT & HICKEY<br>C/O CHRISTOPHER HICKEY<br>20525 CENTER RIDGE ROAD, SUITE 200<br>ROCKY RIVER, OH 44116 | MCELDREW YOUNG<br>123 S. BROAD STREET, SUITE 2250<br>LAURIA, BRANDON J.<br>PHILADELPHIA, PA 19146 |
| MCEWEN LAW FIRM, LTD.<br>5850 BLACKSHIRE PATH<br>INVER GROVE HEIGHTS, MN 55076 | MCGOWAN, HOOD & FELDER, LLC<br>10 SHEM DR STE 300<br>MT PLEASANT, SC 29464-5282 | MCNULTY LAW FIRM<br>827 MORAGA DRIVE<br>MCNULTY, PETER J.<br>LOS ANGELES, CA 90049 |
| MCSWEENEY/LANGEVIN, LLC<br>2116 SECOND AVENUE SOUTH<br>MINNEAPOLIS, MN 55404 | MEDLEY LAW GROUP<br>PO BOX 1724<br>HATTIESBURG, MS 39401 | MEGARGEL & ESKRIDGE CO., LPA<br>231 SOUTH CHESTNUT STREET<br>RAVENNA, OH 44266 |
| MEIROWITZ & WASSERBERG, LLP<br>535 FIFTH AVE, 23 FLOOR<br>C/O DANIEL WASSERBERG<br>NEW YORK, NY 10017 | MERCHANT LAW GROUP LLP<br>10 RUE NOTRE DAME EST, SUITE 200<br>MONTREAL, QC H2Y 1B7<br>CANADA | MERSON LAW PLLC<br>950 THIRD AVE, 18TH FL<br>MERSON, JORDAN K.<br>NEW YORK, NY 10022 |

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

| | | |
|---|---|---|
| MESHBESHER & SPENCE, LTD.<br>1616 PARK AVENUE<br>RASO, ASHLEIGH E.<br>MINNEAPOLIS, MN 55404 | MESSA & ASSOCIATES, P.C.<br>123 S. 22ND STREET<br>E MCLAFFERTY, I MCLAFFERTY, J MESA<br>PHILADELPHIA, PA 19103 | MEYERS & FLOWERS, LLC<br>225 WEST WACKER DR., SUITE 1515<br>FLOWERS, PETER J.<br>CHICAGO, IL 60606 |
| MICHAEL BRANDY LYNCH FIRM<br>127 W FAIRBANKS AVE, SUITE 528<br>LYNCH, MICHAEL B<br>WINTER PARK, FL 32789 | MICHAEL DAVID LAW<br>14 WALL ST, 20TH FL<br>NEW YORK, NY 10005 | MICHAEL HINGLE & ASSOCIATES, LLC<br>220 GAUSE BOULEVARD<br>PFLEEGER, BRYAN A. HINGLE, MICHAEL<br>SLIDELL, LA 70458 |
| MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN<br>800 S. GAY ST STE 1100<br>LAURA WELLING<br>KNOXVILLE, TN 37929 | MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, LLC 16755 VON KARMAN AVE<br>SUITE 200 WELLING, LAUREN<br>IRVINE, CA 92606 | MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN; KASSAN, RANDI ALYSON<br>100 GARDEN CITY PLAZA, SUITE 500<br>GARDEN CITY, NY 11530 |
| MILLER DELLAFERA PLC<br>3420 PUMP RD., PMD 404<br>HENRICO, VA 23233 | MILLER PITT FELDMAN & MCANALLY P.C.<br>C/O PETER TIMOLEON LIMPERIS<br>1 S. CHURCH AVE., STE. 900<br>TUCSON, AZ 85701 | MILSTEIN JACKSON FAIRCHILD WADE LLP<br>10990 WILSHIRE BLVD, 8TH FL<br>PLESSET, LEVI M<br>LOS ANGELES, CA 90024 |
| MJR<br>600 W NEW YORK AVE.<br>DELAND, FL 32720 | MOLL LAW GROUP<br>22 W WASHINGTON ST, 15 FL<br>R DOWNING, V BENITEZ<br>CHICAGO, IL 60602 | MONTROSE LAW LLP<br>1629 K. STREET, SUITE 300<br>WASHINGTON, DC 20006 |
| MOORE LAW GROUP PLLC<br>1473 SOUTH 4TH STREET<br>SMITH, ASHTON ROSE<br>LOUISVILLE, KY 40208 | MORELLI LAW FIRM, PLLC<br>MORELLI, BENEDICT P. & SIROTKIN, DAVID T<br>777 THIRD AVENUE, 31ST FLOOR<br>NEW YORK, NY 10017 | MORGAN & MORGAN<br>GOETZ, MICHAEL, ONE TAMPA CITY CNTR<br>7TH FL, 201 N FRANKLIN ST<br>TAMPA, FL 33602 |

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 15, 2023


MORGAN & MORGAN, P.A.
191 PEACHTREE ST. NE
ATLANTA, GA  30303


MORRELL LAW FIRM, PLLC
777 THIRD AVENUE, 31ST FLOOR
MORELLI, BENEDICT P.
NEW YORK, NY  10017


MORRIS & PLAYER PLLC
1211 HERR LANE, SUITE 205
BARNES, BETSY J.
LOUISVILLE, KY  40222


MORRIS BART & ASSOCIATES
601 POYDRAS ST. 24TH FLOOR
BARNES, BETSY J.
NEW ORLEANS, LA  70130


MORRIS LAW FIRM
4001 W ALAMEDA AVE, STE 208
J MORRIS, A ANDERSON
BURBANK, CA  91505


MORRIS LAW FIRM
6310 SAN VICENTE BLVD, SUITE 360
MORRIS, JAMES A.
LOS ANGELES, CA  90048


MORRIS, CARY, ANDREWS, TALMADGE &
DRIGGERS LLC 3334 ROSS CLARK CIRCLE
TALMADGE, JR, JOSEPH DANIEL
DOTHAN, AL  36303


MOTLEY RICE NEW JERSEY LLC
210 LAKE DRIVE EAST, STE. 101
E BEREZOFSKY, T HOYLE
CHERRY HILL, NJ  08002


MOTLEY RICE, LLC
20 CHURCH STREET 17TH FLOOR
JASINSKI, MATHEW P.
HARTFORD, CT  06103


MOTLEY RICE, LLC
210 LAKE DRIVE EAST, SUITE 101
DANIEL LAPINSKI
CHERRY HILL, NJ  08002


MOTLEY RICE, LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464


MOTLEY RICE, LLC
321 S MAIN ST., 2ND FL
F FITZPATRICK, J ORENT
PROVIDENCE, RI  02903


MOTLEY RICE, LLC
50 CLAY STREET, STE 1
MIGLIORI, DONALD A.
MORGANTOWN, WV  26501


MOTLEY RICE, LLC
SCOTT, CARMEN S.
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464


MUELLER LAW PLLC
404 W. 7TH STREET
MUELLER, MARK R.
AUSTIN, TX  78701


MURPHY, FALCON & MURPHY, P.A.
ONE SOUTH STREET, SUITE 3000
MEEDER, JESSICA H.
BALTIMORE, MD  21202


MURRAY LAW FIRM
650 POYDRAS STREET, SUITE 2150
MURRAY, STEPHEN B. MURRAY, ARTHUR M.
NEW ORLEANS, OH  70130


NACHAWATI LAW GROUP
5489 BLAIR ROAD
G C HENDERSON; N M NACHAWATI, J RAGGIO
DALLAS, TX  75231

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 15, 2023

NAPOLI SHKOLNIK, PLLC
400 BROADHOLLOW, SUITE 305
BERMAN, W. STEVEN
MELVILLE, NY  11747

NAPOLI SHKOLNIK, PLLC
525 SOUTH DOUGLAS STREET, STE 260
EL SEGUNDO, CA  90245

NAPOLI SHKOLNIK, PLLC
919 NORTH MARKET STREET, SUITE 1801
HRUBIEC, R. JOSEPH
WILMINGTON, DE  19801

NAPOLI SHKOLNIK, PLLC
C/O PAUL J. NAPOLI
270 MUNOZ RIVERA AVE., SUITE 201
HATO REY, PR  00918

NAPOLI SHKOLNIK, PLLC
C/O PAUL J. NAPOLI
270 MUNOZ RIVERA AVE., SUITE 201
HATO REY, PR  00918
PUERTO RICO

NAPOLI SHKOLNIK, PLLC
SACKS, SHAYNA E.
360 LEXINGTON AVE, 11TH FL
NEW YORK, NY  10017

NASH & FRANCISKATO LAW FIRM
2300 MAIN STREET, STE 170
KANSAS CITY, MO  64108

NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA  19102

NEAL & HARWELL, PLC
1201 DEMONBREUN ST, STE 1000
BARRETT, CHARLES F.
NASHVILLE, TN  37203

NEWLANDS AND CLARK
11161 EAST STATE ROAD 70, STE 110-168
LAKEWOOD RANCH, FL  34202

NICOLE M VARISCO, ESQ
46 IROQUOIS ROAD
OSSINING, NY  10562

NIX PATTERSON & ROACH
3600 N CAPITAL OF TEXAS B350
C IHRIG, N JOHNSON, N SMITH, N ROACH
AUSTIN, TX  78746

OCONNOR, MCGUINNESS, CONTE, DOYLE,
OLESON, WATSON AND LOFTUS, LLP
1 BARKER AVE SUITE 675
WHITE PLAINS, NY  10601

ODOM LAW FIRM, PA
161 W. VAN ASCHE LOOP, STE.1
FAYETTEVILLE, AR  72703

OLDFATHER LAW FIRM
1330 SOURTH THIRD STREET
LOUISVILLE, KY  40208

OLEARY, SHELTON, CORRIGAN PETERSON
DALTON & QUILLAN
1034 S BRENTWOOD BLVD 23RD FLOOR
ST. LOUIS, MO  63117

ONDER SHELTON OLEARY & PETERSON LLC
110 E. LOCKWOOD, 2ND FL
ST LOUIS, MO 63119

ONDERLAW, LLC
110 E. LOCKWOOD, 2ND FLOOR
ST. LOUIS, MO  63119

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by:  May 15, 2023**

OSBORNE & FRANCIS LAW FIRM PLLC
925 S FEDERAL HWY STE 175
J. ROBERT BELL III
BOCA RATON, FL 33432-6138

PADILLA LAW GROUP
320 ENCINITAS BLVD., SUITE A
ENCINITAS, CA  92024

PANISH, SHEA & BOYLE
11111 SANTA MONICA BLVD., SUITE 700
L DIESEL, P KAUFMAN
LOS ANGELES, CA  90025

PARAFINCZUK WOLF, P.A.
110 E. BROWARD BLVD., STE. 1630
FORT LAUDERDALE, FL  33301

PARAFINCZUK WOLF, P.A.
5550 GLADES RD STE 500
BOCA RATON, FL  33431-7277

PARKER WAICHMAN, LLP
6 HARBOR PARK DRIVE
MICHAEL S WERNER, MELANIE H MUHLSTOCK
PORT WASHINGTON, NY  11050

PATRICK MILLER, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

PAUL LLP
601 WALNUT STREET, SUITE 300
KANSAS CITY, MO  64106

PENDLEY, BAUDIN & COFFIN, LLP
1515 POYDRAS STREET, SUITE 1400
N.R. ROCKFORTE, E.P. FONTENOT
NEW ORLEANS, LA  70118

PETERSON & ASSOCIATE, P.C.
801 W 47TH ST, STE 107
D. PETERSON, N CLEVENGER
KANSAS CITY, MO  64112

PHILLIPS & PAOLICELLI, LLP
747 THIRD AVE., 6TH FL
D WOODARD, B TULLY
NEW YORK, NY  10017

PIERCE SKRABANEK BRUERA, PLLC
3701 KIRBY DR, STE 760
HOUSTON, TX  77098

PLYMALE LAW FIRM
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA  70170

POGUST BRASLOW & MILLROOD, LLC
EIGHT TOWER BRIDGE, STE 940, 161
WASHINGTON ST BRASLOW, DEREK T
CONSHOHOCKEN, PA  19428

PORTER & MALOUF, PA
P.O. BOX 12768
GIVENS, JOHN T.
JACKSON, MS  39236-2768

POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX  77098

POULIN, WILLEY, ANASTOPOULO, LLC
32 ANN STREET
P.DOOLITTLE, R.WILLEY, IV, B. ABBOTT
CHARLESTON, SC  29403

POURCIAU LAW FIRM, LLC
650 POYDRAS ST
STE 2519
NEW ORLEANS, LA  70130

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by:  May 15, 2023**

ORDER DENYING MOTIONS FOR AN ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY
INJUNCTION ORDER TO THE THIRD CIRCUIT

POWERS ROGERS & SMITH LLP
70 W. MADISON, SUITE 5500
SCOTT, CAROLYN DALEY POWER, JAMES I
CHICAGO, IL  60602

PRATT & ASSOCIATES
634 NORTH SANTA CRUZ AVE, STE 204
LOS GATOS, CA  95030

PRATT & TOBIN, P.C.
ROUTE 111 AT AIRLINE DRIVE
TOBIN, GREGORY M.
EAST ALTON, IL  62024

PRESZLER INJURY LAWYERS
RUSSELL HOWE
151 EGLINTON AVENUE WEST
TORONTO, ON  M4R 1A6
CANADA

PRESZLER LAW FIRM LLP
DAIRN SHANE
800-1075 WEST GEORGIA STREET
VANCOUVER, BC  V6Z 2E1
CANADA

PRIBANIC & PRIBANIC, LLC
1735 LINCOLN WAY
WHITE OAK, PA  15131

PRO SE
327 HUDSON AVE
NEWARK, OH  43055

PRO SE
9315 FAIRWOOD DRIVE
KANSAS CITY, MO  64138

PROVOST UMPHREY LAW FIRM
490 PARK STREET
BEAUMONT, TX  77704

PULASKI LAW FIRM
2925 RICHMOND SUITE 1725
PULASKI, ADAM
HOUSTON, TX  77098

PUTNICK LEGAL, LLC
17 EAST MAIN STREET, SUITE 200
C/O MARY ELIZABETH PUTNICK, OF COUNSEL
TO
PENSACOLA, FL  32502

PUTNICK LEGAL, LLC
C/O MARY ELIZABETH PUTNICK
AYLSTOCK WITKIN, 17 E. MAIN ST STE 200
PENSACOLA, FL  32502

RAHDERT & MORTIMER, PLLC
535 CENTRAL AVENUE
ST. PETERSBURG, FL  33701

RAIPHER PC
265 STATE STREET
SPRINGFIELD, MA  01103

RAPPAPORT, GLASS, LEVINE & ZULLO
1355 MOTOR PARKWAY
ISLANDIA, NY  11749

REEVES & GOFF, P.C.
1 NORTH JEFFERSON STREET
GOFF, JOSEPH L
FARMINGTON, MO  63640

REICH & BINSTOCK, LLP
4265 SAN FELIPE BLVD, SUITE 1000
HOUSTON, TX  77027

REMER & GEORGES-PIERRE, PLLC
44 WEST FLAGLER STREET, SUITE 2200
MIAMI, FL  33130

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**

RHEINGOLD, GIUFFRA RUFFO & PLOTKIN
551 FIFTH AVENUE 29TH FLOOR
E RUFFO, T GIUFFRA
NEW YORK, NY  10017

RHEINGOLD, GIUFFRA RUFFO & PLOTKIN
561 FIFTH AVENUE 29TH FLOOR
E RUFFO, T GIUFFRA
NEW YORK, NY  10176

RICHARDSON RICHARDSON BOUDREAUX
7447 S LEWIS AVE
C RICHARDSON, P BOUDREAUX, R ALFRED
TULSA, OK  74136

RICHARDSON, THOMAS, HALTIWANGER,
MOORE & LEWIS
1513 HAMPTON ST
COLUMBIA, SC  29201

RIESEN DURANT, LLC
613 LONG POINT RD 100
CANNON JR.,, RHAME CHIP B.
MT PLEASANT, SC  29464

RILEYCATE, LLC
11 MUNICIPAL DR STE 320
FISHERS, IN  46038-1634

RIVERA LAW OFFICES, PLLC
1800 COOPER PT. RD. SW 14
OLYMPIA, WA  98502

ROBBINS ROSS ALLOY BELINFANTE
LITTLEFIELD LLC
500 14TH ST, NW
ATLANTA, GA  30318

ROBINS KAPLAN, LLP
800 LASALLE AVE, STE. 2800
MEGHJEE, MUNIR
MINNEAPOLIS, MN  55402

ROBINSON, CALCAGNIE, ROBINSON,
SHAPIRO, DAVIS, INC.
19 CORPORATE PLAZE DRIVE
NEWPORT BEACH, CA  92660

ROCHON GENOVA LLP
121 RICHMOND STREET WEST SUITE 900
TORONTO, ON  M5H 2K1
CANADA

RODAL LAW, P.A.
3201 GRIFFIN RD
STE 203
DANIA BEACH, FL  33312

ROSS FELLER CASEY, LLP
ONE LIBERTY PLACE, 1650 MARKERT STREET,
STE 3450 ROSS, ROBERT FELLER, JOEL CASEY
PHILADELPHIA, PA  19103

ROSS LAW OFFICES, P.C.
18 EAST CHESTNUT STREET
SHARON, MA  02067

ROURKE AND BLUMENTHAL, LLP
495 S. HIGH STREE, SUITE 450
ROURKE, MICHAEL J.
COLUMBUS, OH  43215

SALKOW LAW, APC
1541 OCEAN AVE., STE 200
SALKOW, RICHARD
SANTA MONICA, CA  90401

SALTZ MONGELUZZI & BENDESKY PC
1650 MARKET ST., 52ND FLOOR
PHILADELPHIA, PA  19103

SALVI, SCHOSTOK & PRITCHARD P.C.
161 N. CLARK STREET SUITE 4700
CHICAGO, IL  60601

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

| | | |
|---|---|---|
| SANDERS PHILLIPS GROSSMAN, LLC<br>100 GARDEN CITY PLAZA, SUITE 500<br>GARDEN CITY, NY 11530 | SANDERS VIENER GROSSMAN LLP<br>100 GARDEN CITY PLAZA<br>SUITE 500<br>GARDEN CITY, NY 11530 | SANDERS VIENER GROSSMAN, LLP<br>100 HERRICKS ROAD<br>MINEOLA, NY 11501 |
| SANGISETTY LAW FIRM, LLC<br>3914 CANAL ST<br>SANGISETTY, RAVI<br>NEW ORLEANS, LA 70119 | SATTERLEY & KELLEY<br>C/O JOSEPH SATTERLEY<br>8700 WESTPORT ROAD, SUITE 202<br>LOUISVILLE, KY 40242 | SAUNDERS & WALKER, P.A.<br>P.O. BOX 1637<br>SAUNDERS, JOSEPH H.<br>PINELLAS PARK, FL 33780-1637 |
| SCHLESINGER LAW OFFICES, P.A.<br>1212 SE 3RD AVE<br>S SCHLESINGER, J GDANSKI<br>FT. LAUDERDALE, FL 33316 | SCHMIDT & SETHI, PC<br>1790 EAST RIVER ROAD SUITE 300<br>CAMPBELL, SCOTT A<br>TUCSON, AZ 85718 | SCHNEIDER WALLACE COTTRELL KONECKY<br>2000 POWELL STREET, STE 1400<br>ESKIN, AMY<br>EMERYVILLE, CA 94608 |
| SCHROEDER MAUNDRELL BARBIERE POWERS<br>5300 SOCIALVILLE FOSTER RD, STE 200<br>POWERS, TODD M.<br>MASON, OH 45040 | SCOVERN LAW<br>201 SPEAR STREET, SUITE 1100<br>SCOVERN, SUSANNE N.<br>SAN FRANCISCO, CA 94105 | SEEGER WEISS LLP<br>55 CHALLENGER RD<br>BADARUZZAMAN, ASIM & SEEGER,<br>CHRISTOPHER<br>RIDGEFIELD PARK, NJ 07660 |
| SEIDMAN MARGULIS & FAIRMAN, LLP<br>110 W. MAIN ST., STE. 110<br>SEIDMAN, DANIEL R.<br>BELLEVILLE, IL 62220 | SEITHEL LAW LLC<br>POST OFFICE BOX 1929<br>CHARLESTON, SC 29457 | SERLING & ABRAMSON, P.C.<br>C/O ERIC B. ABRAMSON<br>280 N OLD WOODWARD AVE, STE 406<br>BIRMINGHAM, MI 48009 |
| SHAW COWART, LLP<br>1609 SHOAL CREEK BLVD, SUITE 100<br>SHAW, ETHAN L. COWART, JOHN P.<br>AUSTIN, TX 78701 | SHELBY RODEN<br>2101 HIGHLAND AVE S, STE 200<br>LUCADO, SHANE M. FREEMAN, DON C.<br>BIRMINGHAM, AL 35205 | SHINDLER, ANDERSON, GOPLERUD & WEESE<br>P.C.<br>5015 GRAND RIDGE DR. UNIT 100<br>WEST DES MOINES, IA 50265-5749 |

