**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

---

Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No.: 23-12828 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>        Defendants. | Adv. No. 23-01092 (MBK) |

**ORDER GRANTING DEBTOR'S MOTION TO SEAL**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2023**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536697688

(Page 2)
Debtor: LTL Management LLC
Case No. 23-01092 (MBK)
Caption: Order Granting Debtor's Motion to Seal

Upon the motion (the "Motion") of LTL Management LLC (the "Debtor"), to seal the following documents,

- Documents reflecting Debtor and non-Debtor affiliates' insurance coverage; and
- Agreements between Johnson & Johnson Consumer, Inc. or Johnson & Johnson Consumer Companies, Inc., and: (i) Pharma Tech Industries, Inc.; (ii) Bausch Health Companies (f/k/a Valeant Pharmaceuticals); and (iii) Valeant Pharmaceuticals International, Inc.;

and the court having considered the request and any objection there to, it is

☐    ORDERED that the request is denied, and the underlying document(s) shall be filed on the court's electronic filing system.

☑    ORDERED that the request is granted, and the document(s) shall be filed under seal until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

NAI-1536697688