Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  LTL Management LLC
Debtor

Case No.: 23−12825−MBK
Chapter 11

LTL Management LLC
Plaintiff

v.

Those Parties Listed on Appendix A to the Complaint and
John and Jane Does 1−1000
Defendant

Adv. Proc. No. 23−01092−MBK                    Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on May 24, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 143 − 11
Order Granting Motion To Seal Document (Related Doc # 11). Service of notice of this entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/24/2023. (wiq)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 24, 2023
JAN: wiq

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

LTL Management LLC,

    Plaintiff

Adv. Proc. No. 23-01092-MBK

Those Parties Listed on Appendix A to th,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2023 | Form ID: orderntc | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Fidelma Fitzpatrick, Motley Rice LLC, 40 Westminster St, 5th Fl, Providence, RI 02903-2525 |
| aty | + | Jonathan Orent, Motley Rice LLC, 40 Westminster St, 5th Fl, Providence, RI 02903-2525 |
| intp | + | BCBS of Massachusetts, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| op | + | Epiq Corporate Restructuring, LLC, 777 Third Avenue, 12th Floor, New York, NY 10017-1302 |
| intp | + | Paul Crouch, LEVY KONIGSBERG, LLP, 605 Third Avenue, FL 33, New York, NY 10158-0021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kbateam@arnolditkin.com | | |
| | | | May 24 2023 21:00:00 | Arnold & Itkin LLP, 6009 Memorial Drive, Houston, TX 77007-7035 |
| pla | + | Email/Text: jkim8@its.jnj.com | | |
| | | | May 24 2023 20:59:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ad Hoc Committee of Certain Talc Claimants |
| cr | | Justin Bergeron, 16720 Tiger Band Road, Baton Rouge |
| dft | | Those Parties Listed on Appendix A to the Complain |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023        Signature:    /s/Gustava Winters

District/off: 0312-3                             User: admin                                    Page 2 of 3
Date Rcvd: May 24, 2023                          Form ID: orderntc                              Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Allison Meghan Brown | on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com |
| Andrew J. Kelly | on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com |
| Christopher M. Placitella | on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com bdriscoll@cprlaw.com |
| Clay Thompson | on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com |
| Colin R. Robinson | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Stolz | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Donald W Clarke | on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| E. Richard Dressel | on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerome Howard Block | on behalf of Interested Party Paul Crouch jblock@levylaw.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John M. August | on behalf of Creditor Dean McElroy jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Trevor Barkley jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Alison Daugherty jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Christina Prudencio jaugust@saiber.com rtucker@saiber.com |

John M. August
         on behalf of Creditor Susan Jean Bader jaugust@saiber.com  rtucker@saiber.com

Michael D. Sirota
         on behalf of Interested Party Ad Hoc Committee of Supporting Counsel msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Paul R. DeFilippo
         on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Richard G. Haddad
         on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com
akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com

Suzanne Ratcliffe
         on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
         on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com

United States Trustee
         USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 30