**EXHIBIT 4**

```
                                    SUPERIOR COURT OF NEW JERSEY
                                    LAW DIVISION, CIVIL PART
                                    MIDDLESEX COUNTY
                                    DOCKET NO.
 1                                  A.D.#_____

 2  KIMBERLY NARANJO,             )
                                  )         TRANSCRIPT
 3              Plaintiff,        )            OF
                                  )
 4       vs.                      )         MOTIONS
                                  )
 5  JOHNSON & JOHNSON, ET AL.,    ) DOCKET NO. L-6108-21AS
                                  )
 6              Defendant.        )
    _____)
 7                                )
 8  WALTER PRESSLER, ET AL.,      ) DOCKET NO. L-1944-23
    JUSTIN BERGERON, ET AL.,      )            L-2089-23
 9  MABLE DUMAS, ET AL.,          )            L-2090-23
    GEORGES EL-RAMADI, ET AL.,    )            L-2092-23
10  LUCILA CRUZ, ET AL.,          )            L-2093-23
    GEORGE BOYLE,                 )            L-2094-23
11  SUSAN DROLET,                 )            L-2095-23
    MARISA MAGEE,                 )            L-2268-23
12  CONNIE SIMS,                  )            L-3923-20
    ROALIA GAGLIARDI, ET AL.,     )            L-3805-18
13                                )
                Plaintiffs,       )
14                                )
         vs.                      )
15                                ) VOLUME 1 OF 2
    KENVUE, ET AL.,               )
16                                )
                Defendant.        )
17
18
19              Transcriber, Sherry M. Figliolino
                G&L TRANSCRIPTION OF NJ
20              330 Changebridge Road, Suite 101
                Pine Brook, New Jersey  07058
21              www.gltranscriptsnj.com
                transcripts@gltranscriptsnj.com
22
                Sound Recorded
23              Recording Operator,
```

```
 1   just like this case.  And even -- and there are
 2   multiple cases, which I will walk through, that say
 3   that liability attaches even when there's a disclaimer
 4   of liability.
 5              The mere fact that J&J assigned liability to
 6   LTL to decide who ultimately is going to pay inside
 7   their little world has no impact on the responsibility
 8   to their parties.  That's between J&J, LTL, and the J&J
 9   defendants.  It does not impact New Jersey law.
10              So, what's the standard of review?  As Mr.
11   Dubin mentioned, this is a motion to dismiss where all
12   the allegations in the complaint have to be accepted as
13   true and those allegations include not just the facts
14   and the 90 pages that we included, probably the most
15   comprehensive pleading ever filed here in a talc case,
16   but the affidavits that were attached and the SEC
17   statements.  So, the premise that somehow -- that
18   somehow not every fact was pled is just inaccurate.
19              The issue of successor liability -- and this
20   goes to the second motion as well -- is ultimately a
21   factor, first, to be addressed by the Court on summary
22   judgment if a motion is made, and secondly, ultimately,
23   for the jury.  And it's worth noting, I think, to start
24   that there is no reported post-RAMIREZ case finding no
25   successor liability on the pleadings.  Okay?  Not one
```

1  dismiss for failure to state a claim under Rule 4:6-2E.
2  Seminal case is PRINTING MART V. SHARP ELECTRONICS, 116
3  N.J. 739.  That requires the Court to search the
4  complaint in depth and with liberality to determine if
5  a cause of action can be gleaned even from an obscure
6  statement, particularly, if discovery is taken.
7         Every reasonable inference is, therefore,
8  accorded the plaintiff and the motion granted only in
9  rare circumstances and ordinarily without prejudice.
10 So, while there are a number of cases that are part of
11 this today, the Court did take time to review the
12 BERGERON complaint in depth with the attachments
13 therein.  The Court is satisfied that this is not a
14 case that should be dismissed because it satisfies the
15 requirement of PRINTING MART, satisfies Rule 4:6-2E.
16         The Court is satisfied that the plaintiffs
17 are not attempting to circumvent the bankruptcy court
18 and that this is not about LTL.  But certainly here
19 today in the pleadings, BERGERON and the other
20 pleadings that have been made as to these defendants
21 before the Court now, there is enough there for the
22 defendant -- for the plaintiffs to proceed forward,
23 certainly, to discovery and for the defendants to renew
24 their motions for summary judgment at the appropriate
25 time.