**EXHIBIT 6**

**COHEN, PLACITELLA & ROTH, P.C.**
**CHRISTOPHER M. PLACITELLA 027781981**
127 Maple Avenue
Red Bank, NJ 07701
(732) 747-9003
**Attorneys for Plaintiff**

| | |
|---|---|
| KIMBERLY NARANJO,<br><br>   Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON CONSUMER INC.,<br> f/k/a JOHNSON & JOHNSON CONSUMER<br> COMPANIES, INC.;<br>JOHN DOE CORPORATIONS 1-50;<br>JOHN DOE CORPORATIONS 50-100;<br><br>   Defendants. | SUPERIOR COURT OF<br>NEW JERSEY<br>LAW DIVISION<br>MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-006108-21<br><br>CIVIL ACTION<br>ASBESTOS LITIGATION<br><br>**SUBPOENA** *Ad Testificandum* |

TO: Thibaut Mongon

  **YOU ARE HEREBY COMMANDED** to appear in person before the Superior Court of New Jersey at Cohen, Placitella & Roth PC, 127 Red Bank, New Jersey beginning at 9:00 am on **Thursday, May 18, 2023** to testify at an oral and videotaped deposition before a person authorized by the laws of the State of New Jersey to administer oaths, in connection with the above-captioned matter.

  Failure to appear or comply with the command of this Subpoena will subject you to the penalties provided by law.

             /s/ Michelle M. Smith
          By: _____
            MICHELLE M. SMITH,
            CLERK OF THE SUPERIOR COURT

Dated: April 21, 2023

**COHEN, PLACITELLA & ROTH, P.C.**
**CHRISTOPHER M. PLACITELLA 027781981**
127 Maple Avenue
Red Bank, NJ 07701
(732) 747-9003
**Attorneys for Plaintiff**

| | |
|---|---|
| KIMBERLY NARANJO,<br><br>        Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON CONSUMER INC.,<br>  f/k/a JOHNSON & JOHNSON CONSUMER<br>  COMPANIES, INC.;<br>JOHN DOE CORPORATIONS 1-50;<br>JOHN DOE CORPORATIONS 50-100;<br><br>        Defendants. | SUPERIOR COURT OF<br>NEW JERSEY<br>LAW DIVISION<br>MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-006108-21<br><br>CIVIL ACTION<br>ASBESTOS LITIGATION<br><br>**SUBPOENA** *Ad Testificandum* |

TO:    PAUL RUH

        **YOU ARE HEREBY COMMANDED** to appear in person before the Superior Court of New Jersey at Cohen, Placitella & Roth PC, 127 Red Bank, New Jersey beginning at 9:00 am on **Wednesday May 17, 2023** to testify at an oral and videotaped deposition before a person authorized by the laws of the State of New Jersey to administer oaths, in connection with the above-captioned matter.

        Failure to appear or comply with the command of this Subpoena will subject you to the penalties provided by law.

                                                */s/* Michelle M. Smith
                               By: _____
                                     MICHELLE M. SMITH,
                                     CLERK OF THE SUPERIOR COURT

Dated:  April 21, 2023