**<u>EXHIBIT 7</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | . | Case No. 23-12825(MBK) |
| | . | |
| | . | Clarkson S. Fisher U.S. |
| LTL MANAGEMENT LLC, | . | Courthouse |
| | . | 402 East State Street |
| | . | Trenton, NJ 08608 |
| Debtor. | . | |
| | . | Tuesday, May 30, 2023 |
| . . . . . . . . . . . . . . . | . | 11:31 a.m. |

TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE AND MOTION HEARING

BEFORE THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY COURT JUDGE

TELEPHONIC APPEARANCES:

For the Debtor:                Jones Day
                               By:  GREGORY M. GORDON, ESQ.
                               2727 North Harwood Street
                               Suite 500
                               Dallas, TX 75201


For Ad Hoc Committee           Brown Rudnick LLP
of Certain Talc                By:  JEFFREY L. JONAS, ESQ.
Claimants and Ad Hoc                DAVID J. MOLTON, ESQ.
Committee of Creditors:             MICHAEL WINOGRAD, ESQ.
                               7 Times Square
                               New York, NY 10036


For the Office of the          Office of the U.S. Trustee
U.S. Trustee:                  By:  LINDA RICHENDERFER, ESQ.
                               J. Caleb Boggs Federal Building
                               844 King Street, Suite 2207
                               Lockbox 35
                               Wilmington, DE 19801


Audio Operator:                Kiya Martin


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

1          Let's move forward to the discovery requested with

2   respect to the transfer of HoldCo's consumer business -- it

3   seems to the Court -- Mr. Winograd?  Okay.

4          MR. WINOGRAD:  Your Honor, I didn't realize my hand

5   was up, but if Your Honor is prepared to rule, that's fine.  I

6   was just going to set the table.

7          THE COURT:  I am pretty confident that I understand

8   the issue as it's been presented and argued with respect to

9   J&J's motion for a protective order.

10         The Court views the issue to be limited -- an area of

11  inquiry that should be limited as to whether or not the

12  transfer of the consumer health business was part of the

13  structuring of the 2023 funding agreement, as well as the

14  decision to refile LTL-2 the second time.  It's a very limited

15  area of inquiry as it relates to the motion to dismiss.

16         Because of that, the discovery sought, in this

17  court's view, is substantially over broad.  There has been no

18  evidence presented, either from the prior case or to date in

19  this case, that the Court has seen that the -- that the

20  transfer of the consumer business was related to the filing of

21  LTL-1, and certainly not LTL-2 at this juncture, but that's for

22  discovery.

23         So the Court will permit limited discovery of LTL's

24  employees and J&J's employees only with respect to that limited

25  inquiry as to whether or not there was -- the decision to

1    transfer the consumer health business out of HoldCo was part of

2    the decision making with respect to the filing of the second

3    Chapter 11 or the manner in which the funding agreement was

4    structured.

5              I do not see a need for third-party discovery in that

6    regard, and certainly any document discovery would be limited

7    to communications that arose after January 30th of '23 through

8    April 4th.

9              So I'm prepared to grant the protective order with

10   that limited proviso that as part of discovery the TCC -- the

11   TCC or other movants can make inquiry into whether or not there

12   is such a relationship or nexus between the decision to

13   transfer the health -- the consumer health business and the

14   subsequent filing or the matter in which the 2023 funding

15   agreement was structured.

16             Mr. Starner?

17             MR. STARNER:  Yes, Your Honor.  Can you hear me okay?

18             THE COURT:  Yes, I can.

19             MR. STARNER:  I also want to thank the Court for

20   hearing us today under the circumstances.

21             Just in terms of clarifying the Court's ruling, I

22   think I understand where the Court has come out on this, but I

23   just don't want to have to be back in front of you about the

24   scope of what really the TCC then comes after us about.

25             In my mind, you know, the record is pretty clear