Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  LTL Management LLC
Debtor

Case No.: 23−12825−MBK
Chapter 11

LTL Management LLC
Plaintiff

v.

Those Parties Listed on Appendix A to the Complaint and
John and Jane Does 1–1000
Defendant

Adv. Proc. No. 23−01092−MBK                                    Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on June 1, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 149 − 147, 148
Order Granting Application to Shorten Time (related document:147 Motion re: Debtor's Motion for a Bridge Order Confirming the Automatic Stay Applies to Certain Actions Asserted Against Affiliates or Temporarily Extending the Stay and Preliminary Injunction to Such Actions Pending a Final Hearing on the Requested filed by Plaintiff LTL Management LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 6/1/2023. Hearing scheduled for 6/2/2023 at 11:30 AM at MBK − Courtroom 8, Trenton. (wiq)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 1, 2023
JAN: wiq

Jeanne Naughton
Clerk