**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>    Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>    Plaintiff,<br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br>    Defendants. | Adv. No. 23-1092 (MBK) |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON JUNE 2, 2023 AT 11:30 A.M.

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*

*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

## CONTESTED MATTERS GOING FORWARD IN THE BASE CASE

1. Debtor's Motion to Compel the Official Committee of Talc Claimants to Supplement Certain of Its Responses to Interrogatories and Requests for Production [Dkt. 604].

   **Status:  This matter is going forward.**

   Objection Deadline:  At hearing pursuant to the Order Granting the Application to Shorten Time [Dkt. 607].

   Related Documents:

   A.    Application for Order Shortening Time [Dkt. 605].

   B.    Order Granting the Application to Shorten Time [Dkt. 607].

   Objections:

   C.    TCC's Opposition to the Debtor's Motion to Compel Certain Disclosures and Produce Documents [Dkt. 625].

2. Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production [Dkt. 638].

   **Status:  This matter is going forward.**

   Objection Deadline:  At hearing, pursuant to the Order Granting the Application to Shorten Time [Dkt. 640].

   Related Documents:

   A.    Application for Order Shortening Time [Dkt. 639].

   B.    Order Granting the Application to Shorten Time [Dkt. 640].

## CONTESTED MATTERS GOING FORWARD IN THE ADVERSARY PROCEEDING

3. Debtor's Motion for a Bridge Order Confirming the Automatic Stay Applies to Certain Actions Asserted Against Affiliates or Temporarily Extending the Stay and Preliminary Injunction to Such Actions Pending a Final Hearing on the Requested Relief [Adv. Dkt. 147].

   **Status:  This matter is going forward.**

   Objection Deadline:  At hearing, pursuant to the Order Granting the Application to Shorten Time [Adv. Dkt. 149].

Related Documents:

A.      Application for Order Shortening Time [Adv. Dkt. 148].

B.      Order Granting the Application to Shorten Time [Adv. Dkt. 149].

Dated: June 1, 2023                     **WOLLMUTH MAHER & DEUTSCH LLP**

                                        */s/ Paul R. DeFilippo*
                                        Paul R. DeFilippo, Esq.
                                        James N. Lawlor, Esq.
                                        Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
                                        500 Fifth Avenue
                                        New York, New York 10110
                                        Telephone: (212) 382-3300
                                        Facsimile: (212) 382-0050
                                        pdefilippo@wmd-law.com
                                        jlawlor@wmd-law.com
                                        jpacelli@wmd-law.com

                                        **JONES DAY**
                                        Gregory M. Gordon, Esq.
                                        Brad B. Erens, Esq.
                                        Dan B. Prieto, Esq.
                                        Amanda Rush, Esq.
                                        2727 N. Harwood Street
                                        Dallas, Texas 75201
                                        Telephone: (214) 220-3939
                                        Facsimile: (214) 969-5100
                                        gmgordon@jonesday.com
                                        bberens@jonesday.com
                                        dbprieto@jonesday.com
                                        asrush@jonesday.com
                                        (Admitted *pro hac vice*)

                                        *PROPOSED ATTORNEYS FOR DEBTOR*