**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HALPERIN BATTAGLIA BENZIJA, LLP**
Alan D. Halperin, Esq.
Walter Benzija, Esq.
Donna H. Lieberman, Esq.
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net
        wbenzija@halperinlaw.net
        dlieberman@halperinlaw.net

*Co-Counsel to The Blue Cross Blue Shield Association*

---

In re:

LTL Management LLC,

               Debtor.

Case No.: 23-12825 (MBK)

Chapter 11

Judge: Hon. Michael B. Kaplan

## APPLICATION FOR ADMISSION OF MARK D. FISCHER *PRO HAC VICE*

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Mark D. Fischer of the law firm of Rawlings & Associate PLLC, to practice before this Court in connection with the above-captioned case and proceeding. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the Applicant hereby represents as follows:

1. I am an attorney with Halperin Battaglia Benzija, LLP ("HBB"), which law firm maintains an office at 40 Wall Street, 37th Floor, New York, New York 10005. HBB has been retained to serve as co-counsel for The Blue Cross Blue Shield Association in connection with the above-captioned bankruptcy case.

2. I am an attorney-at-law of the State of New Jersey and am admitted to practice before the United States District Courts for New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an Order Approving Admission, *Pro Hac Vice*, of Mark D. Fischer, Esq.

4. Mr. Fischer is an attorney with the firm of law firm of Rawlings & Associates PLLC, which maintains an address of 1 Eden Parkway, LaGrange, Kentucky 40031.

5. Attached is a certification of Mr. Fischer in which he certifies that he is, and has been, a member in good standing of the bar of the State of Kentucky since 1987, and is admitted to practice in the United States District Court for the Western District of Kentucky. Additionally, Mr. Fischer certifies that he is, and has remained, a member in good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

6. Mr. Fischer is familiar with the circumstances surrounding the above-captioned case and the applicable law, and his presence will serve the best interests of the client.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Mark D. Fischer, Esq. to represent The Blue Cross Blue Shield Association as counsel in connection with the above-captioned case.

Dated: April 14, 2023

                                            HALPERIN BATTAGLIA BENZIJA, LLP

                                            /s/ *Walter Benzija*
                                            Walter Benzija
                                            40 Wall Street, 37th Floor
                                            New York, NY 10005
                                            Telephone: (212) 765-9100
                                            Email: wbenzija@halperinlaw.net