# **EXHIBIT A**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY (TRENTON)** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HALPERIN BATTAGLIA BENZIJA, LLP** <br> Alan D. Halperin, Esq. <br> Walter Benzija, Esq. <br> Donna H. Lieberman, Esq. <br> 40 Wall Street, 37th Floor <br> New York, NY 10005 <br> Telephone: (212) 765-9100 <br> Email: ahalperin@halperinlaw.net <br> wbenzija@halperinlaw.net <br> dlieberman@halperinlaw.net <br><br> **RAWLINGS & ASSOCIATES** <br> Mark D. Fischer, Esq. <br> Robert C. Griffith, Esq. <br> 1 Eden Parkway <br> La Grange, KY 40031 <br> Telephone: (502) 814-2139 <br> mdf@rawlingsandassociates.com <br> rcg@rawlingsandassociates.com <br><br> *Co-Counsel to The Blue Cross Blue Shield Association* |

| | |
|---|---|
| In re: <br><br> LTL MANAGEMENT LLC, <br><br>       Debtor. | Case No.: 23-12825 (MBK) <br><br> Chapter 11 <br><br> Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF MARK D. FISCHER IN**
**SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

 Mark D. Fischer certifies, pursuant to 28 U.S.C. §1746, as follows:

 1. I am an attorney with the law firm of Rawlings & Associates PLLC, which maintains an address of 1 Eden Parkway, LaGrange, Kentucky 40031.

2. I make this certification in support of my application (the "Application") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. Rawlings & Associates PLLC has been retained to serve as counsel to The Blue Cross Blue Shield Association in connection with the above-captioned case.

3. I am and have been, a member in good standing of the bar of the State of Kentucky since 1987, and am admitted to practice in the United States District Court for the Western District of Kentucky.

4. I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned bankruptcy case and applicable law, and my presence will serve the best interests of the client.

6. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this case.

7. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: April 14, 2023

/s/ Mark D. Fischer
Mark D. Fischer