UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.M.Sponder@usdoj.gov
Email: Lauren.Bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| LTL Management, LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | The Honorable Michael B. Kaplan, Chief Judge |
| | : | |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TALC CLAIMANTS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints effective April 14, 2023, the below listed creditors to the Official Committee of Talc Claimants in the above captioned case.

Tonya Whetsel as estate representative of Brandon Whetsel
*Counsel:*
Erik Karst, Esq.
Karst Von Oiste LLP
23923 Gosling Rd., Ste. A
Spring, TX 77389
Tel: (281) 970-9988
Email: epk@karstvonoiste.com

Blue Cross Blue Shield of Massachusetts
*Counsel:*
Elizabeth Carter, Esq.
Hill Carter Franco Cole & Black, PC
425 Perry Street
Montgomery, AL 36104
Tel: (334) 386-4337
Email: ecarter@hillhillcarter.com

Kristie Doyle as estate representative of Dan Doyle
*Counsel:*
Steven Kazan, Esq.
Kazan, McClain, Satterley & Greenwood PLC
55 Harrison St., Ste. 400
Oakland, CA 94607
Tel: (510) 302-1000
Email: SKazan@kazanlaw.com

April Fair
*Counsel:*
Mark Robinson, Jr., Esq.
Robinson Calcagnie, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel.: (949) 720-1288
Email: mrobinson@robinsonfirm.com

William Henry as estate representative of Debra Henry
*Counsel:*
Christopher Tisi, Esq.
Levin Papantonio Rafferty
316 S Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7000
Email: ctisi@levinlaw.com

Alishia Landrum
*Counsel:*
Leigh O'Dell, Esq.
Beasley Allen Law Firm
PO Box 4160
Montgomery, AL 36103
Tel.: (800) 898-2034
Email: leigh.odell@beasleyallen.com

Rebecca Love
*Counsel:*
Michelle Parfitt, Esq.
Ashcraft & Gerel, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel.: (202) 783-6400
Email: mparfitt@ashcraftlaw.com

Patricia Cook
*Counsel*:
Perry Weitz, Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10083
Tel: (212) 558-5500
Email: Pw@weitzlux.com

Randy Derouen
*Counsel:*
Moshe Maimon, Esq.
Levy Konigsberg LLP
605 Third Avenue, 33rd Fl
New York, NY 10158
Tel: (212) 605-6200
Email: MMaimon@levylaw.com

Brandi Carl
*Counsel:*
Richard Golomb, Esq.
Golomb Spirt Grunfeld
1835 Market Street
Suite 2900
Philadelphia, PA 19103
Tel: (215) 985-9177
Email: rgolomb@golomblegal.com

Sue Sommer-Kresse
*Counsel:*
Daniel Lapinski, Esq.
Motley Rice, LLC
210 Lake Drive East, Suite 101,
Cherry Hill, NJ 08002
Tel: (856) 382-4670
Email: Dlapinski@Motleyrice.Com

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 & 9

By: */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

        Jeffrey M. Sponder
        Trial Attorney

        Lauren Bielskie
        Trial Attorney

Date: April 14, 2023