**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

Order Filed on April 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

LTL MANAGEMENT LLC,[1]

        Debtor.

Chapter 11

Case No.:  23-12825 (MBK)

Judge:  Michael B. Kaplan

### ORDER (I) APPROVING THE CONTINUED USE OF THE DEBTOR'S BANK ACCOUNT AND BUSINESS FORMS; AND (II) AUTHORIZING THE DEBTOR'S BANK TO CHARGE CERTAIN FEES AND OTHER AMOUNTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1]    The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order (I) Approving the Continued Use of the Debtor's Bank Account and Business
Forms; and (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts

This matter coming before the Court on the *Debtor's Motion for an Order:*

*(I) Approving the Continued Use of Its Bank Account and Business Forms; and (II) Authorizing*

*the Debtor's Bank to Charge Certain Fees and Other Amounts* (the "Motion"),[2] filed by

the debtor in the above-captioned case (the "Debtor"), pursuant to section 363(c)(1) of the

Bankruptcy Code and Local Bankruptcy Rule 9013-5; the Debtor having received informal

comments from the U.S. Trustee regarding the Motion and having resolved those comments as

set forth in this Order; the Court having reviewed the Motion and having considered the

statements of counsel with respect to the Motion at a hearing before the Court (the "Hearing");

the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334 and the Standing Order of Reference, (b) venue is proper in this district pursuant to

28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b),

(d) notice of the Motion, the Hearing and the relief sought therein was sufficient under

the circumstances, and (e) there is good cause to waive the 14-day stay imposed by Bankruptcy

Rule 6004(h) to the extent it is applicable; and the Court having determined that the legal and

factual bases set forth in the Motion and the First Day Declaration and at the Hearing establish

just cause for the relief granted herein;

### IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED to the extent set forth below.

---

[2]    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

NAI-1536535239

(Page 3)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order (I) Approving the Continued Use of the Debtor's Bank Account and Business
Forms; and (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts

2.      The Debtor is authorized to continue to use the Bank Account under the

existing account number without interruption; provided, however, that no checks issued against

the Bank Account prior to the commencement of the Chapter 11 Case shall be honored, except as

otherwise authorized by an order of this Court and directed by the Debtor.

3.      The Debtor is authorized to open and close bank accounts; provided,

however, that:  (a) any new bank account opened by the Debtor is with a bank that is (i) insured

with the FDIC, and (ii) designated as an authorized depository by the U.S. Trustee for the

District of New Jersey pursuant to the Guidelines, as defined in the Motion; and (b) the Debtor

shall notify the U.S. Trustee and any official committee or future claimants' representative

appointed in the Chapter 11 Case of the opening of a new bank account or closing of an existing

Bank Account within one (1) business day of opening or closing such account.  The U.S. Trustee

and any official committee or future claimants' representative will have fourteen (14) days from

receipt of such notice to file any objection with regard to the opening or closing of a bank

account, or such later date as may be extended by the Court or agreed to between the Debtor and

the U.S. Trustee, the official committee, or future claimants' representative (if any).  Any new

debtor-in-possession bank account must bear the designation "Debtor-in-Possession" and be

designated as "Debtor-in-Possession" accounts with the case number.

4.      Bank of America and any other bank are authorized, but not directed, to

accept and honor all representations from the Debtor as to which checks, drafts, wires or ACH

transfers should be honored or dishonored consistent with any order of this Court and governing

NAI-1536535239

(Page 4)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order (I) Approving the Continued Use of the Debtor's Bank Account and Business
Forms; and (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts

law, whether such checks, drafts, wires or ACH transfers are dated prior to, on or subsequent to

the Petition Date, provided that sufficient funds are available within such banks to make the

payments.

5.      Neither Bank of America nor any other bank shall be liable to any party on

account of:  (a) following the Debtor's instructions or representations as to any order of this

Court; (b) the honoring of any prepetition check or item in a good faith belief that the Court has

authorized such prepetition check or item to be honored; or (c) an innocent mistake made despite

implementation of reasonable item-handling procedures.

6.      Bank of America and any other bank are authorized to charge, and the

Debtor is authorized to pay or honor, the Bank Fees related to the Bank Account or any

subsequently opened bank account.  Bank of America and any other bank also are authorized to

charge back returned items to the Bank Account, or any subsequently opened bank account, in

the ordinary course of business.

7.      The Debtor is authorized to continue to use its Business Forms (including,

but not limited to, checks, letterhead, purchase orders and invoices) substantially in the forms

existing as of the commencement of the Chapter 11 Case though the Debtor shall modify or

cause to be modified such Business Forms with a notation bearing a designation of "Debtor-In-

Possession" with the case number, to the extent not otherwise designated.  Any and all

post-petition checks shall bear, to the extent they do not otherwise contain such designation, a

"DIP" or "debtor-in-possession" designation and the case number.  In the event the Debtor

NAI-1536535239

(Page 5)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order (I) Approving the Continued Use of the Debtor's Bank Account and Business
Forms; and (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts

generates new Business Forms during the pendency of the Chapter 11 Case, such Business

Forms shall include a legend referring to the Debtor as "Debtor-In-Possession" with the case

number.  The Debtor shall further immediately advise Bank of America and any other bank, to

the extent not otherwise already styled, to restyle the Bank Accounts as "Debtor-In-Possession"

accounts with the current bankruptcy case number of 23-12825.

