| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                        Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>                        Defendants. | Adv. No. 23-01092 (MBK) |

**SUPPLEMENTAL DECLARATION OF AMANDA RUSH IN
SUPPORT OF DEBTOR'S MOTION (I) TO EXTEND AND MODIFY THE
PRELIMINARY INJUNCTION ORDER AND (II) FOR CONFIRMATION THAT
SUCCESSOR LIABILITY ACTIONS ARE SUBJECT TO THE AUTOMATIC STAY**

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

I, Amanda Rush, hereby declare under penalty of perjury:

1. I am a partner of the law firm of Jones Day, and my office is located at 2727 North Harwood Street, Dallas, Texas 75201. I am a member in good standing of the Bar of the State of Texas. My application to appear *pro hac vice* was approved by this Court [Dkt. 141]. There are no disciplinary proceedings pending against me.

2. I submit this declaration (the "Supplemental Declaration") in connection with the *Debtor's Reply in Support of Motion (I) To Extend and Modify the Preliminary Injunction Order and (II) For Confirmation that Successor Liability Actions are Subject to the Automatic Stay*, filed contemporaneously herewith. I have personal knowledge of the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt from the deposition of Adam Lisman, conducted on May 31, 2023.

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the deposition of Michelle Ryan, conducted on January 27, 2022.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Press Release issued by Johnson & Johnson on November 12, 2021 titled *Johnson & Johnson Announces Plans to Accelerate Innovation, Serve Patients and Consumers, and Unlock Value through Intent to Separate Consumer Health Business*; available at https://www.jnj.com/johnson-johnson-announces-plans-to-accelerate-innovation-serve-patients-and-consumers-and-unlock-value-through-intent-to-separate-consumer-health-business (Nov. 12, 2021).

6. Attached hereto as **Exhibit D** is a true and correct copy of the article *J&J Files to Spin-Off Consumer-Health Business as Kenvue*, written by Michael Hytha and published

by Bloomberg on January 4, 2023; available at https://www.bloomberg.com/news/articles/2023-01-04/j-j-files-to-spin-off-its-consumer-health-business-as-kenvue#xj4y7vzkg (Jan. 4, 2023).

7. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt from the *Brief for the Appellant Official Committee of Talc Claimants*, filed in In re LTL Management, LLC, No. 22-2003 (3d Cir. June 30, 2022) [Dkt. 46].

8. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from the *Motion of Official Committee of Talc Claimants to Dismiss Debtor's Chapter 11 Case*, filed in In re LTL Management, LLC, No. 21-30589 (Bankr. D.N.J. Dec. 1, 2021) [Dkt. 632].

9. Attached hereto as **Exhibit G** is a true and correct copy of an excerpt from the transcript of the hearing held on May 30, 2023, before the United States Bankruptcy Court for the District of New Jersey in In re LTL Mgmt. LLC, No. 23-12825 (Bankr. D.N.J. May 30, 2023).

10. Attached hereto as **Exhibit H** is a true and correct copy of an excerpt from the *Schedules to the Plan of Divisional Merger by Chenango Zero, LLC*, dated October 12, 2021.

11. Attached hereto as **Exhibit I** is a true and correct copy of an excerpt from the article The New Texas Business Corporation Act Merger Provisions, written by Curtis W. Huff and published at 21 ST. MARY'S L.J. 109 (1989-1990).

12. Attached hereto as **Exhibit J** is a true and correct copy of an excerpt from the transcript of the hearing held on June 13, 2023, before the United States Bankruptcy Court for the District of New Jersey in In re LTL Mgmt. LLC, No. 23-12825, Adv. Pro. No. 23-01092 (Bankr. D.N.J. June 13, 2023).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 16, 2023
       Dallas, Texas

Respectfully submitted,

*/s/ Amanda Rush*
Amanda Rush

4

NAI-1537194201