# **Exhibit A**

# In the Matter Of:

*LTL Management LLC Bankruptcy*

*ADAM LISMAN*

*May 31, 2023*



```
                                                                    1
 1

 2   UNITED STATES BANKRUPTCY COURT
     DISTRICT OF NEW JERSEY
 3   ----------------------------------------------X
     In Re:
 4

 5   LTL MANAGEMENT, LLC,

 6                              Debtor.

 7
     Case No. 21-30589 (MBK)
 8   ----------------------------------------------X

 9

10       VIDEOTAPED DEPOSITION OF ADAM LISMAN

11

12

13

14   DATE:  May 31, 2023

15   TIME:  9:34 a.m.

16   PLACE:  ***REMOTE***

17   BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

18   JOB NO:  2023-898649

19

20

21

22

23

24

25
```

Case 23-01092-MBK   Doc 185-2   Filed 06/16/23   Entered 06/16/23 22:27:28   Desc
LTL Management LLC Bankruptcy Exhibit A   Page 4 of 6

Adam Lisman
May 31, 2023

42

```
 1                    A. LISMAN
 2        Mr. Moxley?
 3             MR. MOXLEY:  That's correct.
 4             MR. STARNER:  Okay.
 5   BY MR. MOXLEY:
 6        A.   Yes.
 7        Q.   Do you know who made that decision
 8   to make that transfer?
 9        A.   As far as the individual, no.  But
10   as part of the Kenvue transaction, it was
11   being worked on for several years.
12        Q.   What boards approved that
13   transfer?
14        A.   I'm not aware of what boards.
15        Q.   Okay.  To your knowledge, was the
16   decision to transfer the consumer business
17   assets in any way related to the potential
18   filing of a second bankruptcy case -- this
19   bankruptcy case?
20        A.   Absolutely not.
21        Q.   And how do you know that?
22        A.   Because the Kenvue transaction
23   that J&J announced in November of 2021, I
24   have been a part of that deal for even a year
25   or so before that.  And as part of the
```

Case 23-01092-MBK   Doc 185-2   Filed 06/16/23   Entered 06/16/23 22:27:28   Desc
LTL Management LLC Bankruptcy Exhibit A   Page 5 of 6

Adam Lisman
May 31, 2023

43

```
 1                   A. LISMAN
 2   overall Kenvue separation, the intent was to
 3   make sure all of the consumer assets
 4   pertaining to the Kenvue deal all needed to
 5   be moved eventually.
 6              So it's been in the works for
 7   years.
 8       Q.   And what value did HoldCo receive
 9   in exchange for transferring its consumer
10   business assets?
11              MR. STARNER:  Objection.
12              I think that, Mr. Moxley, just
13         given that last answer, I think you
14         are pretty much done on this topic.
15         But -- I'll let him go a little bit
16         further, but I think that's basically
17         it, based on the Court's decision.
18              MR. MOXLEY:  If we can just get
19         an answer to this question,
20         Mr. Starner, I think I can move on
21         after this.
22   BY MR. MOXLEY:
23       Q.   Can you just --
24       A.   I don't know what you're asking.
25              MR. STARNER:  Yeah, go ahead and
```

Case 23-01092-MBK    Doc 185-2    Filed 06/16/23    Entered 06/16/23 22:27:28    Desc
LTL Management LLC Bankruptcy Exhibit A    Page 6 of 6
Adam Lisman
May 31, 2023

268

```
 1
 2        C E R T I F I C A T E
 3
 4   STATE OF NEW YORK      )
                          : SS.:
 5   COUNTY OF NASSAU       )
 6
 7          I, REBECCA SCHAUMLOFFEL, a Notary
 8   Public for and within the State of New York,
 9   do hereby certify:
10          That the witness whose examination
11   is hereinbefore set forth was duly sworn and
12   that such examination is a true record of the
13   testimony given by that witness.
14          I further certify that I am not
15   related to any of the parties to this action
16   by blood or by marriage and that I am in no
17   way interested in the outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19   set my hand this 1st day of June, 2023.
20   _____
21          REBECCA SCHAUMLOFFEL
22
23
24
25
```