**Exhibit G**

```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF NEW JERSEY

IN RE:                         .    Case No. 23-12825(MBK)
                               .
                               .    Clarkson S. Fisher U.S.
LTL MANAGEMENT LLC,            .      Courthouse
                               .    402 East State Street
                               .    Trenton, NJ 08608
        Debtor.                .
                               .    Tuesday, May 30, 2023
. . . . . . . . . . . . . . .  .    11:31 a.m.

   TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE AND MOTION HEARING

             BEFORE THE HONORABLE MICHAEL B. KAPLAN
              UNITED STATES BANKRUPTCY COURT JUDGE
```

TELEPHONIC APPEARANCES:

For the Debtor:              Jones Day
                             By: GREGORY M. GORDON, ESQ.
                             2727 North Harwood Street
                             Suite 500
                             Dallas, TX 75201

For Ad Hoc Committee         Brown Rudnick LLP
of Certain Talc              By: JEFFREY L. JONAS, ESQ.
Claimants and Ad Hoc              DAVID J. MOLTON, ESQ.
Committee of Creditors:           MICHAEL WINOGRAD, ESQ.
                             7 Times Square
                             New York, NY 10036

For the Office of the        Office of the U.S. Trustee
U.S. Trustee:                By: LINDA RICHENDERFER, ESQ.
                             J. Caleb Boggs Federal Building
                             844 King Street, Suite 2207
                             Lockbox 35
                             Wilmington, DE 19801

Audio Operator:              Kiya Martin


Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

1              Let's move forward to the discovery requested with
2    respect to the transfer of HoldCo's consumer business -- it
3    seems to the Court -- Mr. Winograd?  Okay.
4              MR. WINOGRAD:  Your Honor, I didn't realize my hand
5    was up, but if Your Honor is prepared to rule, that's fine.  I
6    was just going to set the table.
7              THE COURT:  I am pretty confident that I understand
8    the issue as it's been presented and argued with respect to
9    J&J's motion for a protective order.
10             The Court views the issue to be limited -- an area of
11   inquiry that should be limited as to whether or not the
12   transfer of the consumer health business was part of the
13   structuring of the 2023 funding agreement, as well as the
14   decision to refile LTL-2 the second time.  It's a very limited
15   area of inquiry as it relates to the motion to dismiss.
16             Because of that, the discovery sought, in this
17   court's view, is substantially over broad.  ==There has been no==
18   ==evidence presented, either from the prior case or to date in==
19   ==this case, that the Court has seen that the -- that the==
20   ==transfer of the consumer business was related to the filing of==
21   ==LTL-1, and certainly not LTL-2 at this juncture, but that's for==
22   ==discovery.==
23             So the Court will permit limited discovery of LTL's
24   employees and J&J's employees only with respect to that limited
25   inquiry as to whether or not there was -- the decision to

# C E R T I F I C A T I O N

We, DIPTI PATEL and LORI KNOLLMEYER, court approved transcribers, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of our ability.

/s/ Dipti Patel

DIPTI PATEL

/s/ Lori Knollmeyer

LORI KNOLLMEYER

J&J COURT TRANSCRIBERS, INC.        DATE:  May 31, 2023