## Exhibit H

**SCHEDULES**

**to the**

**PLAN OF DIVISIONAL MERGER**

**by**

**CHENANGO ZERO LLC**

**Dated October 12, 2021**

# TABLE OF CONTENTS

**Page**

SCHEDULE 5(b)(i) – CHENANGO ONE ASSETS ....................................................................1

    Appendix A to Schedule 5(b)(i) – Talc Related Contracts ...................................................3

    Appendix B to Schedule 5(b)(i) – Chenango One Bank Accounts ....................................8

    Appendix C to Schedule 5(b)(i) – Chenango One Bonds and LOCs .................................9

    Appendix D to Schedule 5(b)(i) – Chenango One Subsidiaries .......................................10

SCHEDULE 5(b)(ii) – CHENANGO TWO ASSETS ...............................................................11

    Appendix A to Schedule 5(b)(ii) – Certain Chenango Two Subsidiaries.........................13

    Appendix B to Schedule 5(b)(ii) – Certain Chenango Two Contracts .............................17

    Appendix C to Schedule 5(b)(ii) – Certain Intellectual Property .....................................18

    Appendix D to Schedule 5(b)(ii) – Certain Chenango Two Real Property ......................22

SCHEDULE 5(c)(i) – CHENANGO ONE LIABILITIES...........................................................25

SCHEDULE 5(c)(ii) – CHENANGO TWO LIABILITIES........................................................26

**Schedule 5(b)(i)**

**Chenango One Assets**

1.    <u>Talc Related Contracts and Talc Related Insurance Assets</u>.

(a)    <u>Contracts</u>. All Contracts of the Company (including rights in respect of settlement offers made to the Company) that (i) relate primarily to the Talc Related Liabilities or (ii) are listed or described on <u>Appendix A</u> to this <u>Schedule 5(b)(i)</u> (such Contracts, the "<u>Talc Related Contracts</u>"), and all rights under or in respect of the Talc Related Contracts.

(b)    <u>Insurance Assets</u>. All rights to make claims under any and all insurance policies as to which the Company has rights as an insured, additional insured, successor, beneficiary or otherwise, solely to the extent such policies provide the Company with coverage or a right to coverage for Talc Related Liabilities (such right to make claims, the "<u>Talc Related Insurance Assets</u>").

2.    <u>Finance Related Property</u>.

(a)    <u>Funding Agreement</u>. Funding Agreement, dated October 12, 2021, between Johnson & Johnson, a New Jersey corporation, and Parent, as payors, and the Company, as payee (the "<u>Funding Agreement</u>").

(b)    <u>Chenango One Bank Accounts</u>. The bank accounts listed or described on <u>Appendix B</u> to this <u>Schedule 5(b)(i)</u> (the "<u>Chenango One Bank Accounts</u>").

(c)    <u>Chenango One Bonds and LOCs</u>.  All rights in the bonds and letters of credit listed or described on <u>Appendix C</u> to this <u>Schedule 5(b)(i)</u> (the "<u>Chenango One Bonds and LOCs</u>").

(d)    <u>Chenango One Cash</u>. The cash in the Chenango One Bank Accounts of the Company as of the Effective Time (the "<u>Chenango One Cash</u>").

3.    <u>Chenango One Subsidiary Equity</u>. All of the equity interests of the entities listed or described on <u>Appendix D</u> to this <u>Schedule 5(b)(i)</u> (the "<u>Chenango One Subsidiaries</u>") held by the Company, and all rights in respect of such equity interests, including any rights under the bylaws, limited liability company or operating agreements or other governing documents of the Chenango One Subsidiaries and any Contracts related to the purchase of such equity interests.

4.    <u>Chenango One Causes of Action</u>. All Causes of Action of the Company against any Person related in any way to the other Chenango One Assets or the Chenango One Liabilities (including the Talc Related Liabilities) and all Proceedings related thereto (collectively, the "<u>Chenango One Causes of Action</u>"), including all such Causes of Action and Proceedings that seek to hold any Person responsible for the Talc Related Liabilities.