**Exhibit J**

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF NEW JERSEY

IN RE:                              .     Case No. 23-12825(MBK)
                                    .
LTL MANAGEMENT LLC,                 .
                                    .     U.S. Courthouse
            Debtor.                 .     402 East State Street
                                    .     Trenton, NJ 08608
. . . . . . . . . . . . . . . . . . .
                                    .
LTL MANAGEMENT LLC,                 .     Adv. No. 23-01092(MBK)
                                    .
            Plaintiff,              .
                                    .
     v.                             .
                                    .
THOSE PARTIES LISTED ON             .
APPENDIX A TO COMPLAINT AND         .
JOHN AND JANE DOES 1-1000,          .
                                    .
            Defendants.             .     June 13, 2023
. . . . . . . . . . . . . . . . . . .     10:00 a.m.
```

TRANSCRIPT OF

DEBTOR'S MOTION FOR ENTRY OF AN ORDER SEALING THE EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF JOHN K. KIM REGARDING PLAN SUPPORT AGREEMENTS [397].  UNITED STATES TRUSTEE'S MOTION TO COMPEL COMPLIANCE WITH FED. R. BANKR. P. 2019 [467]. AD HOC COMMITTEE OF SUPPORTING COUNSEL'S MOTION TO FILE UNDER SEAL AND REDACT CERTAIN INFORMATION IN VERIFIED STATEMENT OF PAUL HASTINGS LLP, COLE SCHOTZ P.C., AND PARKINS & RUBIO LLP PURSUANT TO BANKRUPTCY RULE 2019 [471]. DEBTOR'S MOTION FOR AN ORDER (I) SCHEDULING HEARING ON APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHING DISCLOSURE STATEMENT OBJECTION DEADLINE; AND (III) GRANTING RELATED RELIEF [240]

**BEFORE THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY COURT JUDGE**

Audio Operator:                    Kiya Martin

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

1  this juncture.  I will on June 22nd decide, after the
2  submissions, whether or not I -- the court is of the view that
3  the successor claims are property of the bankruptcy estate and
4  subject to 362(a)(3).
5           I am overruling Mr. Satterly's objection.  I don't
6  view it as a stay relief motion.
7           Parties are on notice of the parameters of section
8  362.  I've said this before.  Parties act at their own peril
9  with respect to 362.  If creditors wish to have clarity they
10 could bring a motion before me.  If the debtor seeks to have
11 clarity or enforcement, they can bring a specific motion before
12 me with respect to a particular case.  I am loathe to enter
13 general -- generalized orders on matters when we're talking
14 about tens of thousands of matters.
15          At this juncture, the preliminary injunction that's
16 in effect now will continue through August 22nd.  The court
17 will consider adding Janssen Kenvue as protected parties on
18 June 22nd.  The court will rule on successor liability issues.
19 At least it's the court's intention to do that on January --
20 I'm sorry -- on June 22nd.
21          The parties that are protected parties to date, I
22 think all JJCI, Holdco, I think is a protected party.  They
23 remain protected parties and covered by the existing
24 preliminary injunction that will remain in effect.
25          All right.

154

## **C E R T I F I C A T I O N**

We, ROBYN SCHLEY, PATTI POOLE, and CYNTHIA POND, court approved transcribers, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, and to the best of our ability.

/s/ Robyn Schley

ROBYN SCHLEY


/s/ Patti Poole

PATTI POOLE


/s/ Cynthia Pond

CYNTHIA POND

J&J COURT TRANSCRIBERS, INC.          DATE: June 14, 2023