Stephen V. Gimigliano
John Maloney
Robin Rabinowitz
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360

Andrew T. Frankel
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

Attorneys for Travelers Casualty and Surety Company
(f/k/a The Aetna Casualty and Surety Company)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor. | Hon. Michael B. Kaplan |

### CERTIFICATION OF KATHRINE A. McLENDON, ESQ.

I, Kathrine A. McLendon, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Simpson Thacher & Bartlett LLP, counsel to Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) in the above-captioned matter. My office is located at 425 Lexington Avenue, New York, New York 10017. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I am and have been a member in good standing of the bars of the State of North Carolina since 1980, the State of New York since 1985, and the State of Georgia since 1990

(inactive). I am admitted to practice in the United States District Courts for the Eastern District of New York, Northern District of New York, Southern District of New York and Western District of New York, and the United States Courts of Appeals for the Second Circuit, Third Circuit, Fourth Circuit, Ninth Circuit and Eleventh Circuit, and the Supreme Court of the United States.

3. I am a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

5. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the New Jersey Lawyers' Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  April 17, 2023                         /s/Katherine A. McLendon

Kathrine A. McLendon
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
kmclendon@stblaw.com

Attorneys for Travelers Casualty and
Surety Company (f/k/a The Aetna
Casualty and Surety Company)