| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Local Counsel to the Official Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq.<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY  10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA  02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Co-Counsel for the Official Committee of Talc Claimants* |
| **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Bret R. Vallacher, Esq.<br>jmassey@masseygail.com<br>bvallacher@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC  20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br><br>*Special Counsel for the Official Committee of Talc Claimants* | **OTTERBOURG P.C**.<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY  10169<br>Tel: (212) 661-9100<br>Fax: (212) 682-6104<br>*Co-Counsel for Official Committee of Talc Claimants* |

|  |  |
|---|---|
| In re:<br><br>**LTL MANAGEMENT LLC,**[1]<br><br>               Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
| **LTL MANAGEMENT LLC**,<br><br>               Plaintiff,<br><br>  v.<br><br>**THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT** and **JOHN AND JANE DOES 1-1000**,<br><br>               Defendants. | Adv. Pro. No. 23-01092 (MBK) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the Appellant(s):**

1. **Names(s) of appellant(s):** The Official Committee of Talc Claimants.

2. **Position of appellant(s) in the bankruptcy case that is the subject of this appeal**: Appellant is an official committee of tort claimants in the underlying bankruptcy case. Appellant is also an intervenor in Adversary Case No. 23-01092 (MBK).

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2

**Part 2: Identify the subject of this appeal:**

1. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a), hereby gives notice of appeal to the United States District Court for the District of New Jersey from each and every part of the Order of the United States Bankruptcy Court for the District of New Jersey filed on July 14, 2023, in which the bankruptcy court stayed and enjoined the Defendants listed in Appendix A to the Complaint from commencing or conducting any trial or appeal of any Debtor Talc Claim through August 22, 2023 against Janssen Pharmaceuticals Inc., Kenvue Inc., and any of the Protected Parties identified in Appendix B to the Complaint. *See* Order (Adv. Dkt. No. 203) (annexed hereto, as **Exhibit "A"**).

2. **State the date on which the judgment, order, or decree was entered:** The Order (Exhibit A) was entered on July 14, 2023.

**Part 3: Identify the other parties to the appeal:**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| Appellant: the Official Committee of Talc Claimants | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Eric R. Goodman, Esq. |

3

|  | |
|---|---|
|  | dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>egoodman@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br><br>and<br><br>Sunni P. Beville, Esq.<br>sbeville@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br><br>**OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>mcyganowski@otterbourg.com<br>rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br><br>**MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Bret R. Vallacher, Esq.<br>jmassey@masseygail.com<br>bvallacher@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Special Counsel for the Official Committee of Talc Claimants* |

| | |
|---|---|
| Appellee - Plaintiff: LTL Management, LLC | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>pdefilippo@wmd-law.com<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 382-3300<br>Fax: (212) 382-0050<br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Tel: (214) 220-3939<br>Fax: (214) 969-5100 |
| Defendants (see **Exhibit B**) | See **Exhibit B** |
| Interested party: the Protected Parties (see **Exhibit C**) | See **Exhibit C** |
| Interested party/objector: Arnold & Itkin LLP | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>ljones@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400 |

| | |
|---|---|
| Interested party/objector: Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | **LEVY KONIGSBERG, LLP**<br>Jerome H. Block<br>jblock@levylaw.com<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>Tel: (212) 605-6200<br>Fax: (212) 605-6290<br><br>**THE RUCKDESCHEL LAW FIRM, LLC**<br>Jonathan Ruck Deschel<br>ruck@rucklawfirm.com<br>8357 Main Street<br>Ellicott City, Maryland 21043 |

| | |
|---|---|
| Interested party/objector: Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | **GIMIGLIANO MAURIELLO & MALONEY**<br>A Professional Association<br>Stephen V. Gimigliano<br>John Maloney Robin Rabinowitz<br>sgimigliano@lawgmm.com<br>jmaloney@lawgmm.com<br>rrabinowitz@lawgmm.com<br> 163 Madison Avenue, Suite 500<br>P.O. Box 1449<br>Morristown, New Jersey 07962-1449<br>(973) 946-8360<br><br>**SIMPSON THACHER & BARTLETT, LLP**<br>Andrew T. Frankel<br>Michael H. Torkin<br>Kathrine A. McLendon<br>Jonathan Mitnick<br> afrankel@stblaw.com<br>michael.torkin@stblaw.com<br>kmclendon@stblaw.com<br>jonathan.mitnick@stblaw.com<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 455-2000 |
| Interested party/objector: United States Trustee | **THE OFFICE OF THE UNITED STATES TRUSTEE, ANDREW R. VARA, UNITED STATES TRUSTEE, REGIONS 3 & 9**<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>Linda Richenderfer, Esq.<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov<br>linda.richenderfer@usdoj.gov<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Tel: (973) 645-3014<br>Fax: (973) 645-5993 |
| Interested party/objector: Mesothelioma Plaintiff Katherine Tollefson and Certain Mesothelioma Plaintiffs | **MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**<br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com |

|  | 150 West 30th Street, Suite 201<br>New York, NY 10001<br>Tel: (800) 358-5922 |
|---|---|

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

DATED this 21st day of July, 2023.

                                            Respectfully submitted,

                                            **GENOVA BURNS, LLC**

                                            */s/  Daniel M. Stolz*
By:_____
                                            Daniel M. Stolz, Esq.
                                            Donald W. Clarke, Esq.
                                            dstolz@genovaburns.com
                                            dclarke@genovaburns.com
                                            110 Allen Road, Suite 304
                                            Basking Ridge, NJ 07920
                                            Tel: (973) 533-0777
                                            Fax: (973) 467-8126

                                            Local Counsel to the Official Committee of Talc Claimants