**EXHIBIT A**

**Fill in this information to identify the case:**

Debtor name  LTL Management LLC

United States Bankruptcy Court for the  District of New Jersey

Case number (If known):  23-12825 (MBK)

☐ Check if this is an amended filing

# Official Form 204S

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.  The information contained in this List shall not constitute an admission by, nor shall it be binding on, the Debtor.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Douglas Barden[1]<br>Levy Konigsberg, LLP<br>101 Grovers Mill Rd, Ste 105<br>Lawrence Twp, NJ 08648 | Moshe Maimon<br>(609) 720-0400<br>mmaimon@levylaw.com | Talc Personal Injury | Disputed | N/A | N/A | $223.8 million |
| 2 | Shawn Johnson<br>c/o Weitz & Luxenberg<br>1880 Century Park East<br>Suite 700<br>Los Angeles, CA 90067 | Mark Bratt<br>(310) 247-0921<br>mbratt@weitzlux.com | Talc Personal Injury | Disputed | N/A | N/A | $27.458 million |
| 3 | Christina Prudencio<br>c/o Kazan, McClain, Satterley & Greenwood<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607 | Joseph D. Satterley<br>(510) 302-1000<br>jsatterley@satterleylaw.com | Talc Personal Injury | Disputed | N/A | N/A | $26.5 million |
| 4 | Ashley Schmitz<br>c/o Kazan, McClain, Satterley & Greenwood<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607 | Joseph D. Satterley<br>(510) 302-1000<br>jsatterley@satterleylaw.com | Talc Personal Injury | Disputed | N/A | N/A | $12 million |
| 5 | FTI Consulting, Inc.[2]<br>1166 Avenue of the Americas<br>15th Floor<br>New York, NY 10036 | Conor Tully<br>(212) 247-1010<br>conor.tully@fticonsulting.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $1,472,923.62 |

Debtor: LTL Management LLC                                                                                      Case No. 23-12825 (MBK)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111 | Sunni P. Beville<br>(617) 856-8475<br>sbeville@brownrudnick.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $607,397.30 |
| 7 | Otterbourg PC<br>230 Park Avenue<br>New York, NY 10169-0075 | Melanie L. Cyganowski<br>(212) 905-3677<br>mcyganowski@otterbourg.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $522,018.37 |
| 8 | MoloLamken LLP<br>Washington, D.C.<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C. 20037 | Jeffrey Lamken<br>(202) 556-2010<br>jlamken@mololamken.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $446,215.50 |
| 9 | Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street<br>15th Floor<br>Newark, NJ 07102 | Liza M. Walsh<br>(973) 757-1101<br>lwalsh@walsh.law | Professional services to legal representative for future talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $311,214.15 |
| 10 | Genova Burns LLP<br>494 Broad Street<br>Newark, NJ 07102 | Daniel M. Stolz<br>(973) 230-2095<br>DStolz@genovaburns.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $283,091.09 |
| 11 | Houlihan Lokey Capital, Inc.<br>245 Park Avenue<br>New York, NY 10167 | Saul Burian<br>(212) 497-4245<br>SBurian@HL.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $210,000.00 |
| 12 | Miller Thomson LLP<br>40 King Street West<br>Suite 5800<br>Toronto, ON<br>M5H 3S1<br>Canada | Jeffrey C. Carhart<br>(416) 595-8615<br>jcarhart@millerthomson.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $183,475.16 |
| 13 | Massey & Gail LLP<br>The Wharf<br>1000 Maine Ave. SW<br>Suite 450<br>Washington, D.C. 20024 | Jonathan S. Massey<br>(202) 652-4511<br>jmassey@masseygail.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $182,502.90 |
| 14 | CRA International, Inc.<br>200 Clarendon Street<br>Boston, MA 02116-5092 | Mark Waterhouse<br>(617) 425-6545<br>mwaterhouse@crai.com | Consulting Services | | N/A | N/A | $150,000.00 |

Debtor:  LTL Management LLC

Case No. 23-12825 (MBK)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Robert M. Horkovich<br>(212) 278-1322<br>rhorkovich@andersonkill.com | Professional services to official committee of talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $142,864.00 |
| 16 | Berkeley Research Group LLC<br>1800 M Street NW<br>2nd Floor<br>Washington, DC 20036 | Shireen Meer<br>(202) 480-2695<br>smeer@thinkbrg.com | Professional services to legal representative for future talc claimants in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $130,157.60 |
| 17 | Bernstein Shur Sawyer & Nelson P.A.<br>100 Middle Street<br>Portland, ME 04104 | Letson Douglass Boots<br>(207) 228-7197<br>ldouglass@bernsteinshur.com | Professional services to fee examiner in In re LTL Management LLC, No. 21-30589 | Disputed | N/A | N/A | $128,985.80 |
| 18 | Lighthouse Technologies, Inc.<br>51 University Street, Suite 400 |<br>Seattle, WA  98101 | Heather McQueen<br>(202)798-3065<br>HMcQueen@lighthouseglobal.com | Litigation Vendor | | N/A | N/A | $111,524.14 |
| 19 | Cassels Brock and Blackwell LLP<br>Scotia Plaza, Suite 2100, 40 King Street West<br>Toronto, Ontario, M5H 3C2 Canada | Shayne Kukulowicz<br>(416) 860-6463<br>skukulowicz@cassels.com | Counsel to Information Officer in Canadian Proceeding | | N/A | N/A | $89,558.28 |
| 20 | Albert Schwenk[3]<br>c/o Bailey Cowan Heckaman PLLC<br>1360 Post Oak Blvd.,<br>Suite 2300<br>Houston, TX 77056 | Camp Bailey<br>(713) 766-4833 | Settlement – Talc Personal Injury | | N/A | N/A | Confidential |

---

[1] The creditors listed herein as numbers one through four are parties to actions against the Debtor and the Debtor's non-debtor affiliates that are currently subject to appeal.  The Debtor reserves of all its rights regarding these claims and the inclusion of such claims on this list is not an admission by the Debtor in any respect regarding these claims.  Further, the creditors listed herein as numbers one, three and four are parties to actions for which surety bonds have been issued.  These surety bonds have not been collaterized and are unsecured.

[2] The inclusion of professionals involved in In re LTL Management LLC, No. 21-30589 (MBK) (Bankr. D.N.J.) herein is not an admission by the Debtor as to any amounts owed.  The Debtor reserves all of its rights pursuant to the *Order (I) Dismissing Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief* [No. 21-30589, Dkt. 3938] and does not waive its right to object to any fees and expenses incurred by these professionals.

[3] The listing of this creditor as number 20 herein is not indicative of the amount of the settlement and should not be interpreted as being either greater or lesser than any of the other amounts listed herein.

**Fill in this information to identify the case and this filing:**

Debtor Name  LTL Management LLC

United States Bankruptcy Court for the: _____ District of New Jersey
(State)

Case number (If known): 23-12825 (MBK)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/17/2023         ✗ /s/ John K. Kim
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   John K. Kim
                                   Printed name

                                   Chief Legal Officer
                                   Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**