Case 3:23-cv-03935-MAS Document 8 Filed 08/31/23 Page 1 of 2 PageID: 1486




Genova Burns LLC
110 Allen Rd., Ste. 304
Basking Ridge, NJ 07920
Tel: 973.467.2700 Fax: 973.467.8126
Web: www.genovaburns.com

Daniel M. Stolz, Esq.
Partner
Member of the NJ Bar
dstolz@genovaburns.com
Direct: 973-230-2095

August 18, 2023

Honorable Michael A. Shipp
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Official Committee of Talc Claimants, Appellant v. LTL Management, LLC, Appellee Case No. 3:23-CV-03935**

Dear Judge Shipp:

We represent the Petitioner-Appellant, the Official Committee of Talc Claimants ("TCC"), in the above referenced appeal (the "Appeal") and write at the direction of the Bankruptcy Court to request a stay of the Appeal.

The Appeal concerns the Bankruptcy Court's order extending and expanding the preliminary injunction (Dkt. No. 203) in Adversary Proceeding No. 23-01092. On August 11, 2023, the Bankruptcy Court entered an order dismissing the underlying bankruptcy case (Case No. 23-12825, Dkt. No. 1211). The Dismissal Order is attached as Exhibit A to this letter. In relevant part, the Bankruptcy Court vacated as moot the preliminary injunction order at issue in this Appeal and terminated the automatic stay. *See* Ex. A at 5–6. The Dismissal Order also instructed the TCC to provide this Court with a copy of the Dismissal Order and to request a stay of this Appeal pending resolution of any appeal of the Dismissal Order. *Id.* at 8.

Good cause supports staying proceedings in this interlocutory appeal until any appeals of the Dismissal Order are resolved (or no appeal is taken). Because an affirmance of the Dismissal Order would be "dispositive of the issues" in this Appeal, the District Court should exercise "the power inherent in every court" to stay this proceeding, holding it "in abeyance to abide the outcome of" any appeals of the Dismissal Order. *Bechtel Corp. v. Loc. 215, Laborers' Int'l Union*






*of N. Am., AFL-CIO*, 544 F.2d 1207, 1215 (3d Cir. 1976). Such a stay would conserve the parties' and this Court's resources and allow the TCC to pursue its appeal of this collateral order in the (unlikely) event the Dismissal Order is reversed on appeal.

For these reasons, we respectfully request that the Court stay proceedings in this case until any appeals of the Dismissal Order are resolved or no appeal is taken.

Very truly yours,

**GENOVA BURNS LLC**

*/s/ Daniel M. Stolz*

DANIEL M. STOLZ

DMS

**So Ordered this 30th day of August, 2023**

______________________________

**Honorable Michael A. Shipp, U.S.D.J.**