| | |
|---|---|
| **United States Bankruptcy Court**<br>**District Of New Jersey**<br><br>Caption In Compliance With D.N.J. LBR 9004-1<br><br>**Duane Morris LLP**<br>**A Delaware Limited Liability Partnership**<br>Sommer L. Ross, Esquire<br>Duane Morris LLP<br>1940 Route 70 East, Suite 100<br>Cherry Hill, NJ 08003-2171<br>Telephone: (856) 874-4200<br>Facsimile: (856) 424-4446<br>Email: SLRoss@duanemorris.com<br><br>*Counsel for Republic Indemnity Company of America* | |
| In Re:<br><br>LTL Management LLC,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 23-12825<br><br>Judge: Michael B. Kaplan |

## APPLICATION FOR ADMISSION PRO HAC VICE OF PHILIP R. MATTHEWS, ESQ.

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("L.B.R."), Rule 101.1 of the Local Civil Rules for the United States District Court for the District if New Jersey, Federal Rules of Civil Procedure 78, and the attached certification, the undersigned hereby moves the admission *pro hac vice* of Philip R. Matthews, Esq. of Duane Morris LLP to represent Republic Indemnity Company of America in the above-captioned chapter 11 case.

Respectfully submitted,

Dated: April 18, 2023

*/s/ Sommer L. Ross*
DUANE MORRIS LLP
Sommer L. Ross, Esq. (NJ Bar No. 004112005)
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003-2171
Telephone: (856) 874-4200

DM3\9564144.1

Facsimile: (856) 424-4446
Email: SLRoss@duanemorris.com

*Counsel for Republic Indemnity*
*Company of America*

DM3\9564144.1