| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Tobey M. Daluz, Esquire<br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>Margaret A. Vesper, Esquire<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>E-mail:daluzt@ballardspahr.com<br>      heilmanl@ballardspahr.com<br>      roglenl@ballardspahr.com<br>      vesperm@ballardspahr.com<br><br>*Counsel for Albertsons Companies, Inc.* | |
| In Re:<br><br>LTL MANAGEMENT, LLC[1]<br><br>             Debtor. | Case No.:  23-12825 (MBK)<br><br>Chapter 11<br><br>Judge Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of Albertsons Companies, Inc. Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

    Tobey M. Daluz, Esquire
    Leslie C. Heilman, Esquire
    Laurel D. Roglen, Esquire
    Margaret A. Vesper, Esquire
    BALLARD SPAHR LLP
    919 N. Market Street, 11th Floor
    Wilmington, Delaware 19801-3034

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

        Telephone: (302) 252-4465
        Facsimile: (302) 252-4466
        E-mail:daluzt@ballardspahr.com
            heilmanl@ballardspahr.com
            roglenl@ballardspahr.com
            vesperm@ballardspahr.com

DOCUMENTS:

 x    All notices entered pursuant to Fed. R. Bankr. P. 2002.

 x    All documents and pleadings of any nature.

Date: April 18, 2023            Respectfully Submitted,

                                      */s/ Leslie C. Heilman*
                                      Tobey M. Daluz, Esquire
                                      Leslie C. Heilman, Esquire
                                      Laurel D. Roglen, Esquire
                                      Margaret A. Vesper, Esquire
                                      **BALLARD SPAHR LLP**
                                      919 N. Market Street, 11th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 252-4465
                                      E-mail:daluzt@ballardspahr.com
                                            heilmanl@ballardspahr.com
                                            roglenl@ballardspahr.com
                                            vesperm@ballardspahr.com

                                     *Counsel for Albertsons Companies, Inc.*