| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GENOVA BURNS LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>(973) 467-2700<br>*Proposed Local Counsel to the Official Committee of Talc Claimants*<br>DANIEL M.  STOLZ, ESQ.<br>DONALD W. CLARKE, ESQ. | |
| In Re:<br><br>LTL MANAGEMENT, LLC[1],<br><br>Debtor. | Case No.:      23-12825<br><br>Chapter:       11<br><br>Judge:           Michael B. Kaplan |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Local Counsel to the Official Committee of Talc Claimants.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Daniel M. Stolz, Esq.
GENOVA BURNS LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
(973) 467-2700
*dstolz@genovaburns.com*

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: April 19, 2023              */s/   Daniel M. Stolz*
                                              Signature

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.