GENOVA BURNS LLC
Daniel M. Stolz
Donald W. Clarke
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
          DClarke@genovaburns.com

*Proposed local Counsel to the Official Committee of Talc Claimants*

-and-

OTTERBOURG PC
Melanie L. Cyganowski
Adam C. Silverstein
Jennifer S. Feeney
David A. Castleman
230 Park Avenue
New York, NY  10169-0075
Telephone: (212) 661-9100
Fax: (212) 682-6104
Email: mcyganowski@otterbourg.com
          asilverstein@otterbourg.com
          jfeeney@otterbourg.com
          dcastleman@otterbourg.com

*Proposed Co-Counsel to the Official Committee of Talc Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LTL MANAGEMENT LLC,[1] | : | Case No. 23-12825(MBK) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**APPLICATION FOR AN ORDER FOR ADMISSION**
**<u>*PRO HAC VICE* OF DAVID A. CASTLEMAN</u>**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of David A. Castleman of the law firm of Otterbourg P.C., to represent the the Official Committee of Talc Claimants in the above-captioned chapter 11 case.  In support of this application, counsel submits the attached Certification of David A. Castleman, and requests that the proposed form of order submitted herewith be entered.  Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date:  April 17, 2023

*/s/ Donald W. Clarke*
Donald W. Clarke
GENOVA BURNS
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DClarke@genovaburns.com

*Proposed Local Counsel for the Official Committee of Talc Claimants*