**GIBBONS P.C.**
Robert K. Malone, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: rmalone@gibbonslaw.com
       kmcevilly@gibbonslaw.com

*Counsel to the States of
Mississippi and New Mexico*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re: | (Hon. Michael B. Kaplan) |
|---|---|
| LTL MANAGEMENT LLC,[1] | Chapter 11 |
| Debtor. | Case No. 23-12825 (MBK) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Gibbons, P.C. hereby enters its appearance (the "Notice of Appearance") in the above-captioned case as counsel to Lynn Fitch, Attorney General for the State of Mississippi ("Mississippi"), and Raúl Torrez, Attorney General for the State of New Mexico ("New Mexico" and together with Mississippi, the "States"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

| | |
|---|---|
| Robert K. Malone, Esq. | Kyle P. McEvilly, Esq. |
| **GIBBONS P.C.** | **GIBBONS P.C.** |
| One Gateway Center | One Gateway Center |
| Newark, New Jersey 07102-5310 | Newark, New Jersey 07102-5310 |
| Telephone: (973) 596-4500 | Telephone: (973) 596-4500 |
| Facsimile: (973) 596-0545 | Facsimile: (973) 596-0545 |
| Email: rmalone@gibbonslaw.com | Email: kmcevilly@gibbonslaw.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronic mail, or otherwise, that is filed or given in connection with the above-captioned case and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and

recoupments against a debtor or any other entity either in this case or in any other action are expressly reserved.

| | |
|---|---|
| Dated: April 20, 2023<br>Newark, New Jersey | By: */s/ Robert K. Malone*<br>Robert K. Malone, Esq.<br>Kyle P. McEvilly, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>Email: rmalone@gibbonslaw.com<br>         kmcevilly@gibbonslaw.com<br><br>*Counsel to the States of*<br>*Mississippi and New Mexico* |