**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: ericka.johnson@wbd-us.com

*Counsel for Ad Hoc Committee of States*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>Hon. Michael B. Kaplan |

**APPLICATION FOR AN ORDER FOR ADMISSION**
***PRO HAC VICE* OF LISA BITTLE TANCREDI, ESQ.**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Lisa Bittle Tancredi, Esq. of the law firm of Womble Bond Dickinson (US) LLP, to represent the Ad Hoc Committee of States Holding Consumer Protection Claims (the "Ad Hoc Committee of States") in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Lisa Bittle Tancredi, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of Delaware.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

WBD (US) 61210842v1

Dated: April 21, 2023 By: */s/ Ericka F. Johnson*
Ericka F. Johnson (NJ #032162007)
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: ericka.johnson@wbd-us.com

*Counsel for the Ad Hoc Committee of States*