## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: ericka.johnson@wbd-us.com

*Counsel for Ad Hoc Committee of States*

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor.[1] | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>Hon. Michael B. Kaplan |

### CERTIFICATION OF LISA BITTLE TANCREDI, ESQ.

I, Lisa Bittle Tancredi, hereby certify as follows:

1.     I am an attorney with the law firm of Womble Bond Dickinson (US) LLP, counsel to the Ad Hoc Committee of States Holding Consumer Protection Claims. My office is located at 100 Light Street, 26th Floor, Baltimore, Maryland 21202. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2.     I was admitted to practice law in the State of Maryland in 1993, the District of Columbia in 1996, the State of Delaware in 2005, and the State of New York in 2017. I am also

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

admitted to Practice before the United States Court of Appeals for the Fourth Circuit and the United States Bankruptcy Courts for the Districts of Maryland and Delaware.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 21, 2023    By:    /s/ Lisa Bittle Tancredi
Lisa Bittle Tancredi
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, Maryland 21202
Telephone: (410) 545-5810
Email: lisa.tancredi@wbd-us.com