Marc E. Wolin, Esq.
mwolin@saiber.com
John M. August, Esq.
jaugust@saiber.com
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Tel: (973) 622-8401

-and-

Joseph D. Satterley, Esq.
jsatterley@kazanlaw.com
Denyse F. Clancy, Esq.
dclancy@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel for Movant Anthony Hernandez Valadez*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| LTL MANAGEMENT LLC, | : | Case No. 23-12825 (MBK) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ON MOTION BY MOVANT ANTHONY HERNANDEZ VALADEZ GRANTING RELIEF FROM THE AUTOMATIC STAY, TEMPORARY RESTRAINING ORDER, AND DISSOLVING TEMPORARY RESTRAINING ORDER, AND GRANTING LIMITED <u>PRELIMINARY RESTRAINTS</u>**

The relief requested on the following pages is hereby GRANTED.

01671304.DOCX

Caption:     LTL Management, LLC

Case No.:    23-12825 (MBK)

Name:    Order on Motion by Movant Anthony Hernandez Valadez Granting Relief from the Automatic Stay, Temporary Restraining Order, and Dissolving Temporary Restraining Order, and Granting Limited Preliminary Restraints

---

The instant matter having come before the court on the motion for relief from the automatic stay by counsel for Movant Anthony Hernandez Valadez, and for relief from the temporary restraining order, and any anticipated preliminary injunction in the adversary proceeding filed by counsel for the Debtor, at adversary proceeding no. 23-01092 (MBK), seeking among other relief, the entry of a temporary restraining order preventing the continuation of all actions against the Debtor and the Protected Parties identified in the exhibits and amended exhibits to the Debtor's adversary complaint; and this Court having entered an ex parte temporary restraining order in the adversary proceeding [dkt #20] restraining all parties from pursuing all claims against the Debtor and the Protected Parties, pending the Court's consideration of the entry of a preliminary injunction (the "TRO"), and opposition to the TRO and the imposition of preliminary restraints having been filed by an ad hoc committee of talc claimants, which opposition was subsequently adopted by the Official Committee of Talc Claimants (the "TCC") formed by the Office of the United States Trustee (the "TCC Opposition"), and opposition to the entry of a preliminary injunction or extension of the automatic stay having been filed by the Office of the United States Trustee, representatives of an ad hoc committee of state attorney generals, and a number of representatives of plaintiffs restrained under the TRO and proposed to be restrained under the preliminary injunction and extension of the automatic stay; and the Court having conducted a full day trial on April 18, 2023 and having rendered its ruling and rendered a Bench Order on April 20, 2023, a transcript of such ruling being attached hereto as Exhibit "A"; and the Court finding good cause for the entry of the within Order,

    **IT IS HEREBY ORDERED AS FOLLOWS**:

    1.    The Court's opinion, as reflected in the transcript annexed hereto as Exhibit "A" be and is hereby incorporated herein, as if set forth verbatim.

Caption:    LTL Management, LLC

Case No.:    23-12825 (MBK)

Name:    Order on Motion by Movant Anthony Hernandez Valadez Granting Relief from the Automatic Stay, Temporary Restraining Order, and Dissolving Temporary Restraining Order, and Granting Limited Preliminary Restraints

---

2. Movant's motion for relief is carried to May 3, 2023, wherein the Court intends to hear where the parties stand with respect to pretrial matters. The Court will revisit whether to allow Mr. Valadez to proceed to trial against Debtor and Non-Debtor parties.

3. In the meantime, the Court hereby grants Movant the following relief from the automatic stay and any issued preliminary injunction under §362 of the Bankruptcy Code as set forth below:

   a. The case *Anthony Hernandez Valadez v. Johnson & Johnson, et al.* has no constraints in preparing the matter for trial. The parties therein, including Debtor, are permitted, and directed, to proceed with all litigation and all pretrial proceedings, up to the point of commencement of a trial. This specifically includes litigation and pretrial proceedings against Debtor.

01671304.DOCX