UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 23-12825 |
| --- | --- | --- |
| LTL Management LLC | Judge: | Michael B. Kaplan |
| | Chapter: | |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
| --- | --- | --- |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 20, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

LEVY KONIGSBERG, LLP
Jerome H. Block, Esq. (272002018)
605 Third Avenue, 33rd FL
New York, NY 10158
Tel: (212) 605-6200
Fax: (212) 605-6290
Email: jblock@levylaw.com
*Attorneys for Talc Claimant Paul Crouch, Individually and as*
*Executor and as Executor Ad Prosequendum of the Estate of*
*Cynthia Lorraine Crouch*

_____

In Re:

      LTL Management LLC,

                         Debtor.

Case No. 23-12825 (MBK)

Chapter 11

Honorable Michael B. Kaplan,
U.S.B.J., Chief


ORDER FOR ADMISSION PRO HAC VICE


The relief set forth on the following page is **ORDERED.**

        This matter having been brought before the Court on application for an Order For

Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant,

out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J.  L.

Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

        ORDERED that _____ Jonathan Ruckdeshel _____ be permitted to appear pro hac vice;

provided that pursuant to D.N.J. L. Civ. R. 101.1 (c)(4), an appearance as counsel of record shall

be filed promptly by a member of the bar of this Court upon whom all notices, orders and

pleading may be served, and who shall promptly notify the out-of-state attorney of their receipt.

Only an attorney at law of this Court may file papers, enter appearances for parties, sign

stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for

Client Protection for payment of the annual fee, for this year and for any year in which the out-

of-state attorney continues to represent a client in a matter pending in this Court in accordance

with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within

twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150 fee required by D.N.J. L. Civ. R. 101 (c)(3) for pro hac vice

admission to the District Court for the District of New Jersey shall also be payable within twenty

(20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk,

USDC" and forwarded to the Clerk of the United States District Court for the District of new

Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attention: Pro Hac vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rule of the

United States District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New

Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 23-12825-MBK

LTL Management LLC                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                 User: admin                                                Page 1 of 1

Date Rcvd: Apr 21, 2023                         Form ID: pdf903                                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 21 2023 20:25:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023                          Signature:          /s/Gustava Winters