**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Seth Van Aalten, Esq.
svanaalten@coleschotz.com
Justin R. Alberto, Esq.
jalberto@coleschotz.com

*Counsel to Ad Hoc Group of Supporting Counsel*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>LTL Management, LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-12825 (MBK) |

### CERTIFICATION OF MATTHEW MICHELI IN SUPPORT OF
### APPLICATION FOR *PRO HAC VICE* ADMISSION OF MATTHEW MICHELI

Matthew Micheli, of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice before the courts of the State of Illinois, and an attorney in the firm of Paul Hastings LLP located at 71 South Wacker Drive, Forty-Fifth Floor, Chicago, Illinois 60606, counsel for the Ad Hoc Group of Supporting Counsel (the "Ad Hoc Group"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933

2. I was admitted to practice in the State of Illinois in 2002 and U.S. District Court for the Northern District of Illinois in 2004.

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended, or disciplined by any court or administrative body.

4. The Ad Hoc Group filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          */s/ Matthew Micheli*
                                          Matthew Micheli
                                          **PAUL HASTINGS LLP**
                                          71 South Wacker Drive
                                          Chicago, IL 60606
                                          Telephone: (312) 499-6000
                                          Facsimile: (312) 499-6100
                                          Email:  mattmicheli@paulhastings.com

DATED: April 24, 2023