| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**KLEHR HARRISON HARVEY BRANZBURG, LLP**<br>**A Pennsylvania Limited Liability Partnership**<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com<br>Attorneys for Andy D. Birchfield, Jr. | |
| In re:<br><br>LTL MANAGEMENT, LLC,[1]<br><br>                                        Debtor | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>The Honorable Michael B. Kaplan, Chief Judge<br><br>**APPLICATION FOR AN ORDER FOR ADMISSION *PRO HAC VICE* OF ANDY D. BIRCHFIELD, JR.** |

Pursuant to Rule 101.1 of the Local Civil Rules for the U.S. District Court for the District of New Jersey and Rule 9010-1 of the U.S. Bankruptcy Court for the District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Andy D. Birchfield, Jr. of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., 218 Commerce Street, Montgomery, Alabama 36104 to represent Alishia Landrum in the above Chapter 11 case.

In support of the application, counsel submits the attached Certification of Andy D. Birchfield, Jr. and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the U.S. District Court for the District of New Jersey.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Unless requested by other parties, no oral argument is requested. A proposed form of Order is submitted herewith.

Respectfully submitted,

KLEHR HARRISON HARVEY
  BRANZBURG, LLP

Dated: April 25, 2023

/s/ Carol Ann Slocum
Carol Ann Slocum, Esquire
10000 Lincoln Drive East, Suite 201
Marlton, NJ  08053
Telephone:  (856) 486-7900
Fax:  (856) 486-4875
cslocum@klehr.com

Counsel for Andy D. Birchfield, Jr.

10472402.v1