| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**KLEHR HARRISON HARVEY BRANZBURG, LLP**<br>A Pennsylvania Limited Liability Partnership<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com<br>Attorneys for Andy D. Birchfield, Jr. | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>The Honorable Michael B. Kaplan, Chief Judge |
| In re:<br><br>LTL MANAGEMENT, LLC,<br><br>　　　　　　　　　　　　　　　Debtor | **CERTIFICATION OF ANDY D. BIRCHFIELD, JR. IN SUPPORT OF HIS APPLICATION FOR ADMISSION PRO HAC VICE PURSUANT TO RULE 9010-l(b)(2)** |

ANDY D. BIRCHFIELD, JR. hereby certifies to this Court as follows:

1. I am a partner at the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. with offices at 218 Commerce Street, Montgomery, Alabama 36104.

2. I am licensed to practice law and a member of the bar of the state of Alabama.

3. I am not under suspension, disbarment, or pending discipline in any court of jurisdiction in which I practice.

4. I understand any attorney admitted to practice *pro hac vice* within the Federal District Court for the District of New Jersey is subject to the disciplinary jurisdiction of the District Court and is bound by the Rules of Professional Conduct.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 25, 2023   　　　　　　　　　/s/ Andy D. Birchfield, Jr.____
　　　　　　　　　　　　　　　　　　　Andy D. Birchfield, Jr.

1

10472402.v1