**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admissions *pro hac vice* pending)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

## STATUS CHANGE FORM (MODIFIED)

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn Without Prejudice

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

<u>Matter</u>:  *Debtor's Motion for an Order (i) Appointing Co-Mediators, (ii) Establishing Mediation Procedures and (iii) Granting Related Relief* [Dkt. No. 107] to be heard on May 3, 2023, at 10:00 a.m.

<u>Statement</u>:  The Debtor is withdrawing without prejudice this motion as moot. In accordance with the Court's statements on the record at the hearing on April 20, 2023 (*see* April 20, 2023 Hr'g Tr. 14:12-15:4),  the Debtor separately will submit mediator candidates to the Court on a confidential basis.

Date: April 25, 2023

*/s/ Paul R. DeFilippo*
Signature