**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
(973) 622-1800
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Claimants Represented by Barnes Law Group, LLC,*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 (MBK) |
| Debtor. | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Claimants represented by the Barnes Law Group, LLC, as listed on the annexed **Exhibit A**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Sari B. Placona Esq.
McManimon Scotland & Baumann, LLC
75 Livingston Avenue, Ste. 201
Roseland, NJ 07068
973-622-1800 (phone)
Email: splacona@msbnj.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                                */s/ Sari B. Placona*
                                                Sari B. Placona

Dated: April 26, 2023

# Exhibit "A"

## BLG TALC CASES AS OF APRIL 26, 2023

| # | Client Name (Last, First) | Contact Person's Name (Last, First) | Status | Date Complaint Filed | Case Style |
|---|---|---|---|---|---|
| 1 | Abdur-Rasheed, Daima | Dickerson, Leila | Deceased | 1/30/2020 | The Estate of Daima Abdur-Rasheed. v. Johnson & Johnson, et al. Fayette County State Court Civil Action No.: 2020SV-0075 |
| 2 | Adams, Elizabeth | Adams, Adrian | Deceased | 3/3/2020 | The Estate of Elizabeth Adams, et al. v. Johnson & Johnson, et al. Gwinnett County State Court Civil Action No.: 20-C-01546-S5 |
| 3 | Amin, Susie Ann | Amin, Daaood | Deceased | 12/30/2019 | The Estate of Susie Ann Amin, et al. v. Johnson & Johnson, et al. Spalding County Superior Court Civil Action No.: 19V-1210 |
| 4 | Archer, Cheryl | Archer, Jackie | Deceased | 4/8/2019 | The Estate of Cheryl S. Archer et al. v. Johnson & Johnson, et al. Clayton County State Court Civil Action No. 2019-cv-00656 |
| 5 | Barnes, Martha | Swilling, Roberlyn | Deceased | 7/9/2020 | The Estate of Martha Barnes v. Johnson & Johnson, et al. Fulton County State Court Civil Action No.: 20-EV-003751 |
| 6 | Birts, Mary Ellen | Birts, Shakena | Deceased | NOT FILED | NOT FILED |
| 7 | Brookins, Debbie | Brookins, Debbie | Has died since complaint was filed. | 7/9/2020 | Debbie Brookins, et al. v. Johnson & Johnson, et al. Seminole County Superior Court Civil Action No.: CV20-0080 |
| 8 | Bruce, Minnie | Bruce, Stanley | Deceased | 7/9/2020 | The Estate of Minnie Bruce v. Johnson & Johnson, et al. Fulton County State Court Civil Action No.: 20EV003767 |
| 9 | Buckley, Annette | Buckley, Annette | | 12/13/2019 | Annette Buckley v. Johnson & Johnson, et al. Worth County State Court Civil Action No.: ST19CV0056 |
| 10 | Caldwell, Barbara Earline | Caldwell, Barbara Earline | Deceased | 12/9/2019 | Barbara Earline Caldwell v. Johnson & Johnson, et al. Telfair County Superior Court Civil Action No.: 19-cv-143 |
| 11 | Cox, Martha | Cox, Cader | Deceased | 12/30/2019 | The Estate of Martha Cox et al. v. Johnson & Johnson, et al. Mitchell County State Court Civil Action No. 19SC093 USDC NJ: 3:20-cv-06779-FLW-LHG |
| 12 | DeLamar, Bernadette | DeLamar, Bernadette | | 8/12/2020 | Bernadette DeLamar, et al. v. Johnson & Johnson, et al. USDC New Jersey USDC NJ: 3:20-cv-10386-FLW-LHG |

