**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
dstolz@genovaburns.com
dclarke@genovaburns.com
gkinoian@genovaburns.com
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel: (973) 467-2700
Fax: (973) 467-8126

*Proposed Local Counsel to the Official*
*Committee of Talc Claimants*

**BROWN RUDNICK LLP**
David J. Molton, Esq.
Robert J. Stark, Esq.
Michael S. Winograd, Esq.
Eric R. Goodman, Esq.
dmolton@brownrudnick.com
rstark@brownrudnick.com
mwinograd@brownrudnick.com
egoodman@brownrudnick.com
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801

and

Jeffrey L. Jonas, Esq.
Sunni P. Beville, Esq.
jjonas@brownrudnick.com
sbeville@brownrudnick.com
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201

*Proposed Co-Counsel for the Official*
*Committee of Talc Claimants*

**MASSEY & GAIL LLP**
Jonathan S. Massey, Esq.
jmassey@masseygail.com
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Tel: (202) 652-4511
Fax: (312) 379-0467

*Proposed Special Counsel for the Official*
*Committee of Talc Claimants*

**OTTERBOURG PC**
Melanie L. Cyganowski, Esq.
Adam C. Silverstein, Esq.
Jennifer S. Feeney, Esq.
mcyganowski@otterbourg.com
asilverstein@otterbourg.com
jfeeney@otterbourg.com
230 Park Avenue
New York, NY 10169
Tel: (212) 905-3628
Fax: (212) 682-6104

*Proposed Co-Counsel for the Official*
*Committee of Talc Claimants*

| In Re: | Chapter 11 |
| **LTL MANAGEMENT, LLC,** | Case No.: 23-12825 (MBK) |
| Debtor. | Honorable Michael B. Kaplan |

## APPLICATION FOR ORDER SHORTENING TIME AND CERTAIN OTHER RELIEF

The applicant, the Official Committee of Talc Claimants (the "**TCC**" or the "Committee") in the above-captioned case of LTL Management, LLC (the "Debtor" or "**LTL**"),  by and through its proposed counsel, having filed substantially contemporaneously with this Application the *Motion to Seal the Redacted Portions of the Official Committee of Talc Claimants' Objection to Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* (respectively, the "**Motion to Seal**" and the "**Objection**") filed in response to the *Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* (the "**FCR Appointment Motion**") [Docket No. 87], hereby requests that the time period required by D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), and that an order be entered substantially in the form submitted herewith (the "**Scheduling Order**"), for the reasons set forth below:

1.      Substantially contemporaneously with the filing of the Motion to Seal, the Committee filed a redacted version of its Objection.[1] **The return date on the Debtor's FCR Appointment Motion is currently scheduled for May 3, 2023 at 10:00 a.m.**

---

[1]      A redacted version of the Objection has been filed immediately prior to the filing of this Motion to Seal. An unredacted version of the Objection is being filed immediately after the filing of this Motion to Seal in accordance with this Court's procedures for electronically requesting that a document be sealed (*see* Process to Electronically Request that a Document be Sealed | United States Bankruptcy Court - District of New Jersey (uscourts.gov)).

2.      As set forth in the Motion to Seal, the redacted portions of the Objection include

certain information designated by the Debtor as being confidential (collectively, the "Confidential

Information") in accordance with that certain proposed *Agreed Protective Order Governing*

*Confidential Information by and Between the Official Committee of Talc Claimants and the Debtor*

*Pursuant to D.N.J. LBR 9021-1(b)* (the "**Proposed Protective Order**"[2]) and, to the extent

applicable, that certain *Agreed Protective Order Governing Confidential Information* entered on

December 21, 2021 [Dkt. No. 948] (the "**LTL 1.0 Protective Order**") in the first LTL Chapter 11

case, Case No. 21-30589 (MBK) ("**LTL 1.0**"). So as not to delay the filing of the Committee's

Objection, the Committee is, at this time, respecting the Debtors' confidentiality designations and

does not wish to be in contempt of LTL 1.0 Protective Order, to the extent applicable. However,

all of the Committee's rights to challenge the Debtor's designations regarding the purported

Confidential Information, including, but not necessarily limited to, those rights under the terms of

the Proposed Protective Order and, to the extent applicable, the LTL 1.0 Protective Order are

hereby being expressly preserved.

3.      By this Application, the Committee respectfully requests that, in accordance with

this Court's *Process to Electronically Request that a Document be Sealed* (Process to

Electronically Request that a Document be Sealed | United States Bankruptcy Court - District of

New Jersey (uscourts.gov)), the hearing on the Motion to Seal be scheduled on the same date and

time as the current return date on the Debtor's FCR Appointment Motion, which is **May 3, 2023**

**at 10:00 a.m.**

4.      Reduction of the time period requested by this Application is not prohibited under

Fed. R. Bankr. P 9006(c)(2).

---

[2]      As of the submission of this Motion to Seal, the Proposed Protective Order has not been finalized for submission to the Court.

**WHEREFORE**, the Committee respectfully requests that this Court (i) grant the Application, (ii) enter the form of order substantially in the form submitted herewith, and (iii) grant such other and further relief as it deems necessary and appropriate.

Dated:  April 26, 2023

**GENOVA BURNS LLC**

By: */s/  Gregory S. Kinoian*
       Daniel M. Stolz, Esq.
       Donald W. Clarke, Esq.
       Gregory S. Kinoian, Esq.
       110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Tel:   (973) 467-2700
Fax:   (973) 467-8126
Email: DStolz@genovaburns.com
       DClarke@genovaburns.com
       GKinoian@genovaburns.com

*Proposed Local Counsel for the Official Committee of Talc Claimants*