**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |
| | **Hearing Date and Time:** May 22, 2023 at 10:00 a.m |

# ORDER AUTHORIZING THE DEBTOR
# TO SATISFY ITS OBLIGATIONS UNDER THIS COURT'S
# DISMISSAL ORDER ENTERED IN THE DEBTOR'S PRIOR CHAPTER 11 CASE

The relief set forth on the following pages is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1535889474

(Page 2)
Debtor: LTL Management LLC
Case No. 23-12825-MBK
Caption: Order Authorizing the Debtor to Satisfy Its Obligations Under This Court's Dismissal Order Entered in the Debtor's Prior Chapter 11 Case

This matter coming before the Court on the *Debtor's Motion for an Order Authorizing It to Satisfy Its Obligations Under This Court's Dismissal Order Entered in the Debtor's Prior Chapter 11 Case* (the "Motion"),[2] filed by the debtor in the above-captioned case (the "Debtor"), pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, Bankruptcy Rules 4001, 6003 and 6004 and Local Bankruptcy Rule 4001-3; the Court having reviewed the Motion; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (d) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1.  The Motion is **GRANTED**.

2.  Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Debtor is authorized to pay the Dismissal Order Obligations.

3.  The automatic stay is lifted to the extent necessary to permit parties to comply with the terms of the Dismissal Order, including: (a) to allow the submission of requests for payment to the Debtor, (b) to allow the parties to respond to any objections to requests for payment, and (c) to otherwise satisfy the Dismissal Order Obligations.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

(Page 3)
Debtor:  LTL Management LLC
Case No. 23-12825-MBK
Caption:  Order Authorizing the Debtor to Satisfy Its Obligations Under This Court's Dismissal Order Entered in the Debtor's Prior Chapter 11 Case

4. Notwithstanding the possible applicability of the Bankruptcy Rules 4001(a)(3) and 6004(h), this Order shall be immediately effective and enforceable upon its entry.

5. The requirement set forth in D.N.J. LBR 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

6. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, enforcement or interpretation of this Order.