# Exhibit 3

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT

IN RE:                              .   Case No. 22-2003/22-2004
                                    .
LTL MANAGEMENT LLC,                 .   21400 U.S. Courthouse
         Debtor,                    .   601 Market Street
                                    .   Philadelphia, PA 19106
OFFICIAL COMMITTEE OF TALC          .
CLAIMANTS,                          .   Monday, September 19, 2022
         Appellant.                 .
. . . . . . . . . . . . . . . . . ..
IN RE                               .   Case No. 22-2005
                                    .
LTL MANAGEMENT LLC,                 .
         Debtor.                    .
                                    .
LTL MANAGEMENT, LLC.                .
                                    .
         v.                         .
                                    .
THOSE PARTIES LISTED ON             .
APPENDIX A TO COMPLAINT AND         .
JOHN AND JANE DOES 1-1000           .
OFFICIAL COMMITTEE OF TALC          .
CLAIMANTS,                          .
         Appellant.                 .
. . . . . . . . . . . . . . . . . ..
IN RE:                              .   Case No. 22-2006/22-2007
                                    .
LTL MANAGEMENT LLC,                 .
         Debtor.                    .
                                    .
OFFICIAL COMMITTEE OF TALC          .
CLAIMANTS, ET AL.                   .
         Appellants.                .
. . . . . . . . . . . . . . . . . ..
IN RE:                              .   Case No. 22-2008
                                    .
LTL MANAGEMENT LLC,                 .
         Debtor.                    .
                                    .
LTL MANAGEMENT LLC                  .
                                    .
         v.                         .
                                    .
THIRD PARTIES LISTED ON             .
APPENDIX A TO COMPLAINT AND         .
JOHN AND JANE DOES 1-1000,          .
OFFICIAL COMMITTEE OF TALC          .
CLAIMANTS, ET AL.                   .
```

Case 23-01092-MBK Doc 3 Filed 04/26/23 Entered 04/26/23 10:43:24 Desc
Exhibit Exh 3 - LTL Transcript 9-19-2022    Page 3 of 6

2

```
OFFICIAL COMMITTEE OF TALC      .
CLAIMANTS, ET AL.               .
           Appellants.          .
. . . . . . . . . . . . . . . ..
IN RE:                          .    Case No. 22-2009
                                .
LTL MANAGEMENT LLC,             .
           Debtor.              .
                                .
ARNOLD & ITKIN LLP, ON BEHALF   .
OF CERTAIN PERSONAL INJURY      .
CLAIMANTS REPRESENTED BY        .
ARNOLD & ITKIN,                 .
           Appellant.           .
. . . . . . . . . . . . . . . ..
IN RE:                          .    Case No. 22-2010
                                .
LTL MANAGEMENT LLC,             .
           Debtor.              .
                                .
AYLSTOCK WITKIN KRIES &         .
OVERHOLTZ PLLC, ON BEHALF OF    .
MORE THAN THREE THOUSAND        .
HOLDERS OF TALC CLAIMS,         .
           Appellant.           .
. . . . . . . . . . . . . . . ..
IN RE:                          .    Case No. 22-2011
                                .
LTL MANAGEMENT LLC,             .
           Debtor.              .
                                .
LTL MANAGEMENT LLC              .
                                .
        v.                      .
                                .
THOSE PARTIES LISTED ON         .
APPENDIX A TO COMPLAINT AND     .
JOHN AND JANE DOES 1-1000       .
                                .
AYLSTOCK WITKIN KRIES &         .
OVERHOLTZ, PLLC., ON BEHALF OF  .
MORE THAN THREE THOUSAND        .
HOLDERS OF TALC CLAIMS,         .
           Appellant            .
. . . . . . . . . . . . . . . ..
```

3

TRANSCRIPT OF ORAL ARGUMENT
BEFORE
THE HONORABLE JUDGE THOMAS L. AMBRO
UNITED STATES THIRD CIRCUIT JUDGE
THE HONORABLE L. FELIPE RESTREPO
UNITED STATES THIRD CIRCUIT JUDGE
THE HONORABLE JULIO M. FUENTES
UNITED STATES THIRD CIRCUIT JUDGE

APPEARANCES:

For the Appellants:     MoloLamken
                        By:  JEFFREY A. LAMKEN, ESQ.
                        600 New Hampshire Avenue, N.W.
                        Washington, D.C.  20037

                        Kellogg Hansen Todd Figel & Frederick
                        BY:  DAVID C. FREDERICK, ESQ.
                        1615 M Street, N.W., Suite 400
                        Washington, D.C.  20036

For U.S. Trustee:       U.S. Department of Justice
                        By:  SEAN JANDA, ESQ.
                        Appellate Section
                        Room 7260
                        950 Pennsylvania Avenue, N.W.
                        Washington, D.C.  20530

For Appellees:          Hogan Lovells US
                        By:  NEAL K. KATYAL, ESQ.
                        555 Thirteenth Street, N.W.
                        Washington, D.C.  20004


Proceedings recorded by electronic sound recording, transcript produced by transcription service.
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609)586-2311      Fax No. (609) 587-3599**


**WWW.JJCOURT.COM**

Case 23-01092-MBK    Doc 8 Filed 04/28/23    Entered 04/28/23 17:35:20    Desc
Exhibit Exh 3 - LTL Transcript 9-19-2022    Page 5 of 6

65

1             THE COURT:  Excellent.  They're dovetailing together.
2             MR. KATYAL:  Yeah, they dovetail.  But Mr. Lamken
3 really spent a lot of time on this idea that Old JJCI was the
4 entity that had to go bankrupt.
5             And our first point to you is the one main reason why
6 he's isolating is because you want claimants to get paid.  But
7 this funding agreement gives the entire value of JJCI, the
8 entire value, $61 billion free and clear to the potential
9 claimants so that entire pot of money is available.
10            Now my friend says maybe JJCI will squander the
11 assets and that's why you need bankruptcy court jurisdiction,
12 maybe they'll transfer it to equity.
13            The funding agreement, this is quite important to our
14 argument, the funding agreement itself bars that or if it
15 occurred if there were any payment to J&J or to shareholders or
16 anything like that, distributions, all of that increases the
17 $61-billion pot; $61 billion is only a floor, not a ceiling.
18            I'd like to walk you through the language of the
19 funding agreement so that you understand so that it's clear why
20 my friend's argument is wrong.
21            So the funding agreement says that you would take the
22 greater of either, one, the fair market value of Old JJCI
23 immediately prior to the divisional merger.  That amount is
24 $61.56 billion, that's Appendix Page 7422.  Or it says it's the
25 fair market value on the date that LTL and the new JJCI refused

Case 23-12825-MBK    Doc 1804-3    Filed 04/26/23    Entered 04/26/23 17:35:24    Desc
Exhibit Exh 3 - LTL Transcript 9-19-2022    Page 6 of 6

122

1        THE CLERK:  All rise.  Court is adjourned until
2  tomorrow at 9:30 a.m.
3        (Proceedings concluded at 2:21 p.m.)
4                        * * * * *
5                    **C E R T I F I C A T I O N**
6        We, KAREN WATSON and DIPTI PATEL, court approved
7  transcribers, certify that the foregoing is a correct
8  transcript from the official electronic sound recording of the
9  proceedings in the  above-entitled matter, and to the best of
10 our ability.
11
12 /s/ Karen K. Watson_____
13 KAREN K. WATSON, CET-1039
14
15 /s/ Dipti Patel_____
16 DIPTI PATEL, CET-997
17 J&J COURT TRANSCRIBERS, INC.       DATE:  September 30, 2022
18
19
20
21
22
23
24
25