UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:      jeffrey.m.sponder@usdoj.gov
                  lauren.bielskie@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL Management LLC, | Case No. 23-12825 (MBK) |
| Debtor. | Hearing Date: PURSUANT TO ORDER SHORTENING TIME |
| | Honorable Michael B. Kaplan, Chief Judge |

**DECLARATION OF LAUREN BIELSKIE IN SUPPORT OF THE UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER APPOINTING RANDI S. ELLIS AS LEGAL REPRESENTATIVE FOR <u>FUTURE TALC CLAIMANTS</u>**

I, Lauren Bielskie, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am employed as a trial attorney by the Office of the United States Trustee in Newark, New Jersey.

2. I submit this Declaration to place in the record certain documents submitted in connection with the United States Trustee' Objection to Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Claimants.

3. Attached hereto as Exhibit 1, **filed under seal**, is a true and correct copy of a

1

document entitled ████████████████████████████████████████████

████████████████████████████████████ produced by the Debtor in connection with this matter, subject to the reservation of rights as stated in footnote 1.[1]

4. Attached hereto as Exhibit 2, **filed under seal**, is a true and correct copy of a document entitled ████████████████████████████████████████████

████████ produced by the Debtor in connection with this matter, subject to the reservation of rights as stated in footnote 1.

5. Attached hereto as Exhibit 3, **filed under seal**, is a true and correct copy of a document entitled ████████████████████████████████████████████

████████████████████████████████████ produced by the Debtor in connection with this matter, subject to the reservation of rights as stated in footnote 1.

I declare under penalty of perjury that the forgoing is true and correct.

                                                                    ANDREW R. VARA
                                                                    UNITED STATES TRUSTEE
                                                                    REGIONS 3 & 9

                                                                    By:    */s/ Lauren Bielskie*
                                                                    Lauren Bielskie
Dated: April 26, 2023                                               Trial Attorney

---

[1] The U.S. Trustee is filing this exhibit and certain other exhibits under seal given the designation of the document as confidential by LTL Management LLC (the "Debtor").  By filing these exhibits under seal, the U.S Trustee does not waive any rights as to the confidentiality designation or use of any such exhibit, and expressly reserves all applicable rights.