UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail:	jeffrey.m.sponder@usdoj.gov
	lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 23-12825 (MBK) |
| LTL MANAGEMENT LLC,[1] | : | |
| | : | Hearing Date: PURSUANT TO ORDER |
| | : | SHORTENING TIME |
| Debtor. | : | |
| | : | Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE FOR AN
ORDER SEALING THE REDACTED PORTIONS AND EXHIBITS OF THE
UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR
AN ORDER APPOINTING RANDI S. ELLIS AS LEGAL REPRESENTATIVE
<u>FOR FUTURE CLAIMANTS</u>**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, shall move before the Honorable Michael B. Kaplan, Chief Judge, on a date and time to be set forth by the Court, at the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, New Jersey, for an Order Sealing the Redacted Portions and Exhibits of the United States Trustee's Objection to the Debtor's Motion for an Order Appointing Randi S. Ellis

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

as Legal Representative for Future Claimants, and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee as set forth in the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) oral argument is requested.

    Respectfully submitted,

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    REGIONS 3 & 9

    By: */s/ Jeffrey M. Sponder*
    Jeffrey M. Sponder
    Trial Attorney
    Lauren Bielskie
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    One Newark Center, Suite 2100
    Newark, NJ 07102

    -and-

                                                 Linda Richenderfer
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
linda.richenderfer@usdoj.gov

Dated:  April 26, 2023