Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−12825−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LTL Management LLC
   501 George Street
   New Brunswick, NJ 08933

Social Security No.:

Employer's Tax I.D. No.:
   87−3056622

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Daniel Stolz on behalf of Official Committee of Talc Claimants..

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐   The corporate debtor is self−represented.

   ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Michael B. Kaplan on,

Date: 5/22/23
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: April 24, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-12825-MBK

LTL Management LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 7

Date Rcvd: Apr 24, 2023      Form ID: 170      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Autumn D Highsmith, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| aty | + | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | + | Lisa Bittle Tancredi, Womble Bond Dickinson (US) LLP, 1313 North Market St, Ste 1200, Wilmington, DE 19801-6103 |
| aty | + | Parkins Rubio, 700 Milam, Ste 1300, Houston, TX 77002-2736 |
| aty | + | Paul Hastings, 200 Park Avenue, New York, NY 10166-0019 |
| cr | + | Anthony Hernandez Valadez, Saiber LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |
| cr | + | BCBS of Massachusetts, c/o The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| cr | + | Bausch Health Americas, Inc. f/k/a Valeant Pharmac, Greenberg Traurig, LLP, c/o Alan Brody, 500 Campus Drive, Suite 400, Florham Park, NJ 07932 UNITED STATES 07932-1025 |
| cr | + | Bausch Health Companies Inc. f/k/a Valeant Pharmac, 500 Campus Drive, Suite 400, 500 Campus Drive, Suite 400, c/o Alan Brody, Florham Park, NJ 07932 UNITED STATES 07932-1025 |
| cr | + | Bausch Health US, LLC f/k/a Valeant Pharmaceutical, Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, c/o Alan Brody, Florham Park, NJ 07932 UNITED STATES 07932-1025 |
| cr | + | Catherine Forbes, 9641 S. Candle Tree Lane, Sandy, UT 84092-3293 |
| na | + | Epiq Corporate Restructuring, LLC, 777 Third Avenue, 12th Floor, New York, NY 10017-1302 |
| intp | + | Johnson & Johnson and Johnson & Johnson Holdco (NA, Attn: Jessica C. Lauria, Esq., Attn: Gregory Starner, Esq., 1221 Avenue of the Americas, New York, NY 10020 UNITED STATES 10020-1001 |
| crcm | + | Official Committee of Talc Claimants, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, 41 07920 UNITED STATES 07920-4500 |
| intp | + | Paul Crouch, LEVY KONIGSBERG, LLP, 605 Third Avenue, FL 33, New York, NY 10158 UNITED STATES 10158-0021 |
| intp | + | Randy Derouen, LEVY KONIGSBERG, LLP, 605 Third Avenue, FL 33, New York, NY 10158 UNITED STATES 10158-0021 |
| cr | | State of Texas, Office of the Attorney General, Collections-Bankruptcy Section, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | The Blue Cross Blue Shield Association, RAWLINGS & ASSOCIATES, 1 Eden Parkway, La Grange, KY 40031-8100 |
| intp | + | United States of America, c/o U.S. Dept. of Justice, Civil Divisio, P.O. Box 875, Ben Franklin Station, Washington, DC 20044-0875 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: jkim8@its.jnj.com | Apr 24 2023 20:19:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2023 20:20:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 24 2023 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 24 2023 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: kbateam@arnolditkin.com | Apr 24 2023 20:20:00 | Arnold & Itkin LLP, 6009 Memorial Drive, Houston, TX 77007-7035 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 170 | Total Noticed: 24 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Justin Bergeron, 16720 Tiger Band Road, Baton Rouge |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Allen Joseph Underwood, II | on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison Meghan Brown | on behalf of Debtor LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com |
| Allison Meghan Brown | on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com |
| Andrew Mina | on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com |
| Andrew J. Kelly | on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com |
| Andrew J. Kelly | on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com |
| Andy Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Bethany Theriot | on behalf of Interested Party United States of America bethany.theriot@usdoj.gov |
| Brian J. McCormick, Jr. | |

