**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HALPERIN BATTAGLIA BENZIJA, LLP**
Alan D. Halperin, Esq.
Walter Benzija, Esq.
Donna H. Lieberman, Esq.
40 Wall Street
37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: ahalperin@halperinlaw.net
       wbenzija@halperinlaw.net
       dlieberman@halperinlaw.net

**RAWLINGS & ASSOCIATES**
Mark D. Fischer, Esq.
Robert C. Griffith, Esq.
1 Eden Parkway
La Grange, KY 40031
Telephone: (502) 814-2139
mdf@rawlingsandassociates.com
rcg@rawlingsandassociates.com

*Co-Counsel to The Blue Cross Blue Shield Association*



Order Filed on April 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

LTL MANAGEMENT LLC,

           Debtor.

Case No.: 23-12825 (MBK)

Chapter 11

Judge: Hon. Michael B. Kaplan

## ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following pages, numbered through two (2) through three (3),

is hereby **ORDERED**.

**DATED: April 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

2

This matter having been brought before the Court on application for an Order for

Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant,

out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.

101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Mark D. Fischer, Esq. be permitted to appear *pro hac vice*; provided

that pursuant to D.N.J. L.Civ.R. 101.1(c)(4), an appearance as counsel of record shall be filed

promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may

be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an

attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or

sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for

Client Protection for payment of the annual fee, for this year and for any year in which the out-

of-state attorney continues to represent a client in a matter pending in this Court in accordance

with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within

twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L.Civ.R. 101(c)(3) for *pro hac vice*

admission to the District Court for the District of New Jersey shall also be payable within twenty

(20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk,

USDC" and forwarded to the Clerk of the United States District Court for the District of New

Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

3

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States

District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for

the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New

Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-12825-MBK

LTL Management LLC                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Apr 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | Apr 24 2023 20:19:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam C. Silverstein | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com |
| Adam C. Silverstein | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com  awilliams@otterbourg.com |
| Alan J. Brody | on behalf of Creditor Bausch Health US  LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Alan J. Brody | on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 6 |
| Date Rcvd: Apr 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Alan J. Brody
  on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com,
  NJLitDock@gtlaw.com

Allen Joseph Underwood, II
  on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com
  ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allison Meghan Brown
  on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com
  wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Allison Meghan Brown
  on behalf of Debtor LTL Management LLC allison.brown@skadden.com
  wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com

Andrew Mina
  on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com

Andrew J. Kelly
  on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andrew J. Kelly
  on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com  wsheridan@kbtlaw.com

Andy Frankel
  on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
  afrankel@stblaw.com

Bethany Theriot
  on behalf of Interested Party United States of America bethany.theriot@usdoj.gov

Brian J. McCormick, Jr.
  on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com  earend@rossfellercasey.com

Brian J. McCormick, Jr.
  on behalf of Creditor Ross Feller Casey  LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com

Brian W. Hofmeister
  on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com  j119@ecfcbis.com

Brian W. Hofmeister
  on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com  j119@ecfcbis.com

Carol A. Slocum
  on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com  lclark@klehr.com

Christopher M. Placitella
  on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Christopher M. Placitella
  on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com  cmcnelis@cprlaw.com

Clay Thompson
  on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com

Clay Thompson
  on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com

Clay Thompson
  on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com

Colin R. Robinson
  on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com

Daniel Stolz
  on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com
  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
  on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com
  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
  on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com
  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
  on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com
  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
  on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Robert Lapinski

on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com
hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton

on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com  hcohen@brownrudnick.com

Derek J. Baker

on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke

on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com

Donald W Clarke

on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com
 dclarke@ecf.inforuptcy.com

E. Richard Dressel

on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

E. Richard Dressel

on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

Eileen McCabe

on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Ericka Fredricks Johnson

on behalf of Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims ErJohnson@wcsr.com
Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com

Geoffrey B. Gompers

on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com  jharper@gomperslaw.com

