**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota, Esq.
msirota@coleschotz.com
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Seth Van Aalten, Esq.
svanaalten@coleschotz.com
Justin R. Alberto, Esq.
jalberto@coleschotz.com

*Counsel to Ad Hoc Group of Supporting Counsel*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| LTL Management, LLC, | Case No. 23-12825 (MBK) |
| Debtor.[1] | |

### CERTIFICATION OF SETH VAN AALTEN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF SETH VAN AALTEN

Seth Van Aalten, of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice before the courts of the State of New York, and a partner in the firm of Cole Schotz P.C., counsel for the Ad Hoc Group of Supporting Counsel (the "Ad Hoc Group"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933

2. I was admitted to practice in the State of New York in 2004.

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended, or disciplined by any court or administrative body.

4. The Ad Hoc Group filed the within Application for the Professional Corporation's *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6. For the foregoing reasons, I respectfully request the Professional Corporation's application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        */s/ Seth Van Aalten*
                                        Seth Van Aalten
                                        **COLE SCHOTZ P.C.**
                                        1325 Avenue of the Americas, 19th Floor
                                        New York, NY 10019
                                        Telephone: (212) 752-8000
                                        Facsimile: (212) 752-8393
                                        Email: svanaalten@coleschotz.com

DATED: April 27, 2023