**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*(Proposed Local Counsel for Claimants Represented by Barnes Law Group, LLC)*

**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
(770) 227-6375
Roy E. Barnes (roy@barneslawgroup.com)
John R. Bevis (bevis@barneslawgroup.com)
*(Proposed Co-Counsel for Talc Claimants)*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | |

**CERTIFICATION OF JOHN R. BEVIS IN SUPPORT OF**
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, John R. Bevis, of full age, hereby certify as follows:

1. I am a partner with the Barnes Law Group, LLC, 31 Atlanta Street, Marietta, Georgia 30060.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

2. I make this certification in connection with my application to be admitted *pro hac vice* in the above captioned bankruptcy case to represent Debtor, LTL Management LLC as proposed co-counsel.

3. I have been a member in good standing of the bars of the State of Georgia from 1996 to the present, and the State of Florida from 2004 to present. I have also been admitted to several federal courts, including but not limited to the U.S. District Courts for the Northern and Middle Districts of Georgia, and the U.S. District Courts for the Northern, Middle and Southern Districts of Florida, and I remain in good standing at the bar in these and those other federal courts.

4. I am not under suspension or disbarment by any court.

5. I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2, and have already satisfied that payment for 2023 in connection with my admission pro hac vice before this Court in the related bankruptcy case captioned *In re LTL Management LLC*, Case No. 21-30589 (MBK).

7. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

8. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.