| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*(Proposed Local Counsel for Claimants Represented by Barnes Law Group, LLC)*<br><br>**THE BARNES LAW GROUP, LLC**<br>31 Atlanta Street<br>Marietta, Georgia 30060<br>(770) 227-6375<br>Roy E. Barnes (roy@barneslawgroup.com)<br>John R. Bevis (bevis@barneslawgroup.com)<br>*(Proposed Co-Counsel for Talc Claimants)* |

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | |

**APPLICATION FOR AN ORDER FOR
<u>ADMISSION PRO HAC VICE OF ROY E. BARNES</u>**

**TO:  PARTIES ON THE COURTS ELECTRONIC MAIL NOTICE LIST**

**PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey Local Bankruptcy Rules, McManimon, Scotland & Baumann, LLC, proposed co-counsel for Claimants Represented by Barnes Law Group, LLC, hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an Order admitting Roy E. Barnes pro hac vice in the within proceeding to represent Talc Claimants.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

**PLEASE TAKE NOTICE** that in support of this application, counsel submits the Certification of Anthony Sodono, III and Certification of Roy E. Barnes.

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the within application is filed within seven (7) days, the application be granted and the proposed form of Order be entered.

Dated: April 28, 2023

Respectfully submitted,

**McMANIMON, SCOTLAND & BAUMANN, LLC**

*/s/ Anthony Sodono, III*
Anthony Sodono, III

## CERTIFICATION OF SERVICE

    I, Anthony Sodono, III, hereby certify that on this 28th day of April, 2023, I caused the foregoing Application and supporting documents to be served by this Court's CM/ECF System.