| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan<br>**Hearing Date and Time:**<br>**May 3, 2023 at 10:00 a.m.** |

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536733805

**DECLARATION OF DANIEL J. MERRETT IN SUPPORT OF THE DEBTOR'S OMNIBUS REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER APPOINTING RANDI S. ELLIS AS LEGAL REPRESENTATIVE FOR FUTURE TALC CLAIMANTS**

I, Daniel J. Merrett, hereby declare under penalty of perjury:

1. I am a partner of the law firm of Jones Day, and my office is located at 1221 Peachtree Street, N.E., Suite 400, Atlanta, Georgia 30361. I am a member in good standing of the Bar of the State of Georgia. My application to appear *pro hac vice* in this case has been granted by the Court. There are no disciplinary proceedings pending against me.

2. I submit this declaration (the "Declaration") in connection with the *Debtor's Omnibus Reply in Support of Its Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants* filed contemporaneously herewith. I have personal knowledge of the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of the October 16, 2018 bench ruling in In re Duro Dyne Nat. Corp., Case No. 18-27963 (MBK) [Dkt. 189] (Bankr. D.N.J. Oct. 16, 2018), aff'd 2019 WL 4745879 (D.N.J. Sept. 30, 2019).

4. Attached hereto as **Exhibit B** is a true and correct copy of the *Bench Ruling on Motion to Appoint James L. Patton, Jr. as the Legal Representative for Future Talc Personal Injury Claimants* in In re Imerys Talc Am., Inc., Case No. 19-10289 (LSS) [Dkt. 503] (Bankr. D. Del. May 8, 2019), aff'd 2020 WL 6888278 (D. Del. Nov. 24, 2020) aff'd 38 F.4th 361 (3d Cir. 2022).

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the April 17, 2023 David Molton deposition transcript.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the April 18, 2023 Hearing Transcript.

-2-

7.     Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of excerpts from the April 16, 2023 James Murdica deposition transcript.

8.     Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of excerpts from the April 17, 2023 Mikal Watts deposition transcript.

9.     Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of excerpts from the April 14, 2023 Erik Haas deposition transcript.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 28, 2023                                        Respectfully submitted,

*/s/ Daniel J. Merrett*
Daniel J. Merrett