# EXHIBIT C

**Excerpts of David Molton Deposition Transcript**

**(UNDER SEAL)**