# EXHIBIT E

**Excerpts of James Murdica Deposition Transcript**

**(UNDER SEAL)**