# EXHIBIT F

**Excerpts of Mikal Watts Deposition Transcript**

**(UNDER SEAL)**