## EXHIBIT G

**Excerpts of Erik Haas Deposition Transcript**

**(UNDER SEAL)**