**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 3, 2023 AT 10:00 A.M.**

*Parties are directed to https://www.njb.uscourts.gov/LTL*
*for appearing via Zoom or in-person, or observing via Zoom*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

NAI-1536716052

**MATTER NOT GOING FORWARD**

1. Debtor's Motion for an Order (I) Appointing Co-Mediators, (II) Establishing Mediation Procedures and (III) Granting Related Relief [Dkt. 107].

    **Status: On April 25, 2023, the Debtor filed a Status Change Form withdrawing the motion without prejudice as moot [Dkt. 303].**

**CONFERENCES GOING FORWARD:**

2. Order Granting in Part and Denying in Part the Motion by Movant Anthony Hernandez Valadez for an Order (I) Granting Relief From the Automatic Stay, Second Amended Ex Parte Temporary Restraining Order, and Anticipated Preliminary Injunction, and (II) Waiving the Fourteen Day Stay Under Federal Rule of Bankruptcy Procedure 4001(a)(3) [Dkt. 298].

    **Status: The Court heard argument on this matter at the April 18, 2023 hearing and continued the matter to May 3, 2023 for a conference on the status of pre-trial preparations.**

3. Motions to Dismiss the Chapter 11 Case [Dkts. 286, 335, 346, 350, 352, 358].

    **Status: The Court will conduct a scheduling conference to discuss the pending motions to dismiss.**

**CONTESTED MATTERS GOING FORWARD:**

4. Debtor's Motion for an Order Appointing Randi S. Ellis as Legal Representative for Future Talc Claimants [Dkt. 87] (the "FCR Motion").

    **Status: This matter is going forward.**

    Objection Deadline: April 26, 2023 pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 135].

    Related Documents:

    A. Application for Order Shortening Time [Dkt. 88].

    B. Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 135].

    C. Randi S. Ellis Declaration in Support of the FCR Motion [Dkt. 354].

    D. Debtor's Reply in Support of the FCR Motion [Dkt. 355] (the "Debtor's Reply").

    E. Debtor's Motion to Seal Exhibits to the Debtor's Reply [Dkt. 356] (the "Debtor's Motion to Seal").

Objections:

F.   Official Committee of Talc Claimants' Objection to the FCR Motion [Dkt. 311] (the "Committee Objection").

G.   Paul Crouch Objection to the FCR Motion. [Dkt. 318].

H.   Maune Raichle Hartley French & Mudd, LLC's Objection to the FCR Motion [Dkt. 320].

I.   United States Trustee Objection to the FCR Motion [Dkt. 321] (the "U.S. Trustee Objection").

**UNCONTESTED MATTERS GOING FORWARD**

5.  The Official Committee of Talc Claimants' Motion to Seal the Redacted Portions of the Committee Objection [Dkt. 312].

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 316].

    Related Documents:

    A.   The FCR Motion.

    B.   The Committee Objection.

    C.   Application for Order Shortening Time [Dkt. 315].

    D.   Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 316].

6.  The United States Trustee Motion to Seal the Redacted Portions and Exhibits to the U.S. Trustee Objection [Dkt. 322].

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 327].

    Related Documents:

    A.   The FCR Motion.

    B.   The U.S. Trustee Objection.

    C.   Application for Order Shortening Time [Dkt. 323].

    D.    Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 327].

7.    The Debtor's Motion to Seal Exhibits.

**Status: This matter is going forward.**

<u>Objection Deadline</u>: At hearing, pursuant to the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 372].

<u>Related Documents</u>:

    A.    The FCR Motion.

    B.    The Debtor's Reply.

    C.    Application for Order Shortening Time [Dkt. 357].

    D.    Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Dkt. 372].

<table>
<tr><td>Dated: May 1, 2023</td><td>**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*</td></tr>
</table>

NAI-1536716052