| |
|---|
| UNITED STATES DEPARTMENT OF JUSTICE <br> OFFICE OF THE UNITED STATES TRUSTEE <br> ANDREW R. VARA <br> UNITED STATES TRUSTEE, REGION 3 <br> Jeffrey M. Sponder, Esq. <br> Lauren Bielskie, Esq. <br> One Newark Center, Suite 2100 <br> Newark, NJ  07102 <br> Telephone: (973) 645-3014 <br> Fax: (973) 645-5993 <br> E-mail:      jeffrey.m.sponder@usdoj.gov <br>                    lauren.bielskie@usdoj.gov |

| | |
|---|---|
| In re: | Chapter 11 |
| LTL Management LLC,[1] | Case No. 23-12825 (MBK) |
| Debtor. | Hearing Date: May 22, 2023 at 10:00 a.m. |
| | Honorable Michael B. Kaplan, Chief Judge |

**ORDER DISMISSING CASE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

......

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**(Page 2)**

LTL Management LLC

Chapter 11, Case No.: 23-12825 (MBK)

**Order Dismissing Case**

_____

Upon consideration of the Motion of the United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b) for an Order Dismissing Case, and notice of the motion having been given to the Debtor, Debtor's counsel, counsel for the Official Committee of Talc Claimants, and all parties having filed a Notice of Appearance in this case, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned chapter 11 case of LTL Management LLC, Case No. 23-12825 (MBK) is **DISMISSED**.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.