# Exhibit B

*Beville Certification*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br>gkinoian@genovaburns.com<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Tel: (973) 467-2700<br>Fax: (973) 467-8126<br>*Proposed Local Counsel for the Official*<br>*Committee of Talc Claimants* | **BROWN RUDNICK LLP**<br>David J. Molton, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Kenneth J. Aulet, Esq.<br>dmolton@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>kaulet@brownrudnick.com<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>Fax: (212) 209-4801<br>And-<br>Jeffrey L. Jonas, Esq.<br>Sunni P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>jjonas@brownrudnick.com<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8200<br>Fax: (617) 856-8201<br>*Proposed Co-Counsel for the*<br>*Official Committee of Talc Claimants* |
| **OTTERBOURG PC**<br>Melanie L. Cyganowski, Esq.<br>Jennifer S. Feeney, Esq.<br>Michael R. Maizel, Esq.<br>mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com<br>mmaizel@otterbourg.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 905-3628<br>Fax: (212) 682-6104<br>*Proposed Co-Counsel for the Official*<br>*Committee of Talc Claimants* | **MASSEY & GAIL LLP**<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>Tel: (202) 652-4511<br>Fax: (312) 379-0467<br>*Proposed Co-Counsel for the Official Committee*<br>*of Talc Claimants* |
| In re:<br>LTL MANAGEMENT LLC,[1]<br><br>                              Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |

---

[1]   The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

Pursuant to 11 U.S.C § 1746, I, Sunni P. Beville, hereby declare:

1.      I am an attorney at law admitted to practice in the courts of the State of Massachusetts and the United States District Court for the District of Massachusetts.  I am also Managing Director of the Dispute Resolution & Restructuring Department and a Partner in the Bankruptcy & Corporate Restructuring Practice Group at Brown Rudnick LLP ("Brown Rudnick"),[2] which maintains an office at One Financial Center, Boston, Massachusetts 02111.

2.      I submit this Certification (the "Certification") in support of the application (the "Application") of the Official Committee of Talc Claimants (the "Committee") appointed in the above-captioned case (the "Case") for entry of an order, pursuant to sections 328 and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), authorizing and approving the retention and employment of Brown Rudnick as co-counsel to the Committee in connection with this Case, effective as of April 14, 2023.

3.      Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

### BROWN RUDNICK'S QUALIFICATIONS

4.      Brown Rudnick is well-qualified and able to represent the Committee in this Case in a cost effective and efficient manner.  Among the reasons Brown Rudnick was selected as co-counsel were our deep bankruptcy litigation team with proven success in complicated and acrimonious committee cases, our significant experience representing tort victims in the largest

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

and most-complex Chapter 11 cases, and our substantial knowledge of Texas divisive mergers. Brown Rudnick's Bankruptcy & Corporate Restructuring team is focused first and foremost on committee engagements in large Chapter 11 cases, and we are known for passionate and zealous advocacy on behalf of Official Committees. In addition to its attorneys with decades of experience in restructuring and mass tort bankruptcies, Brown Rudnick has a large and well-respected litigation group at the Committee's disposal.

5.      To address the scope of the work involved in representing the interests of talc claimants, Brown Rudnick and the other law firms retained as co-counsel to the Committee will work in an integrated and coordinated manner to avoid any unnecessary duplication of effort and to ensure the Committee obtains the benefit of each Committee Advisor's collective experience both generally and specifically as to each firm's specialized focus. In an effort to cooperate with the Committee Advisors, Brown Rudnick's primary focus will be on bankruptcy and bankruptcy litigation matters and will collaborate with the other Committee Advisors as to all aspects of the case.

### PROTOCOLS TO AVOID UNNECESSARY DUPLICATION OF SERVICES

6.      In light of the size of this case and scope of related litigation, the Committee determined it was in the talc claimants' best interest to retain multiple law firms. Each of the firms the Committee has proposed to retain serves a distinct purpose from the others:

    a. Brown Rudnick serves as lead bankruptcy counsel, providing a deep bench of attorneys with core bankruptcy, bankruptcy litigation and mass tort bankruptcy experience.

    b. Otterbourg serves as lead mass tort/litigation counsel and special bankruptcy counsel, providing the unique perspective of a former bankruptcy chief judge and expertise in preliminary injunction and district court litigation.

    d. Massey & Gail serves as special counsel, providing unparalleled mass tort and other complex case experience before trial and appellate courts, including the Supreme Court.

e. Genova Burns serves as local counsel, one of few New Jersey firms with appropriate experience that is without conflicts in this case.

f. MoloLamken LLP serves as the Committee's special counsel for appeals. MoloLamken is a preeminent appellate firm with substantial experience before the highest courts in the country, as well as before the Third Circuit Court of Appeals in LTL I.

7.    Additionally, co-counsel to the Committee has instituted the following multi-step system for efficiency purposes and in order to avoid unnecessary duplication of services:

a. First, a small group of senior partners confer to determine strategy in consultation with Committee members and their designated representatives.

b. Next, one firm is assigned primary responsibility for a task.

c. Once a task has been preliminarily completed, it is reviewed by the other firms, allowing the firm to whom the task is assigned to benefit from the extensive knowledge and varying perspectives of co-counsel.

d. Once co-counsel have signed off on a particular task, it is circulated to the Committee for review and comment.

8.    Brown Rudnick believes that the above protocol is consistent with effective management of assignments in a mega bankruptcy case as well as how such matters are handled by large law firms such as those sought to be retained by the Debtor and their affiliates in other bankruptcy cases.

## **DISINTERESTEDNESS OF PROFESSIONALS**

9.    In preparing this Certification, an attorney working under my supervision caused the implementation of certain procedures developed by Brown Rudnick's Conflicts Department to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules (collectively, the "Statutory Authority"). Pursuant to the Statutory Authority, to identify the parties relevant to this Certification and to ascertain Brown Rudnick's connections to certain parties, the attorney worked with the Conflicts Department to cause to be performed an examination and comparison (the "Connections Check") of the Debtor and non-debtor affiliates,

creditors, and other parties-in-interest (collectively, the "Case Parties"). The list of Case Parties

is attached hereto as **Schedule 1**. A summary of the results of the Connections Check is attached

hereto as **Schedule 2**.

10.     Based upon my review of the results of the Connections Check, I have ascertained,

to the best of my knowledge, that neither Brown Rudnick, any member of Brown Rudnick, nor

any attorney associated with or employed by Brown Rudnick, has any "connection," to any of the

Case Parties except to the extent set forth in **Schedule 2** or as further described in this Certification

and accompanying Application.

11.     Brown Rudnick represented the official committee of talc claimants in the Debtor's

prior chapter 11 case (the "Original TCC") that was pending before this Court at Case No. 21-

30589 ("LTL I"). As of the Court's entry of the Dismissal Order on April 4, 2023, Brown Rudnick

was owed $1,397,349.28 for services rendered and expenses incurred in representing the TCC as

its co-counsel in LTL I (the "Pre-Petition Balance"). On April 26, 2023, the Debtor filed a motion

seeking the entry of an order authorizing it to satisfy its obligations under the Dismissal Order,

including the final allowance of professional fees and expenses and the payment of such allowed

fees and expenses (the "Obligations Motion"). [Dkt. No. 319]. Pending entry of an order

approving the Obligations Motion, Brown Rudnick anticipates that the allowed amount of the Pre-

Petition Balance (the "Allowed Pre-Petition Fee Claim") will be paid in connection with LTL I.

12.     Brown Rudnick represented the Ad Hoc Committee of Certain Talc Claimants (the

"AHC") in this Case before the Committee was formed. The AHC consisted of nine members of

the Original TCC—Alishia Landrum, Rebecca Love, Blue Cross Blue Shields of Massachusetts,

Tonya Whetsel, Kristie Doyle, William A. Henry, Randy Derouen, April Fair and Patricia Cook—

each of whom are also members appointed to the Committee in this Case. Other than its concluded

representation of the AHC, Brown Rudnick will not represent any entity other than the Committee in this Case.

13.     Brown Rudnick may have worked with professionals (*e.g.*, as co-counsel or adversaries) in other cases where those professionals represent Potentially Interested Parties in the case and may have represented official or informal committees in which the individual members may have an interest in this Case.  Brown Rudnick also may represent financial institutions that may have been or are currently lenders to a Potential Party in Interest.  As noted, however, Brown Rudnick has not and will not represent any clients in connection with this Case.

14.     Brown Rudnick represents Seeger Weiss LLP in a small matter unrelated to this Case.

15.     Brown Rudnick represented an Ad Hoc Committee of Talc Claimants (the "Imerys Ad Hoc Committee") in the *Imerys* bankruptcy case and makes the following additional disclosures in respect of the concluded representation:

- Brown Rudnick's representation of the Imerys Ad Hoc Committee commenced in June 2020 and was terminated on May 18, 2021. *See In re Imerys Talc America, Inc.*, Case No. 19-10289 (LSS) ("Imerys"), *Notice of Appearance* [Im. Docket No. 1809]; *Notice of Withdrawal of Appearance* [Im. Docket No. 3565].

- The Imerys Ad Hoc Committee was comprised of approximately 2,400 members. The list of the members is included in the *Second Amended Verified Statement of Ad Hoc Committee of Talc Litigation Claimants pursuant to Bankruptcy Rule 2019* [Im. Docket No. 3355]. Each member asserted ovarian cancer claims. Brown Rudnick is not aware of any members that asserted mesothelioma claims.

- To my knowledge, none of the members of the Imerys Ad Hoc Committee is a member of the Committee in this Case. We are not aware that any member of the Imerys Ad Hoc Committee is presently involved in this case though we anticipate that many, if not all, may have claims against Johnson & Johnson and its affiliates.

