**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**WOMBLE BOND DICKINSON (US) LLP**
Ericka F. Johnson (NJ #032162007)
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Email: ericka.johnson@wbd-us.com

*Counsel for Ad Hoc Committee of States*

Order Filed on May 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

LTL MANAGEMENT LLC,

Debtor.[1]

Case No.: 23-12825 (MBK)

Chapter: 11

Hon. Michael B. Kaplan

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is ORDERED.

**DATED: May 1, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

WBD (US) 61210842v1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out- of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that LISA BITTLE TANCREDI, ESQ. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

WBD (US) 61210842v1

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12825-MBK |
| LTL Management LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: May 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | May 02 2023 00:40:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

**Name                Email Address**

Adam C. Silverstein
    on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants asilverstein@otterbourg.com awilliams@otterbourg.com

Adam C. Silverstein
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants asilverstein@otterbourg.com  awilliams@otterbourg.com

Alan J. Brody
    on behalf of Creditor Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International  Inc. brodya@gtlaw.com, NJLitDock@gtlaw.com

Alan J. Brody
    on behalf of Creditor Bausch Health Americas  Inc. f/k/a Valeant Pharmaceuticals International brodya@gtlaw.com, NJLitDock@gtlaw.com

| | |
|---|---|
| Alan J. Brody | on behalf of Creditor Bausch Health US LLC f/k/a Valeant Pharmaceuticals North America LLC brodya@gtlaw.com, NJLitDock@gtlaw.com |
| Allen Joseph Underwood, II | on behalf of Creditor DeSanto Canadian Class Action Creditors aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allison Meghan Brown | on behalf of Plaintiff LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com |
| Allison Meghan Brown | on behalf of Debtor LTL Management LLC allison.brown@skadden.com wendy.lamanna@skadden.com;Stephanie.Martin@skadden.com |
| Andrew Mina | on behalf of Interested Party Atlanta International Insurance Company amina@duanemorris.com |
| Andrew J. Kelly | on behalf of Creditor BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com |
| Andrew J. Kelly | on behalf of Interested Party BCBS of Massachusetts akelly@kbtlaw.com wsheridan@kbtlaw.com |
| Andy Frankel | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) afrankel@stblaw.com |
| Anthony Sodono, III | on behalf of Interested Party Talc Claimants asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Attorney Barnes Law Group LLC asodono@msbnj.com |
| Bethany Theriot | on behalf of Interested Party United States of America bethany.theriot@usdoj.gov |
| Brian J. McCormick, Jr. | on behalf of Creditor Various Talc Claimants bmccormick@rossfellercasey.com earend@rossfellercasey.com |
| Brian J. McCormick, Jr. | on behalf of Creditor Ross Feller Casey LLP bmccormick@rossfellercasey.com, earend@rossfellercasey.com |
| Brian W. Hofmeister | on behalf of Creditor Various Talc Claimants bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Creditor Kellie Brewer bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Carol A. Slocum | on behalf of Attorney Andy D. Birchfield Jr. cslocum@klehr.com, lclark@klehr.com |
| Carol A. Slocum | on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cslocum@klehr.com lclark@klehr.com |
| Christopher M. Placitella | on behalf of Creditor Justin Bergeron cplacitella@cprlaw.com cmcnelis@cprlaw.com |
| Christopher M. Placitella | on behalf of Creditor Catherine Forbes cplacitella@cprlaw.com cmcnelis@cprlaw.com |
| Clay Thompson | on behalf of Attorney Maune Raichle Hartley French & Mudd LLC cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Creditor Various Talc Claimants cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Interested Party Various Talc Claimants cthompson@mrhfmlaw.com |
| Clay Thompson | on behalf of Creditor Katherine Tollefson cthompson@mrhfmlaw.com |
| Colin R. Robinson | on behalf of Creditor Arnold & Itkin LLP crobinson@pszjlaw.com |
| Daniel Stolz | on behalf of Creditor Ad Hoc Committee of Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Talc Claimants dstolz@genovaburns.com |

