# EXHIBIT B

**Certification of Allison M. Brown in Support of
Application for Retention of Skadden**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
Allison M. Brown, Esq.
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3222
Facsimile: (917) 777-3222
Email: Allison.Brown@skadden.com

*PROPOSED SPECIAL COUNSEL FOR*
*DEBTOR*

---

In re:

LTL MANAGEMENT LLC,[1]

Debtor.

Chapter 11

Case No.:  23-12825 (MBK)

Judge:  Michael B. Kaplan

**CERTIFICATION OF ALLISON M. BROWN IN SUPPORT**
**OF APPLICATION FOR RETENTION OF SKADDEN, ARPS,**
**SLATE, MEAGHER & FLOM LLP, EFFECTIVE AS OF APRIL 4, 2023**

I, Allison M. Brown, being of full age, certify as follows:

1.      Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") is seeking authorization
to be retained as special counsel to LTL Management LLC (the "Debtor") in the
Chapter 11 Case and I make this certification in support of the *Application for Retention*

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

*of Skadden, Arps, Slate, Meagher & Flom LLP, Effective as of April 4, 2023* filed by the
Debtor (the "Application").[2]

2.      My professional credentials include being admitted and in good standing to
practice in the States of New Jersey, New York, and Pennsylvania and before the United
States District Court for the District of New Jersey, United States District Court for the
Eastern District of Pennsylvania, and the United States District Court for the Southern
District of New York.

3.      I am a partner with the law firm of Skadden and am duly authorized to make this
certification on behalf of Skadden.

4.      The proposed arrangement for compensation, including hourly rates, if applicable,
is as follows:

Pursuant to the terms of the Engagement Letter and subject to the Court's approval of this
Application, Skadden intends to:  (a) charge for its legal services on an hourly basis in
accordance with the ordinary and customary hourly rates in effect on the date services are
rendered; and (b) seek reimbursement of actual and necessary out of pocket expenses.

In addition, to the extent that Skadden represents both the Debtor and J&J in a matter,
Skadden will allocate 50% of its fees and expenses incurred in such joint representation
to the Debtor and 50% to J&J.  In matters in which Skadden represents solely the Debtor
or J&J, Skadden will allocate 100% of the fees and expenses to the entity represented.

Skadden will be compensated at its hourly rates, which are based on the professionals'
level of experience.  At present, the hourly rates charged by Skadden in the United States
fall within the following ranges:

| *Billing Category* | *U.S. Range* |
| --- | --- |
| Partners and Of Counsel | $1,266-$1,723 |
| Counsel/Special Counsel | $1,123-$1,292 |
| Associates | $475-$999 |
| Legal Assistants | $52-$592 |

Skadden's hourly rates may change annually in accordance with the terms of the
Engagement Letter and Skadden's established billing practices and procedures.

---

[2]      Capitalized terms used herein but not otherwise defined have the meanings given to them in the
Application.

Skadden will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the Local Bankruptcy Rules, the Fee Guidelines, any Interim Compensation Order, and any applicable orders of this Court.  Skadden will use the billing and expense categories set forth in the Fee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category").

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.      To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐        None

☒        Describe connection:  See No. 6 below.

6.      To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐        None

☒        Describe Connection:

To check and clear potential conflicts of interest in the Chapter 11 Case, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtor, its affiliates, its creditors, other parties in interest, their respective attorneys, the U.S. Trustee or any person employed in the office of the U.S. Trustee, Skadden researched its client database to determine whether it had any relationships with the names of individuals or institutions that are listed as potential significant parties in interest (collectively, the "Interested Parties") on the list that was provided to Skadden by the Debtor.  See Schedule 1 attached hereto. To the extent that Skadden's research of its relationships with the Interested Parties indicates that Skadden has represented in the past three years, or currently represents, any of these entities in matters unrelated to the Chapter 11 Case, the identities of these entities and such entities' relationship to the Debtor and connection to Skadden, are set forth in Schedule 2 hereto.

To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Skadden, nor any partner, associate or other professional thereof has any connection with the Debtor, its creditors, the U.S. Trustee or any other party with an actual or potential interest in the Chapter 11 Case or their respective attorneys or accountants, except as set forth below and in Schedule 2 hereto:

(a)     Skadden has not represented, and does not and will not represent, any entity in matters adverse to the Debtor or to the estate with respect to matters on which Skadden is to be employed.

(b)     Prior to the Petition Date, Skadden represented the predecessor entity of the Debtor as counsel, including as trial counsel and national discovery counsel in certain talc- related litigation.

(c)     Prior to the Petition Date, Skadden represented the Debtor's ultimate parent company and non-debtor affiliate, J&J, as counsel, including as trial counsel and national discovery counsel in certain talc-related litigation.

(d)     Skadden currently represents or formerly represented certain of the Debtor's non-debtor affiliates.  Skadden, however, has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Skadden is to be employed.

(e)     Skadden currently represents the Debtor's depository and disbursement bank, certain of the Debtor's major sureties, certain of the parties to material contracts with the Debtor, certain of the Debtor's significant talc-related litigation co- defendants, certain of the Debtor's material potentially-indemnified parties, certain key parties in <u>Imerys Talc America, Inc.</u>[3] and <u>Cyprus Mines Corp.</u>[4] chapter 11 cases, and certain of the Debtor's insurers.  In all instances, Skadden has not represented, and does not and will not represent, any of these entities in matters adverse to the Debtor or to the estate with respect to matters on which Skadden is to be employed.

With regards to compensation prior to the Petition Date, the Debtor paid Skadden for its services in connection with the 2021 Chapter 11 Case pursuant to the interim compensation order entered in that case throughout the pendency of the 2021 Chapter 11 Case.  <u>See</u> <u>also</u> Disclosure of Compensation attached to the Application as Exhibit C.

On April 4, 2023, following the entry of the Dismissal Order and prior to the commencement of this Chapter 11 Case, Skadden received payment from the Debtor of all unpaid actual and estimated fees and expenses incurred through the commencement of this Chapter 11 Case.  <u>See</u> Cert. of Allison M. Brown attached to Application as Exhibit B; Disclosure of Compensation attached to Application as Exhibit C.

