**<u>EXHIBIT B</u>**

**Certification of John R. Castellano
in Support of Application for Retention of AlixPartners**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

**CERTIFICATION OF JOHN R. CASTELLANO IN SUPPORT OF**
**APPLICATION FOR RETENTION OF ALIXPARTNERS, LLP AS**
**FINANCIAL ADVISOR FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

I, JOHN R. CASTELLANO, being of full age, certify as follows:

1.      AlixPartners, LLP ("AlixPartners") is seeking authorization to be retained as financial advisor for the above-captioned debtor (the "Debtor" or "LTL Management") in this Chapter 11 Case and make this certification in support of the *Application for Retention of AlixPartners, LLP as Financial Advisor for the Debtor Effective as of the Petition Date* filed by the Debtor (the "Application").[2]

---

[1]      The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2]      Capitalized terms used herein but not defined shall have the meaning given to such terms in the Application.

2.      AlixPartners' and my professional credentials include that AlixPartners' professionals and I have assisted, advised, and provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases of similar size and complexity to the Debtor's Chapter 11 Case.  AlixPartners has provided financial or crisis management services in numerous large cases, including:  Core Scientific, Inc., Clovis Oncology, Inc., FTX Trading Ltd., Phoenix Services Topco, LLC, Kabbage Inc. d/b/a KServicing, Lumileds Holding B.V., Carestream Health, Inc., MD Helicopters, Inc., Carlson Travel Inc., LTL Management LLC, Basic Energy Services, Inc., Alpha Latam Management, LLC, Nine Point Energy, LLC, Grupo Aeromexico S.A.B. de C.V., and Purdue Pharma L.P.

3.      I am a Partner and Managing Director of AlixPartners.

4.      The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

AlixPartners' decision to accept this engagement to provide services to the Debtor is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in Schedule 1 of the Engagement Letter (the "Fee and Expense Structure").

AlixPartners' current standard hourly rates, subject to periodic adjustments, are as follows:

| Title | Hourly Rate |
| --- | --- |
| Managing Director | $1,140 – $1,400 |
| Partner | $1,115 |
| Director | $880 – $1,070 |
| Senior Vice President | $735 – $860 |
| Vice President | $585 – $725 |
| Consultant | $215 – $565 |
| Paraprofessional | $360 – $380 |

AlixPartners generally changes its rates semi-annually.  AlixPartners will provide notice of any rate increases consistent with the Prior Retention Order, as set forth in the proposed order filed with this Application.

To the extent that AlixPartners requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

In addition to compensation for professional services rendered by AlixPartners Personnel, AlixPartners will seek reimbursement for reasonable, necessary, and documented out-of-pocket expenses incurred in connection with this Chapter 11 Case, including transportation costs, lodging, and meals.

To the extent AlixPartners requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.[3]

The Debtor understands that AlixPartners intends to apply for compensation for services rendered and reimbursement of expenses incurred in connection with this Chapter 11 Case, subject to the Court's approval and in compliance with the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (Appendix A to 28 C.F.R. § 58), applicable provisions of the Bankruptcy Code, including sections 330 and 331, the Bankruptcy Rules, the Local Rules, and any other further orders of the Court, including any order establishing procedures for interim compensation an reimbursement of expenses of retained professionals (any such order, any "Interim Compensation Order"), both in connection with this application and the interim and final fee applications to be filed by AlixPartners in this Chapter 11 Case.

AlixPartners will maintain records in support of any fees (in 1/10th of an hour increments), costs, and expenses incurred in connection with services rendered in this Chapter 11 Case. Records will be arranged by category and nature of the services rendered and will include reasonably detailed descriptions of those services provided on behalf of the Debtor. AlixPartners' applications for compensation of fees and reimbursement of expenses will be paid by the Debtor pursuant to the terms of the Engagement Letter and any procedures established by the Court, pursuant to an interim compensation order or otherwise.

AlixPartners often works for compensation that includes hourly-based fees and performance-based, contingent-incentive compensation earned upon achieving meaningful results. AlixPartners is not seeking a success fee in connection with this Chapter 11 Case.

The Engagement Letter contains standard indemnification language with respect to AlixPartners' services including, without limitation, an agreement by the Debtor to indemnify AlixPartners and its affiliates, partners, directors, officers, employees and agents (each, an "AlixPartners Party") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Engagement Letter, except for those finally determined or otherwise agreed by the parties to be the direct result of the gross negligence, bad faith, willful misconduct or fraud of any AlixPartners Party.

The Engagement Letter also contains a limitation of liability provision (the "Limitation of Liability Provision") that limits the liability of AlixPartners for direct damages to two times the amount of fees paid with respect to services performed under the Engagement Letter.

The Debtor and AlixPartners believe that the indemnification provisions contained in the Engagement Letter (the "Indemnification Provisions") and the Limitation of Liability Provision are

---

[3] Consistent with the Prior Retention Order, to the extent AlixPartners uses the services of independent contractors (the "Contractors") in the Chapter 11 Case, AlixPartners shall: (a) pass through the cost of such Contractors to the Debtor at the same rate that AlixPartners pays the Contractors; (b) seek reimbursement for actual costs incurred; (c) require the Contractors to file Rule 2014 affidavits indicating that they have reviewed the potential parties in interest list in this Chapter 11 Case received from the Debtor and/or its representatives (each party a "Party in Interest", and collectively the "Parties in Interest List") in this case, disclose the Contractors' relationships, if any, with Parties in Interest List and indicate that they are disinterested; (d) confirm that the Contractors remain disinterested during the time that AlixPartners is involved in providing services to the Debtor; (e) require the Contractors to represent that they will not work for the Debtor or other parties-in-interest in this case during the time AlixPartners is involved in providing services to the Debtor; and (f) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

customary and reasonable for AlixPartners and comparable firms providing financial advisory services.

The terms and conditions of the Indemnification Provisions and the Limitation of Liability Provision were negotiated by the Debtor and AlixPartners at arm's length and in good faith. The provisions contained in the Engagement Letter, viewed in conjunction with the other terms of AlixPartners' proposed retention, are reasonable and in the best interest of the Debtor, its estate, and all parties in interest in light of the fact that the Debtor requires AlixPartners' services to successfully reorganize. Nonetheless, AlixPartners has agreed that the Indemnification Provisions shall be subject to the same terms contained in the Prior Retention Order and that the Limitation of Liability Provisions shall have no force or effect during the pendency of this Chapter 11 Case.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5.   To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: <u>See</u> no. 6 below.

6.   To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe Connection:

In connection with its proposed retention by the Debtor in this Chapter 11 Case, AlixPartners undertook a complex process, the details of which are set forth in <u>Schedule 2</u>, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtor's estate. Specifically, AlixPartners obtained from the Debtor and/or its representatives a potential parties in interest list in this Chapter 11 Case (each party a "<u>Party in Interest</u>", and collectively the "<u>Parties in Interest List</u>"). The Parties in Interest List is attached hereto as <u>Schedule 1</u>.[4] A search was performed for connections to each Party in Interest as to AlixPartners Holdings, LLP, AlixPartners' parent company ("<u>Holdings</u>"), and each of Holdings' U.S. and non-U.S. subsidiaries ("<u>Holdings Enterprise</u>", collectively "<u>AP</u>"). Results for connections to the Parties in Interest List are disclosed on <u>Schedule 2</u>.

Based on that review, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtor's estate.

AlixPartners and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners appears in numerous cases, proceedings, and transactions involving many different law firms,

---

[4]   <u>Schedule 1</u> includes the Parties in Interest List prepared as of April 26, 2023.

accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in this Chapter 11 Case. Further, AlixPartners has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in this Chapter 11 Case. In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtor or this Chapter 11 Case in which it works with or in opposition to other professionals involved in this Chapter 11 Case. Moreover, AlixPartners might have referred work to other professionals retained in this Chapter 11 Case. Likewise, professionals retained in this Chapter 11 Case might have referred work to AlixPartners. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtor.

From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtor and various other parties adverse to the Debtor in matters <u>wholly unrelated</u> to this Chapter 11 Case. As described herein, however, AlixPartners has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity holder, insider, or other party-in-interest in such unrelated matters.

To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the AlixPartners' personnel (a) have any connection with the Court and employees in the Office of the Court and (b) bankruptcy judges for the District of New Jersey, except as otherwise set forth <u>Schedule 2</u>.

To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the Debtor on matters relating to, or in direct connection with, this Chapter 11 Case. AlixPartners will continue to provide professional services to entities that may be creditors or equity holders of the Debtor or other parties in interest in this Chapter 11 Case, provided that such services do not relate to, or have any direct connection with, this Chapter 11 Case.

Certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

Despite the efforts described above to identify and disclose the connections that AlixPartners and its affiliates have with parties in interest in this Chapter 11 Case, because the Debtor is a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtor, any creditor, or any attorney for such party in interest in this Chapter 11 Case, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estate in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with this Chapter 11 Case other than in accordance with the applicable provisions of the Bankruptcy Code.

Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I, AlixPartners, nor any AlixPartners' Personnel holds or represents any interest adverse to the Debtor or its estate, and AlixPartners is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that AlixPartners and its professionals and employees who will work on the engagement:

    (a)    are not creditors, equity holders, or insiders of the Debtor;

(b)     were not, within two years before the Petition Date, a director, officer or employee of the Debtor; and

(c)     do not have an interest materially adverse to the interest of the Debtor's estate or any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

If AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014. AlixPartners reserves the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the Debtor.

With regards to compensation prior to the Petition Date, the Debtor paid AlixPartners for its services in connection with the 2021 Chapter 11 Case pursuant to the interim compensation order entered in that case throughout the pendency of the 2021 Chapter 11 Case.

On April 4, 2023, following the entry of the Dismissal Order and prior to the commencement of this Chapter 11 Case, AlixPartners received payment from the Debtor of all unpaid actual and estimated fees incurred through the commencement of this Chapter 11 Case.

In particular, following the entry of the Dismissal Order, on April 4, 2023, the Debtor paid AlixPartners $148,069.70 via wire transfer (the "Payment").  This amount comprises of (a) $118,069.70 on account of actual and estimated fees and expenses incurred but not yet paid in the 2021 Chapter 11 Case through the entry of the Dismissal Order (the "Pre-Dismissal Amounts"), and (b) $30,000.00 for AlixPartners's estimated fees and expenses incurred following dismissal of the 2021 Chapter 11 Case and prior to the commencement of this Chapter 11 Case (the "Post-Dismissal Amounts").  The Payment was applied to the Pre-Dismissal Amounts and the Post-Dismissal Amounts prior to the commencement of this Chapter 11 Case.  Accordingly, as of the Petition Date, AlixPartners was not owed any amounts by the Debtor.

This payment to AlixPartners was made in accordance with the terms of the Dismissal Order, which provides that a Retained Professional (as defined therein) may "seek final allowance and payment of compensation and reimbursement of expenses" in accordance with the procedures set forth in the Dismissal Order, which procedures included serving "a statement of all of its unpaid fees and expenses incurred in [the 2021] Chapter 11 Case through the Dismissal Date" on the Debtor "no later than 45 days following the Dismissal Date." Dismissal Order, ¶ 5.  AlixPartners served such a statement on the Debtor.[5]

In addition, the Debtor was solvent at the time it made this payment to AlixPartners.  See LTL, 64 F.4th at 108 ("LTL, at the time of its filing, was highly solvent with access to cash to meet comfortably its liabilities as they came due for the foreseeable future."); see also Apr. 18, 2023 Hr'g Tr. 62:21-25 (the Debtor's chief legal officer testifying that Johnson & Johnson Holdco (NA) Inc. ("Holdco"), the party to the funding agreement with the Debtor, is valued at around $30 billion); id. at 207:3-4 (counsel for the Debtor reiterating that the value of Holdco is $30 billion).

