UNITED STATES BANKRUPTCY COURT
District of New Jersey Trenton

| | |
|---|---|
| In re:<br> LTL Management LLC,<br>    Debtor(s). | Case No.: 23-12825<br>Chapter: 11 |

**CERTIFICATE OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on May 3, 2023 as directed by Genova Burns LLC, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Application for Retention of Professional Genova Burns LLC as Local Counsel to the Official Committee of Talc Claimants

Application for Retention of Professional Brown Rudnick LLC as Co-Counsel to the Official Committee of Talc Claimants

Application for Retention of Professional Otterbourg P.C. as Co-Counsel to the Official Committee of Talc Claimants

Application for Retention of Professional Massey & Gail LLP as Special Counsel to the Official Committee of Talc Claimants

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May 3, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**LTL Management LLC 23-12825**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 8401 | ANDRES PEREIRA LAW FIRM, ANDRES PEREIRA, 14709 CUSTER COURT, AUSTIN, TX, 78734, APEREIRA@ANDRESPEREIRAPC.COM | Electronic |
| 8401 | ARCHER & GREINER, P.C., ATTN: STEPHEN M. PACKMAN, 1025 LAUREL OAK RD, VOORHEES, NJ, 08043, SPACKMAN@ARCHERLAW.COM | Electronic |
| 8401 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, CBOATRIGHT@ARNOLDITKIN.COM | Electronic |
| 8401 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, CHRISTENSEN@ARNOLDITKIN.COM | Electronic |
| 8401 | ARNOLD & ITKIN LLP, K ARNOLD, CAJ BOATRIGHT, ET AL., 1401 MCKINNEY ST., STE 2250, HOUSTON, TX, 77010, JITKIN@ARNOLDITKIN.COM | Electronic |
| 8401 | ASHCRAFT & GEREL, LLP, ATTN MICHELLE PARFITT, 1825 K STREET, NW, STE 7000, WASHINGTON, DC, 20006, MPARFITT@ASHCRAFTLAW.COM | Electronic |
| 8401 | AYLSTOCK, WITKIN, KREIS, MARY PUTNICK & DANIEL THORNBURGH, & OVERHOLTZ PLLC, 17 E MAIN ST STE 200 PO BOX 12630, PENSACOLA, FL, 32502, MARYBETH@PUTNICKLEGAL.COM | Electronic |
| 8401 | AYLSTOCK, WITKIN, KREIS, MARY PUTNICK & DANIEL THORNBURGH, & OVERHOLTZ PLLC, 17 E MAIN ST STE 200 PO BOX 12630, PENSACOLA, FL, 32502, DTHORNBURGH@AWKOLAW.COM | Electronic |
| 8401 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, DALUZT@BALLARDSPAHR.COM | Electronic |
| 8401 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, HEILMANL@BALLARDSPAHR.COM | Electronic |
| 8401 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, ROGLENL@BALLARDSPAHR.COM | Electronic |
| 8401 | BALLARD SPAHR LLP, T M DALUZ;L C HEILMAN, ET AL., 919 N MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034, VESPERM@BALLARDSPAHR.COM | Electronic |
| 8401 | BEASLEY ALLEN LAW FIRM, ATTN LEIGH O'DELL, PO BOX 4160, MONTGOMERY, AL, 36103, LEIGH.ODELL@BEASLEYALLEN.COM | Electronic |
| 8401 | BEASLEY ALLEN LAW FIRM, CHARLIE STERN, 218 COMMERCE ST, MONTGOMERY, AL, 36104, CHARLIE.STERN@BEASLEYALLEN.COM | Electronic |
| 8401 | BEASLEY, ALLEN, CROW, METHVIN, ANDY D. BIRCHFIELD, JR., PORTIS & MILES, P.C., 218 COMMERCE STREET, MONTGOMERY, AL, 36104, ANDY.BIRCHFIELD@BEASLEYALLEN.COM | Electronic |
| 8401 | BROWN RUDNICK LLP, ATTN DAVID J MOLTON, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, DMOLTON@BROWNRUDNICK.COM | Electronic |
| 8401 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, MWINOGRAD@BROWNRUDNICK.COM | Electronic |
| 8401 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, EGOODMAN@BROWNRUDNICK.COM | Electronic |
