**EXHIBIT B**

**AGREEMENT FORMING AD HOC COMMITTEE OF STATES HOLDING
CONSUMER PROTECTION CLAIMS**

## RECITALS

This agreement dated as of March 15, 2022 (this "Agreement") forms the Ad Hoc Committee of States Holding Consumer Protection Claims, and provides as follows:

WHEREAS, on or about October 14, 2021 (the "Petition Date"), LTL Management LLC (the "Debtor") filed a petition under 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of North Carolina, Case No. 21-30589 (JCW), venue over which was subsequently transferred to the Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), Case No. 21-30589 (MBK); and

WHEREAS certain States hold claims for monetary and injunctive relief against the Debtor arising from violations of applicable state consumer protection laws in connection with the sale of talc-containing products (the "Consumer Protection Claims"), which have been the subject of a multi-state investigation of the Debtor (specifically, the Debtor's predecessor) and its ultimate parent, Johnson & Johnson, Inc. (the "Multi-State Investigation"), and

WHEREAS certain States (which shall include but not be limited to the respective offices of attorneys general, state auditors, comptrollers, and/or other state regulatory agencies of each of the States) (hereinafter the "Members" and each a "Member") that hold Consumer Protection Claims hereby form the Ad Hoc Committee of States Holding Consumer Protection Claims (the "Ad Hoc Committee") in connection with the Bankruptcy Case; and

WHEREAS each Member adopts and agrees to be bound by this Agreement as noted by its counterpart signature hereto.

## ARTICLE 1:  COMMITTEE MEMBERSHIP

**1.1**    **Membership**. The Members initially consist of the States identified by their signature pages to this Agreement. Additional States, Commonwealths or Territories may join the Ad Hoc Committee and become Members, with all attendant rights and duties, with the majority consent of the Executive Committee and upon the delivery of their counterpart signatures to this Agreement.

**1.2**    **Resignation**. Subject to the obligations of Section 3.5 below, a Member (including an Executive Committee Member) may resign at any time by giving written notice to the Executive Committee (who will promptly inform all Members of the Ad Hoc Committee). Any Member who does not agree to support a Plan in the Bankruptcy Case or other agreement concerning the treatment of the Consumer Protection Claims (a "Settlement") that the Executive Committee, by majority vote, recommends to the Members shall be deemed to have resigned, effective immediately, from the Ad Hoc Committee.

**ARTICLE 2: THE EXECUTIVE COMMITTEE**Creation and Replacement**. An executive committee of the Ad Hoc Committee shall be established consisting of Members previously serving as members of the Executive Committee of the Multi-State Investigation (the "Executive Committee"). It is recognized that Members of the Executive Committee may resign from the Executive Committee (regardless of whether they resign as Members of the Ad Hoc Committee). Upon the resignation of an Executive Committee Member, the Executive Committee shall

continue to perform all its functions with its reduced number of Members (disregarding such vacancy for purposes of determining a majority). The Executive Committee may replace any resigned Executive Committee Member by a majority vote.

**2.2** **Executive Committee Duties**. The Executive Committee is charged with day-to-day governance of the Ad Hoc Committee, including, without limitation, (i) responsibility for negotiating with the Debtor and other parties-in-interest regarding the treatment of the Consumer Protection Claims as part of a Plan or other Settlement, but the Executive Committee shall not have the authority to enter into any Settlement on behalf of the Ad Hoc Committee or any Member, (ii) communications with the Debtor and other parties-in-interest, (iii) instructions to Legal Counsel[1], (iv) review and approval of invoices received from Legal Counsel, (v) approval of papers and other submissions to the Bankruptcy Court, and (vi) general strategy in connection with the Bankruptcy Case.

**2.3** **Executive Committee Reporting**. The Executive Committee shall regularly report to all Members on proceedings in the Bankruptcy Case that relate to the Consumer Protection Claims, any Plan or other Settlement, and all other matters that may affect the Consumer Protection Claims.

## ARTICLE 3:  LEGAL COUNSEL

**3.1** **Retention of Legal Counsel**. Contemporaneously with its formation, the Ad Hoc Committee has retained Womble Bond Dickinson (US) LLP ("Womble") as its legal counsel in connection with the Bankruptcy Case, pursuant to a Legal Services Retention Agreement dated February __, 2022 (the "Womble Retention Agreement"). Contemporaneously with their execution of this Agreement, each Member shall execute the Womble Retention Agreement. Notwithstanding the foregoing, if any Member fails to sign the Womble Retention Agreement, it is bound nonetheless to the terms of the Womble Retention Agreement by its execution of this Agreement while it remains a Member hereunder.

