**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENOVA BURNS LLC** | **BROWN RUDNICK LLP** |
| Daniel M. Stolz, Esq. | David J. Molton, Esq. |
| Donald W. Clarke, Esq. | Michael S. Winograd, Esq. |
| Gregory S. Kinoian, Esq. | Susan Sieger-Grimm, Esq. |
| dstolz@genovaburns.com | Kenneth J. Aulet, Esq. |
| dclarke@genovaburns.com | dmolton@brownrudnick.com |
| gkinoian@genovaburns.com | mwinograd@brownrudnick.com |
| 110 Allen Road, Suite 304 | ssieger-grimm@brownrudnick.com |
| Basking Ridge, NJ 07920 | kaulet@brownrudnick.com |
| Tel: (973) 467-2700 | Seven Times Square |
| Fax: (973) 467-8126 | New York, NY 10036 |
| *Proposed Local Counsel for the Official* | Tel: (212) 209-4800 |
| *Committee of Talc Claimants* | Fax: (212) 209-4801 |
| | And- |
| | Jeffrey L. Jonas, Esq. |
| | Sunni P. Beville, Esq. |
| | Eric R. Goodman, Esq. |
| | jjonas@brownrudnick.com |
| | sbeville@brownrudnick.com |
| | egoodman@brownrudnick.com |
| | One Financial Center |
| | Boston, MA 02111 |
| | Tel: (617) 856-8200 |
| | Fax: (617) 856-8201 |
| | *Proposed Co-Counsel for the* |
| | *Official Committee of Talc Claimants* |
| **OTTERBOURG PC** | **MASSEY & GAIL LLP** |
| Melanie L. Cyganowski, Esq. | Jonathan S. Massey, Esq. |
| Jennifer S. Feeney, Esq. | Rachel S. Morse, Esq. |
| Michael R. Maizel, Esq. | jmassey@masseygail.com |
| mcyganowski@otterbourg.com | rmorse@masseygail.com |
| jfeeney@otterbourg.com | 1000 Maine Ave. SW, Suite 450 |
| mmaizel@otterbourg.com | Washington, DC 20024 |
| 230 Park Avenue | Tel: (202) 652-4511 |
| New York, NY 10169 | Fax: (312) 379-0467 |
| Tel: (212) 905-3628 | *Proposed Co-Counsel for the Official* |
| Fax: (212) 682-6104 | *Committee of Talc Claimants* |
| *Proposed Co-Counsel for the Official* | |
| *Committee of Talc Claimants* | |

| In re:<br>LTL MANAGEMENT, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Honorable Michael B. Kaplan |
|---|---|

## APPLICATION FOR ORDER SHORTENING TIME AND CERTAIN OTHER RELIEF

The applicant, the Official Committee of Talc Claimants (the "**TCC**" or the "Committee")

in the above-captioned case of LTL Management, LLC (the "Debtor" or "**LTL**"),  by and through

its proposed counsel, having filed substantially contemporaneously with this Application a motion

to compel the production of unredacted documents (the "Motion to Compel"), hereby requests that

the time period required by D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr. P.

9006(c)(1), and that an order be entered substantially in the form submitted herewith (the "**Order**

**Shortening Time Period for Notice, Setting Hearing and Limiting Notice**"), for the reasons set

forth below:

1.     On April 24, 2023, the TCC filed a motion to dismiss this case (the "Motion to

Dismiss"). [Doc 286]

2.     Consistent with this Court's direction at the hearing conducted on May 3, 2023,

LTL and the TCC are conferring with respect to the exchange of discovery in preparation for an

evidentiary hearing on the Motion to Dismiss.

3.     The Motion to Compel is related to the TCC's efforts to conduct its discovery, and

the issues therein have been known to the parties and previously addressed in letters to Court by

both parties.

---

[1]     The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is
501 George Street, New Brunswick, New Jersey 08933.

4.      In order to maintain the expedited discovery and briefing schedule suggested by the Court, it is imperative these uncomplicated issues be resolved as soon as possible. The TCC respectfully requests that these matters be scheduled for a hearing on **Tuesday, May 16, 2023, at 10:00 a.m.**

5.      Reduction of the time period requested by this Application is not prohibited under Fed. R. Bankr. P 9006(c)(2).

**WHEREFORE**, the Committee respectfully requests that this Court (i) grant the Application, (ii) enter the form of order substantially in the form submitted herewith, and (iii) grant such other and further relief as it deems necessary and appropriate.

Dated: May 13, 2023

**GENOVA BURNS LLC**

By: */s/  Donald W. Clarke*
        Donald W. Clarke, Esq.
        110 Allen Rd., Suite 304
        Basking Ridge, NJ 07920
        Tel:    (973) 230-2095
        Fax:   (973) 533-1112
        Email: DClarke@genovaburns.com


*Proposed Local Counsel for the Official*
*Committee of Talc Claimants*