MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
Clayton L. Thompson, Esq.
cthompson@mrhfmlaw.com
Suzanne M. Ratcliffe, Esq.
sratcliffe@mrhfmlaw.com
150 West 30th Street, Suite 201
New York, NY 10001
Tel: (800) 358-5922

*Counsel for Mesothelioma Plaintiff Katherine Tollefson
and Certain Mesothelioma Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LTL MANAGEMENT LLC, | ) |
| | ) Case: 23-12825-MBK |
| Debtor. | ) |

**ORDER GRANTING MRHFM'S PLAINTIFFS' MOTION TO PRECLUDE
CONSIDERATION OF NON-OVARIAN "GYNECOLOGICAL CANCERS"
IN ANY PLAN OF REORGANIZATION AND PROPOSED TRUST**

Upon consideration of MRHFM's Plaintiffs' Motion to Preclude Consideration of Non-Ovarian "Gynecological Cancers" in Any Plan of Reorganization and Proposed Trust, and all papers filed in support of and in opposition to the Motion, and the oral argument on the Motion, and all prior proceedings herein, and finding good cause for the requested relief, and upon due consideration, the Court hereby finds as follows:

1

**IT IS HEREBY ORDERED** that claims for non-ovarian gynecological cancers will not be considered, claimants asserting such injuries are not qualified to vote for any plan of reorganization and will not be compensated by any trust.

Dated: _____, 2023

 _____
 HONORABLE MICHAEL B. KAPLAN
 UNITED STATES BANKRUPTCY JUDGE