UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FILED
JEANNE A. NAUGHTON, CLERK
MAY - 9 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

IN RE: )
LTL MANAGEMENT LLC )
)
DEBTOR )
) CHAPTER 11
)
) CASE NO: 23-12825
)
)
) JUDGE MICHAEL B. KAPLAN
)
)
)
) NOTICE OF SUBSTITUTION
) OF COUNSEL FOR
) CREDITOR RUTH M. HLAD,
) EXECUTRIX FOR
) THE ESTATE OF MICHELLE M.
) RUSSELL
)
)
)

NOTICE OF SUBSTITION OF COUNSEL

Please take note that Paul J. Kray, whose address is 111 Pearl Road, Brunswick, Ohio 44212 is substituted in place of Thomas W. Bevan of Bevan & Associates as counsel of record for Ruth M. Hlad, Executrix for the Estate of Michelle M. Russell in the above captioned entitled action, the substitution is made with client's knowledge and consent.

By this notice, the clerk of court is requested to change the docket to reflect this substitution of counsel, and all counsel are requested to serve all future pleadings, notices and

orders to Paul J. Kray, 111 Pearl Road, Brunswick, Ohio 44212.

Respectfully submitted,

Paul J. Kray (52008)
111 Pearl Road
Brunswick, Ohio 44212
Phone: (330) 225-1491
Fax: (330) 273-1425
paul@krayattorneys.com

Counsel for Creditor

# Paul J. Kray
## Attorney at Law, LLC

**111 PEARL ROAD**
**BRUNSWICK, OH 44212**
paul@krayattorneys.com

**Brunswick: (330) 225-1491**
**Medina: (330) 723-4759**
**Toll Free: (866) 788-5729**
**Fax: (330) 273-1425**

April 24, 2023

US Bankruptcy Court
Trenton Clerk of Court's Office
402 East State Street
Trenton, NJ 08608

    Re: *23-12825*

Dear Sir or Madam:

    Enclosed for filing is a Notice of Submission of Counsel for Creditor Ruth M Hlad, Executrix for the Estate of Michelle Russell. Kindly file and process the originals in your usual manner.

    As always, if there should be any questions or comments with regard to the above matter, please do not hesitate to contact me. Thank you for your assistance.

    Very truly yours,

    PAUL J. KRAY ATTORNEY AT LAW, LLC

    Paul J. Kray

PJK/ty
Enc.

Paul J. Kray Attorney at Law LLC
111 Pearl Road
Brunswick, Ohio 44212

US Bankruptcy Court
Trenton Clerk of Courts Office
402 East State Street
Trenton, NJ 08608

CLEVELAND OH 440
2 MAY 2023 PM 2 L

$0.600
US POSTAGE
FIRST-CLASS
062S0009315607
FROM 44212