Arlen Pyenson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, New York 10022-2524
Phone: (212) 803-4057
E-mail: apyenson@crowell.com

*Attorneys for Allianz Global Risk US Insurance
Company, f/k/a Allianz Insurance Company,
Fireman's Fund Insurance Company, Century Indemnity Company,
Federal Insurance Company, Central National
Insurance Company of Omaha and ACE Property
and Casualty Insurance Company (f/k/a CIGNA
Property & Casualty Insurance Company),
Great Northern Insurance Company, Pacific Employers
Insurance Company, and Westchester Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC, | Case No. 23-12825 |
| Debtors. | Jointly Administered |

**CERTIFIED STATEMENT OF TACIE H. YOON, ESQ. IN SUPPORT
OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, in support of his application for admission *pro hac vice*, Tacie H. Yoon certifies as follows:

1. I am admitted to practice and am a member in good standing of the following state and federal bars:

| State or Federal Jurisdiction | Admission Date |
|---|---|
| District of Columbia | January 18, 1989 |

- 1 -

| State or Federal Jurisdiction | Admission Date |
|---|---|
| United States Supreme Court | January 24, 2011 |
| U.S. District Court for the District of Columbia | January 7, 1991 |
| U.S. District Court for the Northern District of Illinois | March 10, 2015 |
| U.S. Court of Appeals, 3rd Circuit | September 1, 1988 |
| U.S. Court of Appeals, 7th Circuit | November 2, 1995 |

2. There are no disciplinary proceedings pending against me.

3. Discipline has not been imposed on me during the five-year period preceding this application.

4. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules. I will comply with all court and ethical rules governing the practice of law before this court.

5. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 12, 2023

/s/ Tacie H. Yoon
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Phone: (202) 624-2557
Email: tyoon@crowell.com

*Attorney for Allianz Global Risk US Insurance Company, f/k/a Allianz Insurance Company, Fireman's Fund Insurance Company, Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha, ACE Property and Casualty Insurance Company,*

- 2 -

*Great Northern Insurance Company, Pacific Employers Insurance Company, and Westchester Fire Insurance Company*

907100404.1

- 3 -