Case 23-01092-MBK    Doc -5    Filed 05/15/23    Entered 05/15/23 20:13:07    Desc
Exhibit D    Page 1 of 5

**EXHIBIT D**

**EXHIBIT D**

**EXHIBIT D**

```
                                                              1
 1
 2            UNITED STATES BANKRUPTCY COURT
 3              DISTRICT OF NEW JERSEY
 4              CASE NO. 23-12825 (MBK)
 5                    CHAPTER 11
 6    -------------------------------------------
 7    IN RE:
 8    LTL MANAGEMENT LLC BANKRUPTCY,
 9                      Debtor.
10    -------------------------------------------
11
12
13
14         REMOTE VIDEOTAPED DEPOSITION OF
15                   MIKAL WATTS
16
17
18
19           Monday, April 17, 2023
20              10:05 a.m. (EST)
21
22
23    Reported By:
24    Joan Ferrara, RMR, FCRR
25    Job No. 2023-892931
```

Case 23-01092-MBK   Doc -5   Filed 05/15/23   Entered 05/15/23 20:13:07   Desc
In Re: LTL Management LLC      Exhibit D    Page 5 of 5
Mikal Watts
April 17, 2023

43

1              M. Watts

2        So the way we preserve that

3 confidentiality and stay out of SEC trouble

4 is you don't talk to anybody while you're

5 doing this because once it becomes

6 material, there are 8-K disclosure

7 obligations.

8        And so you negotiate only with

9 those whom you have received a

10 non-disclosure agreement.  It's just

11 critical.  If you don't do it that way,

12 you're going to cause yourself a lot of

13 shareholder lawsuits.

14        So that's what we did.

15        So I want to be clear, I

16 negotiated 95 percent of both of these

17 documents with Mr. Murdica, but there was a

18 point in time where I felt like it would

19 add to our knowledge base if we started

20 getting others involved.

21        And so there was a time when we

22 were negotiating the money and then a

23 separate time when we were negotiating what

24 I would call the "support documents," the

25 PSA and the term sheet.