# EXHIBIT A

**Amended Articles of Organization of the Reorganized Debtor**

[TO BE FILED WITH PLAN SUPPLEMENT]