**EXHIBIT B**

**Amended Operating Agreement of the Reorganized Debtor**

[TO BE FILED WITH PLAN SUPPLEMENT]