# EXHIBIT D

**Cash Contributions Parent Guarantee**

[TO COME]