**EXHIBIT E**

**Cooperation Agreement**

[TO BE FILED WITH PLAN SUPPLEMENT]