**EXHIBIT H**

**Talc Insurance Policies**

[TO BE FILED WITH PLAN SUPPLEMENT]