**EXHIBIT I**

**Talc Insurance Settlement Agreements**

[TO BE FILED WITH PLAN SUPPLEMENT]