**EXHIBIT J**

**Talc Personal Injury Trust Agreement**

[TO BE FILED WITH PLAN SUPPLEMENT]