**EXHIBIT L**

**Talc PI Pledge Agreement**

[TO BE FILED WITH PLAN SUPPLEMENT]