# EXHIBIT N

## Executory Contracts and Unexpired Leases to Be Rejected

[TO BE FILED WITH PLAN SUPPLEMENT]