# EXHIBIT O

## Officers and Managers of the Reorganized Debtor

[TO BE FILED WITH PLAN SUPPLEMENT]