|   |   |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br><br>**JONES DAY**<br>Gregory M. Gordon, Esq.<br>Brad B. Erens, Esq.<br>Dan B. Prieto, Esq.<br>Amanda Rush, Esq.<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br>bberens@jonesday.com<br>dbprieto@jonesday.com<br>asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>*PROPOSED ATTORNEYS FOR DEBTOR* |   |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br>                Debtor. | Chapter 11<br><br>Case No.: 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan |
| LTL MANAGEMENT LLC,<br>                Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1 1000,<br>                Defendants. | Adv. No.: 23-01092 (MBK) |

# NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2023 AT 10:00 A.M.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] **Amended agenda items appear in bold.**

NAI-1536792023

*At the direction of the Court, the hearing will be held via Zoom only. All parties who intend to present argument should contact Chambers at chambers_of_mbk@njb.uscourts.gov and provide the name and email address of the speaker, as well as provide information regarding the party the speaker represents and/or the purpose of the appearance.*

*Parties are directed to https://www.njb.uscourts.gov/LTL for observing via Zoom.*

*Please take notice that in light of the additional filings, tomorrow's hearing (May 16, 2023) will now begin at 10:00 a.m.*

## STATUS CONFERENCES GOING FORWARD IN BASE CASE

1. At the direction of the Court, a status conference will go forward to discuss the scheduling of additional omnibus hearing dates.

2. Motions to Dismiss the Chapter 11 Case [Dkts. 286, 335, 346, 350, 352, 358, 379, 384, 473, 480].

   **Status: The Court will conduct a conference to hear any updates from the parties on the scheduling of the pending motions to dismiss.**

3. Debtor's Motion for an Order (I) Scheduling Hearing on Approval of Disclosure Statement; (II) Establishing Disclosure Statement Objection Deadline; and (III) Granting Related Relief [Dkt. 240] (the "Disclosure Statement Hearing Motion").

   **Status: A status conference on this matter is going forward pursuant to the Court's May 4, 2023 order.**

   Objection Deadline: May 5, 2023.

   Related Documents:

   A. Application for Order Shortening Time and Certain Other Relief [Dkt. 241].

   B. The Official Committee of Talc Claimants' Objection to Debtor's Application for Order Shortening Time with Respect to Debtor's Motion for an Order (I) Scheduling Hearing on Approval of Disclosure Statement; (II) Establishing Disclosure Statement Objection Deadline; and (III) Granting Related Relief [Dkt. 254].

   C. Order Denying Application to Shorten Time [Dkt. 272].

   D. The Official Committee of Talc Claimants' Cross-Motion for Entry of an Order (I) Temporarily Suspending the Debtor's Chapter 11 Case Pursuant to 11 U.S.C. §§ 105 and 305, and (II) Granting Related Relief [Dkt. 414] (the "Motion to Suspend").

E. The Ad Hoc Committee of Supporting Counsel's Reply in Support of the Disclosure Statement Hearing Motion [Dkt. 498].

F. The Debtor's Reply in Support of Disclosure Statement Hearing Motion [Dkt. 500].

Objections:

G. The Official Committee of Talc Claimants' Objection to Disclosure Statement Hearing Motion [Dkt. 413].

H. Arnold & Itkin LLP's Objection to Disclosure Statement Hearing Motion [Dkt. 443].

I. The United States Trustee's Objection to Disclosure Statement Hearing Motion [Dkt. 448].

J. MRHFM's Objection to Disclosure Statement Hearing Motion [Dkt. 453].

## CONTESTED MATTERS GOING FORWARD IN THE BASE CASE AND THE ADVERSARY PROCEEDING

4. Motion to Suspend.

   **Status:  This matter is going forward.**

   Objection Deadline:  May 12, 2023.

