| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>Kris Hansen (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6400<br><br>-and-<br><br>Matthew M. Murphy (admitted *pro hac vice*)<br>Matthew Micheli (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>(312) 499-6018<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street, P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota (NJ Bar No. 014321986)<br>Warren A. Usatine (NJ Bar No. 025881985)<br>Seth Van Aalten *(*admitted *pro hac vice)*<br>Justin Alberto (admitted *pro hac vice*)<br>(201) 489-3000<br><br>PARKINS & RUBIO LLP<br>Lenard M. Parkins (admitted *pro hac vice*)<br>Charles M. Rubio (admitted *pro hac vice*)<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>(713) 715-1666<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT, LLC[1],<br><br>                     Debtor. | Case No. 23-12825<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF RYAN MONTEFUSCO**

The Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel"), by and through its undersigned counsel, Cole Schotz P.C., respectfully submits this application (the "Application") for the *pro hac vice* admission of Ryan Montefusco, and represents as follows:

1. On April 4, 2023, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Ryan Montefusco, an Of Counsel at the firm of Paul Hastings LLP, represents the AHC of Supporting Counsel in connection with this matter. Because of his familiarity with the facts and circumstances relevant to the AHC of Supporting Counsel in this matter, the AHC of Supporting Counsel requests that Mr. Montefusco be allowed to appear *pro hac vice* in this case.

3. As set forth in the Certification of Mr. Montefusco, annexed hereto as **Exhibit A**, Mr. Montefusco is a member in good standing of the bars of the State of New York, the State of New Jersey, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the District of Colorado. Mr. Montefusco is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Mr. Montefusco has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the AHC of Supporting Counsel's Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matter.

    Respectfully submitted,

    COLE SCHOTZ P.C.
    Attorneys for the Ad Hoc Committee of
    Supporting Counsel

    By: */s/ Michael D. Sirota*
        Michael D. Sirota

Date: May 16, 2023