# Exhibit A

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>PAUL HASTINGS LLP<br>Kris Hansen (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6400<br><br>-and-<br><br>Matthew M. Murphy (admitted *pro hac vice*)<br>Matthew Micheli (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 4500<br>Chicago, Illinois 60606<br>(312) 499-6018<br><br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street, P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota (NJ Bar No. 014321986)<br>Warren A. Usatine (NJ Bar No. 025881985)<br>Seth Van Aalten *(*admitted *pro hac vice)*<br>Justin Alberto (admitted *pro hac vice*)<br>(201) 489-3000<br><br>PARKINS & RUBIO LLP<br>Lenard M. Parkins (admitted *pro hac vice*)<br>Charles M. Rubio (admitted *pro hac vice*)<br>700 Milam, Suite 1300<br>Houston, Texas 77002<br>(713) 715-1666<br><br>*Counsel to Ad Hoc Committee of Supporting Counsel* | |
| In re:<br><br>LTL MANAGEMENT, LLC[1],<br><br>                            Debtor. | Case No. 23-12825<br><br>Chapter 11<br><br>Judge: Michael B. Kaplan |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

# CERTIFICATION OF RYAN MONTEFUSCO IN SUPPORT OF
# APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Ryan Montefusco, of full age, hereby certify as follows:

1. I am an attorney-at-law duly admitted to practice before the courts of the State of New York and New Jersey, and an attorney in the firm of Paul Hastings LLP located at 200 Park Avenue New York, New York 10166, counsel for the Ad Hoc Committee of Supporting Counsel (the "AHC of Supporting Counsel"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice* (the "Application").

2. I am admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| New York State Court | 9/16/2013 |
| New Jersey State Court | 6/18/2012 |
| U.S. District Court, Southern District of New York | 10/18/2016 |
| U.S. District Court, Colorado | 12/21/2022 |

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended, or disciplined by any court or administrative body.

4. The AHC of Supporting Counsel filed the Application due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6. For the foregoing reasons, I respectfully request the Application be granted.

      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Ryan Montefusco*
Ryan Montefusco
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6061
Email:  ryanmontefusco@paulhastings.com

DATED: May 16, 2023