| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Clayton L. Thompson, Esq.<br>cthompson@mrhfmlaw.com<br>Suzanne M. Ratcliffe, Esq.<br>sratcliffe@mrhfmlaw.com<br>MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br>659 Eagle Rock Avenue<br>West Orange New Jersey 07052<br>Tel: (800) 358-5922<br><br>-and-<br><br>150 West 30th Street, Suite 201<br>New York, New York 10001<br>Tel: (800) 358-5922<br><br>*Counsel for Mesothelioma Claimant and Appellant Katherine Tollefson and Certain Mesothelioma Plaintiffs* | |
| In Re:<br><br>LTL MANAGEMENT LLC,<br><br>Debtor. | Case No:    23-12825 (MBK)<br><br>Chapter:    11<br><br>Hearing Date: June 12, 2023<br><br>Judge:    Honorable Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____LUCINDA CHRISTMAN_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Clayton Thompson, who represents Katherine Tollefson and Certain Mesothelioma Plaintiffs in this matter.

    ☐ am the _____ in this case an am representing myself.

1

On May 14, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below by ECF. Regular mail service has been effectuated as of May 17, 2023:

NOTICE OF MRHFM'S PLAINTIFFS' MOTION TO PRECLUDE CONSIDERATION OF NON-OVARIAN "GYNECOLOGICAL CANCERS" IN ANY PLAN OF REORGANIZATION AND PROPOSED TRUST.

2. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  May 17, 2023                                      _____
                                                                            Signature

