<u>Exhibit 2</u>

Connections

In connection with preparing this Certification, MT used its customary procedures to comply with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules regarding the retention of professionals by the Committee under the Bankruptcy Code (the "<u>Disclosure Procedures</u>").  Pursuant to the Disclosure Procedures, my staff were provided a list of creditors and other relevant parties-in-interest (the "<u>Known Parties in Interest</u>"), which is attached hereto as <u>Exhibit 2A</u> (the "<u>Known Parties In Interest</u> <u>List</u>"), based on disclosures made in the Bankruptcy Case.

Under my direction, in consultation with MT's General Counsel, my conflict staff ran the Known Parties in Interest List against the MT's conflicts database. The conflicts database identifies potential conflicts and/or connection when we conduct our term search using the names of the Known Parties in Interest. Mr. Asim Iqbal, a partner at MT, reviewed the results of the conflicts check. In addition to the foregoing, we employed enhanced procedures for this case by engaging our General Counsel to identify and determine any potential conflicts in respect of the Known Parties in Interest.

Based on the results of the Disclosure Procedures MT has not identified any conflicts with any of the Known Parties in Interest.

Certain of parties on the Known Parties In Interest List or their attorneys may have provided, may currently provide, and may in the future provide goods or services to MT in matters unrelated to the Bankruptcy Case. To the best of my knowledge, MT does not have any conflicts or relationships that would impair or preclude its or my ability to serve the Committee. MT may have provided, may currently provide, or may in the future provide professional services in matters unrelated to the Bankruptcy Case to certain of the creditors of the Debtor's estate, other parties-in-interest, or attorneys involved in this bankruptcy case.