| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esq. (006961986)<br>99 Wood Avenue South, Suite 302<br>Iselin, NJ 08830<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>**KTBS LAW LLP**<br>Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder, Esq.<br>Nir Maoz, Esq.<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>mtuchin@ktbslaw.com<br>rpfister@ktbslaw.com<br>skidder@ktbslaw.com<br>nmaoz@ktbslaw.com<br>(*Pro Hac Vice* Pending)<br><br>*Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>                 Debtor. | Case No.: 23-12825 (MBK)<br><br>Chapter: 11<br><br>Judge: Hon. Michael B. Kaplan |

### APPLICATION TO ADMIT SAMUEL M. KIDDER *PRO HAC VICE*

**TO:    PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

      **PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey

Local Bankruptcy Rules, Samuel M. Kidder, counsel for Aylstock, Witkin, Kreis & Overholtz,

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

PLLC ("AWKO"), hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an order admitting Samuel M. Kidder *pro hac vice* in the above-captioned case.

The undersigned relies upon the certification of Paul J. Winterhalter in support of this application.

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the application is filed within seven (7) days, the application be granted and the proposed form of order be entered.

DATED: May 15, 2023

                                          Respectfully submitted,

                                          **OFFIT KURMAN, P.A.**

                                          /s/ Paul J. Winterhalter
                                          Paul J. Winterhalter, Esq. (006961986)
                                          99 Wood Avenue South, Suite 302
                                          Iselin, NJ 08830
                                          Telephone: (267) 338-1370
                                          Facsimile: (267) 338-1335
                                          E-mail: pwinterhalter@offitkurman.com