| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| OFFIT KURMAN, P.A.<br>By: Paul J. Winterhalter, Esquire (006961986)<br>99 Wood Avenue South, Suite 203<br>Iselin, NJ 08830<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>*Counsel for*<br>*Aylstock, Witkin, Kreis & Overholtz, PLLC* | |
| In re:<br><br>LTL MANAGEMENT, LLC,<br><br>     *Debtor*. | Chapter 11<br><br>Case No. 23-12825<br><br>Judge: Michael B. Kaplan |
| | **CERTIFICATION OF SERVICE OF APPLICATION FOR ADMISSION PRO HAC VICE OF SAMUEL KIDDER PURSUANT TO RULE 9010-1(b)(2)** |

PAUL J. WINTERHALTER, hereby certify that I caused a true and correct copy of the attached Application of Samuel Kidder for Admission Pro Hac Vice to this Court in this bankruptcy case pursuant to Local Bankruptcy Rule 9010-1(b) through the Court's ECF system enabling all

1

counsel to be served a copy of documents filed of record.

Respectfully submitted,

                        **OFFIT KURMAN, P.A.**

                        By: */s/ P.J. Winterhalter*
                        PAUL J. WINTERHALTER
                        99 Wood Avenue South, Suite 203
                        Iselin, NJ 08830
                        Telephone: (267) 338-1370
                        Facsimile: (267) 338-1300
                        E-mail: pwinterhalter@offitkurman.com

                        Co- *Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC*

Dated: May 22, 2023

2