Steven M. Abramowitz (No. 043641990)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0137
Facsimile: (917) 849-5381
Email: sabramowitz@velaw.com

*Local Counsel for Cyprus Amax Minerals Company*

Paul E. Heath
**VINSON & ELKINS LLP**
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-3313
Facsimile: (713) 615-5056
pheath@velaw.com

-and-

Matthew W. Moran
Katherine Drell Grissel
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
mmoran@velaw.com
kgrissel@velaw.com

*Co-Counsel for Cyprus Amax Minerals Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LTL MANAGEMENT LLC,[1] | : | Case No. 23-12825 |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**APPLICATION FOR ADMISSION *PRO HAC VICE* OF PAUL E. HEATH**

I, Steven M. Abramowitz, am a partner with the law firm Vinson & Elkins LLP and am a member in good standing of the bar of this Court. My New Jersey attorney registration number is 043641990. Pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Bankruptcy Rules"), I move for the *pro hac vice* admission of Paul E. Heath to practice in this Court for the purpose of representing Cyprus Amax Minerals Company as an interested party, in the above-captioned case. In support of this Application, the undersigned respectfully represents to the Court as follows:

1. Mr. Heath is a partner of the law firm of Vinson & Elkins LLP, with his office located at 845 Texas Avenue, Suite 4700, Houston, Texas 77002. Mr. Heath's telephone number is (713) 758-3313, and his facsimile number is (713) 615-5056. Mr. Heath's e-mail address is pheath@velaw.com.

2. As stated in the *Certified Statement of Paul E. Heath in Support of Application for Admission* Pro Hac Vice, which is attached hereto as Exhibit A and incorporated herein by reference, Mr. Heath has been a member in good standing of the State Bar of Texas since 1987 and is admitted to practice in the United States Courts of Appeals for the Fifth and Eleventh Circuits, as well as the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas. Further, as set forth in his Certified Statement, Mr. Heath is experienced in bankruptcy matters and is familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

3. With reference to all matters incident to this case, Mr. Heath submits to the disciplinary jurisdiction and the civil jurisdiction of, and agrees to be subject to the orders of, the United States Bankruptcy Court for the District of New Jersey for any alleged misconduct that occurs in the course of this chapter 11 case.

WHEREFORE, the movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit B, admitting Paul E. Heath to appear before the Court *pro hac vice* in this case.

| | |
|---|---|
| Date: May 24, 2023 | */s/ Steven M. Abramowitz*<br>Steven M. Abramowitz<br>VINSON & ELKINS LLP<br>1114 Avenue of the Americas, 32nd Floor<br>New York, NY 10036<br>Telephone: (212) 237-1037<br>Fax: (917) 849-5381<br>Email: sabramowitz@velaw.com<br><br>*Local Counsel for Cyprus Amax Minerals Company* |