**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12825 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>**Ref. Docket No. 554** |

## CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2023, I caused to be served the "Order Establishing Case Management and Administrative Procedures," dated May 19, 2023 [Docket No. 554], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ANDRES PEREIRA LAW FIRM | 14709 CUSTER COURT ANDRES PEREIRA AUSTIN TX 78734 |
| ARCHER & GREINER, P.C. | (COUNSEL TO ROGER FRANKEL AS FCR IN CYPRESS MINES CHAPTER 11 CASE) ATTN: STEPHEN M. PACKMAN 1025 LAUREL OAK RD VOORHEES NJ 08043 |
| ARNOLD & ITKIN LLP | KURT ARNOLD, CAJ BOATRIGHT, ROLAND CHRISTENSEN & JASON ITKIN 1401 MCKINNEY ST., STE 2250 HOUSTON TX 77010 |
| ASHCRAFT & GEREL, LLP | (COUNSEL TO REBECCA LOVE - OCTC) ATTN MICHELLE PARFITT 1825 K STREET, NW, STE 7000 WASHINGTON DC 20006 |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ PLLC | MARY PUTNICK & DANIEL THORNBURGH 17 EAST MAIN ST., STE 200 PO BOX 12630 PENSACOLA FL 32502 |
| BALLARD SPAHR LLP | (COUNSEL TO ALBERTSONS COMPANIES, INC) ATTN TOBEY M DALUZ, LESLIE C HEILMAN & LAUREL D ROGLEN & MARGARET A VESPER 919 N MARKET STREET, 11TH FLOOR WILMINGTON DE 19801-3034 |
| BEASLEY ALLEN LAW FIRM | (COUNSEL TO ALISHIA LANDRUM - OCTC) ATTN LEIGH O'DELL PO BOX 4160 MONTGOMERY AL 36103 |
| BEASLEY ALLEN LAW FIRM | CHARLIE STERN 218 COMMERCE ST MONTGOMERY AL 36104 |
| BROWN RUDNICK LLP | (COUNSEL TO THE AD HOC COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN DAVID J MOLTON SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CHILDERS, SCHLUETER & SMITH LLC | RICHARD SCHLUETER 1932 N DRUID HILLS RD., STE. 100 ATLANTA GA 30319 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN KONRAD R KREBS 340 MT KEMBLE AVE, SUITE 300 MORRISTOWN NJ 07960 |
| CLYDE & CO US LLP | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN CLINTON E CAMERON & MEGHAN DALTON 55 WEST MONROE STREET, SUITE 3000 CHICAGO IL 60603 |
| COHEN, PLACITELLA & ROTH PC | (COUNSEL TO CATHERINE FORBES) ATTN CHRISTOPHER M PLACITELLA ESQ 127 MAPLE AVENUE RED BANK NJ 07701 |
| COLE SCHOTZ PC | (COUNSEL TO AD HOC GROUP OF SUPPORTING COUNSEL) ATTN: MICHAEL D SIROTA; WARREN A USATINE; SETH VAN AALTEN; JUSTIN ALBERTO COURT PLAZA NORTH 25 MAIN STREET PO BOX 800 HACKENSACK NJ 07602-0800 |
| CROWELL & MORING LLP | (COUNSEL TO ALLIANZ & CENTURY INSURERS) ATTN ARLEN PYENSON 590 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022-2524 |
| CROWELL & MORING LLP | (COUNSEL TO ALLIANZ & CENTURY INSURERS) ATTN TACIE H YOON 1001 PENNSYLVANIA AVE., N.W. WASHINGTON DC 20004 |
| CROWELL & MORING LLP | (COUNSEL TO ALLIANZ & CENTURY INSURERS) ATTN MARK D PLEVIN THREE EMBARCADERO CENTER, 26TH FLOOR SAN FRANCISCO CA 94111 |
