# TAUTFEST BOND

*FILED*
*JEANNE A. NAUGHTON, CLERK*
*MAY 22 2023*
*U.S. BANKRUPTCY COURT*
*TRENTON, NJ*
*BY _____ DEPUTY*

**RECEIVED**
MAY 22 2023

May 18, 2023

**Via First Class Mail**
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

**RECEIVED**
MAY 22 2023
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

*Re: Attorney Change of Address for case no. 23-12825 (MBK)*

Dear Sir/Madam,

This letter is to notify you of a change in our mailing address.

Our old address was:

5151 Belt Line Rd., Suite 1000 Dallas, TX 75206

Our new address is:

5473 Blair Rd., Suite 2000 Dallas, TX 75231

Please change your records accordingly and direct all future correspondence to the new address above. I am able to be reached at 214-617-9980 should you have any questions or need any additional information.

Thanks in advance!

Sincerely,

*Monte Bond*

Monte Bond Esq.

5473 Blair Road, Suite 2000  Dallas, Texas  75231    214-617-9980    tautfestbond.com

TAUTFEST BOND PLLC
5473 BLAIR ROAD, STE 2000, DALLAS, TEXAS 75231

NORTH TEXAS TX 750
18 MAY 2023 PM 7 L

RECEIVED
MAY 22 2023
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

08608-150796