UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
E-mail: krosen@lowenstein.com
-and-

**WHITE & CASE LLP**
Jessica C. Lauria, Esq.
Gregory Starner, Esq.
Joshua D. Weedman, Esq.
Samuel P. Hershey, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
E-mail: jessica.lauria@whitecase.com
E-mail: gstarner@whitecase.com
E-mail: jweedman@whitecase.com
E-mail: sam.hershey@whitecase.com

**WHITE & CASE LLP**
Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
E-mail: mlinder@whitecase.com

*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc.*

In re

LTL MANAGEMENT LLC,[1]

    Debtor.

Chapter 11
Case No. 23-12825 (MBK)

Honorable Michael B. Kaplan

## **PROTECTIVE ORDER**

The relief set forth in the following page numbered two (2) is hereby **ORDERED**.

Dated: May ___, 2023

_____
THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

Page:     2
Debtor:   LTL Management LLC
Case No.: 23-12825 (MBK)
Caption:  Protective Order

---

Johnson & Johnson ("J&J") and Johnson & Johnson Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties"), having filed a motion seeking entry of a protective order (the "Motion") precluding the Official Committee of Talc Claimants (the "TCC") from seeking discovery regarding the transfer of the consumer health business from Holdco's predecessor company, Johnson & Johnson Consumer Inc., and the separate spin-off of Kenvue Inc. (together, the "Consumer Health Transactions"); and the Court having considered the Motion and any opposition thereto, and finding good cause for the entry of this Order, it is hereby,

**ORDERED THAT**:

1. The TCC is precluded from seeking the production of documents, deposition testimony, or other means of discovery from any of (a) the J&J Parties, (b) the Debtor, or (c) any non-parties, regarding the Consumer Health Transactions.