UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: krosen@lowenstein.com
E-mail: mseymour@lowenstein.com
-and-

**WHITE & CASE LLP**
Jessica C. Lauria, Esq.
Gregory Starner, Esq.
Joshua D. Weedman, Esq.
Samuel P. Hershey, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
E-mail: jessica.lauria@whitecase.com
E-mail: gstarner@whitecase.com
E-mail: jweedman@whitecase.com
E-mail: sam.hershey@whitecase.com

**WHITE & CASE LLP**
Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
E-mail: mlinder@whitecase.com

*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc*

| | |
|---|---|
| In Re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Case No.:   23-12825 (MBK)<br>Chapter:    11<br>Judge:      Michael B. Kaplan |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

After review of the application of Johnson & Johnson ("J&J"), and Johnson & Johnson Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties") for a reduction of time for a hearing on the *J&J Parties' (I) Motion For Entry of A Protective Order; and (II) Motion to File Confidential Exhibit Under Seal* under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on **May___, 2023 at 10:00 a.m.** in the United States Bankruptcy Court, for the District of New Jersey, U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8.

2. The Applicants must serve a copy of this Order, and all related documents, on the following parties: TCC, the Debtor, by ☐ each, ☐ any of the following methods selected by the Court:

    ☐ fax,  ☐ overnight mail, ☐ regular mail, ☐ e-mail, ☐ hand delivery.

3. The Applicants must also serve a copy of this Order, and all related documents, on the following parties: _____ by ☐ each, ☐ any of the following methods selected by the Court:

    ☐ fax,  ☐ overnight mail, ☐ regular mail, ☐ e-mail, ☐ hand delivery.

4. Service must be made:

    ☐ on the same day as the date of this Order, or

    ☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

    ☐ is not required

    ☐ must be provided to _____

    ☐ on the same day as the date of this Order, or

    ☐ within _____ day(s) of the date of this Order.

-2-

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objection to said motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.