UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: krosen@lowenstein.com
E-mail: mseymour@lowenstein.com
-and-

**WHITE & CASE LLP**
Jessica C. Lauria, Esq.
Gregory Starner, Esq.
Joshua D. Weedman, Esq.
Samuel P. Hershey, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
E-mail: jessica.lauria@whitecase.com
E-mail: gstarner@whitecase.com
E-mail: jweedman@whitecase.com
E-mail: sam.hershey@whitecase.com

**WHITE & CASE LLP**
Matthew E. Linder, Esq.
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
E-mail: mlinder@whitecase.com

*Co-Counsel to Johnson & Johnson and Johnson & Johnson Holdco (NA) Inc*



Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 23-12825 (MBK) |
| | Chapter: 11 |
| LTL MANAGEMENT LLC,[1] | Judge: Michael B. Kaplan |
| Debtor. | |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of Johnson & Johnson ("J&J"), and Johnson & Johnson Holdco (NA) Inc. ("Holdco") (together, the "J&J Parties") for a reduction of time for a hearing on the *J&J Parties' (I) Motion For Entry of A Protective Order; and (II) Motion to File Confidential Exhibit Under Seal* under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on **May 30, 2023 at 11:30 a.m.** in the United States Bankruptcy Court, for the District of New Jersey, U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Courtroom No. 8.

2. The Applicants must serve a copy of this Order, and all related documents, on the following parties: TCC, the Debtor, by ☐ each, ☑ any of the following methods selected by the Court:

    ☐ fax, ☐ overnight mail, ☐ regular mail, ☑ e-mail, ☐ hand delivery.

3. The Applicants must also serve a copy of this Order, and all related documents, on the following parties: Debtor, the TCC, and any party who filed a Motion to Dismiss by ☐ each, ☑ any of the following methods selected by the Court:

    ☐ fax, ☐ overnight mail, ☐ regular mail, ☑ e-mail, ☐ hand delivery.

4. Service must be made:

    ☐ on the same day as the date of this Order, or

    ☑ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

    ☑ is not required

    ☐ must be provided to _____

    ☐ on the same day as the date of this Order, or

    ☐ within _____ day(s) of the date of this Order.

6.      A *Certification of Service* must be filed prior to the hearing date.

7.      Any objection to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.      The hearing will be conducted remotely via Zoom. Virtual Appearances are required to prosecute said motion/application and any objections.

Parties may register with the Court to participate remotely by submitting an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and who they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. The Zoom link for observational purposes is available on the Courts website.