**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

## APPLICATION FOR ORDER SHORTENING TIME

TO:  THE HONORABLE MICHAEL B. KAPLAN
     CHIEF UNITED STATES BANKRUPTCY JUDGE

The above-captioned debtor (the "Debtor"), by and through its undersigned proposed counsel, requests that the time period to notice a hearing on the *Debtor's Motion to Compel the Official Committee of Talc Claimants to Supplement Certain of Its Responses to*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

*Interrogatories and Requests for Production* (the "Motion")[2] as required by D.N.J. LBR 9013-2(a) be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) and the *Order Establishing Case Management and Administrative Procedures* [Dkt. 554], for the reasons set forth below:

1. <u>A shortened hearing time is requested because</u>: On April 24, 2023, the TCC filed a motion to dismiss this case [Dkt. 286] (the "Motion to Dismiss").

2. Consistent with this Court's direction at the hearing conducted on May 3, 2023, LTL and the TCC are conferring with respect to the exchange of discovery in preparation for an evidentiary hearing on the Motion to Dismiss.

3. The Motion is related to the Debtor's efforts to conduct its discovery, and the issues therein have been known to the parties and previously addressed in letters to Court by both parties. To maintain the expedited discovery and briefing schedule issued by the Court, these issues warrant resolution as soon as possible.

4. <u>State the hearing dates requested</u>: The Debtor respectfully requests that these matters be scheduled for a hearing on Friday, June 2, 2023, at 10:00 a.m.

5. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1). The applicant requests entry of the proposed order shortening time.

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Dated: May 25, 2023

**WOLLMUTH MAHER & DEUTSCH LLP**

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Gregory M. Gordon
Brad B. Erens
Dan B. Prieto
Amanda Rush
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*