**EXHIBIT 4**

```
                      UNITED STATES BANKRUPTCY COURT
                           DISTRICT OF NEW JERSEY

IN RE:                        .    Case No. 21-30589(MBK)
                              .
LTL MANAGEMENT LLC,           .
                              .
         Debtor.              .
. . . . . . . . . . . . . . . .
LTL MANAGEMENT, LLC,          .    Adversary No. 21-03032(MBK)
                              .
         Plaintiff,           .
                              .    Clarkson S. Fisher U.S.
v.                            .      Courthouse
                              .    402 East State Street
THOSE PARTIES LISTED ON       .    Trenton, NJ 08608
APPENDIX A TO THE             .
COMPLAINT, ET AL.,            .
                              .
         Defendants.          .    Wednesday, February 16, 2022
. . . . . . . . . . . . . . . .    9:05 a.m.

                    TRANSCRIPT OF TRIAL DAY THREE
                 BEFORE THE HONORABLE MICHAEL B. KAPLAN
                   UNITED STATES BANKRUPTCY COURT JUDGE
```

APPEARANCES:

For the Debtor:          Jones Day
                         By:  GREGORY M. GORDON, ESQ.
                              DANIEL B. PRIETO, ESQ.
                              AMANDA RUSH, ESQ.
                         2727 North Harwood Street, Suite 500
                         Dallas, TX 75201

                         Jones Day
                         By:  ROBERT W. HAMILTON, ESQ.
                         325 John H. McConnell Blvd., Suite 600
                         Columbus, Ohio  43215-2673


Audio Operator:          Wendy Romero

Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjCourt@jjCourt.com**
**(609) 586-2311    Fax No. (609) 587-3599**

Exhibit 4 to Declaration of Daniel J. Merrett    Page 3 of 4

```
                      Kim - Continued Cross/Jonas               30
 1   the time LTL filed, was it named as a defendant in any
 2   litigation whatsoever?
 3   A    So if you're talking specifically about, if you look at
 4   the complaint designation -- the name that's written there, is
 5   their name there, the answer is no.
 6   Q    Thank you.
 7        You've testified that you don't believe there's any
 8   relationship between Project Plato and Project Diamond, the
 9   spin-out of consumer products, correct?
10   A    Yes.
11   Q    And that's because, I think yesterday, you think that's --
12   the reason you don't know about it is because Project Diamond
13   was kept either secret, confidential, whatever word you want to
14   use, right?
15   A    But both projects were kept confidential.
16   Q    Okay.  So you didn't --
17            MR. JONAS:  Let's pull up Exhibit 300, please.
18   BY MR. JONAS:
19   Q    And this is Binder 7.
20        Exhibit 300, at the top, it's an email from Duane Van
21   Arsdale.  Do you know who he is?
22   A    I do.
23   Q    Who is he?
24   A    He's the assistant treasurer, now the treasurer.
25   Q    Treasurer at Johnson & Johnson, right?
```

Case 23-01092-MBK    Doc -5    Filed 05/26/23    Entered 05/26/23 23:11:45    Desc
Exhibit 4 to Declaration of Daniel J. Merrett    Page 4 of 4

Lisman - Cross/Brown                                         133

1  correct?

2  A    Correct.

3  Q    Based on everything you know from your work in the
4  controller's office at Johnson & Johnson, was LTL created and
5  put into bankruptcy to benefit Project Diamond?

6  A    No.

7  Q    We've heard a lot of very serious allegations about people
8  trying to juice up an IPO by creating a subsidiary and spinning
9  it into bankruptcy to benefit a consumer health business.  Is
10 that true?

11 A    I was never aware of that.  No.

12 Q    Okay.  Do you think it's important when you look at other
13 people's emails to look at the whole thing before you comment
14 on it?

15 A    Absolutely.

16 Q    Okay.  Did anybody ever show you the second page of this
17 document?

18 A    No.

19 Q    Okay.  Did you have the opportunity to review some
20 correspondence about separate and distinct modeling of Diamond
21 and LTL?

22 A    I have not reviewed.  No.

23 Q    Do you have any reason to believe that what's being
24 discussed in this document means that LTL was created to
25 benefit Diamond?