**<u>EXHIBIT 8</u>**

| | |
|---|---|
| From: | Beasley Allen |
| To: | |
| Subject: | [EXT] Johnson & Johnson Second Talc Bankruptcy is Another Sham |
| Date: | Wednesday, April 5, 2023 11:37:50 AM |

**[EXTERNAL]**

The talc "settlement" you may have read about is NOT a settlement. Beasley Allen does not support this effort by Johnson & Johnson (J&J). It is an illusory proposal for a bankruptcy plan, yet another attempt by J&J to misuse the bankruptcy system.

In fact, the terms are considerably worse than a proposal that we and other firms representing ovarian cancer victims rejected last June at a time when it appeared that all plaintiffs could be stuck in bankruptcy for years. Since then, J&J's bankruptcy was tossed out by the Third Circuit, and our negotiating position significantly improved.

The settlement that J&J is now trying to impose on plaintiffs with the aid of a small number of firms handling talc cases includes:

- all current and future ovarian cancer victims
- all current and future mesothelioma victims
- all attorney general actions for all states, and
- all other talc-related claims, including claims by medical cost insurers against J&J.

$8.9 billion sounds like a lot of money, and it is. But it is, by far, not enough when you consider the terms of the proposal. This settlement proposal would pay far less than $120,000 per case, if that.

The cost of medical care and lost wages alone for **ovarian cancer victims** approach $500,000. That does not address the pain and suffering nor punitive damages for women, and their families have suffered tremendously at the hands of J&J's massive and deliberate cover-up of the dangers of its asbestos-laden talc products. The medical costs incurred by **mesothelioma victims** are even higher.

Rest assured, we are vigorously opposing this deal and will continue fighting to get fair compensation for clients. And, through a remarkable team effort, I am confident that this ploy by J&J to cram down a bad deal will be rebuffed, and we will be able to negotiate a fair one for clients. Alternatively, we will get this second bankruptcy thrown out like the first so that we can present clients' cases before juries again soon.

J&J's arrogance is boundless, and its flaunting and mockery of the court system demonstrate a callous, bullying mindset. There are no tactics too underhanded or too low for J&J to use to try to avoid paying reasonable compensation to these cancer victims.

We press on for our clients!

READ MORE

Thank you,

 **Andy Birchfield**
Principal, Mass Torts Section Head

BeasleyAllen.com | My Bio
Learn More About Our Ongoing Litigation

  

© 2022 Microsoft Dynamics. All rights reserved.
218 Commerce St., Montgomery, AL 36104
Unsubscribe