**Order Filed on May 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____23-12825_____ |
| | Chapter: | _____11_____ |
| LTL Management LLC | Hearing Date: | _____ |
| | Judge: | _Michael B. Kaplan_ |

## ORDER VACATING

#594 Order Granting Application For Retention of Professional Signal Interactive Media, LLC as Plan Noticing Consultant and Expert

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

#594 Order Granting Application For Retention of Professional Signal Interactive Media, LLC as Plan Noticing Consultant and Expert

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____ May 23, 2023 _____ , be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 23-12825-MBK

LTL Management LLC                                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                              Page 1 of 1

Date Rcvd: May 26, 2023                 Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: jkim8@its.jnj.com | May 26 2023 20:54:00 | LTL Management LLC, 501 George Street, New Brunswick, NJ 08933-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023                    Signature:        /s/Gustava Winters