UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :     Case no.:        _____
                                                    :
                                                    :     Chapter:         _____
                                                    :
              Debtor(s)                             :     Adv. Pro. No.: _____
_____:

**CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL**

I _____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____ was filed.

A copy of the appeal was served on the following parties on _____.

| **Name of Party (relationship to appeal)** | **Address of Party** | **Method of Service** |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |
| | | ❑ Notice of Electronic Filing (NEF) <br> ❑ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____        By: _____
                                              Deputy Clerk

*rev. 1/13/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 23-12825

LTL Management LLC  : 

 : Chapter: 11

 : 

Debtor(s)  : Adv. Pro. No.: _____

 : 

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I  Wendy Quiles , Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On  May 26, 2023  a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated  May 18, 2023  was filed.

A copy of the appeal was served on the following parties on  May 30, 2023 .

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Clayton L. Thompson, Esq. ,Interested party/objector: Mesothelioma Plaintiff Katherine Tollefson and Certain Mesothelioma | 150 West 30th Street, Suite 201 New York, NY 10001 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| | | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: May 30, 2023    By: Wendy Quiles
    Deputy Clerk

*rev. 1/13/17*