**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com

**JONES DAY**
Gregory M. Gordon, Esq.
Brad B. Erens, Esq.
Dan B. Prieto, Esq.
Amanda Rush, Esq.
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
gmgordon@jonesday.com
bberens@jonesday.com
dbprieto@jonesday.com
asrush@jonesday.com
(Admitted *pro hac vice*)

*PROPOSED ATTORNEYS FOR DEBTOR*

| | |
|---|---|
| In re: | Chapter 11 |
| LTL MANAGEMENT LLC,[1] | Case No.: 23-12825 (MBK) |
| Debtor. | Judge: Michael B. Kaplan |

# ORDER SHORTENING TIME PERIOD FOR
# NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages is hereby **ORDERED**.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

(Page 2)
Debtor: LTL Management LLC
Case No.: 23-12825-MBK
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

After review of the application of LTL Management LLC, the above-captioned debtor (the "Debtor"), for a reduction of time for a hearing on the *Debtor's Omnibus Motion to Compel Identified Plaintiff Firms to Supplement Certain Responses to Debtor's Interrogatories and Requests for Production* (the "Motion") under Fed. R. Bankr. P. 9006(c)(1) and the *Order Establishing Case Management and Administrative Procedures* [Dkt. 554], it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, _____, Courtroom No. \_\_\_\_\_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: (a) the Debtor's undersigned proposed counsel, (b) the proposed counsel to the Official Committee of Talc Claimants, (c) the legal representative for future talc claimants and her proposed counsel, (d) counsel to the Ad Hoc Committee of Supporting Counsel, (e) the Office of the United States Trustee for the District of New Jersey and (f) any other party entitled to notice.

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

by ☐ each, ☐ any of the following methods selected by the Court:

(Page 3)
Debtor:  LTL Management LLC
Case No.: 23-12825-MBK
Caption:  Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to

_____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.