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 15, 2023

SILL LAW GROUP, PLLC
1101 N. BROADWAY, SUITE 102
M SILL, C BERGIN
OKLAHOMA CITY, OK  73013

SILL LAW GROUP, PLLC
14005 N EASTERN AVE
SILL, MATTHEW J. GRIFFIN, KATIE
EDMOND, OK  73013

SIMMONS HANLY CONROY LLC
C/O JAMES KRAMER
112 MADISON AVENUE
NEW YORK, NY  10016

SIMMONS HANLY CONROY
ONE COURT STREET
WILLIAMS, ANDY S.
ALTON, IL  62002

SIMON GREENSTONE PANATIER
3760 KILROY AIRPORT WAY STE 680
LONG BEACH, CA  90806-2490

SINGLETON SCHREIBER MCKENZIE & SCOTT,
LLP
450 A ST, 5TH FLOOR
TRIMBLE, KIMBERLY S SINGLE
SAN DIEGO, CA  92101

SKIKOS, CRAWFORD, SKIKOS & JOSEPH
ONE SANSOME ST., SUITE 2830
SAN FRANCISCO, CA  94104

SLACK & DAVIS LLP
6001 BOLD RULER WAY, SUITE 100
JOHN RANDOLPH DAVIS
AUSTIN, TX  78746

SLATER, SLATER, SCHULMAN, LLP
445 BROADHOLLW RD, ST. 419
ROURKE, MICHAEL J.
MELVILLE, NY  11747

SMITH, GILDEA & SCHMIDT LLC
600 WASHINGTON AVE, SUITE 200
TOWSON, MD  21204

SOMMERS SCHWARTZ, PC
ONE TOWN SQUARE, 17TH FLOOR
THOMPSON, JASON J SICKELS, ROBERT B
SOUTHFIELD, MI  48076

SOUTHERLAND LAW FIRM, PLLC
5214 MARYLAND WAY SUITE 402
BRENTWOOD, TN  37027

STANLEY LAW GROUP
PO BOX 823646
DALLAS, TX  75382-3646

STEVE MERRITT LAW
523 W LAMAR ALEXANDER PKWY, STE 11
MERRITT, STEVE
MARYVILLE, TN  37801

STEVENSON LEGAL GROUP, PLLC
1010 N. WEST STREET
STEVENSON, DAMON R.
JACKSON, MS  39215

STEWART & STEWART
931 S. RANGELINE ROAD
STEWART, DAVID SOBIERAY, MICHAEL
CARMEL, IN  46032

STONE GRANADE & CROSBY PC
8820 US HIGHWAY 90
STRACHAN, LAURA IRVINE, GEORGE
DAPHNE, AL  36526

STRAUSS TROY CO., LPA
150 EAST FOURTH STREET 4TH FLOOR
CINCINNATI, OH  45202-4015

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 15, 2023**

SUGARMAN LAW, LLC
80 EAST MAIN STREET
SUGARMAN, BARRY B.
SOMERVILLE, NJ 08876

SULLIVAN PAPAIN BLOCK MCGRATH &
CANNAVO P.C.
120 BROADWAY 27TH FLOOR
NEW YORK, NY 01027

SULLO & SULLO, LLP
2020 SOUTHWEST FWY. SUITE 300
HOUSTON, TX 77098

SUMMERS & JOHNSON, P.C.
717 THOMAS ST.
WESTON, MO 64098

SUTTON, ALKER & RATHER, LLC
4080 LONESOME RD
MANDEVILLE, LA 70448

SWMW LAW, LLC
C/O BENJAMIN SCHMICKLE
701 MARKET STREET, SUITE 1000
ST. LOUIS, MO 63101

SZAFERMAN LAKIND BLUMSTEIN & BLADER
C/O BENJAMIN SCHMICKLE
LYTLE, ROBERT E
LAWRENCEVILLE, NJ 08648

TAFT STETTINIUS & HOLLISTER LLP
111 EAST WACKER, SUTIE 2800
CHICAGO, IL 60601

TALMADGE BRADDOCK
PO BOX 1419
BILOXI, MS 39533

TAUTFEST BOND
5151 BELT LIND RD, STE 1000
GLITZ, JESSICA; MONTE BOND
DALLAS, TX 75254

TERRELL HOGAN YEGEL, P.A.
233 EAST BAY STREET, 8TH FLOOR
JACKSONVILLE, FL 32202

THE ALARID LAW FIRM, P.C.
300 CENTRAWL SW STE 2500 W
CORDOVA, CAMILLE
ALBUQUERQUE, NM 87102

THE ALVAREZ LAW FIRM
3251 PONCE DE LEON BLVD
CORAL GABLES, FL 33134

THE BARNES FIRM, LC
655 W. BROADWAY, STE. 940
OLIVER, CHRISTIAN R
SAN DIEGO, CA 92101

THE BARNES FIRM, P.C.
420 LEXINGTON AVE, STE 2140
VAZQUEZ, JOE
NEW YORK, NY 10170

THE BENTON LAW FIRM, PLLC
1825 MARKET CENTER BLVD., STE 350
DALLAS, TX 75207

THE BRANDI LAW FIRM
354 PINE STREET, THIRD FLOOR
T EDWARDS, T BRANDI, B MALLOY
SAN FRANCISCO, CA 94104

THE CARLSON LAW FIRM
100 E CENTRAL TEXAS EXPRESSWAY
KILLEEN, TX 76541

THE CHEEK LAW FIRM
650 POYDRAS STREET, SUITE 2310
LINDSEY A. CHEEK
NEW ORLEANS, LA 70130

THE CLORE LAW GROUP LLC
78 ASHLEY POINT DRIVE, STE 200
CHARLESTON, SC 29407

THE CRONE LAW FIRM, PLC
88 UNION AVENUE, 14TH FLOOR
CRONE, ALAN G.
MEMPHIS, TN 38103

THE CUFFIE LAW FIRM
3080 CAMPBELTON ROAD SOUTHWEST
T CUFFIE, M BENSON
ATLANTA, GA 30311

THE DAILEY LAW FIRM
C/O WILLIAM DAILEY JR.
230 BEMISTON AVENUE, SUITE 1470
ST. LOUIS, MO 63105

THE DEATON LAW FIRM
450 NORTH BROADWAY
C/O JOHN DEATON
EAST PROVIDENCE, RI 02814

THE DIAZ LAW FIRM, PLLC
208 WATERFORD SQUARE, SUITE 300
DIAZ JR., GERALD J.
MADISON, MS 39110

THE DIETRICH LAW FIRM, PC
101 JOHN JAMES AUDUBON PKWY
NICHOLAS J SHEMIK, REBECCA L POSTEK
BUFFALO, NY 14228

THE DILORENZO LAW FIRM, LLC
505 20TH STTREE NORTH, STE 1275
BIRMINGHAM, AL 35203

THE DREESEN LAW FIRM, LLC
16105 SWINGLEY RIDGE ROAD, 4097
CHESTERFIELD, MO 63006

THE DUGAN LAW FIRM, APLC
ONE CANAL PLACE, 365 CANAL ST, STE 1000
NEW ORLEANS, LA 70130

THE DUNKEN LAW FIRM
DUNKEN, BURT TERRY
77 SUGAR CREEK CENTER BLVD STE 600
SUGAR LAND, TX 77478-3688

THE EARLY FIRM, LLC
C/O MATHEW PARK
360 LEXINGTON AVE, 20TH FLOOR
NEW YORK, NY 10017

THE ENTREKIN LAW FIRM
3101 N. CENTRAL AVE., STE. 740
ENTREKIN, LANCE
PHOENIX, AZ 08501

THE FERRARO LAW FIRM, P.A.
600 BRICKELL AVENUE, SUITE 3800
JAGOLINZER, D., FERRARO, JR. J. DIMATT
MIAMI, FL 33131

THE GATTI LAW FIRM
JENNINGS, RYAN S
235 FRONT ST. SE, STE. 200
SALEM, OR 97301

THE GORI LAW FIRM, P.C.
C/O SARAH SALGER
156 N. MAIN STREET
EDWARDSVILLE, IL 62025

THE GORNY LAW FIRM, LC
4330 BELLEVIEW AVE, STE 200
KANSAS CITY, MO 64111

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**

THE GOSS LAW FIRM, P.C.
1501 WESTPORT RD
GOSS, PETER E.
KANSAS CITY, MO  64111

THE GROSSMAN LAW FIRM
57 SCHANCK RD. STE C-13
FREEHOLD, NJ  07728

THE HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO  80218

THE JACOB D. FUCHSBERG LAW FIRM
3 PARK AVENUE, STE 3700
NEW YORK, NY  10016

THE KING FIRM
2912 CANAL STREET
GELGER, ANDREW J.
NEW ORLEANS, LA  70119

THE KRUGER LAW FIRM
485 S. ROBERTSON BLVD., SUITE 4
KRUGER, JACKIE
BEVERLY HILLS, CA  90211

THE LANIER LAW FIRM
2829 TOWNSGATE RD. STE 100
WESTLAKE VILLAGE, CA  91361

THE LAW FIRM OF JOSEPH H. LOW IV
100 OCEANGATE, 12TH FLOOR
LOW IV, JOSEPH H.
LONG BEACH, CA  90802

THE LAW OFFICES OF ERIC H. WEINBERG
149 LIVINGTON AVENUE
NEW BRUNSWICK, NJ  08901

THE LAW OFFICES OF HAYTHAM FARAJ
1935 W BELMONT AVE
FARAJ, HAYTHAM
CHICAGO, IL  60657

THE LAW OFFICES OF MELVIN W BRUNSON
9000 WESTERN AMERICA CIRCLE STE 201
BRUNSON, MELVIN W.
MOBILE, AL  36609

THE LAW OFFICES OF PETER G. ANGELOS
100 NORTH CHARLES ST
BALTIMORE, MD  21201

THE LAW OFFICES OF SEAN M CLEARY
19 W FLAGLER ST., STE 618
PEREIRA, ANDRES
MIAMI, FL  33130

THE LEVENSTEN LAW FIRM, P.C.
2200 RENAISSANCE BLVD
STE 320
KING OF PRUSSIA, PA  19406

THE MADALON LAW FIRM
100 NORTH FEDERAL HIGHWAY CU5
FORT LAUDERDALE, FL  33301

THE MICHAEL BRADY LYNCH FIRM
127 W FAIRBANKS AVE, STE 528
LYNCH, MICHAEL BRADY
WINTER PARK, FL  32789

THE MILLER FIRM, LLC
108 RAILROAD AVE.
ORANGE, VA  02296

THE MITCHELL FIRM, PLLC
1020 HIGHLAND COLONY PKWY, STE 704
JOSEPH
RIDGELAND, MS  39157

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**


THE ONDER LAW FIRM
C/O JAMES ONDER
110 EAST LOCKWOOD, SECOND FLOOR
ST. LOUIS, MO  63119

THE PATE LAW FIRM
PO BOX 370
CHRISTIANSTED, VI  00821-0370

THE PENTON LAW FIRM
209 HOPPEN PL
BOGALUSA, LA  70427-3827


THE POINTE
1205 E. WASHINGTON ST. SUITE 111
DAVIS, ALEX C.
LOUISVILLE, KY  40206

THE POTTS LAW FIRM, LLP
1901 W 47TH PL 210
KANSAS CITY, KS  66205

THE POTTS LAW FIRM, LLP
3737 BUFFALO SPEEDWAY, SUITE 1900
FUNK, ADAM T
HOUSTON, TX  77098


THE REARDON LAW FIRM, P.C.
160 HEMPSTEAD ST.
NEW LONDON, CT  06320

THE RUTH LAW TEAM
842 RAYMOND AVE., STE 200
ROSLANSKY, ERIC D.
ST. PAUL, MN  55114

THE SEGAL LAW FIRM
AMOS, II, C., FOSTER, J., & SEGAL, S.
810 KANAWHA BLVD, EAST
CHARLESTON, WV  25301


THE SIMON LAW FIRM, PC
800 MARKET STREET, SUITE 1700
ST. LOUIS, MO  63101

THE SMITH LAW FIRM, PLLC
300 CONCOURSE BLVD
SUITE 104
RIDGELAND, MS  39157

THE WASHINGTON FIRM, PC
1300 S UNIVERSITY DR STE 407
FT WORTH, TX  76107-5727


THE WEBSTER LAW FIRM
6200 SAVOY, SUITE 515
WEBSTER, JASON C.
HOUSTON, TX  77036

THE WEINBERG LAW FIRM
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901

THE WHITEHEAD LAW FIRM, LLC
3639 AMBASSADOR CAFFERY PKWY
PETROLEUM TWR, STE 303
LAFAYETTE, LA  70503


THE WHITTEMORE LAW GROUP, PA
100 SECOND AVENUE SOUTH, STE. 304-S
ST. PETERSBURG, FL  33701

THORNTON LAW FIRM
1 LINCOLN ST, FL 13, STATE ST FIN CTR
MCGOLDRICK, MARILYN T.
BOSTON, MA  02111

TORHOERMAN LAW LLC
210 S MAIN STREET
DAVIS, STEVEN D.
EDWARDSVILLE, IL  62025

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**

| | | |
|---|---|---|
| UNGLESBY LAW FIRM<br>246 NAPOLEON STREET<br>UNGLESBY, LEWIS O.<br>BATON ROUGE, LA  70802 | USRY, WEEKS & MATTHEWS, APLC<br>1615 POYDRAS STREET, SUITE 1250<br>RICAHRDSON, TIMOTHY R.<br>NEW ORLEANS, LA  70112 | VAUGHAN LAW FIRM PC<br>2211 NORFOLK STREET, STE 220<br>VAUGHAN, JEFFREY R.<br>HOUSTON, TX  77098 |
| VENTURA LAW<br>235 MAIN STREET<br>K FITZPATRICK, A RIBEIRO, N BARBER, R<br>AGOSTINHO<br>DANBURY, CT  06810 | VICKERY & SHEPHERD, LLP<br>10000 MEMORIAL DR., SUITE 750<br>HOUSTON, TX  77024 | VISRAM-GIRALDO LAW GROUP, LLP<br>633 SE 3RD AVE, STE 302<br>FORT LAUDERDALE, FL  33301 |
| VOGELZANG LAW<br>N WALLACE, W BERKOVER<br>401 N. MICHIGAN AVENUE, SUITE 350<br>CHICAGO, IL  60611 | WAGNER REESE, LLP<br>11939 NORTH MERIDIAN STREET<br>CARMEL, IN  46032 | WAGSTAFF & CARTMELL, LLP<br>4740 GRAND AVE., SUITE 300<br>KANSAS CITY, MO  64112 |
| WAGSTAFF LAW FIRM<br>940 LINCOLN STREET<br>NORTHRUP, ALBERT<br>DENVER, CO  80203 | WALKER, HAMILTON & KOENIG, LLP<br>50 FRANCISCO STREET, STE. 460<br>WALKER III, WALTER H.<br>SAN FRANCISCO, CA  94133 | WALLACE & GRAHAM<br>525 NORTH MAIN STREET<br>PROSS, MICHAEL B GRAHAM, WILLIAM M<br>SALISBURY, NC  28144 |
| WALTON TELKEN FOSTER, LLC<br>241 N. MAIN ST.<br>EDWARDSVILLE, IL  62035 | WARD BLACK LAW<br>C/O JANET WARD BLACK<br>208 W. WENDOVER AVE<br>GREENSBORO, NC  27401 | WATERS & KRAUS, LLP<br>3141 HOOD STREET, STE 700<br>DALLAS, TX  75219 |
| WEINSTEIN CAGGIANO PLLC<br>600 UNIVERSITY ST, STE 1620<br>SEATTLE, WA  98101 | WEITZ & LUXENBERG<br>220 LAKE DRIVE EAST, SUITE 210<br>CHERRY HILL, NJ  08002 | WEITZ & LUXENBERG<br>BHARATI O. SHARMA<br>220 LAKE DR E 210<br>CHERRY HILL, NJ  08002 |

**Debtor: In re: LTL MANAGEMENT LLC**

ORDER DENYING MOTIONS FOR AN ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY
INJUNCTION ORDER TO THE THIRD CIRCUIT

**Case #:  23-01092**

**Notices mailed by:  May 15, 2023**

WEITZ & LUXENBERG
D KRAFT, B SHARMA, J WEITZ, J SEDGH
700 BROADWAY
NEW YORK, NY  10003

WEITZ & LUXENBERG
MARK BRATT
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CA  90067

WEXLER WALLACE LLP
55 WEST MONROE STREET, SUITE 3300
CHICAGO, IL  60603

WHITE & WEDDLE, P.C.
630 N.E. 63RD STREET
WHITE, JR, JOE E
OKLAHOMA, OK  73105

WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DR, STE. 900
L KIZIS, A RESNICK-PARIGIAN
WOODBRIDGE, NJ  07095

WILENTZ, GOLDMAN & SPITZER, P.A.
C/O STEPHEN SULLIVAN, JR.
125 HALF MILE ROAD, SUITE 100
REDBANK, NJ  07701

WILL DAVIDSON LLP
220 BAY STREET 1400
MILLER, PAUL
TORONTO, ON  M5J 2W4
CANADA

WILLIAM D. BRANDT, P.C.
494 STATE STREET, STE 300B
SALEM, OR  97301

WILLIAM G. COLVIN, PLLC
801 BROAD STREET, STE 428
COLVIN, WILLIAM G.
CHATTANOOGA, TN  37402

WILLIAMS & WILLIAMS
1281 RUSSELL STREET
ORANGEBURG, SC  29115

WILLIAMS DECLARK TUSCHMAN CO, LPA
626 MADISON AVENUE, SUITE 800
TUSCHMAN, CHAD M
TOLEDO, OH  43604-1110

WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 GULF FREEWAY, SUITE 600
BRAHMBHATT, SEJAL K BOUNDAS, JOHN T.
HOUSTON, TX  77017

WILLIAMS, KIRK (879031)
AIRWAY HEIGHTS CORRECTION CENTER
P.O. BOX 2049-L-B-05
AIRWAY HEIGHTS, WA  99001

WILSON LAW PA
1111 HAYNES ST, STE 103 (27604)
RALEIGH, NC  27605

WILSON LAW PA
434 FAYETTEVILLE ST, STE 2060
ATTN KIMBERLY WILSON WHITE
RALEIGH, NC  27601

WISNER BAUM
11111 SANTA MONICA BLVD, SUITE 1750
WISNER, ROBERT BRENT
LOS ANGELES, CA  90025

WOCL LEYDON LLC
80 FOURTH STREET
LEYDON, B.P. FUSCO, J.E.
STAMFORD, CT  06905

WORRALL, JAMES, PRO SE
PO BOX 3333
CLARKSVILLE, IN  47131-3333

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 15, 2023

ORDER DENYING MOTIONS FOR AN ORDER CERTIFYING DIRECT APPEAL OF PRELIMINARY
INJUNCTION ORDER TO THE THIRD CIRCUIT

Page 36 of  36

WRIGHT & SCHULTE, LLC
865 S DIXIE DR
VANDALIA, OH  45377

WYLDER CORWIN KELLY LLP
207 E. WASHINGTON ST. SUITE 102
BLOOMINGTON, IL  61701

YAEGER LAW, PLLC
P.O. BOX 530338
LAURA V. YAEGER
SAINT PETERSBURG, FL  33747

YEAROUT & TRAYLOR, P.C.
3300 CAHABA ROAD, STE. 300
BIRMINGHAM, AL  35223

ZELBST, HOLMES & BUTLER
C/O JOHN P. ZELBST
P.O. BOX 365, 411 SW 6TH STREET
LAWTON, OK  73502-0365

ZEVAN DAVIDSON ROMAN LLC
211 N. BROADWAY
STE 2675
ST. LOUIS, MO  63102

ZINNS LAW, LLC
1800 PEACHTREE ST., NW, STE. 370
ZINNS, SHARON
ATLANTA, GA  30309

Total Parties: 637

**EXHIBIT C**

LTL MANAGEMENT LLC (Case No. 23-12825 (MBK))
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| Andres Pereira Law Firm | Attn: Andres Pereira | apereira@andrespereirapc.com |
| Archer & Greiner, P.C. | Attn: Stephen Packman | spackman@archerlaw.com |
| Arnold & Itkin LLP | Attn: Kurt Arnold, Caj Boatright | cboatright@arnolditkin.com; rchristensen@arnolditkin.com; jitkin@arnolditkin.com |
| Ashcraft & Gerel,LLP | Attn: Michelle Parfitt | mparfitt@ashcraftlaw.com |
| Aylstock, Witkin, Kreis & Overholtz PLLC | Attn: Mary Putnick & Daniel Thornburgh | marybeth@putnicklegal.com; dthornburgh@awkolaw.com |
| Ballard Spahr LLP | Attn: Tobey M Daluz, Leslie C Heilman, Laurel D Roglen & Margaret A Vesper | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Beasley Allen Law Firm | Attn: Charlie Stern | charlie.stern@beasleyallen.com |
| Beasley Allen Law Firm | Attn: Leigh O'Dell | leigh.odell@beasleyallen.com |
| Brown Rudnick | Attn: David J. Molton | dmolton@brownrudnick.com |
| Childers, Schlueter & Smith LLC | Attn: Richard Schlueter | rschlueter@cssfirm.com |
| Clyde & CO US LLP | Attn: Clainton E. Cameron, Meghan Dalton & Konrad Krebs | konrad.krebs@clydeco.us; clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| Cohen, Placitella & Roth PC | Attn: Christopher M. Placitella | cplacitella@cprlaw.com |
| Cole Schotz, PC | Attn: Michael D Sirota, Warren A Usatine, Seth Van Aalten & Justin Alberto | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| David Christian Attorneys LLC | Attn: David Christian | dchristian@dca.law |
| Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Duane Morris LLP | Attn: Philip R. Matthews, Esq. | prmatthews@duanemorris.com |
| Duane Morris LLP | Attn: Russell W. Roten, Esq | RWRoten@duanemorris.com |
| Duane Morris LLP | Attn: Jeff D. Kahane, Esq | JKahane@duanemorris.com |
| Duane Morris LLP | Attn: Andrew E Mina, Esq | AMina@duanemorris.com |
| Duane Morris LLP | Attn: Nathan Reinhardt | nreinhardt@duanemorris.com |
| Ferrer, Poirot & Wansbrough | Attn: Jesse Ferrer & Christina Feller | jferrer@lawyerworks.com; cfeller@lawyerworks.com |
| Genova Burns LLC | Attn: Daniel M. Stolz, Donald Clarke | dstolz@genovaburns.com; dclarke@genovaburns.com |
| Gertler Law Firm | Attn: Helen H. Babin | hbabin@gertlerfirm.com |
| Gibbons P.C. | Attn: Robert K. Malone & Kyle P. McEvilly | malone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| Gimigliano Mauriello & Maloney | Attn: John Maloney, Stephen B. Gimigliano & Robin Rabinowitz | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| Golomb Spirit Grunfeld | Attn: Richard Golomb | rgolomb@golomblegal.com |
| Greenberg Traurig, LLP | Attn: Alan J. Broday | brodya@gtlaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin & Donna H. Lieberman | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| Hill Carter Franco Cole & Black PC | Attn: Elizabeth Carter | ecarter@hillhillcarter.com |
| Johnson & Johnson | Attn: Andrew White & Eric Haas | awhite23@its.jnj.com; ehaas8@its.jnj.com |
| Johnson Law Group | Attn: Blake Tanase, Basil Adham | badham@johnsonlawgroup.com |
| Karst Von Oiste LLP | Attn: Erik Karst | epk@karstvonoiste.com |
| Kazan, Mcclain, Satterley & Greenwood, PLC | Attn: Steven Kazan | skazan@kazanlaw.com |
| Law Firm of Brian W. Hofmeister | Attn: Brian W. Hofmeister | bwh@hofmeisterfirm.com |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell Malzberg | mmalzberg@mjmalzberglaw.com |
| Levin Papantonio Rafferty | Attn: Christopher Tisi, Esq. | ctisi@levinlaw.com |

LTL MANAGEMENT LLC (Case No. 23-12825 (MBK))
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| Levy Konigsberg, LLP | Attn: Jerome H. Block | jblock@levylaw.com |
| Levy Konigsberg, LLP | Attn: Moshe Maimon | mmaimon@levylaw.com |
| Lex Nova Law LLC | Attn: E. Richard Dressel | rdressel@lexnovalaw.com |
| Liakos Law | Attn: Jenn Liakos | jenn@jennliakoslaw.com |
| Lite Depalma Greenberg & Afanador, LLC | Attn: Allen J. Underwood II | aunderwood@litedepalma.com |
| Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Mary E. Seymour | krosen@lowenstein.com; mseymour@lowenstein.com |
| Maune Raichle Hartley French & Mudd LLC | Attn: Suzanne M. Ratcliffe & Clayton L. Thompson | cthompson@mrhfmlaw.com; sratcliffe@mrhfmlaw.com |
| McDonald Worley | Attn: Don Worley | don@mcdonaldworley.com |
| McManimon Scotland & Baumann, LLC | Attn: Anthony Sodono, III & Sari B. Placona | asodono@msbnj.com; splacona@msbnj.com |
| Mendes & Mount LLP | Attn: Eileen T. McCabe & Stephen T. Roberts | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| Miller Firm, LLC | Attn: Curtis G. Hoke | choke@millermiller.com |
| Motley Rice LLC | Attn: Daniel R. Lapinski | dlapinski@motleyrice.com |
| Nachawati Law Group | Attn: Majed Nachawati | mn@ntrial.com |
| Napoli Shkolnik PLLC | Attn: James Heisman, Christopher Lopalo | clopalo@napolilaw.com; jheisman@napolilaw.com |
| Office of the Attorney General of Texas | Attn: Autumn D. Highsmith, Rachel R. Obaldo | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| Office of the US Trustee | Attn Lauren Bielskie & Jeffrey M. Sponder | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Onderlaw, LLC | Attn: James Onder | onder@onderlaw.com |
| Otterbourg P.C. | Attn: Richard G. Haddad, Adam Silverstein | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Colin R. Robinson & Peter J. Keane | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| Parkins & Rubio LLP | Attn: Lenard Parkins, C Rubio | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| Pashman Stein Walder Hayden, P.C. | Attn:  John W. Weiss | jweiss@pashmanstein.com |
| Paul Hastings LLP | Attn: Kris Hansen, Matthew Murphy, Matthew Micheli | krishansen@paulhastings.com; mattmurphy@paulhastings.com; mattmicheli@paulhastings.com |
| Pulaski Kherkher PLLC | Attn: Adam Pulaski | adam@pulaskilawfirm.com |
| Randi S Ellis LLC | Attn: Randi S Ellis | randi@randiellis.com |
| Rawlings & Associates | Attn: Mark D. Fischer & Robert C Griffiths | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| Reed Smith LLP | Attn: Derek J Baker | dbaker@reedsmith.com |
| Robinson Calcagnie | Attn: Mark P. Robinson Jr. | mrobinson@robinsonfirm.com |
| Ross Feller Casey, LLP | Attn: Brian J. Mccormick, Jr. | bmccormick@rossfellercasey.com |
| Rueb Stoller Daniel , LLP | Attn: Gregory D. Rueb | greg@lawrsd.com |
| Saiber LLC | Attn: John M. August, Esq. | jaugust@saiber.com |
| Sanders, Phillips, Grossman, LLC | Attn: Marc Grossman | mgrossman@thesandersfirm.com |
| Simon Greenstone Panatier PC | Attn: Leah C. Kagan | lkagan@sgptrial.com |
| Simpson Thacher & Bartlett LLP | Attn: Andrew T. Frankel | afrankel@stblaw.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Allison M. Brown | allison.brown@skadden.com |
| The Kelly Firm, P.C. | Attn: Andrew J. Kelly | akelly@kbtlaw.com |
| The Shapiro Law Firm | Attn: Janet A. Shapiro | jshapiro@shapirolawfirm.com |
| Trammell PC | Attn: Fletcher V. Trammell | fletch@trammellpc.com |
| Trif & Modugno, LLC | Attn: Louis A. Modugno | lmodugno@tm-firm.com |
| U.S. Department of Justice | Attn: J. Zachary Balasko | john.z.balasko@usdoj.gov |
| U.S. Department of Justice | Attn: Bethany R. Theriot | bethany.theriot@usdoj.gov |
| Wagstaff Law Firm | Attn: Aimee Wagstaff | awagstaff@wagstafflawfirm.com |

LTL MANAGEMENT LLC Case No. 23-12825 (MBK)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| Walsh Pizzi O'Reilly Falanga | Attn: Mark Falk | mfalk@walsh.law |
| Watts Guerra LLP | Attn: Mikal Watts | mcwatts@wattsguerra.com |
| Weitz & Luxenberg, P.C. | Attn: Perry Weitz & Lisa Nathanson Busch | pw@weitzlux.com; lbusch@weitzlux.com |
| White & Case LLP | Attn: Jessica Lauria, Glenn M Kurtz, Ricardo Pasianotto & G Starner | jessica.lauria@whitecase.com; gkurtz@whitecase.com; ricardo.pasianotto@whitecase.com; gstarner@whitecase.com |
| White & Case LLP | Attn: Michael C Shepherd & Laura L Femino | mshepherd@whitecase.com; laura.femino@whitecase.com |
| White & Case LLP | Attn: Matthew Linder & Laura Baccash | mlinder@whitecase.com; laura.baccash@whitecase.com |
| Wisner Baum | Attn: Robert Brent Wisner | rbwisner@wisnerbaum.com |
| Womble Bond Dickinson (US) LLP | Attn: Ericka F. Johnson & Lisa Bittle Tancredi | ericka.johnson@wbd-us.com; lisa.tancredi@wbd-us.com |

LTL Management LLC Adv. No. 23-01092 (MBK)
Electronic Mail Additional Service List

| NAME | EMAIL |
|------|-------|
| AHDOOT & WOLFSON, PC | rahdoot@ahdootwolfson.com |
| ALLAN BERGER AND ASSOCIATES | aberger@allan-berger.com |
| ALLEN & NOLTE PLLC | jnolte@allennolte.com |
| ALOIA LAW FIRM LLC | vlucido@aloialawfirm.com |
| ANAPOL WEISS | tanapol@anapolweiss.com; eashe@anapolweiss.com |
| ANASTOPOULO LAW FIRM | stefan@feidlerlawfirm.com |
| ANDREW THORNTON HIGGINS RAZMARA LLP | jct@andrewsthornton.com; aa@andrewsthornton.com; lr@andrewsthornton.com |
| ANDREW THORNTON HIGGINS RAZMARA LLP | jct@andrewsthornton.com; aa@andrewsthornton.com; lr@andrewsthornton.com |
| ANDRUS WAGSTAFF, P.C. | albert.northrup@andruswagstaff.com |
| ARNOLD & ITKIN LLP | cboatright@arnolditkin.com; jitkin@arnolditkin.com |
| ARNOLD & ITKIN LLP | cboatright@arnolditkin.com; jitkin@arnolditkin.com |
| ASHCRAFT & GEREL | mparfitt@ashcraftlaw.com; plyons@ashcraftlaw.com; jgreen@ashcraftlaw.com |
| ASHCRAFT & GEREL | mparfitt@ashcraftlaw.com; plyons@ashcraftlaw.com; jgreen@ashcraftlaw.com |
| ASPEY, WATKINS & DIESEL, PLLC | info@awdlaw.com |
| ATTN: DANIEL P. MCDYER | danmcdyer@ambylaw.com |
| AVA LAW GROUP, INC. | support@ava.law |
| AXLEY BRYNELSON, LLP | law@axley.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | dthornburgh@awkolaw.com; marybeth@putnicklegal.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | dthornburgh@awkolaw.com; marybeth@putnicklegal.com |
| BABBITT, JOHNSON, OSBORNE & LECLAINCHE, P.A. | rbell@realtoughlawyers.com; josborne@realtoughlawy |
| BACHUS & SCHANKER LLC | celliott@coloradolaw.net |
| BAILLY AND MCMILLAN, LLP | jbailly@bandmlaw.com; kmcmillan@bandmlaw.com; rdeponto@bandmlaw.com |
| BALZARINI & WATSON | lbal@comcast.net |
| BANNER LEGAL | jshafer@bannerlegal.com |
| BARNES LAW GROUP, LLC | roy@barneslawgroup.com |
| BARON & BUDD, P.C. | info@baronbudd.com |
| BARRETT LAW GROUP, P.A. | bhamilton@barrettlawgroup.com; kbriley@barrettlawgroup.com |
| BARRY, MCTIERNAN & WEDINGER | rwedinger@bmctwlaw.com |