8.      The Debtor is authorized to deposit and hold account funds in accordance

with its prepetition deposit practices.

9.      Any and all accounts opened by the Debtor on or after the Petition Date at

any bank shall, for the purposes of this Order, be deemed a Bank Account (as if it had been

opened prior to the Petition Date and described in the Motion), and any and all banks at which

such accounts are opened shall similarly be subject to the rights and obligations of this Order.

10.     Nothing contained in the Motion or this Order shall be deemed or

construed as:  (a) an admission as to the validity or priority of any claim against the Debtor;

(b) a waiver of the Debtor's or any other party in interest's rights to dispute any claim on any

grounds; (c) a promise to pay any claim; (d) a request to assume or reject any executory contract

or unexpired lease pursuant to section 365 of the Bankruptcy Code; or (e) a limitation on

the authority of the Debtor to conduct its business in the ordinary course without seeking

the approval of the Court.

NAI-1536535239

(Page 6)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order (I) Approving the Continued Use of the Debtor's Bank Account and Business
Forms; and (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts

11.     Nothing in this Order shall prejudice the Debtor's right to seek recovery of

payments from any payee of a check as permitted under sections 547, 548, 549, or any other

applicable provision of the Bankruptcy Code or applicable non-bankruptcy law.

12.     Notwithstanding the possible applicability of Bankruptcy Rule 6004(h),

this Order shall be immediately effective and enforceable upon its entry.

13.     The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion be

accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion

or otherwise waived.

14.     The Debtor shall serve a copy of this Order on all parties required to

receive service under D.N.J. LBR 9013-5(f) within two (2) days after the entry of this Order.

15.     Any party may move for modification of this Order in accordance with

D.N.J. LBR 9013-5(e).

16.     The Debtor is authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

17.     This Court shall retain exclusive jurisdiction over any and all matters

arising from or related to the implementation, enforcement or interpretation of this Order.

NAI-1536535239

United States Bankruptcy Court

District of New Jersey

In re:                                                            Case No. 23-12825-MBK

LTL Management LLC                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 13 2023 20:56:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com  awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |

District/off: 0312-3                          User: admin                                          Page 2 of 4

Date Rcvd: Apr 13, 2023                       Form ID: pdf903                                      Total Noticed: 1

Allen Joseph Underwood, II
                              on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com
                              ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison Meghan Brown
                              on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com
                              wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Allison Meghan Brown
                              on behalf of Debtor LTL Management LLC allison.brown@skadden.com
                              wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Andrew J. Kelly
                              on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andrew J. Kelly
                              on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andy Frankel
                              on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                              afrankel@stblaw.com

Bethany Theriot
                              on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

Brian J. McCormick, Jr.
                              on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian J. McCormick, Jr.
                              on behalf of Creditor Ross Feller Casey  LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

Brian W. Hofmeister
                              on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
                              on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com  j119@ecfcbis.com

Christopher M. Placitella
                              on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Clay Thompson
                              on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

Daniel Stolz
                              on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com
                              dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
                              on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com
                              dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Robert Lapinski
                              on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com
                              hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton
                              on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Derek J. Baker
                              on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
                              on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke
                              on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

E. Richard Dressel
                              on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel
                              on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

James N. Lawlor
                              on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
                              on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

Jeffrey M. Sponder
                              on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jerome Howard Block

District/off: 0312-3                                    User: admin                                    Page 3 of 4
Date Rcvd: Apr 13, 2023                          Form ID: pdf903                          Total Noticed: 1

on behalf of Interested Party Paul Crouch jblock@levylaw.com

Jerome Howard Block

on behalf of Interested Party Randy Derouen jblock@levylaw.com

John Maloney

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com

John M. August

on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Various Talc Claimants jaugust@saiber.com  rtucker@saiber.com

John W. Weiss

on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com

John Zachary Balasko

on behalf of Interested Party United States of America john.z.balasko@usdoj.gov

Kenneth A. Rosen

on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com dclaussen@lowenstein.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leah Cylia Kagan

on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com

Louis A. Modugno

on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno

on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Mitchell Malzberg

on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Moshe Maimon

on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com  mmastrogiacomo@levylaw.com

Paul R. DeFilippo

on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo

District/off: 0312-3                          User: admin                                    Page 4 of 4

Date Rcvd: Apr 13, 2023                     Form ID: pdf903                              Total Noticed: 1

on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Richard G. Haddad

on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com
akramer@otterbourg.com;awilliams@otterbourg.com;pmcternan@otterbourg.com

Robin Rabinowitz

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
rrabinowitz@lawgmm.com

Sommer Leigh Ross

on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia slross@duanemorris.com,
AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com
AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party The North River Insurance Company slross@duanemorris.com
AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com
AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com
AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com
AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com
AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. slross@duanemorris.com,
AutoDocketWILM@duanemorris.com

Stephen M. Packman

on behalf of Attorney Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11
bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen V. Gimigliano

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
sgimigliano@lawgmm.com

Suzanne Ratcliffe

on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Walter Benzija

on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net  mmurrayhbb@outlook.com


TOTAL: 79