**BLG TALC CASES AS OF APRIL 26, 2023**

| # | Client Name (Last, First) | Contact Person's Name (Last, First) | Status | Date Complaint Filed | Case Style |
|---|---|---|---|---|---|
| 13 | Denney, Connie | Denney, Connie | | 1/30/2020 | Connie Denney v. Johnson & Johnson, et al.<br>Fulton County State Court<br>Civil Action No.: 20EV000687<br>USDC NJ: 3:20-cv-06781-FLW-LHG |
| 14 | Eubanks, Shirley | Ogletree, Tonia | Has died since complaint was filed. | 12/20/2019 | Shirley Eubanks, et al. v. Johnson & Johnson, et al.<br>DeKalb County State Court<br>Civil Action No.: 19A78294 |
| 15 | Evans, Margie | Monroe, Charvette | Deceased | 10/24/2018 | The Estate of Margie G. Evans v. Johnson & Johnson, et al.<br>Richmond County State Court<br>Civil Action No. 2018RCSC01222 |
| 16 | Fort, Betty | Grant, Charon | Deceased | 8/12/2020 | The Estate of Betty Fort, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:20-cv-10386-FLW-LHG |
| 17 | Fust, Carol | Fust, Carol | | 7/9/2020 | Carol Fust, et al. v. Johnson & Johnson et al.<br>Fulton County State Court<br>Civil Action No. 20EV003755<br>USDC NJ: 3:20-cv-12394-FLW-LHG |
| 18 | George, Mary | Crow, Charles | Deceased | 4/23/2019 | The Estate of Mary George v. Johnson & Johnson et al.<br>Paulding County Superior Court<br>Civil Action No. 19-cv-000974-P2 |
| 19 | Goldberg, Sandra | Goldberg, Sheldon | Deceased | 7/9/2020 | The Estate of Sandra Goldberg v. Johnson & Johnson, et al.<br>Forsyth County State Court<br>Civil Action No.: 20SC-0670-A |
| 20 | Gregory, Sonna | Gregory, Sonna | Has died since complaint was filed. | 3/3/2020 | Carol Fust, et al. v. Johnson & Johnson et al.<br>DeKalb County State Court<br>Civil Action No. 20A79468<br>USDC NJ: 3:20-cv-10112-FLW-LHG |
| 21 | Hall, Charlie Mae | Hall, Charlie Mae | Has died since complaint was filed. | 1/23/2020 | Charlie Mae Hall. v. Johnson & Johnson, et al.<br>Mitchell County State Court<br>Civil Action No.: 20SC008 |
| 22 | Hicks, Nancy Crews | Hicks, Nancy Crews | | 8/4/2016 | Nancy Crews Hicks, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>Civil Action No.: 3:16-cv-07428-FLW-LHG |
| 23 | Jackson, Judith | Jackson, Judith | | 8/12/2020 | Judith Jackson, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:20-cv-10387-FLW-LHG |
| 24 | Johnson, Joan | | | NOT FILED | NOT FILED |

### BLG TALC CASES AS OF APRIL 26, 2023

| # | Client Name (Last, First) | Contact Person's Name (Last, First) | Status | Date Complaint Filed | Case Style |
|---|---|---|---|---|---|
| 25 | Johnson, Judith | Johnson, Judith | | 8/12/2020 | Judith Johnson, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:20-cv-10388-FLW-LHG |
| 26 | Johnson-Whatley, Jeanne | Johnson-Whatley, Jeanne | | 7/9/2020 | Jeanne Johnson-Whatley, et al. v. Johnson & Johnson, et al.<br>Fulton County State Court<br>Civil Action No.: 20EV003754 |
| 27 | Kendrick, Elizabeth | Kendrick, Elizabeth | Has died since complaint was filed. | 8/12/2020 | Elizabeth Kendrick v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:20-cv-10391-FLW-LHG |
| 28 | Kessler, Lynne | Kessler, Lynne | Has died since complaint was filed. | 8/12/2020 | Lynne Kessler v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:20-cv-10392-FLW-LHG |
| 29 | Kowal, Barbara | Kowal, Charlie | Deceased | 3/9/2020 | The Estate of Barbara Kowal v. Johnson & Johnson, et al.<br>Fulton County State Court<br>Civil Action No.: 20EV001600 |
| 30 | Lewis, Diana | Lewis, Diana | | 12/30/2019 | Diana Lewis, et al. v. Johnson & Johnson, et al.<br>Coweta County State Court<br>Civil Action No.: 19SV0641E |
| 31 | Lovett-Durham, Patricia | Lovett-Durham, Patricia | | 8/13/2020 | Patricia Lovett-Durham, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:20-cv-10446-FLW-LHG |
| 32 | Lowery, Eleanor | Lowery, Thomas | Deceased | 3/9/2020 | The Estate of Eleanor Lowery, et al. v. Johnson & Johnson, et al.<br>Sumter County Superior Court<br>Civil Action No.: 20CV00103 |
| 33 | Marchetti, Cammy | Marchetti, Cammy | Deceased | 6/29/2016 | Cammy Marchetti, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:16-cv-08082-FLW-LHG |
| 34 | Martin, Lizabeth | Martin, Russell | Deceased | 12/23/2019 | The Estate of Lizabeth Martin, et al. v. Johnson & Johnson, et al.<br>Forsyth County State Court<br>Civil Action No.: 19SC-1733-B |
| 35 | Moraitakis, Lisa | Moraitakis, Peter | Deceased | 12/30/2019 | The Estate of Lisa Moraitakis, et al. v. Johnson & Johnson, et al.<br>Cobb County State Court<br>Civil Action No.: 19-A-4505 |
| 36 | Readdy, Shelia | Readdy, Shelia | | 1/30/2020 | Shelia Readdy v. Johnson & Johnson, et al.<br>Clayton County State Court<br>Civil Action No.: 2020CV00252 |