Case 23-01092-MBK    Doc    Filed 04/26/23    Entered 04/27/23 00:16:16    Desc Imaged
Certificate of Notice    Page 4 of 8

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 7 |
| Date Rcvd: Apr 24, 2023 | Form ID: 170 | Total Noticed: 24 |

| | |
|---|---|
| | on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com earend@rossfellercasey.com |
| Brian J. McCormick, Jr. | |
| | on behalf of Creditor Ross Feller Casey LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com |
| Brian W. Hofmeister | |
| | on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | |
| | on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Carol A. Slocum | |
| | on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com lclark@klehr.com |
| Christopher M. Placitella | |
| | on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com cmcnelis@cprlaw.com |
| Christopher M. Placitella | |
| | on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com cmcnelis@cprlaw.com |
| Clay Thompson | |
| | on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com |
| Clay Thompson | |
| | on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com |
| Clay Thompson | |
| | on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com |
| Colin R. Robinson | |
| | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Stolz | |
| | on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
| | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Robert Lapinski | |
| | on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com |
| David J. Molton | |
| | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com |
| Derek J. Baker | |
| | on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com |
| Donald W Clarke | |
| | on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com |
| E. Richard Dressel | |
| | on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com |
| E. Richard Dressel | |
| | on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com |
| Eileen McCabe | |
| | on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com |

Case 23-01092-MBK    Doc    Filed 04/26/23    Entered 04/27/23 00:16:16    Desc Imaged
Certificate of Notice    Page 5 of 8

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 7 |
| Date Rcvd: Apr 24, 2023 | Form ID: 170 | Total Noticed: 24 |

| | |
|---|---|
| Ericka Fredricks Johnson | on behalf of Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com |
| Geoffrey B. Gompers | on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com jharper@gomperslaw.com |
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com |
| James N. Lawlor | on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com |
| James N. Lawlor | on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com |
| Janet A. Shapiro | on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com |
| Janet A. Shapiro | on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com |
| Jeff Kahane | on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com dmartinez@duanemorris.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerome Howard Block | on behalf of Interested Party Randy Derouen jblock@levylaw.com |
| Jerome Howard Block | on behalf of Interested Party Paul Crouch jblock@levylaw.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John M. August | on behalf of Creditor Susan Jean Bader jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Dean McElroy jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Various Talc Claimants jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Alison Daugherty jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Trevor Barkley jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com rtucker@saiber.com |
| John W. Weiss | on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com |
| John Zachary Balasko | on behalf of Interested Party United States of America john.z.balasko@usdoj.gov |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Leah Cylia Kagan | on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 7 |
| Date Rcvd: Apr 24, 2023 | Form ID: 170 | Total Noticed: 24 |

| | |
|---|---|
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |
| Michael D. Sirota | on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com |
| Mitchell Malzberg | on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Moshe Maimon | on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com mmastrogiacomo@levylaw.com |
| Nathan W. Reinhardt | on behalf of Interested Party Atlanta International Insurance Company nreinhardt@duanemorris.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Richard G. Haddad | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com |
| Richard G. Haddad | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com |
| Robert Malone | on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert Malone | on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robin Rabinowitz | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) |

Case 23-01092-MBK    Doc    Filed 04/26/23    Entered 04/27/23 00:16:16    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 170 | Total Noticed: 24 |

| | |
|---|---|
| | rrabinowitz@lawgmm.com |
| Russell Webb Roten | on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIU Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | on behalf of Attorney Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | on behalf of Interested Party Atlanta International Insurance Company stephen.roberts@mendes.com |
| Stephen V. Gimigliano | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Suzanne Ratcliffe | on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com |
| U.S. Trustee | |

| District/off: 0312-3 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 170 | Total Noticed: 24 |

USTPRegion03.NE.ECF@usdoj.gov

Walter Benzija

    on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net  mmurrayhbb@outlook.com

TOTAL: 117