Gregory S. Kinoian

on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com

James N. Lawlor

on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor

on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro

on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com

Janet A. Shapiro

on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com

Jeff Kahane

on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeffrey M. Sponder

on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jerome Howard Block

on behalf of Interested Party Paul Crouch jblock@levylaw.com

Jerome Howard Block

on behalf of Interested Party Randy Derouen jblock@levylaw.com

John Maloney

on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
jmaloney@lawgmm.com

John M. August

on behalf of Creditor Various Talc Claimants jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com  rtucker@saiber.com

John M. August

on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com  rtucker@saiber.com

District/off: 0312-3                                        User: admin                                                        Page 4 of 6
Date Rcvd: Apr 24, 2023                              Form ID: pdf903                                              Total Noticed: 1

John M. August
                        on behalf of Creditor Trevor Barkley jaugust@saiber.com  rtucker@saiber.com

John M. August
                        on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com  rtucker@saiber.com

John M. August
                        on behalf of Creditor Susan Jean Bader jaugust@saiber.com  rtucker@saiber.com

John M. August
                        on behalf of Creditor Dean McElroy jaugust@saiber.com  rtucker@saiber.com

John M. August
                        on behalf of Creditor Alison Daugherty jaugust@saiber.com  rtucker@saiber.com

John W. Weiss
                        on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com

John Zachary Balasko
                        on behalf of Interested Party United States of America john.z.balasko@usdoj.gov

Kenneth A. Rosen
                        on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com
                        dclaussen@lowenstein.com

Konrad Krebs
                        on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us

Lauren Bielskie
                        on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Leah Cylia Kagan
                        on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com

Leslie Carol Heilman
                        on behalf of Creditor Albertsons Companies  Inc. heilmanl@ballardspahr.com,
                        vesperm@ballardspahr.com;roglenl@ballardspahr.com

Louis A. Modugno
                        on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com

Louis A. Modugno
                        on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com

Michael D. Sirota
                        on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com
                        fpisano@coleschotz.com;ssallie@coleschotz.com;pratkowiak@coleschotz.com;lmorton@coleschotz.com

District/off: 0312-3                     User: admin                                      Page 5 of 6
Date Rcvd: Apr 24, 2023                  Form ID: pdf903                              Total Noticed: 1

Mitchell Malzberg
            on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Moshe Maimon
            on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com  mmastrogiacomo@levylaw.com

Nathan W. Reinhardt
            on behalf of Interested Party Atlanta International Insurance Company nreinhardt@duanemorris.com

Paul R. DeFilippo
            on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com

Paul R. DeFilippo
            on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com

Richard G. Haddad
            on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com
            akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@ott
            erbourg.com

Richard G. Haddad
            on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com
            akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@ott
            erbourg.com

Robert Malone
            on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robert Malone
            on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com  nmitchell@gibbonslaw.com

Robin Rabinowitz
            on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
            rrabinowitz@lawgmm.com

Russell Webb Roten
            on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh  Pa. slross@duanemorris.com,
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party The Insurance Company of the State of Pennsylvania  Philadelphia slross@duanemorris.com,
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party The North River Insurance Company slross@duanemorris.com
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com
            AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
            on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross

District/off: 0312-3                          User: admin                                    Page 6 of 6
Date Rcvd: Apr 24, 2023                       Form ID: pdf903                               Total Noticed: 1

                            on behalf of Interested Party AIU Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                            on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                            on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sommer Leigh Ross
                            on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com
                            AutoDocketWILM@duanemorris.com

Stephen M. Packman
                            on behalf of Attorney Roger Frankel  as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11
                            bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com

Stephen T. Roberts
                            on behalf of Interested Party Atlanta International Insurance Company stephen.roberts@mendes.com

Stephen V. Gimigliano
                            on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)
                            sgimigliano@lawgmm.com

Suzanne Ratcliffe
                            on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
                            on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com

Suzanne Ratcliffe
                            on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

Walter Benzija
                            on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net  mmurrayhbb@outlook.com


TOTAL: 117