- The fees and expenses Brown Rudnick received in connection with its representation of the Imerys Ad Hoc Committee comprise less than 0.05% of the overall revenue of the firm for the respective fiscal years. The payments were made

by the Morelli Law Firm and Segal Law Firm, counsel to members of the Imerys
Ad Hoc Committee.

- Other than representation of the Imerys Ad Hoc Committee, Brown Rudnick had
no other involvement in the *Imerys* or *Cyprus Mines* bankruptcy cases.

16.     Brown Rudnick currently represents the court-appointed Plaintiffs' Executive

Committee in MDL 2804 (In re Prescription Opiate Litigation) (N.D. Ohio) and that a principal of

Motley Rice sits as Co-Lead counsel of the Plaintiffs' Executive Committee in MDL 2804 a matter

unrelated to this Case.  Additionally, Robinson Calcagnie and Hagens Berman retained Brown

Rudnick as counsel for themselves and their clients in April 2014 in connection with litigation

regarding the ignition switch defect in the Motors Liquidation Company (f/k/a General Motors

Corporation, "GM") chapter 11 case.  In September 2014, Brown Rudnick was retained, and its

prior work approved, by the Lead Counsel in the *In re General Motors LLC Ignition Switch

Litigation* (Case Nos. 14-MD-2543 (JMF) and 14-MC-2543 (JMF)) (the "GM MDL") to oppose

GM's motion to enforce the July 5, 2009 GM Bankruptcy Sale Order and Injunction.  Robinson

Calcagnie is not Lead Counsel to the MDL.  Mark Robinson is, however, a member of the

Plaintiffs' Executive Committee in the MDL.  Brown Rudnick has not received any fees in the

past two years on account of this engagement.  To my knowledge, following Brown Rudnick's

retention by the GM MDL's Lead Counsel in September 2014, Brown Rudnick no longer

represented or appeared for Robinson Calcagnie in the GM matter.

17.     Brown Rudnick does not believe these are conflicts and the Committee was aware

of such representations prior to the formation of the Committee and selection of counsel.

18.     The Brown Rudnick existing clients noted in Schedule 2 accounted for less than

one (1%) percent of Brown Rudnick's gross revenues for the past twelve (12) months.

19.     It is possible that certain of the Partners, Counsel and associates of Brown Rudnick

and such persons' relatives may have familial or personal relationships, as well as business,

contractual, or economic relationships, with officers, directors, and/or shareholders or creditors of

the Debtor, competitors of the Debtor, other professionals engaged in this Case and/or other parties

in interest in this Case.  I have not been made aware of any material relationships with any such

individual.

20.     I am not related to and, to the best of my knowledge, no other attorney at Brown

Rudnick is related to (a) any United States Bankruptcy Judge for the District of New Jersey or (b)

the U.S. Trustee, or any person employed by the U.S. Trustee's office.

21.     If Brown Rudnick discovers any information that is contrary to or pertinent to the

statements made herein, Brown Rudnick will promptly disclose such information to the Court by

filing and serving a supplemental affidavit on the Committee, the U.S. Trustee, counsel to the

Debtor, and all parties who have filed a notice of appearance in this Case.

22.     For the reasons stated herein, based on the conflicts search conducted to date and

described here, to the best of my knowledge Brown Rudnick is a "disinterested person" as that

term is defined in section 101(14) of the Bankruptcy Code and as used in section 328(c) of the

Bankruptcy Code, and does not have an interest materially adverse to the interests of the Debtor's

estate or any class of creditors or equity holders of the Debtor.

## PROFESSIONAL COMPENSATION

23.     Subject to this Court's approval, and in accordance with section 330(a) of the

Bankruptcy Code and any orders of the Court, Brown Rudnick will charge for its legal services as

co-counsel to the Committee on an hourly basis in accordance with its ordinary and customary

hourly rates in effect on the date such services are rendered, and for its actual, reasonable and

necessary out-of-pocket disbursements incurred in connection therewith.

24.     As of the date hereof, the hourly rates of Brown Rudnick professionals are in the following ranges:

| Professional | Rate Per Hour |
|---|---|
| Partners | $750 - $2,250 |
| Counsel | $290 - $2,575 |
| Associates | $420 - $975 |
| Paralegals | $425 - $530 |

25.     David Molton's current hourly rate is $1950 and my current hourly rate is $1390. We will be assisted in this engagement by, among others, Partners with hourly rates ranging from $750 - $1950, Counsel with hourly rates ranging from $500 - $1420 and Associates with hourly rates ranging from $565 - $975.  Other attorneys and paraprofessionals will assist with this Case as needed.

26.     The hourly rates set forth above are Brown Rudnick's general hourly rates for work of this nature and are consistent with the customary compensation charged by comparably skilled attorneys at Brown Rudnick in similar matters, including non-bankruptcy matters.  In the normal course of its business, Brown Rudnick revises its billing rates on an annual basis.[3]

27.     Brown Rudnick has advised the Committee that it intends to seek compensation for all time and expenses associated with the preparation of this application to retain Brown Rudnick and related documents, and the preparation of monthly, interim or final fee applications for Brown

---

[3]     In the ordinary course, Brown Rudnick reviews the billing rates of its attorneys and paraprofessionals annually, typically in November of each year.  The review and rate increases are based upon increases within each attorney's and paraprofessional's current level of seniority.  The rates described herein reflect the most recent rate increase.  As set forth in the attached Order, Brown Rudnick will provide ten (10) business-days' notice to the Committee, the Debtor, and the U.S. Trustee before implementing any periodic increases, and shall file any such notice with the Court.

Rudnick.  It will not bill for the defense of any fee applications.  Brown Rudnick will bill any non-working travel time at 50% of the actual time incurred.

28.    In addition, Brown Rudnick requests that it be reimbursed for any actual and necessary expenses incurred in representing the Committee, including, but not limited to, business meals, photocopies, courier service, computer assisted research, docket and court filing fees, mail and express mail charges, messenger charges, document processing, telecommunications, travel, court reporting charges, and any other non-ordinary overhead expense such as overtime for secretarial personnel and other staff and any other incidental costs advanced by Brown Rudnick specifically for the representation of the Committee, in a manner and at rates consistent with charges made generally to Brown Rudnick's other clients.  Photocopies and similar copies will be billed at a reduced rate of $0.10 per page.

29.    Brown Rudnick has not agreed to share: (a) any compensation it may receive with another party or person, other than with the Partners, Counsel and associates of Brown Rudnick; or (b) any compensation another person or party has received or may receive in connection with this Case.

30.    Brown Rudnick has not received a retainer in connection with this Case.

<u>**AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS**</u>

31.    Based upon the information available to me, and except as otherwise described herein, Brown Rudnick holds no interest adverse to the Debtor, its estate, or any class of creditors or equity holders as to the matters in which it is to be employed.  I know of no reason why Brown Rudnick cannot act as co-counsel to the Committee.

Pursuant to 11 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 1, 2023

  _/s/  Sunni P. Beville_____
Sunni P. Beville

## Schedule 1

(Case Parties)

**Debtor**

LTL Management LLC

**Direct Equity Owner of Debtor**

Johnson and Johnson Consumer Inc.

**Debtor's Direct Non-Debtor Subsidiary**

Royalty A&M LLC

**Other Non-Debtor Affiliate**

3Dintegrated ApS
Acclarent, Inc.
Actelion Ltd
Actelion Manufacturing GmbH
Actelion Pharmaceuticals Australia Pty. Limited
Actelion Pharmaceuticals Korea Ltd.
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Mexico S.A. De C.V.
Actelion Pharmaceuticals Trading (Shanghai) Co., Ltd.
Actelion Pharmaceuticals UK Limited
Actelion Pharmaceuticals US, Inc.
Actelion Registration Limited
Actelion Treasury Unlimited Company
Akros Medical, Inc.
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
AMO Ireland

AMO Ireland Finance Unlimited Company
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing Spain S.L.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC
AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO U.K. Holdings, LLC
AMO United Kingdom, Ltd.
AMO Uppsala AB
AMO US Holdings, Inc.
AMO USA Sales Holdings, Inc.
AMO USA, LLC
Animas Diabetes Care, LLC
Animas LLC
Animas Technologies LLC
AorTx, Inc.
Apsis
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 2 Aktiebolag
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
C Consumer Products Denmark ApS
Calibra Medical LLC
Campus-Foyer Apotheke GmbH
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC

1

Centocor Research & Development, Inc.

ChromaGenics B.V.

Ci:Labo Customer Marketing Co., Ltd.

Ci:z. Labo Co., Ltd.

CNA Development GmbH

Codman & Shurtleff, Inc.

Coherex Medical, Inc.

ColBar LifeScience Ltd.

Company Store.com, Inc.

Cordis de Mexico, S.A. de C.V.

Cordis International Corporation

Corimmun GmbH

CoTherix Inc.

CSATS, Inc.

Darlain Trading S.A.

Debs-Vogue Corporation (Proprietary) Limited

DePuy France

DePuy Hellas SA

DePuy International Limited

DePuy Ireland Unlimited Company

DePuy Mexico, S.A. de C.V.

DePuy Mitek, LLC

DePuy Orthopaedics, Inc.

DePuy Products, Inc.

DePuy Spine, LLC

DePuy Synthes Gorgan Limited

DePuy Synthes Institute, LLC

DePuy Synthes Leto SARL

DePuy Synthes Products, Inc.

DePuy Synthes Sales, Inc.

DePuy Synthes, Inc.

Dr. Ci:Labo Co., Ltd.