Case 23-01092-MBK    Doc    Filed 05/03/23    Entered 05/04/23 00:17:41    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Daniel Stolz
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com
    on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Official Committee of Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Robert Lapinski
    on behalf of Interested Party Various Talc Claimants dlapinski@motleyrice.com hfonseca@motleyrice.com,kdotson@motleyrice.com

David J. Molton
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dmolton@brownrudnick.com hcohen@brownrudnick.com

Derek J. Baker
    on behalf of Interested Party Cyprus Mines Corporation dbaker@reedsmith.com

Donald W Clarke
    on behalf of Creditor Ad Hoc Committee of Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

Donald W Clarke
    on behalf of Creditor Committee Proposed Local Counsel to the Official Committee of Talc Claimants dclarke@genovaburns.com dclarke@ecf.inforuptcy.com

E. Richard Dressel
    on behalf of Creditor Evan Plotkin rdressel@lexnovalaw.com

E. Richard Dressel
    on behalf of Creditor Giovanni Sosa rdressel@lexnovalaw.com

Eileen McCabe
    on behalf of Interested Party Atlanta International Insurance Company eileen.mccabe@mendes.com

Ericka Fredricks Johnson
    on behalf of Creditor The Ad Hoc Committee of States Holding Consumer Protection Claims ericka.johnson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;lisa.tancredi@wbd-us.com

Geoffrey B. Gompers
    on behalf of Interested Party Various Talc Claimants gompers@gomperslaw.com jharper@gomperslaw.com

Gregory S. Kinoian
    on behalf of Creditor Committee Official Committee of Talc Claimants gkinoian@genovaburns.com

James N. Lawlor
    on behalf of Plaintiff LTL Management LLC jlawlor@wmd-law.com

James N. Lawlor
    on behalf of Debtor LTL Management LLC jlawlor@wmd-law.com

Janet A. Shapiro
    on behalf of Creditor National Casualty Co. jshapiro@shapirolawfirm.com

Janet A. Shapiro
    on behalf of Creditor Employers Insurance Co of Wausau jshapiro@shapirolawfirm.com

Jeff Kahane
    on behalf of Interested Party Atlanta International Insurance Company jkahane@duanemorris.com dmartinez@duanemorris.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jerome Howard Block
    on behalf of Interested Party Paul Crouch jblock@levylaw.com

| | |
|---|---|
| Jerome Howard Block | on behalf of Interested Party Randy Derouen jblock@levylaw.com |
| John Maloney | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) jmaloney@lawgmm.com |
| John M. August | on behalf of Creditor Susan Jean Bader jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Dean McElroy jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Various Talc Claimants jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Christina Prudencio jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Anthony Hernandez Valadez jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Trevor Barkley jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Marlin Lewis Eagles jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Alison Daugherty jaugust@saiber.com rtucker@saiber.com |
| John M. August | on behalf of Creditor Kristie Lynn Doyle jaugust@saiber.com rtucker@saiber.com |
| John W. Weiss | on behalf of Interested Party Various Talc Personal Injury Claimants jweiss@pashmanstein.com |
| John Zachary Balasko | on behalf of Interested Party United States of America john.z.balasko@usdoj.gov |
| Kenneth A. Rosen | on behalf of Interested Party Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc. krosen@lowenstein.com dclaussen@lowenstein.com |
| Konrad Krebs | on behalf of Interested Party The Continental Insurance Company konrad.krebs@clydeco.us |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Leah Cylia Kagan | on behalf of Interested Party Various Talc Claimants lkagan@sgptrial.com |
| Leslie Carol Heilman | on behalf of Creditor Albertsons Companies Inc. heilmanl@ballardspahr.com, vesperm@ballardspahr.com;roglenl@ballardspahr.com |
| Lisa Nathanson Busch | on behalf of Creditor Patricia Cook lbusch@weitzlux.com |
| Louis A. Modugno | on behalf of Interested Party Atlanta International Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Starr Indemnity & Liability Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Granite State Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party ASR Schadeverzekering N.V. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Europe S.A. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party Lexington Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd lmodugno@tm-firm.com |