In particular, following the entry of the Dismissal Order, on April 4, 2023, the Debtor paid Skadden $2,009,225.53 via wire transfer (the "<u>Payment</u>").  This amount was comprised of (a) $1,529,225.53 on account of actual and estimated fees and expenses for which the Debtor was responsible and that were incurred but not yet paid in the 2021 Chapter 11 Case through the entry of the Dismissal Order (the "<u>Pre-Dismissal</u>

---

[3]     <u>In re Imerys Talc America, Inc.</u>, Case No. 19-10289 (LSS) (Bankr. D. Del.).

[4]     <u>In re Cyprus Mines Corporation</u>, Case No. 21-10398 (LSS) (Bankr. D. Del.).

Amounts")[5] and (b) $480,000.00 for Skadden's estimated fees and expenses incurred following dismissal of the 2021 Chapter 11 Case and prior to the commencement of this Chapter 11 Case (the "Post-Dismissal  Amounts"). The Payment was applied to the Pre-Dismissal and Post-Dismissal Amounts prior to the commencement of this Chapter 11 Case.[6]  Accordingly, as of the Petition Date, Skadden was not owed any amounts by the Debtor.

This payment to Skadden was made in accordance with the terms of the Dismissal Order, which provides that a Retained Professional (as defined therein) may "seek final allowance and payment of compensation and reimbursement of expenses" in accordance with the procedures set forth in the Dismissal Order, which procedures included serving "a statement of all of its unpaid fees and expenses incurred in [the 2021] Chapter 11 Case through the Dismissal Date" on the Debtor "no later than 45 days following the Dismissal Date."  Dismissal Order, ¶ 5.  Skadden served such a statement on the Debtor.[7]

In addition, the Debtor was solvent at the time it made this payment to Skadden.  See LTL, 64 F.4th at 108 (". . . LTL, at the time of its filing, was highly solvent with access to cash to meet comfortably its liabilities as they came due for the foreseeable future."); see also Apr. 18, 2023 Hr'g Tr. 62:21-25 (the Debtor's chief legal officer testifying that Johnson & Johnson Holdco (NA) Inc. ("Holdco"), the party to the Funding Agreement with the Debtor, is valued at around $30 billion); id. at 207:3-4 (counsel for the Debtor reiterating that the value of Holdco is $30 billion).

---

[5]     Consistent with the Debtor's indemnity obligations, this amount also included outstanding actual and estimated fees and expenses owed to Skadden by J&J for services provided in the talc litigation during the pendency of the 2021 Chapter 11 Case prior to the entry of the Dismissal Order.  See Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 4] ¶¶ 13-25 (providing that the Debtor is solely responsible for the talc-related liabilities of Old JJCI).

[6]     Skadden did not hold a retainer (a "Retainer") as of the Petition Date.  Skadden expects to:  (a) complete its reconciliation of the fees and expenses actually incurred prior to the Petition Date no later than the filing of its first interim fee application in the Chapter 11 Case, and will separately reconcile the Payment made with respect to the Pre-Dismissal Amounts and the Post-Dismissal Amounts; (b) make a corresponding adjustment to the amount of the Retainer on or about that date as described below; and (c) disclose such adjustment in its first interim fee application.  If, following reconciliation, any estimated amounts included in either the Pre-Dismissal Amounts or the Post-Dismissal Amounts, respectively, exceeded Skadden's actual fees and expenses incurred in the respective periods, the balance will be added to the Retainer and applied by Skadden consistent with the terms of the Interim Compensation Order.  Skadden will not apply any portion of the Retainer to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by a further order of this Court, including an Interim Compensation Order.  Skadden agrees to waive any actual fees and expenses incurred in the respective periods that exceed, for each period, the respective payment of the Pre-Dismissal Amounts or the Post Dismissal Amounts.

[7]     On April 26, 2023, the Debtor filed a motion for authorization to satisfy the fees and expenses of the other estate professionals involved in the 2021 Chapter 11 Case per the terms of the Dismissal Order.  See Dkt. 319.

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☐      do not hold an adverse interest to the estate.
☐      do not represent an adverse interest to the estate.
☐      are disinterested under 11 U.S.C. § 101(14).
☐      do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).
☒      Other.  Explain:  <u>See</u> No. 6 above.

8.      If the professional is an auctioneer,

    a.  The following are my qualifications and experience with the liquidation or sale of similar property: **N/A**
    b.  The proposed method of calculation of my compensation, including rates and formulas, is: **N/A**
        Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of   D. N. J. LBR 2016-1.
    c.  The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: **N/A**
    d.  Have you, or a principal of your firm, been convicted of a criminal offense?
      ☐ No          ☐ Yes (explain below)
    e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

I certify under penalty of perjury that the above information is true.


Date:   May 4, 2023                          <u>/s/ Allison M. Brown</u>
                                              Allison M. Brown (044992012)
                                              Skadden, Arps, Slate, Meagher & Flom LLP
                                                One Manhattan West
                                              New York, New York 10001
                                              Telephone: (212) 735-3222
                                              Facsimile:  (917) 777-3222
                                              Email: Allison.Brown@skadden.com

## SCHEDULE 1

**Schedule of Potentially Interested Parties**

**LTL Management LLC**
**Potentially Interested Parties**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson & Johnson Holdco (NA) Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Trading
    (Shanghai) Co., Ltd.
Actelion Pharmaceuticals US, Inc.
Actelion Treasury Unlimited Company
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
    Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
    Unlimited Company
AMO Ireland
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC

AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO United Kingdom, Ltd.
AMO Uppsala AB
Anakuria Therapeutics, Inc.
AorTx, Inc.
Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS, n/k/a
    Coloplast Konsumerntvarer A/S
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Corimmun GmbH
CoTherix Inc.

CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Debs-Vogue Corporation
    (Proprietary) Limited
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
    S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon LLC
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
    Medizintechnik und Informatik mbH
J & J Company West Africa Limited
J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos
    del Peru S.A.
J.C. General Services BV
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen Development Finance Unlimited
    Company
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
    Company
Janssen Global Services, LLC
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury
    Unlimited Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
    (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
    Unlimited Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.

Janssen Products, LP
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland
   Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.
JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC
JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health
   (Czech Republic) s.r.o.
JNTL Consumer Health
   (Dominican Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India)
   Private Limited
JNTL Consumer Health
   (New Zealand) Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General
   Services BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I
    (Switzerland) GmbH
JNTL Consumer Health II
   (Switzerland) GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico,
   S. de R.L. de C.V.