After the Petition Date, AlixPartners reconciled the Payment made with respect to Pre-Dismissal Amounts and the Post-Dismissal Amounts.  Following such reconciliation, AlixPartners holds a retainer (the "Retainer") in the total amount of $35,215.00.  AlixPartners will apply this Retainer

---

[5]     On April 26, 2023, the Debtor filed a motion for authorization to satisfy the fees and expenses of the other estate professionals involved in the 2021 Chapter 11 Case per the terms of the Dismissal Order.  See Dkt. 319.

to fees and expenses incurred from and after the Petition Date consistent with the terms of any Interim Compensation Order, but AlixPartners will not apply any portion of the Retainer unless and until authorized to do so by a further order of this Court, including any Interim Compensation Order.

7.      To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

        ☒ do not hold an adverse interest to the estate.

        ☒ do not represent an adverse interest to the estate.

        ☒ are disinterested under 11 U.S.C. § 101(14).

        ☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

        ☐ Other.  Explain:

8.      If the professional is an auctioneer,

    a.      The following are my qualifications and experience with the liquidation or sale of similar property: N/A

    b.      The proposed method of calculation of my compensation, including rates and formulas, is: N/A

        Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

    c.      The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: N/A

    d.      Have you, or a principal of your firm, been convicted of a criminal offense?
        ☐ No          ☐ Yes (explain below)          ☒ N/A

    e.      I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.  N/A

9.      If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

I certify under penalty of perjury that the above information is true.

Date:  May 4, 2023          /s/ John R. Castellano_____
                 John R. Castellano

# <u>SCHEDULE 1</u>

**Schedule of Potentially Interested Parties**

**LTL Management LLC
Potentially Interested Parties**

**Debtor**
LTL Management LLC

**Direct Equity Owner of Debtor**
Johnson & Johnson Holdco (NA) Inc.

**Debtor's Direct Non-Debtor Subsidiary**
Royalty A&M LLC

**Other Non-Debtor Affiliates**
3Dintegrated ApS
ABD Holding Company, Inc.
ABIOMED R&D, Inc.
ABIOMED, Inc.
Acclarent, Inc.
Actelion Ltd
Actelion Pharmaceuticals Ltd
Actelion Pharmaceuticals Trading
   (Shanghai) Co., Ltd.
Actelion Pharmaceuticals US, Inc.
Actelion Treasury Unlimited Company
Albany Street LLC
ALZA Corporation
Alza Land Management, Inc.
AMO (Hangzhou) Co., Ltd.
AMO (Shanghai) Medical Devices
   Trading Co., Ltd.
AMO ASIA LIMITED
AMO Australia Pty Limited
AMO Canada Company
AMO Denmark ApS
AMO Development, LLC
AMO France
AMO Germany GmbH
AMO Groningen B.V.
AMO International Holdings
   Unlimited Company
AMO Ireland
AMO Italy SRL
AMO Japan K.K.
AMO Manufacturing USA, LLC
AMO Netherlands BV
AMO Nominee Holdings, LLC

AMO Norway AS
AMO Puerto Rico Manufacturing, Inc.
AMO Sales and Service, Inc.
AMO Singapore Pte. Ltd.
AMO Spain Holdings, LLC
AMO Switzerland GmbH
AMO United Kingdom, Ltd.
AMO Uppsala AB
Anakuria Therapeutics, Inc.
AorTx, Inc.
Apsis SAS
Aragon Pharmaceuticals, Inc.
Asia Pacific Holdings, LLC
Atrionix, Inc.
AUB Holdings LLC
Auris Health, Inc.
Backsvalan 6 Handelsbolag
Beijing Dabao Cosmetics Co., Ltd.
BeneVir BioPharm, Inc.
Berna Rhein B.V.
BioMedical Enterprises, Inc.
Biosense Webster (Israel) Ltd.
Biosense Webster, Inc.
Breethe, Inc.
C Consumer Products Denmark ApS, n/k/a
   Coloplast Konsumerntvarer A/S
Carlo Erba OTC S.r.l.
Centocor Biologics, LLC
Centocor Research & Development, Inc.
Cerenovus, Inc.
ChromaGenics B.V.
Ci:z. Labo Co., Ltd.
Cilag AG
Cilag GmbH International
Cilag Holding AG
Cilag Holding Treasury Unlimited Company
Cilag-Biotech, S.L.
Coherex Medical, Inc.
ColBar LifeScience Ltd.
Consumer Test Entity
Cordis de Mexico, S.A. de C.V.
Corimmun GmbH
CoTherix Inc.

CRES Holdings, Inc.
CrossRoads Extremity Systems, LLC
CSATS, Inc.
Debs-Vogue Corporation
    (Proprietary) Limited
DePuy Hellas SA
DePuy International Limited
DePuy Ireland Unlimited Company
DePuy Mexico, S.A. de C.V.
DePuy Mitek, LLC
DePuy Orthopaedics, Inc.
DePuy Products, Inc.
DePuy Spine, LLC
DePuy Synthes Institute, LLC
DePuy Synthes Products, Inc.
DePuy Synthes Sales, Inc.
DePuy Synthes, Inc.
Dutch Holding LLC
ECL7, LLC
EES Holdings de Mexico,
    S. de R.L. de C.V.
EES, S.A. de C.V.
EIT Emerging Implant Technologies GmbH
Ethicon Endo-Surgery (Europe) GmbH
Ethicon Endo-Surgery, Inc.
Ethicon Endo-Surgery, LLC
Ethicon LLC
Ethicon Sarl
Ethicon US, LLC
Ethicon Women's Health & Urology Sarl
Ethicon, Inc.
Ethnor (Proprietary) Limited
Ethnor del Istmo S.A.
Ethnor Farmaceutica, S.A.
Finsbury (Development) Limited
Finsbury (Instruments) Limited
Finsbury Medical Limited
Finsbury Orthopaedics International Limited
Finsbury Orthopaedics Limited
FMS Future Medical System SA
GATT Technologies B.V.
GH Biotech Holdings Limited
Global Investment Participation B.V.
GMED Healthcare BV
Guangzhou Bioseal Biotech Co., Ltd.
Hansen Medical Deutschland GmbH

Hansen Medical International, Inc.
Hansen Medical UK Limited
Hansen Medical, Inc.
Healthcare Services (Shanghai) Ltd.
I.D. Acquisition Corp.
Innomedic Gesellschaft für innovative
    Medizintechnik und Informatik mbH
J & J Company West Africa Limited
J&J Argentina S.A.
J&J Pension Trustees Limited
J&J Productos Medicos & Farmaceuticos
    del Peru S.A.
J.C. General Services BV
Janssen Biologics (Ireland) Limited
Janssen Biologics B.V.
Janssen BioPharma, LLC
Janssen Biotech, Inc.
Janssen Cilag Farmaceutica S.A.
Janssen Cilag S.p.A.
Janssen Cilag SPA
Janssen Cilag, C.A.
Janssen Development Finance Unlimited
    Company
Janssen Egypt LLC
Janssen Farmaceutica Portugal Lda
Janssen France Treasury Unlimited
    Company
Janssen Global Services, LLC
Janssen Holding GmbH
Janssen Inc.
Janssen Irish Finance Unlimited Company
Janssen Japan Treasury Unlimited Company
Janssen Korea Ltd.
Janssen Mexico Treasury
    Unlimited Company
Janssen Oncology, Inc.
Janssen Ortho LLC
Janssen Pharmaceutica
    (Proprietary) Limited
Janssen Pharmaceutica NV
Janssen Pharmaceutica S.A.
Janssen Pharmaceutical K.K.
Janssen Pharmaceutical Sciences
    Unlimited Company
Janssen Pharmaceutical Unlimited Company
Janssen Pharmaceuticals, Inc.

Janssen Products, LP
Janssen R&D Ireland Unlimited Company
Janssen Research & Development, LLC
Janssen Sciences Ireland
    Unlimited Company
Janssen Scientific Affairs, LLC
Janssen Supply Group, LLC
Janssen Vaccines & Prevention B.V.
Janssen Vaccines Corp.
Janssen-Cilag
Janssen-Cilag (New Zealand) Limited
Janssen-Cilag A/S
Janssen-Cilag AG
Janssen-Cilag Aktiebolag
Janssen-Cilag AS
Janssen-Cilag B.V.
Janssen-Cilag d.o.o. Beograd
Janssen-Cilag de Mexico S. de R.L. de C.V.
Janssen-Cilag Farmaceutica Lda.
Janssen-Cilag Farmaceutica Ltda.
Janssen-Cilag GmbH
Janssen-Cilag International NV
Janssen-Cilag Kft.
Janssen-Cilag Limited
Janssen-Cilag Manufacturing, LLC
Janssen-Cilag NV
Janssen-Cilag OY
Janssen-Cilag Pharma GmbH
Janssen-Cilag Pharmaceutical S.A.C.I.
Janssen-Cilag Polska, Sp. z o.o.
Janssen-Cilag Pty Ltd
Janssen-Cilag S.A.
Janssen-Cilag s.r.o.
Janssen-Cilag, S.A.
Janssen-Cilag, S.A. de C.V.
Janssen-Pharma, S.L.
J-C Health Care Ltd.
Jevco Holding, Inc.
JJ Surgical Vision Spain, S.L.
JJC Acquisition Company B.V.
JJHC, LLC
JJSV Belgium BV
JJSV Manufacturing Malaysia SDN. BHD.
JJSV Norden AB
JJSV Produtos Oticos Ltda.
JNJ Global Business Services s.r.o.

JNJ Holding EMEA B.V.
JNJ International Investment LLC
JNTL (APAC) HoldCo 2 LLC
JNTL (APAC) HoldCo 3 Pte. Ltd.
JNTL (APAC) HoldCo LLC
JNTL (APAC) HoldCo Pte. Ltd.
JNTL (Japan) HoldCo Inc.
JNTL (Malaysia) Sdn. Bhd.
JNTL (Middle East) HoldCo LLC
JNTL (Puerto Rico) HoldCo GmbH
JNTL (Shanghai) Investment Co., Ltd.
JNTL (Switzerland) HoldCo GmbH
JNTL (Thailand) HoldCo LLC
JNTL (UK) HoldCo Limited
JNTL Consumer Health (Belgium) BV
JNTL Consumer Health (Brazil) Ltda.
JNTL Consumer Health
    (Czech Republic) s.r.o.
JNTL Consumer Health
    (Dominican Republic), S.A.S.
JNTL Consumer Health (Finland) Oy
JNTL Consumer Health (France) SAS
JNTL Consumer Health (Hungary) Kft
JNTL Consumer Health (India)
    Private Limited
JNTL Consumer Health
    (New Zealand) Limited
JNTL Consumer Health (Norway) AS
JNTL Consumer Health (Philippines) Inc.
JNTL Consumer Health (Poland) sp. z o.o.
JNTL Consumer Health (Portugal) Limitada
JNTL Consumer Health (Services) LLC
JNTL Consumer Health (Slovakia), s.r.o.
JNTL Consumer Health (Spain), S.L.
JNTL Consumer Health (Taiwan) Limited
JNTL Consumer Health (Vietnam) Co. Ltd.
JNTL Consumer Health General
    Services BV
JNTL Consumer Health I (Ireland) Limited
JNTL Consumer Health I
     (Switzerland) GmbH
JNTL Consumer Health II
    (Switzerland) GmbH
JNTL Consumer Health LLC
JNTL Consumer Health Mexico,
    S. de R.L. de C.V.