| 8401 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, KAULET@BROWNRUDNICK.COM | Electronic |
| 8401 | BROWN RUDNICK LLP, MICHAEL S. WINOGRAD;ERIC R. GOODMAN, KENNETH J. AULET;SUSAN SIEGER-GRIMM, SEVEN TIMES SQUARE, NEW YORK, NY, 10036, SSIEGER-GRIMM@BROWNRUDNICK.COM | Electronic |
| 8401 | BROWN RUDNICK LLP, SUNNI P. BEVILLE;JEFFREY L. JONAS, ONE FINANCIAL CENTER, BOSTON, MA, 02111, SBEVILLE@BROWNRUDNICK.COM | Electronic |
| 8401 | BROWN RUDNICK LLP, SUNNI P. BEVILLE;JEFFREY L. JONAS, ONE FINANCIAL CENTER, BOSTON, MA, 02111, JJONAS@BROWNRUDNICK.COM | Electronic |
| 8401 | CHILDERS, SCHLUETER & SMITH LLC, RICHARD SCHLUETER, 1932 N DRUID HILLS RD., STE. 100, ATLANTA, GA, 30319, RSCHLUETER@CSSFIRM.COM | Electronic |
| 8401 | CLYDE & CO US LLP, ATTN KONRAD R KREBS, 340 MT KEMBLE AVE, SUITE 300, MORRISTOWN, NJ, 07960, KONRAD.KREBS@CLYDECO.US | Electronic |
| 8401 | CLYDE & CO US LLP, CLINTON E CAMERON;MEGHAN DALTON, 55 WEST MONROE STREET, SUITE 3000, CHICAGO, IL, 60603, MEGHAN.DALTON@CLYDECO.US | Electronic |
| 8401 | CLYDE & CO US LLP, CLINTON E CAMERON;MEGHAN DALTON, 55 WEST MONROE STREET, SUITE 3000, CHICAGO, IL, 60603, CLINTON.CAMERON@CLYDECO.US | Electronic |
| 8401 | COHEN, PLACITELLA & ROTH PC, ATTN CHRISTOPHER M PLACITELLA ESQ, 127 MAPLE AVENUE, RED BANK, NJ, 07701, CPLACITELLA@CPRLAW.COM | Electronic |
| 8401 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | 800, HACKENSACK, NJ, 07602-0800, JALBERTO@COLESCHOTZ.COM | |
| 8401 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX 800, HACKENSACK, NJ, 07602-0800, SVANAALTEN@COLESCHOTZ.COM | **Electronic** |
| 8401 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX 800, HACKENSACK, NJ, 07602-0800, MSIROTA@COLESCHOTZ.COM | **Electronic** |
| 8401 | COLE SCHOTZ P.C., JALBERTO;SAALTEN;MSIROTA;WUSATINE, COURT PLAZA NORTH, 25 MAIN STREET, P.O. BOX 800, HACKENSACK, NJ, 07602-0800, WUSATINE@COLESCHOTZ.COM | **Electronic** |
| 8401 | COONEY CONWAY, KATHARINE C. BYRNE, 120 N. LA SALLE STREET, SUITE 300, CHICAGO, IL, 60602, KBYRNE@COONEYCONWAY.COM | **Electronic** |
| 8401 | DAVID CHRISTIAN ATTORNEYS LLC, ATTN DAVID CHRISTIAN, ESQ, 105 W MADISON ST., SUITE 1400, CHICAGO, IL, 60602, DCHRISTIAN@DCA.LAW | **Electronic** |
| 8401 | DEAN OMAR BRANHAM SHIRLEY, LLP, J. BRADLEY SMITH, 302 NORTH MARKET STREET, SUITE 300, DALLAS, TX, 75202, BSMITH@DOBSLEGAL.COM | **Electronic** |
| 8401 | DUANE MORRIS LLP, ATTN PHILIP R MATTHEWS, ESQ., SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200, SAN FRANCISCO, CA, 94105-1127, PRMATTHEWS@DUANEMORRIS.COM | **Electronic** |
| 8401 | DUANE MORRIS LLP, ATTN SOMMER L ROSS, ESQ, 1940 ROUTE 70 EAST, SUITE 100, CHERRY HILL, NJ, 08003-2171, SLROSS@DUANEMORRIS.COM | **Electronic** |
| 8401 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, RWROTEN@DUANEMORRIS.COM | **Electronic** |
| 8401 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, JKAHANE@DUANEMORRIS.COM | **Electronic** |
| 8401 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, AMINA@DUANEMORRIS.COM | **Electronic** |
| 8401 | DUANE MORRIS LLP, RUSSELL W. ROTEN;JEFF D. KAHANE, ANDREW E. MINA;NATHAN REINHARDT, 865 SOUTH FIGUEROA ST, STE 3100, LOS ANGELES, CA, 90017, NREINHARDT@DUANEMORRIS.COM | **Electronic** |
| 8401 | FEARS NACHAWATI LAW FIRM, DARREN P. MCDOWELL, 5489 BLAIR ROAD, DALLAS, TX, 75231, DMCDOWELL@FNLAWFIRM.COM | **Electronic** |