**3.2** **Replacement Counsel**. In the event the Womble Retention Agreement is terminated for any reason, each Member agrees to be bound by the terms of any retention agreement with a replacement law firm selected by the majority of the Executive Committee (such replacement counsel, if any, together with Womble, the "Legal Counsel") as long as such retention agreement for replacement counsel does not materially modify the obligations, terms or conditions imposed by the Womble Retention Agreement.

**3.3** **No Individual Retention**. Notwithstanding any other provision herein, no Member has, or shall be deemed to have, by virtue of its execution of the Womble Retention Agreement or this Agreement, retained Legal Counsel in such Member's individual capacity, nor shall any Member be responsible for any fees of or disbursements to Legal Counsel, except as set forth in the Womble Retention Agreement or the retention agreement with any replacement law firm.

**3.4** **Legal Counsel Reporting**. Legal Counsel shall report to and take direction from the Executive Committee, except in circumstances where the Executive Committee directs Legal Counsel to report to the entire Ad Hoc Committee.

**3.5** **Effect of Resignation**. In the event any Member resigns from the Ad Hoc

---

[1] Capitalized terms used prior to definition shall have the mean ascribed to them elsewhere in the Agreement.

Committee as contemplated by Section 1.2 above, such resigning Member shall (1) be responsible for its pro rata share of the fees for services provided by Legal Counsel under the terms of the Womble Retention Agreement or the retention agreement with any replacement firm up to and until the effective date of such resignation and (2) remain subject to Article 4 of this Agreement.

## ARTICLE 4: COMMON INTEREST AND CONFIDENTIALITY

**4.1     Common Interest**. The Members of the Ad Hoc Committee share a common interest concerning the treatment of the Consumer Protection Claims in the Bankruptcy Case.

**4.2     Treatment of Confidential Committee Material**. In accordance with their common interest, all (a) information or documents generated by the Ad Hoc Committee (including the Executive Committee), or by the Legal Counsel for the Ad Hoc Committee, or by any Member or counsel to any Member for the use of the Ad Hoc Committee (collectively, "Committee Work Product") and (b) communications among any or all Members in their capacity as such and communications among any or all of the Members and Legal Counsel (collectively, "Committee Communications," and together with Committee Work Product, "Confidential Committee Material"), shall, except as otherwise provided herein and only to the extent permitted by law, (i) be treated as subject to the attorney-client privilege, attorney work-product privilege, deliberative process privilege, or any other legal privilege applicable thereto; (ii) be kept confidential in substantially the same manner as the Member would keep similar internal material; and (iii) not be disclosed without approval of the Ad Hoc Committee in any manner whatsoever.[2] The Ad Hoc Committee, and not any individual Member, has authority to waive any applicable privilege. This Section shall survive the termination of this Agreement and may be enforced by any affected State, Commonwealth or Territory that was or is a Member.

**4.3     Permitted Disclosure**. Notwithstanding the foregoing, a Member (or if applicable, the Ad Hoc Committee) may share or disclose any Confidential Committee Material: (a) with other Members in their capacity as a Member; (b) with the Members' professionals, including legal and compliance personnel; (c) with the Member's regulators, attorneys, financial consultants, outside auditors, investment committee members, other professionals, or agents; (d) with third parties, when a Member is obligated to do so by court order, judicial process, regulatory proceeding, upon a legally valid request of any state legislative body, or under a state's public records laws or freedom of information laws, with each such exception to be consistent with and subject to all laws and regulations pertaining to non-public information including public securities laws. If a Member is served with a subpoena or other process or request seeking or requiring disclosure of Confidential Committee Material, such Member shall provide written notice to Legal Counsel prior to such disclosure, cooperate with Legal Counsel to respond to the request or process, and take all reasonable and necessary steps to prevent or restrict disclosure, to the extent permitted by law.