   Related Documents:

   A. The Disclosure Statement Hearing Motion.

   B. **MRHFM's Joinder to Motion to Suspend [Dkt. 503].**

   C. **The Official Committee of Talc Claimants' Reply in Support of Motion to Suspend [Dkt. 517].**

   Objections:

   D. The Ad Hoc Committee of Supporting Counsel's Objection to the Motion to Suspend [Dkt. 497].

   E. The Debtor's Objection to the Motion to Suspend [Dkt. 501].

5. The Official Committee of Talc Claimants' Motion for Entry of a Protective Order [Dkt. 439] (the "Committee Motion for Protective Order").

   **Status:  This matter is going forward.**

NAI-1536792023

<u>Objection Deadline</u>:  At hearing, pursuant to the Order Granting the Application to Shorten Time [Dkt. 444] (the "<u>Order Shortening Time</u>").

<u>Related Documents</u>:

A. Application for Order Shortening Time and Certain Other Relief [Dkt. 442] (the "<u>Application to Shorten Time</u>").

B. Order Shortening Time.

C. The Debtor's Cross-Motion for Protective Order [Dkt. 491] (the "<u>Debtor's Motion for Protective Order</u>").

<u>Objections</u>:

D. The Debtor's Objection to the Committee Motion for Protective Order [Dkt. 492].

6. The Official Committee of Talc Claimants' Motion to De-Designate Exhibit A of Term Sheet [Dkt. 440] (the "<u>Motion to De-Designate</u>").

**Status:  This matter is going forward.**

<u>Objection Deadline</u>:  At hearing, pursuant to the Order Shortening Time.

<u>Related Documents</u>:

A. The Application to Shorten Time.

B. The Order Shortening Time.

C. The Committee Motion for Protective Order.

D. Certain Creditor Mesothelioma Claimants' Objection to the Debtor's Confidentiality Designations [Adv. Dkt. 95].

E. The Official Committee of Talc Claimants' Correspondence to the Court [Adv. Dkt. 98].

F. MRHFM's Objection to Debtor's Confidentiality Designations [Adv. Dkt. 99].

G. **MRHFM's Joinder to the Motion to De-Designate [Dkt. 507].**

**<u>Objections</u>:**

H. **The Debtor's Objection to the Motion to De-Designate [Dkt. 523; Adv. Dkt. 136].**

7. The Official Committee of Talc Claimants' Motion to Compel [Dkt. 441] (the "Motion to Compel").

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Order Shortening Time.

    Related Documents:

    A. The Application to Shorten Time.

    B. The Order Shortening Time.

    C. **MRHFM's Joinder to the Motion to Compel [Dkt. 528].**

    **Objections:**

    D. **Johnson & Johnson's Objection to the Motion to Compel [Dkt. 519].**

    E. **The Debtor's Objection to the Motion to Compel [Dkt. 524].**

8. The Debtor's Cross-Motion for a Protective Order.

    **Status:  This matter is going forward.**

    Objection Deadline:  At hearing, pursuant to the Order Shortening Time.

    Related Documents:

    A. The Application to Shorten Time.

    B. The Order Shortening Time.

    C. The Committee Motion for Protective Order.

    D. The Motion to De-Designate.

    E. The Motion to Compel.

    **Objections:**

    F. **The Official Committee of Talc Claimants' Objection to the Debtor's Cross-Motion for a Protective Order [Dkt. 510].**

9. **The Official Committee of Talc Claimants' Motion to Compel Unredacted Documents [Dkt. 504] (the "Second Motion to Compel").**

    **Status:  This matter is going forward**.

-5-

**Objection Deadline:** At hearing, pursuant to the Order Granting Application for Order Shortening Time and Certain Other Relief [Dkt. 509] (the "**Order Shortening Time and Other Relief**").

**Related Documents:**

A.   **Application for Order Shortening Time and Certain Other Relief [Dkt. 505].**

B.   **Order Shortening Time and Other Relief.**

**Objections:**

C.   **The Debtor's Objection to the Second Motion to Compel [Dkt. 529].**

Dated: May 15, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*