| **Name and address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| LTL Management LLC<br>501 George Street<br>New Brunswick, New Jersey 08933<br><br>allison.brown@skadden.com<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com | Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| E. Richard Dressel<br>rdressel@lexnovalaw.com | Attorneys for Evan Plotkin, and Giovanni Sosa | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Donald W. Clarke<br>dclarke@genovaburns.com<br><br>Daniel Stolz<br>dstolz@genovaburns.com<br><br>Richard G. Haddad<br>rhaddad@otterbourg.com<br><br>David J. Molton<br>dmolton@brownrudnick.com<br><br>Adam Silverstein<br>asilverstein@otterbourg.com<br><br>Gregory S. Kinoian<br>gkinoian@genovaburns.com | Proposed local counsel for Ad Hoc Committee of Certain Talc Claimants; Ad Hoc Committee of Creditors; Official Committee of Talc Claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lauren Bielskie<br>lauren.bielskie@usdoj.gov<br><br>Jeffrey M. Sponder<br>jeffrey.m.sponder@usdoj.gov | Attorneys for U.S. Trustee | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other    ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Z. Balasko<br>john.z.balasko@usdoj.gov<br><br>Bethany Theriot<br>Bethany.theriot@usdoj.gov | Attorneys for United States of America | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jerome Block<br>jblock@levylaw.com | Attorneys for Levy Konigsberg, LLP, Paul Crouch, Catherine Forbes, and Randy Derouen | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Christopher M. Placitella | Attorneys for Cohen, Placitella & Roth P.C. and Justin Bergeron | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Carol A. Slocum<br>cslocum@klehr.com | Attorneys for Klehr Harrison Harvy Branzburg & Ellers, Maune Raichle Hartley French & Mudd LLC, and Andy D. Birchfield, Jr. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alan J. Brody<br>brodya@gtlaw.com | Attorneys for Bausch Health Americas, Inc. f/k/a Valeant Pharmaceuticals International; Bausch Health Companies Inc. f/k/a Valeant Pharmaceuticals International, Inc.; Bausch Health USA, LLC f/k/a Valeant Pharmaceuticals North America LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew T. Frankel<br>afrankel@stblaw.com<br><br>Stephen V. Gimigliano<br>sgimigliano@lawgmm.com<br><br>John Maloney<br>jmaloney@lawgmm.com<br><br>Robin Rabinowitz<br>rrabinowitz@lawgmm.com | Attorney for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Konrad Krebs<br>Konrad.krebs@clydeco.us | Attorneys for The Continental Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Derek J. Baker<br>dbaker@reedsmith.com | Attorneys for Cyprus Mines Corporation | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Janet A. Shapiro<br>jshapiro@shapirolawfirm.com | Attorneys for Employers Ins. Company of Wausau, National Casualty Co. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Ericka Fredricks Johnson<br>erjohnson@wcsr.com | Attorneys for Ad Hoc Committee of States Holding Consumer Protection Claims | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Leslie Carol Heilman<br>heilmanl@ballardspahr.com | Attorneys for Albertsons Companies, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Autumn D. Highsmith<br>autumn.highsmith@oag.texas.gov | Attorneys for State of Texas | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Brian W. Hofmeister<br>bwh@hofmeisterfirm.com | Attorneys for Law Firm of Brian W. Hofmeister on behalf of Kellie Brewer | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sari B. Placona<br>splacona@msbnj.com<br><br>Anthony Sodono, III<br>asodono@msbnj.com | Attorneys for Barnes Law Group LLC | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Colin R. Robinson<br>crobinson@pszjlaw.com | Attorneys for Arnold & Itkin LLP | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Andrew J. Kelly<br>akelly@kbtlaw.com | Attorneys for Blue Cross Blue Shield of Massachusetts, Inc. | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Suzanne Ratcliffe<br>sratcliffe@mrhfmlaw.com<br><br>Clay Thompson<br>cthompson@mrhfmlaw.com | Attorneys for Creditor Katherine Tollefson and various mesothelioma claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Mitchell Malzberg<br>mmalzberg@mjmalzberglaw.com | Attorneys for Various Talc Claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ___ECF___<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Louis A. Modugno<br>lmodugno@tm-firm.com<br><br>Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for AIG Europe S.A.; AIG Property Casualty Company; AIU Insurance Company; ASR Schadeverzekering N.V.; Granite State Insurance Company; Lexington Insurance Company; N.V. Schadeverzekering Maas Lloyd; National Union Fire Insurance Company of Pittsburgh PA; New Hampshire Insurance Company; New Jersey Coverage Action Plaintiff-Insurers; RheinLand Versicherungen; Starr Indemnity & Liability Company; The Insurance Company of the State of Pennsylvania, Philadelphia; The North River Insurance Company | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Eileen McCabe<br>eileen.mccabe@mendes.com<br><br>Jeff Kahane<br>jkahane@duanemorris.com<br><br>Andrew Mina<br>amina@duanemorris.com<br><br>Louis A. Modugno<br>lmodugno@tm-firm.com<br><br>Sommer Leigh Ross<br>slross@duanemorris.com<br><br>Nathan Reinhardt<br>nreinhardt@duanemorris.com<br><br>Stephen T. Roberts<br>Stephen.roberts@mendes.com<br><br>Russell Webb Roten<br>rwroten@duanemorris.com | Atlanta International Insurance Company; | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian J. McCormick<br>bmccormick@rossfellercasey.com | Attorneys for Ross Feller Casey LLP and various talc claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other      ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Allen J. Underwood, II<br>aunderwood@litedpalma.com | Attorneys for Lite DePalma Greenberg & Afandaor LLC; DeSanto Canadian Class Action Creditors | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other      ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Stephen M. Packman<br>spackman@archerlaw.com | Attorneys for Roger Frankel, as Legal Representative for Future Personal Injury Claimants appointed in the Chapter 11 bankruptcy case of Cyprus Mines Corporation | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other      ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Kenneth A. Rosen<br>krosen@lowenstein.com | Attorneys for Debtor | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other      ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Sommer Leigh Ross<br>slross@duanemorris.com | Attorneys for Republic Indemnity Company of America | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other      ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>msirota@coleschotz.com | Attorneys for Ad Hoc Committee of Supporting Counsel | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other     ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Robert Malone<br>rmalone@gibbonslaw.com | Attorneys for State of Mississippi; State of New Mexico | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other     ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Walter Benzija<br>wbenzija@halperinlaw.com | Attorneys for Halperin Battaglia Benzija, LLP and The Blue Cross Blue Shield Association | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other     ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John M. August<br>jaugust@saiber.com | Attorneys for Saiber LLC, Anthony Hernandez Valdez and various talc claimants | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other     ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Geoffrey B. Gompers<br>gompers@gonperslaw.com<br><br>Leah Cylia Kagan<br>lkagan@sgptrial.com<br><br>Daniel Robert Lapinski<br>dlapinski@motleyrice.com<br><br>Moshe Maimon<br>mmaimon@levylaw.com<br><br>John W. Weiss<br>jweiss@pashmanstein.com | Attorneys for various talc claimants | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| US Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | US Trustee | ☐ Hand-Delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cole Schotz P.C.<br>25 Main Street<br>Court Plaza North<br>Hackensack NJ 07604 | Attorneys for Ad Hoc Group of Supporting Counsel | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

11

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul Hastings<br>200 Park Avenue<br>New York NY 10106 | Attorneys for Ad Hoc Group of Supporting Counsel | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Parkins Rubio<br>700 Milam, Suite 1300<br>Houston TX 77002 | Attorneys for Ad Hoc Group of Supporting Counsel | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Lisa Bittle Tancredi<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | Attorneys for The Ad Hoc Committee of States Holding Consumer Protection Claims | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Fidelma Fitzpatrick<br>Motley Rice LLC<br>40 Westminster Street, 5th Floor<br>Providence RI 02903<br><br>Jonathan Orent<br>Motley Rice LLC<br>40 Westminster Street, 5th Floor<br>Providence RI 02903 | Interested Party | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Autumn D. Highsmith<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | Attorneys for State of Texas | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York NY 10017 | Agents | ☐ Hand-Delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable) |