| DAVID CHRISTIAN ATTORNEYS LLC | (COUNSEL TO THE CONTINENTAL INSURANCE COMPANY) ATTN DAVID CHRISTIAN, ESQ 105 W MADISON ST., SUITE 1400 CHICAGO IL 60602 |
| DUANE MORRIS LLP | (COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF- INSURERS & REPUBLIC) ATTN SOMMER L ROSS, ESQ 1940 ROUTE 70 EAST, SUITE 100 CHERRY HILL NJ 08003-2171 |
| DUANE MORRIS LLP | (COUNSEL FOR ATLANTA INTL INSURANCE CO, ET AL) ATTN JEFF D KAHANE, ESQ; RUSSELL W ROTTEN, ESQ; ANDREW E MINA, ESQ, NATHAN REINHARDT, ESQ 865 S FIGUEROA ST, STE 3100 LOS ANGELES CA 90017-5450 |
| DUANE MORRIS LLP | (COUNSEL TO REPUBLIC INDEMNITY COMPANY OF AMERICA) ATTN PHILIP R MATTHEWS, ESQ. SPEAR TOWER ONE MARKET PLAZA, SUITE 2200 SAN FRANCISCO CA 94105-1127 |
| FERRER, POIROT & WANSBROUGH | JESSE FERRER & CHRISTINA FELLER 2603 OAK LAWN AVE. #300 DALLAS TX 75219 |
| GENOVA BURNS LLC | (LOCAL COUNSEL TO OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN: DONALD W. CLARKE 494 BROAD STREET NEWARK NJ 07102 |
| GENOVA BURNS LLC | (LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF CERTAIN TALC CLAIMANTS) ATTN DANIEL M STOLZ 110 ALLEN RD, STE 304 BASKING RIDGE NJ 07920 |
| GEOFFREY B BOMPERS, PC | (COUNSEL TO ROBERT GENDELMAN, EXECUTOR; AND ESTATE OF MELISSA FLEMING) ATTN GEOFFREY B GOMPERS 1515 MARKET STREET, SUITE 1650 PHILADELPHIA PA 19102 |
| GERTLER LAW FIRM | (COUNSEL TO VARIOUS CLAIMANTS) ATTN HELEN H BABIN 935 GRAVIER STREET, SUITE 1900 NEW ORLEANS LA 70112 |
| GIBBONS P.C. | (COUNSEL TO MISSISSIPPI & NEW MEXICO ATTORNEY GENERAL) ATTN ROBERT K MALONE & KYLE P MCEVILLY ONE GATEWAY CENTER NEWARK NJ 07102-5310 |

| Claim Name | Address Information |
|---|---|
| GIMIGLIANO MAURIELLO & MALONEY | (COUNSEL TO TRAVELERS) ATTN JOHN MALONEY, STEPHEN V GIMIGLIANO & ROBIN RABINOWITZ PO BOX 1449 MORRISTOWN NJ 07962-1449 |
| GOLOMB SPIRT GRUNFELD | (COUNSEL TO BRANDI CARL – OCTC) ATTN RICHARD GOLOMB 1835 MARKET ST, STE 2900 PHILADELPHIA PA 19103 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO BAUSCH HEALTH US, LLC) ATTN ALAN J BRODY, ESQ 500 CAMPUS DRIVE FLORHAM PARK NJ 07932 |
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN ALAN D HAPERIN, ESQ, DONNA H LIEBERMAN, ESQ 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HILL CARTER FRANCO COLE & BLACK PC | (COUNSEL TO BCBS OF MASSACHUSETTS – OCTC) ATTN ELIZABETH CARTER 425 PERRY STREET MONTGOMERY AL 36104 |
| JOHNSON & JOHNSON | ATTN ERIC HAAS, ESQ &  ANDREW WHITE, ESQ 1 JOHNSON & JOHNSON PLAZA NEW BRUNSWICK NJ 08933 |
| JOHNSON LAW GROUP | BLAKE TANASE, BASIL ADHAM 2925 RICHMOND AVE., STE 1700 HOUSTON TX 77098 |
| JONES WALKER LLP | (CO-MEDIATOR) ATTN GARY RUSSO SUITE 1600, 600 JEFFERSON STREET LAFAYETTE LA 70501 |