LTL MANAGEMENT LLC    Case No. 23-01092 (MBK)
Electronic Mail Additional Service List

| NAME | EMAIL |
|------|-------|
| BART DURHAM INJURY LAW | blair@blairdurham.com |
| BATHGATE, WEGENER & WOLF | ekasselman@bathweg.com |
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | charlie.stern@beasleyallen.com; leigh.odell@beasleyallen.com |
| BECKER LAW GROUP | becker@beckerlawgroup.com |
| BECNEL LAW FIRM, LLC | mmoreland@becnellaw.com |
| BEKMAN, MARDER, & ADKINS, LLC | quinn@bmalawfirm.com |
| BERGMAN DRAPER OSLUND | matt@bergmanlegal.com |
| BERGSTRESSER & POLLOCK PC | rich@bergstresser.com |
| BERKE LAW FIRM, PA | berkelaw@yahoo.com |
| BERNHEIM KELLY BATTISTA & BLISS | jbernheim@realjustice.com |
| BERNSTEIN LIEBHARD LLP | dweck.morris@gmail.com |
| BEVAN & ASSOCIATES LPA, INC. | tbevan@bevanlaw.com |
| BISNAR AND CHASE | tantunovich@bisnarchase.com; bchase@bisnarchase.com |
| BLASINGAME, BURCH, GARRARD & ASHLEY, PC | sschramm@bbga.com;  jbw@bbgbalaw.com; lpittard@bbga.com;  jbm@bbgbalaw.com; ajh@bbgbalaw.com;  hgg@bbgbalaw.com |
| BLASINGAME, BURCH, GARRARD & ASHLEY, PC | sschramm@bbga.com;  jbw@bbgbalaw.com; lpittard@bbga.com;  jbm@bbgbalaw.com; ajh@bbgbalaw.com;  hgg@bbgbalaw.com |
| BLIZZARD & NABERS, LLP | eblizzard@blizzardlaw.com |
| BLOCK LAW FIRM, APLC | jpb@blocklawfirm.com; sml@blocklawfirm.com; mph@blocklawfirm.com |
| BLOOD HURST & OREARDON LLP | aberger@allan-berger.com |
| BOHRER LAW FIRM, LLC | scott@bohrerbrady.com |
| BOODELL & DOMANSKIS, LLC | domanskis@boodlaw.com |
| BOUCHER LLP | bhujwala@boucher.la; ray@boucher.la |
| BRADSHAW, FOWLER, PROCTOR & | haindfield.matthew@bradshawlaw.com |
| BRANCH LAW FIRM | mbranch@branchlawfirm.com |
| BRANCH LAW FIRM | mbranch@branchlawfirm.com |
| BRAYTON PURCELL LLP | gpurcell@braytonlaw.com |
| BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS LLP | pscott@brbcsw.com |
| BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS LLP | pscott@brbcsw.com |
| BRUERA LAW FIRM PLLC | sofia@brueralaw.com |
| BRUERA LAW FIRM PLLC | sofia@brueralaw.com |
| BRUSTER PLLC | akbruster@brusterpllc.com |
| BUCK LAW FIRM | rbuck@buckfirm.com |
| BURG SIMPSON ELDREDGE HERSH JARDINE | skatz@burgsimpson.com |
| BURNETT LAW FIRM | burnett@cla |

| NAME | EMAIL |
|---|---|
| BURNS CHAREST LLP | aklevorn@burnscharest.com; knelson@burnscharest.com; wburns@burnscharest.com; dcharest@burnscharest.com |
| BURNS CHAREST LLP | aklevorn@burnscharest.com; knelson@burnscharest.com; wburns@burnscharest.com; dcharest@burnscharest.com |
| BUZIN LAW, P.C. | abuzin@buzinlaw.com |
| CALCAGNO & ASSOCIATES, LLP | gary@calcagnolawfirm.com; lori@calcagnolawfirm.com |
| CAMPBELL & ASSOCIATES | info@injuryhelp.org |
| CAPRETZ & ASSOCIATES | jcapretz@capretz.com |
| CARAZO QUETGLAS LAW OFFICES | info@quetglaslawpsc.org |
| CARDARO & PEEK, L.L.C. | tcc@cardarolaw.com; cdf@cardarolaw.com |
| CARLSON LAW FIRM | rrizkalla@carlsonattorneys.com |
| CARPENTER & SCHUMACHER, PC | scarpenter@cstriallaw.com |
| CATES MAHONEY, LLC | dcates@cateslaw.com |
| CELLINO & BARNES, P.C. | brian.goldstein@cellinoandbarnes.com |
| CHAFFIN LUHANA LLP | luhana@chaffinluhana.com |
| CHAMP LYONS III, PC | champ@champlyons.com |
| CHANDLER KLICS, LLP | sylvia@chandlerlawllc.com |
| CHAPPELL, SMITH & ARDEN, P.A. | cstraight@cas-law.com |
| CHEELEY LAW GROUP | bob@cheeleylawgroup.com |
| CHEHARDY, SHERMAN, WILLIAMS,RECILE,STAKELUM & HAYES, LLP | jmw@chehardy.com |
| CHEONG, DENOVE, ROWELL & BENNETT | mkay@cdrb-law.com |
| CHILDERS, SCHLUETER & SMITH, LLC | bsmith@cssfirm.com |
| CHISHOLM & CHISHOLM, P.C. | carol@chisholmlawfirm.com |
| CHRISTOPHER D. SMITH P.A. | smith@chrissmith.com |
| CLARK ROBB MASON COULMBE, ET AL. | crco@cwjamaica.com |
| CLAYEO C. ARNOLD, APC | info@justice4you.com |
| CLIFFORD LAW OFFICES, P.C. | rac@cliffordlaw.com; smm@cliffordlaw.com |
| CLORE LAW GROUP LLC | alisha@clorelaw.com |
| COHEN & MALAD, LLP | jknoll@cohenandmalad.com |
| COHEN, PLACITELLA & ROTH | dgeier@cprlaw.com; cplacitella@cprlaw.com; jmplacitella@cprlaw.com |
| COHEN, PLACITELLA & ROTH | dgeier@cprlaw.com; cplacitella@cprlaw.com; jmplacitella@cprlaw.com |
| CONSTANT LEGAL GROUP LLP | andy@constantllp.com; info@constantllp.com |
| COOK, BARTHOLOMEW, SHEVLIN, COOK & JONES LLP | cjones@cbsclaw.com |
| COONEY AND CONWAY | dbarrett@cooneyconway.com; cporretta@cooneyconway.com |
| CORBOY & DEMETRIO, P.C. | ktl@corboydemetrio.com; gus@corboydemetrio.com |

Electronic Mail Additional Service List

| NAME | EMAIL |
|------|-------|
| CORRIE YACKULIC LAW FIRM, PLLC | corrie@cjylaw.com |
| CORY, WATSON, CROWDER & DEGARIS P.C. | shunt@corywatson.com |
| CPC | aa@andrewsthornton.com; jct@andrewsthornton.com; lr@andrewsthornton.com |
| CPC | aa@andrewsthornton.com; jct@andrewsthornton.com; lr@andrewsthornton.com |
| CUNEO GILBERT & LADUCA, LLP | brendant@cuneolaw.com |
| CUTTER LAW, P.C. | info@cutterlaw.com |
| DALIMONTE RUEB, LLP | john@drlawllp.com; greg@drlawllp.com |
| DALTON AND ASSOCIATES, PA | lsimon@bdaltonlaw.com |
| DAMATO LAW FIRM, P.C. | inquiry@damatolawfirm.com |
| DANIEL & ASSOCIATES, LLC | info@aoatl.com |
| DANZIGER & DE LLANO, LLP | michelle@dandell.com |
| DARCY JOHNSON DAY, P.C. | adarcy@darcyjohnsonday.com |
| DARLENE; SIMON GREENSTONE PANATIER, | cpanatier@sgpblaw.com |
| DAVIS & CRUMP P.C. | info@daviscrump.com |
| DEAN OMAR BRANHAM, LLP | jdean@dobslegal.com; tbranham@dobslegal.com; bsmith@dobslegal.com |
| DEAN; KAZAN, MCCLAIN, SATTERLEY & GREENWOOD | jsatterley@kazanlaw.com |
| DECOF, BARRY, MEGA & QUINN, P.C. | jab@decof.com |
| DEGARIS WRIGHT MCCALL | adegaris@dwmlawyers.com |
| DELISE & HALL | ahall@dahlaw.com |
| DELL & DEAN PLLC | jdell@d2triallaw.com; jmassaro@d2triallaw.com |
| DIAMOND LAW | ddiamond@diamondlawusa.com |
| DIAZ LAW FIRM, PLLC | tripp@diazlawfirm.com |
| DICELLO LEVITT GUTZLER LLC | madicello@dicellolevitt.com |
| DICKEY LAW FIRM, LLP | aaron@dickeyfirm.com |
| DICKS & COGLIANSE LLP | mdicks@hoadefectlawyers.com |
| DICKSON KOHAN & BABLOVE LLP | jbablove@dkblawyers.com |
| DOBS & FARINAS, LLP | kfarinas@dobslegal.com |
| DOLCE PANEPINTO, P.C. | mpanepinto@dolcefirm.com |
| DOMENGEAUX WRIGHT ROY & EDWARDS LLC | elwoods@wrightroy.com |
| DONALD L. SCHLAPPRIZZI P.C. | craig@schlapprizzipc.com |
| DOROTHY V. MAIER, PA | dorothymaier2013@gmail.com |
| DRISCOLL FIRM, P.C. | paul@thedriscollfirm.com; john@thedriscollfirm.com |
| DRISCOLL FIRM, P.C. | paul@thedriscollfirm.com; john@thedriscollfirm.com |
| DRISCOLL FIRM, P.C. | paul@thedriscollfirm.com; john@thedriscollfirm.com |

| NAME | EMAIL |
|------|-------|
| DUFFY LAW LLC | duffy@cpduffylaw.com |
| DUGAN LAW FIRM, PLC | mekel@dugan-lawfirm.com |
| DWYER WILLIAMS POTTER | tim@rdwyer.com |
| EDLUND GALLAGHER HASLAM MCCALL WOLF & WOOTEN, PLLC | darren@darrenwolf.com |
| EDLUND GALLAGHER HASLAM MCCALL WOLF & WOOTEN, PLLC | darren@darrenwolf.com |
| EDWARD F. LUBY, LLC | lubylaw@lubylawfirm.com |
| EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP | beichen@njadvocates.com |
| EISENBERG, ROTHWEILER, WINKLER | nancy@erlegal.com |
| ELY BETTINI ULMAN ROSENBLATT & OZER | burt@eburlaw.com |
| ELY LAW, LLC | rick@ely-law.com |
| ENVIRONMENTAL LITIGATION GROUP, PC | gary@elglaw.com |
| ENVIRONMENTAL LITIGATION GROUP, PC | gary@elglaw.com |
| FAHRENBACH; KELLEY & FERRARO, LLP | jferraro@kelleyferraro.com |
| FAY LAW GROUP PLLC | john@drlawllp.com; greg@drlawllp.com |
| FELDMAN & PINTO | info@feldmanpinto.com |
| FITZGERALD KNAIER, LLP | rknaier@fitzgeraldknaier.com |
| FITZGERALD LAW GROUP, LLC | info@fitz-lawgroup.com |
| FLEMING, NOLEN & JEZ, LLP | rand_nolen@fleming-law.com; kelsey_stokes@fleming-law.com |
| FLETCHER V. TRAMMELL | melissa@trammellpc.com; fletch@trammellpc.com |
| FLINT LAW FIRM LLC | eflint@flintlaw.com |
| FOX AND FARLEY | brucefox@foxandfarleylaw.com; 1badlawdog@gmail.com |
| FRANCOLAW PLLC | dfranco@dfrancolaw.com |
| FRANKLIN, MOSELE & WALKER, PC | diveattorney@icloud.com |
| FREDEKING & BISER LAW OFFICES | info@fredekinglaw.com |
| FRIEDMAN RUBIN, PLLP | rfriedman@friedmanrubin.com; pmullenix@friedmanrubin.com |
| FROST LAW FIRM, PC | scott@frostlawfirm.com |
| GACOVINO, LAKE & ASSOCIATES | info@gacovinolake.com |
| GAINSBURGH, BENJAMIN, DAVID | gmeunier@gainsben.com; ckreider@gainsben.com |
| GALANTE & BIVALACQUA LLC | scott@gb-lawfirm.com |
| GALIHER DEROBERTIS & WAXMAN LLP | info@galiherlaw.com |
| GANCEDO LAW FIRM, INC | hgancedo@gancedolaw.com |
| GARY C. JOHNSON P.S.C. | bdeskings@garycjohnson.com; gary@garycjohnson.com; |
| GEOFFREY B. GOMPERS & ASSOC, P.C. | gompers@gomperslaw.com |
| GHIORSO LAW OFFICE | bill@ghiorsolaw.com |
| GIBBS LAW GROUP LLP | kbm@classlawgroup.com |
| GIBBS LAW GROUP LLP | kbm@classlawgroup.com |

| NAME | EMAIL |
|------|-------|
| GIBSON & ASSOCIATES INC. | agibson@gibsonlawpc.com; doug.gibson@gibsonlawpc.com |
| GIRARDI & KEESE | kgriffin@girardikeese.com |
| GITLIN, HORN AND VAN DE KIEFT, LLP | mhorn@ghvlaw.com |
| GLENN LOEWENTHAL, PC | lori.lyon@georgiatrialattorneys.com; lisa@georgiatrialattorneys.com |
| GLP ATTORNEYS, P.S., INC. | seattleoffice@glpattorneys.com |
| GOETZ, BALDWIN & GEDDES, P.C. | devlan@goetzlawfirm.com; knelson@goetzlawfirm.com |
| GOLDBERG, PERSKY & WHITE, PC | locheltree@gpwlaw.com |
| GOLDENBERG HELLER & ANTOGNOLI, PC | tlech@ghalaw.com |
| GOLDENBERGLAW PLLC | info@goldenberglaw.com |
| GOLDSTEIN GRECO PC | brian.goldstein@cellinoandbarnes.com |
| GOLOMB & HONIK, P.C. | rgolomb@golombhonik.com; aspirt@golombhonik.com; rgolomb@golomblegal.com; kgrunfled@golombhonik.com |
| GOLOMB SPIRT GRUNFELD PC | rgolomb@golomblegal.com; kgrunfeld@golomblegal.com; aspirt@golomblegal.com |
| GOZA & HONNOLD, LLC | bhonnold@gohonlaw.com |
| GOZA & HONNOLD, LLC | bhonnold@gohonlaw.com |
| GRAHAM P. CARNER, PLLC | graham.carner@gmail.com |
| GRANT & EISENHOFER P. A. | palderson@gelaw.com; |
| GREER, RUSSELL, DENT & LEATHERS, PA | mgreer@greerlawfirm.com |
| GUARDIAN LAW GROUP, LLP | reception@guardian.law |
| HABUSH HABUSH & ROTTIER SC | ttrecek@habush.com |
| HABUSH HABUSH & ROTTIER SC | ttrecek@habush.com |
| HACH ROSE SCHIRRIPA & CHEVERIE LLP | fschirripa@hrsclaw.com |
| HAFELI STARAN & CHRIST , P.C. | jstaran@hsc-law.com; achrist@hsc-law.com; dchrist@hsc-law.com; hafelaw4@gmail.com |
| HAFFNER LAW PC | jhh@haffnerlawyers.com; |
| HANNON LAW FIRM, LLC | khannon@hannonlaw.com |
| HARPER GREY LLP | rkeith@harpergrey.com |
| HARRIS LOWRY MANTON LLP | steve@hlmlawfirm.com; jed@hlmlawfirm.com |
| HARRY I. KATZ, PC | speaktoharrykatz@gmail.com |
| HART MCLAUGHLIN & ELDRIDGE | rmclaughlin@hmelegal.com |
| HAUSFELD | jgotz@hausfeld.com |
| HEDRICK LAW FIRM | edrick@gmail.com |
| HELMSDALE LAW, LLP | dvermont@helmsdalelaw.com |
| HENINGER, GARRISON, DAVIS, LLC | acarroll@hgdlawfirm.com; wlbross@hgdlawfirm.com; info@hgdlawfirm.com |
| HEYGOOD, ORR & PEARSON | eric@hop-law.com |
| HOLLAND GROVES SCHNELLER & STOLZE | eholland@allfela.com |

| NAME | EMAIL |
|---|---|
| HOLLAND LAW FIRM | eholland@hollandtriallawyers.com; info@hollandtriallawyers.com |
| HOLLIS, WRIGHT, CLAY & VAIL, P.C. | joshw@hollis-wright.com |
| HORTON LAW FIRM | shorton@coxinet.net |
| HOSSLEY EMBRY LLP | jeff@hossleyembry.com |
| HOVDE, DASSOW, & DEETS, LLC | rdassow@hovdelaw.com |
| HUBER, SLACK, THOMAS & MARCELLE | stephen@huberthomaslaw.com; info@huberthomaslaw.com |
| HURLEY MCKENNA & MERTZ | churley@hurley-law.com; info@hurley-law.com |
| HUTTON & HUTTON | blake.shuart@huttonlaw.com |
| J. ALAN WELCH P. C. | jalanwelchlaw@bellsouth.net |
| JACOBS & CRUMPLAR, P.A. | davy@jcdelaw.com |
| JACOBS OHARA MCMULLEN , P.C. | jdm@jomlawfirm.com |
| JAMES MORRIS LAW FIRM PC | jmorris@jamlawyers.com |
| JAMES, VERNON & WEEKS, PA | wes@jvwlaw.net |
| JAMIE A. JOHNSTON, P.C. | jamie@jjohnstonpc.com |
| JASON J. JOY & ASSCIATES P.L.L.C. | jason@jasonjoylaw.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | kjaverbaum@lawjw.com |
| JAZLOWIECKI & JAZLOWIECKI, LLC | ejazlowiecki@jazlowiecki.com; info@jazlowiecki.com |
| JEFFREY R. LESSIN & ASSOCIATES, PC | info@lessinlaw.com |
| JENNER LAW, P.C. | rjenner@jennerlawfirm.com |
| JIM S. HALL & ASSOCIATES, LLC | mmoreland@becnellaw.com |
| JOEL E. BROWN & ASSOCIATES, P.C. | jebrownlaw@sbcglobal.net |
| JOHN B. OSTROW, P.A. | jostrow@bellsouth.net |
| JOHNSON BECKER, PLLC | shauer@johnsonbecker.com; mjohnson@johnsonbecker.com |
| JONES WARD PLC | jasper@jonesward.com |
| JUSTICE LAW | cjustice@justiceinjurylawyer.com; abreit@justiceinjurylawyer.com; justice@justiceinjurylawyer.com |
| JUSTINIAN & ASSOCIATES PLLC | apangparra@justinianpllc.com |
| KARON LLC | dkaron@karonllc.com; bhollowell@karonllc.com |
| KARR TUTTLE CAMPBELL | dvasquez@karrtuttle.com |
| KARSMAN, MCKENZIE & HART | jeremy@kmtrial.com |
| KARST & VON OISTE, LLP | epk@karstvonoiste.com; dac@karstvonoiste.com |
| KASSEL MCVEY | jkassel@kassellaw.com |
| KAZAN MCCLAIN SATTERLEY & GREENWOOD | jsatterley@kazanlaw.com; jlangdoc@kazanlaw.com; dclancy@kazanlaw.com |
| KAZAROSIAN COSTELLO LLP | walter@kazcolaw.com; marsha@kazcolaw.com |

LTL MANAGEMENT LLC   Appx. No. 23-01092 (MBK)
Electronic Mail Additional Service List

| NAME | EMAIL |
|------|-------|
| KECHES LAW GROUP, P.C. | cglinka@kecheslaw.com |
| KEEFE LAW FIRM | ssullivan@wilentz.com |
| KELLEY & FERRARO, LLP | sacton@kelley-ferraro.com; jmurphy@kelley-ferraro.com |
| KELLEY UUSTAL, PLC | ccd@kulaw.com |
| KENNY & KENNY, PLLC | mpkenny@kenny-kenny.com |
| KIBBEY AND WAGNER | jwagner@kibbeylaw.com |
| KIESEL LAW, LLP | zukin@kiesel.law; kiesel@kiesel.law; palmer@kiesel.law |
| KIRKENDALL DWYER LLP | pi_leads@kirkendalldwyer.com |
| KNAPP & ROBERTS, P.C. | knapp@krattorneys.com |
| KNIGHT LAW GROUP, LLP | info@knightlaw.com |
| KROGER GARDIS & REGAS, LLP | kf@lgkflaw.com |
| KUHARSKI LEVITZ & GIOVINAZZO | mkuharski@klglawyer.com |
| LANDRY & SWARR, L.L.C. | fswarr@landryswarr.com |
| LANGDON & EMISON | brett@lelaw.com |
| LANGSTON & LOTT, PLLC | info@langstonlott.com |
| LAW OFF OF JEFFREY S GLASSMAN, LLC | jlamkin@jeffreysglassman.com |
| LAW OFF OF PETER G. ANGELOS, P.C. | nbonadio@lawpga.com; |
| LAW OFF OF ROGER ROCKY WALTON, PC | filings@rockywalton.com |
| LAW OFF. OF NICHOLAS A. BOYLAN, APC | nablawfirm@gmail.com |
| LAW OFF. OF RICHARD R BARRETT, PLLC | rrb@rrblawfirm.net |
| LAW OFFICE OF CHARLES H JOHNSON, PA | bdehkes@charleshjohnsonlaw.com |
| LAW OFFICE OF EUSI H. PHILLIPS | ehphillips@ehphillipslaw.com |
| LAW OFFICE OF GRANT D. AMEY, LLC | grantamey@grantamey.com |
| LAW OFFICE OF HAYTHAM FARAJ | haytham@farajlaw.com |
| LAW OFFICE OF HAYTHAM FARAJ | haytham@farajlaw.com |
| LAW OFFICE OF JARRED S. FREEMAN LLC | jarred.freemanlaw@gmail.com |
| LAW OFFICE OF JOHN D. SILEO, LLC | jack@johnsileolaw.com; casey@johnsileolaw.com |
| LAW OFFICE OF MARION D. FLOYD | floydmar@bellsouth.net |
| LAW OFFICE OF RICHARD R BARRETT | rrb@rrblawfirm.net |
| LAW OFFICE OF TERENCE J. SWEENEY | sweeneylawfirm@optonline.net |
| LAW OFFICES DENNIS F. OBRIEN, P.A. | obie26@aol.com |
| LAW OFFICES OF DONALD G. NORRIS | dnorrislaw@gmail.com; dnorris@norgallaw.com |
| LAW OFFICES OF ERIC H. WEINBERG | ehw@erichweinberg.com |
| LAW OFFICES OF JAMES S. ROGERS | jsr@jsrogerslaw.com |
| LAW OFFICES OF JAMES SCOTT FARRIN | cbagley@farrin.com |
| LAW OFFICES OF JEFFREY MUTNICK | jmutnick@mutnicklaw.com |
| LAW OFFICES OF JEFFREY S. GLASSMAN, LLC | jlamkin@jeffreysglassman.com; bnaumes@jeffreysglassman.com |
| LAW OFFICES OF MICHAEL L. RAIR, PA | mrairlaw@aol.com |
| LAW OFFICES OF PETER G ANGELOS, PC | nbonadio@lawpga.com |
| LAW OFFICES OF SEAN M. CLEARY | seancleary@clearypa.com |
| LAW OFFICES OF THEIDA SALAZAR | salazarlawgroup@gmail.com |

| NAME | EMAIL |
|------|-------|
| LAW OFFS. OF PETER G. ANGELOS, P.C. | langelos@lawpga.com |
| LAW OFFS. OF RICHARD R BARRETT PLLC | rrb@rrblawfirm.net |
| LEE COSSELL & CROWLEY, LLP | nlee@nleelaw.com |
| LENZE KAMERRER MOSS, PLC | jlenze@lenzelawyers.com |
| LEVIN FISHBEIN SEDRAN & BERMAN | jcampbell@azinjurylaw.com |
| LEVIN SEDRAN & BERMAN | mweinkowitz@lfsblaw.com |
| LEVIN SIMES ABRAMS LLP | mmccormick@levinsimes.com |
| LEVIN SIMES LLP | jcampbell@azinjurylaw.com; mmccormick@levinsimes.com |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL & PROCTOR, P.A. | cstephenson@levinlaw.com |
| LEVY BALDANTE FINNEY & RUBENSTEIN | rubenstein@levybaldante.com; mcohen@levybaldante.com |
| LEVY BALDANTE FINNEY & RUBENSTEIN | rubenstein@levybaldante.com; mcohen@levybaldante.com |
| LEVY BALDANTE FINNEY & RUBENSTEIN | rubenstein@levybaldante.com; mcohen@levybaldante.com |
| LEVY BALDANTE FINNEY & RUBENSTEIN | rubenstein@levybaldante.com; mcohen@levybaldante.com |
| LEVY KONIGSBERG LLP | mmaimon@levylaw.com; jblock@levylaw.com |
| LEVY KONIGSBERG LLP | mmaimon@levylaw.com; jblock@levylaw.com |
| LEWIS SAUL & ASSOCIATES, P.C. | info@lewissaul.com |
| LEWIS, KULLMAN, STERBCOW & ABRAMSON | kcourtney@lksalaw.com |
| LIAKOS LAW APC | jenn@jennliakoslaw.com |
| LIEFF CABRASER HEIMANN & BERNSTEIN | wfleishman@lchb.com |
| LIEFF CABRASER HEIMANN & BERNSTEIN | wfleishman@lchb.com |
| LILLIS LAW FIRM | info@mbfirm.com |
| LINVILLE LAW GROUP | info@linvillelawgroup.com; info@linvillefirm.com |
| LOBER & DOBSON, LLC | admcbride@lddlawyers.com; wgd@lddlawyers.com |
| LOBER & DOBSON, LLC | admcbride@lddlawyers.com; wgd@lddlawyers.com |
| LOCKS LAW FIRM | aanthony@lockslaw.com |
| LOCKS LAW FIRM | aanthony@lockslaw.com |
| LOWRANCE LUNDELL LOFGREN | nmismash@3law.com; rados@onderlaw.com |
| LUDWIG LAW FIRM, PLC | kyle@ludwiglawfirm.com |
| LYNN LAW FIRM | kshannon@lynnlaw.com |
| MALATESTA LAW OFFICES, LLC | inquiry@malatestalaw.com |
| MANIER & HEROD | info@manierherod.com; jstone@manierherod.com; jwear@manierherod.com; swilliams@manierherod.com |
| MARLIN & SALTZMAN LLP | alazar@marlinsaltzman.com |