## BLG TALC CASES AS OF APRIL 26, 2023

| # | Client Name (Last, First) | Contact Person's Name (Last, First) | Status | Date Complaint Filed | Case Style |
|---|---|---|---|---|---|
| 37 | See, Betty | See, Betty | | 1/23/2020 | Betty See. v. Johnson & Johnson, et al.<br>DeKalb County State Court<br>Civil Action No.: 20A78762 |
| 38 | Shirley, Sharon | | Deceased | NOT FILED | NOT FILED |
| 39 | Shiver, Irene | Sonya, Sutton | Deceased | 12/9/2019 | The Estate of Irene Shiver, et al. v. Johnson & Johnson, et al.<br>Dougherty County State Court<br>Civil Action No.: STSV2019000443 |
| 40 | Shrodes, Catherine | Shrodes, Catherine | Deceased | 12/16/2019 | The Estate of Catherine Shrodes, et al. v. Johnson & Johnson, et al.<br>Cobb County State Court<br>Civil Action No.: 19-A-4350 |
| 41 | Smith, Mary | | | NOT FILED | NOT FILED |
| 42 | Snipes, Elnora | Snipes, Jmmie | Deceased | 12/20/2019 | Elnora Snipes, et al. v. Johnson & Johnson, et al.<br>DeKalb County State Court<br>Civil Action No.: 19A78293 |
| 43 | Strickland, Nell Rose | Strickland, Nell Rose | | 8/8/2016 | Nell Rose Strickland, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:16-cv-07337-FLW-LHG |
| 44 | Stusak, Marilyn | Stusak, Robert | Deceased | 3/9/2020 | The Estate of Marilyn Stusak v. Johnson & Johnson, et al.<br>DeKalb County State Court<br>Civil Action No.: 20A79558 |
| 45 | Sumner, Cheryl | Sumner, Cheryl | | 1/23/2020 | Cheryl Sumner, et al. v. Johnson & Johnson, et al.<br>Liberty County Superior Court<br>Civil Action No.: 20A79558<br>USDC NJ: 3:20-cv-06825-FLW-LHG |
| 46 | Tardif, Frances | Tardif, Paul | Deceased | 5/13/2021 | Francis Tardiff vs. Johnson & Johnson, et. al.<br>USDC NJ: 3:21-cv-11197-MAS-RLS |
| 47 | Taylor, Linda G. | | | NOT FILED | NOT FILED |
| 48 | Thornburg, Peggye | Thornburg, Peggye | | 12/9/2019 | Peggye Thornburg, et al. v. Johnson & Johnson, et al.<br>Clarke County State Court<br>Civil Action No.: ST19CV0649 |

### BLG TALC CASES AS OF APRIL 26, 2023

| # | Client Name (Last, First) | Contact Person's Name (Last, First) | Status | Date Complaint Filed | Case Style |
|---|---|---|---|---|---|
| 49 | Trieglaff, Vicki | Trieglaff, Vicki | | 6/21/2019 | Vicki Lee Trieglaff et al. v. Johnson & Johnson, et al.<br>Fulton County State Court<br>Civil Action No. 19EV003302 |
| 50 | Walker, Allison | Walker, Allison | | 8/4/2016 | Allison Walker v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:16-cv-07503-FLW-LHG |
| 51 | Weaver, Tammy | Weaver, Tammy | | 12/13/2019 | Tammy Weaver, et al. v. Johnson & Johnson, et al.<br>Cobb County State Court<br>Civil Action No.: 19-A-4333<br>USDC NJ: 3:20-cv-03744-FLW-LHG |
| 52 | Westbrook, Elizabeth | Westbrook, Elizabeth | | 7/9/2020 | Elizabeth Westbrook v. Johnson & Johnson, et al.<br>Muscogee County State Court<br>Civil Action No.: SC 2020 CV 760 |
| 53 | Williams, Dianne | Williams, Dianne | | 8/4/2016 | Dianne Williams, et al. v. Johnson & Johnson, et al.<br>USDC New Jersey<br>USDC NJ: 3:16-cv-10391-FLW-LHG |