DR. CI:LABO COMPANY LIMITED

Dutch Holding LLC

ECL7, LLC

EES Holdings de Mexico, S. de R.L. de C.V.

EES, S.A. de C.V.

EIT Emerging Implant Technologies GmbH

Ethnor (Proprietary) Limited

Ethnor del Istmo S.A.

Ethnor Farmaceutica, S.A.

Ethnor Guatemala, Sociedad Anomina

FMS Future Medical System SA

GH Biotech Holdings Limited

Global Investment Participation B.V.

GMED Healthcare BV

Guangzhou Bioseal Biotech Co., Ltd.

Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.

Hansen Medical UK Limited

Hansen Medical, Inc.

Healthcare Services (Shanghai) Ltd.

I.D. Acquisition Corp.

Innovalens B.V.

Innovative Surgical Solutions, LLC

J & J Company West Africa Limited

J&J Pension Trustees Limited

J.C. General Services BV

Biosense Webster (Israel) Ltd.

Biosense Webster, Inc.

Cilag AG

Cilag GmbH International

Cilag Holding AG

Cilag Holding Treasury Unlimited Company

Cilag-Biotech, S.L.

Ethicon Biosurgery Ireland

Ethicon Endo-Surgery (Europe) GmbH

Ethicon Endo-Surgery, Inc.

Ethicon Endo-Surgery, LLC

Ethicon Holding Sarl

Ethicon Ireland Unlimited Company

Ethicon LLC

Ethicon PR Holdings Unlimited Company

Ethicon Sarl

Ethicon US, LLC

Ethicon Women's Health & Urology Sarl

Ethicon, Inc.

Finsbury (Development) Limited

Finsbury (Instruments) Limited

Finsbury Medical Limited

Finsbury Orthopaedics International Limited

Finsbury Orthopaedics Limited

Innomedic Gesellschaft für innovative Medizintechnik und Informatik mbH

Janssen Alzheimer Immunotherapy (Holding) Limited

Janssen Biologics (Ireland) Limited

Janssen Biologics B.V.

Janssen BioPharma, Inc.

Janssen Biotech, Inc.

Janssen Cilag Farmaceutica S.A.

Janssen Cilag S.p.A.

Janssen Cilag SPA

Janssen Cilag, C.A.

Janssen de Mexico, S. de R.L. de C.V.

Janssen Development Finance Unlimited Company

Janssen Diagnostics, LLC

Janssen Egypt LLC

Janssen Farmaceutica Portugal Lda

Janssen Global Services, LLC

Janssen Group Holdings Limited

Janssen Holding GmbH

Janssen Inc.

Janssen Irish Finance Company UC

Janssen Korea Ltd.

Janssen Oncology, Inc.

Janssen Ortho LLC

Janssen Pharmaceutica (Proprietary) Limited

Janssen Pharmaceutica NV

Janssen Pharmaceutica S.A.

Janssen Pharmaceutical

J-C Health Care Ltd.

Jevco Holding, Inc.

JJ Surgical Vision Spain, S.L.

JJC Acquisition Company B.V.

JJHC, LLC

JJSV Belgium BV

JJSV Manufacturing Malaysia SDN. BHD.

JJSV Norden AB

JJSV Produtos Oticos Ltda.

JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.

JNJ International Investment LLC

JNJ Irish Investments ULC

Janssen Pharmaceutical K.K.

Janssen Pharmaceutical Sciences Unlimited Company

Janssen Pharmaceuticals, Inc.

Janssen Products, LP

Janssen R&D Ireland

Janssen Research & Development, LLC

Janssen Sciences Ireland Unlimited Company

Janssen Scientific Affairs, LLC

Janssen Supply Group, LLC

Janssen Vaccines & Prevention B.V.

Janssen Vaccines Corp.

Janssen-Cilag

Janssen-Cilag (New Zealand) Limited

Janssen-Cilag A/S

Janssen-Cilag AG

Janssen-Cilag Aktiebolag

Janssen-Cilag AS

Janssen-Cilag B.V.

Janssen-Cilag de Mexico S. de R.L. de C.V.

Janssen-Cilag Farmaceutica Lda.

Janssen-Cilag Farmaceutica Ltda.

Janssen-Cilag GmbH

Janssen-Cilag International NV

Janssen-Cilag Kft.

Janssen-Cilag Limited

Janssen-Cilag Manufacturing, LLC

Janssen-Cilag NV

Janssen-Cilag OY

Janssen-Cilag Pharma GmbH

Janssen-Cilag Pharmaceutical S.A.C.I.

Janssen-Cilag Polska, Sp. z o.o.

Janssen-Cilag Pty Ltd

Janssen-Cilag S.A.

Janssen-Cilag s.r.o.

Janssen-Cilag, S.A.

Janssen-Cilag, S.A. de C.V.

Janssen-Pharma, S.L.

Johnson & Johnson

Johnson & Johnson - Societa' Per Azioni

3

Johnson & Johnson (Angola), Limitada

Johnson & Johnson (China) Investment Ltd.

Johnson & Johnson (Egypt) S.A.E.

Johnson & Johnson (Hong Kong) Limited

Johnson & Johnson (Ireland) Limited

Johnson & Johnson (Jamaica) Limited

Johnson & Johnson (Kenya) Limited

Johnson & Johnson (Middle East) Inc.

Johnson & Johnson (Mozambique), Limitada

Johnson & Johnson (Namibia) (Proprietary) Limited

Johnson & Johnson (New Zealand) Limited

Johnson & Johnson (Philippines), Inc.

Johnson & Johnson (Private) Limited

Johnson & Johnson (Thailand) Ltd.

Johnson & Johnson (Trinidad) Limited

Johnson & Johnson (Vietnam) Co., Ltd

Johnson & Johnson AB

Johnson & Johnson AG

Johnson & Johnson Belgium Finance Company BV

Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.

Johnson & Johnson Consumer (Hong Kong) Limited

Johnson & Johnson Consumer (Thailand) Limited

Johnson & Johnson Consumer B.V.

Johnson & Johnson Consumer Holdings France

Johnson & Johnson Consumer Inc.

Johnson & Johnson Consumer NV

Johnson & Johnson Consumer Saudi Arabia Limited

Johnson & Johnson Consumer Services EAME Ltd.

Johnson & Johnson d.o.o.

Johnson & Johnson de Argentina S.A.C. e. I.

Johnson & Johnson de Chile Limitada

Johnson & Johnson de Chile S.A.

Johnson & Johnson de Colombia S.A.

Johnson & Johnson de Costa Rica, S.A.

Johnson & Johnson de Mexico, S.A. de C.V.

Johnson & Johnson de Uruguay S.A.

Johnson & Johnson de Venezuela, S.A.

Johnson & Johnson del Ecuador, S.A.

Johnson & Johnson Del Paraguay, S.A.

Johnson & Johnson del Peru S.A.

Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.

Johnson & Johnson Dominicana, S.A.S.

Johnson & Johnson Enterprise Innovation Inc.

Johnson & Johnson European Treasury Company

Johnson & Johnson Finance Corporation

Johnson & Johnson Finance Limited

Johnson & Johnson Financial Services GmbH

Johnson & Johnson for Export and Import LLC

Johnson & Johnson Foundation Scotland (NON-PROFIT)

Johnson & Johnson Gateway, LLC

Johnson & Johnson Gesellschaft m.b.H.

Johnson & Johnson GmbH

Johnson & Johnson Guatemala, S.A.

Johnson & Johnson Health and Wellness Solutions, Inc.

Johnson & Johnson Health Care Systems Inc.

Johnson & Johnson Hellas Commercial and Industrial S.A.

Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme

Johnson & Johnson Hemisferica S.A.

Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings K.K.

Johnson & Johnson Inc.

Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC, Inc.

Johnson & Johnson Innovation Limited

Johnson & Johnson Innovation LLC

Johnson & Johnson International

Johnson & Johnson International (Singapore) Pte. Ltd.

Johnson & Johnson International Financial Services Company

Johnson & Johnson Japan Inc.

4

Johnson & Johnson K.K.

Johnson & Johnson Kft.

Johnson & Johnson Korea Ltd.

Johnson & Johnson Korea Selling & Distribution LLC

Johnson & Johnson Limitada

Johnson & Johnson Limited

Johnson & Johnson LLC

Johnson & Johnson Luxembourg Finance Company Sarl

Johnson & Johnson Management Limited

Johnson & Johnson Medical (China) Ltd.

Johnson & Johnson Medical (Proprietary) Ltd

Johnson & Johnson Medical (Shanghai) Ltd.

Johnson & Johnson Medical (Suzhou) Ltd.

Johnson & Johnson Medical B.V.

Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.

Johnson & Johnson Medical GmbH

Johnson & Johnson Medical Korea Ltd.

Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico, S.A. de C.V.

Johnson & Johnson Medical NV

Johnson & Johnson Medical Products GmbH

Johnson & Johnson Medical Pty Ltd

Johnson & Johnson Medical S.A.

Johnson & Johnson Medical S.p.A.

Johnson & Johnson Medical SAS

Johnson & Johnson Medical Saudi Arabia Limited

Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V.

Johnson & Johnson Medical Taiwan Ltd.

Johnson & Johnson Medical, S.C.S.

Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi

Johnson & Johnson Middle East FZ-LLC

Johnson & Johnson Morocco Societe Anonyme

JOM Pharmaceutical Services, Inc.

Johnson & Johnson Nordic AB

Johnson & Johnson Pacific Pty Limited

Johnson & Johnson Pakistan (Private) Limited

Johnson & Johnson Panama, S.A.

Johnson & Johnson Personal Care (Chile) S.A.