| | |
|---|---|
| Louis A. Modugno | on behalf of Interested Party AIU Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party New Hampshire Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party AIG Property Casualty Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party The North River Insurance Company lmodugno@tm-firm.com |
| Louis A. Modugno | on behalf of Interested Party RheinLand Versicherungen lmodugno@tm-firm.com |
| Mark Falk | on behalf of Other Prof. Randi S. Ellis mfalk@walsh.law |
| Michael D. Sirota | on behalf of Interested Party Ad Hoc Group of Supporting Counsel msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Mitchell Malzberg | on behalf of Creditor Various Talc Claimants mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Moshe Maimon | on behalf of Interested Party Paul Crouch mmaimon@levylaw.com mmastrogiacomo@levylaw.com |
| Moshe Maimon | on behalf of Interested Party Various Talc Claimants mmaimon@levylaw.com mmastrogiacomo@levylaw.com |
| Moshe Maimon | on behalf of Interested Party Randy Derouen mmaimon@levylaw.com mmastrogiacomo@levylaw.com |
| Nathan W. Reinhardt | on behalf of Interested Party Atlanta International Insurance Company nreinhardt@duanemorris.com |
| Paul R. DeFilippo | on behalf of Plaintiff LTL Management LLC pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Debtor LTL Management LLC pdefilippo@wmd-law.com |
| Richard G. Haddad | on behalf of Creditor Ad Hoc Committee of Certain Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com |
| Richard G. Haddad | on behalf of Other Prof. Proposed Co-Counsel to the Official Committee of Talc Claimants rhaddad@otterbourg.com akramer@otterbourg.com;awilliams@otterbourg.com;asilverstein@otterbourg.com;jhildebrandt@otterbourg.com;pmcternan@otterbourg.com |
| Robert Malone | on behalf of Interested Party State of Mississippi rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert Malone | on behalf of Interested Party State of New Mexico rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robin Rabinowitz | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) rrabinowitz@lawgmm.com |
| Russell Webb Roten | on behalf of Interested Party Atlanta International Insurance Company rwroten@duanemorris.com |
| Sari Blair Placona | on behalf of Attorney Barnes Law Group LLC splacona@msbnj.com |
| Sommer Leigh Ross | on behalf of Interested Party AIG Property Casualty Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party Lexington Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | on behalf of Interested Party New Jersey Coverage Action Plaintiff-Insurers slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |

Case 23-01092-MBK    Doc    Filed 05/03/23    Entered 05/04/23 00:17:41    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0312-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: May 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party AIG Europe S.A. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh Pa. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party Republic Indemnity Company of America slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party The North River Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party RheinLand Versicherungen slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party N.V. Schadeverzekeringsmaatschappij Maas Lloyd slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party Atlanta International Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party Starr Indemnity & Liability Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party AIU Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party ASR Schadeverzekering N.V. slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party Granite State Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party The Insurance Company of the State of Pennsylvania Philadelphia slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Sommer Leigh Ross | |
| | on behalf of Interested Party New Hampshire Insurance Company slross@duanemorris.com AutoDocketWILM@duanemorris.com |
| Stephen M. Packman | |
| | on behalf of Attorney Roger Frankel as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation spackman@archerlaw.com, dleney@archerlaw.com,ahuber@archerlaw.com |
| Stephen T. Roberts | |
| | on behalf of Interested Party Atlanta International Insurance Company stephen.roberts@mendes.com |
| Stephen V. Gimigliano | |
| | on behalf of Interested Party Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) sgimigliano@lawgmm.com |
| Suzanne Ratcliffe | |
| | on behalf of Creditor Katherine Tollefson sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | |
| | on behalf of Attorney Maune Raichle Hartley French & Mudd LLC sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | |
| | on behalf of Creditor Various Talc Claimants sratcliffe@mrhfmlaw.com |
| Suzanne Ratcliffe | |
| | on behalf of Interested Party Various Talc Claimants sratcliffe@mrhfmlaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Walter Benzija | |
| | on behalf of Creditor The Blue Cross Blue Shield Association wbenzija@halperinlaw.net mmurrayhbb@outlook.com |

TOTAL: 129