JNTL Consumer Health Middle East FZ-LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC
JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tüketici Sağlığı Limited Şirketi
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (Australia) Pty Ltd
Johnson & Johnson (Canada) Inc.
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Ecuador) S.A.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique), Limitada
Johnson & Johnson (Namibia) (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Singapore) Holdco LLC
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.
Johnson & Johnson Consumer (Hong Kong) Limited
Johnson & Johnson Consumer (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer Saudi Arabia Limited
Johnson & Johnson Consumer Services EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise Innovation Inc.
Johnson & Johnson European Treasury Unlimited Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial Services GmbH
Johnson & Johnson for Export and Import LLC
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson GT, Sociedad Anónima
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness Solutions, Inc.
Johnson & Johnson Health Care Systems Inc.

Johnson & Johnson Hellas Commercial and
Industrial S.A.
Johnson & Johnson Hellas
Consumer Products
Commercial Societe Anonyme
Johnson & Johnson Hemisferica S.A.
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Holding GmbH
Johnson & Johnson Holdings
(Austria) GmbH
Johnson & Johnson Inc.
Johnson & Johnson Industrial Ltda.
Johnson & Johnson Innovation - JJDC, Inc.
Johnson & Johnson Innovation Limited
Johnson & Johnson Innovation LLC
Johnson & Johnson International
Johnson & Johnson International
(Singapore) Pte. Ltd.
Johnson & Johnson International Financial
Services Unlimited Company
Johnson & Johnson Irish Finance
Company Limited
Johnson & Johnson K.K.
Johnson & Johnson Kft.
Johnson & Johnson Korea Selling &
Distribution LLC
Johnson & Johnson Korea, Ltd.
Johnson & Johnson Limited
Johnson & Johnson LLC
Johnson & Johnson Luxembourg Finance
Company Sarl
Johnson & Johnson Management Limited
Johnson & Johnson Medical (China) Ltd.
Johnson & Johnson Medical
(Proprietary) Ltd
Johnson & Johnson Medical (Shanghai) Ltd.
Johnson & Johnson Medical (Suzhou) Ltd.
Johnson & Johnson Medical B.V.
Johnson & Johnson Medical Devices &
Diagnostics Group - Latin America,
L.L.C.
Johnson & Johnson Medical GmbH
Johnson & Johnson Medical Greece
Single Member S.A.
Johnson & Johnson Medical Korea Ltd.
Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico,
S.A. de C.V.
Johnson & Johnson Medical NV
Johnson & Johnson Medical
Products GmbH
Johnson & Johnson Medical Pty Ltd
Johnson & Johnson Medical S.A.
Johnson & Johnson Medical S.p.A.
Johnson & Johnson Medical SAS
Johnson & Johnson Medical
Saudi Arabia Limited
Johnson & Johnson Medical Taiwan Ltd.
Johnson & Johnson Medical, S.C.S.
Johnson & Johnson Medikal Sanayi ve
Ticaret Limited Sirketi
Johnson & Johnson MedTech
(Thailand) Ltd.
Johnson & Johnson Medtech
Colombia S.A.S.
Johnson & Johnson Middle East FZ-LLC
Johnson & Johnson Morocco
Societe Anonyme
Johnson & Johnson Nordic AB
Johnson & Johnson Pacific Pty Limited
Johnson & Johnson Pakistan
(Private) Limited
Johnson & Johnson Panama, S.A.
Johnson & Johnson Personal Care
(Chile) S.A.
Johnson & Johnson Pharmaceutical Ltd.
Johnson & Johnson Poland Sp. z o.o.
Johnson & Johnson Private Limited
Johnson & Johnson Pte. Ltd.
Johnson & Johnson Pty. Limited
Johnson & Johnson Romania S.R.L.
Johnson & Johnson S.E. d.o.o.
Johnson & Johnson S.E., Inc.
Johnson & Johnson Sante Beaute France
Johnson & Johnson SDN. BHD.
Johnson & Johnson Services, Inc.
Johnson & Johnson Surgical Vision India
Private Limited
Johnson & Johnson Surgical Vision, Inc.
Johnson & Johnson Taiwan Ltd.
Johnson & Johnson UK Treasury
Company Limited

Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban
    Renewal Associates
Johnson & Johnson Vision Care
    (Australia) Pty Ltd
Johnson & Johnson Vision Care
    (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
    Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
    Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
Medical Device Business Services, Inc.
Medical Devices & Diagnostics
    Global Services, LLC
Medical Devices International LLC
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH

Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty Limited
OMJ Holding GmbH
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Orthospin Ltd.
Orthotaxy SAS
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Percivia LLC
Pharmadirect Ltd.
Pharmedica Laboratories
    (Proprietary) Limited
preCARDIA, Inc.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y
    de La Salud de Bolivia S.R.L.
Proleader S.A.
Prosidyan, Inc.
PT Integrated Healthcare Indonesia
PT Johnson & Johnson Indonesia
PT Johnson and Johnson Indonesia Two
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.

Review Manager Test Entity 2
Royalty A&M LLC
Rutan Realty LLC
Scios LLC
Serhum S.A. de C.V.
Shanghai Elsker Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
   Pharmaceuticals Ltd.
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
   Partnership
SterilMed, Inc.
Surgical Process Institute
   Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
   Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

## Managers and Officers of the Debtor

John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

## Major Current Business Affiliations of Debtor's Managers

American Foundation for Opioid
   Alternatives
Migration Policy Institute
Miller Center for Community Protection &
   Reliance, Eagleton Institute of Politics,
   Rutgers University
National Center for State Courts
National Council, McLean Hospital
One Mind

## Depository and Disbursement Banks

Bank of America, N.A.

## Major Sureties

Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company
   of America

## Parties to Material Contracts With the Debtor

Johnson & Johnson
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Services, Inc.

## Significant Co-Defendants in Talc-Related Litigation

3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.

Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.

Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtor's Proposed Professionals and Claims Agent**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP

McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

**Debtor's Proposed Significant Ordinary Course Professionals, Consultants and Service Providers**
Adler Pollock & Sheehan PC
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
Blank Rome LLP
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams,
  Recile, & Hayes
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan &
  Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Manning Gross + Massenburg
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP

Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sills Cummis & Gross P.C.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain Non-Debtor Parties in Interest**
Barnes & Thornburg, LLP
Cravath, Swaine & Moore
White & Case LLP

**Proposed Future Claimants' Representative and Her Proposed Professional**
Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

**Material Potentially Indemnified Parties**
Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

## Parties Who Have Entered Into Plan Support Agreements

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC
Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

## Law Firms with Significant Representations of Talc Claimants

Andres Pereira Firm
Arnold & Itkin LLP
Aylstock, Witkin, Kreis & Overholtz, PLLC
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Ferrer, Poirot & Wansbrough
Johnson Law Group
Linville Law Group
McDonald Worley
Miller Firm, LLC
Nachawati Law Group
Napoli Shkolnik PLLC
OnderLaw, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips, Grossman, LLC
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Wagstaff Law Firm
Watts Guerra LLP
Wisner Baum, LLP

## Key Parties in *Imerys Talc America, Inc.* and *Cyprus Mines Corp.* Chapter 11 Cases

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc. (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants (*In re Cyprus Mines Corp.*)
Roger Frankel

## Debtor's Insurers

A.G. Securitas
ACE Property & Casualty Insurance Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company, n/k/a Wellfleet New York Insurance Company
Birmingham Fire Ins. Company of Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb

City Ins. Company
Colonia Versicherungs AG, Koln
Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Rückversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Potential Parties in Canadian Proceeding**
Cassels Brock & Blackwell LLP
Ernst & Young Inc.

**States/Federal District With Consumer Protection Investigations/Actions**
Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington

Washington, D.C.
West Virginia
Wisconsin

**The Office of the United States Trustee – Region 3 – District of New Jersey**
Adam Shaarawy
Adela Alfaro
Alexandria Nikolinos
Angeliza Ortiz-Ng
Daniel C. Kropiewnicki
David Gerardi
Fran B. Steele
Francyne D. Arendas
James Stives
Jeffrey Sponder
Joseph C. Kern
Kirsten K. Ardelean
Lauren Bielskie
Maggie McGee
Martha Hildebrandt
Michael Artis
Neidy Fuentes
Peter J. D'Auria
Robert J. Schneider, Jr.
Tia Green
Tina L. Oppelt
William J. Ziemer

**Bankruptcy Judges for the District of New Jersey**
Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

## <u>SCHEDULE 2</u>

**Disclosure Schedule**

| Category | Party in Interest | Client Relationship |
|---|---|---|
| SCHEDULE 2 | | |
| Direct Equity Owner | **Johnson & Johnson Holdco (NA) Inc.** | Current Affiliate |
| Debtor's Direct Non-Debtor Subsidiary | **Royalty A&M LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **3Dintegrated ApS** | Current Affiliate |
| Other Non-Debtor Affiliates | **ABD Holding Company, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **ABIOMED R&D, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **ABIOMED, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Acclarent, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Actelion Ltd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Actelion Pharmaceuticals Ltd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Actelion Pharmaceuticals Trading (Shanghai) Co., Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Actelion Pharmaceuticals US, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Actelion Treasury Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Albany Street LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **ALZA Corporation** | Current Affiliate |
| Other Non-Debtor Affiliates | **Alza Land Management, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO (Hangzhou) Co., Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO (Shanghai) Medical Devices Trading Co., Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO ASIA LIMITED** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Australia Pty Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Canada Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Denmark ApS** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Development, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO France** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Germany GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Groningen B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO International Holdings Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Ireland** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Italy SRL** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Japan K.K.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Manufacturing USA, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Netherlands BV** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Nominee Holdings, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Norway AS** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Puerto Rico Manufacturing, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Sales and Service, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Singapore Pte. Ltd.** | Current Affiliate |

2

| SCHEDULE 2 | | |
| --- | --- | --- |
| **Category** | **Party in Interest** | **Client Relationship** |
| Other Non-Debtor Affiliates | **AMO Spain Holdings, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Switzerland GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO United Kingdom, Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AMO Uppsala AB** | Current Affiliate |
| Other Non-Debtor Affiliates | **Anakuria Therapeutics, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AorTx, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Apsis SAS** | Current Affiliate |
| Other Non-Debtor Affiliates | **Aragon Pharmaceuticals, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Asia Pacific Holdings, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Atrionix, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **AUB Holdings LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Auris Health, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Backsvalan 6 Handelsbolag** | Current Affiliate |
| Other Non-Debtor Affiliates | **Beijing Dabao Cosmetics Co., Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **BeneVir BioPharm, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Berna Rhein B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **BioMedical Enterprises, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Biosense Webster (Israel) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Biosense Webster, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Breethe, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Coloplast Konsumerntvarer A/S** | Current Affiliate |
| Other Non-Debtor Affiliates | **Carlo Erba OTC S.r.l.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Centocor Biologics, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Centocor Research & Development, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Cerenovus, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **ChromaGenics B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ci:z. Labo Co., Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Cilag AG** | Current Affiliate |
| Other Non-Debtor Affiliates | **Cilag GmbH International** | Current Affiliate |
| Other Non-Debtor Affiliates | **Cilag Holding AG** | Current Affiliate |
| Other Non-Debtor Affiliates | **Cilag Holding Treasury Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Cilag-Biotech, S.L.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Coherex Medical, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **ColBar LifeScience Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Cordis de Mexico, S.A. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Corimmun GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **CoTherix Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **CSATS, Inc.** | Current Affiliate |

| SCHEDULE 2 | | |
| --- | --- | --- |
| **Category** | **Party in Interest** | **Client Relationship** |
| Other Non-Debtor Affiliates | **Debs-Vogue Corporation (Proprietary) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Hellas SA** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy International Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Ireland Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Mexico, S.A. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Mitek, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Orthopaedics, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Products, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Spine, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Synthes Institute, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Synthes Products, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Synthes Sales, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **DePuy Synthes, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Dutch Holding LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **ECL7, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **EES Holdings de Mexico, S. de R.L. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **EES, S.A. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **EIT Emerging Implant Technologies GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethicon Endo-Surgery (Europe) GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethicon Endo-Surgery, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethicon Endo-Surgery, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethicon LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethicon Sarl** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethicon US, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethicon Women's Health & Urology Sarl** | Current Affiliate |
| Other Non-Debtor Affiliates | Ethicon, Inc. | Current |
| Other Non-Debtor Affiliates | **Ethnor (Proprietary) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | Ethnor del Istmo S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | **Ethnor Farmaceutica, S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Finsbury (Development) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Finsbury (Instruments) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Finsbury Medical Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Finsbury Orthopaedics International Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Finsbury Orthopaedics Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **FMS Future Medical System SA** | Current Affiliate |
| Other Non-Debtor Affiliates | **GATT Technologies B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **GH Biotech Holdings Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Global Investment Participation B.V.** | Current Affiliate |