JNTL Consumer Health Middle
    East FZ-LLC
JNTL HoldCo 2 LLC
JNTL HoldCo 3 LLC
JNTL HoldCo 4 LLC
JNTL HoldCo 5 LLC
JNTL HoldCo 6 LLC
JNTL HoldCo 7 LLC
JNTL HoldCo 8 LLC
JNTL HoldCo LLC
JNTL Holdings 2, Inc.
JNTL Holdings 3, Inc.
JNTL Holdings B.V.
JNTL Holdings, Inc.
JNTL Ireland HoldCo 2 B.V.
JNTL Netherlands HoldCo B.V.
JNTL Turkey Tüketici Sağlığı
    Limited Şirketi
Johnson & Johnson
Johnson & Johnson - Societa' Per Azioni
Johnson & Johnson (Angola), Limitada
Johnson & Johnson (Australia) Pty Ltd
Johnson & Johnson (Canada) Inc.
Johnson & Johnson (China) Investment Ltd.
Johnson & Johnson (Ecuador) S.A.
Johnson & Johnson (Egypt) S.A.E.
Johnson & Johnson (Hong Kong) Limited
Johnson & Johnson (Ireland) Limited
Johnson & Johnson (Jamaica) Limited
Johnson & Johnson (Kenya) Limited
Johnson & Johnson (Middle East) Inc.
Johnson & Johnson (Mozambique),
    Limitada
Johnson & Johnson (Namibia)
    (Proprietary) Limited
Johnson & Johnson (New Zealand) Limited
Johnson & Johnson (Philippines), Inc.
Johnson & Johnson (Private) Limited
Johnson & Johnson (Singapore)
    Holdco LLC
Johnson & Johnson (Thailand) Ltd.
Johnson & Johnson (Trinidad) Limited
Johnson & Johnson (Vietnam) Co., Ltd
Johnson & Johnson AB
Johnson & Johnson AG
Johnson & Johnson Bulgaria EOOD

Johnson & Johnson China Ltd.
Johnson & Johnson Consumer
    (Hong Kong) Limited
Johnson & Johnson Consumer
    (Thailand) Limited
Johnson & Johnson Consumer B.V.
Johnson & Johnson Consumer
    Holdings France
Johnson & Johnson Consumer Inc.
Johnson & Johnson Consumer NV
Johnson & Johnson Consumer
    Saudi Arabia Limited
Johnson & Johnson Consumer Services
    EAME Ltd.
Johnson & Johnson d.o.o.
Johnson & Johnson de Argentina S.A.C. e. I.
Johnson & Johnson de Chile S.A.
Johnson & Johnson de Colombia S.A.
Johnson & Johnson de Mexico, S.A. de C.V.
Johnson & Johnson de Uruguay S.A.
Johnson & Johnson de Venezuela, S.A.
Johnson & Johnson del Ecuador, S.A.
Johnson & Johnson Del Paraguay, S.A.
Johnson & Johnson del Peru S.A.
Johnson & Johnson do Brasil Industria E
    Comercio de Produtos Para Saude Ltda.
Johnson & Johnson Dominicana, S.A.S.
Johnson & Johnson Enterprise
    Innovation Inc.
Johnson & Johnson European Treasury
    Unlimited Company
Johnson & Johnson Finance Corporation
Johnson & Johnson Finance Limited
Johnson & Johnson Financial
    Services GmbH
Johnson & Johnson for Export and
    Import LLC
Johnson & Johnson Gateway, LLC
Johnson & Johnson Gesellschaft m.b.H.
Johnson & Johnson GmbH
Johnson & Johnson GT, Sociedad Anónima
Johnson & Johnson Guatemala, S.A.
Johnson & Johnson Health and Wellness
    Solutions, Inc.
Johnson & Johnson Health Care
    Systems Inc.

Johnson & Johnson Hellas Commercial and
Industrial S.A.

Johnson & Johnson Hellas
Consumer Products
Commercial Societe Anonyme

Johnson & Johnson Hemisferica S.A.

Johnson & Johnson Holdco (NA) Inc.

Johnson & Johnson Holding GmbH

Johnson & Johnson Holdings
(Austria) GmbH

Johnson & Johnson Inc.

Johnson & Johnson Industrial Ltda.

Johnson & Johnson Innovation - JJDC, Inc.

Johnson & Johnson Innovation Limited

Johnson & Johnson Innovation LLC

Johnson & Johnson International

Johnson & Johnson International
(Singapore) Pte. Ltd.

Johnson & Johnson International Financial
Services Unlimited Company

Johnson & Johnson Irish Finance
Company Limited

Johnson & Johnson K.K.

Johnson & Johnson Kft.

Johnson & Johnson Korea Selling &
Distribution LLC

Johnson & Johnson Korea, Ltd.

Johnson & Johnson Limited

Johnson & Johnson LLC

Johnson & Johnson Luxembourg Finance
Company Sarl

Johnson & Johnson Management Limited

Johnson & Johnson Medical (China) Ltd.

Johnson & Johnson Medical
(Proprietary) Ltd

Johnson & Johnson Medical (Shanghai) Ltd.

Johnson & Johnson Medical (Suzhou) Ltd.

Johnson & Johnson Medical B.V.

Johnson & Johnson Medical Devices &
Diagnostics Group - Latin America,
L.L.C.

Johnson & Johnson Medical GmbH

Johnson & Johnson Medical Greece
Single Member S.A.

Johnson & Johnson Medical Korea Ltd.

Johnson & Johnson Medical Limited

Johnson & Johnson Medical Mexico,
S.A. de C.V.

Johnson & Johnson Medical NV

Johnson & Johnson Medical
Products GmbH

Johnson & Johnson Medical Pty Ltd

Johnson & Johnson Medical S.A.

Johnson & Johnson Medical S.p.A.

Johnson & Johnson Medical SAS

Johnson & Johnson Medical
Saudi Arabia Limited

Johnson & Johnson Medical Taiwan Ltd.

Johnson & Johnson Medical, S.C.S.

Johnson & Johnson Medikal Sanayi ve
Ticaret Limited Sirketi

Johnson & Johnson MedTech
(Thailand) Ltd.

Johnson & Johnson Medtech
Colombia S.A.S.

Johnson & Johnson Middle East FZ-LLC

Johnson & Johnson Morocco
Societe Anonyme

Johnson & Johnson Nordic AB

Johnson & Johnson Pacific Pty Limited

Johnson & Johnson Pakistan
(Private) Limited

Johnson & Johnson Panama, S.A.

Johnson & Johnson Personal Care
(Chile) S.A.

Johnson & Johnson Pharmaceutical Ltd.

Johnson & Johnson Poland Sp. z o.o.

Johnson & Johnson Private Limited

Johnson & Johnson Pte. Ltd.

Johnson & Johnson Pty. Limited

Johnson & Johnson Romania S.R.L.

Johnson & Johnson S.E. d.o.o.

Johnson & Johnson S.E., Inc.

Johnson & Johnson Sante Beaute France

Johnson & Johnson SDN. BHD.

Johnson & Johnson Services, Inc.

Johnson & Johnson Surgical Vision India
Private Limited

Johnson & Johnson Surgical Vision, Inc.

Johnson & Johnson Taiwan Ltd.

Johnson & Johnson UK Treasury
Company Limited

Johnson & Johnson Ukraine LLC
Johnson & Johnson Urban
    Renewal Associates
Johnson & Johnson Vision Care
    (Australia) Pty Ltd
Johnson & Johnson Vision Care
    (Shanghai) Ltd.
Johnson & Johnson Vision Care Ireland
    Unlimited Company
Johnson & Johnson Vision Care, Inc.
Johnson & Johnson Vision Korea, Ltd.
Johnson & Johnson, Lda
Johnson & Johnson, S.A.
Johnson & Johnson, S.A. de C.V.
Johnson & Johnson, s.r.o.
Johnson & Johnson, s.r.o.
Johnson and Johnson (Proprietary) Limited
Johnson and Johnson Sihhi Malzeme Sanayi
    Ve Ticaret Limited Sirketi
Johnson Y Johnson de Costa Rica, S.A.
JOM Pharmaceutical Services, Inc.
Kenvue Inc.
La Concha Land Investment Corporation
McNeil AB
McNeil Consumer Pharmaceuticals Co.
McNeil Denmark ApS
McNeil Healthcare (Ireland) Limited
McNeil Healthcare (UK) Limited
McNeil Healthcare LLC
McNeil Iberica S.L.U.
McNeil LA LLC
McNEIL MMP, LLC
McNeil Nutritionals, LLC
McNeil Panama, LLC
McNeil Products Limited
McNeil Sweden AB
Medical Device Business Services, Inc.
Medical Devices & Diagnostics
    Global Services, LLC
Medical Devices International LLC
Medos International Sarl
Medos Sarl
MegaDyne Medical Products, Inc.
Menlo Care De Mexico, S.A. de C.V.
Mentor B.V.
Mentor Deutschland GmbH

Mentor Medical Systems B.V.
Mentor Partnership Holding
    Company I, LLC
Mentor Texas GP LLC
Mentor Texas L.P.
Mentor Worldwide LLC
Middlesex Assurance Company Limited
Momenta Ireland Limited
Momenta Pharmaceuticals, Inc.
NeoStrata Company, Inc.
NeoStrata UG (haftungsbeschränkt)
Netherlands Holding Company
Neuravi Limited
NeuWave Medical, Inc.
Novira Therapeutics, LLC
NuVera Medical, Inc.
Obtech Medical Mexico, S.A. de C.V.
OBTECH Medical Sarl
OGX Beauty Limited
OMJ Holding GmbH
OMJ Pharmaceuticals, Inc.
Omrix Biopharmaceuticals Ltd.
Omrix Biopharmaceuticals NV
Omrix Biopharmaceuticals, Inc.
Ortho Biologics LLC
Ortho Biotech Holding LLC
Orthospin Ltd.
Orthotaxy SAS
Patriot Pharmaceuticals, LLC
Peninsula Pharmaceuticals, LLC
Percivia LLC
Pharmadirect Ltd.
Pharmedica Laboratories
    (Proprietary) Limited
preCARDIA, Inc.
Princeton Laboratories, Inc.
Productos de Cuidado Personal y
    de La Salud de Bolivia S.R.L.
Proleader S.A.
Prosidyan, Inc.
PT Integrated Healthcare Indonesia
PT Johnson & Johnson Indonesia
PT Johnson and Johnson Indonesia Two
Pulsar Vascular, Inc.
Regency Urban Renewal Associates
RespiVert Ltd.

Review Manager Test Entity 2
Royalty A&M LLC
Rutan Realty LLC
Scios LLC
Serhum S.A. de C.V.
Shanghai Elsker Mother & Baby Co., Ltd
Shanghai Johnson & Johnson Ltd.
Shanghai Johnson & Johnson
    Pharmaceuticals Ltd.
Sodiac ESV
Spectrum Vision Limited Liability Company
Spectrum Vision Limited Liability
    Partnership
SterilMed, Inc.
Surgical Process Institute
    Deutschland GmbH
Synthes Costa Rica S.C.R., Limitada
SYNTHES GmbH
Synthes GmbH
Synthes Holding AG
Synthes Holding Limited
SYNTHES Medical Immobilien GmbH
Synthes Medical Surgical Equipment &
    Instruments Trading LLC
Synthes Produktions GmbH
Synthes Proprietary Limited
Synthes S.M.P., S. de R.L. de C.V.
Synthes Tuttlingen GmbH
Synthes USA Products, LLC
Synthes USA, LLC
Synthes, Inc.
TARIS Biomedical LLC
TearScience, Inc.
The Anspach Effort, LLC
The Vision Care Institute, LLC
Tibotec, LLC
Torax Medical, Inc.
UAB "Johnson & Johnson"
Vania Expansion
Verb Surgical Inc.
Vision Care Finance Unlimited Company
Vogue International LLC
WH4110 Development Company, L.L.C.
Xian Janssen Pharmaceutical Ltd.
XO1 Limited
Zarbee's, Inc.

**Managers and Officers of the Debtor**
John Kim
Richard Dickinson
Robert Wuesthoff
Russell Deyo

**Major Current Business Affiliations of Debtor's Managers**
American Foundation for Opioid
    Alternatives
Migration Policy Institute
Miller Center for Community Protection &
    Reliance, Eagleton Institute of Politics,
    Rutgers University
National Center for State Courts
National Council, McLean Hospital
One Mind

**Depository and Disbursement Banks**
Bank of America, N.A.

**Major Sureties**
Chubb
Federal Insurance Company
Liberty Mutual Insurance Company
Travelers Casualty and Surety Company
    of America

**Parties to Material Contracts With the Debtor**
Johnson & Johnson
Johnson & Johnson Holdco (NA) Inc.
Johnson & Johnson Services, Inc.

**Significant Co-Defendants in Talc-Related Litigation**
3M Company
A.O. Smith Corporation
Albertsons Companies, Inc.
Avon Products, Inc.
Barretts Minerals, Inc.
BASF Catalysts LLC
Block Drug Company, Inc.
Borg Warner Morse Tec, Inc.
Brenntag North America
Brenntag Specialties, Inc.