| 8401 | FERRER, POIROT & WANSBROUGH, JESSE FERRER & CHRISTINA FELLER, 2603 OAK LAWN AVE. #300, DALLAS, TX, 75219, JFERRER@LAWYERWORKS.COM | **Electronic** |
| 8401 | FERRER, POIROT & WANSBROUGH, JESSE FERRER & CHRISTINA FELLER, 2603 OAK LAWN AVE. #300, DALLAS, TX, 75219, CFELLER@LAWYERWORKS.COM | **Electronic** |
| 8401 | GENOVA BURNS LLC, ATTN: DANIEL M. STOLZ, 110 ALLEN RD, STE 304, BASKING RIDGE, NJ, 07920, DSTOLZ@GENOVABURNS.COM | **Electronic** |
| 8401 | GENOVA BURNS LLC, ATTN: DONALD W. CLARKE, 494 BROAD STREET, NEWARK, NJ, 07102, DCLARKE@GENOVABURNS.COM | **Electronic** |
| 8401 | GEOFFREY B BOMPERS, PC, ATTN GEOFFREY B GOMPERS, 1515 MARKET STREET, SUITE 1650, PHILADELPHIA, PA, 19102, GOMPERS@GOMPERSLAW.COM | **Electronic** |
| 8401 | GERTLER LAW FIRM, HELEN H. BABIN, 935 GRAVIER ST, STE 1900, NEW ORLEANS, LA, 70112, HBABIN@GERTLERFIRM.COM | **Electronic** |
| 8401 | GIBBONS P.C., ROBERT K. MALONE;KYLE P. MCEVILLY, ONE GATEWAY CENTER, NEWARK, NJ, 07102, RMALONE@GIBBONSLAW.COM | **Electronic** |
| 8401 | GIBBONS P.C., ROBERT K. MALONE;KYLE P. MCEVILLY, ONE GATEWAY CENTER, NEWARK, NJ, 07102, KMCEVILLY@GIBBONSLAW.COM | **Electronic** |
| 8401 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, JMALONEY@LAWGMM.COM | **Electronic** |
| 8401 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, SGIMIGLIANO@LAWGMM.COM | **Electronic** |
| 8401 | GIMIGLIANO MAURIELLO & MALONEY, J MALONEY;SV GIMIGLIANO;RRABINOWITZ, PO BOX 1449, MORRISTOWN, NJ, 07962-1449, RRABINOWITZ@LAWGMM.COM | **Electronic** |
| 8401 | GOLOMB SPIRT GRUNFELD, ATTN RICHARD GOLOMB, 1835 MARKET ST, STE 2900, PHILADELPHIA, PA, 19103, RGOLOMB@GOLOMBLEGAL.COM | **Electronic** |
| 8401 | GREENBERG TRAURIG, LLP, ATTN ALAN J BRODY, ESQ, 500 CAMPUS DRIVE, FLORHAM PARK, NJ, 07932, BRODYA@GTLAW.COM | **Electronic** |
| 8401 | HAGENS BERMAN SOBOL SHAPIRO LLP, THOMAS M. SOBOL; LAUREN G. BARNES, 1 FANEUIL HALL SQUARE, 5TH FLOOR, BOSTON, MA, 02109, TOM@HBSSLAW.COM | **Electronic** |
| 8401 | HAGENS BERMAN SOBOL SHAPIRO LLP, THOMAS M. SOBOL; LAUREN G. BARNES, 1 FANEUIL HALL SQUARE, 5TH FLOOR, BOSTON, MA, 02109, LAUREN@HBSSLAW.COM | **Electronic** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 8401 | HALPERIN BATTAGLIA BENZIJA, LLP, ALAN D HAPERIN; DONNA H LIEBERMAN, 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, AHALPERIN@HALPERINLAW.NET | **Electronic** |
| 8401 | HALPERIN BATTAGLIA BENZIJA, LLP, ALAN D HAPERIN; DONNA H LIEBERMAN, 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, DLIEBERMAN@HALPERINLAW.NET | **Electronic** |
| 8401 | HILL CARTER FRANCO COLE & BLACK PC, ATTN ELIZABETH CARTER, 425 PERRY STREET, MONTGOMERY, AL, 36104, ECARTER@HILLHILLCARTER.COM | **Electronic** |
| 8401 | HILL, HILL, CARTER, FRANCO, PAMELA B. SLATE;ELIZABETH CARTER, COLE & BLACK, P.C., 425 SOUTH PERRY STREET, MONTGOMERY, AL, 36104, PSLATE@HILLHILLCARTER.COM | **Electronic** |
| 8401 | HILL, HILL, CARTER, FRANCO, PAMELA B. SLATE;ELIZABETH CARTER, COLE & BLACK, P.C., 425 SOUTH PERRY STREET, MONTGOMERY, AL, 36104, ECARTER@HILLHILLCARTER.COM | **Electronic** |
| 8401 | JOHNSON & JOHNSON, ERIC HAAS;ANDREW WHITE, ESQ, 1 JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, 08933, EHAAS8@ITS.JNJ.COM | **Electronic** |
| 8401 | JOHNSON & JOHNSON, ERIC HAAS;ANDREW WHITE, ESQ, 1 JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, 08933, AWHITE23@ITS.JNJ.COM | **Electronic** |