---

[2] For the avoidance of doubt, Confidential Committee Material shall not include information (i) that was in the possession of a Member on a non-confidential basis prior to the receipt of such information in its capacity as a Member, (ii) that is separately received on a non-confidential basis by a Member in a separate capacity, (iii) that is or becomes generally available  to the public other than as a result of a breach of this Agreement, or (iv) that becomes independently available to a Member by other means so long as the Member's receipt of such information is not governed, to such Member's knowledge, by any other confidentiality provisions or agreements.

# ARTICLE 5:  GENERAL PROVISIONS

**5.1**   **Governing Law and Jurisdiction**. This Agreement shall be governed by, interpreted under, and construed  in accordance  with the laws of the State of New York, without giving effect to the conflict of laws principles of that State. However, all issues of law relating to the governmental authority, the sovereign immunity and/or the liability of a Member, acting by and through its Attorney General, shall be resolved and enforced in accordance with the law of the state of such Member, without resort to any jurisdiction's conflicts of law principles or rules. Nothing in this Agreement shall be construed  as a waiver  of any Member's right to be subject to suit only in its own courts. Further, each Member, its Attorney General, and its officers, agents, and employees shall be subject to no liability or obligation arising out of this Agreement that would not be recognized and enforced against them by its own courts.

**5.2**   **No Waiver**. The failure to insist on the strict performance of this Agreement shall not constitute waiver of any breach of this Agreement.

**5.3**   **Invalidity**. If any provision of this Agreement or its application to any Member, persons or circumstances shall, to any extent, be judicially determined to be invalid or unenforceable, the remainder of this Agreement shall not be affected, and each other provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

**5.4**   **Headings**. Section headings are for convenience only and shall not be used to interpret the scope or intent of this Agreement.

**5.5**   **Entire Agreement**. This Agreement represents the entire agreement between the parties and supersedes the parties' prior proposals, agreements, arrangements, and other communications with request to the subject matter of this Agreement.

**5.6**   **Amendment**. No amendment of this Agreement shall be effective and binding unless it is in writing and is signed by duly authorized representatives of each of the Members of the Ad Hoc Committee.

**5.7**   **Signatories**. This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Each signatory represents and warrants that such signatory has authority to enter into this Agreement and is acting in an official capacity. The facsimile, email, or other electronically delivered signatures of the parties shall be deemed to constitute acceptable binding signatures for purposes of this Agreement, and facsimile or electronic copies shall be deemed to constitute duplicate originals. Delivery of an executed counterpart of a signature page to this Agreement by scanned attachment to an email shall be as effective as delivery of a manually executed counterpart of a signature page of this Agreement.

**STATE OF ALABAMA**

By: _Tina Coker Hammonds_                Dated: _16 Mar 22_

       Tina Coker Hammonds_____
       Name

       Assistant Attorney General_____
       Title

       Alabama Attorney General's Office___
       Organization

**STATE OF ALASKA**

By: _____          Dated: _3/15/ 2 2_

_John Haley_____
Name

_Assistant Attorney General_____
Title

_Alaska Department of Law_____
Organization

1

**STATE OF ARIZONA**

By: _____    Dated: ___03/04/2022_____

_____Mitchell  Allee_____
Name

_____Senior Litigation Counsel __
Title

___Arizona Attorney General's Office
Organization

**STATE OF ARKANSAS**

By: _____          Dated: <u>3/18/2022</u>

       <u>Shannon Halijan</u>
       Name

       <u>Deputy Attorney General</u>
       Title

       <u>Office of the Arkansas Attorney General</u>
       Organization

**STATE OF COLORADO**

By:      _Mark T. Bailey_____      Dated: 3/9/22


____Mark T. Bailey_____
Name


_____Senior Assistant Attorney General II_____
Title


____Colorado Dept of Law_____
Organization

**STATE OF CONNECTICUT**

By:  _/s/Brendan T. Flynn_____Dated: _03/16/2022_____
Brendan T. Flynn
Assistant Attorney General
Office of the Attorney General
State of Connecticut

STATE OF DELAWARE

By: _____  Dated: 3/15/2022

Ryan T. Costa
Name

Deputy Director of Consumer Protection
Title

Delaware Department of Justice
Organization

**STATE OF FLORIDA**

By:    _____        Date:   __3/15/2022__

Diane Oates
Senior Assistant Attorney General
Multistate and Privacy Bureau
Florida Office of the Attorney General