| KARST VON OISTE LLP | (COUNSEL TO TONYA WHETSEL AS ESTATE REP OF BRANDON WHETSEL – OCTC) ATTN ERIK KARST 23923 GOSLING RD, STE A SPRING TX 77389 |
| KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC | (COUNSEL TO KRISTIE DOYLE ESTATE REP OF DAN DOYLE – OCTC) ATTN STEVEN KAZAN 55 HARRISON ST, STE 400 OAKLAND CA 94607 |
| LAW FIRM OF BRIAN W HOFMEISTER | (COUNSEL TO KELLIE BREWER) ATTN BRIAN W HOFMEISTER, ESQ 3131 PRINCETON PIKE, BUILDING 5, SUITE 110 LAWRENCEVILLE NJ 08648 |
| LAW OFFICES OF MITCHELL J. MALZBERG, LLC | (COUNSEL TO VARIOUS CLAIMANTS) ATTN: MITCHELL MALZBERG, ESQ. PO BOX 5122 CLINTON NJ 08809 |
| LEVIN PAPANTONIO RAFFERTY | (COUNSEL TO WILLIAM HENRY ESTATE REP OF DEBRA HENRY – OCTC) ATTN CHRISTOPHER TISI 316 S BAYLEN ST, STE 600 PENSACOLA FL 32502 |
| LEVY KONIGSBERG, LLP | (COUNSEL TO SEVERAL TALC CLAIMANTS; RANDY DEROUEN & PAUL CROUCH) ATTN MOSHE MAIMON 605 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10158 |
| LEVY KONIGSBERG, LLP | (COUNSEL TO PAUL CROUCH & RANDY DEROUEN) ATTN JEROME H BLOCK, ESQ 605 THIRD AVENUE, 33RD FLOOR NEW YORK NY 10158 |
| LEX NOVA LAW LLC | (COUNSEL TO GIOVANNI SOSA & EVAN PLOTKIN) ATTN E RICHARD DRESSEL, ESQUIRE (ED1793) 10 E STOW ROAD, SUITE 250 MARLTON NJ 08053 |
| LIAKOS LAW | 955 DEEP VALLEY DR SUITE 3900 JENN LIAKOS PALOS VERDES PENINSULA CA 90274 |
| LINVILLE LAW GROUP | 1932 N DRUID HILLS RD NE, STE 200 GANDHI, VINITA ATLANTA GA 30319 |
| LITE DEPALMA GREENBERG & AFANADOR, LLC | (COUNSEL TO DISANTO CANADIAN CLASS ACTION CREDITORS) ATTN ALLEN J UNDERWOOD II, ESQ. 570 BROAD STREET, SUITE 1201 NEWARK NJ 07102 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO JOHNSON & JOHNSON) ATTN: KENNETH A. ROSEN, MARY E. SEYMOUR ONE LOWENSTEIN DR ROSELAND NJ 07068 |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | (COUNSEL TO KATHERINE TOLLEFSON) ATTN SUZANNE M RATCLIFFE & CLAYTON L THOMPSON 150 WEST 30TH STREET, SUITE 201 NEW YORK NY 10001 |
| MCDONALD WORLEY | DON WORLEY 1770 ST. JAMES PLACE, STE 100 HOUSTON TX 77056 |
| MCMANIMON SCOTLAND & BAUMANN, LLC | (COUNSEL TO CLAIMANTS REPRESENTED BY BARNES LAW GROUP LLC) ATTN ANTHONY SODONO, III  & SARI B PLACONA 75 LIVINGSTON AVENUE, STE 201 ROSELAND NJ 07068 |
| MENDES & MOUNT LLP | (COUNSEL TO THE NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS) ATTN EILEEN T MCCABE, STEPHEN TO ROBERTS 750 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLER FIRM, LLC | ATTN CURTIS G HOKE 108 RAILROAD AVE ORANGE VA 22960 |
| MOTLEY RICE LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS; SUE SOMMER-KRESSE – OCTC) ATTN DANIEL R LAPINSKI 210 LAKE DRIVE EAST, SUITE 101 CHERRY HILL NJ 08002 |