LTL MANAGEMENT LLC    Case No. 23-01092 (MBK)
Electronic Mail Additional Service List

| NAME | EMAIL |
|------|-------|
| MARTIN BAUGHMAN, PLLC | lbaughman@martinbaughman.com; rwright@martinbaughm |
| MARTINIAN & ASSOCIATES, INC. | tm@martinianlaw.com; arash@zabetianlaw.com |
| MARTZELL, BICKFORD & CENTOLA | info@mbfirm.com |
| MASSIMO & PAWETTA, P.C. | panettalaw@aol.com |
| MATERN LAW GROUP, PC | jboxer@maternlawgroup.com; mmatern@maternlawgroup.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD | bfrench@mrhfmlaw.com; cthompson@mrhfmlaw.com; sratcliffe@mrhfmlaw.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD | bfrench@mrhfmlaw.com; cthompson@mrhfmlaw.com; sratcliffe@mrhfmlaw.com |
| MAURO, SAVO, CAMERINO, GRANT & SCHALK, P.A. | schalk@maurosavolaw.com |
| MCDERMOTT & HICKEY | chip@mcdermotthickeylaw.com |
| MCEWEN LAW FIRM, LTD. | gmcewen@mcewenlaw.com |
| MCGOWAN, HOOD & FELDER, LLC | jfelder@mcgowanhood.com; rhood@mcgowanhood.com; jw |
| MCSWEENEY/LANGEVIN, LLC | ram@westrikeback.com |
| MEDLEY LAW GROUP | don@medleylawgroup.com |
| MEGARGEL & ESKRIDGE CO., LPA | info@memlawohio.com |
| MERCHANT LAW GROUP LLP | dchung@merchantlaw.com |
| MESHBESHER & SPENCE, LTD. | tnemo@meshbesher.com; adavick@meshbesher.com; abiermann@meshbesher.com; dstewart@meshbesher.com; epalmer@meshbesher.com |
| MESSA & ASSOCIATES, P.C. | imclafferty@messalaw.com; jmessa@messalaw.com |
| MEYERS & FLOWERS, LLC | pjf@meyers-flowers.com |
| MICHAEL BRANDY LYNCH FIRM | michael@mblynchfirm.com |
| MICHAEL DAVID LAW | michaeldavidlaw@aol.com |
| MILBERG COLEMAN BRYSON PHILLIPS | rkassan@milberg.com |
| MILBERG COLEMAN BRYSON PHILLIPS | rkassan@milberg.com |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN | rkassan@milberg.com |
| MILLER DELLAFERA PLC | tdellafera@millerdellafera.com |
| MILLER PITT FELDMAN & MCANALLY P.C. | plimperis@mpfmlaw.com |
| MILSTEIN JACKSON FAIRCHILD WADE LLP | lplesset@mjfwlaw.com |
| MOLL LAW GROUP | info@molllawgroup.com |
| MONTROSE LAW LLP | yamselem@montroselawllp.com |
| MOORE LAW GROUP PLLC | jennifer@moorelawgroup.com |
| MORELLI LAW FIRM, PLLC | dsirotkin@morellilaw.com |
| MORGAN & MORGAN, P.A. | mgoetz@forthepeople.com |

| NAME | EMAIL |
|------|-------|
| MORGAN & MORGAN, P.A. | mgoetz@forthepeople.com |
| MORRELL LAW FIRM, PLLC | dsirotkin@morellilaw.com |
| MORRIS & PLAYER PLLC | rroot@morrisbart.com |
| MORRIS BART & ASSOCIATES | rroot@morrisbart.com |
| MORRIS LAW FIRM | jmorris@jamlawyers.com |
| MORRIS LAW FIRM | jmorris@jamlawyers.com |
| MORRIS, CARY, ANDREWS, TALMADGE & | jamorris@mcatlaw.com; dtalmadge@mcatlaw.com |
| MOTLEY RICE NEW JERSEY LLC | dlapinski@motleyrice.com; jhurst@motleyrice.com; cscott@motleyrice.com |
| MOTLEY RICE, LLC | dlapinski@motleyrice.com; jhurst@motleyrice.com; cscott@motleyrice.com |
| MOTLEY RICE, LLC | dlapinski@motleyrice.com; jhurst@motleyrice.com; cscott@motleyrice.com |
| MOTLEY RICE, LLC | dlapinski@motleyrice.com; jhurst@motleyrice.com; cscott@motleyrice.com |
| MOTLEY RICE, LLC | dlapinski@motleyrice.com; jhurst@motleyrice.com; cscott@motleyrice.com |
| MOTLEY RICE, LLC | dlapinski@motleyrice.com; jhurst@motleyrice.com; cscott@motleyrice.com |
| MOTLEY RICE, LLC | dlapinski@motleyrice.com; jhurst@motleyrice.com; cscott@motleyrice.com |
| MUELLER LAW PLLC | sfaries@muellerlaw.com; sfaries@pulaskilawfirm.com |
| MURRAY LAW FIRM | cthomas@murray-lawfirm.com |
| NACHAWATI LAW GROUP | pluff@fnlawfirm.com; ngibson@fnlawfirm.com; jlong@fnlawfirm.com; dmcdowell@fnlawfirm.com |
| NAPOLI SHKOLNIK PLLC | ssacks@napolilaw.com; magnetti@napolilaw.com; pnapoli@nsprlaw.com |
| NAPOLI SHKOLNIK PLLC | ssacks@napolilaw.com; magnetti@napolilaw.com; pnapoli@nsprlaw.com |
| NAPOLI SHKOLNIK PLLC | ssacks@napolilaw.com; magnetti@napolilaw.com; pnapoli@nsprlaw.com |

| NAME | EMAIL |
|------|-------|
| NAPOLI SHKOLNIK PLLC | ssacks@napolilaw.com; magnetti@napolilaw.com; pnapoli@nsprlaw.com |
| NAPOLI SHKOLNIK PLLC | ssacks@napolilaw.com; magnetti@napolilaw.com; pnapoli@nsprlaw.com |
| NAPOLI SHKOLNIK PLLC | ssacks@napolilaw.com; magnetti@napolilaw.com; pnapoli@nsprlaw.com |
| NASH & FRANCISKATO LAW FIRM | bfranciskato@nashfranciskato.com |
| NASS CANCELLIERE BRENNER | emnass@nasscancelliere.com |
| NEAL & HARWELL, PLC | cbarrett@nealharwell.com |
| NEWLANDS AND CLARK | shane@newlandsclark.com |
| NICOLE M VARISCO, ESQ | nicole.varisco@lawbbh.com |
| NIX PATTERSON & ROACH | cihrig@nixlaw.com |
| OCONNOR, MCGUINNESS, CONTE, DOYLE, | roleson@omcdoc.com |
| ODOM LAW FIRM, PA | office@odomfirm.com |
| OLDFATHER LAW FIRM | sdeskins@oldfather.com |
| OLEARY, SHELTON, CORRIGAN PETERSON | corrigan@osclaw.com |
| ONDER SHELTON OLEARY & PETERSON LLC | blair@onderlaw.com |
| ONDERLAW, LLC | rados@onderlaw.com; onder@onderlaw.com |
| OSBORNE & FRANCIS LAW FIRM PLLC | rbell@realtoughlawyers.com; josborne@realtoughlawy |
| PADILLA LAW GROUP | jpadilla@padillalawgroup.com |
| PANISH, SHEA & BOYLE | pkaufman@psbr.law |
| PARAFINCZUK WOLF, P.A. | jparafinczuk@parawolf.com |
| PARAFINCZUK WOLF, P.A. | jparafinczuk@parawolf.com |
| PARKER WAICHMAN LLP | mmuhlstock@yourlawyer.com |
| PATRICK MILLER, LLC | pmiller@patrickmillerlaw.com |
| PAUL LLP | rick@paulllp.com |
| PENDLEY, BAUDIN & COFFIN, LLP | pwpendley@pbclawfirm.com |
| PIERCE SKRABANEK BRUERA, PLLC | intake@psbfirm.com |
| PLYMALE LAW FIRM | dplymale@dugan-lawfirm.com |
| POGUST BRASLOW & MILLROOD, LLC | mdaly@pogustmillrood.com |
| PORTER & MALOUF, PA | patrick@portermalouf.com; tim@portermalouf.com |
| POTTS LAW FIRM | afunk@potts-law.com |
| POULIN, WILLEY, ANASTOPOULO, LLC | info@akimlawfirm.com |
| POURCIAU LAW FIRM, LLC | drp@pourciaulaw.com |
| PRATT & ASSOCIATES | pgore@prattattorneys.com |
| PRATT & TOBIN, P.C. | lawoffice@prattandtobin.com |
| PRESZLER INJURY LAWYERS | rhowe@preszlerlaw.com |
| PRESZLER LAW FIRM LLP | dshane@preszlerlaw.com |
| PRIBANIC & PRIBANIC, LLC | vpribanic@pribanic.com |
| PROVOST UMPHREY LAW FIRM | jaj@m-j.com |
| PULASKI LAW FIRM | info@pulaskilawfirm.com |

LTL MANAGEMENT LLC Apx. C-2 01092 (MBK)

Electronic Mail Additional Service List

| NAME | EMAIL |
|---|---|
| PUTNICK LEGAL, LLC | marybeth@putnicklegal.com |
| PUTNICK LEGAL, LLC | marybeth@putnicklegal.com |
| RAHDERT & MORTIMER, PLLC | servicemort@rahdertlaw.com |
| RAIPHER PC | mjk@raipher.com; tsl@raipher.com; rdp@raipher.com |
| RAPPAPORT, GLASS, LEVINE & ZULLO | tvalet@rapplaw.com |
| REICH & BINSTOCK, LLP | bbinstock@reichandbinstock.com; dreich@reichandbinstock.com |
| REMER & GEORGES-PIERRE, PLLC | jcosta@rgph.law; agp@rgph.law |
| RHEINGOLD, GIUFFRA RUFFO & PLOTKIN | drheingold@rheingoldlaw.com |
| RHEINGOLD, GIUFFRA RUFFO & PLOTKIN | drheingold@rheingoldlaw.com |
| RICHARDSON RICHARDSON BOUDREAUX | marketing@rrbok.com |
| RICHARDSON, THOMAS, HALTIWANGER, | will@richardsonthomas.com; terry@richardsonthomas.com |
| RILEYCATE, LLC | kbriley@barrettlawgroup.com |
| RIVERA LAW OFFICES, PLLC | celia@riveralawoffices.com |
| ROBBINS ROSS ALLOY BELINFANTE | adenton@robbinsfirm.com |
| ROBINS KAPLAN, LLP | mmeghjee@robinskaplan.com |
| ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC. | inquiry@robinsonfirm.com; mrobinson@robinsonfirm.com |
| ROCHON GENOVA LLP | jrochon@rochongenova.com |
| ROSS FELLER CASEY, LLP | sberger@rossfellercasey.com; mhoffman@rossfellercasey.com |
| ROSS LAW OFFICES, P.C. | hrosslaw@gmail.com |
| ROURKE AND BLUMENTHAL, LLP | mrourke@randbllp.com |
| SALKOW LAW, APC | contact@salkowlaw.com |
| SALTZ MONGELUZZI & BENDESKY PC | jcohan@smbb.com; lcohan@smbb.com |
| SALVI, SCHOSTOK & PRITCHARD P.C. | psalvi@salvilaw.com |
| SANDERS PHILLIPS GROSSMAN, LLC | rkassan@milberg.com |
| SANDERS VIENER GROSSMAN LLP | rkassan@milberg.com |
| SANDERS VIENER GROSSMAN LLP | rkassan@milberg.com |
| SANGISETTY LAW FIRM, LLC | rks@sangisettylaw.com |
| SATTERLEY & KELLEY | pkelley@satterleylaw.com |
| SAUNDERS & WALKER, P.A. | joe@saunderslawyers.com |
| SCHLESINGER LAW OFFICES, P.A. | potentialclient@schlesingerlaw.com |
| SCHMIDT & SETHI, PC | info@azinjurylaw.com |
| SCHNEIDER WALLACE COTTRELL KONECKY | aeskin@schneiderwallace.com |
| SCHROEDER MAUNDRELL BARBIERE POWERS | mahrens@smbplaw.com |
| SEEGER WEISS LLP | intake@seegerweiss.com |
| SEIDMAN MARGULIS & FAIRMAN, LLP | sseidman@seidmanlaw.net |
| SEITHEL LAW LLC | lynn@seithellaw.com |
| SERLING & ABRAMSON, P.C. | eabramson@serlinglaw.com |
| SHELBY RODEN | dshelby@shelbyroden.com |
| SHINDLER, ANDERSON, GOPLERUD & WEESE P.C. | goplerud@sagwlaw.com; marty@sagwlaw.com |

| NAME | EMAIL |
|------|-------|
| SIMMONS HANLY CONROY | tmiracle@simmonsfirm.com; jkramer@simmonsfirm.com |
| SIMMONS HANLY CONROY | tmiracle@simmonsfirm.com; jkramer@simmonsfirm.com |
| SIMON GREENSTONE PANATIER | jbj@sgpblaw.com; cpanatier@sgpblaw.com |
| SINGLETON SCHREIBER MCKENZIE & SCOTT, LLP | info@singletonschreiber.com |
| SKIKOS, CRAWFORD, SKIKOS & JOSEPH | adesmond@skikos.com |
| SLACK & DAVIS LLP | jdavis@slackdavis.com |
| SMITH, GILDEA & SCHMIDT LLC | cmorabito@sgs-law.com |
| SOMMERS SCHWARTZ, PC | rsickels@sommerspc.com |
| SOUTHERLAND LAW FIRM, PLLC | wes@southerland-law.com |
| STANLEY LAW GROUP | skitner@stanleylawgroup.com; marcstanley@mac.com |
| STEVENSON LEGAL GROUP, PLLC | damon@damonstevensonlaw.com |
| STEWART & STEWART | mike@getstewart.com |
| STRAUSS TROY CO., LPA | rrparry@strausstroy.com |
| SUGARMAN LAW, LLC | bsugarman@sugarmanlawfirm.com |
| SULLIVAN PAPAIN BLOCK MCGRATH & | spbmc-ny@triallaw1.com |
| SULLO & SULLO, LLP | asullo@sullowlaw.com |
| SUMMERS & JOHNSON, P.C. | aaron@summersandjohnson.com |
| SUTTON, ALKER & RATHER, LLC | malker@sutton-alker.com; csutton@sutton-alker.com |
| SWMW LAW, LLC | ben@swmwlaw.com |
| SZAFERMAN LAKIND BLUMSTEIN & BLADER | jbauer@szaferman.com |
| TAFT STETTINIUS & HOLLISTER LLP | moneil@taftlaw.com |
| TALMADGE BRADDOCK | raddock@icloud.com |
| TAUTFEST BOND | mbond@tautfestbond.com |
| TERRELL HOGAN YEGEL, P.A. | terrell@terrellhogan.com |
| THE ALVAREZ LAW FIRM | alex@talf.law; phillip@talf.law |
| THE BARNES FIRM, LC | joe.vazquez@cellinoandbarnes.com; joe.vazquez@thebarnesfirm.com |
| THE BENTON LAW FIRM, PLLC | jeff@jeffbenton.com |
| THE BRANDI LAW FIRM | info@brandilaw.com |
| THE CARLSON LAW FIRM | ccarlson@carlsonattorneys.com |
| THE CHEEK LAW FIRM | lcheek@thecheeklawfirm.com; kcheek@thecheeklawfirm.com |
| THE CLORE LAW GROUP LLC | mark@clorelaw.com; alisha@clorelaw.com |
| THE CRONE LAW FIRM, PLC | acrone@cronelawfirmplc.com |
| THE CUFFIE LAW FIRM | crolle@cuffielawfirm.com |
| THE DAILEY LAW FIRM | william.dailey@thedaileyfirm.com |
| THE DEATON LAW FIRM | all-deaton@deatonlawfirm.com |
| THE DIAZ LAW FIRM, PLLC | tripp@diazlawfirm.com |
| THE DIETRICH LAW FIRM, PC | bwood@calljed.com |
| THE DILORENZO LAW FIRM, LLC | joel@dilorenzo-law.com |
| THE DREESEN LAW FIRM, LLC | mdreesen@dreesenlaw.com |

Electronic Mail Additional Service List

| NAME | EMAIL |
|---|---|
| THE DUGAN LAW FIRM | mekel@dugan-lawfirm.com; mark@dugan-lawfirm.com; j |
| THE DUNKEN LAW FIRM | tdunken@dunkenlaw.com |
| THE FERRARO LAW FIRM, P.A. | lbr@ferrarolaw.com; jlb@ferrarolaw.com |
| THE GATTI LAW FIRM | rjennings@gattilaw.com |
| THE GORI LAW FIRM, P.C. | beth@gorijulianlaw.com; sara@gorijulianlaw.com; todd@gorijulianlaw.com |
| THE GORI LAW FIRM, P.C. | beth@gorijulianlaw.com; sara@gorijulianlaw.com; todd@gorijulianlaw.com |
| THE GORNY LAW FIRM, LC | steve@gornylawfirm.com |
| THE GOSS LAW FIRM, P.C. | info@goss-lawfirm.com |
| THE GROSSMAN LAW FIRM | jharwoodruhl@grossmanjustice.com |
| THE HANNON LAW FIRM, LLC | khannon@hannonlaw.com |
| THE JACOB D. FUCHSBERG LAW FIRM | i.welk@fuchsberg.com |
| THE KING FIRM | aberger@allan-berger.com |
| THE KRUGER LAW FIRM | info@thekrugerlawfirm.com |
| THE LAW FIRM OF LARRY HELVEY | lhelvey@helveylaw.com |
| THE LAW OFFICES OF ERIC H. WEINBERG | ehw@erichweinberg.com |
| THE LAW OFFICES OF MELVIN W BRUNSON | melvinbrunson@comcast.net |
| THE LAW OFFICES OF PETER G. ANGELOS | tminkin@lawpga.com |
| THE LAW OFFICES OF SEAN M CLEARY | sean@clearypa.com |
| THE LEVENSTEN LAW FIRM, P.C. | mwj@levenstenlawfirm.com; sdl@levenstenlawfirm.com |
| THE MADALON LAW FIRM | joseph@madalonlaw.com |
| THE MICHAEL BRADY LYNCH FIRM | michael@mblynchfirm.com |
| THE MILLER FIRM, LLC | tshah@millerfirmllc.com; choke@millerfirmllc.com |
| THE ONDER LAW FIRM | onder@onderlaw.com |
| THE PATE LAW FIRM | sunlaw@gmail.com |
| THE PENTON LAW FIRM | fedcourtmail@thepentonlawfirm.com |
| THE POINTE | afunk@potts-law.com |
| THE POTTS LAW FIRM, LLP | afunk@potts-law.com |
| THE POTTS LAW FIRM, LLP | afunk@potts-law.com |
| THE REARDON LAW FIRM, P.C. | kreardon@reardonlaw.com |
| THE RUTH LAW TEAM | attorneys@getjustice.com |
| THE SEGAL LAW FIRM | edward.amos@segal-law.com; jason.foster@segal-law.com; scott.segal@segal-law.com |
| THE SIMON LAW FIRM, PC | asimon@simonlawpc.com; jsim |
| THE SMITH LAW FIRM, PLLC | allen@smith-law.org |
| THE WASHINGTON FIRM, PC | info@thewfirm.com |
| THE WEINBERG LAW FIRM | ehw@erichweinberg.com |
| THE WHITEHEAD LAW FIRM, LLC | kate@whiteheadfirm.com; cmw@whiteheadfirm.com |

| NAME | EMAIL |
|---|---|
| THE WHITTEMORE LAW GROUP, PA | justice@wherejusticematters.com |
| THORNTON LAW FIRM LLP | alandry@tenlaw.com |
| TORHOERMAN LAW LLC | sdavis@torhoermanlaw.com |
| UNGLESBY LAW FIRM | lance@unglesbylaw.com |
| VAUGHAN LAW FIRM PC | jeff@legaltrialteam.com |
| VENTURA LAW | info@venturalaw.com |
| VICKERY & SHEPHERD, LLP | fred@justiceseekers.com |
| VISRAM-GIRALDO LAW GROUP, LLP | svisram@vg.law |
| VOGELZANG LAW | nvogelzang@vogelzanglaw.com |
| WAGSTAFF & CARTMELL, LLP | tcartmell@wcllp.com; vgross@wcllp.com |
| WAGSTAFF LAW FIRM | albert.northrup@andruswagstaff.com |
| WALKER, HAMILTON & KOENIG, LLP | tim@whk-law.com; clarissa@whk-law.com |
| WALLACE & GRAHAM | bgraham@wallacegraham.com |
| WALTON TELKEN FOSTER, LLC | slyons@waltontelken.com; stelken@waltontelken.com |
| WARD BLACK LAW | jwblack@wardblacklaw.com |
| WATERS & KRAUS, LLP | lmaclean@waterskraus.com |
| WEINSTEIN CAGGIANO PLLC | brian@weinsteincouture.com |
| WEITZ & LUXENBERG | mbratt@weitzlux.com; bsharma@weitzlux.com; erelkin@weitzlux.com; jdelaney@weitzlux.com; lbusch@weitzlux.com |
| WEITZ & LUXENBERG | mbratt@weitzlux.com; bsharma@weitzlux.com; erelkin@weitzlux.com; jdelaney@weitzlux.com; lbusch@weitzlux.com |
| WEITZ & LUXENBERG | mbratt@weitzlux.com; bsharma@weitzlux.com; erelkin@weitzlux.com; jdelaney@weitzlux.com; lbusch@weitzlux.com |
| WEITZ & LUXENBERG | mbratt@weitzlux.com; bsharma@weitzlux.com; erelkin@weitzlux.com; jdelaney@weitzlux.com; lbusch@weitzlux.com |
| WEXLER WALLACE LLP | kaw@wbe-llp.com; jnb@wbe-llp.com; kae@wbe-llp.com |
| WHITE & WEDDLE, P.C. | charles@whiteandweddle.com |
| WILENTZ, GOLDMAN & SPITZER, P.A. | dlapinski@motleyrice.com |
| WILENTZ, GOLDMAN & SPITZER, P.A. | dlapinski@motleyrice.com |
| WILL DAVIDSON LLP | gwill@willdavidson.ca |
| WILLIAM D. BRANDT, P.C. | bill@brandtlawoffices.com |
| WILLIAM G. COLVIN, PLLC | scurrey@williamgcolvinlaw.com; bcolvin@williamgcolvinlaw.com |
| WILLIAMS & WILLIAMS | cbhutto@williamsattys.com |
| WILLIAMS DECLARK TUSCHMAN CO, LPA | ctuschman@wdtlaw.org |
| WILLIAMS, KIRK (879031) | doccorrespondenceunit@doc.wa.gov |

| NAME | EMAIL |
|------|-------|
| WILSON LAW PA | kim@wilsonlawpa.com |
| WILSON LAW PA | kim@wilsonlawpa.com |
| WOCL LEYDON LLC | nwocl@woclleydon.com |
| WRIGHT & SCHULTE, LLC | rschulte@legaldayton.com |
| WYLDER CORWIN KELLY LLP | akelly@wcklaw.com |
| YAEGER LAW, PLLC | info@yourlegalcounsel.net; laura@yourlegalcounsel.net |
| YEAROUT & TRAYLOR, P.C. | gyearout@yearout.net |
| ZELBST, HOLMES & BUTLER | zelbst@zelbst.com |
| ZEVAN DAVIDSON ROMAN LLC | david@zevandavidson.com |
| ZINNS LAW, LLC | sharon@zinnslaw.com |
| ABTAHI LAW GROUP LLC | aabtahi@abtahilaw.com |
| BAEHR, MEIROWITZ & WASSERBERG, LLP | no email found |
| BARNES & THORNBURG LLP | jmurdica@btlaw.com; sko@btlaw.com |
| BELLUCK & FOX, LLP | kristinageorgiou@gmail.com |
| BEREZOFSKY LAW GROUP, LLC | eberezofsky@motleyrice.com |
| BERMAN & SIMMONS, P. A. | sfaunce@bermansimmons.com; ekayatta@bermansimmons.com; bgideon@bermansimmons.com |
| BERN CAPPELLI LLC | sricci@bernllp.com |
| BOURDETTE & PARTNERS | pcbb@bourdettelaw.com; mrbb@bourdettelaw.com |
| BREIT LAW PC | bbreit@breitlawyer.com |
| BRIAN E ADORNO ATTORNEY AT LAW, LLC | no email found |
| BROWN CHIARI LLP | twalsh@brownchiari.com |
| BUCKINGHAM BARRERA VEGA | adrian@buckbarrlaw.com |
| BURCH & GEORGE | derekburch@burch-george.com |
| COLLEY SHROYER & ABRAHAM CO. LLC | dabraham@csajustice.com |
| DAVIS, BETHUNE & JONES, L.L.C. | gdavis@dbjlaw.net |
| DEGARIS LAW | asapone@wrightmccall.com |
| DENNIS LAW FIRM | dennislaw1959@hotmail.com |
| DUERRING LAW OFFICES | duerringlaw.j.j@gmail.com |
| EARLY LUCARELLI SWEENEY & MEISENKOTHEN | no email found |
| FRAZER LAW LLC | patrick@frazer.law |
| FRAZER PLC | patrick@frazer.law |
| GUILLORY & MCCALL, L.L.C. | reg@gmlawllc.com |
| GUSTAFON GLUEK | dgustafson@gustafsongluek.com; awilliams@gustafsongluek.com |
| HAIR SHUNNARAH TRIAL ATTORNEYS LLC | usner@hairshunnarah.com |
| HARRISON DAVIS STEAKLEY MORRISON | zollie@thetriallawyers.com |
| HEARD LAW FIRM, PLLC | hlfpi@heardmerman.com |
| HERMAN GEREL, LLP | no email found |
| HILLARD MUNOZ GONZALES, LLP | cpinedo@hmglawfirm.com |
| HILLIARD MARTINEZ GONZALES, LLP | cpinedo@hmglawfirm.com |
| HUGHES LAW FIRM, PLLC | thughes@hstattorneys.com |