Johnson & Johnson Poland Sp. z o.o.

Johnson & Johnson Private Limited

Johnson & Johnson Pte. Ltd.

Johnson & Johnson Pty. Limited

Johnson & Johnson Research Pty Ltd

Johnson & Johnson Romania S.R.L.

Johnson & Johnson S.E. d.o.o.

Johnson & Johnson S.E., Inc.

Johnson & Johnson Sante Beaute France

La Concha Land Investment Corporation

Johnson & Johnson SDN. BHD.

Latam International Investment Company Unlimited Company

Johnson & Johnson Services, Inc.

Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V.

Johnson & Johnson Surgical Vision India Private Limited

Johnson & Johnson Surgical Vision, Inc.

Johnson & Johnson Taiwan Ltd.

Lifescan

Johnson & Johnson UK Treasury Company Limited

Johnson & Johnson Ukraine LLC

Johnson & Johnson Urban Renewal Associates

Johnson & Johnson Vision Care (Shanghai) Ltd.

Johnson & Johnson Vision Care Ireland Unlimited Company

McNeil AB

McNeil Consumer Pharmaceuticals Co.

McNeil Denmark ApS

McNeil Healthcare (Ireland) Limited

McNeil Healthcare (UK) Limited

McNeil Healthcare LLC

McNeil Iberica S.L.U.

McNeil LA LLC

McNEIL MMP, LLC

McNeil Nutritionals, LLC

McNeil Panama, LLC

McNeil Products Limited

McNeil Sweden AB

MDS Co. Ltd.

Medical Device Business Services, Inc.

Medical Devices & Diagnostics Global Services, LLC

Medical Devices International LLC

Medical Industrial do Brasil Ltda.

Medos International Sarl

Medos Sarl

MegaDyne Medical Products, Inc.

Johnson & Johnson Vision Care, Inc.

Menlo Care De Mexico, S.A. de C.V.

Mentor B.V.

Mentor Deutschland GmbH

Mentor Medical Systems B.V.

Mentor Partnership Holding Company I, LLC

Mentor Texas GP LLC

Mentor Texas L.P.

Mentor Worldwide LLC

Johnson & Johnson, S.A.

Micrus Endovascular LLC

Johnson & Johnson, S.A. de C.V.

Middlesex Assurance Company Limited

Johnson & Johnson, s.r.o.

Momenta Ireland Limited

Momenta Pharmaceuticals, Inc.

Johnson and Johnson (Proprietary) Limited

Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi

SterilMed, Inc.

Synthes, Inc.

NeoStrata Company, Inc.

NeoStrata UG (haftungsbeschränkt)

Netherlands Holding Company

Neuravi Inc.

Neuravi Limited

NeuWave Medical, Inc.

Novira Therapeutics, LLC

NuVera Medical, Inc.

Obtech Medical Mexico, S.A. de C.V.

OBTECH Medical Sarl

OGX Beauty AU Pty Ltd

OGX Beauty Limited

OMJ Holding GmbH

OMJ Ireland Unlimited Company

OMJ Pharmaceuticals, Inc.

Omrix Biopharmaceuticals Ltd.

Omrix Biopharmaceuticals NV

Omrix Biopharmaceuticals, Inc.

Ortho Biologics LLC

Ortho Biotech Holding LLC

Ortho-McNeil Pharmaceutical, LLC

Orthotaxy

Patriot Pharmaceuticals, LLC

Peninsula Pharmaceuticals, LLC

Penta Pty. Limited

Percivia LLC

Perouse Plastie

Pharmaceuticals Ltd.

Pharmadirect Ltd.

Pharmedica Laboratories (Proprietary) Limited

PMC Holdings G.K.

Princeton Laboratories, Inc.

Productos de Cuidado Personal y de La Salud de Bolivia S.R.L.

Proleader S.A.

PT Integrated Healthcare Indonesia

PT. Johnson & Johnson Indonesia

Pulsar Vascular, Inc.

Regency Urban Renewal Associates

RespiVert Ltd.

RoC International

Rutan Realty LLC

Scios LLC

Sedona Enterprise Co., Ltd.

Sedona Singapore International Pte. Ltd.

Sedona Thai International Co., Ltd.

Serhum S.A. de C.V.

Shanghai Elsker For Mother & Baby Co., Ltd

Shanghai Johnson & Johnson

Shanghai Johnson & Johnson Ltd.

Sightbox, LLC

Sodiac ESV

Spectrum Vision Limited Liability Company

Spectrum Vision Limited Liability Partnership

Spine Solutions GmbH

Surgical Process Institute Deutschland GmbH

Synthes Costa Rica S.C.R., Limitada

Synthes GmbH

Synthes Holding AG

Synthes Holding Limited

SYNTHES Medical Immobilien GmbH

Synthes Medical Surgical Equipment & Instruments Trading LLC

Synthes Produktions GmbH

Synthes Proprietary Limited

Synthes S.M.P., S. de R.L. de C.V.

Synthes Tuttlingen GmbH

Synthes USA Products, LLC

Synthes USA, LLC

TARIS Biomedical LLC

TearScience, Inc.

The Anspach Effort, LLC

The Vision Care Institute, LLC

Tibotec, LLC

Torax Medical, Inc.

TriStrata, Incorporated

UAB "Johnson & Johnson"

Vania Expansion

Verb Surgical Inc.

Vision Care Finance Unlimited Company

Vogue International LLC

Vogue International Trading, Inc.

WH4110 Development Company, L.L.C.

Xian Janssen Pharmaceutical Ltd.

XO1 Limited

Zarbee's, Inc.

**Debtor's Insurer**

A.G. Securitas

Affiliated FM Ins. Company

AIU Ins. Company

American Centennial Ins. Company

American Motorists Ins. Company

ASR Schadeverzekering N.V.

Assurances Generales De France

Assurantiekantoor VanWijk & Co.

Atlanta International Insurance Company

ACE Property & Casualty Insurance Company

Aetna Casualty and Surety Company

AIG Europe S.A.

AIG Property and Casualty Company

Allianz Global Risks US Insurance Company

Allianz Ins. Company

Allstate Insurance Company

American Re-Insurance Company

Arrowood Indemnity Company

Birmingham Fire Ins. Company of Pennsylvania

Century Indemnity Company

Chubb

Colonia Versicherungs AG, Koln

Continental Insurance Company

Employers Mutual Casualty Company

Everest Reinsurance Company

Fireman's Fund Ins. Company

Great American

Great Northern Ins. Company

Harbor Ins. Company

Central National Ins. Company of Omaha

Hartford Accident and Indemnity Company

Champion Dyeing Allocation Year

Industrial Indemnity Company

Ins. Company of North America

Ins. Company of the State of Pennsylvania

Lexington Ins. Company

Middlesex Assurance Company

National Casualty Company

National Union Fire Ins. Company of Pittsburgh, PA

Nationwide

City Ins. Company

New Hampshire Ins. Company

North River Ins. Company

Pacific Employers Ins. Company

ProSight

Prudential Reinsurance Company

Republic Ins. Company

Resolute Management Inc.

Riverstone Insurers

Safety Mutual Casualty Corporation

Safety National Casualty Corporation

Starr Indemnity & Liability Company

TIG Insurance Company

Darag Deutsche Versicherungs-Und Rückversicherungs-AG

Transamerica Premier Insurance Company

Travelers Casualty and Surety Company

Westchester Fire Insurance Company

Westport Insurance Corporation

Drake Ins. Company of New York

XL Ins. Company

Employers Ins. Company of Wausau

Employers Ins. of Wausau

Eurinco Allgemeine Versicherungs AG, Dusseldorf

First State Ins. Company

GAP

Gibraltar Casualty Company

Granite State Ins. Company

Great Southwest Fire Ins. Company

Groupe Drouot

Home Ins. Company

Ideal Mutual Ins. Company

Ins. Corporation of Singapore Limited

Integrity Ins. Company

International Ins. Company

International Surplus Lines Ins. Company

London Guarantee and Accident Company of N.Y.

L'Union Atlantique S.A. d'Assurances

Mead Reinsurance Corporation

Midland Ins. Company

Midstates Reinsurance Corp.

Mission Ins. Company

Mission National Ins. Company

Munich Reinsurance America, Inc.

Mutual Fire, Marine, & Inland Ins. Company

N.V. De Ark

N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij Maas Lloyd

Northbrook Excess and Surplus Ins. Company

Northeastern Fire Ins. Company of Pennsylvania

Puritan Insurance Company

Republic Indemnity Company of America

Republic Western Ins. Company

Repwest Insurance Company

Rheinland Versicherungen

Rheinland Verzekeringen

Royal Belge I.R., S.A. d'Assurances

Royal Indemnity Company

Royal Ins. Company

Seguros La Republica SA

Sentry Insurance A Mutual Company

Southern American Ins. Company

Transit Casualty Company

UAP

Union Atlantique d'Assurances S.A.

Union Indemnity Ins. Company of New York

**Debtors' Retained Professional and Claims Agent**

AlixPartners LLP

Bates White LLC

Epiq Corporate Restructuring LLC

Jones Day

King & Spalding LLP

McCarter & English, LLP

Rayburn Cooper & Durham, P.A.

Shook, Hardy & Bacon L.L.P.

Weil Gotshal & Manges LLP

**Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers**

Adler Pollock & Sheehan PC

Bailey Glasser LLP

Barnes & Thornburg, LLP

Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.

Blake, Cassels & Graydon LLP

Blank Rome LLP

Brown Greer PLC

Butler Snow LLP

Carlton Fields, P.A.