| SCHEDULE 2 | | |
| Category | Party in Interest | Client Relationship |
| --- | --- | --- |
| Other Non-Debtor Affiliates | GMED Healthcare BV | Current Affiliate |
| Other Non-Debtor Affiliates | Guangzhou Bioseal Biotech Co., Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | Hansen Medical Deutschland GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Hansen Medical International, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Hansen Medical UK Limited | Current Affiliate |
| Other Non-Debtor Affiliates | Hansen Medical, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Healthcare Services (Shanghai) Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | I.D. Acquisition Corp. | Current Affiliate |
| Other Non-Debtor Affiliates | Innomedic Gesellschaft für innovative Medizintechnik und Informatik mbH | Current Affiliate |
| Other Non-Debtor Affiliates | J & J Company West Africa Limited | Current Affiliate |
| Other Non-Debtor Affiliates | J&J Argentina S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | J&J Pension Trustees Limited | Current Affiliate |
| Other Non-Debtor Affiliates | J&J Productos Medicos & Farmaceuticos del Peru S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | J.C. General Services BV | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Biologics (Ireland) Limited | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Biologics B.V. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen BioPharma, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Biotech, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Cilag Farmaceutica S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Cilag S.p.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Cilag SPA | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Cilag, C.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Development Finance Unlimited Company | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Egypt LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Farmaceutica Portugal Lda | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen France Treasury Unlimited Company | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Global Services, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Holding GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Irish Finance Unlimited Company | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Japan Treasury Unlimited Company | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Korea Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Mexico Treasury Unlimited Company | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Oncology, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Ortho LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen Pharmaceutica NV | Current Affiliate |

| SCHEDULE 2<br><br>Category | Party in Interest | Client Relationship |
|---|---|---|
| Other Non-Debtor Affiliates | **Janssen Pharmaceutica S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Pharmaceutica (Proprietary) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Pharmaceutical K.K.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Pharmaceutical Sciences Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Pharmaceutical Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Pharmaceuticals, Inc.** | Current |
| Other Non-Debtor Affiliates | **Janssen Products, LP** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen R&D Ireland Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Research & Development, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Sciences Ireland Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Scientific Affairs, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Supply Group, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Vaccines & Prevention B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen Vaccines Corp.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag (New Zealand) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag A/S** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag AG** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Aktiebolag** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag AS** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag d.o.o. Beograd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag de Mexico S. de R.L. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Farmaceutica Lda.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Farmaceutica Ltda.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag International NV** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Kft.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Manufacturing, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag NV** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag OY** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Pharma GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Pharmaceutical S.A.C.I.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Polska, Sp. z o.o.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag Pty Ltd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Janssen-Cilag S.A.** | Current Affiliate |

| SCHEDULE 2 | | |
| Category | Party in Interest | Client Relationship |
| Other Non-Debtor Affiliates | Janssen-Cilag s.r.o. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen-Cilag, S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen-Cilag, S.A. de C.V. | Current Affiliate |
| Other Non-Debtor Affiliates | Janssen-Pharma, S.L. | Current Affiliate |
| Other Non-Debtor Affiliates | J-C Health Care Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | Jevco Holding, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | JJ Surgical Vision Spain, S.L. | Current Affiliate |
| Other Non-Debtor Affiliates | JJC Acquisition Company B.V. | Current Affiliate |
| Other Non-Debtor Affiliates | JJHC, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | JJSV Belgium BV | Current Affiliate |
| Other Non-Debtor Affiliates | JJSV Manufacturing Malaysia SDN. BHD. | Current Affiliate |
| Other Non-Debtor Affiliates | JJSV Norden AB | Current Affiliate |
| Other Non-Debtor Affiliates | JJSV Produtos Oticos Ltda. | Current Affiliate |
| Other Non-Debtor Affiliates | JNJ Global Business Services s.r.o. | Current Affiliate |
| Other Non-Debtor Affiliates | JNJ Holding EMEA B.V. | Current Affiliate |
| Other Non-Debtor Affiliates | JNJ International Investment LLC | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (APAC) HoldCo 2 LLC | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (APAC) HoldCo 3 Pte. Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (APAC) HoldCo LLC | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (APAC) HoldCo Pte. Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (Japan) HoldCo Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (Malaysia) Sdn. Bhd. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (Middle East) HoldCo LLC | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (Puerto Rico) HoldCo GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (Shanghai) Investment Co., Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (Switzerland) HoldCo GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (Thailand) HoldCo LLC | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL (UK) HoldCo Limited | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (Belgium) BV | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (Brazil) Ltda. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (Czech Republic) s.r.o. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (Dominican Republic), S.A.S. | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (Finland) Oy | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (France) SAS | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (Hungary) Kft | Current Affiliate |
| Other Non-Debtor Affiliates | JNTL Consumer Health (India) Private Limited | Current Affiliate |

| SCHEDULE 2 | | |
| --- | --- | --- |
| **Category** | **Party in Interest** | **Client Relationship** |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (New Zealand) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Norway) AS** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Philippines) Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Poland) sp. z o.o.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Portugal) Limitada** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Services) LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Slovakia), s.r.o.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Spain), S.L.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Taiwan) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health (Vietnam) Co. Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health General Services BV** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health I (Ireland) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health I (Switzerland) GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health II (Switzerland) GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health Mexico, S. de R.L. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Consumer Health Middle East FZ-LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo 2 LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo 3 LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo 4 LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo 5 LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo 6 LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo 7 LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo 8 LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL HoldCo LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Holdings 2, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Holdings 3, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Holdings B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Holdings, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Ireland HoldCo 2 B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Netherlands HoldCo B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JNTL Turkey Tüketici Sağlığı Limited Şirketi** | Current Affiliate |
| Other Non-Debtor Affiliates | ***Johnson & Johnson*** | Current |
| Other Non-Debtor Affiliates | **Johnson & Johnson - Societa' Per Azioni** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Angola), Limitada** | Current Affiliate |