Bristol-Myers Squibb Company
Carrier Corporation
Chanel, Inc.
Charles B. Chrystal Co., Inc.
Chattem, Inc.
Colgate-Palmolive Company
Conopco Inc.
Costco Wholesale Corporation
Coty, Inc.
Crane Co.
CVS Health Corporation
CVS Pharmacy, Inc.
Cyprus Amax Minerals Company
Cyprus Mines Corporation
Dana Companies, LLC
DAP Products, Inc.
Dollar General Corporation
Duane Reade Inc.
Eaton Corporation
Eli Lilly and Company
Elizabeth Arden, Inc.
Estee Lauder Inc.
Family Dollar Stores Inc.
Flowserve US, Inc.
FMC Corporation
Food 4 Less of California, Inc.
Ford Motor Company
Foster Wheeler, LLC
Gardner Denver, Inc.
General Electric Company
Genuine Parts Company
Goodyear Tire & Rubber Co.
Goulds Pumps, LLC
Grinnell LLC
Honeywell International, Inc.
Imerys Talc America, Inc.
Imerys USA, Inc.
IMO Industries Inc.
John Crane, Inc.
K&B Louisiana Corporation
Kaiser Gypsum Company, Inc.
Kmart Corporation
Kolmar Laboratories
Longs Drug Stores California
L'Oreal USA, Inc.
Lucky Stores, Inc.

Macy's, Inc.
Mary Kay Inc.
Maybelline LLC
Metropolitan Life Insurance Company
Noxell Corporation
Personal Care Products Council
Pfizer, Inc.
Pharma Tech Industries, Inc.
Pneumo Abex, LLC
PTI Royston, LLC
Publix Super Markets, Inc.
R.T. Vanderbilt Holding Company, Inc.
Ralphs Grocery Company
Revlon Consumer Products Corporation
Revlon, Inc.
Rite Aid Corporation
Safeway, Inc.
Sanofi-Aventis U.S. LLC
Shulton, Inc.
Specialty Minerals Inc.
Target Corporation
The Dow Chemical Company
The Estee Lauder Companies, Inc.
The Kroger Co.
The Procter & Gamble Company
Thrifty Payless, Inc.
Unilever Home & Personal Care USA
Union Carbide Corporation
Vanderbilt Minerals, LLC
ViacomCBS, Inc.
Walgreen Co.
Walmart, Inc.
Warren Pumps, LLC
Whittaker Clark & Daniels, Inc.
Wyeth Holdings LLC
Yves Saint Laurent America, Inc.

**Debtor's Proposed Professionals and Claims Agent**
AlixPartners LLP
Bates White LLC
Blake, Cassels & Graydon LLP
Epiq Corporate Restructuring LLC
Hogan Lovells
Jones Day
King & Spalding LLP

McCarter & English, LLP
Orrick, Herrington, & Sutcliffe, LLP
Shook, Hardy & Bacon L.L.P.
Skadden, Arps, Slate, Meager & Flom LLP
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

**Debtor's Proposed Significant Ordinary Course Professionals, Consultants and Service Providers**
Adler Pollock & Sheehan PC
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
Blank Rome LLP
Butler Snow LLP
Carlton Fields, P.A.
Chehardy, Sherman, Williams,
    Recile, & Hayes
Damon Key Leong Kupchak Hastert
Davis Hatley Haffeman & Tighe
Dechert LLP
Elliott Law Offices, PA
Faegre Drinker Biddle & Reath LLP
Foliart, Huff, Ottaway & Bottom
Gibson, Dunn & Crutcher LLP
Goldman Ismail Tomaselli Brennan &
    Baum
Hartline Barger
HeplerBroom LLC
Irwin Fritchie Urquhart & Moore LLC
Johnson & Bell Ltd.
Jones, Skelton & Hochuli, P.L.C.
Kaplan, Johnson, Abate & Bird LLP
Kelley Jasons McGowan Spinelli
Hanna & Reber, LLP
Kirkland & Ellis LLP
Kitch Drutchas Wagner
Valitutti & Sherbrook
Lewis Brisbois Bisgaard & Smith, LLP
Manion Gaynor & Manning LLP
Manning Gross + Massenburg
Miles & Stockbridge
Milligan & Herns
Morgan Lewis
Nelson Mullins Riley & Scarborough, LLP
Nutter McClennen & Fish LLP

Patterson Belknap Webb & Tyler LLP
Proskauer Rose LLP
Quattlebaum, Grooms & Tull PLLC
Schnader Harrison Segal & Lewis
Schwabe Williamson & Wyatt
Sills Cummis & Gross P.C.
Stoel Rives LLP
Sullivan Whitehead & Deluca LLP
Swartz Campbell LLC
The Weinhardt Law Firm
Tucker Ellis LLP
Willcox & Savage, P.C.

**Known Professionals for Certain Non-Debtor Parties in Interest**
Barnes & Thornburg, LLP
Cravath, Swaine & Moore
White & Case LLP

**Proposed Future Claimants' Representative and Her Proposed Professional**
Randi S. Ellis
Walsh Pizzi O'Reilly Falanga LLP

**Material Potentially Indemnified Parties**
Bausch Health Companies Inc.
Cyprus Mines Corporation
Cyprus Talc Corp.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
Luzenac America, Inc.
Pharma Tech Industries, Inc.
PTI Royston, LLC
Rio Tinto America, Inc.
RTZ America, Inc.
Valeant Pharmaceuticals International, Inc.
Windsor Minerals Inc.
Costco Wholesale Corporation
Publix Super Markets, Inc.
Rite Aid Corporation
Safeway Inc.
Walmart Inc.

**Parties Who Have Entered Into Plan
Support Agreements**

Andres Pereira Firm
Ferrer, Poirot & Wansbrough
Johnson Law Group
Liakos Law, APC
Linville Law Group
McDonald Worley
Nachawati Law Group
OnderLaw, LLC
Pulaski Kherkher PLLC
Rueb Stoller Daniel, LLP
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Watts Guerra LLP
Wisner Baum, LLP

**Law Firms with Significant
Representations of Talc Claimants**

Andres Pereira Firm
Arnold & Itkin LLP
Aylstock, Witkin, Kreis &
    Overholtz, PLLC
Beasley Allen Law Firm
Childers, Schlueter & Smith LLC
Ferrer, Poirot & Wansbrough
Johnson Law Group
Linville Law Group
McDonald Worley
Miller Firm, LLC
Nachawati Law Group
Napoli Shkolnik PLLC
OnderLaw, LLC
Pulaski Kherkher PLLC
Robinson Calcagnie
Rueb Stoller Daniel, LLP
Sanders, Phillips, Grossman, LLC
Seeger Weiss LLP
Slater Slater Schulman LLP
Trammell PC
Wagstaff Law Firm
Watts Guerra LLP
Wisner Baum, LLP

**Key Parties in *Imerys Talc America, Inc.*
and *Cyprus Mines Corp.* Chapter 11 Cases**

Cyprus Amax Minerals Company
Cyprus Mines Corporation
Cyprus Talc Corporation
Imerys S.A.
Imerys Talc America, Inc.
Imerys Talc Vermont, Inc.
    (fka Windsor Minerals Inc.)
James L. Patton
Luzenac America, Inc.
Official Committee of Tort Claimants
    (*In re Imerys Talc America, Inc.*)
Official Committee of Tort Claimants
    (*In re Cyprus Mines Corp.*)
Roger Frankel

**Debtor's Insurers**

A.G. Securitas
ACE Property & Casualty Insurance
    Company
Aetna Casualty and Surety Company
Affiliated FM Ins. Company
AIG Europe S.A.
AIG Property and Casualty Company
AIU Ins. Company
Allianz Global Risks US
    Insurance Company
Allianz Ins. Company
Allstate Insurance Company
American Centennial Ins. Company
American Motorists Ins. Company
American Re-Insurance Company
Arrowood Indemnity Company
ASR Schadeverzekering N.V.
Assurances Generales De France
Assurantiekantoor VanWijk & Co.
Atlanta International Insurance Company,
    n/k/a Wellfleet New York Insurance
    Company
Birmingham Fire Ins. Company of
    Pennsylvania
Central National Ins. Company of Omaha
Century Indemnity Company
Champion Dyeing Allocation Year
Chubb

City Ins. Company
Colonia Versicherungs AG, Koln
Company of N.Y.
Continental Insurance Company
Darag Deutsche Versicherungs-Und
Drake Ins. Company of New York
Employers Ins. Company of Wausau
Employers Ins. of Wausau
Employers Mutual Casualty Company
Eurinco Allgemeine
Everest Reinsurance Company
Fireman's Fund Ins. Company
First State Ins. Company
GAP
Gibraltar Casualty Company
Granite State Ins. Company
Great American
Great Northern Ins. Company
Great Southwest Fire Ins. Company
Groupe Drouot
Harbor Ins. Company
Hartford Accident and Indemnity Company
Home Ins. Company
Ideal Mutual Ins. Company
Industrial Indemnity Company
Ins. Company of North America
Ins. Company of the State of Pennsylvania
Ins. Corporation of Singapore Limited
Integrity Ins. Company
International Ins. Company
International Surplus Lines Ins. Company
Lexington Ins. Company
London Guarantee and Accident
L'Union Atlantique S.A. d'Assurances
Maas Lloyd
Mead Reinsurance Corporation
Middlesex Assurance Company
Midland Ins. Company
Midstates Reinsurance Corp.
Mission Ins. Company
Mission National Ins. Company
Munich Reinsurance America, Inc.
Mutual Fire, Marine, & Inland Ins.
    Company
N.V. De Ark
N.V. Rotterdamse Assurantiekas

N.V. Schadeverzekeringsmaatschappij
National Casualty Company
National Union Fire Ins. Company of
    Pittsburgh, PA
Nationwide
New Hampshire Ins. Company
North River Ins. Company
Northbrook Excess and Surplus
    Ins. Company
Northeastern Fire Ins. Company
    of Pennsylvania
Pacific Employers Ins. Company
ProSight
Prudential Reinsurance Company
Puritan Insurance Company
Republic Indemnity Company of America
Republic Ins. Company
Republic Western Ins. Company
Repwest Insurance Company
Resolute Management Inc.
Rheinland Versicherungen
Rheinland Verzekeringen
Riverstone Insurers
Royal Belge I.R., S.A. d'Assurances
Royal Indemnity Company
Royal Ins. Company
Rückversicherungs-AG
Safety Mutual Casualty Corporation
Safety National Casualty Corporation
Seguros La Republica SA
Sentry Insurance A Mutual Company
Southern American Ins. Company
Starr Indemnity & Liability Company
TIG Insurance Company
Transamerica Premier Insurance Company
Transit Casualty Company
Travelers Casualty and Surety Company
UAP
Union Atlantique d'Assurances S.A.
Union Indemnity Ins. Company
    of New York
Versicherungs AG, Dusseldorf
Westchester Fire Insurance Company
Westport Insurance Corporation
XL Ins. Company

**Potential Parties in Canadian Proceeding**
Cassels Brock & Blackwell LLP
Ernst & Young Inc.

**States/Federal District With Consumer
Protection Investigations/Actions**
Alabama
Alaska
Arkansas
Arizona
Colorado
Connecticut
Delaware
Florida
Georgia
Hawaii
Idaho
Illinois
Iowa
Kansas
Kentucky
Maine
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Montana
Nebraska
Nevada
New Hampshire
New Jersey
New Mexico
New York
North Carolina
North Dakota
Ohio
Oklahoma
Oregon
Rhode Island
South Dakota
Texas
Utah
Vermont
Virginia
Washington

Washington, D.C.
West Virginia
Wisconsin

**The Office of the United States Trustee –
Region 3 – District of New Jersey**
Adam Shaarawy
Adela Alfaro
Alexandria Nikolinos
Angeliza Ortiz-Ng
Daniel C. Kropiewnicki
David Gerardi
Fran B. Steele
Francyne D. Arendas
James Stives
Jeffrey Sponder
Joseph C. Kern
Kirsten K. Ardelean
Lauren Bielskie
Maggie McGee
Martha Hildebrandt
Michael Artis
Neidy Fuentes
Peter J. D'Auria
Robert J. Schneider, Jr.
Tia Green
Tina L. Oppelt
William J. Ziemer

**Bankruptcy Judges for the District
of New Jersey**
Judge Andrew B. Altenburg, Jr.
Judge Christine M. Gravelle
Judge Jerrold N. Poslusny, Jr.
Judge John K. Sherwood
Judge Kathryn C. Ferguson
Judge Michael B. Kaplan
Judge Rosemary Gambardella
Judge Stacey L. Meisel
Judge Vincent F. Papalia

## SCHEDULE 2

### Disclosure Schedule

- In connection with the proposed employment and retention of AlixPartners, LLP ("AlixPartners") by the Debtor in this Chapter 11 Case, AlixPartners undertook a complex process, the details of which are set forth below, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtor's estate.