| 8401 | JOHNSON LAW GROUP, BLAKE TANASE, BASIL ADHAM, 2925 RICHMOND AVE., STE 1700, HOUSTON, TX, 77098, BADHAM@JOHNSONLAWGROUP.COM | **Electronic** |
| 8401 | JONES DAY, ATTN BRAD B ERENS, 110 NORTH WACKER DRIVE, SUITE 4800, CHIACGO, IL, 60606, BBERENS@JONEDAY.COM | **Electronic** |
| 8401 | JONES DAY, DANIEL J. MERRETT, 1221 PEACHTREE ST, NE STE, 400, ATLANTA, GA, 30361, DMERRETT@JONESDAY.COM | **Electronic** |
| 8401 | JONES DAY, DAVID S. TORBORG, 51 LOUISIANA AVENUE, N.W., WASHINGTON, D., 20001, DSTORBORG@JONESDAY.COM | **Electronic** |
| 8401 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, 2727 N HARWOOD STREET, DALLAS, TX, 75201, GMGORDON@JONESDAY.COM | **Electronic** |
| 8401 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, 2727 N HARWOOD STREET, DALLAS, TX, 75201, DPIETRO@JONESDAY.COM | **Electronic** |
| 8401 | JONES DAY, G M GORDON;D B PIETRO;A S RUSH, 2727 N HARWOOD STREET, DALLAS, TX, 75201, ASRUSH@JONESDAY.COM | **Electronic** |
| 8401 | JONES DAY, JAMES M. JONES, 250 VESEY STREET, NEW YORK, NY, 10281, JMJONES@JONESDAY.COM | **Electronic** |
| 8401 | JONES DAY, MARK W. RASMUSSEN;DAN B. PRIETO, 2727 NORTH HARWOOD STREET, DALLAS, TX, 75201, MRASMUSSEN@JONESDAY.COM | **Electronic** |
| 8401 | JONES DAY, MARK W. RASMUSSEN;DAN B. PRIETO, 2727 NORTH HARWOOD STREET, DALLAS, TX, 75201, DBPRIETO@JONESDAY.COM | **Electronic** |
| 8401 | KARST VON OISTE LLP, ATTN ERIK KARST, 23923 GOSLING RD, STE A, SPRING, TX, 77389, EPK@KARSTVONOISTE.COM | **Electronic** |
| 8401 | KAZAN, MCCLAIN, SATTERLEY, ATTN STEVEN KAZAN, & GREENWOOD, PLC, 55 HARRISON ST, STE 400, OAKLAND, CA, 94607, SKAZAN@KAZANLAW.COM | **Electronic** |
| 8401 | KAZAN, MCCLAIN, SATTERLEY, JOSEPH D. SATTERLEY, & GREENWOOD, 55 HARRISON STREET, SUITE 400, OAKLAND, CA, 94607, JSATTERLEY@KAZANLAW.COM | **Electronic** |
| 8401 | LAW FIRM OF BRIAN W HOFMEISTER, ATTN BRIAN W HOFMEISTER, ESQ, 3131 PRINCETON PIKE,, BUILDING 5, SUITE 110, LAWRENCEVILLE, NJ, 08648, BWH@HOFMEISTERFIRM.COM | **Electronic** |
| 8401 | LAW OFFICES OF M J MALZBERG LLC, ATTN: MITCHELL MALZBERG, ESQ., PO BOX 5122, CLINTON, NJ, 08809, MMALZBERG@MJMALZBERGLAW.COM | **Electronic** |
| 8401 | LEVIN PAPANTONIO RAFFERTY, ATTN CHRISTOPHER TISI, 316 S BAYLEN ST, STE 600, PENSACOLA, FL, 32502, CTISI@LEVINLAW.COM | **Electronic** |
| 8401 | LEVY KONIGSBERG, LLP, ATTN JEROME H BLOCK, ESQ, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, MMAIMON@LEVYLAW.COM | **Electronic** |
| 8401 | LEVY KONIGSBERG, LLP, ATTN JEROME H BLOCK, ESQ, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, JBLOCK@LEVYLAW.COM | **Electronic** |
| 8401 | LEVY KONIGSBERG, LLP, ATTN MOSHE MAIMON, 605 THIRD AVENUE, 33RD FLOOR, NEW YORK, NY, 10158, mmaimon@levylaw.com | **Electronic** |
| 8401 | LEX NOVA LAW LLC, E RICHARD DRESSEL (ED1793), 10 E STOW ROAD, SUITE 250, MARLTON, NJ, 08053, RDRESSEL@LEXNOVALAW.COM | **Electronic** |
| 8401 | LIAKOS LAW, JENN LIAKOS, 955 DEEP VALLEY DR, SUITE 3900, PALOS VERDES PENINSULA, CA, 90274, JENN@JENNLIAKOSLAW.COM | **Electronic** |
| 8401 | LINVILLE LAW GROUP, GANDHI, VINITA, 1932 N DRUID HILLS RD NE, STE 200, ATLANTA, GA, 30319, | **Electronic** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | INFO@LINVILLELAWGROUP.COM | |
| 8401 | LINVILLE LAW GROUP, GANDHI, VINITA, 1932 N DRUID HILLS RD NE, STE 200, ATLANTA, GA, 30319, INFO@LINVILLEFIRM.COM | Electronic |