**STATE OF GEORGIA**

By: _Christine E. Hom_ (H8)                Dated: April 19, 2022

Christine E. Hom
Name

Assistant Attorney General
Title

Georgia Department of Law – Consumer Protection Unit
Organization

**STATE OF HAWAII OFFICE OF CONSUMER PROTECTION**

By: _Lisa P. Tong_____    Dated: __3/11/22_____

Lisa P. Tong

Enforcement Attorney

**STATE OF IDAHO**


By: _____          Dated: 3/8/2022
    SHANTEL CHAPPLE KNOWLTON
    Deputy Attorney General
    Consumer Protection Division
    Office of the Idaho Attorney General
    954 W. Jefferson St.
    P.O. Box 83720
    Boise, ID 83720-0010
    (208) 334-4543
    shantel.knowlton@ag.idaho.gov

**STATE OF ILLINOIS**

By: _____          Dated: _2/28/2022_____

       **_Greg Grzeskiewicz_____**
       Name

       **_Bureau Chief_____**
       Title

       **_Office of the Attorney General of the State of Illinois**
       Organization

**STATE OF IOWA**

By: _____    Dated: _3 - 31 - 22_

      Amy Licht
      Name

      Assistant Attorney General
      Title

      Iowa Attorney General
      Organization

**STATE OF KANSAS**

By:   ___/s/Christopher Teters_____      Dated:   __3/16/2022_____


__Christopher Teters_____
Name


__Assistant Attorney General_____
Title


__Kansas Attorney General's Office_
Organization

**COMMONWEALTH OF KENTUCKY**


By: _____     Dated: March 15, 2022


      Matthew Cocanougher
      Name


      Assistant Attorney General
      Title


      Kentucky Office of the Attorney General
      Office of Consumer Protection
      Organization

**STATE OF MAINE**

By: _____          Dated:  March 15, 2022

       Linda Conti_____
       Name

       Assistant Attorney General
       Title

       Office of the Maine Attorney General
       Organization

**CONSUMER PROTECTION DIVISION**
**OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**

By:  _____          Dated: March 10, 2022

      Lauren Calia
      Senior Assistant Attorney General
      Consumer Protection Division
      Office of the Attorney General of Maryland

**STATE OF MASSACHUSETTS**

By: _Michael Wong_          Dated: _MARCH 15, 2022_

Michael Wong_____
Name

Assistant Attorney General, Health Care Division_____
Title

Massachusetts Office of the Attorney General_____
Organization

**STATE OF MICHIGAN**

By: _____     Dated: 3/25/2022

Carl Hammaker
_____
Name

Assistant Attorney General
_____
Title

Michigan Department of Attorney General
_____
Organization

**STATE OF MINNESOTA**

By:    **/s/ Evan Romanoff**                        Dated: March 9, 2022


Name: Evan Romanoff


Title: Assistant Attorney General


Organization: Minnesota Attorney General's Office

**STATE OF MISSISSIPPI**

By: _____        Dated: 3/5/2022

Ta'Shia S. Gordon_____
Name

Special Assistant Attorney General_____
Title

Office of the Mississippi Attorney General_____
Organization

**STATE OF MONTANA**

By: _~~Joshua Pierson~~_____        Dated: _3-16-2022_____

_Joshua Pierson_____
Name

_Assistant Attorney General_____
Title

_Office of Consumer Protection____
Organization

**STATE OF NEBRASKA**

By: _____     Dated: <u>3/16/2022</u>

      Philip D. Carlson
      Chief, Consumer Protection Division
      Office of the Attorney General
      2115 State Capitol
      Lincoln, NE 68509-8920
      (402) 471-2811
      Phil.Carlson@nebraska.gov