| NACHAWATI LAW GROUP | MAJED NACHAWATI 5489 BLAIR RD DALLAS TX 75231 |
| NAPOLI SHKOLNIK PLLC | JAMES HEISMAN, CHRISTOPHER LOPALO 919 NORTH MARKET ST, STE 1801 WILMINGTON DE 19801 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE STATE OF TEXAS) ATTN AUTUMN D HIGHSMITH, RACHEL R OBALDO BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE US TRUSTEE | ATTN LAUREN BIELSKIE & JEFFREY M. SPONDER ONE NEWARK CENTER, STE 2100 NEWARK |

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE US TRUSTEE | NJ 07102 |
| ONDERLAW, LLC | JAMES ONDER 110 EAST LOCKWOOD, 2ND FL ST. LOUIS MO 63119 |
| OTTERBOURG P.C. | (CO-COUNSEL TO OFF COMMITTEE OF TALC CLAIMANTS) ATTN RICHARD G HADDAD & ADAM C SILVERSTEIN 230 PARK AVE NEW YORK NY 10169 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO ARNOLD & ITKIN PLAINTIFFS) ATTN LAURA DAVIS JONES, COLIN R ROBINSON PETER J KEANE 919 N MARKET STREET, 17TH FL WILMINGTON DE 19801 |
| PARKINS & RUBIO LLP | (COUNSEL TO THE AD HOC GROUP OF SUPPORTING COUNSEL) ATTN LENARD M PARKINS & CHARLES M RUBIO 700 MILAM, SUITE 1300 HOUSTON TX 77002 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN JOHN W WEISS 101 CRAWFORDS CORNER ROAD, STE 4202 HOLMDEL NJ 07733 |
| PULASKI KHERKHER PLLC | ADAM PULASKI 2925 RICHMOND AVE, STE 1725 HOUSTON TX 77098 |
| RANDI S ELLIS LLC | (FUTURE TALC CLAIMANTS REPRESENTATIVE) ATTN: RANDI S ELLIS 5757 INDIAN CIRCLE HOUSTON TX 77057 |
| RAWLINGS & ASSOCIATES | (COUNSEL TO THE BLUE CROSS BLUE SHIELD ASSOC) ATTN MARK D FISCHER, ESQ & ROBERT C GRIFFITHS 1 EDEN PARKWAY LA GRANGE KY 40031 |
| REED SMITH LLP | (COUNSEL TO CYPRUS MINES CORPORATION) ATTN DEREK J BAKER 506 CARNEGIE CENTER, SUITE 300 PRINCETON NJ 08543 |
| RESOLUTIONS, LLC | (CO-MEDIATOR) ATTN ERIC D GREEN 30 MONUMENT SQUARE, SUITE 245 CONCORD MA 01742 |
| ROBINSON CALCAGNIE, INC. | (COUNSEL TO APRIL FAIR - OCTC) ATTN MARK ROBINSON, JR 19 CORPORATE PLAZA DRIVE NEWPORT BEACH CA 92660 |
| ROSS FELLER CASEY, LLP | ATTN BRIAN J MCCORMICK, JR ONE LIBERTY PLACE 1650 MARKET ST, 34TH FLOOR PHILADELPHIA PA 19103 |
| RUEB STOLLER DANIEL, LLP | GREGORY D. RUEB 1990 N. CALIFORNIA BLVD. 8TH FLOOR WALNUT CREEK CA 94596 |
| SAIBER LLC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN: JOHN M. AUGUST, ESQ. 18 COLUMBIA TURNPIKE, SUITE 200 FLORHAM PARK NJ 07932 |
| SANDERS, PHILLIPS, GROSSMAN, LLC | MARC GROSSMAN 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| SIMON GREENSTONE PANATIER PC | (COUNSEL TO VARIOUS TALC CLAIMANTS) ATTN LEAH C KAGAN, ESQ. 1201 ELM STREET, SUITE 3400 DALLAS TX 75270 |
| SIMPSON THACHER & BARTLETT LLP | (COUNSEL TO TRAVELERS CASUALTY AND SURETY COMPANY F/K/A THE AETNA CASUALTY AND SURETY CO) ATTN ANDREW T FRANKEL 425 LEXINGTON AVENUE NEW YORK NY 10017 |