Electronic Mail Additional Service List

| NAME | EMAIL |
|------|-------|
| JAVERBAUM WURGAFT HICKS | frodriguez@lawjw.com |
| JOHNSON LAW GROUP | badham@johnsonlawgroup.com |
| KAPUSTA DEIHL & SCHWEERS, LLC | deihl@kds.legal |
| KEEFE BARTELS | ssullivan@johnkeefelaw.com |
| KENT M. LUCACCIONI, LTD. | team@kmlltdlaw.com |
| KILLIAN, DAVIS, RICHTER & MAYLE, PC | nick@killianlaw.com |
| KIRTLAND & PACKARD, LLP | mlk@kirtlandpackard.com |
| KLEIN FRANK, P.C. | beth@kleinfrank.com |
| KLINE & SPECTER, P.C. | priscilla.jimenez@klinespecter.com |
| LARSEN ADVOCATES, PC | klarsen@larsenadvocates.com |
| LAW OFF OF ISAAC TOVEG PROFESSIONAL | isaactoveg@aol.com |
| LAW OFF OF WAYNE E. FERRELL, JR, PLLC | wferrel@airlawonline.com |
| LAW OFFICE OF ISAAC TOVEG | isaactoveg@aol.com |
| LAW OFFICE OF TIMOTHY B MOORE, LC | no email found |
| LAW OFFICES OF KRUSKELL | laurensierra@gmail.com |
| LOPEZ-MCHUGH, LLP | no email found |
| LUNDY, LUNDY, SOILEAU & SOUTH, LLP | khightower@lundylawllp.com |
| MARTIN & JONES | cguest@yourlawyer.com |
| MARTIN STANLEY | no email found |
| MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| MCELDREW YOUNG | jim@mceldrewpurtell.com |
| MCNULTY LAW FIRM | no email found |
| MEIROWITZ & WASSERBERG, LLP | no email found |
| MERSON LAW PLLC | jmerson@mersonlaw.com |
| MICHAEL HINGLE & ASSOCIATES, LLC | servewmhh@hinglelaw.com |
| MJR | mjr@rawnsleylaw.org |
| MURPHY, FALCON & MURPHY, P.A. | jmeeder@forthepeople.com |
| PETERSON & ASSOCIATE, P.C. | dmp@petersonlawfirm.com |
| PHILLIPS & PAOLICELLI, LLP | dwoodard@p2law.com |
| POWERS ROGERS & SMITH LLP | cdaley@powerrogers.com |
| PRO SE | no email found |
| PRO SE | no email found |
| REEVES & GOFF, P.C. | jgoff@reevesandgoff.com |
| RIESEN DURANT, LLC | chip@riesenduran.com |
| RODAL LAW, P.A. | chezky@forthepeople.com |
| SCOVERN LAW | scovern@scovernlaw.com |
| SHAW COWART, LLP | elshaw@shawcowart.com |
| SILL LAW GROUP, PLLC | matt@sill-law.com |
| SILL LAW GROUP, PLLC | matt@sill-law.com |
| SLATER, SLATER, SCHULMAN, LLP | aslater@sssfirm.com |
| STEVE MERRITT LAW | stevem@smerrittlaw.com |
| STONE GRANADE & CROSBY PC | lstrachan@sgclaw.com |

| NAME | EMAIL |
|------|-------|
| THE ALARID LAW FIRM, P.C. | camille_cordova@yahoo.com |
| THE BARNES FIRM, P.C. | joe.vazquez@thebarnesfirm.com |
| THE EARLY FIRM, LLC | no email found |
| THE ENTREKIN LAW FIRM | lance@entrekinlaw.com |
| THE LANIER LAW FIRM | michael.akselrud@lanierlawfirm.com |
| THE LAW FIRM OF JOSEPH H. LOW IV | no email found |
| THE MITCHELL FIRM, PLLC | no email found |
| THE WEBSTER LAW FIRM | jwebster@thewebsterlawfirm.com |
| USRY, WEEKS & MATTHEWS, APLC | trichardson@uwmlaw.com |
| WAGNER REESE, LLP | jgibson@wagnerreese.com |
| WILLIAMS KHERKHER HART BOUNDAS, LLP | sbrahmbhatt@whlaw.com |
| WISNER BAUM | rbwisner@wisnerbaum.com |
| WORRALL, JAMES, PRO SE | no email |

LTL MANAGEMENT LLC
Adv. Case No. 23-01092
Email Service List

| NAME | CONTACT | EMAIL |
|------|---------|-------|
| ANDRES PEREIRA LAW FIRM | ATTN ANDRES PEREIRA | apereira@andrespereirapc.com |
| ASHCRAFT & GEREL, LLP | ATTN MICHELLE PARFITT | mparfitt@ashcraftlaw.com |
| BEASLEY ALLEN LAW FIRM | ATTN LEIGH O'DELL | leigh.odell@beasleyallen.com |
| COLE SCHOTZ PC | ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| FERRER, POIROT & WANSBROUGH | ATTN JESSE FERRER & CHRISTINA FELLER | jferrer@lawyerworks.com; cfeller@lawyerworks.com |
| GENOVA BURNS LLC | ATTN: DANIEL M STOLZ | dstolze@genovaburns.com |
| GENOVA BURNS LLC | ATTN: DONALD W CLARKE | dclarke@genovaburns.com |
| GOLOMB SPIRT GRUNFELD | ATTN RICHARD GOLOMB | rgolomb@golomblegal.com |
| HILL CARTER FRANCO COLE & BLACK, PC | ATTN ELIZABETH CARTER | ecarter@hillhillcarter.com |
| JOHNSON LAW GROUP | ATTN BLAKE TANASE, BASIL ADHAM | badham@johnsonlawgroup.com |
| KARST VON OISTE LLP | ATTN ERIK KARST | epk@karstvonoiste.com |
| KAZAN, MCCLAIN, ET AL | ATTN STEVEN KAZAN | skazan@kazanlaw.com |
| LEVIN PAPANTINO RAFFERTY | ATTN C.TISI | ctisi@levinlaw.com |
| LEVY KONIGSBERG LLP | ATTN MOSHE MAIMON | mmaimon@levylaw.com |
| LIAKOS LAW | ATTN JENN LIAKOS | jenn@jennliakoslaw.com |
| LINVILLE LAW GROUP | ATTN GANDHI, VINITA | info@linvillelawgroup.com; info@linvillefirm.com |
| MCDONALD WORLEY | ATTN DON WORLEY | don@mcdonaldworley.com |
| MOTLEY RICE, LLC | ATTN DANIEL LAPINSKI | dlapinski@motleyrice.com |
| NACHAWATI LAW GROUP | ATTN MAJED NACHAWATI | mn@ntrial.com |
| ONDERLAW, LLC | ATTN JAMES ONDER | onder@onderlaw.com |
| OTTERBOURG P.C. | ATTN: RICHARD G. HADDAD & ADAM C. SILVERSTEIN | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, COLIN R ROBINSON & PETER J KEANE | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| PARKINS & RUBIO LLP | ATTN LENARD M PARKINS & CHARLES M RUBIO | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| PAUL HASTINGS LLP | ATTN KRIS HANSEN | krishansen@paulhastings.com |
| PAUL HASTINGS LLP | ATTN MATTHEW M MURPHY & MATTHEW MICHELI | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com |
| PULASKI KHERKHER PLLC | ATTN ADAM PULASKI | adam@pulaskilawfirm.com |
| ROBINSON CALCAGNIE, IINC. | ATTN MARK ROBINSON, JR | mrobinson@robinsonfirm.com |
| RUEB STOLLER DANIEL, LLP | ATTN GREGORY D. RUEB | greg@lawrsd.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN ALLISON M BROWN | allison.brown@skadden.com |
| THE KELLY FIRM, P.C. | ATTN: ANDREW J KELLY | akelly@kbtlaw.com |
| THE SHAPIRO LAW FIRM | ATTN: JANET A SHAPIRO | jshapiro@shapirolawfirm.com |
| TRAMMELL PC | ATTN FLETCHER V. TRAMMELL | fletch@trammellpc.com |
| WATTS GUERRA LLP | ATTN MIKAL WATTS | mcwatts@wattsguerra.com |
| WEITZ & LUXENBERG, P.C. | ATTN PERRY WEITZ | pw@weitzlux.com |
| WISNER BAUM | ATTN WISNER, ROBERT BRENT | rbwisner@wisnerbaum.com |

# EXHIBIT D

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

Page 1 of 36

ABTAHI LAW GROUP LLC
200 W MADISON ST, SUITE 2100
ALI ABTAHI
CHICAGO, IL  60606

AHDOOT & WOLFSON, PC
10728 LINDBROOK DR
ROBERT R. AHDOOT
LOS ANGELES, CA  90024

ALLAN BERGER AND ASSOCIATES
4173 CANAL STREET
GEIGER, ANDREW
NEW ORLEANS, LA  70119

ALLEN & NOLTE PLLC
5445 LA SIERRA DRIVE, SUITE 350
ALLEN, III, JOHN H TREY
DALLAS, TX  75231

ALOIA LAW FIRM LLC
2 BROAD STREET, STE 510
LUCIDO, VICTORIA A
BLOOMFIELD, NJ  07003

ANAPOL WEISS
EMILY B ASHE
130 N 18TH ST., STE 600
PHILADELPHIA, PA  19107

ANASTOPOULO LAW FIRM
32 ANN STREET
FEIDLER, STEFAN B
CHARLESTON, SC  29403

ANDREW THORNTON HIGGINS RAZMARA LLP
2 CORPORATE PARK, SUITE 110
THORNTON, JOHN C
IRVINE, CA  92606

ANDREW THORNTON HIGGINS RAZMARA LLP
JOHN C. THORNTON
4701 VON KARMAN AVE., STE 300
NEWPORT BEACH, CA  92660

ANDRUS WAGSTAFF, P.C.
9035 WADSWORTH PARKWAY, STE 4000
JOHN R. CRONE, ALBERT NORTHRUP
WESTMINISTER, CO  80021

ARNOLD & ITKIN LLP
1401 MCKINNEY STREET SUITE 2550
HOUSTON, TX  77010

ARNOLD & ITKIN LLP
K ARNOLD, J ITKIN, N WEXLER
6009 MEMORIAL DRIVE
HOUSTON, TX  77007

ASHCRAFT & GEREL
1825 K STREET, SUITE 700, NW
WASHINGTON, DC  20006

ASHCRAFT & GEREL
8280 WILLOW OAKS CORP DR. STE 600
PARENT, GREGORY J.; VASSIL, EMILY
FAIRFAX, VA  22031

ASPEY, WATKINS & DIESEL, PLLC
123 N SAN FRANCISCO ST
SUITE 300
FLAGSTAFF, AZ  86001

ATTN: DANIEL P. MCDYER
781 ELM SPRING ROAD
PITTSBURGH, PA  15243

AVA LAW GROUP, INC.
3667 VOLTAIRE STREET
VAN ARSDALE, ANDREW JACOB
SAN DIEGO, CA  92106

AXLEY BRYNELSON, LLP
2 EAST MIFFLIN STREET, PO BOX 1767
MADISON, WI  53701

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 16, 2023**

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

| | | |
|---|---|---|
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC<br>THORNBURGH, DANIEL J.<br>17 EAST MAIN STREET, SUITE 200<br>PENSACOLA, FL 32502 | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC<br>17 EAST MAIN STREET, SUITE 200,<br>P.O. BOX 12630 (32591)<br>PENSACOLA, FL 32502 | BABBITT, JOHNSON, OSBORNE & LECLAINCHE,<br>P.A.<br>PO BOX 222881<br>WEST PALM BCH, FL 33422-2881 |
| BACHUS & SCHANKER LLC<br>101 WEST COLFAX AVE, STE 650<br>DENVER, CO 80202 | BAEHR, MEIROWITZ & WASSERBERG, LLP<br>C/O DANIEL WASSERBERG<br>1040 SIXTH AVE, STE 12B<br>NEW YORK, NY 10018 | BAILEY COWAN HECKAMAN PLLC<br>1360 POST OAK BLVD., SUITE 2300<br>HOUSTON, TX 77056 |
| BAILLY AND MCMILLAN, LLP<br>707 WESTCHESTER AVE, STE 405<br>DEPONTO, RICHARD<br>WHITE PLAINS, NY 10604 | BALZARINI & WATSON<br>310 GRANT STREET, STE. 3303<br>BALZARINI, LAURA<br>PITTSBURGH, PA 15219 | BANNER LEGAL<br>SHAFER, JEREMY C<br>445 MARINE VIEW AVE., STE. 100<br>DEL MAR, CA 92014 |
| BARNES & THORNBURG LLP<br>2029 CENTURY PARK E SUITE 300<br>MURDICA, JAMES F. KO, SANDRA M.<br>LOS ANGELES, CA 90067 | BARNES LAW GROUP, LLC<br>31 ATLANTA STREET<br>ROSICHAN, BENJAMIN R.<br>MARIETTA, GA 30060 | BARON & BUDD, P.C.<br>3102 OAK LAWN AVENUE, SUITE 1100<br>DALLAS, TX 75219 |
| BARRETT LAW GROUP<br>404 COURT SQUARE NORTH<br>LEXINGTON, MS 39095 | BARRY, MCTIERNAN & WEDINGER<br>10 FRANKLIN AVE<br>EDISON, NJ 08837 | BART DURHAM INJURY LAW<br>DURHAM, BLAIR<br>404 JAMES ROBERTSON PKWY, STE 1712<br>NASHVILLE, TN 37219 |
| BATHGATE, WEGENER & WOLF<br>ONE AIRPORT ROAD<br>KASSELMAN, EDWARD<br>LAKEWOOD, NJ 08701 | BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>218 COMMERCE STREET MEADOWS<br>MONTGOMERY, AL 36104 | BECKER LAW GROUP<br>117 E COLORADO BLVD, STE 500<br>SHEAR, BRIAN E. BECKER, TODD B.<br>PASADENA, CA 91105 |

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M.& DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

BECNEL LAW FIRM, LLC
425 WEST AIRLINE HWY, STE B
LA PLACE, LA  70068

BEKMAN, MARDER, & ADKINS, LLC
1829 REISTERSTOWN RD STE 200
MOORE, AARON L
PIKESVILLE, MD  21208-7105

BELLUCK & FOX, LLP
546 FIFTH AVENUE, 4TH FLOOR
GEORGIOU, KRISTINA
NEW YORK, NY  10036

BEREZOFSKY LAW GROUP, LLC
210 LAKE DRIVE EAST, STE. 101
BEREZOFSKY, ESTHER
CHERRY HILL, NJ  08002

BERGMAN DRAPER OSLUND
C/O MATTHEW BERGMAN
821 2ND AVENUE, SUITE 2100
SEATTLE, WA  98104

BERGSTRESSER & POLLOCK PC
52 TEMPLE PLACE, 4TH FL
BOSTON, MA  02111

BERKE LAW FIRM, PA
PO BOX 101530
BERKE, BILL B.
CAPE CORAL, FL  33910-1530

BERMAN & SIMMONS, P. A.
129 LISBON STREET
FAUNCE, S, KAYATTA, E.A. GIDEON, B.R.
LEWISTON, ME  04240

BERN CAPPELLI LLC
101 WEST ELM STREET, SUITE 520
CONSHOHOCKEN, PA  19428

BERNHEIM KELLY BATTISTA & BLISS
4 COURT STREET
BERNHEIM, JESSE
PLYMOUTH, MA  02360

BERNSTEIN LIEBHARD LLP
10 E 40TH ST, FL 29
BURKE, DANIEL C.
NEW YORK, NY  10016

BEVAN & ASSOCIATES LPA, INC.
C/O THOMAS BEVAN
6555 DEAN MEMORIAL PKWY.
BOSTON HEIGHTS, OH  44236

BISNAR AND CHASE
1301 DOVE STREET, SUITE 120
NEWPORT BEACH, CA  92660

BLASINGAME, BURCH, GARRARD & ASHLEY,
P.C.
440 COLLEGE AVE, STE 320
ATHENS, GA  30603

BLASINGAME, BURCH, GARRARD & ASHLEY, PC
GARRARD, H, HILL, A, MATTHEWS, J
P.O. BOX 832
ATHENS, GA  30603

BLIZZARD & NABERS, LLP
5020 MONTROSE BLVD
SUITE 410
HOUSTON, TX  77006

BLOCK LAW FIRM, APLC
422 EAST FIRST STREET
LAMBERT, SARAH L HYMEL, MATTHEW P
THIBODAUX, LA  70302

BLOOD HURST & OREARDON LLP
501 WEST BROADWAY, SUITE 1490
GEIGER, ANDREW
SAN DIEGO, CA  92101

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by:  May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

BOHRER LAW FIRM, LLC
8712 JEFFERSON HIGHWAY, SUITE B
BOHRER, PHILIP
BATON ROUGE, LA  70809

BOODELL & DOMANSKIS, LLC
ONE N. FRANKLIN, STE. 1200
CHICAGO, IL  60606

BOUCHER LLP
21600 OXNARD STREET, SUITE 600
WOODLAND HILLS, CA  91367


BOURDETTE & PARTNERS
2924 WEST MAIN ST BOURDETTE, PHILIP
C. BOURDETTE, MIRIAM R.
VISALIA, CA  93291

BRADSHAW, FOWLER, PROCTOR &
FAIRGRAVE, P.C.
801 GRAND AVE 3700
DES MOINES, IA  50309-8004

BRANCH LAW FIRM
BRANCH, MARGARET MOSES
2025 RIO GRANDE BOULEVARD, NW
ALBUQUERQUE, NM  87104


BRAYTON PURCELL LLP
C/O GILBERT PURCELL
222 RUSH LANDING ROAD
NOVATO, CA  94945

BREIT LAW PC
5544 GREENWICH ROAD, STE 100
BREIT, WILLIAM D
VIRGINIA BEACH, VA  23462

BRIAN E ADORNO ATTORNEY AT LAW, LLC
611 N CAUSEWAY BLVD
ADORNO, BRIAN EDWARD
METAIRIE, LA  70001


BROWN CHIARI LLP
2470 WALDEN AVENUE
WALSH, THERESA M.
BUFFALO, NY  14225

BROWN READDICK BUMGARTNER CARTER
STRICKLAND & WATKINS LLP
5 GLYNN AVE, SCOTT, PAUL M
BRUNSWICK, GA  31521-0220

BROWN, READDICK, BUMGARTNER, CARTER,
STRICKLAND & WATKINS LLP
5 GLYNN AVENUE
BRUNSWICK, GA  31521-0220


BRUERA LAW FIRM PLLC
3714 AUDUBON PL
BRUERA, SOFIA E
HOUSTON, TX  77006

BRUERA LAW FIRM PLLC
BRUERA, SOFIA
3100 TIMMONS LANE, SUITE 310
HOUSTON, TX  77027

BRUSTER PLLC
680 N. CARROLL AVE., STE. 110
JOHNSON, C R, HULL, J C, BRUSTER, A
SOUTHLAKE, TX  76092


BUCK LAW FIRM
C/O ROBERT BUCK; FORUM NORTH, STE 360
3930 E JONES BRIDGE RD
PEACHTREE CORNERS, GA  30092

BUCKINGHAM BARRERA VEGA
2125 WYOMING BLVD., NE STE 100
ALBUQUERQUE, NM  87112

BURCH & GEORGE
204 N. ROBINSON AVENUE, STE. 1500
BURCH, DEREK K
OKLAHOMA CITY, OK  73102

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 16, 2023**

| | | |
|---|---|---|
| BURG SIMPSON ELDREDGE HERSH JARDINE<br>40 INVERNESS DRIVE EAST<br>ENGLEWOOD, CO  80112 | BURNETT LAW FIRM<br>3737 BUFFALO SPEEDWAY, 18TH FLOOR<br>HOUSTON, TX  77098 | BURNS CHAREST LLP<br>365 CANAL STREET, SUITE 1170<br>COX, SPENCER M.<br>NEW ORLEANS, LA  70130 |
| BURNS CHAREST LLP<br>900 JACKSON STREET, SUITE 500<br>COX, SPENCER M., COX, MARK<br>DALLAS, TX  75202 | BUZIN LAW, P.C.<br>PO BOX 529<br>PURCHASE, NY  10577-0529 | CALCAGNO & ASSOCIATES, LLP<br>A J CALCAGNO, G A FARRELL<br>213 SOUTH AVE EAST<br>CRANFORD, NJ  07016 |
| CAMPBELL & ASSOCIATES<br>717 EAST BLVD<br>HOOVER, PAYTON D, CAMPBELL, CLAIR G<br>CHARLOTTE, NC  28203 | CAPRETZ & ASSOCIATES<br>4667 MACARTHUR BLVD 310<br>NEWPORT BEACH, CA  92660 | CARAZO QUETGLAS LAW OFFICES<br>PMB 133 AVE. ESMERALDA 53, STE. 2<br>CARAZO-QUETGLAS, JORGE<br>GUAYNABO PUERTO, PR  00969 |
| CARDARO & PEEK, L.L.C.<br>201 NORTH CHARLES STREET, SUITE 2100<br>BALTIMORE, MD  21201 | CARLSON LAW FIRM<br>100 EAST CENTRAL TEXAS EXPY 90277<br>KILLEEN, TX  76541 | CARPENTER & SCHUMACHER, PC<br>2500 DALLAS PKWY STE 495<br>PLANO, TX  75093-4882 |
| CATES MAHONEY, LLC<br>216 WEST POINTE DR, SUITE A<br>CATES, DAVID I.<br>SWANSEA, IL  62226 | CELLINO & BARNES, P.C.<br>2500 MAIN PLACE TOWER<br>WILLIAMS, MICHAEL J.<br>BUFFALO, NY  14202-3725 | CHAFFIN LUHANA LLP<br>600 THIRD AVENUE 12TH FLOOR<br>LUHANA, ROOPAL P<br>NEW YORK, NY  10016 |
| CHAMP LYONS III, PC<br>PO BOX 131388<br>BIRMINGHAM, AL  35213-1388 | CHANDLER KLICS, LLP<br>C/O SYLVIA CHANDLER<br>912 MOUNT KEMBLE AVENUE<br>MORRISTOWN, NJ  07960 | CHAPPELL, SMITH & ARDEN, P.A.<br>2801 DEVINE ST, SUITE 300<br>COLUMBIA, SC  29205 |

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

CHEELEY LAW GROUP
ROBERT D. CHEELEY
2500 OLD MILTON PKWY, STE 200
ALPHARETTA, GA  30009

CHEHARDY, SHERMAN, WILLIAMS, RECILE,
STAKELUM & HAYES, LLP
1 GALLERIA BLVD 1100
METAIRIE, LA  70001

CHEONG, DENOVE, ROWELL & BENNETT
1990 S BUNDY DR STE 420
LOS ANGELES, CA  90025-1578

CHILDERS, SCHLUETER & SMITH, LLC
1932 NORTH DRUID HILLS ROAD, SUITE 100
ATLANTA, GA  30319

CHISHOLM & CHISHOLM, P.C.
516 FIRST AVENUE WEST
PO BOX 2034, CHISHOLM, DEAN
COLUMBIA FALLS, MT  59912-2034

CHRISTOPHER D. SMITH P.A.
1561 LAKEFRONT DR UNIT 204
SMITH, CHRISTOPHER D BEGGAN, JOHN
SARASOTA, FL  34240-1638

CLARK ROBB MASON COULMBE, ET AL.
350 CAMINO GARDENS BLVD STE 303
ROBB, MICHAEL A.
BOCA RATON, FL  33432-5825

CLAYEO C. ARNOLD, APC
865 HOWE AVENUE
WATSON, JOSHUA H. STRALEN, JOHN T.
SACRAMENTO, CA  92825

CLIFFORD LAW OFFICES, P.C.
120 N. LASALLE STREET, SUITE 3100
MCNULTY, PETER J.
CHICAGO, IL  60602

CLORE LAW GROUP LLC
125 WAPPOO CREEK DR
BUILDING G, STE 102
CHARLESTON, SC  29412

COHEN & MALAD, LLP
ONE INDIANA SQUARE, SUITE 1400
KNOLL, JONATHAN A.
INDIANAPOLIS, IN  46204

COHEN, PLACITELLA & ROTH
127 MAPLE AVE.
GEIER, DENNIS M.
RED BANK, NJ  07701

COHEN, PLACITELLA & ROTH, P.C.
2001 MARKET ST, SUITE 2900
GEIER, DENNIS M.
PHILADELPHIA, PA  19103

COLLEY SHROYER & ABRAHAM CO. LLC
536 SOUTH HIGH STREET
COLUMBUS, OH  43215

CONSTANT LEGAL GROUP LLP
PO BOX 161151
CONROY, ANDREW A
CLEVELAND, OH  44116

COOK, BARTHOLOMEW, SHEVLIN, COOK &
JONES LLP
12 W LINCOLN ST
BELLEVILLE, IL  62220

COONEY AND CONWAY
BARRETT, D, CONWAY, J, PORRETTA, C,
COONEY, M
120 N. LASALLE STREET, 30TH FLOOR
CHICAGO, IL  60602

CORBOY & DEMETRIO, P.C.
33 NORTH DEARBORN ST, 21TH FLOOR
LUMB, KENNETH T. DEMETRIO, TOM A
CHICAGO, IL  60602

| | | |
|---|---|---|
| CORRIE YACKULIC LAW FIRM, PLLC<br>110 PREFONTAINE PL SOUTH, STE 304<br>YACKULIC, CORRIE<br>SEATTLE, WA 98104 | CORY, WATSON, CROWDER & DEGARIS P.C.<br>2131 MAGNOLIA AVE., SUITE 200<br>HUNT, STEPHEN<br>BIRMINGHAM, AL 35205 | CPC<br>2 CORPORATE PARK, SUITE 110<br>IRVINE, CA 92606 |
| CPC<br>4701 VON KARMAN AVE., SUITE 300<br>NEWPORT BEACH, CA 92660 | CUNEO GILBERT & LADUCA, LLP<br>4725 WISCONSIN AVENUE, NW, STE 200<br>WASHINGTON, DC 20016 | CUTTER LAW, P.C.<br>401 WATT AVE.<br>SACRAMENTO, CA 95864 |
| DALIMONTE RUEB, LLP<br>1250 CONNECTICUT AVENUE NW, SUITE 200<br>WASHINGTON, DC 20036 | DALTON AND ASSOCIATES, PA<br>1106 WEST 10TH STREET<br>WILMINGTON, DE 19806 | DAMATO LAW FIRM, P.C.<br>2900 FIRE ROAD, SUITE 200<br>DAMATO, PAUL R.<br>EGG HARBOR TOWNSHIP, NJ 08234 |
| DANIEL & ASSOCIATES, LLC<br>7941 KATY FREEWAY, 791<br>DANIEL, PATRICK<br>HOUSTON, TX 77024 | DANZIGER & DE LLANO, LLP<br>MICHELLE WHITMAN<br>440 LOUISIANA ST, UNIT 1212<br>HOUSTON, TX 77002 | DARCY JOHNSON DAY, P.C.<br>3120 FIRE RD. SUITE 100<br>DARCY, ANDREW<br>EGG HARBOR TWP, NJ 08234 |
| DARLENE; SIMON GREENSTONE PANATIER,<br>PC; C/O CHRIS PANATIER<br>1201 ELM STREET, SUITE 3400<br>DALLAS, TX 75204 | DAVIS & CRUMP P.C.<br>2601 14TH ST, GULFPORT<br>ROCKSTAD, TREVOR B.<br>GULFPORT, MS 39501 | DAVIS, BETHUNE & JONES, L.L.C.<br>1100 MAIN STREET, SUITE 2930<br>DAVIS, GRANT L.<br>KANSAS CITY, MO 64105 |
| DEAN OMAR BRANHAM, LLP<br>C/O JESSICA DEAN<br>302 N. MARKET ST., SUITE 300<br>DALLAS, TX 75202 | DEAN; KAZAN, MCCLAIN, SATTERLEY &<br>GREENWOOD<br>C/O JOSEPH SATTERLEY<br>J LONDON MARKET 55 HARRISON ST 400<br>OAKLAND, CA 94607 | DECOF, BARRY, MEGA & QUINN, P.C.<br>ONE SMITH HILL<br>BARRY, PATRICK C.<br>PROVIDENCE, RI 02903 |