Chehardy, Sherman, Williams, Recile, & Hayes

Covington & Burling LLP

Damon Key Leong Kupchak Hastert

Davis Hatley Haffeman & Tighe

Dechert LLP

Elliott Law Offices, PA

Faegre Drinker Biddle & Reath LLP

Foliart, Huff, Ottaway & Bottom

Gibson, Dunn & Crutcher LLP

Goldman Ismail Tomaselli Brennan & Baum

Hartline Barger

HeplerBroom LLC

Irwin Fritchie Urquhart & Moore LLC

Johnson & Bell Ltd.

Jones, Skelton & Hochuli, P.L.C.

Kaplan, Johnson, Abate & Bird LLP

Kelley Jasons McGowan Spinelli Hanna & Reber, LLP

Kirkland & Ellis LLP

Kitch Drutchas Wagner Valitutti & Sherbrook

Lewis Brisbois Bisgaard & Smith, LLP

Manion Gaynor & Manning LLP

Miles & Stockbridge

Milligan & Herns

Morgan Lewis

Nelson Mullins Riley & Scarborough, LLP

Nutter McClennen & Fish LLP

Orrick, Herrington, & Sutcliffe, LLP

Patterson Belknap Webb & Tyler LLP

Proskauer Rose LLP

Quattlebaum, Grooms & Tull PLLC

Schnader Harrison Segal & Lewis

Schwabe Williamson & Wyatt

Sidley Austin LLP

Skadden, Arps, Slate, Meager & Flom LLP

Stoel Rives LLP

Sullivan Whitehead & Deluca LLP

Swartz Campbell LLC

The Weinhardt Law Firm

Tucker Ellis LLP

Willcox & Savage, P.C.

## Major Current Business Affiliation of Debtor's Managers

American Foundation for Opioid Alternatives

Lawyers for Civil Justice

Migration Policy Institute

Miller Center for Community Protection & Reliance, Eagleton Institute of Politics, Rutgers University

National Center for State Courts

National Council, McLean Hospital

New Jersey Civil Justice Institute

One Mind

## Manager and Officer of the Debtor

Russell Deyo

Richard Dickinson

John Kim

Robert Wuesthoff

## Party to Material Contracts with the Debtor

Johnson & Johnson Consumer Inc.

Johnson & Johnson Services, Inc.

Johnson & Johnson

U.S. Bank N.A.

## Known Professional for Certain Non-Debtor Parties in Interest

Cravath, Swaine & Moore

White & Case LLP

**Bankruptcy Rule 2002 Appearance**

AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A)

AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania)

AIU Insurance Company

Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company

Aylstock, Witkin, Kreis & Overholtz, PLLC

Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International

Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc.

Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC

Blue Cross Blue Shield Association

Cohen, Placitella & Roth P.C.

Fears Nachawati PLLC

Granite State Insurance Company

Imerys Talc America, Inc.

Wanda Allen

Johnson & Johnson

Johnson & Johnson Consumer Inc.

Kazan, McClain, Satterley & Greenwood, PLLC

Levy Konigsberg LLP

Lexington Insurance Company

National Union Fire Insurance Company of Pittsburgh, Pa.

New Hampshire Insurance Company

OnderLaw, LLC

Arnold & Itkin LLP

Rio Tinto America Inc.

Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company)

ASR Schadeverzekering N.V. (as successor in interest to Assurantiekoor Van Wijk & Co.)

Atlanta International Insurance Company (as successor in interest to Drake Insurance Company)

State of Texas, Attorney General of Texas

The Continental Insurance Company

The Insurance Company of the State of Pennsylvania

The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Precuts Liability Multi-District Litigation

Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)

Westchester Fire Insurance Company

Barnes Law Group

Bestwall LLC

Blue Cross Blue Shield of Massachusetts, Inc.

Edna Brown

Barbara Busch

Beatriz Cabeza

Monica Cambron

Tarshwa Carter

Bridget Coates

Lillian Cohn-Sharon

Elaine Cook

Cyprus Amax Minerals Company

Cyprus Mines Corporation

Gloria Davis

Dawn Dispensa

Patricia Dunbar

Ann Frye-Moragne

Debra Fugiel

Victoria Gomes

Andrea Harris

Charlette Hein

Tabitha Henry

Christine Hodge

Darlene Holland

Imerys Talc Canada Inc.

Imerys Talc Vermont, Inc.

Voncile Jones

Amanda Joyce

Shelly King

Mildred Kirk-Brown

Julie Lamore

Susan Leach

Mary Leinen

Jo Ellen Luster

Nancy Lyman

Massey & Gail LLP

Bernadette McGinnis

Pamela Morrill

N.V. Schadeverzekeringsmaatschappij Maas Lloyd (individually and as successor in interest to policies subscribed in favor of Johnson & Johnson by N.V. Rotterdamse Assurantiekas, n/k/a De Ark)

Kathleen O'Halloran

Lisa O'Neal

RheinLand Versicherungen (as successor in interest only to the subscriptions of the former Dutch company Rheinland Verzekeringen)

Cora Robinson

Lisa Sabatine

Maraldine Schmidt

Valerie Schultz

Isabel Spano

The North River Insurance Company

Three Crowns Insurance Company

Christine Torres

May Virata

Waldrep Wall Babcock & Bailey PLLC

Sharon Wildman

Oshunna Williams

**Bankruptcy Rule 2002 Appearance (Counsel Representing Another Creditor)**

Robinson Calcagnie, Inc.

**Depository and Disbursement Bank**

Bank of America, N.A.

**Employee of the Bankruptcy Administrator's Office for the Western District of North Carolina**

Shelley K.  Abel

Katrina  Adams

Alexandria Kenny

Sarah Scholz

David Shepherd

Anne Whitley

**Judge for the U.S. Bankruptcy Court for the District of New Jersey**

Hon. Andrew B. Altenburg, Jr.

Hon. Kathryn C. Ferguson

Hon. Rosemary Gambardella

Hon. Christine M. Gravelle

Hon. Michael B. Kaplan

Hon. Stacey L. Meisel

Hon. Vincent F. Papalia

Hon. Jerrold N. Poslusny, Jr.

Hon. John K. Sherwood

**Bankruptcy Judge for the Western District of North Carolina**

Judge Laura T. Beyer

Judge George Hodges

Judge J. Craig Whitley

**Key Party in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases**

Cyprus Amax Minerals Company

Cyprus Mines Corporation

Cyprus Talc Corporation

Roger Frankel

Imerys Talc America, Inc.

Official Committee of Tort Claimants (In re Imerys Talc America, Inc.)

Imerys S.A.

Imerys Talc Vermont, Inc. (fka Windsor Minerals Inc.)

Luzenac America, Inc.

Official Committee of Tort Claimants (In re Cyprus Mines Corp.)

James L. Patton

**Law Firm**

Childers, Schlueter & Smith LLC

Ferrer, Poirot & Wansbrough

McDonald Worley

Pulaski Kherkher PLLC

Sanders, Phillips, Grossman, LLC

Wagstaff Law Firm

Watts Guerra LLP

### Law Firm with Significant Representations of Talc Claimants

Arnold & Itkin LLP

Ashcraft & Gerel, LLP

Barnes Firm

Dalimonte Rueb Stoller, LLP

Driscoll Firm, LLC

Flint Law Firm LLC

Golomb Spirit Grunfeld, P.C.

Aylstock, Witkin, Kreis & Overholtz, PLLC

Beasley Allen Law Firm

Cellino Law LLP

Dean Omar Branham Shirley, LLP

Fears Nachawati Law Firm

Ferraro Law Firm

Johnson Law Group

Karst & von Oiste LLP

Kazan, McClain, Satterly & Greenwood PLC

Lanier Law Firm

Levy Konigsberg LLP

Maune Raichle Hartley French & Mudd, LLC

Honik LLC

Miller Firm, LLC

Motley Rice LLC

Napoli Shkolnik PLLC

OnderLaw, LLC

Simmons Hanly Conroy LLC

Simon Greenstone Panatiere Bartlett, PC

The Gori Law Firm

Weitz & Luxenberg, P.C.

Trammell PC

Williams Hart Law Firm

### Major Surety

Chubb

Federal Insurance Company

Liberty Mutual Insurance Company

Travelers Casualty and Surety Company of America

### Material Potentially Indemnified Party

Cyprus Mines Corporation

Cyprus Talc Corp.

Imerys Talc Vermont, Inc.

Bausch Health Companies Inc.

Costco Wholesale Corporation

Imerys Talc America, Inc.

Publix Super Markets, Inc.

Rio Tinto America, Inc.

Rite Aid Corporation

Safeway Inc.

Valeant Pharmaceuticals International, Inc.

Walmart Inc.

Luzenac America, Inc.

Pharma Tech Industries, Inc.

PTI Royston, LLC

RTZ America, Inc.

Windsor Minerals Inc.

### PSA Signatories

Andres Pereira Firm

Liakos Law, APC

Linville Law Group

Nachawati Law Group

Rueb Stoller Daniel, LLP

Seeger Weiss LLP

Slater Slater Schulman LLP

Wisner Baum, LLP

### Significant Co-Defendant in Talc-Related Litigation

Barretts Minerals, Inc.