| SCHEDULE 2<br><br>Category | Party in Interest | Client Relationship |
|---|---|---|
| Other Non-Debtor Affiliates | **Johnson & Johnson (Australia) Pty Ltd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Canada) Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (China) Investment Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Ecuador) S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Egypt) S.A.E.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Hong Kong) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Ireland) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Jamaica) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Kenya) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Middle East) Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Mozambique), Limitada** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Namibia) (Proprietary) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (New Zealand) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Philippines), Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Private) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Singapore) Holdco LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Thailand) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Trinidad) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson (Vietnam) Co., Ltd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson AB** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson AG** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Bulgaria EOOD** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson China Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer NV** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer Saudi Arabia Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer Services EAME Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer (Hong Kong) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer (Thailand) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Consumer Holdings France** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson d.o.o.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson de Argentina S.A.C. e. I.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson de Chile S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson de Colombia S.A.** | Current Affiliate |

| SCHEDULE 2 | | |
| Category | Party in Interest | Client Relationship |
| Other Non-Debtor Affiliates | Johnson & Johnson de Mexico, S.A. de C.V. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson de Uruguay S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson de Venezuela, S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson del Ecuador, S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Del Paraguay, S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson del Peru S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Dominicana, S.A.S. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Enterprise Innovation Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson European TreasuryUnlimited Company | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Finance Corporation | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Finance Limited | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Financial Services GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson for Export and Import LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Gateway, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Gesellschaft m.b.H. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson GT, Sociedad Anónima | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Guatemala, S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Health and Wellness Solutions, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Health Care Systems Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Hellas Commercial and Industrial S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Hemisferica S.A. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Holdco (NA) Inc. | Current |
| Other Non-Debtor Affiliates | Johnson & Johnson Holding GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Holdings (Austria) GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Industrial Ltda. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Innovation - JJDC, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Innovation Limited | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson Innovation LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Johnson & Johnson International | Current Affiliate |

SCHEDULE 2

| Category | Party in Interest | Client Relationship |
|---|---|---|
| Other Non-Debtor Affiliates | **Johnson & Johnson International Financial Services Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson International (Singapore) Pte. Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Irish Finance Company Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson K.K.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Kft.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Korea Selling & Distribution LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Korea, Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Luxembourg Finance Company Sarl** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Management Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical (Proprietary) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical (China) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical (Shanghai) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical (Suzhou) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Greece Single Member S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Korea Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Mexico, S.A. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical NV** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Products GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Pty Ltd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical S.p.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical SAS** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Saudi Arabia Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical Taiwan Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medical, S.C.S.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi** | Current Affiliate |

| SCHEDULE 2 | | |
|---|---|---|
| **Category** | **Party in Interest** | **Client Relationship** |
| Other Non-Debtor Affiliates | **Johnson & Johnson MedTech (Thailand) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Medtech Colombia S.A.S.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Middle East FZ-LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Morocco Societe Anonyme** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Nordic AB** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Pacific Pty Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Pakistan (Private) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Panama, S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Personal Care (Chile) S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Pharmaceutical Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Poland Sp. z o.o.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Private Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Pte. Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Pty. Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Romania S.R.L.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson S.E. d.o.o.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson S.E., Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Sante Beaute France** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson SDN. BHD.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Services, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Surgical Vision India Private Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Surgical Vision, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Taiwan Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson UK Treasury Company Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Ukraine LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Urban Renewal Associates** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Vision Care (Shanghai) Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Vision Care (Australia) Pty Ltd** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Vision Care Ireland Unlimited Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Vision Care, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson Vision Korea, Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson, Lda** | Current Affiliate |

| SCHEDULE 2 | | |
| --- | --- | --- |
| **Category** | **Party in Interest** | **Client Relationship** |
| Other Non-Debtor Affiliates | **Johnson & Johnson, S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson, S.A. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson & Johnson, s.r.o.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson and Johnson (Proprietary) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi** | Current Affiliate |
| Other Non-Debtor Affiliates | **Johnson Y Johnson de Costa Rica, S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **JOM Pharmaceutical Services, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Kenvue Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **La Concha Land Investment Corporation** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil AB** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Consumer Pharmaceuticals Co.** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Denmark ApS** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Healthcare (Ireland) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Healthcare (UK) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Healthcare LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Iberica S.L.U.** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil LA LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNEIL MMP, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Nutritionals, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Panama, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Products Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **McNeil Sweden AB** | Current Affiliate |
| Other Non-Debtor Affiliates | **Medical Device Business Services, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Medical Devices & Diagnostics Global Services, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Medical Devices International LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Medos International Sarl** | Current Affiliate |
| Other Non-Debtor Affiliates | **Medos Sarl** | Current Affiliate |
| Other Non-Debtor Affiliates | **MegaDyne Medical Products, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Menlo Care De Mexico, S.A. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Mentor B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Mentor Deutschland GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **Mentor Medical Systems B.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Mentor Partnership Holding Company I, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Mentor Texas GP LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Mentor Texas L.P.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Mentor Worldwide LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Middlesex Assurance Company Limited** | Current Affiliate |

| SCHEDULE 2 | | |
| --- | --- | --- |
| **Category** | **Party in Interest** | **Client Relationship** |
| Other Non-Debtor Affiliates | **Momenta Ireland Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Momenta Pharmaceuticals, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **NeoStrata Company, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **NeoStrata UG (haftungsbeschränkt)** | Current Affiliate |
| Other Non-Debtor Affiliates | **Netherlands Holding Company** | Current Affiliate |
| Other Non-Debtor Affiliates | **Neuravi Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **NeuWave Medical, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Novira Therapeutics, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **NuVera Medical, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Obtech Medical Mexico, S.A. de C.V.** | Current Affiliate |
| Other Non-Debtor Affiliates | **OBTECH Medical Sarl** | Current Affiliate |
| Other Non-Debtor Affiliates | **OGX Beauty Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **OMJ Holding GmbH** | Current Affiliate |
| Other Non-Debtor Affiliates | **OMJ Pharmaceuticals, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Omrix Biopharmaceuticals Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Omrix Biopharmaceuticals NV** | Current Affiliate |
| Other Non-Debtor Affiliates | **Omrix Biopharmaceuticals, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ortho Biologics LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Ortho Biotech Holding LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Orthospin Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Orthotaxy SAS** | Current Affiliate |
| Other Non-Debtor Affiliates | **Patriot Pharmaceuticals, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Peninsula Pharmaceuticals, LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Percivia LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **Pharmadirect Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Pharmedica Laboratories (Proprietary) Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **preCARDIA, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Princeton Laboratories, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Productos de Cuidado Personal y de La Salud de Bolivia S.R.L.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Proleader S.A.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Prosidyan, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **PT Integrated Healthcare Indonesia** | Current Affiliate |
| Other Non-Debtor Affiliates | **PT Johnson & Johnson Indonesia** | Current Affiliate |
| Other Non-Debtor Affiliates | **PT Johnson and Johnson Indonesia Two** | Current Affiliate |
| Other Non-Debtor Affiliates | **Pulsar Vascular, Inc.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Regency Urban Renewal Associates** | Current Affiliate |
| Other Non-Debtor Affiliates | **RespiVert Ltd.** | Current Affiliate |