  AlixPartners Holdings, LLP, AlixPartners' parent company ("Holdings"), directly or indirectly owns Holdings' U.S. and non-U.S. subsidiaries (collectively, the "Holdings Enterprise"). The equity capital of Holdings is owned by the following investors:

  (i)     Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other trusts established by Jay Alix (collectively the "Lakeview Parties");
  (ii)    Caisse de dépôt et placement du Québec ("CDPQ");
  (iii)   Investcorp Holdings B.S.C. ("IVC");
  (iv)    Public Sector Pension Investment Board ("PSP"); and
  (v)     current and certain former Managing Directors of AP (as defined below) and their individual and family trusts, as well as certain other individuals, including current members of the Boards (as hereinafter defined) and employees of the Lakeview Parties, and their individual and family trusts.

  (Collectively, (i) – (v) above are hereinafter referred to as the "Investors", and the subset (ii) – (iv) above are hereinafter referred to as the "Institutional Investors").

  Holdings and AlixPartners, each have a board of directors (together, the "Boards"). No individual or entity controls either of the Boards.  Designees of each of the Investors (i) – (iv) above serve as members of the Boards. The Holdings Enterprise does not invest in distressed assets of any class, nor does it have any investment affiliates.

  CDPQ is one of Canada's largest institutional investment managers.  It manages investments on behalf of most of Quebec Canada's public and parapublic pension and insurance funds. CDPQ invests globally in numerous industries.

  IVC is a leading global provider and manager of alternative investment products.

  PSP is one of Canada's largest pension investment managers. It invests funds for the pension plans of the Public Service, the Canadian Armed Forces, the Royal Canadian Mounted Police and the Reserve Force. PSP manages a diversified global portfolio in numerous industries throughout the world.

  The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

  In addition to their investments in Holdings, the Institutional Investors have substantial investments unrelated to AlixPartners.

  The Boards are not involved in the delivery of client services and their members do not have access to client files, except for a minority of members of the Boards that are AlixPartners employees. As a precautionary matter, AlixPartners maintains information barriers and guidelines designed to prevent certain confidential client information, including the names of clients likely to be involved

in a not-yet-filed case under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtor (including, before the filing of this Chapter 11 Case, the fact that AlixPartners was about to undertake an assignment involving the Debtor) has been or will be furnished by AlixPartners to the Investors or their Board designees, and AlixPartners will continue to abide by its confidentiality obligations to the Debtor. Each Investor is independent of each other Investor and is governed by its own board of directors or similar body and managed by its own management team.  AlixPartners operates independently and does not share employees, officers or other management with any of the Investors. AlixPartners and each of the Investors have separate offices in separate buildings, use separate internet email addresses, and do not otherwise share IT systems.

AlixPartners formed and currently holds a majority and controlling ownership interest in GSS UK Holdings Limited ("GSS").  GSS and its subsidiaries developed a regulatory technology platform to provide global, centralized sanctions screening services to financial institutions. Various Investors, including certain AlixPartners managing directors and Board members, hold minority ownership interests in GSS.  AlixPartners currently has a majority of the seats on the board of directors of GSS.  GSS does not share office space or IT systems with AlixPartners, but does share certain employees and services such as finance systems. The names of GSS's investors and customers (but not its vendors and employees) are loaded into the database where AlixPartners' connections are stored and are disclosed as part of the disclosure process described herein.

AlixPartners has one database where connections are stored for all entities in the Holdings Enterprise. The process for the preparation of disclosures is as follows: upon receipt of a potential parties in interest list from the Debtor and/or its representatives (the "Parties in Interest List"), all such parties are input to the database by team members familiar with the database.  A report of the "hits" is generated, and the team members review those "hits" for connections. Where there is a connection, a disclosure is drafted. After the team completes draft disclosures, the disclosures are reviewed by an in-house bankruptcy attorney. The attorney coordinates with the team to finalize the disclosures, which are then reviewed by the engagement AlixPartners managing director. These initial disclosures (the "Initial Disclosures") are thereafter filed with the Bankruptcy Court as part of the retention pleadings.

Promptly thereafter, a bankruptcy paralegal in the firm uses the Initial Disclosures and the parties in interest list to draft a firmwide email for each bankruptcy filing, including the Debtor's case. This email is sent to every firm employee as well as the members of the Boards and the Lakeview Parties.  The firmwide email requests each recipient to review the attached file that includes the parties in interest and corresponding disclosures, and  asks that every recipient: (a) contact the legal department in the event that they have a connection or relationship with an interested party that is not included in our disclosures; (b) if they have a connection or relationship with an interested party that is included in our disclosures, confirm that it is accurately described; and (c) contact the legal department if they own securities of the Debtor. Members of the legal team review all email responses and draft any supplemental disclosures appropriate to reflect information received in response to the firmwide email. After the review process described in the immediately preceding paragraph, supplemental disclosures are thereafter filed with the Bankruptcy Court.

After the Initial Disclosures are filed with the Bankruptcy Court, AlixPartners also provides the names of the Debtor, its owners/investors, lenders and, on a case-by-case basis, other named entities (collectively, the "Investor Search Parties"), to the Institutional Investors, and requests that each Institutional Investor run a check of the Investor Search Parties across all investment portfolios including, upon reasonable investigation, (i) private and public funds, (ii) loan positions, and (iii) known positions across CLO holdings (all of the foregoing subject to the exceptions listed below,

the "Investor Connections Check").  The exceptions to the Investor Connections Check are (i) investments over which the Institutional Investors do not possess actual investment authority and discretion ("direct control"), (ii) index replication position, (iii) investments owned in separate accounts managed by independent parties not affiliated with the Institutional Investors, and (iv) pooled investment vehicles in which the Institutional Investors do not exercise actual control or in which the Institutional Investors do not have visibility sufficient to ascertain such vehicle's investments. Members of the legal team review all responses received from the Institutional Investors and draft disclosures appropriate to reflect information received from the Institutional Investors that, following review, are filed with the Bankruptcy Court.

Upon receipt of the responses from the Institutional Investors to the Investor Connections Check, AlixPartners will file any supplemental disclosures which may be required.

To the extent AlixPartners learns of connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Institutional Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtor or its affiliates in this Chapter 11 Case.  Based on, among other things, the business separation between each of the Investors and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to any such engagement.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the Investors may have with the Investor Search Parties, the Debtor and its affiliates, and other parties in interest in this Chapter 11 Case.

Specifically, AlixPartners obtained from the Debtor and/or its representatives the Parties in Interest List, which is attached hereto as Schedule 1 and conducted a search for connections in accordance with the procedures set forth above.

AlixPartners represents that, to the best of its knowledge, it knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtor's estate, and furthermore wishes to the disclose the following with respect to the Holdings Enterprise (collectively, "AP", unless otherwise noted):

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- AP has issued debt in the form of a USD-denominated senior secured term loan, and a Euro-denominated senior secured term loan (collectively, the "Term Loans"), as well as a Revolving Credit Facility.

Bank of America, N.A. serves as the Administrative Agent for the Term Loans and the Revolving Credit Facility and as such manages all trading of the Term Loans and Revolving Credit Facility between investors.  Many of the holders of the Term Loans are pools organized by banks, mutual fund management companies and other fund managers (collectively, "Fund Managers") who pool debt instruments issued by multiple / different borrowers and offer interests in the pools to investors.  The identities of the investors in the pools cannot be ascertained by AP.  The Term

Loans are actively traded. Thus, the list of Fund Managers and other investors directly holding the Term Loans can become outdated quickly. On a monthly basis, AP reviews the list of investors in the Term Loans for the purpose of making relationship disclosures in chapter 11 cases. As of the last monthly report, no Fund Manager or other investor in the Term Loans held greater than 10% of the combined US-denominated and Euro-denominated Term Loans. In the event that any entity accumulates a 10% or greater interest in the combined US-denominated and Euro-denominated Term Loans, AP will disclose the name of such entity.

The participants in the Revolving Credit Facility are Bank of America, N.A., Credit Suisse, Deutsche Bank AG Host Bank, Goldman Sachs Lending Partners LLC, HSBC Bank USA, NA, and JPMorgan Chase Bank N.A.

- The Internal Revenue Service ("IRS") is a current and former AP client in matters unrelated to the Debtor. The IRS is a lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor. The IRS is a former employer of a current AP employee.

- The United States Department of Justice ("DOJ"), including the United States Attorney General's Office, is a current and former client of AP in matters unrelated to the Debtor. The DOJ is a litigation party, adverse litigation party, lessor and professional to current and former AP clients in matters unrelated to the Debtor.

- AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

  o Bank of America, N.A., a banking services provider to the Debtor, is a lender to an AP investor or one of its affiliates.

  o Chubb, a major surety and insurance provider to the Debtor, is a vendor to an AP investor or one of its affiliates. AP has a group insurance program in place for all U.S. partners and managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates.

  o Faegre Drinker Biddle & Reath LLP, an ordinary course professional to the Debtor, is a former legal services provider to an AP investor or one of its affiliates.

  o McCarter & English, LLP, a proposed professional to the Debtor, is a current or former legal services provider to an AP investor or one of its affiliates.

  o Proskauer Rose LLP ("Proskauer") is an ordinary course professional to the Debtor. An AP investor or one of its affiliates is involved in a litigation matter unrelated to this bankruptcy matter in which Proskauer is opposing counsel..

- LTL Management LLC ("LTL"), the Debtor in this bankruptcy matter, was also an AP client in matters related to LTL's previous chapter 11 bankruptcy filing in 2021 wherein AP was retained by the Debtor. To the extent that parties in interest from LTL's 2021 filing are also parties in interest in this Chapter 11 Case, AP has connections by virtue of its former role in the 2021 bankruptcy filing. Any further connections to parties in interest are outlined herein.

- 3M Company, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("3M") are litigation parties, adverse litigation parties, parent companies, and affiliates to current and former AP clients in matters unrelated to the Debtor. 3M is a former AP client in matters unrelated to the Debtor. 3M is a former employer of current AP employees.

- A.O. Smith Corporation, a significant co-defendant to the Debtor in talc-related litigation, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- ACE Property & Casualty Insurance Company, an insurance provider to the Debtor, and affiliates ("<u>ACE</u>") are bondholders, litigation parties, adverse litigation parties, affiliates, lenders, lienholders, parent companies, and shareholders to current and former AP clients in matters unrelated to the Debtor.  ACE is a current and former AP client in matters unrelated to the Debtor.  AP has a group insurance program in place for all U.S. managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from an affiliate of ACE at group rates.  ACE is a vendor to AP.

- Aetna Casualty and Surety Company, an insurance provider to the Debtor, and affiliates ("<u>Aetna</u>"), are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  Aetna is an employee benefits provider to AP.

- Affiliated FM Insurance Company, an insurance provider to the Debtor, is an adverse litigation party to a former AP client in matters unrelated to the Debtor.

- AIG Europe S.A. and AIG Property and Casualty Company, insurance providers to the Debtor, and affiliates ("<u>AIG</u>") are bondholders, adverse litigation parties, lenders and lessors to current and former AP clients in matters unrelated to the Debtor.  AIG is a former AP client in matters unrelated to the Debtor.  AIG is a former employer of current AP employees.  Illinois National Insurance Company ("<u>INIC</u>"), an affiliate of AIG, is a former insurance provider to AP.  INIC was adverse to AP in a former litigation regarding an insurance dispute in matters unrelated to the Debtor.