| 8401 | LITE DEPALMA GREENBERG, ATTN ALLEN J UNDERWOOD II, ESQ., & AFANADOR, LLC, 570 BROAD STREET, SUITE 1201, NEWARK, NJ, 07102, AUNDERWOOD@LITEDEPALMA.COM | Electronic |
| 8401 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN;MARY E. SEYMOUR, ONE LOWENSTEIN DR, ROSELAND, NJ, 07068, KROSEN@LOWENSTEIN.COM | Electronic |
| 8401 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN;MARY E. SEYMOUR, ONE LOWENSTEIN DR, ROSELAND, NJ, 07068, MSEYMOUR@LOWENSTEIN.COM | Electronic |
| 8401 | MASSEY & GAIL LLP, JONATHAN STANDISH MASSEY, 1000 MAINE AVE. SW, SUITE 450, WASHINGTON, D., 20024, JMASSEY@MASSEYGAIL.COM | Electronic |
| 8401 | MASSEY & GAIL LLP, RACHEL MORSE, 50 EAST WASHINGTON STREET, CHICAGO, IL, 60602, RMORSE@MASSEYGAIL.COM | Electronic |
| 8401 | MAUNE RAICHLE HARTLEY FRENCH, SUZANNE M RATCLIFFE & C L THOMPSON, & MUDD LLC, 150 WEST 30TH STREET, SUITE 201, NEW YORK, NY, 10001, SRATCLIFFE@MRHFMLAW.COM | Electronic |
| 8401 | MAUNE RAICHLE HARTLEY FRENCH, SUZANNE M RATCLIFFE & C L THOMPSON, & MUDD LLC, 150 WEST 30TH STREET, SUITE 201, NEW YORK, NY, 10001, CTHOMPSON@MRHFMLAW.COM | Electronic |
| 8401 | MCDONALD WORLEY, DON WORLEY, 1770 ST. JAMES PLACE, STE 100, HOUSTON, TX, 77056, DON@MCDONALDWORLEY.COM | Electronic |
| 8401 | MCMANIMON SCOTLAND & BAUMANN, LLC, ATTN A SODONO, III & S B PLACONA, 75 LIVINGSTON AVENUE, STE 201, ROSELAND, NJ, 07068, SPLACONA@MSBNJ.COM | Electronic |
| 8401 | MCMANIMON SCOTLAND & BAUMANN, LLC, ATTN A SODONO, III & S B PLACONA, 75 LIVINGSTON AVENUE, STE 201, ROSELAND, NJ, 07068, ASODONO@MSBNJ.COM | Electronic |
| 8401 | MENDES & MOUNT, LLP, STEPHEN T. ROBERTS;EILEEN T. MCCABE, 750 SEVENTH AVENUE, NEW YORK, NY, 10019, STEPHEN.ROBERTS@MENDES.COM | Electronic |
| 8401 | MENDES & MOUNT, LLP, STEPHEN T. ROBERTS;EILEEN T. MCCABE, 750 SEVENTH AVENUE, NEW YORK, NY, 10019, EILEEN.MCCABE@MENDES.COM | Electronic |
| 8401 | MILLER FIRM, LLC, ATTN CURTIS G HOKE, 108 RAILROAD AVE, ORANGE, VA, 22960, CHOKE@MILLERMILLER.COM | Electronic |
| 8401 | MOTLEY RICE LLC, ATTN DANIEL R LAPINSKI, 210 LAKE DRIVE EAST, SUITE 101, CHERRY HILL, NJ, 08002, DLAPINSKI@MOTLEYRICE.COM | Electronic |
| 8401 | MOTLEY RICE LLC, JOHN A. BADEN IV, 28 BRIDGESIDE BLVD., MT. PLEASANT, SC, 29464, JBADEN@MOTLEYRICE.COM | Electronic |
| 8401 | NACHAWATI LAW GROUP, MAJED NACHAWATI, 5489 BLAIR RD, DALLAS, TX, 75231, MN@NTRIAL.COM | Electronic |
| 8401 | NAPOLI SHKOLNIK PLLC, JAMES HEISMAN, CHRISTOPHER LOPALO, 919 NORTH MARKET ST, STE 1801, WILMINGTON, DE, 19801, CLOPALO@NAPOLIBERN.COM | Electronic |
| 8401 | NAPOLI SHKOLNIK PLLC, JAMES HEISMAN, CHRISTOPHER LOPALO, 919 NORTH MARKET ST, STE 1801, WILMINGTON, DE, 19801, JHEISMAN@NAPOLILAW.COM | Electronic |
| 8401 | OFFICE OF THE ATTY GENERAL OF TX, AUTUMN D HIGHSMITH;RACHEL R OBALDO, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX, 78711-2548, AUTUMN.HIGHSMITH@OAG.TEXAS.GOV | Electronic |
| 8401 | OFFICE OF THE ATTY GENERAL OF TX, AUTUMN D HIGHSMITH;RACHEL R OBALDO, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX, 78711-2548, RACHEL.OBALDO@OAG.TEXAS.GOV | Electronic |
| 8401 | OFFICE OF THE US TRUSTEE, LAUREN BIELSKIE;JEFFREY M. SPONDER, ONE NEWARK CENTER, STE 2100, NEWARK, NJ, 07102, LAUREN.BIELSKIE@USDOJ.GOV | Electronic |
| 8401 | OFFICE OF THE US TRUSTEE, LAUREN BIELSKIE;JEFFREY M. SPONDER, ONE NEWARK CENTER, STE 2100, NEWARK, NJ, 07102, JEFFREY.M.SPONDER@USDOJ.GOV | Electronic |