**STATE OF NEVADA**

By: _____          Dated: 3/16/2022

   Sheri Ann Forbes
Name

   Senior Deputy Attorney General
Title

   Nevada Attorney General's Office
Organization

**STATE OF NEW HAMPSHIRE**

By: _____          Dated: ___3/16/22___

_____
Name

John M. Furnella

_____
Title

Attorney General

_____
Organization

NH Department of Justice

**STATE OF NEW JERSEY**

By: _Patricia Schirpa_                    Dated: _3/16/22_

_Patricia Schirpa_
Name

_Deputy Attorney General_
Title

_NJ Office of the Attorney General_
Organization

**STATE OF NEW YORK**

By: _Jane M. Azia_                              Dated: March 16, 2022

    Jane M. Azia
    Name


    Bureau Chief, Consumer Frauds and Protection
    Title


    New York State Attorney General's Office
    Organization

**STATE OF NORTH CAROLINA**

By:    /s/ Jonathan R. Marx                    Dated: 02/25/2022


        Jonathan R. Marx
        Name


        Special Deputy Attorney General
        Title


        North Carolina Department of Justice
        Organization

**STATE OF NORTH DAKOTA**

By: _____     Dated: _3/8/2022_____

Elin S. Alm_____
Name

Assistant Attorney General_____
Title

Office of Attorney General of North Dakota_
Organization

**STATE OF OHIO**

By: _____        Dated:   March 1, 2022   

      Michael S. Ziegler                
      Name

      Principal Assistant Attorney General
      Title

      Ohio Attorney General's Office      
      Organization

**JOHN M. O'CONNOR**
**ATTORNEY GENERAL FOR**
**THE STATE OF OKLAHOMA**

By: _____     Dated:  March 16, 2022

Ethan Shaner, OBA #30916
Deputy Attorney General
Oklahoma Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK  73105
Telephone:  (405) 521-3921
Fax:  (405) 522-0085
Email:  Ethan.Shaner@oag.ok.gov

**STATE OF [INSERT NAME]** *Oregon*

By: *David Hart*                Dated: *3/4/02*

_____
Name

*Assistant Attorney in Charge*
Title

*Oregon Department of Justice*
Organization

**STATE OF RHODE ISLAND**

By:   _/s/ Stephen N. Provazza_          Date: March 16, 2022

     Stephen N. Provazza
     Special Assistant Attorney General
     SProvazza@riag.ri.gov
     Rhode Island Office of the Attorney General
     150 South Main St., Providence RI 02903
     (401) 274-4400

**STATE OF SOUTH DAKOTA**

By: _____     Dated: 3/17/2022

_Yvette K. Lafrentz_____
Name

_Assistant Attorney General_____
Title

_South Dakota Office of Attorney General – Consumer Protection Division___
Organization

**STATE OF TEXAS**

By: _____          Dated: 03/15/2022

    Shawn E. Cowles
_____
Name

    Deputy Attorney General for
    Civil Litigation
_____
Title

    Office of the Attorney General - Texas
_____
Organization

**STATE OF UTAH**


By: _____          Dated: March 24, 2022

        Kevin McLean
        Assistant Attorney General
        Utah Attorney General's Office

**STATE OF VERMONT**

By:  _____          Date:   March 16, 2022
            Merideth C. Chaudoir,
            Assistant Attorney General
            Office of the Attorney General
            109 State Street
            Montpelier, Vermont 05609
            E-mail: merideth.chaudoir@vermont.gov
            Tel.:   802-828-5479

**COMMONWEALTH OF VIRGINIA,**
*EX REL.* **JASON S. MIYARES,**
**ATTORNEY GENERAL**

By: _____    Dated: <u>March 14, 2022</u>

Mark S. Kubiak_____
Name

Assistant Attorney General/Unit Manager
Title

Office of the Attorney General of Virginia
Organization

**STATE OF WASHINGTON**

By:    *s/ Seann Colgan*                    Dated: March 9, 2022


Seann Colgan
Name


Litigation Section Chief, Consumer Protection Division
Title


Washington State Office of the Attorney General
Organization

**DISTRICT OF COLUMBIA**

By:    _/s/ Gary M. Tan_____        Dated: _March 29, 2022_


_Gary. M. Tan_____
Name


_Assistant Attorney General_____
Title


_Office of the Attorney General for the District of Columbia_
Organization

STATE OF WEST VIRGINIA

By: _Melissa L. Alder_          Dated: 03/16/2022

_Melissa L. Alder_
Name

_Assistant Attorney General_
Title

_West Virginia Attorney General's Office_
Organization

**STATE OF WISCONSIN**

By: _Laura E. McFarlane_____          Dated: March 15, 2022

       Laura E. McFarlane_____
       Name

       Assistant Attorney General_____
       Title

       Wisconsin Department of Justice____
       Organization

## ADDENDUM TO THE AGREEMENT FORMING AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS

This is an Addendum (the "Addendum") to the Agreement Forming Ad Hoc Committee of States Holding Consumer Protection Claims (the "Agreement"), and provides as follows:

WHEREAS, on or about October 14, 2021 (the "Petition Date"), LTL Management LLC (the "Debtor") filed a petition under 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of North Carolina, Case No. 21-30589 (JCW), venue over which was subsequently transferred to the Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), Case No. 21-30589 (MBK) (the "First Bankruptcy Case"), and on or about April 4, 2023, the Bankruptcy Court dismissed Case No. 21-30589 (MBK), and on or about April 4, 2023, the Debtor filed another petition under the Bankruptcy Code in the Bankruptcy Court, Case No. 23-12825 (MBK) (the "Second Bankruptcy Case," and together with the First Bankruptcy Case, the "Bankruptcy Cases"); and

WHEREAS certain States continue to hold Consumer Protection Claims[1], which have been the subject of the Multi-State Investigation of the Debtor, and

WHEREAS on or about March 15, 2022, the Members formed the Ad Hoc Committee in connection with the First Bankruptcy Case by executing the Agreement, and

WHEREAS the Members of the Ad Hoc Committee intend for the Ad Hoc Committee to continue to exist in connection with the Second Bankruptcy Case; and

WHEREAS each Member adopts and agrees to be bound by this Addendum to the Agreement as noted by its counterpart signature hereto:

1. Each undersigned Member of the Ad Hoc Committee agrees that the Agreement covers the Bankruptcy Cases;

2. The undersigned Member of the Ad Hoc Committee agrees that the terms of the Womble Retention Agreement, which was executed contemporaneously with the Agreement, will continue through the Second Bankruptcy Case; and

3. The undersigned Member of the Ad Hoc Committee agrees that all other terms of the Agreement remain in effect.

As required by paragraph 5.6 of the Agreement, this Addendum will be effective and binding once signed by a duly authorized representative of each of the Members of the Ad Hoc Committee.

This Addendum may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Each signatory represents and warrants that such signatory has authority to enter into this Addendum and is acting in an official capacity. The facsimile, email, or other electronically delivered signatures of the parties shall be deemed to constitute acceptable binding signatures for purposes of this Addendum and facsimile or electronic copies shall be deemed to constitute duplicate originals. Delivery of an

---

[1] Capitalized terms not otherwise defined herein shall have the meaning assigned to such terms in the Ad Hoc Committee Formation Agreement.

executed counterpart of a signature page to this Agreement by scanned attachment to an email shall be as effective as delivery of a manually executed counterpart of a signature page of this Addendum.

**STATE OF ALASKA**

By: ___/s/ John Haley_____          Dated: ___4/24/23_____

    ___John Haley_____
Name

    ___Assistant Attorney General_____
Title

    ___Alaska Department of Law_____
Organization

**STATE OF ALABAMA**

By: _____        Dated: 4/25/2023

Dan W. Taliaferro
Assistant Attorney General
Office of the Attorney General
State of Alabama

**STATE OF ARKANSAS**

By: _____    Dated: _____April 25, 2023_____

Kim DuVall Renteria
Arkansas Bar No. 2021307
Assistant Attorney General
Office of Arkansas Attorney
General Tim Griffin
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682-7383
Fax: (501) 682-2591
Kim.Renteria@arkansasag.gov

**STATE OF [INSERT NAME]**

By: _Jane Fallon_____        Dated: _4/21/2023_____

_Jane Fallon_
Name

Assistant Attorney General
Title

Arizona Attorney General
Organization

**STATE OF** Colorado ~~[INSERT NAME]~~

By: _~~Abigail M~~_ _____     Dated: __4|25__

Abigail M Hinchcliff
Name

First Assistant Attorney General
Title

Colorado Attorney General's Office
Organization

**STATE OF CONNECTICUT**

By:    *Brendan T. Flynn*                         Dated:  04.24.2023

        Brendan T. Flynn
Name

        Assistant Attorney General
Title

        Connecticut Attorney General's Office
Organization

**DISTRICT OF COLUMBIA**

By:    */s/ Gary M. Tan*                                    Dated: April 25, 2023

Gary M. Tan
Name

Assistant Attorney General
Title

Office of the Attorney General for the District of Columbia
Organization

**STATE OF DELAWARE**

By: *Ryan T. Costa*                    Dated: 4-24-23

Ryan T. Costa
Name

Deputy Director of Consumer Protection
Title

Delaware Department of Justice
Organization

**STATE OF FLORIDA**

By:                                                Date:    4/24/2023

Diane Oates
Senior Assistant Attorney General
Multistate and Privacy Bureau
Florida Office of the Attorney General