| SLATER SLATER SCHULMAN | 445 BROADHOLLOW RD, STE 419 SLATER, ADAM MELVILLE NY 11747 |
| THE KELLY FIRM, P.C. | (COUNSEL TO BCBS OF MASSACHUSETTS) ATTN: ANDREW J. KELLY 1011 HIGHWAY 71, SUITE 200 SPRING LAKE NJ 07762 |
| THE SHAPIRO LAW FIRM | (COUNSEL TO EMPLOYERS INSURANCE COMPANY OF WAUSAU AND NATIONAL CASUALTY COMPANY) ATTN JANET A SHAPIRO 325 N MAPLE DRIVE #15186 BEVERLY HILLS CA 90209 |
| TRAMMELL PC | FLETCHER V. TRAMMELL 3262 WESTHEIMER RD., STE 423 HOUSTON TX 77098 |
| TRIF & MODUGNO, LLC | (COUNSEL TO NEW JERSEY COVERAGE ACTION PLAINTIFF INSURERS) ATTN LOUIS A MODUGNO 89 HEADQUARTERS PLAZA NORTH TOWER, SUITE 1201 MORRISTOWN NJ 07960 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN J ZACHARY BALASKO PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN BETHANY R THERIOT PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| WAGSTAFF LAW FIRM | AIMEE WAGSTAFF 940 N. LINCOLN ST DENVER CO 80203 |
| WALSH PIZZI O'REILLY FALANGA | (PROPOSED COUNSEL TO RANDI S ELLIS, FTCR) ATTN MARK FALK THREE GATEWAY CENTER 100 MULBERRY ST, 15TH FL NEWARK NJ 07102 |
| WATTS GUERRA LLP | MIKAL WATTS 4 DOMINION DR., BLD 3, STE 100 SAN ANTONIO TX 78257 |
| WEITZ & LUXENBERG, PC | (COUNSEL TO PATRICIA COOK - OCTC) ATTN PERRY WEITZ & LISA NATHANSON BUSCH 700 BROADWAY NEW YORK NY 10003 |
| WEITZ & LUXENBERG, PC | (COUNSEL TO SHAWN V. JOHNSON) ATTN LISA NATHANSON BUSCH 700 BROADWAY NEW YORK NY 10003 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN JESSICA C LAURIA, GLENN M KURTZ, R PASIANOTTO & GREGORY STARNER 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1095 |

| Claim Name | Address Information |
|---|---|
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN  MATTHEW E LINDER & LAURA E BACCASH 111 SOUTH WACKER DR, STE 5100 CHICAGO IL 60606-4302 |
| WHITE & CASE LLP | (COUNSEL TO J & J, J & J CONSUMER INC) ATTN MICHAEL C SHEPHERD & LAURA FEMINO 200 SOUTH BISCAYNE BLVD, STE 4900 MIAMI FL 33131-2352 |
| WISNER BAUM | 10940 WILSHIRE BLVD, STE 1600 WISNER, ROBERT BRENT LOS ANGELES CA 90024 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO THE AD HOC COMMITTEE OF STATES HOLDING CONSUMER PROTECTION CLAIMS) ATTN ERICKA F. JOHNSON & LISA BITTLE TANCREDI 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |

**Total Creditor count  91**

**EXHIBIT B**

LTL MANAGEMENT LLC Case No.: 23-12825 (MBK)
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| Andres Pereira Law Firm | Attn: Andres Pereira | apereira@andrespereirapc.com |
| Archer & Greiner, P.C. | Attn: Stephen Packman | spackman@archerlaw.com |
| Arnold & Itkin LLP | Attn: Kurt Arnold, Caj Boatright | cboatright@arnolditkin.com; rchristensen@arnolditkin.com; jitkin@arnolditkin.com |