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

DEGARIS LAW
2 NORTH 20TH STREET, STE 1030
SAPONE, ANDREA L.
BIRMINGHAM, AL  35203

DEGARIS WRIGHT MCCALL
5707 W INTERSTATE 10 STE 101
SAN ANTONIO, TX  78201-2860

DELISE & HALL
528 W. 21ST AVENUE
HALL JR., ALTON J.
COVINGTON, LA  70433

DELL & DEAN PLLC
1225 FRANKLIN AVENUE SUITE 450
GARDEN CITY, NY  11530

DENNIS LAW FIRM
231 S BEMISTON AVE STE 800
SAINT LOUIS, MO  63105-1925

DIAMOND LAW
1700 E. RIVER ROAD, 65237
TUCSON, AZ  85728

DIAZ LAW FIRM, PLLC
208 WATERFORD SQUARE, STE 300
DIAZ JR., GERALD J.
MADISON, MS  39110

DICELLO LEVITT GUTZLER LLC
7556 MENTOR AVENUE
MENTOR, OH  44060

DICKEY LAW FIRM, LLP
C/O AARON DICKEY
1104 MOORLANDS DRIVE
ST. LOUIS, MO  63117

DICKS & COGLIANSE LLP
28 NORTH CENTER ST.
DICKS, MICHAEL DREW
MESA, AZ  85201

DICKSON KOHAN & BABLOVE LLP
20371 IRVINE AVE, SUITE 110
NEWPORT BEACH, CA  92660

DOBS & FARINAS, LLP
C/O KATHLEEN A. FARINAS
951 N. DELAWARE STREET
INDIANAPOLIS, IN  46202

DOLCE PANEPINTO, P.C.
1260 DELAWARE AVENUE
LICATA, JOHN B.
BUFFALO, NY  14209

DOMENGEAUX WRIGHT ROY & EDWARDS LLC
JEFFERSON TOWERS, SUITE 500, 556
JEFFERSON ST STEVENS, JR, ELWOOD C
LAFAYETTE, LA  70502-3668

DONALD L. SCHLAPPRIZZI P.C.
211 N BROADWAY, SUITE 2430
SCHLAPPRIZZI, CRAIG ANTHONY
ST. LOUIS, MO  63102

DOROTHY V. MAIER, PA
435 SOUTH RIDGEWOOD AVENUE
MAIER, DOROTHY V.
DAYTONA BEACH, FL  03211

DRISCOLL FIRM, P.C.
1311 PONDE DE LEON, 6TH FL
DRISCOLL, JOHN J.
SAN JUAN, PR  00907

DRISCOLL FIRM, P.C.
211 N. BROADWAY, STE. 2440
DRISCOLL, JOHN J.
ST. LOUIS, MO  63102

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT 10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-DESIGNATE EXHIBIT A OF THE TERM SHEET**

DRISCOLL FIRM, P.C.
7110 W. MAIN STREET
DRISCOLL, JOHN J.
BELLEVILLE, IL  62223

DUERRING LAW OFFICES
61191 US 31 SOUTH
DUERRING, SCOTT H.
SOUTH BEND, IN  46614

DUFFY LAW LLC
C/O CHRISTOPHER DUFFY
70 WASHINGTON ST STE 405
SALEM, MA  01970-3520

DUGAN LAW FIRM, PLC
365 CANAL PLACE
NEW ORLEANS, LA  70130

DWYER WILLIAMS POTTER
1558 SW NANCY WAY STE 101
BEND, OR  97702-3216

EARLY LUCARELLI SWEENEY & MEISENKOTHEN
BRIAN P KENNEY, ROBERT SWEENEY
ONE CENTURY TWR 11 FL 265 CHURCH ST
NEW HAVEN, CT  06510

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 DARREN RAY WOLF
DALLAS, TX  75202

EDLUND GALLAGHER HASLAM MCCALL WOLF
& WOOTEN, PLLC
1701 N. MARKET ST
STE 210 WOOTEN, COBY L. SM
DALLAS, TX  75202

EDWARD F. LUBY, LLC
222 SOUTH CENTRAL, STE 500
CLAYTON, MO  63105

EICHEN, CRUTCHLOW, ZASLOW & MCELROY,
LLP
40 ETHEL ROAD
EDISON, NJ  08817

EISENBERG, ROTHWEILER, WINKLER
EISENBERG & JECK, P.C.
1634 SPRUCE ST SCHOENHAUS, TODD A.
PHILADELPHIA, PA  19103

ELY BETTINI ULMAN ROSENBLATT & OZER
C/O BURT ROSENBLATT
3200 N. CENTRAL AVENUE, SUITE 1930
PHOENIX, AZ  85012

ELY LAW, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

ENVIRONMENTAL LITIGATION GROUP, PC
2160 HIGHLAND AVENUE SOUTH
MCKIE, KEVIN B. CADE, GREGORY A
BIRMINGHAM, AL  32205

ENVIRONMENTAL LITIGATION GROUP, PC
PO BOX 550219
ANDERSON, GARY A.
BIRMINGHAM, AL  32205

FAHRENBACH; KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH  44113

FAY LAW GROUP PLLC
1250 CONNECTICUT AVE, NW SUITE 200
WASHINGTON, DC  20036

FELDMAN & PINTO
30 S 15TH ST, 15TH FLOOR
LAURA A. FELDMAN
PHILADELPHIA, PA  19102

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

| | | |
|---|---|---|
| FITZGERALD KNAIER, LLP<br>402 WEST BROADWAY, SUITE 1400<br>KNAIER, ROBERT<br>SAN DIEGO, CA  92101 | FITZGERALD LAW GROUP, LLC<br>120 EXHANGE STREET, SUITE 200<br>FITZGERALD, KEVIN M<br>PORTLAND, ME  04101 | FLEMING, NOLEN & JEZ, LLP<br>2800 POST OAK BLVD., STE 4000<br>HOUSTON, TX  77056 |
| FLETCHER V. TRAMMELL<br>3262 WESTHEIMER ROAD, SUITE 423<br>HOUSTON, TX  77098 | FLINT LAW FIRM LLC<br>C/O ETHAN FLINT<br>222. E. PARK ST STE 500, PO BOX 189<br>EDWARDSVILLE, IL  62034 | FOX AND FARLEY<br>310 N. MAIN STREET<br>CLINTON, TN  37716 |
| FRANCOLAW PLLC<br>500 W. 2ND ST, FLOOR 19, SUITE 138<br>AUSTIN, TX  78701 | FRANKLIN, MOSELE & WALKER, PC<br>2060 NORTH LOOP WEST, STE 230<br>HOUSTON, TX  77018 | FRAZER LAW LLC<br>30 BURTON HILLS BLVD, STE 450<br>MCMURTRAY, PATRICK D. FRAZER II, T. ROE<br>NASHVILLE, TN  37215 |
| FRAZER PLC<br>30 BURTON HILLS BLVD, STE 450<br>NASHVILLE, TN  37215 | FREDEKING & BISER LAW OFFICES<br>511 EIGHTH STREET<br>BISER, PAUL E.<br>HUNTINGTON, WV  25701 | FRIEDMAN RUBIN, PLLP<br>1109 1ST AVE, STE. 501<br>SEATTLE, WA  98101 |
| FROST LAW FIRM, PC<br>C/O SCOTT FROST<br>273 WEST 7TH STREET<br>SAN PEDRO, CA  90731 | GACOVINO, LAKE & ASSOCIATES<br>270 WEST MAIN STREET<br>ZGODA, JR, RICHARD<br>SAYVILLE, NY  11782 | GAINSBURGH, BENJAMIN, DAVID<br>MEUNIER & WARSHAUER, LLC<br>1100 POYDRAS ST, ENERGY CENTRE, STE 2800<br>NEW ORLEANS, LA  70163-2800 |
| GALANTE & BIVALACQUA LLC<br>650 POYDRAS STREET, SUITE 2615<br>GALANTE, SCOTT M.<br>NEW ORLEANS, LA  70130 | GALIHER DEROBERTIS & WAXMAN LLP<br>820 MILILANI STREET, STE 505<br>WAXMAN, ILANA K SEGAWA, ALYSSA R<br>HONOLULU, HI  96813-2935 | GANCEDO LAW FIRM, INC<br>1575 NORTH LAKE AVE., 202<br>PASADENA, CA  91104 |

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

GARY C. JOHNSON P.S.C.
110 CAROLINE AVENUE
PIKEVILLE, KY 41501

GEOFFREY B. GOMPERS & ASSOC, P.C.
CITY CENTER; 1515 MARKET ST, STE 1650
GOMPERS, GEOFFREY B.
PHILADELPHIA, PA 19102

GHIORSO LAW OFFICE
494 STATE STREET, STE. 300
SALEM, OR 97301

GIBBS LAW GROUP LLP
1111 BROADWAY, SUITE 2100
KAREN BARTH MENZIES
LOS ANGELES, CA 94607

GIBBS LAW GROUP LLP
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

GIBSON & ASSOCIATES INC.
117 ALBANY AVE
WAYCROSS, GA 31502

GIRARDI & KEESE
1126 WILSHIRE BLVD.
GIRARDI, THOMAS V.
LOS ANGELES, CA 90017

GITLIN, HORN AND VAN DE KIEFT, LLP
2095 BROADWAY, STE. 411
NEW YORK, NY 10023

GLENN LOEWENTHAL, PC
3300 WINDY RIDGE PARKWAY, STE 710
ATLANTA, GA 30339

GLP ATTORNEYS, P.S., INC.
2601 4TH AVE., FLOOR 6
SEATTLE, WA 98121

GOETZ, BALDWIN & GEDDES, P.C.
35 NORTH GRAND AVE
NELSON, KYLE W. GEDDES, DEVLAN J.
BOZEMAN, MT 59771

GOLDBERG, PERSKY & WHITE, PC
C/O LEIF OCHELTREE
11 STANWIX STREET, SUITE 1800
PITTSBURGH, PA 15222

GOLDENBERG HELLER & ANTOGNOLI, PC
2227 SOUTH STATE ROUTE 157
THOMAS J LECH, KATIE HUBBARD
EDWARDSVILLE, IL 62025

GOLDENBERGLAW PLLC
800 LASALLE AVE., SUITE 2150
GOLDENBERG, STUART L.
MINNEAPOLIS, MN 55402

GOLDSTEIN GRECO PC
2354 WEHRLE DR
BRIAN A GOLDSTEIN
BUFFALO, NY 14221

GOLOMB & HONIK, P.C.
1835 MARKET STREET, SUITE 2900
PHILADELPHIA, PA 19103

GOLOMB SPIRT GRUNFELD PC
1835 MARKET STREET, 29TH FLOOR
GOLOMB, RICHARD
PHILADELPHIA, PA 19103

GORI JULIAN & ASSOCIATES, P.C.
156 N. MAIN STREET
MATHEWS, D. TODD BUXNER, EVAN D.
EDWARDSVILLE, IL 62025

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

GOZA & HONNOLD, LLC
9500 MALL AVE 400
OVERLAND PARK, KS  66207

GOZA & HONNOLD, LLC
9500 NALL AVE., SUITE 400
OVERLAND PARK, KS  66207

GRAHAM P. CARNER, PLLC
775 N. CONGRESS STREET
JACKSON, MS  39202

GRANT & EISENHOFER P. A.
123 JUSTISON STREET
WILMINGTON, DE  19801

GREER, RUSSELL, DENT & LEATHERS, PA
POST OFFICE BOX 907
TUPELO, MS  38802

GUARDIAN LAW GROUP, LLP
GROUND FLOOR 342-4 AVENUE S.E.
DOCKEN, CLINT
CALGARY, AB  T2G 1C9
CANADA

GUILLORY & MCCALL, L.L.C.
PO BOX 1607
GUILLORY JR., ROBERT E.
LAKE CHARLES, LA  70602-1607

GUSTAFON GLUEK
120 SOUTH 6TH STREET, STE 2600,
WILLIAMS, AMANDA, M. GUSTAFSON, DANIEL E.
MINNEAPOLIS, MN  55402

HABUSH HABUSH & ROTTIER SC
150 E. GILMAN ST 2000
ROTTIER, DANIEL
MADISON, WI  53703-1481

HABUSH HABUSH & ROTTIER SC
777 E. WISCONSIN AVENUE, SUITE 2300
YOUNG, PETER M. ROTTIER, DANIEL
MILWAUKEE, WI  53202

HACH ROSE SCHIRRIPA & CHEVERIE LLP
112 MADISON AVENUE, 10TH FLOOR
SCHIRRIPA, FRANK R
NEW YORK, NY  10016

HAFELI STARAN & CHRIST , P.C.
2055 ORCHARD LAKE ROAD
SYLVAN LAKE, MI  48320

HAFFNER LAW PC
15260 VENTURA BLVD. STE 1520
SHERMAN OAKS, CA  91403

HAIR SHUNNARAH TRIAL ATTORNEYS LLC
3540 S. I-10 SERVICE RD W, STE 300
METAIRIE, LA  70001

HANNON LAW FIRM, LLC
1641 DOWNING STREET
DENVER, CO  80218

HARPER GREY LLP
3200-650 WEST GEORGEA STREET
VANCOUVER, BC  V6B 4P7
CANADA

HARRIS LOWRY MANTON LLP
1418 DRESDEN DR NE, STE 250
MANTON, JED D. LOWRY, STEPHE
BROOKHAVEN, GA  30319

HARRISON DAVIS STEAKLEY MORRISON
JONES, PC
5 RITCHIE RD
WACO, TX  76712

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

HARRY I. KATZ, PC
61-25 UTOPIA PARKWAY
WEINMAN, VICTORIA I
FRESH MEADOWS, NY  11366

HART MCLAUGHLIN & ELDRIDGE
22 W WASHINGTON ST STE 1600
R MCLAUGHLIN, J PRIOR, K POZAN
CHICAGO, IL  60602-1615

HAUSFELD
888 16TH ST NW STE 300
WASHINGTON, DC  20006-4103


HEARD LAW FIRM, PLLC
4900 FOURNACE PL STE 240
BELLAIRE, TX  77401-2347

HEDRICK LAW FIRM
630 NE 63RD ST
OKLAHOMA, OK  73105

HELMSDALE LAW, LLP
6 CONSULTANT PL., SUITE 100-A
DURHAM, NC  17707


HENINGER GARRISON DAVIS, LLC
2224 1ST AVE NORTH
BIRMINGHAM, AL  03520

HERMAN GEREL, LLP
820 OKEEFE AVENUE
HIRSCH, ANDREA S
NEW ORLEANS, LA  70113

HEYGOOD, ORR & PEARSON
6363 N. STATE HIGHWAY 161, SUITE 450
IRVING, TX  75038


HILLARD MUNOZ GONZALES, LLP
719 SOUTH SHORELINE BOULEVARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  78401

HILLIARD MARTINEZ GONZALES, LLP
719 SOUTH SHORELINE BOULEYARD
PINEDO, THOMAS CHRISTOPHER
CORPUS CHIRSTI, TX  07837

HOLLAND GROVES SCHNELLER & STOLZE
LLC, 211 N BROADWAY, STE 2625
ST. LOUIS, MO  63102


HOLLAND LAW FIRM
211 NORTH BROADWAY, STE 2625
HOLLAND, ERIC D.
ST. LOUIS, MO  63102

HOLLIS, WRIGHT, CLAY & VAIL, P.C.
2201 MORRIS AVE
MCNUTT, CHRISTOPHER
BIRMINGHAM, AL  35203

HORTON LAW FIRM
C/O STEVEN T. HORTON
114 N.W. 6TH STREET, SUITE 201
OKLAHOMA CITY, OK  73102


HOSSLEY EMBRY LLP
515 S. VINE AVE
TYLER, TX  75702

HOVDE, DASSOW, & DEETS, LLC
10201 WEST 103RD STREET, SUITE 500
INDIANAPOLIS, IN  46290

HUBER, SLACK, THOMAS & MARCELLE
1100 POYDRAS STREET, SUITE 2200
ALBERTINE, LOGAN S.
NEW ORLEANS, LA  70163

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 16, 2023

HUGHES LAW FIRM, PLLC
2525 BARDSTOWN RD
SUITE 101
LOUISVILLE, KY  40205

HURLEY MCKENNA & MERTZ
20 S CLARK ST STE 2250
CHICAGO, IL  60603-1817

HUTTON & HUTTON
8100 E. 22ND ST NORTH, BLDG. 1200
HUTTON, MARK B. HUTTON, ANDREW W.
WITCHITA, KS  67226

J. ALAN WELCH P. C.
2225 GLOUCESTER STREET
BRUNSWICK, GA  31520

JACOBS & CRUMPLAR, P.A.
750 SHIPYARD DRIVE, SUITE 200
WILMINGTON, DE  19801

JACOBS OHARA MCMULLEN , P.C.
14550 TORREY CHASE BLVD
STE 260
HOUSTON, TX  77014

JAMES MORRIS LAW FIRM PC
4111 W. ALAMEDA AVE SUITE 611
MORRIS, JAMES A., GREENBERG, SHANE
BURBANK, CA  91505

JAMES, VERNON & WEEKS, PA
1626 LINCOLN WAY
COEUR DALENE, ID  83814

JAMIE A. JOHNSTON, P.C.
PO BOX 4663
MONTGOMERY, AL  36103-4663

JASON J. JOY & ASSCIATES P.L.L.C.
909 TEXAS STREET, SUITE 1801
HOUSTON, TX  77002

JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.
80 BROADWAY
FRANK RODRIGUEZ
ELMWOOD PARK, NJ  07407

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.
15 WARREN STREET PH WEST
HACKENSACK, NJ  07601

JAZLOWIECKI & JAZLOWIECKI, LLC
11 LINCOLN AVE., STE. 6
JAZLOWEICKI, EDWARD A
FORESTVILLE, CT  06010

JEFFREY R. LESSIN & ASSOCIATES, PC
1515 MARKET STREET, SUITE 714
LESSIN, JEFFREY R.
PHILADEPHIA, PA  19102

JENNER LAW, P.C.
1829 REISTERSTOWN ROAD, SUITE 350
BALTIMORE, MD  21208

JIM S. HALL & ASSOCIATES, LLC
800 N. CAUSEWAY BLVD, SUITE 100
CROSE, JENNIFER L.
METAIRIE, LA  70001

JOEL E. BROWN & ASSOCIATES, P.C.
416 MAIN ST., SUITE 1300
PEORIA, IL  61602

JOHN B. OSTROW, P.A.
25 SE 2ND AVE, STE 740
MIAMI, FL  33131

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 16, 2023


JOHNSON BECKER, PLLC
444 CEDAR STREET, SUITE 1800
ST. PAUL, MN  55101

JOHNSON LAW GROUP
2925 RICHMOND AVENUE, SUITE 1700
HOUSTON, TX  77098

JONES WARD PLC
1205 EAST WASHINGTON ST., STE 111
DAVIS, ALEX C.
LOUISVILLE, KY  40206


JUSTICE LAW
8551 W. SUNRISE BLVD., STE. 300
JUSTICE, CAM F BREIT, ADAM D
PLANTATION, FL  33322

JUSTINIAN & ASSOCIATES PLLC
7042 ALAMO DOWNS PKWY STE 370
SAN ANTONIO, TX  78238-4526

KAPUSTA DEIHL & SCHWEERS, LLC
445 FORT PITT BOULEVARD, SUITE 500
DEIHL, HOLLY L.
PITTSBOURGH, PA  15219


KARON LLC
700 W. SAINT CLAIR AVE, STE 200
KARON, DANIEL R. HOLLOWELL, BEAU D.
CLEVELAND, OH  44113

KARR TUTTLE CAMPBELL
701 FIFTH AVENUE, SUITE 3300
SEATTLE, WA  98104

KARSMAN, MCKENZIE & HART
21 WEST PARK AVENUE
SAVANNAH, GA  31401


KARST & VON OISTE, LLP
C/O ERIC KARST
23923 GOSLING RD, SUITE A
SPRING, TX  77389

KASSEL MCVEY
1330 LAUREL STREET
POST OFFICE BOX 1476
COLUMBIA, SC  29202

KAZAN MCCLAIN SATTERLEY & GREENWOOD
J SATTERLEY, J LONDON, D CLANCY
MARKET 55 HARRISON ST STE 400
OAKLAND, CA  94607


KAZAROSIAN COSTELLO LLP
546 MAIN STREET
COSTELLO JR., WALTER A.
HAVERHILL, MA  01830

KECHES LAW GROUP, P.C.
2 GRANITE AVENUE, SUITE 400
MILTON, MA  02196

KEEFE BARTELS
170 MONMOUTH STREET
RUHL, JENNIFER HARWOOD
RED BANK, NJ  07701


KEEFE LAW FIRM
C/O STEPHEN SULLIVAN
125 HALF MILE ROAD, SUITE 100
RED BANK, NJ  07701

KELLEY & FERRARO, LLP
C/O EDWARD KELLEY
950 MAIN AVENUE, SUITE 1300
CLEVELAND, OH  44113

KELLEY UUSTAL, PLC
500 NORTH FEDERAL HIGHWAY, STE 200
C/O CATHERINE DARLSON
FORT LAUDERDALE, FL  33301

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 16, 2023**

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

KENNY & KENNY, PLLC
315 WEST FAYETTE STREET
SYRACUSE, NY  13202

KENT M. LUCACCIONI, LTD.
20 SOUTH CLARK STREET, SUITE 1700
LUCACCIONI, KENT M.
CHICAGO, IL  60603

KIBBEY AND WAGNER
73 SW FLAGLER AVE.
STUART, FL  34994

KIESEL LAW, LLP
8648 WILSHIRE BLVD.
BEVERLY HILLS, CA  90211

KILLIAN, DAVIS, RICHTER & MAYLE, PC
202 NORTH 7TH STREET
MAYLE, NICHOLAS W.
GRAND JUNCTION, CO  81502

KIRKENDALL DWYER LLP
4343 SIGMA RD
SUITE 200
DALLAS, TX  75244

KIRTLAND & PACKARD, LLP
KELLY, MICHAEL LOUIS
163 8 S. PACIFIC COAST HIGHWAY
REDONDO BEACH, CA  90277

KLEIN FRANK, P.C.
5277 MANHATTAN CIR STE 102
BOULDER, CO  80303-8200

KLINE & SPECTER, P.C.
1525 LOCUST ST.
JIMENEZ, PRISCILLA
PHILADELPHIA, PA  19102

KNAPP & ROBERTS, P.C.
8777 N. GAINEY CENTER DR. SUITE 165
SCOTTSDALE, AZ  85258

KNIGHT LAW GROUP, LLP
10250 CONSTELLATION BLVD, STE 2500
MIKHOV, STEVE B.
LOS ANGELES, CA  90067

KROGER GARDIS & REGAS, LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN  46204-5106

KUHARSKI LEVITZ & GIOVINAZZO
176 HART BOULEVARD
KUHARSKI, MICHAEL J.
STATEN ISLAND, NY  10301

LANDRY & SWARR, L.L.C.
C/O FRANK SWARR
1100 POYDRAS STREET, STE. 2000
NEW ORLEANS, LA  71063

LANGDON & EMISON
911 MAIN STREET
EMISON, BRETT A
LEXINGTON, MO  64067

LANGSTON & LOTT, PLLC
100 SOUTH MAIN ST.
LOTT, CASEY L.
BOONEVILLE, MS  38829

LARRY HELVEY LAW FIRM
2735 FIRST AVENUE SE, SUITE 101
CEDAR RAPIDS, IA  52402

LARSEN ADVOCATES, PC
23 7TH AVENUE
LARSEN, KRISTIAN KARL
BROOKLYN, NY  11217

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
SIGNATE EXHIBIT A OF THE TERM SHEET