Chanel, Inc.

| | |
|---|---|
| Charles B. Chrystal Co., Inc. | Ralphs Grocery Company |
| Colgate-Palmolive Company | Flowserve US, Inc. |
| Coty, Inc. | FMC Corporation |
| Cyprus Amax Minerals Company | Ford Motor Company |
| Cyprus Mines Corporation | Foster Wheeler, LLC |
| DAP Products, Inc. | Gardner Denver, Inc. |
| Duane Reade Inc. | General Electric Company |
| Estee Lauder Inc. | Genuine Parts Company |
| Food 4 Less of California, Inc. | Goodyear Tire & Rubber Co. |
| Kaiser Gypsum Company, Inc. | Goulds Pumps, LLC |
| Kmart Corporation | Grinnell LLC |
| Lucky Stores, Inc. | Honeywell International, Inc. |
| Mary Kay Inc. | Imerys Talc America, Inc. |
| Maybelline LLC | Imerys USA, Inc. |
| 3M Company | IMO Industries Inc. |
| A.O. Smith Corporation | John Crane, Inc. |
| Albertsons Companies, Inc. | K&B Louisiana Corporation |
| Avon Products, Inc. | Kolmar Laboratories |
| BASF Catalysts LLC | Longs Drug Stores California |
| Noxell Corporation | Shulton, Inc. |
| Block Drug Company, Inc. | L'Oreal USA, Inc. |
| Borg Warner Morse Tec, Inc. | Macy's, Inc. |
| Brenntag North America | Metropolitan Life Insurance Company |
| Brenntag Specialties, Inc. | Personal Care Products Council |
| Bristol-Myers Squibb Company | Specialty Minerals Inc. |
| Carrier Corporation | Pfizer, Inc. |
| Chattem, Inc. | Pneumo Abex, LLC |
| Conopco Inc. | Publix Super Markets, Inc. |
| Costco Wholesale Corporation | Revlon Consumer Products Corporation |
| Crane Co. | Revlon, Inc. |
| CVS Health Corporation | Rite Aid Corporation |
| Pharma Tech Industries, Inc. | Safeway, Inc. |
| CVS Pharmacy, Inc. | Sanofi-Aventis U.S. LLC |
| Dana Companies, LLC | Target Corporation |
| Dollar General Corporation | The Dow Chemical Company |
| Eaton Corporation | The Kroger Co. |
| Eli Lilly and Company | The Estee Lauder Companies, Inc. |
| PTI Royston, LLC | The Procter & Gamble Company |
| Elizabeth Arden, Inc. | Thrifty Payless, Inc. |
| Family Dollar Stores Inc. | Union Carbide Corporation |
| R.T. Vanderbilt Holding Company, Inc. | Vanderbilt Minerals, LLC |

ViacomCBS, Inc.

Walgreen Co.

Walmart, Inc.

Warren Pumps, LLC

Wyeth Holdings LLC

Unilever Home & Personal Care USA

Whittaker Clark & Daniels, Inc.

Yves Saint Laurent America, Inc.

**Talc Claimant**

Blue Cross Blue Shield of Massachusetts

Brandi Carl

Patricia Cook

Randy Derouen

April Fair

Kristie Doyle as estate representative of Dan
Doyle

Alishia Landrum

Rebecca Love

Sue Sommer-Kresse

Tonya Whetsel as estate representative of
Brandon Whetsel

William Henry as estate representative of Debra
Henry

**United States Trustee for Region 3 or
Employee (New Jersey Office)**

Neidy Fuentes

Rosemarie Giles

Mitchell B. Hausman

William J. Ziemer

Adela Alfaro

Kirsten K. Ardelean

Francyne D. Arendas

Michael Artis

Lauren Bielskie

Peter J. D'Auria

David Gerardi

Tia Green

Martha Hildebrandt

Joseph C. Kern

Daniel C. Kropiewnicki

Maggie McGee

Alexandria Nikolinos

Tina L. Oppelt

Angeliza Ortiz-Ng

Robert J. Schneider, Jr.

Jeffrey Sponder

Fran B. Steele

James Stives

Andrew R. Vara

**Schedule 2**

(Connections Check)