| SCHEDULE 2 | | |
| Category | Party in Interest | Client Relationship |
| Other Non-Debtor Affiliates | Royalty A&M LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Rutan Realty LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Scios LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Serhum S.A. de C.V. | Current Affiliate |
| Other Non-Debtor Affiliates | Shanghai Elsker Mother & Baby Co., Ltd | Current Affiliate |
| Other Non-Debtor Affiliates | Shanghai Johnson & Johnson Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | Shanghai Johnson & Johnson Pharmaceuticals Ltd. | Current Affiliate |
| Other Non-Debtor Affiliates | Sodiac ESV | Current Affiliate |
| Other Non-Debtor Affiliates | Spectrum Vision Limited Liability Company | Current Affiliate |
| Other Non-Debtor Affiliates | Spectrum Vision Limited Liability Partnership | Current Affiliate |
| Other Non-Debtor Affiliates | SterilMed, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Surgical Process Institute Deutschland GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes Costa Rica S.C.R., Limitada | Current Affiliate |
| Other Non-Debtor Affiliates | SYNTHES GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes Holding AG | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes Holding Limited | Current Affiliate |
| Other Non-Debtor Affiliates | SYNTHES Medical Immobilien GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes Medical Surgical Equipment &Instruments Trading LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes Produktions GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes Proprietary Limited | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes S.M.P., S. de R.L. de C.V. | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes Tuttlingen GmbH | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes USA Products, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes USA, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Synthes, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | TARIS Biomedical LLC | Current Affiliate |
| Other Non-Debtor Affiliates | TearScience, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | The Anspach Effort, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | The Vision Care Institute, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Tibotec, LLC | Current Affiliate |
| Other Non-Debtor Affiliates | Torax Medical, Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | UAB "Johnson & Johnson" | Current Affiliate |
| Other Non-Debtor Affiliates | Vania Expansion | Current Affiliate |
| Other Non-Debtor Affiliates | Verb Surgical Inc. | Current Affiliate |
| Other Non-Debtor Affiliates | Vision Care Finance Unlimited Company | Current Affiliate |

SCHEDULE 2

| Category | Party in Interest | Client Relationship |
|---|---|---|
| Other Non-Debtor Affiliates | **Vogue International LLC** | Current Affiliate |
| Other Non-Debtor Affiliates | **WH4110 Development Company, L.L.C.** | Current Affiliate |
| Other Non-Debtor Affiliates | **Xian Janssen Pharmaceutical Ltd.** | Current Affiliate |
| Other Non-Debtor Affiliates | **XO1 Limited** | Current Affiliate |
| Other Non-Debtor Affiliates | **Zarbee's, Inc.** | Current Affiliate |
| Major Current Business Affiliations of Debtor's Managers | **National Council, McLean Hospital** | Current Affiliate |
| Depository and Disbursement Banks | **Bank of America, N.A.** | Current |
| Major Sureties | **Liberty Mutual Insurance Company** | Current |
| Major Sureties | **Travelers Casualty and Surety Company of America** | Current Affiliate |
| Parties to Material Contracts with the Debtor | ***Johnson & Johnson*** | Current |
| Parties to Material Contracts with the Debtor | **Johnson & Johnson Holdco (NA) Inc.** | Current Affiliate |
| Parties to Material Contracts with the Debtor | **Johnson & Johnson Services, Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **3M Company** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Albertsons Companies, Inc.** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Avon Products, Inc.** | Former |
| Significant Co-Defendants in Talc Related Litigation | **Barretts Minerals, Inc.** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **BASF Catalysts LLC** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Block Drug Company, Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Borg Warner Morse Tec, Inc.** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Bristol-Myers Squibb Company** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Chattem, Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Colgate-Palmolive Company** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Conopco Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Coty, Inc.** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Crane Co.** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Dana Companies, LLC** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **DAP Products, Inc.** | Former Affiliate |

| SCHEDULE 2 Category | Party in Interest | Client Relationship |
|---|---|---|
| Significant Co-Defendants in Talc Related Litigation | **Dollar General Corporation** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Duane Reade Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Eaton Corporation** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Eli Lilly and Company** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Elizabeth Arden, Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Estee Lauder Inc.** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Family Dollar Stores Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Flowserve US, Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **FMC Corporation** | Former |
| Significant Co-Defendants in Talc Related Litigation | **Food 4 Less of California, Inc.** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Ford Motor Company** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Foster Wheeler, LLC** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Gardner Denver, Inc.** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **General Electric Company** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Goodyear Tire & Rubber Co.** | Former |
| Significant Co-Defendants in Talc Related Litigation | **Goulds Pumps, LLC** | Former |
| Significant Co-Defendants in Talc Related Litigation | **Grinnell LLC** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Honeywell International, Inc.** | Current |
| Significant Co-Defendants in Talc Related Litigation | **Imerys Talc America, Inc.** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Imerys USA, Inc.** | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **IMO Industries Inc.** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **K&B Louisiana Corporation** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Kmart Corporation** | Former |
| Significant Co-Defendants in Talc Related Litigation | **Kolmar Laboratories** | Former |
| Significant Co-Defendants in Talc Related Litigation | **Lucky Stores, Inc.** | Former Affiliate |