- AIU Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Alabama, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Alaska, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.  Alaska is a current AP client in matters unrelated to the Debtor.

- Albertsons Companies, a significant co-defendant to the Debtor in talc-related litigation, is a related party, litigation party, and adverse litigation party to current AP clients in matters unrelated to the Debtor.

- Allianz Global Risks US Insurance Company and Allianz Insurance Company, insurance providers to the Debtor, and affiliates ("<u>Allianz</u>") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  Allianz is an insurance provider to AP.

- Allstate Insurance Company, an insurance provider to the Debtor, and affiliates ("<u>Allstate</u>") are bondholders, litigation parties, adverse litigation parties, lenders, and lienholders to current and former AP clients in matters unrelated to the Debtor.  Allstate is a current AP client in matters unrelated to the Debtor.

- American Re-Insurance Company, an insurance provider to the Debtor, and affiliates ("<u>American Insurance</u>") are litigation parties, adverse litigation parties, lenders, lessors, and limited partners to

current and former AP clients in matters unrelated to the Debtor.  American Insurance is a vendor to AP.

- Arizona, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, lender and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Arkansas, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, lender, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Arnold & Itkin LLP, a law firm with significant representation of talc claimants, is counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtor.

- Arrowood Indemnity Company, an insurance provider to the Debtor, is a litigation party, adverse litigation party, lender, and shareholder to current and former AP clients in matters unrelated to the Debtor.

- Aylstock, Witkin, Kreis & Overholtz, PLLC, a law firm with significant representation of talc claimants, is opposing counsel to a current AP client in matters unrelated to the Debtor.

- Bank of America, N.A., a banking services provider to the Debtor, and affiliates ("BofA") are bondholders, litigation parties, adverse litigation parties, investors, lenders, lessees, lessors, lienholders, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtor.  BofA is a current and former AP client in matters unrelated to the Debtor.  A current employee of AP who is an attorney in AP's Legal Department was previously employed by a law firm where BofA was a primary client.  BofA is a former employer of current AP employees.  BofA is a vendor to AP.

- Barnes & Thornburg, LLP, a professional for certain non-debtor parties-in-interest in this bankruptcy matter, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor.  Barnes & Thornburg is a current and former AP client in matters unrelated to the Debtor.

- Bates White LLC, a proposed professional to the Debtor, is a professional to current AP clients in matters unrelated to the Debtor.

- Barrasso Usdin Kupperman, an ordinary course professional to the Debtor, is a professional and opposing counsel to former AP clients in matters unrelated to the Debtor.

- BASF Catalysts, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("BASF") are litigation parties, adverse litigation parties, and lessors to current AP clients in matters unrelated to the Debtor.  BASF is a current and former AP client in matters unrelated to the Debtor.  BASF is a former employer of a current AP employee.

- Bausch Health Companies, Inc., a material potentially indemnified party to the Debtor, and affiliates, are adverse litigation parties to a current AP client in matters unrelated to the Debtor.

- Beasley Allen Law Firm, a law firm with significant representation of talc claimants, is opposing counsel to current AP clients in matters unrelated to the Debtor.

- Blank Rome LLP ("Blank Rome"), an ordinary course professional to the Debtor, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor. Blank Rome is a former AP client in matters unrelated to the Debtor.

- Borg Warner Morse Tec, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Bristol-Myers Squibb Company ("Bristol-Myers"), a significant co-defendant to the Debtor in talc-related litigation, is an adverse litigation party to a current AP client in matters unrelated to the Debtor.  Bristol-Myers is a former employer of current AP employees.

- Butler Snow LLP, an ordinary course professional to the Debtor, is a professional to current and former AP clients in matters unrelated to the Debtor.

- Carrier Corporation ("Carrier"), a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.  Carrier is a current and former AP client in matters unrelated to the Debtor.  Carrier is a vendor to AP.

- Cassels Brock & Blackwell LLP, an interested party in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtor.

- Century Indemnity Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtor.

- Chanel, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a former employer of current AP employees.

- Chehardy, Sherman, Williams, Recile & Hayes, an ordinary course professional to the Debtor, is opposing counsel to current AP clients in matters unrelated to the Debtor.

- Chubb, a major surety and insurance provider to the Debtor, and affiliates, are bondholders, litigation parties, adverse litigation parties, investors, lenders, and lessors to current and former AP clients in matters unrelated to the Debtor.  Chubb is a current and former AP client in matters unrelated to the Debtor.  AP has a group insurance program in place for all U.S. managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates.  Chubb is an insurance provider to AP.

- Colgate-Palmolive Company, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Colorado, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Connecticut, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, adverse litigation party, and lender to current and former AP clients in matters unrelated to the Debtor.

- Conopco Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Continental Insurance Company, an insurance provider to the Debtor, is a litigation party to a former AP client in matters unrelated to the Debtor.

- Costco Wholesale Corporation, a material potentially indemnified party and significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Costco") are lessees, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor. Costco is a current and former AP client in matters unrelated to the Debtor.

- Coty, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Coty") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor. Coty is a current and former AP client in matters unrelated to the Debtor.

- Crane Co., a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Crane") are litigation parties, adverse litigation parties, and subsidiaries to current and former AP clients in matters unrelated to the Debtor. Crane is a current and former AP client in matters unrelated to the Debtor.

- Cravath, Swaine & Moore ("Cravath"), a professional for certain non-debtor parties-in-interest in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor. Cravath is a current and former AP client in matters unrelated to the Debtor.

- CVS Health Corporation and CVS Pharmacy, Inc., significant co-defendants to the Debtor in talc-related litigation, and affiliates ("CVS") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor. CVS is a current and former AP client in matters unrelated to the Debtor. CVS is a former employer of current AP employees. CVS is an employee benefits provider to AP.

- Cyprus Amax Minerals Company, Cyprus Mines Corporation, and Cyprus Talc Corp., significant co-defendants to the Debtor in talc-related litigation and key parties in Imerys Talc America, Inc. and Cyprus Mines Corp., and affiliates ("Cyprus') are litigation parties and adverse litigation parties to current AP clients in matters unrelated to the Debtor.

- Dana Companies, LLC, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- DAP Products, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Davis Hatley Haffeman & Tighe, an ordinary course professional to the Debtor, is a professional and counsel to current AP clients in matters unrelated to the Debtor.

- Dechert LLP ("Dechert"), an ordinary course professional to the Debtor, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor. Dechert is a former employer of a current AP employee.

- Delaware, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Dollar General Corporation, a significant co-defendant to the Debtor in talc-related litigation, is an adverse litigation party to a former AP client in matters unrelated to the Debtor.

- Duane Reade Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a former AP client in matters unrelated to the Debtor.

- Eaton Corporation ("Eaton"), a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor. Eaton was a member of the official committee of unsecured creditors that retained AP in The NORDAM Group, Inc., a former bankruptcy matter unrelated to the Debtor. Eaton is a current and former AP client in matters unrelated to the Debtor.

- Eli Lilly and Company ("Eli Lilly"), a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and affiliate to current and former AP clients in matters unrelated to the Debtor. Eli Lilly is a current AP client in matters unrelated to the Debtor.

- Employers Mutual Casualty Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Ernst & Young Inc., an interested party in this bankruptcy matter, and affiliates ("E&Y") are adverse litigation parties, director-affiliated companies, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtor. E&Y is a current and former AP client in matters unrelated to the Debtor. E&Y is a former employer of current AP employees. E&Y is a tax advisor to AP.

- Everest Reinsurance Company, an insurance provider to the Debtor, and affiliates ("Everest") are litigation parties and adverse litigation parties to current AP clients in matters unrelated to the Debtor. Everest is an insurance provider to AP.

- Faegre Drinker Biddle & Reath LLP ("Faegre"), an ordinary course professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor. Faegre is a former AP client in matters unrelated to the Debtor. Faegre is a legal services provider to AP.

- Family Dollar Stores Inc., a significant co-defendant to the Debtor in talc-related litigation, is a lessor to a current AP client in matters unrelated to the Debtor.

- Ferrer, Poirot & Wansbrough, a PSA party to the Debtor and a law firm with significant representation of talc claimants, is opposing counsel to current AP clients in matters unrelated to the Debtor.

- Fireman's Fund Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- First State Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Florida, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Flowserve US, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Flowserve") are lenders, lessors, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor. Flowserve is a current and former AP client in matters unrelated to the Debtor.

- FMC Corporation, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Ford Motor Company, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Ford") are director-affiliated companies, litigation parties, and parent companies to current and former AP clients in matters unrelated to the Debtor. Ford is a current and former AP client in matters unrelated to the Debtor. Ford is a former employer of current AP employees.

- Foster-Wheeler, LLC, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Foster Wheeler") are litigation parties, adverse litigation parties, lessors, and professionals to current and former AP clients in matters unrelated to the Debtor.

- Gardner Denver, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a professional, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- General Electric Company, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("GE") are related parties, director-affiliated companies, bondholders, litigation parties, adverse litigation parties, joint venture entities, lenders, lessors, lienholders, parent companies, and shareholders to current and former AP clients in matters unrelated to the Debtor. GE is a current and former AP client in matters unrelated to the Debtor. GE is a former employer of current AP employees. GE and AP are parties to an accounts receivable factoring arrangement whereby AP's invoices to GE are sold to a third party in a way that improves payment terms to AP in exchange for an invoice discount.

- Genuine Parts Company ("GPC"), a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor. GPC is a former AP client in matters unrelated to the Debtor.

- Georgia, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, lender, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Gibraltar Casualty Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Gibson, Dunn & Crutcher LLP ("Gibson"), an ordinary course professional to the Debtor, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor. Gibson is a current and former AP client in matters unrelated to the Debtor. Gibson is a former legal services provider to AP.

- Goodyear Tire & Rubber Co., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Goulds Pumps, LLC, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Granite State Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Great American, an insurance provider to the Debtor, is a professional, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.  Great American is a former AP client in matters unrelated to the Debtor.  Great American is an insurance provider to AP.

- Great Northern Insurance Company ("Great Northern"), an insurance provider to the Debtor, is an adverse litigation party to a current AP client in matters unrelated to the Debtor.  Great Northern is an insurance provider to AP.

- Grinnell LLC, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Hanna & Reber, LLP, an ordinary course professional to the Debtor, is a professional and counsel to current AP clients in matters unrelated to the Debtor.

- Harbor Insurance Company, an insurance provider to the Debtor, is a litigation party to a former AP client in matters unrelated to the Debtor.

- Hartford Accident and Indemnity Company, an insurance provider to the Debtor, and affiliates ("Hartford") are bondholders, litigation parties, adverse litigation parties, and lienholders to current and former AP clients in matters unrelated to the Debtor.  Hartford is a current and former AP client in matters unrelated to the Debtor.  Hartford is an insurance provider to AP.

- Hartline Barger, an ordinary course professional to the Debtor, is professional and counsel to current and former AP clients in matters unrelated to the Debtor.

- Hawaii, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and litigation party to current and former AP clients in matters unrelated to the Debtor.

- Honeywell International, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Honeywell") are litigation parties, adverse litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtor.  Honeywell is a current and former AP client in matters unrelated to the Debtor.  Honeywell is a former employer of a current AP employee.

- Idaho, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Illinois, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Imerys Talc America, Inc., a significant co-defendant to the Debtor in talc-related litigation and a material potentially indemnified party to the Debtor, is a litigation party to a current AP client in matters unrelated to the Debtor.

- IMO Industries Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Indemnity Insurance Company of North America ("Indemnity"), an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.  Indemnity is a current AP client in matters unrelated to the Debtor.

- International Insurance Company, an insurance provider to the Debtor, and affiliates, are adverse litigation parties to a current AP client in matters unrelated to the Debtor.

- International Surplus Lines Insurance Company, an insurance provider to the Debtor, is a litigation party to a former AP client in matters unrelated to the Debtor.

- Iowa, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, adverse litigation party, and lender to current and former AP clients in matters unrelated to the Debtor.

- John Crane, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("John Crane") are litigation parties, adverse litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtor.

- Johnson & Bell Ltd., an ordinary course professional to the Debtor, is a professional to a former AP client in matters unrelated to the Debtor.