| 8401 | ONDERLAW, LLC, JAMES ONDER, 110 EAST LOCKWOOD, 2ND FL, ST. LOUIS, MO, 63119, ONDER@ONDERLAW.COM | Electronic |
| 8401 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, JFEENEY@OTTERBOURG.COM | Electronic |
| 8401 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, JDREW@OTTERBOURG.COM | Electronic |
| 8401 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, MCYGANOWSKI@OTTERBOURG.COM | Electronic |
| 8401 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, DCASTLEMAN@OTTERBOURG.COM | Electronic |
| 8401 | OTTERBOURG P.C., J FEENEY;J DREW;M CYGANOWSKI, D. CASTLEMAN;M MAIZEL, 230 PARK AVENUE, NEW YORK, NY, 10169, MMAIZEL@OTTERBOUR | Electronic |
| 8401 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, 230 PARK AVE, NEW YORK, NY, 10169, | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | RHADDAD@OTTERBOURG.COM | |
| 8401 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, 230 PARK AVE, NEW YORK, NY, 10169, ASILVERSTEIN@OTTERBOURG.COM | Electronic |
| 8401 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, 230 PARK AVE, NEW YORK, NY, 10169, DCASTLEMAN@OTTERBOURG.COM | Electronic |
| 8401 | OTTERBOURG P.C., RICHARD G HADDAD;ADAM C SILVERSTEIN, 230 PARK AVE, NEW YORK, NY, 10169, JDREW@OTTERBOURG.COM | Electronic |
| 8401 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, LJONES@PSZJLAW.COM | Electronic |
| 8401 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, CROBINSON@PSZJLAW.COM | Electronic |
| 8401 | PACHULSKI STANG ZIEHL & JONES LLP, L D JONES;C R ROBINSON;P J KEANE, 919 N MARKET STREET, 17TH FL, WILMINGTON, DE, 19801, PKEANE@PSZJLAW.COM | Electronic |
| 8401 | PARKINS & RUBIO LLP, LENARD M PARKINS & CHARLES M RUBIO, 700 MILAM, SUITE 1300, HOUSTON, TX, 77002, LPARKINS@PARKINSRUBIO.COM | Electronic |
| 8401 | PARKINS & RUBIO LLP, LENARD M PARKINS & CHARLES M RUBIO, 700 MILAM, SUITE 1300, HOUSTON, TX, 77002, CRUBIO@PARKINSRUBIO.COM | Electronic |
| 8401 | PASHMAN STEIN WALDER HAYDEN, P.C., ATTN JOHN W WEISS, 101 CRAWFORDS CORNER ROAD, STE 4202, HOLMDEL, NJ, 07733, JWEISS@PASHMANSTEIN.COM | Electronic |
| 8401 | PAUL HASTINGS LLP, ATTN KRIS HANSEN, 200 PARK AVENUE, NEW YORK, NY, 10166, KRISHANSEN@PAULHASTINGS.COM | Electronic |
| 8401 | PAUL HASTINGS LLP, MATTHEW M MURPHY & MATTHEW MICHELI, 71 SOUTH WACKER DRIVE, SUITE 4500, CHICAGO, IL, 60606, MATTMURPHY@PAULHASTINGS.COM | Electronic |
| 8401 | PAUL HASTINGS LLP, MATTHEW M MURPHY & MATTHEW MICHELI, 71 SOUTH WACKER DRIVE, SUITE 4500, CHICAGO, IL, 60606, MATTMICHELI@PAULHASTINGS.COM | Electronic |
| 8401 | PULASKI KHERKHER PLLC, ADAM PULASKI, 2925 RICHMOND AVE, STE 1725, HOUSTON, TX, 77098, ADAM@PULASKILAWFIRM.COM | Electronic |
| 8401 | RANDI S ELLIS LLC, ATTN: RANDI S ELLIS, 5757 INDIAN CIRCLE, HOUSTON, TX, 77057, RANDI@RANDIELLIS.COM | Electronic |
| 8401 | RAWLINGS & ASSOCIATES, MARK D FISCHER,;ROBERT C GRIFFITHS, 1 EDEN PARKWAY, LA GRANGE, KY, 40031, MDF@RAWLINGSANDASSOCIATES.COM | Electronic |
| 8401 | RAWLINGS & ASSOCIATES, MARK D FISCHER,;ROBERT C GRIFFITHS, 1 EDEN PARKWAY, LA GRANGE, KY, 40031, RCG@RAWLINGSANDASSOCIATES.COM | Electronic |
| 8401 | REED SMITH LLP, ATTN DEREK J BAKER, 506 CARNEGIE CENTER, SUITE 300, PRINCETON, NJ, 08543, DBAKER@REEDSMITH.COM | Electronic |
| 8401 | ROBINSON CALCAGNIE, INC., ATTN MARK ROBINSON, JR, 19 CORPORATE PLAZA DRIVE, NEWPORT BEACH, CA, 92660, MROBINSON@ROBINSONFIRM.COM | Electronic |