**STATE OF GEORGIA**

By:    *Christine Ellem*                    Dated:  <u>April 24, 2023</u>

<u>Christine E. Hom</u>
Name

<u>Assistant Attorney General</u>
Title

<u>Georgia Department of Law – Consumer Protection Division</u>
Organization

**STATE OF HAWAII OFFICE OF CONSUMER PROTECTION**

By: _____    Dated: 4/27/2023

James F. Evers

Enforcement Attorney

Iowa

STATE OF [INSERT NAME]

By: _____      Dated: 9-24-23

Amy Licht
Name

Asst. Attorney General
Title

Iowa Attorney General's Office
Organization

**STATE OF IDAHO**

By: _____          Dated: 4/24/2023
    DAVID B. YOUNG
    Deputy Attorney General
    Consumer Protection Division
    Office of the Idaho Attorney General
    954 W. Jefferson St.
    P.O. Box 83720
    Boise, ID 83720-0010
    (208) 334-4149
    david.young@ag.idaho.gov

**STATE OF [INSERT NAME]**

By: _Judith M. Parker_____          Dated: 4-21-23_____

    Judith M. Parker_____
Name

   Bureau Chief_____
Title

   Illinois Attorney General_____
Organization

**STATE OF KANSAS**

By:    /s/Christopher Teters            Dated:   April 26, 2023            


       Christopher Teters            
Name


     Assistant Attorney General       
Title


     Kansas Attorney General's Office  
Organization

**COMMONWEALTH OF KENTUCKY**

By:    */s/ Matthew Cocanougher*                    Dated:  April 21, 2023

_____
          Matthew Cocanougher

          Name:

          Assistant Attorney General

           Title:

          Kentucky Office of the Attorney
          General

          Organization:

**COMMONWEALTH OF MASSACHUSETTS**

By:  _Michael Wong_____          Dated:  _4/24/23_____

__Michael Wong_____
Name

Assistant Attorney General_____
Title

_Massachusetts Office of the
Attorney General_____
Organization

**CONSUMER PROTECTION DIVISION**
**OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**


By: _[signature]_                    Dated: <u>April 25, 2023</u>

      Lauren Calia
      Senior Assistant Attorney General
      Consumer Protection Division
      Office of the Attorney General of Maryland

**STATE OF MAINE**

By: _____          Dated:  April 27, 2023

  Brendan O'Neil
_____
Name

  Assistant Attorney General
_____
Title

  State of Maine
_____
Organization

**STATE OF MICHIGAN**

By: _____     Dated: 4/25/2023

     Carl J. Hammaker
     Name

     Assistant Attorney General
     Title

     Michigan Department of Attorney General
     Organization

**STATE OF [INSERT NAME]**   Minnesota

By:   *Evan Romanoff*                    Dated:  4/21/2023

    Evan Romanoff

Name

    Assistant Attorney General

Title

    Minnesota Attorney General's Office

Organization

**STATE OF Montana**

By:  ___/s/ Anna Schneider___                    Dated:_ 4/24/2023 _

_____

Name: Anna Schneider


Title:  Bureau Chief, Office of
Consumer Protection


 Montana Department of Justice
Organization

**STATE OF NORTH CAROLINA**

By: _____

Jonathan R.
Marx

Digitally signed by Jonathan R. Marx
DN: O=North Carolina Department of Justice, CN=
Jonathan R. Marx, E=jmarx@ncdoj.gov
Reason: I am approving this document with my
legally binding signature
Location: Jonathan R. Marx
Date: 2023.04.21 12:38:42-04'00'
Foxit PDF Editor Version: 12.0.1

Dated: _4/21/23_

_Jonathan R. Marx_
Name

_Special Deputy Attorney General_
Title

_North Carolina Dept. of Justice_
Organization

**STATE OF NORTH DAKOTA**

By: _____          Dated: __4/21/2023__

    Elin S. Alm
    Name


    Assistant Attorney General
    Title


    North Dakota Office of Attorney General
    Organization

**STATE OF NEBRASKA**

Dated: _____04-24-2023_____

By: _____

    Philip D. Carlson
    Assistant Attorney General
    Chief, Consumer Protection Division
    Nebraska Attorney General's Office
    2115 State Capitol Building
    Lincoln, NE 68509
    P:  402.471.2811
    F:  402.471.4725
    Phil.Carlson@nebraska.gov