| Ashcraft & Gerel, LLP | Attn: Michelle Parfitt | mparfitt@ashcraftlaw.com |
| Aylstock, Witkin, Kreis & Overholtz PLLC | Attn: Mary Putnick & Daniel Thornburgh | marybeth@putnicklegal.com; dthornburgh@awkolaw.com |
| Ballard Spahr LLP | Attn: Tobey M Daluz, Leslie C Heilman, Laurel D Roglen & Margaret A Vesper | daluzt@ballardspahr.com; heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Beasley Allen Law Firm | Attn: Charlie Stern | charlie.stern@beasleyallen.com |
| Beasley Allen Law Firm | Attn: Leigh O'Dell | leigh.odell@beasleyallen.com |
| Brown Rudnick | Attn: David J. Molton | dmolton@brownrudnick.com |
| Childers, Schlueter & Smith LLC | Attn: Richard Schlueter | rschlueter@cssfirm.com |
| Clyde & CO US LLP | Attn: Clainton E. Cameron, Meghan Dalton & Konrad Krebs | konrad.krebs@clydeco.us; clinton.cameron@clydeco.us; meghan.dalton@clydeco.us |
| Cohen, Placitella & Roth PC | Attn: Christopher M. Placitella | cplacitella@cprlaw.com |
| Cole Schotz, PC | Attn: Michael D Sirota, Warren A Usatine, Seth Van Aalten & Justin Alberto | msirota@coleschotz.com; wusatine@coleschotz.com; svanaalten@coleschotz.com; jalberto@coleschotz.com |
| Crowell & Moring LLP | Attn: Arlen Pyenson | apyenson@crowell.com; mplevin@crowell.com; tyoon@crowell.com |
| David Christian Attorneys LLC | Attn: David Christian | dchristian@dca.law |
| Duane Morris LLP | Attn: Sommer L. Ross | slross@duanemorris.com |
| Duane Morris LLP | Attn: Philip R. Matthews, Esq. | prmatthews@duanemorris.com |
| Duane Morris LLP | Attn: Russell W. Roten, Esq | RWRoten@duanemorris.com |
| Duane Morris LLP | Attn: Jeff D. Kahane, Esq | JKahane@duanemorris.com |
| Duane Morris LLP | Attn: Andrew E Mina, Esq | AMina@duanemorris.com |
| Duane Morris LLP | Attn: Nathan Reinhardt | nreinhardt@duanemorris.com |
| Ferrer, Poirot & Wansbrough | Attn: Jesse Ferrer & Christina Feller | jferrer@lawyerworks.com; cfeller@lawyerworks.com |
| Genova Burns LLC | Attn: Daniel M. Stolz, Donald Clarke | dstolz@genovaburns.com; dclarke@genovaburns.com |
| Gertler Law Firm | Attn: Helen H. Babin | hbabin@gertlerfirm.com |
| Gibbons P.C. | Attn: Robert K. Malone & Kyle P. McEvilly | malone@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| Gimigliano Mauriello & Maloney | Attn: John Maloney, Stephen B. Gimigliano & Robin Rabinowitz | jmaloney@lawgmm.com; sgimigliano@lawgmm.com; rrabinowitz@lawgmm.com |
| Golomb Spirit Grunfeld | Attn: Richard Golomb | rgolomb@golomblegal.com |
| Greenberg Traurig, LLP | Attn: Alan J. Broday | brodya@gtlaw.com |
| Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin & Donna H. Lieberman | ahalperin@halperinlaw.net; dlieberman@halperinlaw.net |