LAW OFF OF ISAAC TOVEG PROFESSIONAL
LAW CORP 2600 W. OLIVE AVE. 91505
TOVEG, ISAAC
BURBANK, CA  91505

LAW OFF OF JEFFREY S GLASSMAN, LLC
ONE INTERNATIONAL PLACE, 18TH FL
BOSTON, MA  02110

LAW OFF OF PETER G. ANGELOS, P.C.
100 NORTH CHARLES ST, 22ND FLOOR
BALTIMORE, MD  21201

LAW OFF OF ROGER ROCKY WALTON, PC
2310 WEST INTERSTATE 20, STE 200
WALTON, ROGER
ARLINGTON, TX  76017

LAW OFF OF WAYNE E. FERRELL, JR, PLLC
506 S PRESIDENT ST
JACKSON, MS  39201

LAW OFF. OF NICHOLAS A. BOYLAN, APC
233 A STREET, SUITE 1205
VAVASOUR, LIAM F BOYLAN, NICHOLAS A
SAN DIEGO, CA  92101

LAW OFF. OF RICHARD R BARRETT, PLLC
2086 OLD TAYLOR ROAD, SUITE 1011
OXFORD, MS  38655

LAW OFFICE OF CHARLES H JOHNSON, PA
2599 MISSISSIPPI STREET
NEW BRIGHTON, MN  55112-5060

LAW OFFICE OF EUSI H. PHILLIPS
330 CARONDELET ST, 4TH FLOOR
NEW ORLEANS, LA  70130

LAW OFFICE OF GRANT D. AMEY, LLC
PO BOX 67
FAIRHOPE, AL  36533

LAW OFFICE OF HAYTHAM FARAJ
1935 W BELMONT AVE
FARAJ, HAYTHAM
CHICAGO, IL  60657

LAW OFFICE OF ISAAC TOVEG
LAW CORP 2600 W. OLIVE AVE., STE.
91505 TOVEG, ISAAC
BURBANK, CA  91505

LAW OFFICE OF JARRED S. FREEMAN LLC
3840 PARK AVENUE, SUITE 202A
EDISON, NJ  08820

LAW OFFICE OF JOHN D. SILEO, LLC
320 NORTH CARROLLTON AVE, STE 101
SILEO, JOHN D. MOLL, CASEY
NEW ORLEANS, LA  70119

LAW OFFICE OF MARION D. FLOYD
1403 W. ESPLANADE AVE. SUITE A
KENNER, LA  70065

LAW OFFICE OF RICHARD R BARRETT
2086 OLD TAYLOR ROAD, SUITE 1011
OXFORD, MS  38655

LAW OFFICE OF TERENCE J. SWEENEY
44 FAIRMOUNT AVENUE, SUITE ONE
CHATHAM, NJ  07928

LAW OFFICE OF TIMOTHY B MOORE, LC
1619 CONGRESS STREET
MOORE, TIMOTHY B.
NEW ORLEANS, LA  70117

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

LAW OFFICES DENNIS F. OBRIEN, P.A.
2014 S. TOLLGATE ROAD SUITE 209
OBRIEN, DENNIS F.
BEL AIR, MD  21015

LAW OFFICES OF DONALD G. NORRIS
3055 WILSHIRE BLVD, STE. 980
NORRIS, DONALD G
LOS ANGELES, CA  90010

LAW OFFICES OF ERIC H. WEINBERG
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901

LAW OFFICES OF JAMES S. ROGERS
1500 FOURTH AVE, SUITE 500
ROGERS, JAMES S COVER, HEATHER
SEATTLE, WA  98101

LAW OFFICES OF JAMES SCOTT FARRIN
280 MANGUM STREET, SUITE 400
JACKSON, GARY W.
DURHAM, NC  27701

LAW OFFICES OF JEFFREY MUTNICK
C/O JEFFREY S. MUTNICK
737 SW VISTA AVENUE
PORTLAND, OR  97205

LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
LAMKIN, JULIE E & NAUMES, JR, ROBERT T
ONE INTERNATIONAL PLACE, 18TH FLOOR
BOSTON, MA  02110

LAW OFFICES OF KRUSKELL
1225 NE DOUGLAS ST B
KRUSKELL, LAUREN S.
LEES SUMMIT, MO  64086

LAW OFFICES OF MICHAEL L. RAIR, PA
PO BOX 612
RAIR, MICHAEL L.
BREWER, ME  04412-0612

LAW OFFICES OF PETER G ANGELOS, PC
100 NORTH CHARLES ST, 22ND FL
BALTIMORE, MD  21201

LAW OFFICES OF SEAN M. CLEARY
19 WEST FLAGLER STREET, SUITE 618
PEREIRA, ANDRES
MIAMI, FL  33130

LAW OFFICES OF THEIDA SALAZAR
2140 NORTH HOLLYWOOD WAY, 7192
SALAZAR, THEIDA
BURBANK, CA  91510

LAW OFFS. OF PETER G. ANGELOS, P.C.
100 NORTH CHARLES ST, 22ND FLOOR
BALTIMORE, MD  21201

LAW OFFS. OF RICHARD R BARRETT PLLC
2086 OLD TAYLOR RD, SUITE 1011
OXFORD, MS  38655

LEE COSSELL & CROWLEY, LLP
151 NORTH DELAWARE STREET, STE 1500
INDIANAPOLIS, IN  46204

LENZE LAWYERS, PLC
1300 HIGHLAND AVE, SUITE 207
MANHATTAN BEACH, CA  90266

LEVIN FISHBEIN SEDRAN & BERMAN
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA  19106

LEVIN SEDRAN & BERMAN
510 WALNUT STREET, STE 500
BERMAN, LAURENCE S.
PHILADELPHIA, PA  19106

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

LEVIN SIMES ABRAMS LLP
1700 MONTGOMERY, SUITE 250
SAN FRANCISCO, CA  94111

LEVIN SIMES LLP
1700 MONTGOMERY ST STE 250
BAUTIA II, JUAN P.
SAN FRANCISCO, CA  94111

LEVIN, PAPANTONIO, THOMAS,
MITCHELL & PROCTOR, P.A.
316 SOUTH BAYLEN ST., STE 400
BOWDEN, WESLEY A.
PENSACOLA, FL  32502

LEVY BALDANTE FINNEY & RUBENSTEIN
1845 WALNUT ST., SUITE 1300
KELLER, KYLE J. GREGORIA, ALAINA A.
PHILADELPHIA, PA  19103

LEVY BALDANTE FINNEY & RUBENSTEIN
1845 WALNUT ST., SUITE 1300
RUBENSTEIN, MARTIN R COHEN, MARK R.
PHILADELPHIA, PA  19103

LEVY BALDANTE FINNEY & RUBENSTEIN
89 NORTH HADDON AVE, STE D
KELLER, KYLE J. GR
HADDONFIELD, NJ  08033

LEVY KONIGSBERG LLP
605 3RD AVE FL 33
A LONG, R BLUMENKRANZ, J BLOCK, R WALKER
NEW YOR, NY  10158-1699

LEVY KONIGSBERG LLP
C/O MOSHE MAIMON
101 GROVERS MILL RD, STE 105
LAWRENCE TWP, NJ  08648

LEVY, BALDANTE,FINNEY & RUBENSTEIN,
P.C. 89 NORTH HADDON AVENUE, STE D
KELLER, KYLE J. GR
HADDONFIELD, NJ  08033

LEWIS SAUL & ASSOCIATES, P.C.
120 EXCHANGE ST, SUITE 200
COLEMAN, EDWARD A.
PORTLAND, ME  04101

LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 POYDRAS STREET, SUITE 2615
NEW ORLEANS, LA  70130

LIAKOS LAW APC
955 DEEP VALLEY DR
SUITE 3900
PALOS VERDES PENINSULA, CA  90274

LIEFF CABRASER HEIMANN & BERNSTEIN
250 HUDSON ST, 8TH FL
S LONDON, K MCNABB
SAN FRANCISCO, CA  94111-3339

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY ST, 30TH FL
T ZEGEYE, S LONDON
SAN FRANCISCO, CA  94111

LILLIS LAW FIRM
338 LAFAYETTE STREET
M LILLIS, L CENTOLA III
NEW ORLEANS, LA  70130

LINVILLE LAW GROUP
1932 N DRUID HILLS RD NE, SUITE 200
GANDHI, VINITA
ATLANTA, GA  30319

LOBER & DOBSON, LLC
DOBSON, WILLIAM GREGORY
1040 FORT STEPHENSEN ROAD
LOOKOUT MOUNTAIN, GA  30728

LOBER & DOBSON, LLC
MCBRIDE, A. DANIELLE
830 MULBERRY STREET, STE. 201
MACON, GA  31201

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 16, 2023**

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT 10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-DESIGNATE EXHIBIT A OF THE TERM SHEET**

LOCKS LAW FIRM
601 WALNUT STREET SUITE 720 E
170 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PA  19106

LOCKS LAW FIRM
C/O ALFRED ANTHONY
801 NORTH KINGS HIGHWAY
CHERRY HILL, NJ  08034

LOPEZ-MCHUGH, LLP
214 FLYNN AVENUE
JOHNSON, REGINA SHARLOW
MORRISTOWN, NJ  08057

LOWRANCE LUNDELL LOFGREN
1099 W. SOUTH JORDAN PARKWAY
SOUTH JORDAN, UT  84095

LUDWIG LAW FIRM, PLC
1217 W. 3RD ST
LITTLE ROCK, AR  72201

LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 BROAD STREET
HIGHTOWER, KRISTIE
LAKE CHARLES, LA  07060

LYNN LAW FIRM
101 S SALINA ST, STE 570
SHANNON, KELSEY W.
SYRACUSE, NY  13202

MALATESTA LAW OFFICES, LLC
5310 N. HARLEM AVE., STE 203
MALATESTA, MICHAEL J
CHICAGO, IL  60656

MANIER & HEROD
1201 DEMONBREUN STREET, STE 900
KELLY II, D. KEITH
NASHVILLE, TN  37203

MARLIN & SALTZMAN LLP
29800 AGOURA ROAD, SUITE 210
AGOURA HILLS, CA  97301

MARTIN & JONES
4140 PARKLAKE AVE, STE 400
GUEST, CARRIE R.
RALEIGH, NC  27612

MARTIN BAUGHMAN, PLLC
3141 HOOD STREET, STE 600
DALLAS, TX  75219

MARTIN STANLEY
100 WILSHIRE BLVD., STE. 700
SANTA MONICA, CA  09040

MARTINIAN & ASSOCIATES, INC.
2801 CAHUENGA BLVD WEST
LOS ANGELES, CA  90068

MARTZELL, BICKFORD & CENTOLA
338 LAFAYETTE STREET
CENTOLA III, LAWRENCE J.
NEW ORLEANS, LA  70130

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ALEXANDER, MARY E.
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER, MARY E
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
ASLAMI, SOPHIA M. ALEXANDER,MARY E.
SAN FRANCISCO, CA  94104

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 16, 2023**

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
J FIORE, S ASLAMI, A MA, B MUNOZ
SAN FRANCISCO, CA  94104

MARY ALEXANDER & ASSOCIATES, P.C.
44 MONTGOMERY STREET, SUITE 1303
WAY, BRENDAN D.S. MUNOZ, CATALINA S
SAN FRANCISCO, CA  94104

MASSIMO & PAWETTA, P.C.
200 WILLIS AVENUE
PANETTA, FRANK C
MINEOLA, NY  11501

MATERN LAW GROUP, PC
1230 ROSECRANS AVE, STE. 200
MANHATTAN BEACH, CA  90266

MAUNE RAICHLE HARTLEY FRENCH & MUDD
C/O SUZANNE M RATCLIFFE
659 EAGLE ROCK AVENUE, SUITE 28
WEST ORANGE, NJ  07052

MAUNE RAICHLE HARTLEY FRENCH & MUDD
C/O T. BARTON FRENCH
1015 LOCUST STREET, SUITE 1200
ST. LOUIS, MO  63101

MAURO, SAVO, CAMERINO, GRANT & SCHALK,
P.A.
56 E MAIN ST, STE 301
SOMERVILLE, NJ  08876

MCDERMOTT & HICKEY
C/O CHRISTOPHER HICKEY
20525 CENTER RIDGE ROAD, SUITE 200
ROCKY RIVER, OH  44116

MCELDREW YOUNG
123 S. BROAD STREET, SUITE 2250
LAURIA, BRANDON J.
PHILADELPHIA, PA  19146

MCEWEN LAW FIRM, LTD.
5850 BLACKSHIRE PATH
INVER GROVE HEIGHTS, MN  55076

MCGOWAN, HOOD & FELDER, LLC
10 SHEM DR STE 300
MT PLEASANT, SC  29464-5282

MCNULTY LAW FIRM
827 MORAGA DRIVE
MCNULTY, PETER J.
LOS ANGELES, CA  90049

MCSWEENEY/LANGEVIN, LLC
2116 SECOND AVENUE SOUTH
MINNEAPOLIS, MN  55404

MEDLEY LAW GROUP
PO BOX 1724
HATTIESBURG, MS  39401

MEGARGEL & ESKRIDGE CO., LPA
231 SOUTH CHESTNUT STREET
RAVENNA, OH  44266

MEIROWITZ & WASSERBERG, LLP
535 FIFTH AVE, 23 FLOOR
C/O DANIEL WASSERBERG
NEW YORK, NY  10017

MERCHANT LAW GROUP LLP
10 RUE NOTRE DAME EST, SUITE 200
MONTREAL, QC  H2Y 1B7
CANADA

MERSON LAW PLLC
950 THIRD AVE, 18TH FL
MERSON, JORDAN K.
NEW YORK, NY  10022

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT 10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-DESIGNATE EXHIBIT A OF THE TERM SHEET

MESHBESHER & SPENCE, LTD.
1616 PARK AVENUE
RASO, ASHLEIGH E.
MINNEAPOLIS, MN  55404

MESSA & ASSOCIATES, P.C.
123 S. 22ND STREET
E MCLAFFERTY, I MCLAFFERTY, J MESA
PHILADELPHIA, PA  19103

MEYERS & FLOWERS, LLC
225 WEST WACKER DR., SUITE 1515
FLOWERS, PETER J.
CHICAGO, IL  60606

MICHAEL BRANDY LYNCH FIRM
127 W FAIRBANKS AVE, SUITE 528
LYNCH, MICHAEL B
WINTER PARK, FL  32789

MICHAEL DAVID LAW
14 WALL ST, 20TH FL
NEW YORK, NY  10005

MICHAEL HINGLE & ASSOCIATES, LLC
220 GAUSE BOULEVARD
PFLEEGER, BRYAN A. HINGLE, MICHAEL
SLIDELL, LA  70458

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN
800 S. GAY ST STE 1100
LAURA WELLING
KNOXVILLE, TN  37929

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, LLC 16755 VON KARMAN AVE
SUITE 200 WELLING, LAUREN
IRVINE, CA  92606

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN; KASSAN, RANDI ALYSON
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY  11530

MILLER DELLAFERA PLC
3420 PUMP RD., PMD 404
HENRICO, VA  23233

MILLER PITT FELDMAN & MCANALLY P.C.
C/O PETER TIMOLEON LIMPERIS
1 S. CHURCH AVE., STE. 900
TUCSON, AZ  85701

MILSTEIN JACKSON FAIRCHILD WADE LLP
10990 WILSHIRE BLVD, 8TH FL
PLESSET, LEVI M
LOS ANGELES, CA  90024

MJR
600 W NEW YORK AVE.
DELAND, FL  32720

MOLL LAW GROUP
22 W WASHINGTON ST, 15 FL
R DOWNING, V BENITEZ
CHICAGO, IL  60602

MONTROSE LAW LLP
1629 K. STREET, SUITE 300
WASHINGTON, DC  20006

MOORE LAW GROUP PLLC
1473 SOUTH 4TH STREET
SMITH, ASHTON ROSE
LOUISVILLE, KY  40208

MORELLI LAW FIRM, PLLC
MORELLI, BENEDICT P. & SIROTKIN, DAVID T
777 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY  10017

MORGAN & MORGAN
GOETZ, MICHAEL, ONE TAMPA CITY CNTR
7TH FL, 201 N FRANKLIN ST
TAMPA, FL  33602

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 16, 2023**

MORGAN & MORGAN, P.A.
191 PEACHTREE ST. NE
ATLANTA, GA 30303

MORRELL LAW FIRM, PLLC
777 THIRD AVENUE, 31ST FLOOR
MORELLI, BENEDICT P.
NEW YORK, NY 10017

MORRIS & PLAYER PLLC
1211 HERR LANE, SUITE 205
BARNES, BETSY J.
LOUISVILLE, KY 40222

MORRIS BART & ASSOCIATES
601 POYDRAS ST. 24TH FLOOR
BARNES, BETSY J.
NEW ORLEANS, LA 70130

MORRIS LAW FIRM
4001 W ALAMEDA AVE, STE 208
J MORRIS, A ANDERSON
BURBANK, CA 91505

MORRIS LAW FIRM
6310 SAN VICENTE BLVD, SUITE 360
MORRIS, JAMES A.
LOS ANGELES, CA 90048

MORRIS, CARY, ANDREWS, TALMADGE &
DRIGGERS LLC 3334 ROSS CLARK CIRCLE
TALMADGE, JR, JOSEPH DANIEL
DOTHAN, AL 36303

MOTLEY RICE NEW JERSEY LLC
210 LAKE DRIVE EAST, STE. 101
E BEREZOFSKY, T HOYLE
CHERRY HILL, NJ 08002

MOTLEY RICE, LLC
20 CHURCH STREET 17TH FLOOR
JASINSKI, MATHEW P.
HARTFORD, CT 06103

MOTLEY RICE, LLC
210 LAKE DRIVE EAST, SUITE 101
DANIEL LAPINSKI
CHERRY HILL, NJ 08002

MOTLEY RICE, LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464

MOTLEY RICE, LLC
321 S MAIN ST., 2ND FL
F FITZPATRICK, J ORENT
PROVIDENCE, RI 02903

MOTLEY RICE, LLC
50 CLAY STREET, STE 1
MIGLIORI, DONALD A.
MORGANTOWN, WV 26501

MOTLEY RICE, LLC
SCOTT, CARMEN S.
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464

MUELLER LAW PLLC
404 W. 7TH STREET
MUELLER, MARK R.
AUSTIN, TX 78701

MURPHY, FALCON & MURPHY, P.A.
ONE SOUTH STREET, SUITE 3000
MEEDER, JESSICA H.
BALTIMORE, MD 21202

MURRAY LAW FIRM
650 POYDRAS STREET, SUITE 2150
MURRAY, STEPHEN B. MURRAY, ARTHUR M.
NEW ORLEANS, OH 70130

NACHAWATI LAW GROUP
5489 BLAIR ROAD
G C HENDERSON; N M NACHAWATI, J RAGGIO
DALLAS, TX 75231

Debtor: In re: LTL MANAGEMENT LLC

Case #:  23-01092

Notices mailed by:  May 16, 2023

NAPOLI SHKOLNIK, PLLC
400 BROADHOLLOW, SUITE 305
BERMAN, W. STEVEN
MELVILLE, NY  11747


NAPOLI SHKOLNIK, PLLC
525 SOUTH DOUGLAS STREET, STE 260
EL SEGUNDO, CA  90245


NAPOLI SHKOLNIK, PLLC
919 NORTH MARKET STREET, SUITE 1801
HRUBIEC, R. JOSEPH
WILMINGTON, DE  19801


NAPOLI SHKOLNIK, PLLC
C/O PAUL J. NAPOLI
270 MUNOZ RIVERA AVE., SUITE 201
HATO REY, PR  00918


NAPOLI SHKOLNIK, PLLC
C/O PAUL J. NAPOLI
270 MUNOZ RIVERA AVE., SUITE 201
HATO REY, PR  00918
PUERTO RICO


NAPOLI SHKOLNIK, PLLC
SACKS, SHAYNA E.
360 LEXINGTON AVE, 11TH FL
NEW YORK, NY  10017


NASH & FRANCISKATO LAW FIRM
2300 MAIN STREET, STE 170
KANSAS CITY, MO  64108


NASS CANCELLIERE BRENNER
1515 MARKET STREET, SUITE 2000
PHILADELPHIA, PA  19102


NEAL & HARWELL, PLC
1201 DEMONBREUN ST, STE 1000
BARRETT, CHARLES F.
NASHVILLE, TN  37203


NEWLANDS AND CLARK
11161 EAST STATE ROAD 70, STE 110-168
LAKEWOOD RANCH, FL  34202


NICOLE M VARISCO, ESQ
46 IROQUOIS ROAD
OSSINING, NY  10562


NIX PATTERSON & ROACH
3600 N CAPITAL OF TEXAS B350
C IHRIG, N JOHNSON, N SMITH, N ROACH
AUSTIN, TX  78746


OCONNOR, MCGUINNESS, CONTE, DOYLE,
OLESON, WATSON AND LOFTUS, LLP
1 BARKER AVE SUITE 675
WHITE PLAINS, NY  10601


ODOM LAW FIRM, PA
161 W. VAN ASCHE LOOP, STE.1
FAYETTEVILLE, AR  72703


OLDFATHER LAW FIRM
1330 SOURTH THIRD STREET
LOUISVILLE, KY  40208


OLEARY, SHELTON, CORRIGAN PETERSON
DALTON & QUILLAN
1034 S BRENTWOOD BLVD 23RD FLOOR
ST. LOUIS, MO  63117


ONDER SHELTON OLEARY & PETERSON LLC
110 E. LOCKWOOD, 2ND FL
ST LOUIS, MO  63119


ONDERLAW, LLC
110 E. LOCKWOOD, 2ND FLOOR
ST. LOUIS, MO  63119

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

OSBORNE & FRANCIS LAW FIRM PLLC
925 S FEDERAL HWY STE 175
J. ROBERT BELL III
BOCA RATON, FL  33432-6138

PADILLA LAW GROUP
320 ENCINITAS BLVD., SUITE A
ENCINITAS, CA  92024

PANISH, SHEA & BOYLE
11111 SANTA MONICA BLVD., SUITE 700
L DIESEL, P KAUFMAN
LOS ANGELES, CA  90025

PARAFINCZUK WOLF, P.A.
110 E. BROWARD BLVD., STE. 1630
FORT LAUDERDALE, FL  33301

PARAFINCZUK WOLF, P.A.
5550 GLADES RD STE 500
BOCA RATON, FL  33431-7277

PARKER WAICHMAN, LLP
6 HARBOR PARK DRIVE
MICHAEL S WERNER, MELANIE H MUHLSTOCK
PORT WASHINGTON, NY  11050

PATRICK MILLER, LLC
400 POYDRAS ST., SUITE 1680
NEW ORLEANS, LA  70130

PAUL J KRAY, ATTORNEY AT LAW
111 PEARL RD
BRUNSWICK, OH  44212

PAUL LLP
601 WALNUT STREET, SUITE 300
KANSAS CITY, MO  64106

PENDLEY, BAUDIN & COFFIN, LLP
1515 POYDRAS STREET, SUITE 1400
N.R. ROCKFORTE, E.P. FONTENOT
NEW ORLEANS, LA  70118

PETERSON & ASSOCIATE, P.C.
801 W 47TH ST, STE 107
D. PETERSON, N CLEVENGER
KANSAS CITY, MO  64112

PHILLIPS & PAOLICELLI, LLP
747 THIRD AVE., 6TH FL
D WOODARD, B TULLY
NEW YORK, NY  10017

PIERCE SKRABANEK BRUERA, PLLC
3701 KIRBY DR, STE 760
HOUSTON, TX  77098

PLYMALE LAW FIRM
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA  70170

POGUST BRASLOW & MILLROOD, LLC
EIGHT TOWER BRIDGE, STE 940, 161
WASHINGTON ST BRASLOW, DEREK T
CONSHOHOCKEN, PA  19428

PORTER & MALOUF, PA
P.O. BOX 12768
GIVENS, JOHN T.
JACKSON, MS  39236-2768

POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX  77098

POULIN, WILLEY, ANASTOPOULO, LLC
32 ANN STREET
P.DOOLITTLE, R.WILLEY, IV, B. ABBOTT
CHARLESTON, SC  29403

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by: May 16, 2023

POURCIAU LAW FIRM, LLC
650 POYDRAS ST
STE 2519
NEW ORLEANS, LA 70130

POWERS ROGERS & SMITH LLP
70 W. MADISON, SUITE 5500
SCOTT, CAROLYN DALEY POWER, JAMES I
CHICAGO, IL 60602

PRATT & ASSOCIATES
634 NORTH SANTA CRUZ AVE, STE 204
LOS GATOS, CA 95030

PRATT & TOBIN, P.C.
ROUTE 111 AT AIRLINE DRIVE
TOBIN, GREGORY M.
EAST ALTON, IL 62024

PRESZLER INJURY LAWYERS
RUSSELL HOWE
151 EGLINTON AVENUE WEST
TORONTO, ON M4R 1A6
CANADA

PRESZLER LAW FIRM LLP
DAIRN SHANE
800-1075 WEST GEORGIA STREET
VANCOUVER, BC V6Z 2E1
CANADA

PRIBANIC & PRIBANIC, LLC
1735 LINCOLN WAY
WHITE OAK, PA 15131

PRO SE
327 HUDSON AVE
NEWARK, OH 43055

PRO SE
9315 FAIRWOOD DRIVE
KANSAS CITY, MO 64138

PROVOST UMPHREY LAW FIRM
490 PARK STREET
BEAUMONT, TX 77704

PULASKI LAW FIRM
2925 RICHMOND SUITE 1725
PULASKI, ADAM
HOUSTON, TX 77098

PUTNICK LEGAL, LLC
17 EAST MAIN STREET, SUITE 200
C/O MARY ELIZABETH PUTNICK, OF COUNSEL
TO
PENSACOLA, FL 32502

PUTNICK LEGAL, LLC
C/O MARY ELIZABETH PUTNICK
AYLSTOCK WITKIN, 17. E. MAIN ST STE 200
PENSACOLA, FL 32502

RAHDERT & MORTIMER, PLLC
535 CENTRAL AVENUE
ST. PETERSBURG, FL 33701

RAIPHER PC
265 STATE STREET
SPRINGFIELD, MA 01103

RAPPAPORT, GLASS, LEVINE & ZULLO
1355 MOTOR PARKWAY
ISLANDIA, NY 11749

REEVES & GOFF, P.C.
1 NORTH JEFFERSON STREET
GOFF, JOSEPH L
FARMINGTON, MO 63640

REICH & BINSTOCK, LLP
4265 SAN FELIPE BLVD, SUITE 1000
HOUSTON, TX 77027

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 16, 2023**

| | | |
|---|---|---|
| REMER & GEORGES-PIERRE, PLLC<br>44 WEST FLAGLER STREET, SUITE 2200<br>MIAMI, FL  33130 | RHEINGOLD, GIUFFRA RUFFO & PLOTKIN<br>551 FIFTH AVENUE 29TH FLOOR<br>E RUFFO, T GIUFFRA<br>NEW YORK, NY  10017 | RHEINGOLD, GIUFFRA RUFFO & PLOTKIN<br>561 FIFTH AVENUE 29TH FLOOR<br>E RUFFO, T GIUFFRA<br>NEW YORK, NY  10176 |
| RICHARDSON RICHARDSON BOUDREAUX<br>7447 S LEWIS AVE<br>C RICHARDSON, P BOUDREAUX, R ALFRED<br>TULSA, OK  74136 | RICHARDSON, THOMAS, HALTIWANGER,<br>MOORE & LEWIS<br>1513 HAMPTON ST<br>COLUMBIA, SC  29201 | RIESEN DURANT, LLC<br>613 LONG POINT RD 100<br>CANNON JR.,, RHAME CHIP B.<br>MT PLEASANT, SC  29464 |
| RILEYCATE, LLC<br>11 MUNICIPAL DR STE 320<br>FISHERS, IN  46038-1634 | RIVERA LAW OFFICES, PLLC<br>1800 COOPER PT. RD. SW 14<br>OLYMPIA, WA  98502 | ROBBINS ROSS ALLOY BELINFANTE<br>LITTLEFIELD LLC<br>500 14TH ST, NW<br>ATLANTA, GA  30318 |
| ROBINS KAPLAN, LLP<br>800 LASALLE AVE, STE. 2800<br>MEGHJEE, MUNIR<br>MINNEAPOLIS, MN  55402 | ROBINSON, CALCAGNIE, ROBINSON,<br>SHAPIRO, DAVIS, INC.<br>19 CORPORATE PLAZE DRIVE<br>NEWPORT BEACH, CA  92660 | ROCHON GENOVA LLP<br>121 RICHMOND STREET WEST SUITE 900<br>TORONTO, ON  M5H 2K1<br>CANADA |
| RODAL LAW, P.A.<br>3201 GRIFFIN RD<br>STE 203<br>DANIA BEACH, FL  33312 | ROSS FELLER CASEY, LLP<br>ONE LIBERTY PLACE, 1650 MARKERT STREET,<br>STE 3450 ROSS, ROBERT FELLER, JOEL CASEY<br>PHILADELPHIA, PA  19103 | ROSS LAW OFFICES, P.C.<br>18 EAST CHESTNUT STREET<br>SHARON, MA  02067 |
| ROURKE AND BLUMENTHAL, LLP<br>495 S. HIGH STREE, SUITE 450<br>ROURKE, MICHAEL J.<br>COLUMBUS, OH  43215 | SALKOW LAW, APC<br>1541 OCEAN AVE., STE 200<br>SALKOW, RICHARD<br>SANTA MONICA, CA  90401 | SALTZ MONGELUZZI & BENDESKY PC<br>1650 MARKET ST., 52ND FLOOR<br>PHILADELPHIA, PA  19103 |