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Johnson and Johnson Consumer Inc. | Direct Equity Owner of Debtor | | | x |
| | Biosense Webster (Israel) Ltd. | Other Non-Debtor Affiliate | | | x |
| | Biosense Webster, Inc. | Other Non-Debtor Affiliate | | | x |
| | Cilag AG | Other Non-Debtor Affiliate | | | x |
| | Cilag GmbH International | Other Non-Debtor Affiliate | | | x |
| | Cilag Holding AG | Other Non-Debtor Affiliate | | | x |
| | Cilag Holding Treasury Unlimited Company | Other Non-Debtor Affiliate | | | x |
| | Cilag-Biotech, S.L. | Other Non-Debtor Affiliate | | | x |
| | Ethicon Biosurgery Ireland | Other Non-Debtor Affiliate | | | x |
| | Ethicon Endo-Surgery (Europe) GmbH | Other Non-Debtor Affiliate | | | x |
| | Ethicon Endo-Surgery, Inc. | Other Non-Debtor Affiliate | | | x |
| | Ethicon Endo-Surgery, LLC | Other Non-Debtor Affiliate | | | x |
| | Ethicon Holding Sarl | Other Non-Debtor Affiliate | | | x |
| | Ethicon Ireland Unlimited Company | Other Non-Debtor Affiliate | | | x |
| | Ethicon LLC | Other Non-Debtor Affiliate | | | x |
| | Ethicon PR Holdings Unlimited Company | Other Non-Debtor Affiliate | | | x |
| | Ethicon Sarl | Other Non-Debtor Affiliate | | | x |
| | Ethicon US, LLC | Other Non-Debtor Affiliate | | | x |
| | Ethicon Women's Health & Urology Sarl | Other Non-Debtor Affiliate | | | x |
| | Ethicon, Inc. | Other Non-Debtor Affiliate | | | x |
| | Finsbury (Development) Limited | Other Non-Debtor Affiliate | | | x |
| | Finsbury (Instruments) Limited | Other Non-Debtor Affiliate | | | x |
| | Finsbury Medical Limited | Other Non-Debtor Affiliate | | | x |
| | Finsbury Orthopaedics International Limited | Other Non-Debtor Affiliate | | | x |
| | Finsbury Orthopaedics Limited | Other Non-Debtor Affiliate | | | x |
| | Innomedic Gesellschaft für innovative Medizintechnik und Informatik mbH | Other Non-Debtor Affiliate | | | x |
| | Janssen Alzheimer Immunotherapy (Holding) Limited | Other Non-Debtor Affiliate | | | x |
| | Janssen Biologics (Ireland) Limited | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Janssen Biologics B.V. | Other Non-Debtor Affiliate | | | x |
| | Janssen BioPharma, Inc. | Other Non-Debtor Affiliate | | | x |
| | Janssen Biotech, Inc. | Other Non-Debtor Affiliate | | | x |
| | Janssen Cilag Farmaceutica S.A. | Other Non-Debtor Affiliate | | | x |
| | Janssen Cilag S.p.A. | Other Non-Debtor Affiliate | | | x |
| | Janssen Cilag SPA | Other Non-Debtor Affiliate | | | x |
| | Janssen Cilag, C.A. | Other Non-Debtor Affiliate | | | x |
| | Janssen de Mexico, S. de R.L. de C.V. | Other Non-Debtor Affiliate | | | x |
| | Janssen Development Finance Unlimited Company | Other Non-Debtor Affiliate | | | x |
| | Janssen Diagnostics, LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen Egypt LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen Farmaceutica Portugal Lda | Other Non-Debtor Affiliate | | | x |
| | Janssen Global Services, LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen Group Holdings Limited | Other Non-Debtor Affiliate | | | x |
| | Janssen Holding GmbH | Other Non-Debtor Affiliate | | | x |
| | Janssen Inc. | Other Non-Debtor Affiliate | | | x |
| | Janssen Irish Finance Company UC | Other Non-Debtor Affiliate | | | x |
| | Janssen Korea Ltd. | Other Non-Debtor Affiliate | | | x |
| | Janssen Oncology, Inc. | Other Non-Debtor Affiliate | | | x |
| | Janssen Ortho LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen Pharmaceutica (Proprietary) Limited | Other Non-Debtor Affiliate | | | x |
| | Janssen Pharmaceutica NV | Other Non-Debtor Affiliate | | | x |
| | Janssen Pharmaceutica S.A. | Other Non-Debtor Affiliate | | | x |
| | Janssen Pharmaceutical | Other Non-Debtor Affiliate | | | x |
| | Janssen Pharmaceutical K.K. | Other Non-Debtor Affiliate | | | x |
| | Janssen Pharmaceutical Sciences Unlimited Company | Other Non-Debtor Affiliate | | | x |
| | Janssen Pharmaceuticals, Inc. | Other Non-Debtor Affiliate | | | x |
| | Janssen Products, LP | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Janssen R&D Ireland | Other Non-Debtor Affiliate | | | x |
| | Janssen Research & Development, LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen Sciences Ireland Unlimited Company | Other Non-Debtor Affiliate | | | x |
| | Janssen Scientific Affairs, LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen Supply Group, LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen Vaccines & Prevention B.V. | Other Non-Debtor Affiliate | | | x |
| | Janssen Vaccines Corp. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag (New Zealand) Limited | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag A/S | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag AG | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Aktiebolag | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag AS | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag B.V. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag de Mexico S. de R.L. de C.V. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Farmaceutica Lda. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Farmaceutica Ltda. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag GmbH | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag International NV | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Kft. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Limited | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Manufacturing, LLC | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag NV | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag OY | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Pharma GmbH | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Pharmaceutical S.A.C.I. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Polska, Sp. z o.o. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag Pty Ltd | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Janssen-Cilag S.A. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag s.r.o. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag, S.A. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Cilag, S.A. de C.V. | Other Non-Debtor Affiliate | | | x |
| | Janssen-Pharma, S.L. | Other Non-Debtor Affiliate | | | x |
| | Synthes, Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson - Societa' Per Azioni | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Angola), Limitada | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (China) Investment Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Egypt) S.A.E. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Hong Kong) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Ireland) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Jamaica) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Kenya) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Middle East) Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Mozambique), Limitada | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Namibia) (Proprietary) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (New Zealand) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Philippines), Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Private) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Thailand) Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Trinidad) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson (Vietnam) Co., Ltd | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson AB | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson AG | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Belgium Finance Company BV | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Bulgaria EOOD | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson China Ltd. | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Johnson & Johnson Consumer (Hong Kong) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Consumer (Thailand) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Consumer B.V. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Consumer Holdings France | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Consumer Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Consumer NV | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Consumer Saudi Arabia Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Consumer Services EAME Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson d.o.o. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Argentina S.A.C. e. I. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Chile Limitada | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Chile S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Colombia S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Costa Rica, S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Mexico, S.A. de C.V. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Uruguay S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson de Venezuela, S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson del Ecuador, S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Del Paraguay, S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson del Peru S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Dominicana, S.A.S. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Enterprise Innovation Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson European Treasury Company | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Finance Corporation | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Finance Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Financial Services GmbH | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Johnson & Johnson for Export and Import LLC | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Foundation Scotland (NON-PROFIT) | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Gateway, LLC | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Gesellschaft m.b.H. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson GmbH | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Guatemala, S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Health and Wellness Solutions, Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Health Care Systems Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Hellas Commercial and Industrial S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Hemisferica S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Holding GmbH | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Holdings K.K. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Industrial Ltda. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Innovation - JJDC, Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Innovation Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Innovation LLC | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson International | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson International (Singapore) Pte. Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson International Financial Services Company | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Japan Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson K.K. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Kft. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Korea Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Korea Selling & Distribution LLC | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Limitada | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Johnson & Johnson Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson LLC | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Luxembourg Finance Company Sarl | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Management Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical (China) Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical (Proprietary) Ltd | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical (Shanghai) Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical (Suzhou) Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical B.V. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical GmbH | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Korea Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Mexico, S.A. de C.V. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical NV | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Products GmbH | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Pty Ltd | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical S.p.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical SAS | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Saudi Arabia Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical Taiwan Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medical, S.C.S. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Middle East FZ-LLC | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Morocco Societe Anonyme | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Johnson & Johnson Nordic AB | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Pacific Pty Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Pakistan (Private) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Panama, S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Personal Care (Chile) S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Poland Sp. z o.o. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Private Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Pte. Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Pty. Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Research Pty Ltd | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Romania S.R.L. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson S.E. d.o.o. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson S.E., Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Sante Beaute France | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson SDN. BHD. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Services, Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Surgical Vision India Private Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Surgical Vision, Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Taiwan Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson UK Treasury Company Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Ukraine LLC | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Urban Renewal Associates | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Vision Care (Shanghai) Ltd. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Vision Care Ireland Unlimited Company | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson Vision Care, Inc. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson, S.A. | Other Non-Debtor Affiliate | | | x |
| | Johnson & Johnson, S.A. de C.V. | Other Non-Debtor Affiliate | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Johnson & Johnson, s.r.o. | Other Non-Debtor Affiliate | | | x |
| | Johnson and Johnson (Proprietary) Limited | Other Non-Debtor Affiliate | | | x |
| | Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi | Other Non-Debtor Affiliate | | | x |
| | SterilMed, Inc. | Other Non-Debtor Affiliate | | | x |
| Adela | Alfaro | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Alexandria | Nikolinos | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Alexandria | Kenny | Employee of the Bankruptcy Administrator's Office for the Western District of North Carolina | | | x |
| | Albertsons Companies, Inc. | Significant Co-Defendant in Talc-Related Litigation | | x | x |
| | Conopco Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Goodyear Tire & Rubber Co. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Honeywell International, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Imerys Talc America, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Imerys USA, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | K&B Louisiana Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Macy's, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Sanofi-Aventis U.S. LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | BASF Catalysts LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Borg Warner Morse Tec, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Brenntag Specialties, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | The Dow Chemical Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Thrifty Payless, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Kelley Jasons McGowan Spinelli Hanna & Reber, LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Crane Co. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Patterson Belknap Webb & Tyler LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Dollar General Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Imerys Talc America, Inc. | Material Potentially Indemnified Party | | | x |
| | Eaton Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Elizabeth Arden, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Rio Tinto America, Inc. | Material Potentially Indemnified Party | | | x |
| | FMC Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Lanier Law Firm | Law Firm with Significant Representations of Talc Claimants | x | | x |
| | Imerys Talc America, Inc. | Key Party in *Imerys Talc America, Inc. and Cyprus Mines Corp.* Chapter 11 Cases | | | x |