| SCHEDULE 2 Category | Party in Interest | Client Relationship |
|---|---|---|
| Significant Co-Defendants in Talc Related Litigation | Macy's, Inc. | Former |
| Significant Co-Defendants in Talc Related Litigation | Metropolitan Life Insurance Company | Current |
| Significant Co-Defendants in Talc Related Litigation | Noxell Corporation | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Pfizer, Inc. | Current |
| Significant Co-Defendants in Talc Related Litigation | Publix Super Markets, Inc. | Former |
| Significant Co-Defendants in Talc Related Litigation | Ralphs Grocery Company | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Revlon Consumer Products Corporation | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Revlon, Inc. | Former |
| Significant Co-Defendants in Talc Related Litigation | Rite Aid Corporation | Current |
| Significant Co-Defendants in Talc Related Litigation | Safeway, Inc. | Former |
| Significant Co-Defendants in Talc Related Litigation | Sanofi-Aventis U.S. LLC | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Shulton, Inc. | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Specialty Minerals Inc. | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Target Corporation | Former Affiliate |
| Significant Co-Defendants in Talc Related Litigation | The Dow Chemical Company | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | The Estee Lauder Companies, Inc. | Current |
| Significant Co-Defendants in Talc Related Litigation | The Kroger Co. | Former |
| Significant Co-Defendants in Talc Related Litigation | The Procter & Gamble Company | Former |
| Significant Co-Defendants in Talc Related Litigation | Thrifty Payless, Inc. | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Unilever Home & Personal Care USA | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | Union Carbide Corporation | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | ViacomCBS, Inc. | Current |
| Significant Co-Defendants in Talc Related Litigation | Walgreen Co. | Current |
| Significant Co-Defendants in Talc Related Litigation | Walmart, Inc. | Current |
| Significant Co-Defendants in Talc Related Litigation | Warren Pumps, LLC | Current Affiliate |

| SCHEDULE 2 | | |
|---|---|---|
| **Category** | **Party in Interest** | **Client Relationship** |
| Significant Co-Defendants in Talc Related Litigation | **Wyeth Holdings LLC** | Current Affiliate |
| Significant Co-Defendants in Talc Related Litigation | **Yves Saint Laurent America, Inc.** | Former Affiliate |
| Material Potentially Indemnified Parties | **Bausch Health Companies Inc.** | Current |
| Material Potentially Indemnified Parties | **Imerys Talc America, Inc.** | Former Affiliate |
| Material Potentially Indemnified Parties | **Imerys Talc Vermont, Inc.** | Former Affiliate |
| Material Potentially Indemnified Parties | **Luzenac America, Inc.** | Former Affiliate |
| Material Potentially Indemnified Parties | **Publix Super Markets, Inc.** | Former |
| Material Potentially Indemnified Parties | **Rio Tinto America, Inc.** | Current Affiliate |
| Material Potentially Indemnified Parties | **Rite Aid Corporation** | Current |
| Material Potentially Indemnified Parties | **Safeway Inc.** | Former |
| Material Potentially Indemnified Parties | **Walmart Inc.** | Current |
| Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases | **Imerys S.A.** | Former |
| Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases | **Imerys Talc America, Inc.** | Former Affiliate |
| Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases | **Imerys Talc Vermont, Inc. (fka Windsor Minerals Inc.)** | Former Affiliate |
| Key Parties in Imerys Talc America, Inc. and Cyprus Mines Corp. Chapter 11 Cases | **Luzenac America, Inc.** | Former Affiliate |
| Debtor's Insurers | **Aetna Casualty and Surety Company** | Current Affiliate |
| Debtor's Insurers | **AIG Europe S.A.** | Current Affiliate |
| Debtor's Insurers | **AIG Property and Casualty Company** | Current Affiliate |
| Debtor's Insurers | **AIU Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Allianz Global Risks US Insurance Company** | Current Affiliate |
| Debtor's Insurers | **Allianz Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Allstate Insurance Company** | Current Affiliate |
| Debtor's Insurers | **Continental Insurance Company** | Current Affiliate |
| Debtor's Insurers | **Employers Ins. Company of Wausau** | Current Affiliate |
| Debtor's Insurers | **Employers Ins. of Wausau** | Current Affiliate |
| Debtor's Insurers | **Fireman's Fund Ins. Company** | Current Affiliate |
| Debtor's Insurers | **First State Ins. Company** | Former Affiliate |

| SCHEDULE 2 Category | Party in Interest | Client Relationship |
|---|---|---|
| Debtor's Insurers | **Granite State Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Great American** | Current Affiliate |
| Debtor's Insurers | **Great Southwest Fire Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Hartford Accident and Indemnity Company** | Former Affiliate |
| Debtor's Insurers | **Home Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Ins. Company of the State of Pennsylvania** | Current Affiliate |
| Debtor's Insurers | **International Ins. Company** | Former |
| Debtor's Insurers | **Lexington Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Middlesex Assurance Company** | Current Affiliate |
| Debtor's Insurers | **Mission Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Munich Reinsurance America, Inc.** | Former Affiliate |
| Debtor's Insurers | **National Casualty Company** | Former Affiliate |
| Debtor's Insurers | **National Union Fire Ins. Company of Pittsburgh, PA** | Current Affiliate |
| Debtor's Insurers | **Nationwide** | Former |
| Debtor's Insurers | **New Hampshire Ins. Company** | Current Affiliate |
| Debtor's Insurers | **North River Ins. Company** | Former Affiliate |
| Debtor's Insurers | **Prudential Reinsurance Company** | Current Affiliate |
| Debtor's Insurers | **Republic Indemnity Company of America** | Current Affiliate |
| Debtor's Insurers | **Resolute Management Inc.** | Former Affiliate |
| Debtor's Insurers | **TIG Insurance Company** | Former Affiliate |
| Debtor's Insurers | **Transamerica Premier Insurance Company** | Former Affiliate |
| Debtor's Insurers | **Travelers Casualty and Surety Company** | Current Affiliate |
| Debtor's Insurers | **Versicherungs AG, Dusseldorf** | Former Affiliate |
| Debtor's Insurers | **Westport Insurance Corporation** | Current Affiliate |
| Debtor's Insurers | **XL Ins. Company** | Current Affiliate |
| Debtor's Insurers | **Safety Mutual Casualty Corporation** | Former Affiliate |
| Potential Parties in Canadian Proceeding | **Ernst & Young Inc.** | Current |
| States/Federal District With Consumer Protection Investigations/Actions | **New York** | Former Affiliate |