- Johnson & Johnson, Johnson & Johnson - Societa' Per Azioni, Johnson & Johnson (Angola), Limitada, Johnson & Johnson (China) Investment Ltd., Johnson & Johnson (Egypt) S.A.E., Johnson & Johnson (Hong Kong) Limited, Johnson & Johnson (Ireland) Limited, Johnson & Johnson (Jamaica) Limited, Johnson & Johnson (Kenya) Limited, Johnson & Johnson (Middle East) Inc., Johnson & Johnson (Mozambique), Limitada, Johnson & Johnson (Namibia) (Proprietary) Limited, Johnson & Johnson (New Zealand) Limited, Johnson & Johnson (Philippines), Inc., Johnson & Johnson (Private) Limited, Johnson & Johnson (Thailand) Ltd., Johnson & Johnson (Trinidad) Limited, Johnson & Johnson (Vietnam) Co., Ltd, Johnson & Johnson AB, Johnson & Johnson AG, Johnson & Johnson Belgium Finance Company BV, Johnson & Johnson Bulgaria EOOD, Johnson & Johnson China Ltd., Johnson & Johnson Consumer (Hong Kong) Limited, Johnson & Johnson Consumer B.V., Johnson & Johnson Consumer Holdings France, Johnson & Johnson Consumer Inc., Johnson & Johnson Consumer NV, Johnson & Johnson Consumer Saudi Arabia Limited, Johnson & Johnson Consumer Services EAME Ltd., Johnson & Johnson Consumer (Thailand) Limited, Johnson & Johnson d.o.o., Johnson & Johnson de Argentina S.A.C. e. I., Johnson & Johnson de Chile Limitada, Johnson & Johnson de Chile S.A., Johnson & Johnson de Colombia S.A., Johnson & Johnson de Costa Rica, S.A., Johnson & Johnson de Mexico, S.A. de C.V., Johnson & Johnson de Uruguay S.A., Johnson & Johnson de Venezuela, S.A., Johnson & Johnson del Ecuador, S.A., Johnson & Johnson Del Paraguay, S.A., Johnson & Johnson del Peru S.A., Johnson & Johnson do Brasil Industria E Comercio de Produtos Para Saude Ltda., Johnson & Johnson Dominicana, S.A.S., Johnson & Johnson Enterprise Innovation Inc., Johnson & Johnson European Treasury Company, Johnson & Johnson Finance Corporation, Johnson & Johnson Finance Limited, Johnson & Johnson Financial Services GmbH, Johnson & Johnson for Export and Import LLC, Johnson & Johnson Foundation Scotland (NON-PROFIT), Johnson & Johnson Gateway, LLC, Johnson & Johnson Gesellschaft m.b.H., Johnson & Johnson GmbH, Johnson & Johnson Guatemala, S.A., Johnson & Johnson Health and Wellness Solutions, Inc., Johnson & Johnson Health Care Systems Inc., Johnson & Johnson Hellas Commercial and Industrial S.A., Johnson & Johnson Hellas Consumer Products Commercial Societe Anonyme, Johnson & Johnson Hemisferica S.A., Johnson & Johnson Holding GmbH, Johnson & Johnson Holdings K.K., Johnson & Johnson Inc., Johnson & Johnson Industrial Ltda., Johnson & Johnson Innovation - JJDC, Inc., Johnson & Johnson Innovation Limited, Johnson & Johnson Innovation LLC, Johnson & Johnson International, Johnson & Johnson International Financial Services Company, Johnson & Johnson International (Singapore) Pte. Ltd., Johnson & Johnson Japan Inc.,

Johnson & Johnson K.K., Johnson & Johnson Kft., Johnson & Johnson Korea Ltd., Johnson & Johnson Korea Selling & Distribution LLC, Johnson & Johnson Limitada, Johnson & Johnson Limited, Johnson & Johnson LLC, Johnson & Johnson Luxembourg Finance Company Sarl, Johnson & Johnson Management Limited, Johnson & Johnson Medical Saudi Arabia Limited, Johnson & Johnson Medical (China) Ltd., Johnson & Johnson Medical (Shanghai) Ltd., Johnson & Johnson Medical (Suzhou) Ltd., Johnson & Johnson Medical B.V., Johnson & Johnson Medical Devices & Diagnostics Group - Latin America, L.L.C., Johnson & Johnson Medical GmbH, Johnson & Johnson Medical Korea Ltd., Johnson & Johnson Medical Limited, Johnson & Johnson Medical Mexico, S.A. de C.V., Johnson & Johnson Medical NV, Johnson & Johnson Medical Products GmbH, Johnson & Johnson Medical Proprietary) Ltd, Johnson & Johnson Medical Pty Ltd, Johnson & Johnson Medical S.A., Johnson & Johnson Medical S.p.A., Johnson & Johnson Medical SAS, Johnson & Johnson Medical Servicios Profesionales S. de R.L. de C.V., Johnson & Johnson Medical Taiwan Ltd., Johnson & Johnson Medical, S.C.S., Johnson & Johnson Medikal Sanayi ve Ticaret Limited Sirketi, Johnson & Johnson Middle East FZ-LLC, Johnson & Johnson Morocco Societe Anonyme, Johnson & Johnson Nordic AB, Johnson & Johnson Pacific Pty Limited, Johnson & Johnson Pakistan (Private) Limited, Johnson & Johnson Panama, S.A., Johnson & Johnson Personal Care (Chile) S.A., Johnson & Johnson Poland Sp. z o.o., Johnson & Johnson Private Limited, Johnson & Johnson Pte. Ltd., Johnson & Johnson Pty. Limited, Johnson & Johnson Research Pty Ltd, Johnson & Johnson Romania S.R.L., Johnson & Johnson S.E. d.o.o., Johnson & Johnson S.E., Inc., Johnson & Johnson Sante Beaute France, Johnson & Johnson SDN. BHD., Johnson & Johnson Services, Inc., Johnson & Johnson Services, Inc., Johnson & Johnson Servicios Corporativos, S. de R.L. de C.V., Johnson & Johnson Surgical Vision India Private Limited, Johnson & Johnson Surgical Vision, Inc., Johnson & Johnson Taiwan Ltd., Johnson & Johnson UK Treasury Company Limited, Johnson & Johnson Ukraine LLC, Johnson & Johnson Urban Renewal Associates, Johnson & Johnson Vision Care Ireland Unlimited Company, Johnson & Johnson Vision Care (Shanghai) Ltd., Johnson & Johnson Vision Care, Inc., Johnson & Johnson, S.A., Johnson & Johnson, S.A. de C.V., Johnson & Johnson, s.r.o., Johnson & Johnson, s.r.o., PT. Johnson & Johnson Indonesia, Shanghai Johnson & Johnson Ltd., Shanghai Johnson & Johnson Pharmaceuticals Ltd., Johnson and Johnson (Proprietary) Limited, Johnson and Johnson Consumer Inc. and Johnson and Johnson Sihhi Malzeme Sanayi Ve Ticaret Limited Sirketi, non-debtor affiliates, equity owners, and parties in interest to the Debtor, and affiliates ("J&J") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor. J&J is a former employer of current AP employees. An AP employee who works in the AP legal department and performs services on this matter has a son who is employed in the tax department of an affiliate of the Debtor. An AP Managing Director has been identified as a preferred consultant by J&J in matters unrelated to the Debtor, but is not currently performing any work for J&J. AP previously performed services for J&J in China and Korea, which engagements all concluded at least two years ago. In addition, these engagements were for matters wholly unrelated to this Chapter 11 Case and the 2021 Chapter 11 Case. Examples of the types of services performed by AP for J&J in China and Korea include forensic accounting and electronic data hosting services. Additionally, AP has been identified as a "preferred vendor" to J&J for FCPA work. AP has not performed in the past and is not currently providing any services under this arrangement. In the event that AP is considered for any such work, AP would be subject to a competitive process to be engaged and, if engaged, would file a supplemental disclosure in this Chapter 11 Case. For the avoidance of any doubt, AP is not retained to represent J&J's interests in this Chapter 11 Case and, to that end, J&J has hired its own professional advisors.

- Johnson Law Group, a PSA party and law firm with significant representation of talc claimants, is opposing counsel to a current AP client in matters unrelated to the Debtor.

- K & B Louisiana Corporation, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Kaiser Gypsum Company, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Kansas, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Kelley Jasons McGowan Spinelli, an ordinary course professional to the Debtor, is a professional and counsel to current AP clients in matters unrelated to the Debtor.

- Kentucky, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Kirkland & Ellis ("Kirkland"), an ordinary course professional to the Debtor, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor. Kirkland is a current and former AP client in matters unrelated to the Debtor.

- Kitch Drutchas Wagner Valitutti & Sherbrook, an ordinary course professional to the Debtor, is a professional to a current AP client in matters unrelated to the Debtor.

- Kmart Corporation, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Kmart") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.

- Lewis Brisbois Bisgaard & Smith, LLP, an ordinary course professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.

- Lexington Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Liakos Law, APC, a PSA party in this bankruptcy matter, is opposing counsel to a current AP client in matters unrelated to the Debtor.

- Liberty Mutual Insurance Company, a major surety to the Debtor, and affiliates ("LiMu") are litigation parties, adverse litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtor. LiMu is a current and former AP client in matters unrelated to the Debtor. LiMu is an insurance provider to AP.

- Longs Drug Stores California, a significant co-defendant to the Debtor in talc-related litigation, and affiliates, are litigation parties to current AP clients in matters unrelated to the Debtor.

- L'Oreal USA, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates, are current and former AP clients in matters unrelated to the Debtor.

- Lowenstein Sandler ("LS"), a professional to J&J in this Chapter 11 Case, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor. LS is a current and former AP client in matters unrelated to the Debtor.  One of LS's attorneys who is working on this matter cohabitates with and is in a personal relationship with an AP employee. That AP employee is not performing services in this Chapter 11 Case. At the request of the U.S. Trustee, effective on December 10, 2021, AlixPartners implemented an ethical wall to prevent information from passing to its employee concerning any information involving this case.

- Luzenac America, Inc., a material potentially indemnified party to the Debtor and key party in *Imerys Talc America, Inc.* and *Cyprus Mines Corp.*, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Macy's, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor. Macy's is a former AP client in matters unrelated to the Debtor. Macy's is a former employer of current AP employees.

- Maine, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and litigation party to current and former AP clients in matters unrelated to the Debtor.

- Manning Gross & Massenburg LLP, an ordinary course professional to the Debtor, is a professional to current and former AP clients in matters unrelated to the Debtor.

- Mary Kay Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a former AP client in matters unrelated to the Debtor.

- Maryland, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and litigation party to current and former AP clients in matters unrelated to the Debtor.

- Massachusetts, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, adverse litigation party, and lender to current and former AP clients in matters unrelated to the Debtor.

- McCarter & English, LLP, a proposed professional to the Debtor, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtor.

- McDonald Worley, a PSA party and law firm with significant representation of talc claimants, is opposing counsel to a current AP client in matters unrelated to the Debtor.

- Metropolitan Life Insurance Company, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("MetLife") are bondholders, litigation parties, adverse litigation parties, lenders, lessors, lienholders, and shareholders to current and former AP clients in matters unrelated to the Debtor. MetLife is a former AP client in matters unrelated to the Debtor. MetLife is an employee benefits provider to AP.

- Michigan, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Midland Insurance Company, an insurance provider to the Debtor, and affiliates, are lienholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.

- Miles & Stockbridge, an ordinary course professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.

- Miller Firm, LLC, a law firm with significant representation of talc claimants, and affiliates ("Miller") are professionals, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor. Miller is a former AP client in matters unrelated to the Debtor.

- Minnesota, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, adverse litigation party, and lender to current and former AP clients in matters unrelated to the Debtor.

- Mississippi, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, adverse litigation party, and lessor to current and former AP clients in matters unrelated to the Debtor.

- Montana, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Morgan Lewis, an ordinary course professional to the Debtor, is a professional, counsel, opposing counsel, and director-affiliated company to current and former AP clients in matters unrelated to the Debtor.  Morgan Lewis is a current and former AP client in matters unrelated to the Debtor.