| 8401 | ROSS FELLER CASEY, LLP, ATTN BRIAN J MCCORMICK, JR, ONE LIBERTY PLACE, 1650 MARKET ST, 34TH FLOOR, PHILADELPHIA, PA, 19103, BMCCCORMICK@ROSSFELLERCASEY.COM | Electronic |
| 8401 | RUEB STOLLER DANIEL, LLP, GREGORY D. RUEB, 1990 N. CALIFORNIA BLVD., 8TH FLOOR, WALNUT CREEK, CA, 94596, GREG@LAWRSD.COM | Electronic |
| 8401 | SAIBER LLC, ATTN: JOHN M. AUGUST, ESQ., 18 COLUMBIA TURNPIKE, SUITE 200, FLORHAM PARK, NJ, 07932, jaugust@saiber.com | Electronic |
| 8401 | SANDERS, PHILLIPS, GROSSMAN, LLC, MARC GROSSMAN, 100 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530, MGROSSMAN@THESANDERSFIRM.COM | Electronic |
| 8401 | SIMON GREENSTONE PANATIER PC, ATTN LEAH C KAGAN, ESQ., 1201 ELM STREET, SUITE 3400, DALLAS, TX, 75270, LKAGAN@SGPTRIAL.COM | Electronic |
| 8401 | SIMPSON THACHER & BARTLETT LLP, ATTN ANDREW T FRANKEL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, AFRANKEL@STBLAW.COM | Electronic |
| 8401 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, KMCLENDON@STBLAW.COM | Electronic |
| 8401 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, MICHAEL.TORKIN@STBLAW.COM | Electronic |
| 8401 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, JONATHAN.MITNICK@STBLAW.COM | Electronic |
| 8401 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 LEXINGTON AVENUE, NEW YORK, NY, 10017, SQUSBA@STBLAW.COM | Electronic |
| 8401 | SIMPSON THACHER & BARTLETT LLP, K MCLENDON;M TORKIN;J MITNICK, S QUSBA;Z WEINER;J FELL, 425 | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | LEXINGTON AVENUE, NEW YORK, NY, 10017, ZACHARY.WEINER@STBLAW | |
| 8401 | SKADDEN, ARPS, SLATE,, ATTN ALLISON M BROWN, ESQ., MEAGHER & FLOM LLP, ONE MANHATTAN WEST, NEW YORK, NY, 10001, ALLISON.BROWN@SKADDEN.COM | Electronic |
| 8401 | SLATER SLATER SCHULMAN, SLATER, ADAM, 445 BROADHOLLOW RD, STE 419, MELVILLE, NY, 11747 | None |
| 8401 | THE BARNES LAW GROUP, LLC, ROY E. BARNES;JOHN R. BEVIS, 31 ATLANTA STREET, MARIETTA, GA, 30060, ROY@BARNESLAWGROUP.COM | Electronic |
| 8401 | THE BARNES LAW GROUP, LLC, ROY E. BARNES;JOHN R. BEVIS, 31 ATLANTA STREET, MARIETTA, GA, 30060, BEVIS@BARNESLAWGROUP.COM | Electronic |
| 8401 | THE KELLY FIRM, P.C., ATTN: ANDREW J. KELLY, 1011 HIGHWAY 71, SUITE 200, SPRING LAKE, NJ, 07762, AKELLY@KBTLAW.COM | Electronic |
| 8401 | THE RUCKDESCHEL LAW FIRM, LLC, JONATHAN RUCKDESCHEL, 8357 MAIN STREET, ELLICOTT CITY, MD, 21043, RUCK@RUCKLAWFIRM.COM | Electronic |
| 8401 | THE SHAPIRO LAW FIRM, ATTN JANET A SHAPIRO, 325 N MAPLE DRIVE #15186, BEVERLY HILLS, CA, 90209, JSHAPIRO@SHAPIROLAWFIRM.COM | Electronic |
| 8401 | TRAMMELL PC, FLETCHER V. TRAMMELL, 3262 WESTHEIMER RD., STE 423, HOUSTON, TX, 77098, FLETCH@TRAMMELLPC.COM | Electronic |
| 8401 | TRIF & MODUGNO, LLC, ATTN LOUIS A MODUGNO, 89 HEADQUARTERS PLAZA, NORTH TOWER, SUITE 1201, MORRISTOWN, NJ, 07960, LMODUGNO@TM-FIRM.COM | Electronic |
| 8401 | US DEPARTMENT OF JUSTICE, ATTN BETHANY R THERIOT, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, JOHN.Z.BALASKO@USDOJ.GOV | Electronic |
| 8401 | US DEPARTMENT OF JUSTICE, ATTN BETHANY R THERIOT, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, BETHANY.THERIOT@USDOJ.GOV | Electronic |
| 8401 | US DEPARTMENT OF JUSTICE, ATTN J ZACHARY BALASKO, CIVIL DIVISION, PO BOX 875, BEN FRANKLIN STATION, WASHINGTON, DC, 20044-0875, john.z.balasko@usdoj.gov | Electronic |