**STATE OF [INSERT NAME]**

By: _____    Dated: 4/21/2023

Mary F. Stewart
Name

Assistant Attorney general
Title

NH Dept of Justice, Attorney general office
Organization
Bureau Consumer Protection
    + Antitrust

**STATE OF [INSERT NAME]**

By:  *Cathleen O'Donnell*                                    Dated: April 24, 2023
_____                           _____

_____
Cathleen O'Donnell
Name

_____
Deputy Attorney General
Title

_____
State of New Jersey, Office of the Attorney General
Organization

**STATE OF NEVADA**
**AARON D. FORD**
**ATTORNEY GENERAL**

By: _____

SHERI ANN FORBES
Senior Deputy Attorney Geneneral
Nevada Attorney General's Office

April 27, 2023

**STATE OF [INSERT NAME]**

By: New York                           Dated: 4-21-23

Mary Alestra
Name

Special Counsel, Bureau of Consumer Frauds and Protection
Title

New York State Office of the Attorney General
Organization

**STATE OF OHIO**

By: _W. Travis Garrison_
_____

Dated: 4/27/2023
_____

W. Travis Garrison
_____
Name

Assistant Attorney General
_____
Title

Ohio Attorney General's Office
_____
Organization

3

**STATE OF OKLAHOMA**

By:_____          Dated: __April 24, 2023_____

Ethan A. Shaner
Deputy Attorney General
Consumer Protection Unit
Oklahoma Office of the Attorney General

**STATE OF OREGON**

By: _____        Dated: <u>April 18, 2023</u>

_____
David A. Hart
Name

_____
Senior Assistant Attorney General
Title

_____
Oregon Department of Justice
Organization

**STATE OF RHODE ISLAND**

By: _____    Dated: 4/27/2023

        Stephen N. Provazza
        Special Assistant Attorney General
        Rhode Island Office of the Attorney General
        150 South Main Street
        Providence, RI 02903

**STATE OF [INSERT NAME]**

By: _Charles McGuigan_          Dated: _4-27-23_

_Charles McGuigan_
Name

_Deputy Attorney General_
Title

_South Dakota Attorney General's Office_
Organization

Texas Attorney General Contract
No. 2221604 (03)

**STATE OF TEXAS**

By:    _James Lloyd_ _____    Dated: 4/27/2023 | 12:35 PM CDT

DocuSigned by:
80086F73E14D483...

James Lloyd _____
Name


Associate Deputy Attorney General for Civil Litigation
Title


Office of the Attorney General - Texas
Organization

**STATE OF Utah**

By: _____ Kevin McLean _____          Dated: _4/28/2023_

_____ Kevin McLean _____
Name

_____ Assistant Attorney General _____
Title
 Utah Attorney General's Office,
 counsel for the Utah Division of Consumer Protection

_____
Organization

**STATE OF [INSERT NAME]**

By: _____    Dated: _4/26/2023_____

    Joelle Gotwals
_____
Name

    Assistant  Attorney General
_____
Title

  Office of the Attorney General of Virginia
_____
Organization

**STATE OF VERMONT**

By: _____                    Dated: April 21, 2023

Name: Merideth C. Chaudoir


Title:  Assistant Attorney General


Organization:  Office of the Attorney
General

**STATE OF [INSERT NAME]**

By: __s/ Aaron J. Fickes_____          Dated: __4/25/2023_____

__Aaron J. Fickes_____
Name

__Assistant Attorney General_____
Title

__Office of the Washington Attorney General__
Organization

**STATE OF** Wisconsin [~~INSERT NAME~~]

By: *Laura E. McFarlane*      Dated: **April 25, 2023**

*Laura E. McFarlane*
Name

Assistant Attorney General
Title

Wisconsin Department of Justice
Organization

**STATE OF WEST VIRGINIA**

By: _____     Date: _4 - 25 - 23_

Laurel K. Lackey
Name

Assistant Attorney General
Title

Office of the Attorney General / Consumer Protection & Antitrust Division
Organization

3