| Hill Carter Franco Cole & Black PC | Attn: Elizabeth Carter | ecarter@hillhillcarter.com |
| Johnson & Johnson | Attn: Andrew White & Eric Haas | awhite23@its.jnj.com; ehaas8@its.jnj.com |
| Johnson Law Group | Attn: Blake Tanase, Basil Adham | badham@johnsonlawgroup.com |
| Karst Von Oiste LLP | Attn: Erik Karst | epk@karstvonoiste.com |
| Kazan, Mcclain, Satterley & Greenwood, PLC | Attn: Steven Kazan | skazan@kazanlaw.com |
| Law Firm of Brian W. Hofmeister | Attn: Brian W. Hofmeister | bwh@hofmeisterfirm.com |
| Law Offices of Mitchell J. Malzberg, LLC | Attn: Mitchell Malzberg | mmalzberg@mjmalzberglaw.com |
| Levin Papantonio Rafferty | Attn: Christopher Tisi, Esq. | ctisi@levinlaw.com |
| Levy Konigsberg, LLP | Attn: Jerome H. Block | jblock@levylaw.com |
| Levy Konigsberg, LLP | Attn: Moshe Maimon | mmaimon@levylaw.com |
| Lex Nova Law LLC | Attn: E. Richard Dressel | rdressel@lexnovalaw.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| Liakos Law | Attn: Jenn Liakos | jenn@jennliakoslaw.com |
| Lite Depalma Greenberg & Afanador, LLC | Attn: Allen J. Underwood II | aunderwood@litedepalma.com |
| Lowenstein Sandler LLP | Attn: Kenneth A. Rosen, Mary E. Seymour | krosen@lowenstein.com; mseymour@lowenstein.com |
| Maune Raichle Hartley French & Mudd LLC | Attn: Suzanne M. Ratcliffe & Clayton L. Thompson | cthompson@mrhfmlaw.com; sratcliffe@mrhfmlaw.com |
| McDonald Worley | Attn: Don Worley | don@mcdonaldworley.com |
| McManimon Scotland & Baumann, LLC | Attn: Anthony Sodono, III & Sari B. Placona | asodono@msbnj.com; splacona@msbnj.com |
| Mendes & Mount LLP | Attn: Eileen T. McCabe & Stephen T. Roberts | eileen.mccabe@mendes.com; stephen.roberts@mendes.com |
| Miller Firm, LLC | Attn: Curtis G. Hoke | choke@millermiller.com |
| Motley Rice LLC | Attn: Daniel R. Lapinski | dlapinski@motleyrice.com |
| Nachawati Law Group | Attn: Majed Nachawati | mn@ntrial.com |
| Napoli Shkolnik PLLC | Attn: James Heisman, Christopher Lopalo | clopalo@napolilaw.com; jheisman@napolilaw.com |
| Office of the Attorney General of Texas | Attn: Autumn D. Highsmith, Rachel R. Obaldo | autumn.highsmith@oag.texas.gov; rachel.obaldo@oag.texas.gov |
| Office of the US Trustee | Attn Lauren Bielskie & Jeffrey M. Sponder | lauren.bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Onderlaw, LLC | Attn: James Onder | onder@onderlaw.com |
| Otterbourg P.C. | Attn: Richard G. Haddad, Adam Silverstein | rhaddad@otterbourg.com; asilverstein@otterbourg.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Colin R. Robinson & Peter J. Keane | ljones@pszjlaw.com; crobinson@pszjlaw.com; pkeane@pszjlaw.com |
| Parkins & Rubio LLP | Attn: Lenard Parkins, C Rubio | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| Pashman Stein Walder Hayden, P.C. | Attn:  John W. Weiss | jweiss@pashmanstein.com |