Debtor: In re: LTL MANAGEMENT LLC

Case #: 23-01092

Notices mailed by:  May 16, 2023

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M. & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

SALVI, SCHOSTOK & PRITCHARD P.C.
161 N. CLARK STREET SUITE 4700
CHICAGO, IL  60601

SANDERS PHILLIPS GROSSMAN, LLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY  11530

SANDERS VIENER GROSSMAN LLP
100 GARDEN CITY PLAZA
SUITE 500
GARDEN CITY, NY  11530

SANDERS VIENER GROSSMAN, LLP
100 HERRICKS ROAD
MINEOLA, NY  11501

SANGISETTY LAW FIRM, LLC
3914 CANAL ST
SANGISETTY, RAVI
NEW ORLEANS, LA  70119

SATTERLEY & KELLEY
C/O JOSEPH SATTERLEY
8700 WESTPORT ROAD, SUITE 202
LOUISVILLE, KY  40242

SAUNDERS & WALKER, P.A.
P.O. BOX 1637
SAUNDERS, JOSEPH H.
PINELLAS PARK, FL  33780-1637

SCHLESINGER LAW OFFICES, P.A.
1212 SE 3RD AVE
S SCHLESINGER, J GDANSKI
FT. LAUDERDALE, FL  33316

SCHMIDT & SETHI, PC
1790 EAST RIVER ROAD SUITE 300
CAMPBELL, SCOTT A
TUCSON, AZ  85718

SCHNEIDER WALLACE COTTRELL KONECKY
2000 POWELL STREET, STE 1400
ESKIN, AMY
EMERYVILLE, CA  94608

SCHROEDER MAUNDRELL BARBIERE POWERS
5300 SOCIALVILLE FOSTER RD, STE 200
POWERS, TODD M.
MASON, OH  45040

SCOVERN LAW
201 SPEAR STREET, SUITE 1100
SCOVERN, SUSANNE N.
SAN FRANCISCO, CA  94105

SEEGER WEISS LLP
55 CHALLENGER RD
BADARUZZAMAN, ASIM & SEEGER,
CHRISTOPHER
RIDGEFIELD PARK, NJ  07660

SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. MAIN ST., STE. 110
SEIDMAN, DANIEL R.
BELLEVILLE, IL  62220

SEITHEL LAW LLC
POST OFFICE BOX 1929
CHARLESTON, SC  29457

SERLING & ABRAMSON, P.C.
C/O ERIC B. ABRAMSON
280 N OLD WOODWARD AVE, STE 406
BIRMINGHAM, MI  48009

SHAW COWART, LLP
1609 SHOAL CREEK BLVD, SUITE 100
SHAW, ETHAN L. COWART, JOHN P.
AUSTIN, TX  78701

SHELBY RODEN
2101 HIGHLAND AVE S, STE 200
LUCADO, SHANE M. FREEMAN, DON C.
BIRMINGHAM, AL  35205

SHINDLER, ANDERSON, GOPLERUD & WEESE
P.C.
5015 GRAND RIDGE DR. UNIT 100
WEST DES MOINES, IA  50265-5749

SILL LAW GROUP, PLLC
1101 N. BROADWAY, SUITE 102
M SILL, C BERGIN
OKLAHOMA CITY, OK  73013

SILL LAW GROUP, PLLC
14005 N EASTERN AVE
SILL, MATTHEW J. GRIFFIN, KATIE
EDMOND, OK  73013

SIMMONS HANLY CONROY LLC
C/O JAMES KRAMER
112 MADISON AVENUE
NEW YORK, NY  10016

SIMMONS HANLY CONROY
ONE COURT STREET
WILLIAMS, ANDY S.
ALTON, IL  62002

SIMON GREENSTONE PANATIER
3760 KILROY AIRPORT WAY STE 680
LONG BEACH, CA  90806-2490

SINGLETON SCHREIBER MCKENZIE & SCOTT,
LLP
450 A ST, 5TH FLOOR
TRIMBLE, KIMBERLY S SINGLE
SAN DIEGO, CA  92101

SKIKOS, CRAWFORD, SKIKOS & JOSEPH
ONE SANSOME ST., SUITE 2830
SAN FRANCISCO, CA  94104

SLACK & DAVIS LLP
6001 BOLD RULER WAY, SUITE 100
JOHN RANDOLPH DAVIS
AUSTIN, TX  78746

SLATER, SLATER, SCHULMAN, LLP
445 BROADHOLLW RD, ST. 419
ROURKE, MICHAEL J.
MELVILLE, NY  11747

SMITH, GILDEA & SCHMIDT LLC
600 WASHINGTON AVE, SUITE 200
TOWSON, MD  21204

SOMMERS SCHWARTZ, PC
ONE TOWN SQUARE, 17TH FLOOR
THOMPSON, JASON J SICKELS, ROBERT B
SOUTHFIELD, MI  48076

SOUTHERLAND LAW FIRM, PLLC
5214 MARYLAND WAY SUITE 402
BRENTWOOD, TN  37027

STANLEY LAW GROUP
PO BOX 823646
DALLAS, TX  75382-3646

STEVE MERRITT LAW
523 W LAMAR ALEXANDER PKWY, STE 11
MERRITT, STEVE
MARYVILLE, TN  37801

STEVENSON LEGAL GROUP, PLLC
1010 N. WEST STREET
STEVENSON, DAMON R.
JACKSON, MS  39215

STEWART & STEWART
931 S. RANGELINE ROAD
STEWART, DAVID SOBIERAY, MICHAEL
CARMEL, IN  46032

STONE GRANADE & CROSBY PC
8820 US HIGHWAY 90
STRACHAN, LAURA IRVINE, GEORGE
DAPHNE, AL  36526

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

STRAUSS TROY CO., LPA
150 EAST FOURTH STREET 4TH FLOOR
CINCINNATI, OH  45202-4015

SUGARMAN LAW, LLC
80 EAST MAIN STREET
SUGARMAN, BARRY B.
SOMERVILLE, NJ  08876

SULLIVAN PAPAIN BLOCK MCGRATH &
CANNAVO P.C.
120 BROADWAY 27TH FLOOR
NEW YORK, NY  01027

SULLO & SULLO, LLP
2020 SOUTHWEST FWY. SUITE 300
HOUSTON, TX  77098

SUMMERS & JOHNSON, P.C.
717 THOMAS ST.
WESTON, MO  64098

SUTTON, ALKER & RATHER, LLC
4080 LONESOME RD
MANDEVILLE, LA  70448

SWMW LAW, LLC
C/O BENJAMIN SCHMICKLE
701 MARKET STREET, SUITE 1000
ST. LOUIS, MO  63101

SZAFERMAN LAKIND BLUMSTEIN & BLADER
C/O BENJAMIN SCHMICKLE
LYTLE, ROBERT E
LAWRENCEVILLE, NJ  08648

TAFT STETTINIUS & HOLLISTER LLP
111 EAST WACKER, SUTIE 2800
CHICAGO, IL  60601

TALMADGE BRADDOCK
PO BOX 1419
BILOXI, MS  39533

TAUTFEST BOND
5151 BELT LIND RD, STE 1000
GLITZ, JESSICA; MONTE BOND
DALLAS, TX  75254

TERRELL HOGAN YEGEL, P.A.
233 EAST BAY STREET, 8TH FLOOR
JACKSONVILLE, FL  32202

THE ALARID LAW FIRM, P.C.
300 CENTRAWL SW STE 2500 W
CORDOVA, CAMILLE
ALBUQUERQUE, NM  87102

THE ALVAREZ LAW FIRM
3251 PONCE DE LEON BLVD
CORAL GABLES, FL  33134

THE BARNES FIRM, LC
655 W. BROADWAY, STE. 940
OLIVER, CHRISTIAN R
SAN DIEGO, CA  92101

THE BARNES FIRM, P.C.
420 LEXINGTON AVE, STE 2140
VAZQUEZ, JOE
NEW YORK, NY  10170

THE BENTON LAW FIRM, PLLC
1825 MARKET CENTER BLVD., STE 350
DALLAS, TX  75207

THE BRANDI LAW FIRM
354 PINE STREET, THIRD FLOOR
T EDWARDS, T BRANDI, B MALLOY
SAN FRANCISCO, CA  94104

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 16, 2023**

THE CARLSON LAW FIRM
100 E CENTRAL TEXAS EXPRESSWAY
KILLEEN, TX  76541

THE CHEEK LAW FIRM
650 POYDRAS STREET, SUITE 2310
LINDSEY A. CHEEK
NEW ORLEANS, LA  70130

THE CLORE LAW GROUP LLC
78 ASHLEY POINT DRIVE, STE 200
CHARLESTON, SC  29407

THE CRONE LAW FIRM, PLC
88 UNION AVENUE, 14TH FLOOR
CRONE, ALAN G.
MEMPHIS, TN  38103

THE CUFFIE LAW FIRM
3080 CAMPBELTON ROAD SOUTHWEST
T CUFFIE, M BENSON
ATLANTA, GA  30311

THE DAILEY LAW FIRM
C/O WILLIAM DAILEY JR.
230 BEMISTON AVENUE, SUITE 1470
ST. LOUIS, MO  63105

THE DEATON LAW FIRM
450 NORTH BROADWAY
C/O JOHN DEATON
EAST PROVIDENCE, RI  02814

THE DIAZ LAW FIRM, PLLC
208 WATERFORD SQUARE, SUITE 300
DIAZ JR., GERALD J.
MADISON, MS  39110

THE DIETRICH LAW FIRM, PC
101 JOHN JAMES AUDUBON PKWY
NICHOLAS J SHEMIK, REBECCA L POSTEK
BUFFALO, NY  14228

THE DILORENZO LAW FIRM, LLC
505 20TH STTREE NORTH, STE 1275
BIRMINGHAM, AL  35203

THE DREESEN LAW FIRM, LLC
16105 SWINGLEY RIDGE ROAD, 4097
CHESTERFIELD, MO  63006

THE DUGAN LAW FIRM, APLC
ONE CANAL PLACE, 365 CANAL ST, STE 1000
NEW ORLEANS, LA  70130

THE DUNKEN LAW FIRM
DUNKEN, BURT TERRY
77 SUGAR CREEK CENTER BLVD STE 600
SUGAR LAND, TX  77478-3688

THE EARLY FIRM, LLC
C/O MATHEW PARK
360 LEXINGTON AVE, 20TH FLOOR
NEW YORK, NY  10017

THE ENTREKIN LAW FIRM
3101 N. CENTRAL AVE., STE. 740
ENTREKIN, LANCE
PHOENIX, AZ  08501

THE FERRARO LAW FIRM, P.A.
600 BRICKELL AVENUE, SUITE 3800
JAGOLINZER, D., FERRARO, JR. J. DIMATT
MIAMI, FL  33131

THE GATTI LAW FIRM
JENNINGS, RYAN S
235 FRONT ST. SE, STE. 200
SALEM, OR  97301

THE GORI LAW FIRM, P.C.
C/O SARAH SALGER
156 N. MAIN STREET
EDWARDSVILLE, IL  62025

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'SCONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TOMOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

| | | |
|---|---|---|
| THE GORNY LAW FIRM, LC<br>4330 BELLEVIEW AVE, STE 200<br>KANSAS CITY, MO  64111 | THE GOSS LAW FIRM, P.C.<br>1501 WESTPORT RD<br>GOSS, PETER E.<br>KANSAS CITY, MO  64111 | THE GROSSMAN LAW FIRM<br>57 SCHANCK RD. STE C-13<br>FREEHOLD, NJ  07728 |
| THE HANNON LAW FIRM, LLC<br>1641 DOWNING STREET<br>DENVER, CO  80218 | THE JACOB D. FUCHSBERG LAW FIRM<br>3 PARK AVENUE, STE 3700<br>NEW YORK, NY  10016 | THE KING FIRM<br>2912 CANAL STREET<br>GELGER, ANDREW J.<br>NEW ORLEANS, LA  70119 |
| THE KRUGER LAW FIRM<br>485 S. ROBERTSON BLVD., SUITE 4<br>KRUGER, JACKIE<br>BEVERLY HILLS, CA  90211 | THE LANIER LAW FIRM<br>2829 TOWNSGATE RD. STE 100<br>WESTLAKE VILLAGE, CA  91361 | THE LAW FIRM OF JOSEPH H. LOW IV<br>100 OCEANGATE, 12TH FLOOR<br>LOW IV, JOSEPH H.<br>LONG BEACH, CA  90802 |
| THE LAW OFFICES OF ERIC H. WEINBERG<br>149 LIVINGTON AVENUE<br>NEW BRUNSWICK, NJ  08901 | THE LAW OFFICES OF HAYTHAM FARAJ<br>1935 W BELMONT AVE<br>FARAJ, HAYTHAM<br>CHICAGO, IL  60657 | THE LAW OFFICES OF MELVIN W BRUNSON<br>9000 WESTERN AMERICA CIRCLE STE 201<br>BRUNSON, MELVIN W.<br>MOBILE, AL  36609 |
| THE LAW OFFICES OF PETER G. ANGELOS<br>100 NORTH CHARLES ST<br>BALTIMORE, MD  21201 | THE LAW OFFICES OF SEAN M CLEARY<br>19 W FLAGLER ST., STE 618<br>PEREIRA, ANDRES<br>MIAMI, FL  33130 | THE LEVENSTEN LAW FIRM, P.C.<br>2200 RENAISSANCE BLVD<br>STE 320<br>KING OF PRUSSIA, PA  19406 |
| THE MADALON LAW FIRM<br>100 NORTH FEDERAL HIGHWAY CU5<br>FORT LAUDERDALE, FL  33301 | THE MICHAEL BRADY LYNCH FIRM<br>127 W FAIRBANKS AVE, STE 528<br>LYNCH, MICHAEL BRADY<br>WINTER PARK, FL  32789 | THE MILLER FIRM, LLC<br>108 RAILROAD AVE.<br>ORANGE, VA  02296 |

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 16, 2023**

THE MITCHELL FIRM, PLLC
1020 HIGHLAND COLONY PKWY, STE 704
JOSEPH
RIDGELAND, MS  39157

THE ONDER LAW FIRM
C/O JAMES ONDER
110 EAST LOCKWOOD, SECOND FLOOR
ST. LOUIS, MO  63119

THE PATE LAW FIRM
PO BOX 370
CHRISTIANSTED, VI  00821-0370

THE PENTON LAW FIRM
209 HOPPEN PL
BOGALUSA, LA  70427-3827

THE POINTE
1205 E. WASHINGTON ST. SUITE 111
DAVIS, ALEX C.
LOUISVILLE, KY  40206

THE POTTS LAW FIRM, LLP
1901 W 47TH PL 210
KANSAS CITY, KS  66205

THE POTTS LAW FIRM, LLP
3737 BUFFALO SPEEDWAY, SUITE 1900
FUNK, ADAM T
HOUSTON, TX  77098

THE REARDON LAW FIRM, P.C.
160 HEMPSTEAD ST.
NEW LONDON, CT  06320

THE RUTH LAW TEAM
842 RAYMOND AVE., STE 200
ROSLANSKY, ERIC D.
ST. PAUL, MN  55114

THE SEGAL LAW FIRM
AMOS, II, C., FOSTER, J., & SEGAL, S.
810 KANAWHA BLVD, EAST
CHARLESTON, WV  25301

THE SIMON LAW FIRM, PC
800 MARKET STREET, SUITE 1700
ST. LOUIS, MO  63101

THE SMITH LAW FIRM, PLLC
300 CONCOURSE BLVD
SUITE 104
RIDGELAND, MS  39157

THE WASHINGTON FIRM, PC
1300 S UNIVERSITY DR STE 407
FT WORTH, TX  76107-5727

THE WEBSTER LAW FIRM
6200 SAVOY, SUITE 515
WEBSTER, JASON C.
HOUSTON, TX  77036

THE WEINBERG LAW FIRM
149 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ  08901

THE WHITEHEAD LAW FIRM, LLC
3639 AMBASSADOR CAFFERY PKWY
PETROLEUM TWR, STE 303
LAFAYETTE, LA  70503

THE WHITTEMORE LAW GROUP, PA
100 SECOND AVENUE SOUTH, STE. 304-S
ST. PETERSBURG, FL  33701

THORNTON LAW FIRM
1 LINCOLN ST, FL 13, STATE ST FIN CTR
MCGOLDRICK, MARILYN T.
BOSTON, MA  02111

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 16, 2023**

| | | |
|---|---|---|
| TORHOERMAN LAW LLC<br>210 S MAIN STREET<br>DAVIS, STEVEN D.<br>EDWARDSVILLE, IL  62025 | UNGLESBY LAW FIRM<br>246 NAPOLEON STREET<br>UNGLESBY, LEWIS O.<br>BATON ROUGE, LA  70802 | USRY, WEEKS & MATTHEWS, APLC<br>1615 POYDRAS STREET, SUITE 1250<br>RICAHRDSON, TIMOTHY R.<br>NEW ORLEANS, LA  70112 |
| VAUGHAN LAW FIRM PC<br>2211 NORFOLK STREET, STE 220<br>VAUGHAN, JEFFREY R.<br>HOUSTON, TX  77098 | VENTURA LAW<br>235 MAIN STREET<br>K FITZPATRICK, A RIBEIRO, N BARBER, R AGOSTINHO<br>DANBURY, CT  06810 | VICKERY & SHEPHERD, LLP<br>10000 MEMORIAL DR., SUITE 750<br>HOUSTON, TX  77024 |
| VISRAM-GIRALDO LAW GROUP, LLP<br>633 SE 3RD AVE, STE 302<br>FORT LAUDERDALE, FL  33301 | VOGELZANG LAW<br>N WALLACE, W BERKOVER<br>401 N. MICHIGAN AVENUE, SUITE 350<br>CHICAGO, IL  60611 | WAGNER REESE, LLP<br>11939 NORTH MERIDIAN STREET<br>CARMEL, IN  46032 |
| WAGSTAFF & CARTMELL, LLP<br>4740 GRAND AVE., SUITE 300<br>KANSAS CITY, MO  64112 | WAGSTAFF LAW FIRM<br>940 LINCOLN STREET<br>NORTHRUP, ALBERT<br>DENVER, CO  80203 | WALKER, HAMILTON & KOENIG, LLP<br>50 FRANCISCO STREET, STE. 460<br>WALKER III, WALTER H.<br>SAN FRANCISCO, CA  94133 |
| WALLACE & GRAHAM<br>525 NORTH MAIN STREET<br>PROSS, MICHAEL B GRAHAM, WILLIAM M<br>SALISBURY, NC  28144 | WALTON TELKEN FOSTER, LLC<br>241 N. MAIN ST.<br>EDWARDSVILLE, IL  62035 | WARD BLACK LAW<br>C/O JANET WARD BLACK<br>208 W. WENDOVER AVE<br>GREENSBORO, NC  27401 |
| WATERS & KRAUS, LLP<br>3141 HOOD STREET, STE 700<br>DALLAS, TX  75219 | WEINSTEIN CAGGIANO PLLC<br>600 UNIVERSITY ST, STE 1620<br>SEATTLE, WA  98101 | WEITZ & LUXENBERG<br>220 LAKE DRIVE EAST, SUITE 210<br>CHERRY HILL, NJ  08002 |

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #: 23-01092**

**Notices mailed by: May 16, 2023**

WEITZ & LUXENBERG
BHARATI O. SHARMA
220 LAKE DR E 210
CHERRY HILL, NJ 08002

WEITZ & LUXENBERG
D KRAFT, B SHARMA, J WEITZ, J SEDGH
700 BROADWAY
NEW YORK, NY 10003

WEITZ & LUXENBERG
MARK BRATT
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CA 90067

WEXLER WALLACE LLP
55 WEST MONROE STREET, SUITE 3300
CHICAGO, IL 60603

WHITE & WEDDLE, P.C.
630 N.E. 63RD STREET
WHITE, JR, JOE E
OKLAHOMA, OK 73105

WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DR, STE. 900
L KIZIS, A RESNICK-PARIGIAN
WOODBRIDGE, NJ 07095

WILENTZ, GOLDMAN & SPITZER, P.A.
C/O STEPHEN SULLIVAN, JR.
125 HALF MILE ROAD, SUITE 100
REDBANK, NJ 07701

WILL DAVIDSON LLP
220 BAY STREET 1400
MILLER, PAUL
TORONTO, ON M5J 2W4
CANADA

WILLIAM D. BRANDT, P.C.
494 STATE STREET, STE 300B
SALEM, OR 97301

WILLIAM G. COLVIN, PLLC
801 BROAD STREET, STE 428
COLVIN, WILLIAM G.
CHATTANOOGA, TN 37402

WILLIAMS & WILLIAMS
1281 RUSSELL STREET
ORANGEBURG, SC 29115

WILLIAMS DECLARK TUSCHMAN CO, LPA
626 MADISON AVENUE, SUITE 800
TUSCHMAN, CHAD M
TOLEDO, OH 43604-1110

WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 GULF FREEWAY, SUITE 600
BRAHMBHATT, SEJAL K BOUNDAS, JOHN T.
HOUSTON, TX 77017

WILLIAMS, KIRK (879031)
AIRWAY HEIGHTS CORRECTION CENTER
P.O. BOX 2049-L-B-05
AIRWAY HEIGHTS, WA 99001

WILSON LAW PA
1111 HAYNES ST, STE 103 (27604)
RALEIGH, NC 27605

WILSON LAW PA
434 FAYETTEVILLE ST, STE 2060
ATTN KIMBERLY WILSON WHITE
RALEIGH, NC 27601

WISNER BAUM
11111 SANTA MONICA BLVD, SUITE 1750
WISNER, ROBERT BRENT
LOS ANGELES, CA 90025

WOCL LEYDON LLC
80 FOURTH STREET
LEYDON, B.P. FUSCO, J.E.
STAMFORD, CT 06905

**Debtor: In re: LTL MANAGEMENT LLC**

**Case #:  23-01092**

**Notices mailed by:  May 16, 2023**

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT
10:00 A.M & DEBTOR'S (I) OMNIBUS RESPONSE TO OBJECTIONS TO
DEBTOR'S CONFIDENTIALITY DESIGNATIONS AND (II) OBJECTION TO MOTION TO DE-
DESIGNATE EXHIBIT A OF THE TERM SHEET

| | | |
|---|---|---|
| WORRALL, JAMES, PRO SE<br>PO BOX 3333<br>CLARKSVILLE, IN  47131-3333 | WRIGHT & SCHULTE, LLC<br>865 S DIXIE DR<br>VANDALIA, OH  45377 | WYLDER CORWIN KELLY LLP<br>207 E. WASHINGTON ST. SUITE 102<br>BLOOMINGTON, IL  61701 |
| YAEGER LAW, PLLC<br>P.O. BOX 530338<br>LAURA V. YAEGER<br>SAINT PETERSBURG, FL  33747 | YEAROUT & TRAYLOR, P.C.<br>3300 CAHABA ROAD, STE. 300<br>BIRMINGHAM, AL  35223 | ZELBST, HOLMES & BUTLER<br>C/O JOHN P. ZELBST<br>P.O. BOX 365, 411 SW 6TH STREET<br>LAWTON, OK  73502-0365 |
| ZEVAN DAVIDSON ROMAN LLC<br>211 N. BROADWAY<br>STE 2675<br>ST. LOUIS, MO  63102 | ZINNS LAW, LLC<br>1800 PEACHTREE ST., NW, STE. 370<br>ZINNS, SHARON<br>ATLANTA, GA  30309 | |

Total Parties: 638