| | Official Committee of Tort Claimants (*In re Imerys Talc America, Inc.*) | Key Party in *Imerys Talc America, Inc. and Cyprus Mines Corp.* Chapter 11 Cases | | x | |
| | Grinnell LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Arrowood Indemnity Company | Debtor's Insurer | | | x |
| | John Crane, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Kolmar Laboratories | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Employers Mutual Casualty Company | Debtor's Insurer | | | x |
| | Fireman's Fund Ins. Company | Debtor's Insurer | | | x |
| | Personal Care Products Council | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Pneumo Abex, LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | TIG Insurance Company | Debtor's Insurer | x | | x |
| | Imerys Talc America, Inc. | Bankruptcy Rule 2002 Appearance | | | x |
| | Rio Tinto America Inc. | Bankruptcy Rule 2002 Appearance | | | x |
| | The Procter & Gamble Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Vanderbilt Minerals, LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | ViacomCBS, Inc. | Significant Co-Defendant in Talc-Related Litigation | x | | |
| | Warren Pumps, LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Wyeth Holdings LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Bates White LLC | Debtors' Retained Professional and Claims Agent | | | x |
| | Elliott Law Offices, PA | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Tucker Ellis LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Aylstock, Witkin, Kreis & Overholtz, PLLC | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Beasley Allen Law Firm | Law Firm with Significant Representations of Talc Claimants | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Cellino Law LLP | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Dean Omar Branham Shirley, LLP | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Fears Nachawati Law Firm | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Ferraro Law Firm | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Johnson Law Group | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Karst & von Oiste LLP | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Kazan, McClain, Satterly & Greenwood PLC | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Levy Konigsberg LLP | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Maune Raichle Hartley French & Mudd, LLC | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Miller Firm, LLC | Law Firm with Significant Representations of Talc Claimants | x | | |
| | Motley Rice LLC | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Napoli Shkolnik PLLC | Law Firm with Significant Representations of Talc Claimants | | | x |
| | OnderLaw, LLC | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Simmons Hanly Conroy LLC | Law Firm with Significant Representations of Talc Claimants | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Simon Greenstone Panatiere Bartlett, PC | Law Firm with Significant Representations of Talc Claimants | | | x |
| | The Gori Law Firm | Law Firm with Significant Representations of Talc Claimants | | | x |
| | Weitz & Luxenberg, P.C. | Law Firm with Significant Representations of Talc Claimants | x | | x |
| Andrew R. | Vara | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| | Century Indemnity Company | Debtor's Insurer | | | x |
| | Everest Reinsurance Company | Debtor's Insurer | | | x |
| | Harbor Ins. Company | Debtor's Insurer | | | x |
| | Ins. Company of the State of Pennsylvania | Debtor's Insurer | | | x |
| | Pacific Employers Ins. Company | Debtor's Insurer | | | x |
| | ProSight | Debtor's Insurer | | | x |
| | Republic Ins. Company | Debtor's Insurer | | | x |
| | Resolute Management Inc. | Debtor's Insurer | | | x |
| | Riverstone Insurers | Debtor's Insurer | | | x |
| | Safety Mutual Casualty Corporation | Debtor's Insurer | | | x |
| | Westport Insurance Corporation | Debtor's Insurer | | | x |
| Angeliza | Ortiz-Ng | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| | AIU Insurance Company | Bankruptcy Rule 2002 Appearance | | | x |
| | Aylstock, Witkin, Kreis & Overholtz, PLLC | Bankruptcy Rule 2002 Appearance | | | x |
| Daniel C. | Kropiewnicki | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| David | Gerardi | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| | Cohen, Placitella & Roth P.C. | Bankruptcy Rule 2002 Appearance | | | x |
| Fran B. | Steele | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Francyne D. | Arendas | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| | Fears Nachawati PLLC | Bankruptcy Rule 2002 Appearance | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|:---:|
| Hon. Andrew B. | Altenburg, Jr. | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| Hon. Christine M. | Gravelle | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| Hon. Jerrold N. | Poslusny, Jr. | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| Hon. John K. | Sherwood | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| Hon. Kathryn C. | Ferguson | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| Hon. Michael B. | Kaplan | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| Hon. Rosemary | Gambardella | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| | Johnson & Johnson Consumer Inc. | Bankruptcy Rule 2002 Appearance | | | x |
| Hon. Stacey L. | Meisel | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| Hon. Vincent F. | Papalia | Judge for the U.S. Bankruptcy Court for the District of New Jersey | | | x |
| | Kazan, McClain, Satterley & Greenwood, PLLC | Bankruptcy Rule 2002 Appearance | | | x |
| James | Stives | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Jeffrey | Sponder | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| | Levy Konigsberg LLP | Bankruptcy Rule 2002 Appearance | | | x |
| John | Kim | Manager and Officer of the Debtor | | | x |
| Joseph C. | Kern | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | OnderLaw, LLC | Bankruptcy Rule 2002 Appearance | | | x |
| | The Plaintiffs Steering Committee in the In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Precuts Liability Multi-District Litigation | Bankruptcy Rule 2002 Appearance | | | x |
| | Robinson Calcagnie, Inc. | Bankruptcy Rule 2002 Appearance (Counsel Representing Another Creditor) | | | x |
| Kirsten K. | Ardelean | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Lauren | Bielskie | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Maggie | McGee | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Martha | Hildebrandt | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Michael | Artis | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| | A.O. Smith Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Avon Products, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Block Drug Company, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Dana Companies, LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Flowserve US, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Goulds Pumps, LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | IMO Industries Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Revlon Consumer Products Corporation | Significant Co-Defendant in Talc-Related Litigation | | x | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Revlon, Inc. | Significant Co-Defendant in Talc-Related Litigation | | x | x |
| | Johnson & Johnson | Other Non-Debtor Affiliate | | | x |
| | Bank of America, N.A. | Depository and Disbursement Bank | | | x |
| | Chubb | Major Surety | | | x |
| | Federal Insurance Company | Major Surety | | | x |
| | Liberty Mutual Insurance Company | Major Surety | | x | x |
| | Travelers Casualty and Surety Company of America | Major Surety | | | x |
| | Epiq Corporate Restructuring LLC | Debtors' Retained Professional and Claims Agent | | | x |
| | Jones Day | Debtors' Retained Professional and Claims Agent | | | x |
| | Johnson & Johnson | Party to Material Contracts with the Debtor | | | x |
| | U.S. Bank N.A. | Party to Material Contracts with the Debtor | | | x |
| | 3M Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Brenntag North America | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Bailey Glasser LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Barnes & Thornburg, LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Bristol-Myers Squibb Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Carrier Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Butler Snow LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Chattem, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Costco Wholesale Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | CVS Health Corporation | Significant Co-Defendant in Talc-Related Litigation | | x | x |
| | CVS Pharmacy, Inc. | Significant Co-Defendant in Talc-Related Litigation | | x | x |
| | Gibson, Dunn & Crutcher LLP | Debtors' Significant Ordinary Course Professionals, and Service Providers | | | x |
| | Eli Lilly and Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Family Dollar Stores Inc. | Significant Co-Defendant in Talc-Related Litigation | x | | x |
| | Ford Motor Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Foster Wheeler, LLC | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Proskauer Rose LLP | Debtors' Significant Ordinary Course Professionals, and Service Providers | | | x |
| | Gardner Denver, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | General Electric Company | Significant Co-Defendant in Talc-Related Litigation | x | | x |
| | Genuine Parts Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Longs Drug Stores California | Significant Co-Defendant in Talc-Related Litigation | | x | x |
| | L'Oreal USA, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Metropolitan Life Insurance Company | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Pfizer, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Publix Super Markets, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Rite Aid Corporation | Significant Co-Defendant in Talc-Related Litigation | | x | x |
| | Safeway, Inc. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Target Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | The Kroger Co. | Significant Co-Defendant in Talc-Related Litigation | x | | x |
| | Union Carbide Corporation | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Walgreen Co. | Significant Co-Defendant in Talc-Related Litigation | | | x |
| | Walmart, Inc. | Significant Co-Defendant in Talc-Related Litigation | x | | x |
| | AlixPartners LLP | Debtors' Retained Professional and Claims Agent | | | x |
| | King & Spalding LLP | Debtors' Retained Professional and Claims Agent | | | x |
| | McCarter & English, LLP | Debtors' Retained Professional and Claims Agent | | | x |
| | Shook, Hardy & Bacon L.L.P. | Debtors' Retained Professional and Claims Agent | | | x |
| | Weil Gotshal & Manges LLP | Debtors' Retained Professional and Claims Agent | | | x |
| | Carlton Fields, P.A. | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Covington & Burling LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Dechert LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Faegre Drinker Biddle & Reath LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Kirkland & Ellis LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Morgan Lewis | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Orrick, Herrington, & Sutcliffe, LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Sidley Austin LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Skadden, Arps, Slate, Meager & Flom LLP | Debtors' Significant Ordinary Course Professionals, Consultants, and Service Providers | | | x |
| | Cravath, Swaine & Moore | Known Professional for Certain Non-Debtor Parties in Interest | | | x |
| | White & Case LLP | Known Professional for Certain Non-Debtor Parties in Interest | | | x |
| | Bausch Health Companies Inc. | Material Potentially Indemnified Party | | | x |
| | Valeant Pharmaceuticals International, Inc. | Material Potentially Indemnified Party | | | x |
| | Costco Wholesale Corporation | Material Potentially Indemnified Party | | | x |
| | Publix Super Markets, Inc. | Material Potentially Indemnified Party | | | x |
| | Rite Aid Corporation | Material Potentially Indemnified Party | | x | x |
| | Safeway Inc. | Material Potentially Indemnified Party | | | x |
| | Walmart Inc. | Material Potentially Indemnified Party | x | | x |
| | ACE Property & Casualty Insurance Company | Debtor's Insurer | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Aetna Casualty and Surety Company | Debtor's Insurer | | | x |
| | AIG Europe S.A. | Debtor's Insurer | | | x |
| | Gibraltar Casualty Company | Debtor's Insurer | | | x |
| | AIG Property and Casualty Company | Debtor's Insurer | | | x |
| | Allianz Ins. Company | Debtor's Insurer | x | | x |
| | Allianz Global Risks US Insurance Company | Debtor's Insurer | x | | x |
| | Allstate Insurance Company | Debtor's Insurer | | | x |
| | American Re-Insurance Company | Debtor's Insurer | | | x |
| | Chubb | Debtor's Insurer | | | x |
| | Colonia Versicherungs AG, Koln | Debtor's Insurer | | | x |
| | Middlesex Assurance Company | Debtor's Insurer | | | x |
| | Continental Insurance Company | Debtor's Insurer | | | x |
| | Great American | Debtor's Insurer | | | x |
| | Great Northern Ins. Company | Debtor's Insurer | | | x |
| | Hartford Accident and Indemnity Company | Debtor's Insurer | | | x |
| | Industrial Indemnity Company | Debtor's Insurer | | | x |
| | Ins. Company of North America | Debtor's Insurer | | | x |
| | Lexington Ins. Company | Debtor's Insurer | | | x |
| | National Casualty Company | Debtor's Insurer | | | x |
| | National Union Fire Ins. Company of Pittsburgh, PA | Debtor's Insurer | | | x |
| | Nationwide | Debtor's Insurer | | | x |
| | New Hampshire Ins. Company | Debtor's Insurer | | | x |
| | North River Ins. Company | Debtor's Insurer | x | | |
| | Prudential Reinsurance Company | Debtor's Insurer | | | x |
| | Safety National Casualty Corporation | Debtor's Insurer | | | x |
| | Starr Indemnity & Liability Company | Debtor's Insurer | | | x |
| | Transamerica Premier Insurance Company | Debtor's Insurer | | | x |
| | Travelers Casualty and Surety Company | Debtor's Insurer | | | x |
| | Westchester Fire Insurance Company | Debtor's Insurer | | | x |
| | XL Ins. Company | Debtor's Insurer | | | x |
| | AIG Europe S.A. (as successor in interest to Union Atlantique d'Assurances S.A) | Bankruptcy Rule 2002 Appearance | | | x |
| | AIG Property Casualty Company (f/k/a Birmingham Fire Insurance Company of Pennsylvania) | Bankruptcy Rule 2002 Appearance | | | x |
| | Allstate Insurance Company, as successor in interest to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company | Bankruptcy Rule 2002 Appearance | | | x |
| | Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International | Bankruptcy Rule 2002 Appearance | | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc. | Bankruptcy Rule 2002 Appearance | | | x |
| | Bausch Health US, LLC f/k/a Valeant Pharmaceuticals North America LLC | Bankruptcy Rule 2002 Appearance | | | x |
| | Blue Cross Blue Shield Association | Bankruptcy Rule 2002 Appearance | | | x |
| | The Continental Insurance Company | Bankruptcy Rule 2002 Appearance | | | x |
| | Granite State Insurance Company | Bankruptcy Rule 2002 Appearance | | | x |
| | The Insurance Company of the State of Pennsylvania | Bankruptcy Rule 2002 Appearance | | | x |
| | Johnson & Johnson | Bankruptcy Rule 2002 Appearance | | | x |
| | Lexington Insurance Company | Bankruptcy Rule 2002 Appearance | | | x |
| | National Union Fire Insurance Company of Pittsburgh, Pa. | Bankruptcy Rule 2002 Appearance | | | x |
| | New Hampshire Insurance Company | Bankruptcy Rule 2002 Appearance | | | x |
| | The North River Insurance Company | Bankruptcy Rule 2002 Appearance | x | | |
| | Starr Indemnity & Liability Company (as successor in interest to Republic Insurance Company) | Bankruptcy Rule 2002 Appearance | | | x |
| | State of Texas, Attorney General of Texas | Bankruptcy Rule 2002 Appearance | | | x |
| | Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | Bankruptcy Rule 2002 Appearance | | | x |
| | Westchester Fire Insurance Company | Bankruptcy Rule 2002 Appearance | | | x |
| Peter J | D'Auria | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Robert J. | Schneider, Jr. | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Tia | Green | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| Tina L. | Oppelt | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| William J. | Ziemer | United States Trustee for Region 3 or Employee (New Jersey Office) | | | x |
| | Liakos Law, APC | PSA Signatories | | | x |
| | Nachawati Law Group | PSA Signatories | | | x |
| | Seeger Weiss LLP | PSA Signatories | x | | x |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client (applicable to affiliate of searched entity) | Former Client (applicable to affiliate of searched entity) | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (applicable to affiliate of searched entity) |
|---|---|---|---|---|---|
| | Slater Slater Schulman LLP | PSA Signatories | | | x |