- Munich Reinsurance America, Inc., an insurance provider to the Debtor, and affiliates ("Munich Re") are parent companies, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  Munich Re is a former employer of a current AP employee.

- Nachawati Law Group, a PSA party and law firm with significant representation of talc claimants, is opposing counsel to current and former AP clients in matters unrelated to the Debtor.

- Napoli Shkolnik, a law firm with significant representation of talc claimants, is a professional and opposing counsel to current AP clients in matters unrelated to the Debtor.

- National Casualty Company, an insurance provider to the Debtor, and affiliates ("National Casualty") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  National Casualty is an insurance provider to AP.

- National Union Fire Insurance Company of Pittsburgh, PA, an insurance provider to the Debtor, is a bondholder, litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Nationwide, an insurance provider to the Debtor, and affiliates, are associated companies, bondholders, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  Nationwide is a former employer of current AP employees. Nationwide is an insurance provider to AP.

- Nebraska, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Nelson Mullins Riley & Scarborough, LLP, an ordinary course professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.

- Nevada, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, lender, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- New Hampshire, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- New Hampshire Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- New Jersey, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, lender, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- New Mexico, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, adverse litigation party, lender, and lessor to current and former AP clients in matters unrelated to the Debtor.

- New York, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- North Carolina, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, lender, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- North Dakota, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- North River Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Northbrook Excess and Surplus Insurance Company, an insurance provider to the Debtor, and affiliates, are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.

- Ohio, a state with consumer protection investigations/actions in this bankruptcy matter, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Oklahoma, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- OnderLaw, LLC, a PSA party and law firm with significant representation of talc claimants, is opposing counsel to a current AP client in matters unrelated to the Debtor.

- Oregon, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, adverse litigation party, lender, and lienholder to current and former AP clients in matters unrelated to the Debtor.

- Orrick, a proposed professional to the Debtor, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor.  Orrick is a current AP client in matters unrelated to the Debtor.

- Patterson Belknap Webb & Tyler LLP ("Patterson"), an ordinary course professional to the Debtor, is counsel to current and former AP clients in matters unrelated to the Debtor.  Patterson is a former AP client in matters unrelated to the Debtor.

- Personal Care Products Council, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Pfizer, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a related party, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.  Pfizer is a former AP client in matters unrelated to the Debtor.  Pfizer is a former employer of a current AP employee.

- Pneumo Abex, LLC, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- ProSight, an insurance provider to the Debtor, is an insurance provider to AP.

- Proskauer Rose LLP ("Proskauer"), an ordinary course professional to the Debtor, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor.  Proskauer is a former AP client in matters unrelated to the Debtor.  Proskauer is a current legal services provider to AP.

- Publix Super Markets, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates, are litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtor.

- Pulaski Kherkher PLLC, a PSA party and law firm with significant representation of talc claimants, is opposing counsel to a current AP client in matters unrelated to the Debtor.

- Puritan Insurance Company, an insurance provider to the Debtor, is a litigation party to a former AP client in matters unrelated to the Debtor.

- R.T. Vanderbilt Holding Company, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Randi S. Ellis, the proposed Future Talc Claimants' Representative in this bankruptcy matter, is a professional to a current AP client in matters unrelated to the Debtor.

- Revlon Consumer Products Corporation and Revlon, Inc. ("Revlon"), significant co-defendants to the Debtor in talc-related litigation, are associated companies and litigation parties to current AP clients in matters unrelated to the Debtor.  Revlon is a former AP client in matters unrelated to the Debtor.

- Rhode Island, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Rio Tinto America, Inc., a material potentially indemnified party to the Debtor, and affiliates, are current and former AP clients in matters unrelated to the Debtor.

- Robinson Calcagnie, a law firm with significant representation of talc claimants, is opposing counsel to current and former AP clients in matters unrelated to the Debtor.

- Roger Frankel, a key party in *Imerys Talc America, Inc.* and *Cyprus Mines Corp.*, is opposing counsel to a current AP client in matters unrelated to the Debtor.

- Royal Indemnity Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtor.

- Rite Aid Corporation, a significant co-defendant to the Debtor in talc-related litigation, and affiliates, are litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtor.

- Safety National Casualty Corporation, an insurance provider to the Debtor, is a bondholder, lienholder, lender, adverse litigation party, and shareholder to current and former AP clients in matters unrelated to the Debtor.

- Safeway, Inc., a significant co-defendant to the Debtor in talc-related litigation and a material potentially indemnified party to the Debtor, and affiliates, are related parties, litigation parties, adverse litigation parties, and lessees to current and former AP clients in matters unrelated to the Debtor.

- Sanders, Phillips, Grossman, LLC, a law firm with significant representation of talc claimants, is opposing counsel to current AP clients in matters unrelated to the Debtor.

- Sanofi-Aventis U.S. LLC, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Sanofi-Aventis") are investors, litigation parties, and adverse litigation parties to current AP clients in matters unrelated to the Debtor.  Sanofi-Aventis is a current and former AP client in matters unrelated to the Debtor.

- Schwabe Williamson & Wyatt, an ordinary course professional to the Debtor, is a professional to a current AP client in matters unrelated to the Debtor.

- Seeger Weiss LLP, a PSA party and law firm with significant representation of talc claimants, is opposing counsel to current AP clients in matters unrelated to the Debtor.

- Sentry Insurance, an insurance provider to the Debtor, and affiliates, are lenders, adverse litigation parties, limited partners, and shareholders to current and former AP clients in matters unrelated to the Debtor.

- Shook, Hardy & Bacon L.L.P., a proposed professional to the Debtor, is a professional to current and former AP clients in matters unrelated to the Debtor.

- Shulton, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Sills Cummis & Gross P.C. ("Sills"), an ordinary course professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.  Sills is a former AP client in matters unrelated to the Debtor.

- Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), a proposed professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.

Skadden is a former AP client in matters unrelated to the Debtor.  Skadden is a former employer of current AP employees.  Skadden is a former legal services provider to AP.

- Slater Slater Schulman LLP, a PSA party and law firm with significant representation of talc claimants, is a professional and opposing counsel to current AP clients in matters unrelated to the Debtor.

- South Dakota, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Starr Indemnity & Liability Company, an insurance provider to the Debtor, and affiliates ("Starr") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  Starr is a current and former AP client in matters unrelated to the Debtor. Starr is an insurance provider to AP.

- Stoel Rives LLP, an ordinary course professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.

- Swartz Campbell LLC, an ordinary course professional to the Debtor, is a professional to current AP clients in matters unrelated to the Debtor.

- Target Corporation, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Target") are litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtor.  Target is a current and former AP client in matters unrelated to the Debtor.

- Texas, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- The Dow Chemical Company, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Dow") are bondholders, related parties, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  Dow is a current AP client in matters unrelated to the Debtor.  Dow is a former employer of current AP employees.

- The Estee Lauder Companies, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates, are adverse litigation parties to a former AP client in matters unrelated to the Debtor.

- The Kroger Co., a significant co-defendant to the Debtor in talc-related litigation and affiliates ("Kroger") are litigation parties, adverse litigation parties, and shareholders to current and former AP clients in matters unrelated to the Debtor.  Kroger is a former employer of a current AP employee.

- The Procter & Gamble Company, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Procter & Gamble") are litigation parties to a current AP client in matters unrelated to the Debtor.  Procter & Gamble is a former employer of current AP employees.

- Thrifty Payless, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- TIG Insurance Company, an insurance provider to the Debtor, is a litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtor.

- Trammell PC, a PSA party and law firm with significant representation of talc claimants, is a lessor to a current AP client in matters unrelated to the Debtor.

- Transamerica Premier Insurance Company, an insurance provider to the Debtor, and affiliates, are adverse litigation parties and lessors to former AP clients in matters unrelated to the Debtor.

- Travelers Casualty and Surety Company and Travelers Casualty and Surety Company of America, insurance providers and major sureties to the Debtor, and affiliates ("Travelers") are bondholders, litigation parties, adverse litigation parties, lessors, limited partners, and professionals to current and former AP clients in matters unrelated to the Debtor.  Travelers is a current AP client in matters unrelated to the Debtor.  Travelers is an insurance provider to AP.

- Tucker Ellis LLP, an ordinary course professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.

- Unilever Home & Personal Care USA, a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Unilever") are related parties and litigation parties to current and former AP clients in matters unrelated to the Debtor.  Unilever is a former employer of current AP employees.

- Union Carbide Corporation, a significant co-defendant to the Debtor in talc-related litigation, and affiliates, are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.

- Utah, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Valeant Pharmaceuticals International, Inc., a material potentially indemnified party to the Debtor, and affiliates, are related parties, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.

- Vanderbilt Minerals, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Vermont, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- ViacomCBS, Inc., a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Viacom") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  Viacom is a current and former AP client in matters unrelated to the Debtor.  Viacom is a former employer of a current AP employee.

- Virginia, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, adverse litigation party, and litigation party to current and former AP clients in matters unrelated to the Debtor.

- Wagstaff Law Firm, a law firm with significant representation of talc claimants, is opposing counsel to current AP clients in matters unrelated to the Debtor.

- Walgreen Co., a significant co-defendant to the Debtor in talc-related litigation, and affiliates ("Walgreen") are litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtor.  Walgreen is a former employer of current AP employees.

- Walmart, Inc., a significant co-defendant to the Debtor in talc-related litigation and a material potentially indemnified party to the Debtor, and affiliates ("Walmart") are bondholders, litigation parties, adverse litigation parties and lessors to current and former AP clients in matters unrelated to the Debtor.  Walmart is a current and former AP client in matters unrelated to the Debtor.  Walmart is a former employer of current AP employees.

- Walsh Pizzi O'Reilly Falanga LLP, a professional to the proposed Future Talc Claimants' Representative in this bankruptcy matter, is a professional and counsel to current AP clients in matters unrelated to the Debtor.

- Warren Pumps, LLC, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Washington, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, adverse litigation party, lender, and shareholder to current and former AP clients in matters unrelated to the Debtor.

- Washington, D.C., a federal district with consumer protection investigations/actions in this bankruptcy matter, is the location of an AP office.

- Watts Guerra LLP, a PSA party and law firm with significant representation of talc claimants, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtor.  Watts Guerra LLP is a current AP client in matters unrelated to the Debtor.

- Weil, Gotshal & Manges LLP ("Weil"), a proposed professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor.  Weil is a current and former AP client in matters unrelated to the Debtor.  The father of a current AP employee is the co-chair of the restructuring department at Weil and a member of Weil's management committee.  Weil is a current legal services provider to AP.

- Wellfleet New York Insurance Company, an insurance provider to the Debtor, and affiliates, are lenders and professionals to current and former AP clients in matters unrelated to the Debtor.

- West Virginia, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Westchester Fire Insurance Company, an insurance provider to the Debtor, and affiliates ("Westchester") are bondholders, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtor.  AP has a group insurance program in place for all U.S. managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from an affiliate of Westchester at group rates.

- Westport Insurance Corporation, an insurance provider to the Debtor, is a litigation party and adverse litigation party to former AP clients in matters unrelated to the Debtor.

- White & Case LLP, a professional for certain non-debtor parties in interest in this bankruptcy matter, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtor.  White & Case LLP is a former AP client in matters unrelated to the Debtor. White & Case LLP is a former employer of current AP employees.

- Whittaker Clark & Daniels, Inc., a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Windsor Minerals Inc., a material potentially indemnified party to the Debtor, is a litigation party to a current AP client in matters unrelated to the Debtor.

- Wisconsin, a state with consumer protection investigations/actions in this bankruptcy matter, is a bondholder, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtor.

- Wollmuth Maher & Deutsch LLP ("Wollmuth"), a proposed professional to the Debtor, is a professional and counsel to current and former AP clients in matters unrelated to the Debtor. Wollmuth is a former AP client in matters unrelated to the Debtor.

- Wyeth Holdings LLC, a significant co-defendant to the Debtor in talc-related litigation, is a litigation party to a current AP client in matters unrelated to the Debtor.

- XL Insurance Company, an insurance provider to the Debtor, and affiliates ("XL") are bondholders, litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtor.  XL is an insurance provider to AP.