| 8401 | WAGSTAFF LAW FIRM, AIMEE WAGSTAFF, 940 N. LINCOLN ST, DENVER, CO, 80203, AWAGSTAFF@WAGSTAFFLAWFIRM.COM | Electronic |
| 8401 | WALDREP WALL BABCOCK & BAILEY PLLC, THOMAS W. WALDREP, JR., 370 KNOLLWOOD STREET, SUITE 600, WINSTON-SALEM, NC, 27103, TWALDREP@WALDREPWALL.COM | Electronic |
| 8401 | WALSH PIZZI O'REILLY FALANGA, ATTN MARK FALK, THREE GATEWAY CENTER, 100 MULBERRY ST, 15TH FL, NEWARK, NJ, 07102, MFALK@WALSH.LAW | Electronic |
| 8401 | WATTS GUERRA LLP, MIKAL WATTS, 4 DOMINION DR., BLD 3, STE 100, SAN ANTONIO, TX, 78257, MCWATTS@WATTSGUERRA.COM | Electronic |
| 8401 | WEITZ & LUXENBERG, PC, PERRY WEITZ;LISA BUSCH;J DELANEY, 700 BROADWAY, NEW YORK, NY, 10003, PW@WEITZLUX.COM | Electronic |
| 8401 | WEITZ & LUXENBERG, PC, PERRY WEITZ;LISA BUSCH;J DELANEY, 700 BROADWAY, NEW YORK, NY, 10003, LBUSCH@WEITZLUX.COM | Electronic |
| 8401 | WEITZ & LUXENBERG, PC, PERRY WEITZ;LISA BUSCH;J DELANEY, 700 BROADWAY, NEW YORK, NY, 10003, JDELANEY@WEITZLUX.COM | Electronic |
| 8401 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, JESSICA.LAURIA@WHITECASE.COM | Electronic |
| 8401 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, GKURTZ@WHITECASE.COM | Electronic |
| 8401 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, RICARDO.PASIANOTTO@WHITECASE.COM | Electronic |
| 8401 | WHITE & CASE LLP, J C LAURIA;G M KURTZ, ET AL., 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1095, GSTARNER@WHITECASE.COM | Electronic |
| 8401 | WHITE & CASE LLP, MATTHEW E LINDER & LAURA E BACCASH, 111 SOUTH WACKER DR, STE 5100, CHICAGO, IL, 60606-4302, MLINDER@WHITECASE.COM | Electronic |
| 8401 | WHITE & CASE LLP, MATTHEW E LINDER & LAURA E BACCASH, 111 SOUTH WACKER DR, STE 5100, CHICAGO, IL, 60606-4302, LAURA.BACCASH@WHITECASE.COM | Electronic |
| 8401 | WHITE & CASE LLP, MICHAEL C SHEPHERD;LAURA FEMINO, 200 SOUTH BISCAYNE BLVD, STE 4900, MIAMI, FL, 33131-2352, MSHEPHERD@WHITECASE.COM | Electronic |
| 8401 | WHITE & CASE LLP, MICHAEL C SHEPHERD;LAURA FEMINO, 200 SOUTH BISCAYNE BLVD, STE 4900, MIAMI, FL, 33131-2352, LAURA.FEMINO@WHITECASE.COM | Electronic |
| 8401 | WOLLMUTH MAHER & DEUTSCH LLP, ATTN JAMES N LAWLOR, 90 WASHINGTON VALLEY ROAD, BEDMINISTER, NJ, 07921, JLAWLOR@WMD-LAW.COM | Electronic |
| 8401 | WOLLMUTH MAHER & DEUTSCH LLP, LYNDON TRETTER;STEPHANIE A. WEAVER, 500 FIFTH AVENUE, NEW YORK, | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | NY, 10110, LTRETTER@WMD-LAW.COM | |
| 8401 | WOLLMUTH MAHER & DEUTSCH LLP, LYNDON TRETTER;STEPHANIE A. WEAVER, 500 FIFTH AVENUE, NEW YORK, NY, 10110, SWEAVER@WMD-LAW.COM | Electronic |
| 8401 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, PDEFILIPPO@WMD-LAW.COM | Electronic |
| 8401 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, JPACELLI@WMD-LAW.COM | Electronic |
| 8401 | WOLLMUTH MAHER & DEUTSCH LLP, PR DEFILIPPO;J F PACELLI;J N LAWLOR, 500 FIFTH AVENUE, 12TH FLOOR, NEW YORK, NY, 10110, JLAWLOR@WMD-LAW.COM | Electronic |
| 8401 | WOMBLE BOND DICKINSON (US) LLP, ERICKA JOHNSON & LISA B TANCREDI, 1313 NORTH MARKET STREET, STE 1200, WILMINGTON, DE, 19801, ERICKA.JOHNSON@WBD-US.COM | Electronic |
| 8401 | WOMBLE BOND DICKINSON (US) LLP, ERICKA JOHNSON & LISA B TANCREDI, 1313 NORTH MARKET STREET, STE 1200, WILMINGTON, DE, 19801, LISA.TANCREDI@WBD-US.COM | Electronic |
| 8401 | WOMBLE BOND DICKINSON (US) LLP, LISA BITTLE TANCREDI, 100 LIGHT STREET, 26TH FLOOR, BALTIMORE, MD, 21202, LISA.TANCREDI@WBD-US.COM | Electronic |