| Paul Hastings LLP | Attn: Kris Hansen, Matthew Murphy, Matthew Micheli | krishansen@paulhastings.com; mattmurphy@paulhastings.com; mattmicheli@paulhastings.com |
| Pulaski Kherkher PLLC | Attn: Adam Pulaski | adam@pulaskilawfirm.com |
| Randi S Ellis LLC | Attn: Randi S Ellis | randi@randiellis.com |
| Rawlings & Associates | Attn: Mark D. Fischer & Robert C Griffiths | mdf@rawlingsandassociates.com; rcg@rawlingsandassociates.com |
| Reed Smith LLP | Attn: Derek J Baker | dbaker@reedsmith.com |
| Robinson Calcagnie | Attn: Mark P. Robinson Jr. | mrobinson@robinsonfirm.com |
| Ross Feller Casey, LLP | Attn: Brian J. Mccormick, Jr. | bmccormick@rossfellercasey.com |
| Rueb Stoller Daniel , LLP | Attn: Gregory D. Rueb | greg@lawrsd.com |
| Saiber LLC | Attn: John M. August, Esq. | jaugust@saiber.com |
| Sanders, Phillips, Grossman, LLC | Attn: Marc Grossman | mgrossman@thesandersfirm.com |
| Simon Greenstone Panatier PC | Attn: Leah C. Kagan | lkagan@sgptrial.com |
| Simpson Thacher & Bartlett LLP | Attn: Andrew T. Frankel | afrankel@stblaw.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Allison M. Brown | allison.brown@skadden.com |
| The Kelly Firm, P.C. | Attn: Andrew J. Kelly | akelly@kbtlaw.com |
| The Shapiro Law Firm | Attn: Janet A. Shapiro | jshapiro@shapirolawfirm.com |
| Trammell PC | Attn: Fletcher V. Trammell | fletch@trammellpc.com |
| Trif & Modugno, LLC | Attn: Louis A. Modugno | lmodugno@tm-firm.com |
| U.S. Department of Justice | Attn: J. Zachary Balasko | john.z.balasko@usdoj.gov |
| U.S. Department of Justice | Attn: Bethany R. Theriot | bethany.theriot@usdoj.gov |
| Wagstaff Law Firm | Attn: Aimee Wagstaff | awagstaff@wagstafflawfirm.com |
| Walsh Pizzi O'Reilly Falanga | Attn: Mark Falk | mfalk@walsh.law |
| Watts Guerra LLP | Attn: Mikal Watts | mcwatts@wattsguerra.com |
| Weitz & Luxenberg, P.C. | Attn: Perry Weitz & Lisa Nathanson Busch | pw@weitzlux.com; lbusch@weitzlux.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| White & Case LLP | Attn: Jessica Lauria, Glenn M Kurtz, Ricardo Pasianotto & G Starner | jessica.lauria@whitecase.com; gkurtz@whitecase.com; ricardo.pasianotto@whitecase.com; gstarner@whitecase.com |
| White & Case LLP | Attn: Michael C Shepherd & Laura L Femino | mshepherd@whitecase.com; laura.femino@whitecase.com |
| White & Case LLP | Attn: Matthew Linder & Laura Baccash | mlinder@whitecase.com; laura.baccash@whitecase.com |
| Wisner Baum | Attn: Robert Brent Wisner | rbwisner@wisnerbaum.com |
| Womble Bond Dickinson (US) LLP | Attn: Ericka F. Johnson & Lisa Bittle Tancredi | ericka.johnson@wbd-us.com; lisa.tancredi@wbd-us.com |